# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

July 13, 2023

**By the Court:**

| | |
|---|---|
| No. 23-2366 | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| K.C., et al., | |
|     Plaintiffs – Appellees, | |
| v. | |
| INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., | No. 1:23-cv-00595-JPH-KMB |
|     Defendants – Appellants. | James P. Hanlon, *Judge.* |

**O R D E R**

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which provides information concerning appellant jurisdiction.

In the present case, appellants' Circuit Rule 3(c) docketing statement fails to set forth the correct date of entry of the order appealed—a preliminary injunction. Appellants must provide the correct information. Accordingly,

IT IS ORDERED that appellants file a complete statement of jurisdiction that includes the correct date of the order granting a preliminary injunction. The statement is due on or before July 24, 2023.