# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| K.C., et al.,<br><br>　　*Plaintiffs-Appellees*,<br><br>v.<br><br>Individual Members of the Medical Licensing Board, et al.<br><br>　　*Defendants-Appellants*. | No. 23-2366 |

## STATEMENT OF JURISDICTION

Pursuant to this Court's order on July 13, 2023, Doc. 5, Defendants-Appellants hereby file this jurisdictional statement.

Plaintiffs-Appellees filed this putative class action for declaratory and injunctive relief, alleging that Indiana's S.E.A. 480, Ind. Code § 25-1-22-1 *et seq.*—which prohibits medical providers from providing, or aiding and abetting the provision of, gender transition procedures for minors—violates the Fourteenth Amendment's Equal Protection and Due Process Clauses; the First Amendment; Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116; and Medicaid requirements codified at 42 U.S.C. § 1396a(a)(10)(A) and § 1396a(a)(10)(B)(i). Dkt. 1

1

¶¶ 212–23. The district court had subject matter jurisdiction over the action under 28 U.S.C. § 1331.

This Court has jurisdiction over this appeal under 28 U.S.C. § 1292(a)(1) because this is an appeal from an order granting a preliminary injunction. On June 16, 2023, the district court issued an order granting in part Plaintiffs-Appellees' motion for a preliminary injunction, Dkt. 67, and issued a preliminary injunction, Dkt. 68. The injunction enjoins enforcement of "S.E.A. 480's prohibitions on gender transition procedures, except the prohibition on gender reassignment surgery," and "S.E.A. 480's prohibition on 'aid[ing] or abet[ting] another physician or practitioner in the provision of gender transition procedures to a minor' as applied to providing patients with information, making referrals to other medical providers, and providing medical records or other information to medical providers." Dkt. 68 at 1. Defendants-Appellants filed a timely notice of appeal on July 11, 2023, appealing the order granting in part the motion for a preliminary injunction and the preliminary injunction. Dkt. 77.

This is not a direct appeal from the decision of a magistrate judge. No Rule 59(e) motion or other motion tolling the time for filing a notice

of appeal has been filed. The merits of this case remain pending in the district court.

                                        Respectfully submitted,

                                        THEODORE E. ROKITA
                                        Indiana Attorney General

Office of the Indiana       By:   /s/ Thomas M. Fisher
Attorney General                      THOMAS M. FISHER
IGC-South, Fifth Floor           Solicitor General
302 West Washington Street
Indianapolis, IN 46204-2770    JAMES A. BARTA
Telephone: (317) 232-6255      Deputy Solicitor General
Fax: (317) 232-7979
Tom.Fisher@atg.in.gov            MELINDA R. HOLMES
                                          RAZI S. LANE
                                          Deputy Attorneys General

                         *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Thomas M. Fisher
THOMAS M. FISHER
Solicitor General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6255
Facsimile: (317) 232-7979
Tom.Fisher@atg.in.gov