# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

July 17, 2023

*By the Court*:

| | |
|---|---|
| No. 23-2366 | K.C., et al., <br><br>      Plaintiffs - Appellees <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br><br>      Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon ||

Upon consideration of the **MOTION FOR LEAVE TO FILE APPEARANCE AND DISCLOSURE STATEMENT CONTAINING ACTUAL NAME OF MINOR PLAINTIFFS UNDER SEAL**, filed on July 13, 2023, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file instanter the attorney's unredacted disclosure statement and maintain the statement under seal. See Cir. R. 26.1(b).

form name: **c7_InstanterOrderFiled**     (form ID: **123**)