**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| K.C., et al., | |
| *Plaintiffs-Appellees*, | |
| v. | No. 23-2366 |
| Individual Members of the Medical Licensing Board, et al. | |
| *Defendants-Appellants*. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Razi S. Lane, Deputy Attorney General, hereby requests this Court grant leave to withdraw his appearance as counsel for Defendants Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director of the Indiana Professional Licensing Agency, in her official capacity, the Attorney General of Indiana, in his official capacity, the Secretary of the Indiana Family and Social Services Administration, in her official capacity, and the Indiana Family and Social Services Administration.

The appearances of Thomas M. Fisher, James A. Barta, and Melinda R. Holmes, on behalf of Defendants, remain in place, and all pleadings, orders, and entries should be served on them.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

Date: July 25, 2023          By:    /s/ Razi S. Lane
                                    Razi S. Lane
                                    Deputy Attorney General

                                    Office of the Attorney General
                                    302 W. Washington St., IGCS 5th
                                    Floor
                                    Indianapolis, IN 46204-2770
                                    Phone: (317) 233-0422
                                    Fax: (317) 232-7979
                                    Email: Razi.Lane@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2023, I electronically filed the foregoing with

the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit

by using the CM/ECF system. I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.


s/ Razi S. Lane
Razi S. Lane
Deputy Attorney General


Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-0422
Facsimile: (317) 232-7979
Razi.Lane@atg.in.gov