# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 25, 2023

*By the Court:*

| No. 23-2366 | K.C., et al.,<br>   Plaintiffs - Appellees<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br>   Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon ||

Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**, filed on July 25, 2023, by Attorney Razi S. Lane,

**IT IS ORDERED** that the motion is **GRANTED** and attorney Razi S. Lane may withdraw from further representation of appellants Individual Members of the Medical Licensing Board of Indiana, Lindsay Hyer, Todd Rokita, Daniel Rusyniak, and Indiana Family and Social Services Administration. Attorney Thomas M. Fisher will continue to serve as counsel of record for appellants Individual Members of the Medical Licensing Board of Indiana, Lindsay Hyer, Todd Rokita, Daniel Rusyniak, and Indiana Family and Social Services Administration.

form name: **c7_Order_BTC**     (form ID: **178**)