No. 23-2366

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

K.C., et al.,

*Plaintiffs-Appellees*,

v.

INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:23-cv-00595-JPH-KMB

## MOTION FOR LEAVE TO RE-FILE APPENDIX TO AMICUS BRIEF OF ALLIANCE DEFENDING FREEDOM AS MULTIPLE VOLUMES

JACOB P. WARNER
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jwarner@ADFlegal.org

JOHN J. BURSCH
JAMES A. CAMPBELL
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org
jcampbell@ADFlegal.org

*Attorneys for Amicus Curiae*

On August 28, 2023 Amicus Curiae Alliance Defending Freedom filed an Appendix to their Amicus Brief which contains 757 pages. Upon receiving notice of acceptance of their brief and appendix and request for paper copies to be submitted to the Court, staff began making arrangements for the printing and binding of the brief and appendix. Staff learned that due to the size of the appendix it could not be printed and bound as one single volume as filed.

Therefore, amicus curiae request leave to re-file their Appendix as multiple volumes to allow for appropriate printing and binding for submission of the paper copies.

Dated: August 29, 2023

                                              Respectfully submitted,

                                              */s/ John J. Bursch*

JACOB P. WARNER                 JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM    JAMES A. CAMPBELL
15100 N. 90th Street                ALLIANCE DEFENDING FREEDOM
Scottsdale, AZ 85260              440 First Street NW
(480) 444-0020                     Suite 600
jwarner@ADFlegal.org             Washington, DC 20001
                                              (616) 450-4235
                                              jbursch@ADFlegal.org

                      *Attorneys for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d) because it contains 103 words, excluding parts of the brief exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: August 29, 2023

*/s/ John J. Bursch*
John J. Bursch

*Attorney for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John J. Bursch*
John J. Bursch

*Attorney for Amicus Curiae*