# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 31, 2023

*By the Court:*

| No. 23-2366 | K.C., et al., <br>    Plaintiffs - Appellees <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br>    Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon ||

The following is before the court: **MOTION FOR LEAVE TO RE-FILE APPENDIX TO AMICUS BRIEF OF ALLIANCE DEFENDING FREEDOM AS MULTIPLE VOLUMES**, filed on August 29, 2023, by counsel for Amicus Alliance Defending Freedom.

Because the paper copies of the separate appendix must be identical to the electronic submission,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that amicus curiae Alliance Defending Freedom shall electronically resubmit, by no later than September 7, 2023, the separate appendix in multiple volumes. This separate appendix will replace the single volume filed on August 28, 2023. The paper copies will be due within seven days of the Notice of Docket Activity generated upon the clerk's acceptance of the appendix in multiple volumes. Counsel should take care to make sure that each volume of the separate appendix is uploaded as a single document with a cover page. For more information counsel may contact the clerk's office.