No. 23-2366

---

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

---

K.C., et al.,

*Plaintiffs-Appellees*,

v.

INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:23-cv-00595-JPH-KMB

---

## APPENDIX TO BRIEF OF ALLIANCE DEFENDING FREEDOM
## AS AMICUS CURIAE IN SUPPORT OF
## APPELLANTS AND FOR REVERSAL
## VOLUME 1 OF 3

---

JACOB P. WARNER
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jwarner@ADFlegal.org

JOHN J. BURSCH
JAMES A. CAMPBELL
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org
jcampbell@ADFlegal.org

*Attorneys for Amicus Curiae*

## Appendix Table of Contents

| Document Name | App. No. |
|---|---|
| **VOLUME 1** | |
| Alexis D. Light et al., *Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning*, 124:6 Obstetrics & Gynecology 1120 (2014) | 1-8 |
| Angela Leung et al., *Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine*, 112:5 Fertility & Sterility 858 (2019) | 9-16 |
| Annette L. Cantu et al., *Changes in Anxiety & Depression from Intake to First Follow-Up Among Transgender Youth in a Pediatric Endocrinology Clinic*, 5:3 Transgender Health 196 (2020) | 17-21 |
| Brett A. Stark & Evelyn Mok-Lin, *Fertility preservation in transgender men without discontinuation of testosterone*, 3:2 Fertil Steril Rep 153 (2022) | 22-25 |
| C. Haupt et al., Cochrane Library, *Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women (Review)* (2020) | 26-47 |
| C.M. Wiepjas et al., *Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972-2017)*, 141 Acta Psychiatrica Scandinavica 486 (2020) | 48-53 |
| *Care of children & adolescents with gender dysphoria*, Socialstyrelsen (2022) | 54-59 |
| Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, 6:2 PLOS ONE 1 (2011) | 60-67 |

| | |
|---|---|
| David L. Sackett et al., *Evidence based medicine: what it is and what it isn't*, 312 BMJ 71 (1996) | 68-69 |
| Diane Chen et al., *Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth*, 5:4 Transgender Health 246 (2020) | 70-81 |
| E. Abbruzzese et al., *The Myth of 'Reliable Research' in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed*, J. Sex & Marital Therapy (2023) | 82-109 |
| E. Elenis et al., *Early initiation of anti-androgen treatment is associated with increased probability of spontaneous conception leading to childbirth in women with polycystic ovary syndrome: a population-based multiregistry cohort study in Sweden*, 36:5 Human Reproduction 1427 (2021) | 110-118 |
| Elizabeth Hisle-Gorman et al., *Mental Healthcare Utilization of Transgender Youth Before & After Affirming Treatment*, 18 J. Sexual Med. 1444 (2021) | 119-129 |
| *Endo Reports Fourth-Quarter & Full-Year 2021 Financial Results*, ENDO (2022) | 130-150 |
| *Evidence review: Gender-affirming hormones for children & adolescents with gender dysphoria*, NICE (2020) | 151-306 |
| **VOLUME 2** | |
| *Evidence review: Gonadotrophin releasing hormone analogues for children & adolescents with gender dysphoria*, NICE (2020) | 307-437 |
| *Financial Release*, AbbVie (2021) | 438-450 |
| Gordon Guyatt et al., *GRADE guidelines: 11. Making an overall rating of confidence in effect estimates for a single outcome and for all outcomes*, 66 J. Clinical Epidemiology 151 (2013) | 451-457 |

| | |
|---|---|
| Howard Balshem et al., *GRADE guidelines: 3. Rating the quality of evidence*, 64 J. Clinical Epidemiology 401 (2011) | 458-463 |
| James M. Cantor, *American Academy of Pediatrics policy and trans- kids: Fact-checking*, Sexology Today! (2018) | 464-471 |
| Jay McNeil et al., *Suicide in Trans Populations: A Systematic Review of Prevalence and Correlates*, 4:3 Psychology of Sexual Orientation & Gender Diversity 341 (2017) | 472-484 |
| Jeffrey C. Andrews et al., *GRADE guidelines: 15. Going from evidence to recommendation— determinants of a recommendation's direction and strength*, 66 J. Clinical Epidemiology 726 (2013) | 485-494 |
| Jennifer Block, *Gender dysphoria in young people is rising—and so is professional disagreement*, BMJ (2023) | 495-499 |
| Kellan E. Baker et al., *Hormone Therapy, Mental Health, & Quality of Life Among Transgender People: A Systematic Review*, 5:4 J. Endocrine Soc'y 1 (2021) | 500-515 |
| Kenneth J. Zucker, *Debate: Different strokes for different folks*, Child & Adolescent Mental Health (2019) | 516-518 |
| Kristina R. Olson et al., *Gender Identity 5 Years After Social Transition*, 150:2 Pediatrics 3 (2022) | 519-525 |
| **VOLUME 3** | |
| Laura E. Kuper et al., *Body Dissatisfaction & Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145:4 Pediatrics 1 (2020) | 526-536 |
| *Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation*, Council for Choices in Health Care in Finland (2020) | 537-538 |

| | |
|---|---|
| Melinda Chen & Erica A. Eugster, *Central Precocious Puberty: Update on Diagnosis & Treatment*, 17:4 Paediatr Drugs 273 (2015) | 539-553 |
| Michael Biggs, *The Dutch Protocol for Juvenile Transsexuals: Origins & Evidence*, J. Sex & Marital Therapy (2022) | 554-575 |
| Polly Carmichael et al., *Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK*, 16:2 PLOS ONE 1 (2021) | 576-601 |
| Riittakerttu Kaltiala et al., *Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria*, 74:3 Nordic J. Psychiatry 213 (2020) | 602-609 |
| Riittakerttu Kaltiala-Heino et al., *Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development*, 9 Child & Adolescent Psychiatry & Mental Health 6 (2015) | 610-618 |
| Romina Brignardello-Petersen & Wojtek Wiercioch, *Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence* (2022) | 619-688 |
| Stephen B. Levine et al., *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, & Young Adults*, J. Sex & Marital Therapy (2022) | 689-711 |
| Susan Maxwell et al., *Pregnancy Outcomes After Fertility Preservation in Transgender Men*, 129:6 Obstetrics & Gynecology 1031 (2017) | 712-715 |
| Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinial Practice Guideline*, 102:11 J. Clinical Endocrinal Metab. 3869 (2017) | 716-750 |
| Deposition excerpts of Armand Antommaria, *Boe v. Marshall* | 751-752 |

Downloaded from http://journals.lww.com/greenjournal by VIjHxMv4LBTkbqHmj99sFRbDXjiQSXvwEAbVxxKsCY F6jSHuafCu618Nlid8qYEQ7dVdvGUuIEMrC2bL3jxKDu4t8jYvWFGFqeu9rcZrpvAwcnpb3MO7Rn1wKUCbqkxTRYSVsFoQJ4PD 2kjsG7DbI5M7xyMBodJvxol1oyX= on 05/03/2023

# Original Research

# Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning

*Alexis D. Light, MD, MPH, Juno Obedin-Maliver, MD, MPH, Jae M. Sevelius, PhD, and Jennifer L. Kerns, MD, MPH*

**OBJECTIVE:** To conduct a cross-sectional study of transgender men who had been pregnant and delivered after transitioning from female-to-male gender to help guide practice and further investigation.

**MATERIALS AND METHODS:** We administered a web-based survey from March to December 2013 to inquire about demographics, hormone use, fertility, pregnancy experience, and birth outcomes. Participants were not required to have been on hormone therapy to be eligible. We used a mixed-methods approach to evaluate the quantitative and qualitative data.

**RESULTS:** Forty-one self-described transgender men completed the survey. Before pregnancy, 61% (n=25) had used testosterone. Mean age at conception was 28 years with a standard deviation of 6.8 years. Eighty-eight percent of oocytes (n=36) came from participants' own ovaries. Half of the participants received prenatal care from a physician and 78% delivered in a hospital. Qualitative themes included low levels of health care provider awareness and knowledge about the unique needs of pregnant transgender men as well as a desire for resources to support transgender men through their pregnancy.

**CONCLUSION:** Transgender men are achieving pregnancy after having socially, medically, or both transitioned. Themes from this study can be used to develop transgender-appropriate services and interventions that may improve the health and health care experiences of transgender men.

*(Obstet Gynecol 2014;124:1120–7)*
*DOI: 10.1097/AOG.0000000000000540*

Transgender individuals often report many barriers in attempting to access health care.[1] The American College of Obstetricians and Gynecologists (the College) recently called on obstetrician–gynecologists to help eliminate these barriers for transgender men (also called female-to-male individuals) by creating nondiscriminatory practices, assisting with gender transition, and providing transgender-appropriate and comprehensive health care.[2] Despite the College's call to action, little systematic attention has been paid to the health and reproductive experiences of transgender men or those individuals who are born with female sexual organs but who identify as male.

Transgender men are individuals who have a male or masculine gender identity but were assigned female at birth. The gender affirmation process may include social, medical, and surgical aspects of transition, although not all transgender men desire medical intervention.[3] Many transgender men desire children[4] and there are anecdotal reports supporting the biological possibility of pregnancy for transgender men who retain a uterus and discontinue testosterone therapy.[5–7] However, there is little scientific literature describing pregnancy experiences among transgender men or the effects of exogenous administration of testosterone on fertility, pregnancy, and neonatal outcomes.[8] Understanding transgender men's experiences with fertility, pregnancy, and birth will allow health care providers to augment pre- and posttransition discussions regarding fertility options, the roles of cross-sex hormones on fecundity, potential birth outcomes, and to support their physical and mental well-being during pregnancy. Expanded knowledge may also help

*From the Washington Hospital Center Department of Obstetrics and Gynecology, Washington, DC; the Department of Obstetrics, Gynecology, and Reproductive Sciences, University of California, San Francisco, and the University of California, San Francisco Center of Excellence for Transgender Health, San Francisco, California.*

*Corresponding author: Alexis D. Light, MD, MPH, 2360 Champlain Street, NW, Apartment 2.1, Washington, DC 20009; e-mail: Alexis.D.Light@gunet. georgetown.edu.*

**Financial Disclosure**
*The authors did not report any potential conflicts of interest.*

© 2014 by The American College of Obstetricians and Gynecologists. Published by Lippincott Williams & Wilkins.
ISSN: 0029-7844/14

Copyright© American College of Obstetricians and Gynecologists

App.0001

Downloaded from http://journals.lww.com/greenjournal by VIbhHMUJIBTKIbpMn99qFRdDXjfJQ3XvoEAbVceKIGYF6jSH4uIGu61BNitdBqYEO7dVlvG3LvtEMhCZbL3jrKDvB487jVvlFGFqeu9rOzAvomjbk3MO7RYm1wKUCbipXf7RYt5VsFFeDJ4PD 2kpG7DIiSM7rwMBodJvxoll1byXe on 05/03/2023

health care providers support transgender men in attaining and maintaining healthy pregnancies.

We conducted a mixed-methods study to explore the experiences of transgender men and to contribute to the knowledge base of fertility, conception, pregnancy experience, and birth outcomes among transgender men.

## MATERIALS AND METHODS

We conducted a cross-sectional survey from March to December 2013 of transgender men (assigned female at birth with a masculine, transmasculine, transmale, or female-to-male gender identity) who had been pregnant and delivered a neonate. Inclusion criteria were: age older than 18 years, self-identification as male before pregnancy, pregnancy within the last 10 years, and the ability to fill out the survey in English. Eligibility criteria did not require any type of medical (eg, testosterone use) or surgical (eg, bilateral mastectomy) transition. We recruited study participants through convenience sampling and we collected data using a web-based survey. Participation was not limited by geographic location.

We administered the online survey through REDCap,[9] an encrypted and secure online survey platform. The study contained 47 multiple-choice questions and 24 questions addressing demographics, hormone use, fertility, pregnancy experience, birth experience, and fetal outcomes. The survey concluded with four open-ended questions: "Is there anything you would like medical providers to know about transgender men and pregnancy?" "What was the experience of being pregnant like for you?" "What was the experience of giving birth like for you?" "What was the postpartum experience like for you?" The survey was developed by the authors in consultation with the Center of Excellence for Transgender Health at University of California, San Francisco and other health care providers serving the transgender community.

Initial recruitment occurred through distribution to key stakeholders in lesbian, gay, bisexual, and transgender health centers; transgender community groups; and Internet-based social networking pages created by study authors. We recruited additional participants through initial contacts. We provided interested individuals with a comprehensive study description and links to the study. After accessing the electronic study web site, participants were presented with informed consent documents and participants confirmed their consent through accessing a link to web-based survey. No in-person contact was made with survey participants.

We conducted a mixed-methods analysis to evaluate the quantitative and qualitative data collected from the survey. Using STATA 13.0, we performed unadjusted analyses using $\chi^2$ for method of delivery; $t$ tests for pregnancy age, body mass index, and gestational age; and Fisher's exact for all other variables according to testosterone use before pregnancy. As a result of nonresponse, variable totals may not sum to column totals or within category totals. A $P$ value of $\leq.05$ was considered statistically significant. We analyzed the qualitative data using grounded theory, identifying iterative themes, and adding new codes as concepts emerged.[10] This study was approved by the University of California, San Francisco Committee on Human Research.

## RESULTS

We excluded nine of the 56 participants who began the survey as a result of insufficient responses for analysis, and six others were excluded because they did not meet study criteria indicating male gender before pregnancy.[11] We included participants who identified as female or preferred "she" or "her" pronouns only if they had more than one validating indicator of a transgender identity (use of testosterone, male identity with female pronouns, or female identity with male pronouns). Forty-one participants remained for final analysis (Table 1). Most of our participants were from the western United States, identified as white, and had completed at least some college. Pronoun preference differed between those who had used testosterone and those who had not ($P=.04$). Participants who had previously used testosterone were more likely to prefer the pronoun "he," whereas those who had not used testosterone were more likely to identify with "they." Although most respondents were primiparous, those who had not used testosterone were more likely to be multiparous ($P=.006$). Four transgender men (10%), all of whom had been on testosterone previously, reported a prior diagnosis of polycystic ovary syndrome.

Twenty-five (61%) transgender men reported using testosterone before pregnancy (Table 2). Among those who had used testosterone, 20 (80%) reported resuming menstruation within 6 months after stopping testosterone. Five participants (20%) conceived while still amenorrheic from testosterone use. After pregnancy, six (38%) participants who had not previously used testosterone before pregnancy initiated use. Ten participants (40%) who had been on previously testosterone reported that they had not yet resumed testosterone use after pregnancy.

Copyright© American College of Obstetricians and Gynecologists

App.0002

**Table 1.** Participant Characteristics

| Characteristic | All (N=41) | Prior Testosterone Use | | P |
| | | Yes (n=25) | No (n=16) | |
|---|---|---|---|---|
| Age (y)* | 28±6.8 | 29±6.9 | 27±6.8 | .5 |
| Gender identity[†] | | | | .07 |
|   Male | 21 (51) | 12 (48) | 9 (56) | |
|   Transgender, female-to-male, transman | 10 (24) | 9 (36) | 1 (6) | |
|   Bigender, gender fluid, genderqueer | 8 (20) | 3 (12) | 5 (31) | |
|   Female | 1 (2) | 1 (4) | 0 | |
|   Other | 1 (2) | 0 | 1 (6) | |
| Personal pronoun preference[‡] | | | | .04 |
|   He | 32 (82) | 21 (88) | 11 (73) | |
|   They | 3 (8) | 0 | 3 (20) | |
|   She | 2 (5) | 2 (8) | 0 | |
|   Ey | 1 (2) | 1 (4) | 0 | |
|   No pronouns | 1 (2) | 0 | 1 (7) | |
| Country | | | | .4 |
|   United States | 35 (85) | 20 (80) | 15 (94) | |
|   Outside United States[§] | 6 (15) | 5 (20) | 1 (6) | |
| U.S. region[‡ ‖] | | | | .9 |
|   West | 19 (59) | 11 (61) | 8 (57) | |
|   Northeast | 5 (16) | 3 (17) | 2 (14) | |
|   South | 5 (16) | 2 (11) | 3 (21) | |
|   Midwest | 3 (9) | 2 (11) | 1 (7) | |
| Race or ethnicity[‡] | | | | 1.0 |
|   White | 36 (92) | 21 (88) | 15 (100) | |
|   Asian | 1 (3) | 1 (4) | 0 | |
|   Asian and black | 1 (3) | 1 (4) | 0 | |
|   Native Hawaiian or other Pacific Islander | 1 (3) | 1 (4) | 0 | |
| Education level[‡] | | | | .7 |
|   High school degree or less | 4 (10) | 3 (12.5) | 1 (7) | |
|   Vocational training or some college | 12 (31) | 6 (25) | 6 (40) | |
|   Associate or Bachelor's degree | 14 (36) | 10 (42) | 4 (27) | |
|   Master's or doctoral degree | 9 (23) | 5 (21) | 4 (27) | |
| Annual household income ($)[‡] | | | | .4 |
|   Less than 20,000 | 6 (15) | 2 (8) | 4 (25) | |
|   20,000–59,999 | 20 (49) | 12 (50) | 8 (50) | |
|   60,000–100,000 | 8 (20) | 6 (25) | 2 (13) | |
|   More than 100,000 | 5 (13) | 4 (17) | 1 (7) | |
| Multiparous (2 or more pregnancies) | 15 (37) | 5 (20) | 10 (63) | .006 |
| Previous PCOS diagnosis | 4 (10) | 4 (16) | 0 | .15 |
| BMI at the start of pregnancy (kg/m$^2$) | 26±6 | 26±6 | 27±6 | .6 |
| Gender-confirming surgical procedure[‡ ¶] | | | | .7 |
|   Bilateral mastectomy | 19 (46) | 13 (52) | 6 (38) | |
|   Oophorectomy | 2 (5) | 0 | 2 (13) | |
|   Hysterectomy | 2 (5) | 2 (8) | 0 | |
|   Phalloplasty or metoidioplasty[#] | 1 (2) | 1 (4) | 0 | |

PCOS, polycystic ovary syndrome/BMI, body mass index.
Data are mean±standard deviation or n (%) unless otherwise specified.
* Age at the beginning of their most recent pregnancy.
[†] Kuper et al.[28]
[‡] Not all the participants answered this question.
[§] Canada (n=2), Germany (n=1), England (n=1), Israel (n=1), and Switzerland (n=1).
[‖] Regions were defined according to the 2010 U.S. census.
[¶] Surgery may have occurred before or after pregnancy.
[#] Metoidioplasty is procedure that separates the clitoris from the labia to assume a physiologic position similar to a penis (Djordjevic et al[29]).

    Two thirds of pregnancies were planned (Table 3). Before the most recent pregnancy, condoms were the most common form of contraception followed by no form of contraception and abstinence (defined as not engaging in penile–vaginal intercourse). Those who had previously used testosterone were more likely to

Downloaded from http://journals.lww.com/greenjournal by VlipHMK4LLBTklbp4hlm99qsFRdDXjIQSXvoEAbVazKkGY F6jSHuaIGJ6IBNttd9kpYEQ7d/dvVGJuJEMKzbiL3jxKDd48jDyWFGF6peu9rcDpvAwcmpfk3M/O7R1m1wKUCbjxtTRYSVoF eQJ4FD 2jpG7Di5M7xryMBocLvxof1loqYfe= on 05/03/2023

Copyright© American College of Obstetricians and Gynecologists

App.0003

Downloaded from http://journals.lww.com/greenjournal by VitHMKAiLBTkibqAhm9g4FRdDXjGjEXvoEAbVaxKGYF6jSHMuICu61BNitG8qYEQ7dVihGSLwiEMfcZbL3jxKDa4djkPYWFGF6jeu9rtZb9vAkcmjIkJMfD7RiIm1wKUCbIpXI7RYSVsF6QJ4PD2rjG7Dbl5M7xvMBocLvxoi1OxYe on 05/03/2023

## Table 2. Findings Among Those Who Used Testosterone Before Pregnancy of Report (n=25)

| Characteristic | Value |
|---|---|
| Age (y) when testosterone was initiated | 25 (17–35) |
| Length of testosterone use before pregnancy (y) | |
|   Less than 1 | 10 (40) |
|   1–2 | 6 (24) |
|   3–10 | 4 (16) |
|   More than 10 | 5 (20) |
| Stopped taking testosterone to become pregnant | 17 (68) |
| Duration between stopping testosterone and resumption of menses (mo) | |
|   No menses before pregnancy | 5 (20) |
|   Less than 1 | 2 (8) |
|   1 | 6 (24) |
|   2 | 7 (28) |
|   3 | 4 (16) |
|   4–6 | 1 (4) |
| Resumed or initiated testosterone after pregnancy* | 20 (48) |

Data are median (range) or n (%).
* Of total respondents in the study (N=41).

report no contraceptive use or abstinence, whereas those who had not used testosterone were more likely to use a hormonal contraceptive method ($P$=.03). The majority of oocytes came from the participants' own ovaries, whereas the majority of sperm came from a significant other or spouse. Most transgender men became pregnant within 4 months of trying, only 15% had a preconception medical consultation, and 7% used fertility drugs to become pregnant.

Pregnancy, delivery, and birth outcomes did not differ according to prior testosterone use (Table 4). Half of the participants received prenatal care from a physician, 40% from an obstetrician, and 10% from a family medicine physician. More than three fourths of the participants began taking prenatal vitamins either before pregnancy or within the first trimester, whereas 15% reported not taking any prenatal vitamins. Participants reported a variety of perinatal complications including hypertension (12%), preterm labor (10%), placental abruption (10%), and anemia (7%). Anemia was not reported by participants who had previously used testosterone. A higher proportion of transgender men who had used testosterone underwent cesarean delivery compared with those who reported no testosterone use (36% compared with 19%, respectively), although this finding was not statistically significant. Among those who underwent a cesarean delivery, 25% cited the indication as

elective. Those who had previously used testosterone were statistically less likely to chest (breast) feed their infant than those who had not previously used testosterone ($P$=.04).

Thirty participants (73%) answered at least one of the four open-ended questions. Major themes from these responses were: 1) effect of pregnancy on concepts of family structure; 2) isolation; 3) gender dysphoria and pregnancy; and 4) interactions with health care providers.

Many participants discussed their pregnancy in the context of family structure. For some, pregnancy was a necessary step in creating the family they desired: "I looked at it as something to endure to have a child" (36-year-old, prior testosterone use). Others described the pregnancy in pragmatic terms, possibly as a way to avoid gender dissonance: "Like my body was a workshop, building up this little kid" (35-year-old, prior testosterone use). Another participant found a way to embrace the pregnancy, describing the pregnancy and birth as a bridge to fatherhood: "Pregnancy and childbirth were very male experiences for me. When I birthed my children, I was born into fatherhood" (29-year-old, no prior testosterone use). Participants often used words such as "dad," "carrier," and "gestational parent" to affirm their male gender identity and describe their parenting role.

Feelings of isolation were common. One participant stated, "Pregnancy came with feelings of isolation and limitation" (28-year-old, prior testosterone use). Some identified the source of isolation as stemming from feeling "lonely because I was the only one" (30-year-old, prior testosterone use). These feelings were contextualized by comments about "lack of support" and "lack of resources available to pregnant transgender men." This isolation was also referenced in terms of invisibility: "I passed as 'not pregnant' until my eighth month, because I'm chubby anyways, and because people don't assume that someone who looks like me could be pregnant" (34-year-old, no prior testosterone use). As another participant simply put it: "We exist. And we are different" (35-year-old, prior testosterone use).

Another theme that emerged was the relationship between gender dysphoria and pregnancy. Some participants reported improvements in gender dysphoria, feeling new connections with their bodies: "It was relieving to feel comfortable in the body I'd been born with" (20-year-old, no prior testosterone use). Others felt an increase in dysphoria, and for some, that dysphoria continued into the postpartum period: "Heavy time, having a baby, not passing as male, all the changes and a society telling me to just be happy"

Light et al    *Pregnancy Experiences of Transgender Men*    **1123**

Copyright© American College of Obstetricians and Gynecologists



App.0004

Downloaded from http://journals.lww.com/greenjournal by VIjHHMU4LBTKtbp4hfm99azFRdDXjIQ8XvwEAbVozKkGY F6jSHMuICu61BNld08qYEQ7dVdVGLwIEMKzbL3jKCbvI48j7vWFGFqeu9rCZbAAvcmj9k3M/O7RVJm1vfKUCbjeXTRYSVsF-eQJ4PD 2IpjG7DI5M7xwMBodJvxol1OoYk= on 05/03/2023

**Table 3.** Fertility Experiences Surrounding Most Recent Pregnancy by Prior Testosterone Use

| Characteristic | Total (N=41) | Prior Testosterone Use | | P |
| --- | --- | --- | --- | --- |
| | | Yes (n=25) | No (n=16) | |
| Planned pregnancy | 28 (68) | 19 (76) | 9 (56) | .3 |
| Contraception use before this pregnancy*† | | | | .03 |
|   Condoms | 16 (41) | 10 (40) | 6 (43) | |
|   None | 15 (38) | 12 (48) | 3 (21) | |
|   Abstinence‡ | 3 (7) | 3 (12) | 0 | |
|   Fertility awareness | 2 (8) | 0 | 2 (14) | |
|   Combined hormonal contraception (OCPs, transdermal patch, vaginal ring) | 1 (3) | 0 | 1 (7) | |
|   Injection, intrauterine device, implant | 1 (3) | 0 | 1 (6) | |
|   Partner had vasectomy | 1 (3) | 0 | 1 (6) | |
| Time to conception (mo)† | | | | .14 |
|   Unplanned pregnancy | 13 (32) | 6 (24) | 7 (44) | |
|   Less than 1 | 3 (17) | 1 (20) | 2 (12) | |
|   1–3 | 9 (22) | 8 (32) | 1 (6) | |
|   4–6 | 8 (19) | 5 (20) | 3 (19) | |
|   More than 7 | 4 (10) | 1 (4) | 3 (18) | |
| Source of oocyte | | | | .12 |
|   Own ovaries | 36 (88) | 21 (84) | 15 (94) | |
|   Significant other or spouse | 4 (10) | 4 (16) | 0 | |
|   Anonymous donor | 1 (2) | 0 | 1 (6) | |
| Source of sperm | | | | .5 |
|   Significant other, spouse, or romantic partner | 31 (76) | 17 (68) | 14 (88) | |
|   Known donor | 4 (10) | 3 (12) | 1 (6) | |
|   Anonymous donor or sperm bank | 6 (15) | 5 (20) | 1 (6) | |
| Medical intervention to become pregnant§ | | | | |
|   Consultation | 6 (15) | 4 (16) | 2 (12) | |
|   Fertility drugs | 3 (7) | 2 (8) | 1 (6) | |
|   Assisted reproductive technology‖ | 5 (12) | 5 (20) | 0 | |

OCP, oral contraceptive pill.
Data are n (%) unless otherwise specified.
\* Participants were given the option to identify with more than one, so total exceeds 100%.
† Not all the participants answered this question.
‡ Defined as not having penile–vaginal intercourse.
§ Participants could mark more than one, therefore not comparing the results statistically.
‖ Includes artificial insemination, in vitro fertilization, and gamete intrafallopian transfer.

(35-year-old, prior testosterone use). Combined with feelings of isolation postpartum, many participants specifically mentioned having postpartum depression. "Began to show symptoms of postpartum depression long before anyone discussed symptoms to watch for… Began researching and working through postpartum depression issues independently; found no professional with familiarity with 'trans/genderqueer' gestational parents" (28-year-old, prior testosterone use). As mentioned, the depression seemed amplified by a lack of gender-sensitive resources for postpartum depression.

In response to queries interactions with health care providers, some participants mentioned positive interactions with their health care teams regarding their gender identity. "I was always called 'he,' I was always called 'dad,' and my body parts were called by the words I used" (34-year-old, prior testosterone use). As previously, positive experiences often focused on proper use of gender-related language. Other participants mentioned negative experiences that ranged from improper pronoun use and rude treatment to being turned away from medical practices and denied treatment. In one extreme experience, a participant reported that "Child Protection Services was alerted to the fact a 'tranny' had a baby" (21-year-old, prior testosterone use). Many participants called for better treatment from the health care system through acknowledging the unique identities of pregnant transgender men and grounding health care provider–patient interactions in compassion and respect. As one participant said, "treat us as if we are normal human beings with normal bodies" (37-year-old, no prior testosterone use). Additionally, participants

Copyright© American College of Obstetricians and Gynecologists

App.0005

**Table 4.** Pregnancy Experience and Neonatal Outcomes

Downloaded from http://journals.lww.com/greenjournal by VI9HMK4LLBTktbp4Hm99qsFRbDXjIQSXvoeFAbVozKGYF6jSHvaICu6i8NNti08qYEQ7dVdvGLwIEMrC2bL3jKtDx4t8jJYvVFGFqeu9nDJvAwcmjsk3MO7RVm1wKUCbjxt7RYSVsF8QJ4PD2ipG7DbiSM7xyMBodJvxof10aYk= on 05/03/2023

| Characteristic | Total (N=41) | Prior Testosterone Use | | P |
| | | Yes (n=25) | No (n=16) | |
|---|---|---|---|---|
| Source of prenatal care* | | | | 1.0 |
|   Obstetrician | 16 (40) | 9 (38) | 7 (44) | |
|   Certified nurse midwife | 11 (28) | 7 (29) | 4 (25) | |
|   Lay midwife | 7 (18) | 4 (17) | 3 (19) | |
|   Family practice doctor | 4 (10) | 3 (13) | 1 (6) | |
|   No prenatal care | 2 (5) | 1 (4) | 1 (6) | |
| Perinatal complications[†] | | | | |
|   Hypertension | 5 (12) | 4 (16) | 1 (6) | |
|   Preterm labor | 4 (10) | 3 (12) | 1 (6) | |
|   Placental abruption | 4 (10) | 2 (8) | 2 (12) | |
|   Anemia | 3 (7) | 0 | 3 (19) | |
|   Gestational diabetes | 2 (5) | 2 (8) | 0 | |
|   Multiple pregnancy[‡] | 2 (5) | 2 (8) | 0 | |
|   Postpartum infection | 2 (5) | 1 (4) | 1 (6) | |
|   Premature rupture of membranes | 1 (2) | 0 | 1 (6) | |
|   Pyelonephritis | 1 (2) | 1 (4) | 0 | |
|   Uterine rupture | 1 (2) | 1 (4) | 0 | |
| Substance use[§] | | | | |
|   Cigarettes | 3 (7) | 2 (8) | 1 (6) | 1.0 |
|   Alcohol | 1 (2) | 1 (4) | 0 | 1.0 |
|   Recreational drugs | 1 (2) | 0 | 1 (6) | .6 |
| Gestational age at delivery (wk±d) | 38±6 | 37±9 | 39±5 | .4 |
| Location of birth | | | | .6 |
|   Hospital | 32 (78) | 18 (72) | 14 (88) | |
|   Home | 7 (17) | 5 (20) | 2 (13) | |
|   Independent birth center | 2 (5) | 2 (8) | 0 | |
| Underwent labor induction | 9 (22) | 7 (28) | 2 (12) | .3 |
| Method of delivery | | | | .5 |
|   Vaginal | 29 (71) | 16 (64) | 13 (81) | |
|   Cesarean | 12 (30) | 9 (36) | 3 (19) | |
| Reason for cesarean delivery | | | | .6 |
|   Previous cesarean delivery | 1 (8) | 1 (11) | 0 | |
|   Breech presentation | 1 (8) | 1 (11) | 0 | |
|   Placenta previa | 1 (8) | 1 (11) | 0 | |
|   Arrest of labor | 2 (17) | 1 (11) | 1 (33) | |
|   Multiple pregnancy (twins) | 1 (8) | 1 (11) | 0 | |
|   Requested cesarean delivery | 3 (25) | 3 (33) | 0 | |
|   Other[∥] | 3 (25) | 1 (11) | 2 (66) | |
| Birth weight (g)[¶] | 3,146±1,671 | 2,914±1,276 | 3,490±625 | .2 |
| Neonate admitted to the NICU* | 5 (14) | 4 (20) | 1 (7) | .4 |
| Neonate diagnosed with an anomaly or developmental disorder*[#] | 3 (9) | 1 (5) | 2 (14) | .7 |
| Neonate diagnosed with a disorder of sexual development*** | 2 (6) | 1 (5) | 1 (7) | .8 |
| Chest (breast) fed | 21 (51) | 10 (40) | 11 (69) | .04 |

NICU, neonatal intensive care unit.
Data are n (%) or mean±standard deviation unless otherwise specified.
* Not all the participants answered this question.
[†] Includes complications occurring in the preconception, antepartum, intrapartum, and postpartum periods.
[‡] Both sets of multiples were twins.
[§] Survey question stated: "Once you knew you were pregnant, did you regularly: _ drink alcohol, _ smoke cigarettes, _ use recreational drugs, _ none of the above."
[∥] Other reasons for cesarean delivery: placental abruption (n=1), preeclampsia (n=1), none specified (n=1).
[¶] N=42 neonates resulting from a set of twins.
[#] Ventricular septal defect (n=1), bone cancer (n=1), sensory integration disorder (n=1).
** Intersex (n=1), micropenis (n=1).

Copyright© American College of Obstetricians and Gynecologists



App.0006

Downloaded from http://journals.lww.com/greenjournal by VghHMKr4LLBTkbpAHm99pGFRxDXjQGEkvkEAbVxeKkGY F6jSHAuIIGu61BNtd08qYEQ7dVdvGLwjEMfCzbL3jrKDuHbyFjVFGFqeu9rDbAwcmjkJMO7RmtrwKUChlpX7RYSVsFeQJ4PD 2bpG7DIi5M7xvMBoxUvxd1bxYe- on 05/03/2023

noted that although their specific health care provider(s) may have been transgender-friendly, this was not necessarily the case with the office staff, nurses, and other health care workers.

## DISCUSSION

The College has highlighted the need for obstetrician–gynecologists to help eliminate barriers to care for transgender men.[2] Our results demonstrate that transgender men desire children[4] and are willing and able to conceive, carry a pregnancy, and give birth. Participants repeatedly expressed a desire for more information regarding fertility options and access to reproductive health care providers who respect, support, and understand their gender identity.

Studies suggest that amenorrhea commonly occurs within 6 months of initiating testosterone therapy.[12,13] However, timeframe for resumption of menses after cessation of testosterone is unclear, and some have stated amenorrhea may be irreversible.[14] Participants who discontinued testosterone to attempt pregnancy reported resumption of menses within 6 months, with the majority within 3 months. Some conceived before return of menses. Despite small sample size, the timeline for menses resumption is consistent with that of literature on women who became amenorrheic with Sertoli-Leydig tumors and resumed menses after tumor resection.[15]

Although most transgender men in this study received prenatal care from a physician and delivered in a hospital, participants used nonphysician providers and nonhospital birth locations more frequently than the general public. In 2009, 99% of U.S. births occurred in hospitals,[16] compared with 78% of our participants. It is possible that health care provider choice and delivery location were responses to actual or anticipated negative experiences as suggested from many qualitative reports of suboptimal interactions with health care providers. However, health care provider and birth location may have resulted from other barriers such as access to health insurance.[17–20] Further research to clarify the experiences of transgender men with peripartum service provision will provide guidance for meeting their needs.

There is a 12% prevalence of major depressive disorders surrounding pregnancy, including postpartum depression, for women in the United States.[21] Although we did not specifically ask about depressive disorders, many of our participants reported experiences with peripartum depression in the narrative responses. A Canadian study of mental health among transgender men (n=207) found that depression was common.[22] Our findings suggest that transgender men may represent a high-risk population for postpartum depression and, although further research is warranted, future recommendations should emphasize assessment of peripartum depression in this population.

Nearly half of the transgender men who had not used testosterone had an unplanned pregnancy, a proportion comparable to that of the U.S. population.[23] Comparatively, one fourth of those previously on testosterone had unplanned pregnancies. By design this study cannot speak to incidence or prevalence of unplanned pregnancies among transgender men. However, given the financial burden[24] and risk of increased morbidity[25] from unintended pregnancy as well as the contraindication of testosterone use during pregnancy,[26,27] these findings suggest a potential unmet need for contraceptive services for transgender men.

Limitations to this study include those inherent with an online, cross-sectional survey, including not allowing for follow-up clarification from participants, decreasing responses from those with low literacy or other barriers to taking an online survey, and self-reported data raising concern for recall bias. The limited socioeconomic and racial diversity in respondents reduces immediate generalizability. Lastly, our eligibility criteria screened for transgender men who had a successful birth, impeding generalizable to those who attempt to get pregnant and cannot and those who do not carry to term. Strengths include the novelty of reporting transgender men's pregnancy experiences, inclusion of those who had socially and medically transitioned, and the mixed-methods format that allows insight into experiences.

Through demonstrating that transgender men are becoming pregnant and having babies, regardless of prior testosterone use, this preliminary study contributes data to emerging discussions regarding their reproductive health experiences. Respondents highlight the need for health care providers to partner with this community and develop gender-appropriate resources and support. Simple but meaningful steps for health care providers include establishing rapport by using patients' preferred names and pronouns, validating gender identity, and reflecting their individual relationships to their pregnancies. Counseling with transgender men should include discussions of reproductive goals, including fertility desires, and the role of contraception. We also suggest all health care providers discuss fertility preservation options with patients before initiating testosterone use in accordance with international standards of care.[26,27] More

Copyright© American College of Obstetricians and Gynecologists

App.0007



Downloaded from http://journals.lww.com/greenjournal by VIIHrMHUL/BTktbpHhi99g5FRdDXjIQSXwEAbVazKKqY F6jSHMuIrGu61BNdoBkqYEQ7dVbVGuLuIEtMrCzbL3jxKDb4ejPJyvWFGFqeu9nDzbvAwcmjdk3MO7RVm1wKUDkpxiTRYSVstFeQJ4PD 2pjqG7fDI5M7qVMBucUvxoI1oxYe- on 05/03/2023

clinical and investigational work is needed to understand the physical and emotional needs of transgender men during pregnancy and birth so that health care providers may partner with this underserved community to improve care. As we respond to calls for increased access to reproductive health care for transgender men, we must ensure that we can provide evidence-based, comprehensive services befitting their unique needs and concerns.[2]

## REFERENCES

1. Grant JM, Mottet LA, Tanis J, Herman JL, Harrison J, Keisling M. National transgender discrimination survey report on health and healthcare. Washington (DC): National Center for Transgender Equality and National Gay and Lesbian Task Force; 2010. p. 1–23.

2. Healthcare for transgender individuals. Committee Opinion No. 512. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1454–8.

3. Scheim A, Greta B. Sex and Gender Diversity Among Transgender Persons in Ontario, Canada: Results From a Respondent-Driven Sampling Survey. J Sex Res 2014;1–14 [Epub ahead of print].

4. Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D, Van de Peer F, et al. Reproductive wish in transsexual men. Hum Reprod 2012;27:483–7.

5. Califia-Rice P. Family values: two dads with a difference –neither of us was born male. Village Voice June 20, 2000.

6. Hembree WC, Cohen-Kettenis P, Delemarre HA, Gooren LJ, Meyer WJ III, Spack NP, et al. Endocrine treatment of transsexual persons. Minneapolis (MN): WPATH (World Professional Association for Transgender Health); 2009.

7. Beatie T. Labor of love: the story of one mans extraordinary pregnancy. Berkeley (CA): Seal Press; 2008.

8. De Sutter P. Gender reassignment and assisted reproduction present and future reproductive options for transsexual people. Hum Reprod 2001;16:612–4.

9. Harris PA, Taylor R, Thielke R, Payne J, Gonzalez N, Conde JG. Research electronic data capture (REDCap)-A metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform 2009;42:377–81.

10. Charmaz K. Constructing grounded theory: a practical guide through qualitative analysis. Thousand Oaks (CA): Pine Forge Press; 2006.

11. Pequegnat W, Rosser B, Bowen A, Bull S, DiClemente R, Bockting W, et al. Conducting internet-based HIV/STD prevention survey research: considerations in design and evaluation. AIDS Behav 2007;11:505–21.

12. Nakamura A, Watanabe M, Sugimoto M, Sako T, Mahmood S, Kaku H, et al. Dose-response analysis of testosterone replacement therapy in patients with female to male gender identity disorder. Endocr J 2013;60:275–81.

13. Steinle K. Hormonal management of the female-to-male transgender patient. J Midwifery Womens Health 2011;56:293–302.

14. T'Sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. Curr Opin Endocrinol Diabetes Obes 2013;20:575–9.

15. Gui T, Cao D, Shen K, Yang J, Zhang Y, Yu Q, et al. A clinicopathological analysis of 40 cases of ovarian Sertoli–Leydig cell tumors. Gynecol Oncol 2012;127:384–9.

16. Martin JA, Hamilton BE, Ventura SJ, Osterman MJ, Kirmeyer S, Mathews TJ, et al. Births: final data for 2009. Natl Vital Stat Rep 2011;60:1–70.

17. Unger C. Care of the transgender patient: the role of the gynecologist. Am J Obstet Gynecol 2014;210:16–26.

18. Dutton L, Koenig K, Fennie K. Gynecologic care of the female-to-male transgender man. J Midwifery Womens Health 2008;53:331–7.

19. Poteat T, German D, Kerrigan D. Managing uncertainty: a grounded theory of stigma in transgender healthcare encounters. Soc Sci Med 2013;84:22–9.

20. Xavier J, Bradford J, Hendricks M, Safford L, McKee R, Martin E, et al. Transgender healthcare access in Virginia: a qualitative study. Int J Transgenderism 2013;14:3–17.

21. Le Strat Y, Dubertret C, Le Foll B. Prevalence and correlates of major depressive episode in pregnant and postpartum women in the United States. J Affect Disord 2011;135:128–38.

22. Rotondi NK, Bauer GR, Travers R, Travers A, Scanlon K, Kaay M. Depression in male-to-female transgender Ontarians: results from the trans PULSE project. Can J Commun Ment Health 2011;30:113–33.

23. Finer LB, Kost K. Unintended pregnancy rates at the state level. Perspect Sex Reprod Health 2011;43:78–87.

24. Trussell J, Henry N, Hassan F, Prezioso A, Law A, Filonenko A. Burden of unintended pregnancy in the United States: potential savings with increased use of long-acting reversible contraception. Contraception 2013;87:154–61.

25. Shah PS, Balkhair T, Ohlsson A, Beyene J, Scott F, Frick C. Intention to become pregnant and low birth weight and preterm birth: a systematic review. Matern Child Health J 2011;15:205–16.

26. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism 2012;13:165–232.

27. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ III, Spack NP, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2009;94:3132–54.

28. Kuper L, Nussbaum R, Mustanski B. Exploring the diversity of gender and sexual orientation identities in an online sample of transgender individuals. J Sex Res 2012;49:244–54.

29. Djordjevic M, Stanojevic D, Bizic M, Kojovic V, Majstorovic M, Vujovic S, et al. Metoidioplasty as a single stage sex reassignment surgery in female transsexuals: Belgrade experience. J Sex Med 2009;6:1306–13.

Copyright© American College of Obstetricians and Gynecologists

App.0008

# Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine

Angela Leung, M.D.,[a,b] Denny Sakkas, Ph.D.,[a] Samuel Pang, M.D.,[a] Kim Thornton, M.D.,[a,b] and Nina Resetkova, M.D., M.B.A.[a,b]

[a] Boston IVF, Waltham; and [b] Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Beth Israel Deaconess Medical Center, Boston, Massachusetts

**Objective:** To investigate assisted reproductive technology (ART) outcomes in a female-to-male transgender cohort and compare the results with those of a matched cisgender cohort.

**Design:** Matched retrospective cohort study.

**Setting:** In vitro fertilization clinic.

**Patient(s):** Female-to-male transgender patients (n = 26) who sought care from 2010 to 2018. A cisgender cohort (n = 130) was matched during the same time period by age, body mass index, and antimüllerian hormone levels.

**Intervention(s):** Not applicable.

**Main Outcome Measure(s):** Cycle outcomes, including oocyte yield, number of mature oocytes, total gonadotropin dose, and peak $E_2$ levels.

**Result(s):** The mean number of oocytes retrieved in the transgender group was 19.9 ± 8.7 compared with 15.9 ± 9.6 in the cisgender group. Peak $E_2$ levels were the same between the two groups. The total dose of gonadotropins used was higher in the transgender group compared with the cisgender group (3,892 IU vs. 2,599 IU). Of the 26 patients, 16 performed oocyte banking only. Seven couples had fresh or frozen transfers, with all achieving live births.

**Conclusion(s):** This is the first study of this size investigating ART outcomes in female-to-male transgender patients. The findings may serve to reassure transgender patients and their care providers that outcomes can be excellent even if testosterone therapy has already been initiated. Further investigation needs to be performed on the generalizability of these findings, and whether similar results can be achieved without stopping testosterone therapy. (Fertil Steril® 2019;112:858–65. ©2019 by American Society for Reproductive Medicine.)

El resumen está disponible en Español al final del artículo.

**Key Words:** Transgender, ovarian stimulation, fertility preservation

**Discuss:** You can discuss this article with its authors and other readers at https://www.fertstertdialog.com/users/16110-fertility-and-sterility/posts/51110-28270

---

Transgender people represent a patient population that has previously received little attention, especially in the area of reproductive health and fertility. While the number of individuals who self-identify as transgender is small, surveys show that it is on the rise [1]. In the U.S., 0.3%–2% of the population identify as transgender, although this may be grossly underestimated because tools to survey gender identity are poor [2, 3]. The World Professional Association of Transgender Health (WPATH) estimates that worldwide, the prevalence for male-to-female individuals is 1:45,000 to 1:12,000, and for female-to-male individuals is 1:200,000 to 1:30,400 [4]; however, most of the studies used to derive these numbers are from European countries.

Previously, there had been an assumption that transgender

Received May 10, 2019; revised June 21, 2019; accepted July 12, 2019; published online October 6, 2019.

A.L. has nothing to disclose. D.S. is on the Scientific Advisory Board of Cooper Surgical. S.P. has nothing to disclose. K.T. has nothing to disclose. N.R. has nothing to disclose.

Reprint requests: Angela Leung, M.D., Department of OB/GYN, Beth Israel Deaconess Medical Center, 330 Brookline Avenue, Kirstein 3, Boston, Massachusetts, 02215 (E-mail: aleung@bostonivf.com).

Fertility and Sterility® Vol. 112, No. 5, November 2019 0015-0282/$36.00
Copyright ©2019 American Society for Reproductive Medicine, Published by Elsevier Inc.
https://doi.org/10.1016/j.fertnstert.2019.07.014

App 0009

individuals were not interested in maintaining their reproductive potential. There are also historical societal biases that the transgender population should not retain their reproductive potential. Until 2015, 24 countries in Europe required sterilization before changing gender assignment on legal documents (5, 6). That number has now decreased to 14 (7), even though the European Court of Human Rights ruled in 2017 that such requirements violate human rights law. These biases are changing, however; for example, after a Supreme Court ruling Germany's Cabinet recently approved a third gender option for official identification records. With this change in acceptance, the associated reproductive rights will also improve. Ethicists have concluded that there is no ethical basis to deny transgender individuals access to reproductive medicine (8–10). Both the American Society for Reproductive Medicine and the European Society of Human Reproduction and Embryology have issued opinions that transgender patients should have the same access to fertility options as cisgender patients and that fertility preservation options should be discussed before gender transition (9, 10).

Several recent studies have demonstrated that transgender people do desire parenthood, or at the least wish to preserve that possibility. A widely cited Belgian study in 2012 found that more than one-half (54%) of surveyed transgender men desired to have children, and 37% would have considered freezing oocytes if that option had been available (11). A German study found that 76% of both transgender men and women had thought about fertility preservation before transition, but only 9% of transgender women and 3% of transgender men had actually completed this process (12). Interestingly, more transgender women preferred to build families through adoption, whereas more transgender men desired to have biologic offspring and would prefer to build families through sexual intercourse or by carrying a pregnancy (13). Even studies in transgender teenagers have indicated that the desire for future family building exists in about one-half of them (14, 15). Therefore, it is safe to say that transgender individuals have similar interests in their reproductive potential as cisgender individuals.

This provides an exciting and much needed impetus to examine fertility options and outcomes for this marginalized patient population. The first and key intervention is the ability to preserve fertility through the cryopreservation of gametes before medical or surgical transition. In transgender men, this can be done via oocyte, embryo, or ovarian tissue cryopreservation (6, 16). In 2014, the first case report of oocyte cryopreservation in a transgender man was published (17). Since then, there has only been one other published case series of three transgender men who underwent fertility preservation and subsequent transfer of embryos after vitro fertilization (IVF) (18). There is a knowledge gap about how these patients respond to treatment and their experiences and outcomes with fertility preservation or IVF. As transgender individuals increasingly seek access to reproductive services, we seek to shed light on the optimal way to provide effective care to these patients.

Our objective in the present study was to examine cycle outcomes in a female-to-male transgender (also referred to

as transgender male) cohort and compare the results with those of a matched cisgender cohort.

## METHODS
### Study Participants

We performed a database search of the electronic medical record eIVF (practicehwy.com) at a single large academically affiliated IVF clinic. Because our electronic medical record does not currently have the means to identify transgender individuals easily, we performed a text-based query. The query searched for any mention of the term "transgender" or other common derivatives of the term in the patients' charts. The query was conducted for January 2010 to July 2018, because the first transgender man that this clinic treated was in 2010. To be included in this study, the patient had to identify as a transgender man and have completed an ovarian stimulation cycle for oocyte cryopreservation, embryo cryopreservation, or intended uterine transfer. Most couples who desired to conceive did so through reciprocal IVF, whereby the transgender patient provided the oocytes and their cisgender partner carried the pregnancy. The few transgender men who opted to carry the pregnancy themselves underwent several failed intrauterine insemination cycles before proceeding to IVF. There were no exclusion criteria. Demographic data as well as cycle outcome data were collected.

All transgender patients who had already initiated androgen therapy stopped testosterone before cycle start and were instructed to wait for resumption of menses. Those patients who strongly opposed restarting menses instead had serum testosterone levels monitored until they returned to the upper levels of the normal female range. Baseline ovarian reserve parameters were checked once these criteria were met.

Ovarian stimulation protocol was determined by the treating physician. Almost all used an antagonist stimulation protocol, whereby dosing of gonadotropins was adjusted according to standard protocol in relation to the individual's response. These protocols were the same as those used for cisgender patients; there was no unique protocol specifically tailored for transgender patients.

### Matching Procedure

In the comparison portion of our study, each transgender male patient was matched with five unique cisgender patients with either male-factor or tubal-factor infertility. This subset of patients was chosen for comparison in the assumption that they should have intact ovulatory function similar to that of transgender men who have not undergone transition. Cisgender patients with ovulatory dysfunction such as polycystic ovary syndrome (PCOS) were excluded. Only first ovarian stimulation cycles in both groups were used for comparison. Individual matching was performed with the use of age, body mass index (BMI), and antimüllerian hormone (AMH) levels. Age was matched by the Society for Assisted Reproductive Technology age categories (<30, 30 to <35, 35 to <38, 38 to <40, and ≥40 y), BMI by obesity class categories (25 to <30, 30 to <35, 35 to <40, and ≥40 kg/m²), and AMH by clinically meaningful categories (<0.5, 0.5 to <1, and

App 0010

≥ 1 ng/mL). Cycles were also matched according to next closest in cycle start date.

## Data Analysis

The primary outcome in the matched cohort analysis was number of oocytes retrieved, and secondary outcomes included number of mature oocytes, total gonadotropin dose, and peak $E_2$ levels. Pregnancy outcomes are described in the transgender cohort, but not compared, because the small sample size of the transgender group would not produce statistically meaningful results.

Descriptive statistics were used to describe the transgender patient and cycle characteristics, as well as cycle outcomes. For the matching analysis, results were compared using Student $t$ test, with $P$ values < .05 defined as significant.

## Ethical Approval

This study was approved by the Institutional Review Board at Beth Israel Deaconess Medical Center.

## RESULTS
### Characteristics of the Transgender Male Cohort

We identified a total of 53 transgender male patients who sought care from 2010 to 2018. Out of this group, 26 patients completed treatment; the remainder presented only for initial consultations. None of the patients who pursued treatment had undergone gender-affirming "bottom surgery" (i.e., oophorectomy or hysterectomy), so all patients included in this study had intact uteri and ovaries.

Twenty-nine cycles were completed by 26 patients, with patients completing a mean of 1.1 cycles. Seventeen cycles were for oocyte cryopreservation, five for IVF and embryo cryopreservation, and seven for IVF with embryo transfer.

The age range of patients was 14–39 years, with the average (±SD) age at cycle start being 28.3 ± 6.7. Those seeking oocyte cryopreservation were youngest, and those seeking embryo cryopreservation were oldest (Table 1A). All patients who created embryos had partners, whereas 50% of patients cryopreserving oocytes had partners. Only one patient already had a child through natural conception at the time of treatment. All other patients had never been pregnant.

A majority of patients (61%) were already undergoing testosterone therapy at the time of presentation, with the remainder planning transition after their assisted reproductive technology (ART) cycles. Types of testosterone therapy varied widely, including intramuscular injection, transdermal gel, and subcutaneous injection. Time on testosterone before seeking ART treatment ranged from 3 months to 17 years, with a mean of 44 months (3.7 years; Table 1A). All patients stopped testosterone before cycle start and almost all experienced resumption of menses. Baseline AMH, FSH, and $E_2$ levels and antral follicle counts (AFCs) were all normal in this patient group (Table 1A). On average, patients were off testosterone for 4 months before starting their cycle (range 1–12 months; Table 1A).

### Transgender Cycle Outcomes

Across all of the transgender ovarian stimulation cycles (n = 29), a mean of 19.4 ± 8.4 oocytes were retrieved per cycle

## TABLE 1

Characteristics of the transgender male cohort undergoing controlled ovarian hyperstimulation, by (A) patient and (B) cycle.

| Patient variable | All patients (n = 26) | Oocyte cryopreservation (n = 16) | Embryo cryopreservation (n = 3) | IVF with transfer (n = 7) |
|---|---|---|---|---|
| Age (y) | 28.3 ± 6.7 | 25.3 ± 6.2 | 35.6 ± 3.5 | 32.06 ± 4.2 |
| BMI (kg/m$^2$) | 26.0 ± 7.0 | 24.7 ± 7.3 | 29.4 ± 6.8 | 27.7 ± 6.4 |
| AMH (ng/mL) | 3.4 ± 1.9 | 3.6 ± 2.2 | 3.1 ± 1.4 | 2.7 ± 1.5 |
| FSH (IU/mL) | 6.2 ± 2.0 | 6.0 ± 2.0 | 6.2 ± 2.1 | 6.6 ± 2.5 |
| AFC (n) | 16.6 ± 5.3 | 17.2 ± 5.5 | 18.0 ± 3.6 | 14.7 ± 6.2 |
| Has partner (%) | 69.2 | 50 | 100 | 100 |
| Initiated androgen therapy (%) | 61.5 | 43.8 | 100 | 85.7 |
| Time on testosterone (mo) | 43.9 ± 31.0 | 39.7 ± 19.2 | 126 ± 110.3 | 48.0 ± 52.3 |
| Time off testosterone (mo) | 4.5 ± 3.5 | 4.4 ± 3.7 | 4.0 ± 2.6 | 5.0 ± 4.3 |
| Resumed menses (%) | 81.2 | 85.7 | 100 | 66.7 |
| Time to cycle start (mo) | 6.4 ± 12.8 | 2.9 ± 2.2 | 3.4 ± 3.2 | 15.6 ± 23.0 |
| Cycle variable | All cycles (n = 29) | Oocyte cryopreservation (n = 17) | Embryo cryopreservation (n = 5) | IVF with transfer (n = 7) |
| Oocytes retrieved (n) | 19.4 ± 8.4 | 22.7 ± 8.4 | 15.6 ± 7.3 | 14.3 ± 6.1 |
| Mature oocytes (%) | 75.4 ± 20.7 | 75.4 ± 22.5 | 59.0 ± 8.8 | 88.0 ± 11.7 |
| Oocytes frozen (n) | – | 17.7 ± 6.1 | – | – |
| Embryos frozen (n) | 4.2 ± 0.6 | – | 3.8 ± 4.2 | 4.7 ± 1.4 |
| Embryos transferred (n) | – | – | – | 1.3 ± 0.8 |
| Pregnancy rate (%)[a,b] | – | – | – | 83.3 |
| Live birth rate (%)[b] | – | – | – | 58.3 |

Note: Data are presented as mean ± standard deviation or %. AFC = antral follicle count; AMH = antimüllerian hormone; BMI = body mass index; IVF = in vitro fertilization.
[a] Clinical pregnancy defined as positive fetal heart beat on ultrasound.
[b] Rates calculated per transfer, including fresh and frozen (see Supplemental Table 1 [available online at www.fertstert.org] for more details).

Leung. ART outcomes in transgender male patients. Fertil Steril 2019.

App.0011

(Table 1B). In the 17 oocyte cryopreservation cycles, a mean of $17.7 \pm 6.1$ oocytes were cryopreserved per cycle. A mean of $3.8 \pm 4.2$ embryos were cryopreserved in the five embryo cryopreservation cycles (Table 1B).

Among the patients who planned for IVF with transfer, two intended to carry the pregnancy themselves and the remaining five transferred their embryos to their cisgender female partner. A total of 12 transfers were performed among the seven patient couples: five fresh and seven frozen-thawed embryo transfers (FETs). The pregnancy and live birth rates per transfer are summarized in Table 1B, and detailed cycle outcomes are listed in Supplemental Table 1 (available online at www.fertstert.org). Of the five patient pairs who completed a fresh transfer, four became pregnant and delivered. Two patients who had live births from their fresh transfers subsequently returned a few years later for FET. These resulted in current ongoing pregnancies. One patient had a miscarriage following fresh embryo transfer, went on to have a FET, and ultimately conceived and had a live birth. Two patients underwent cryopreserve-all cycles for preimplantation genetic testing for aneuploidy and subsequent FET. Both patients conceived and delivered from their FET cycle. Single-embryo transfer was performed in nine of 12 cycles; two embryos were transferred in three of 12 cycles. A mean of $4.7 \pm 1.4$ supernumerary embryos were frozen (Table 1B). All seven patient pairs who transferred embryos ultimately had successful outcomes with pregnancy and delivery of healthy children: six singletons and one set of twins.

## Matched Analysis

First cycles only of the transgender cohort (n = 26) were then matched with 130 cisgender cycles (Table 2). Of these cisgender cycles, 80% had a diagnosis of male-factor infertility and 20% tubal-factor infertility. Age, BMI, and AMH were well matched across the two groups, with no significant difference in any of these categories (Table 2).

On average, more oocytes were retrieved in the transgender cycles compared with cisgender cycles, and this result was statistically significant ($19.9 \pm 8.7$ vs. $15.9 \pm 9.6$; $P = .04$; Table 2). Number of mature oocytes and peak $E_2$ levels were similar between the two groups; however, significantly higher total doses of gonadotropins were used in the transgender stimulation cycles (Table 2).

A subanalysis was performed on only the transgender patients who had initiated testosterone therapy (Table 3), which showed similar results. The exception was that although the number of oocytes retrieved from these transgender patients also trended higher, the difference was not statistically significant.

## DISCUSSION

It has been posited that transgender men must undergo fertility preservation before any hormonal therapy to achieve good results (16). However, our study shows that these patients can have ovarian stimulation outcomes that are similar to those of cisgender counterparts, and this seems to be true even in cases of patients who have already initiated hormonal transition with the use of testosterone.

This is the first study to describe transgender cycle parameters and outcomes in such detail and scope. The only other publication that describes outcomes in this population is a case series of three transgender men who underwent fertility preservation before gender-affirming hormonal therapy: one patient cryopreserved oocytes only, and two cryopreserved oocytes and returned for IVF and embryo transfer (18). More than 18 oocytes were retrieved in each of those cases, and both patients who underwent embryo transfer (to their cisgender female partner) conceived and delivered. Our findings support the preliminary positive outcomes seen in that study. The transgender patients in our cohort had a mean of 20 oocytes retrieved, and all who transferred embryos eventually achieved a successful pregnancy and delivery.

Compared with the matched cisgender patients, the transgender male patients performed well. The mean number of oocytes retrieved was higher in the transgender group than in the cisgender group. It should be kept in mind that the primary purpose of this study was to explore overall ART outcomes, and given the retrospective nature of the study and limited sample size, it was not powered to compare egg yield in transgender and cisgender patients. Therefore, the significant difference we found should be interpreted conservatively. However, the trend of good oocyte yield in the transgender cohort is very reassuring for this patient population.

Although more than one-half the transgender patients had been on testosterone therapy before undergoing the

## TABLE 2

Comparison of cisgender and transgender ovarian stimulation cycles.

| Variable | Cisgender (n = 130) | Transgender (n = 26) | P value |
|---|---|---|---|
| Age (y) | $30.4 \pm 3.8$ | $28.3 \pm 6.7$ | .12 |
| AMH (ng/mL) | $4.0 \pm 3.7$ | $3.4 \pm 1.9$ | .22 |
| BMI (kg/m²) | $26.2 \pm 6.6$ | $26.0 \pm 7.0$ | .90 |
| Oocytes retrieved (n) | $15.9 \pm 9.6$ | $19.9 \pm 8.7$ | .04 |
| Mature oocytes (%) | $82.1 \pm 17.1$ | $78.3 \pm 20.3$ | .38 |
| Peak $E_2$ level (pg/mL) | $2,715.9 \pm 1515.2$ | $2,755.5 \pm 1,297.7$ | .89 |
| Total gonadotropin dose (IU) | $2,599.1 \pm 1,313.6$ | $3,891.8 \pm 1,577.6$ | < .001 |

*Note:* Data presented as mean ± standard deviation. Abbreviations as in Table 1.

*Leung. ART outcomes in transgender male patients. Fertil Steril 2019.*

App 0012

## TABLE 3

Comparison of transgender patients with previous androgen exposure and matched cisgender cycles.

| Variable | Cisgender (n = 80) | TG with androgen exposure (n = 16) | P value |
|---|---|---|---|
| Oocytes retrieved (n) | 14.4 ± 8.9 | 18.6 ± 9.3 | .11 |
| Mature oocytes (%) | 84.4 ± 16.1 | 77.0 ± 23.3 | .24 |
| Peak E$_2$ level (pg/mL) | 2,713.2 ± 1,487.4 | 2,943.1 ± 1,364.7 | .55 |
| Total gonadotropin dose (IU) | 2,707.0 ± 1,452.1 | 4,155.5 ± 1,507.6 | .002 |

Note: Data presented as mean ± standard deviation.

*Leung. ART outcomes in transgender male patients. Fertil Steril 2019.*

stimulation cycles (the longest duration being 17 years), all of them had discontinued testosterone for a short period immediately before cycling. It may be hypothesized that the subset of transgender patients who had testosterone therapy would have poorer egg yields compared with matched cisgender patients, but our subanalysis found this not to be true. These transgender patients still had excellent stimulation outcomes, with an average of 18 oocytes retrieved. These results suggest that even long periods of gender-affirming androgen therapy do not appear to have negative effects on ovarian stimulation outcomes. These clinical findings echo experiments that show that androgen treatment does not reduce the ovarian follicle pool or cortical distribution (19–21).

One possible explanation for why transgender patients may produce more oocytes is that their biochemical environment is like that of a woman with PCOS owing to their higher levels of circulating androgens. It has been shown that androgen excess can accelerate the growth of early follicular development while simultaneously slowing the rate of atresia of early antral follicles (22). This in turn can lead to the polycystic ovary morphology. Experiments in mice (23) and nonhuman primates (24) that involve exogenous injection of androgens support this theory. Consequently, patients with PCOS typically exhibit evidence of high ovarian reserve, with high values of AMH and AFC. They have a robust response to ovarian stimulation, and a high number of oocytes are usually retrieved.

However, this theory was not borne out in a study by Ikeda et al. (19), who described that excessive androgen exposure in transgender men did not lead to a polycystic ovary morphology. Therefore, this theory cannot fully explain the high oocyte yield in the transgender group. Unfortunately, testosterone levels were not measured in all of the transgender patients in our study. In the few who were tested after discontinuing androgen therapy, their levels were within upper parameters of the normal female range before cycle start. In fact, to start their cycle, the patient must have either resumed menses or have had a testosterone level in the normal female range. At this time, we do not fully understand the repercussions that long-term androgen therapy may have on the ovarian environment, and this is certainly an area of needed study. But at least in the time immediately before the stimulation cycle, there were no clinical signs that the transgender patients had higher than normal levels of androgens. Furthermore, their ovarian reserve testing was similar to that of our

cisgender group and did not exhibit the higher levels of AMH and AFC that are typical of PCOS patients.

Our data also showed that significantly higher total doses of gonadotropins were used in the stimulation cycles of transgender patients. An underlying reason for this difference may be because for most of these transgender patients, an oocyte cryopreservation cycle is a "one-shot deal." In some cases, insurance will pay for only one cycle, or if self-paying they can only afford only one cycle; for others, they had mentally braced themselves to stop testosterone therapy only long enough to undergo one cycle. Therefore, in many cases aggressive stimulation was intentional to optimize egg yield for a single cycle. Consequently, it is unclear whether transgender male patients truly require more medication than their cisgender counterparts. It may be argued that the transgender group's high oocyte yield is partly due to aggressive stimulation, and lower doses may eliminate the difference we found between the two groups. However, data from examining individual cycles in detail seem to indicate that transgender patients still had good egg yields with low doses of medication. In our study, the two transgender cycles that used the lowest total dose of gonadotropins (<1,750 IU) both had more than 25 oocytes retrieved. In contrast, the cisgender cycles that also used a total dose of <1,750 IU (n = 37) had a mean of 16 oocytes retrieved. The sample size here is too small to draw definitive conclusions, but the tendency does suggest that aggressive stimulation alone cannot explain the difference we found in oocyte yield.

Age is also an important factor that must be considered. It is well established that younger patients have higher oocyte yields (25–27). The population of transgender patients undergoing ovarian stimulation is generally younger than that of the infertility population. In our cohort, the youngest patient was 14 years old and had been referred for fertility preservation before starting androgen therapy. The number of younger patients in our study reflects a robust referral system that is sensitive to the fertility desires of transgender patients. This is an important aspect of transgender medicine that improves access, but the younger average age of this population makes a comparative study difficult because most do not carry an infertility diagnosis. Ultimately, a better comparison group would be oncology-fertility patients, because many of these patients present at younger ages at the time of fertility preservation, similarly to our transgender group. They may, however, have other

App 0013

underlying issues owing to their diagnosis. A second, but slightly less optimal, comparison group would be cisgender female patients undergoing elective oocyte cryopreservation. However, even this group might be slightly older than the transgender cohort, because teenagers are not offered elective oocyte cryopreservation. At the time of our study, we did not have a sufficient sample size of oncology-fertility or elective oocyte cryopreservation patients to perform an adequately matched analysis. Regardless, we attempted to mitigate the effect of age through our matching process, and the resulting comparison showed that age was not statistically different in the two groups. Therefore, our finding of excellent oocyte yields in the transgender group can not be explained solely by the influence of age.

Another limitation of our data is the selection of patients with infertility as our comparison group. We used tubal-factor and male-factor infertility patients only, excluding all patients with ovulatory dysfunction, with the presumption that this subset of patients closely mimics the transgender cohort where personal choices preclude egg and sperm meeting in a natural environment. However, this presumption may not necessarily be true, because transgender patients are not truly infertile, especially those who have not initiated hormone therapy. On the other hand, even though the cisgender patients may have a documented case of tubal-factor or male-factor infertility, there may be other factors contributing to their infertility that were not revealed in the initial workup. The presence of these unknown confounders may skew the cisgender group to a slightly worse outcome and could contribute to the difference in oocyte yield that was found between the two groups.

Although this study population is the largest cohort of transgender male patients to be described in the literature thus far, it is interesting to note that it represents only about 50% of the transgender male patients who presented for fertility consultation at our clinic. Many of the patients who ultimately did not choose to proceed with treatment did so because of the need to stop testosterone therapy before initiating a cycle or the burden of cost. For many transgender patients, stopping androgen therapy can be both physically and psychologically distressing, especially because many experience the resumption of menses. This concern about halting or even delaying start of hormone therapy is often cited as a reason to defer fertility preservation (14, 28, 29). It is important to note, however, that some patients in our cohort were offered the option of deferring menses start before treatment, and the resulting outcomes were in line with the remainder of the cohort. A logical follow-up question is whether ovarian stimulation can be done with any measure of success without the cessation of testosterone. Although our findings are certainly reassuring for patients who have already initiated androgens, they were still all required to stop therapy to proceed with stimulation. This is a barrier to access that should be investigated, and if overcome may increase utilization of ART by transgender male patients. Given the retrospective nature of this study, we were also not able to assess the experiences of these patients who presented for treatment. In the future, concomitant quantitative and qualitative investigation may help to clarify transgender patients'

perspectives on treatment and identify additional barriers to care.

## CONCLUSION

Female-to-male transgender patients who choose to access ART for fertility preservation or family building can have excellent results. Patients who have already started the transition process via hormone therapy should be reassured that they still have the opportunity to preserve fertility as long as they retain their ovaries. Providers can counsel these patients that oocyte yield is on par with that of their cisgender counterparts. And although outcome data from patients who transferred an embryo is limited, preliminary findings suggest a high rate of success.

Acknowledgments: The authors thank Michele Hacker, Sc.D., M.S.P.H., at Beth Israel Deaconess Medical Center for providing statistical consultation; and coauthor Samuel Pang, M.D., at Boston IVF for being the managing physician for the majority of the patients included in this study.

## REFERENCES

1. Meerwijk EL, Sevelius JM. Transgender population size in the united states: a meta-regression of population-based probability samples. Am J Public Health 2017;107:1–8.
2. Gates G. How many people are lesbian, gay, bisexual and transgender? Williams Institute; 2011. Available at: https://williamsinstitute.law.ucla.edu/research/census-lgbt-demographics-studies/how-many-people-are-lesbian-gay-bisexual-and-transgender/. Accessed September 13, 2018.
3. Flores AR, Herman JL, Gates GJ, Brown TNT. How many adults identify as transgender in the United States. Williams Institute; 2016. Available at: https://williamsinstitute.law.ucla.edu/research/how-many-adults-identify-as-transgender-in-the-united-states/. Accessed September 13, 2018.
4. Hunger S. Commentary: Transgender people are not that different after all. Camb Q Healthc Ethics 2012;21:287–9.
5. Nixon L. The right to (trans) parent: a reproductive justice approach to reproductive rights, fertility, and family-building issues facing transgender people. William Mary J Race Gend Soc Justice 2013;20:73.
6. t'Sjoen G, van Caenegem E, Wierckx K. Transgenderism and reproduction. Curr Opin Endocrinol Diabetes Obes 2013;20:575–9.
7. Transgender Europe. Trans rights Europe map 2018: forced sterilization. Available at: https://tgeu.org/wp-content/uploads/2018/05/MapB_TGEU2018_Online.pdf.
8. Murphy TF. The ethics of fertility preservation in transgender body modifications. J Bioethical Inq 2012;9:311–6.
9. Ethics Committee of the American Society for Reproductive Medicine. Access to fertility services by transgender persons: an Ethics Committee opinion. Fertil Steril 2015;104:1111–5.
10. de Wert G, Dondorp W, Shenfield F, Barri P, Devroey P, Diedrich K, et al. ESHRE Task Force on Ethics and Law 23: medically assisted reproduction in singles, lesbian and gay couples, and transsexual people. Hum Reprod 2014;29:1859–65.
11. Wierckx K, van Caenegem E, Pennings G, Elaut E, Dedecker D, van de Peer F, et al. Reproductive wish in transsexual men. Hum Reprod 2012;27:483–7.
12. Auer MK, Fuss J, Nieder TO, Briken P, Biedermann SV, Stalla GK, et al. Desire to have children among transgender people in Germany: A cross-sectional multi-center study. J Sex Med 2018;15:757–67.
13. Tornello SL, Bos H. Parenting intentions among transgender individuals. LGBT Health 2017;4:115–20.
14. Nahata L, Tishelman AC, Caltabellotta NM, Quinn GP. Low fertility preservation utilization among transgender youth. J Adolesc Health 2017;61:40–4.
15. Strang JF, Jarin J, Call D, Clark B, Wallace GL, Anthony LG, et al. Transgender youth fertility attitudes questionnaire: measure development in nonautistic

App. 0014

and autistic transgender youth and their parents. J Adolesc Health 2018;62: 128–35.

16. de Roo C, Tilleman K, T'Sjoen G, de Sutter P. Fertility options in transgender people. Int Rev Psychiatry 2016;28:112–9.

17. Wallace SA, Blough KL, Kondapalli LA. Fertility preservation in the transgender patient: expanding oncofertility care beyond cancer. Gynecol Endocrinol 2014;30:868–71.

18. Maxwell S, Noyes N, Keefe D, Berkeley AS, Goldman KN. Pregnancy outcomes after fertility preservation in transgender men. Obstet Gynecol 2017;129:1031–4.

19. Ikeda K, Baba T, Noguchi H, Nagasawa K, Endo T, Kiya T, et al. Excessive androgen exposure in female-to-male transsexual persons of reproductive age induces hyperplasia of the ovarian cortex and stroma but not polycystic ovary morphology. Hum Reprod 2013;28:453–61.

20. van den Broecke R, van der Elst J, Liu J, Hovatta O, Dhont M. The female-to-male transsexual patient: a source of human ovarian cortical tissue for experimental use. Hum Reprod 2001;16:145–7.

21. de Roo C, Lierman S, Tilleman K, Peynshaert K, Braeckmans K, Caanen M, et al. Ovarian tissue cryopreservation in female-to-male transgender people: insights into ovarian histology and physiology after prolonged androgen treatment. Reprod Biomed Online 2017;34:557–66.

22. Homburg R. Androgen circle of polycystic ovary syndrome. Hum Reprod 2009;24:1548–55.

23. Beloosesky R, Gold R, Almog B, Sasson R, Dantes A, Land-Bracha A, et al. Induction of polycystic ovary by testosterone in immature female rats: modulation of apoptosis and attenuation of glucose/insulin ratio. Int J Mol Med 2004;14:207–15.

24. Abbott DH, Barnett DK, Bruns CM, Dumesic DA. Androgen excess fetal programming of female reproduction: a developmental aetiology for polycystic ovary syndrome? Hum Reprod Update 2005;11:357–74.

25. American College of Obstetricians and Gynecologists, American Society for Reproductive Medicine. Female age-related fertility decline. Committee opinion no. 589. Fertil Steril 2014;101:633–4.

26. Chuang C-C, Chen C-D, Chao K-H, Chen S-U, Ho H-N, Yang Y-S. Age is a better predictor of pregnancy potential than basal follicle-stimulating hormone levels in women undergoing in vitro fertilization. Fertil Steril 2003; 79:63–8.

27. Hull MGR, Fleming CF, Hughes AO, McDermott A. The age-related decline in female fecundity: a quantitative controlled study of implanting capacity and survival of individual embryos after in vitro fertilization. Fertil Steril 1996;65:783–90.

28. Armuand G, Dhejne C, Olofsson JI, Rodriguez-Wallberg KA. Transgender men's experiences of fertility preservation: a qualitative study. Hum Reprod 2017;32:383–90.

29. Chen D, Simons L, Johnson EK, Lockart BA, Finlayson C. Fertility preservation for transgender adolescents. J Adolesc Health 2017;61:120–3.

App. 0015

**Resultados de las Técnicas de Reproducción Asistida en pacientes transgénero mujer-hombre comparados con los de pacientes cisgénero: una nueva frontera en Medicina Reproductiva**

**Objetivo:** Investigar los resultados de las Técnicas de Reproducción Asistida (ART) en una cohorte transgénero mujer-hombre y comparar los resultados con los de una cohorte emparejada de pacientes cisgénero

**Diseño:** Estudio cruzado retrospectivo de cohortes.

**Entorno:** Clínica de Fecundación in Vitro.

**Paciente(s):** Pacientes transgénero mujer-hombre (n=26) que solicitaron tratamiento desde 2010 a 2018. Una cohorte de pacientes cisgénero (n=130) fue emparejada por edad, índice de masa corporal y niveles de hormona antimulleriana durante el mismo periodo de tiempo.

**Intervención(es):** No aplica.

**Medida del Resultado Principal:** Resultados del ciclo, incluyendo número total de ovocitos, número de ovocitos maduros, dosis total de gonadotrofinas y pico máximo de estradiol.

**Resultado(s):** El número medio de ovocitos recuperados en el grupo transgénero fue de 19.9 +/- 8.7 comparado con 15.9 +/-9.6 en el grupo cisgénero. Los niveles pico de estradiol fueron similares entre los dos grupos. La dosis total de gonadotrofinas utilizadas fue mayor en el grupo transgénero comparado con el grupo cisgénero (3,892 IU vs. 2,599 IU). De los 36 pacientes, 16 realizaron únicamente criopreservación de ovocitos. Siete parejas realizaron transferencias en fresco o de embriones congelados, consiguiendo todas recién nacidos vivos.

**Conclusión(es):** Este es el primer estudio con este número de pacientes investigando los resultados de ART en pacientes transgénero mujer-hombre. Los resultados pueden servir para confirmar a los pacientes transgénero y a sus médicos que los resultados pueden ser excelentes incluso si el tratamiento con testosterona ya ha sido iniciado. Es necesario realizar más estudios sobre la posible generalización de estos hallazgos y para ver si resultados similares pueden obtenerse sin cesar el tratamiento con testosterona.

App.0016

Transgender Health
Volume 5, Number 3, 2020
© Mary Ann Liebert, Inc.
DOI: 10.1089/trgh.2019.0077

**SHORT REPORT**

# Changes in Anxiety and Depression from Intake to First Follow-Up Among Transgender Youth in a Pediatric Endocrinology Clinic

Annette L. Cantu,[1,*] Danielle N. Moyer,[1] Kara J. Connelly,[2] and Amy L. Holley[1]

## Abstract

Monitoring acute distress in transgender youth initiating gender-affirming care is important given their increased risk for significant mental health symptoms. The current study examined changes in anxiety, depression, and suicidality from initial appointment to first follow-up in 80 youth, ages 11–18. Average time between visits was ∼4 months but varied across participants. Results revealed no change in acute distress from intake to follow-up. Neither distance from medical center nor initiation of hormone therapy was associated with symptom changes. While research shows decreased distress with initiation of hormones, study findings suggest changes may actually take longer to occur.

**Keywords:** transgender, acute distress, mental health, behavioral health screeners, gender dysphoria, access to care

## Introduction

The Patient Health Questionnaire-9 (PHQ-9) for depression and anxiety (Generalized Anxiety Disorder-7 [GAD-7]) are brief, easy-to-use, physician-administered screening measures used to identify acute distress among transgender and gender-nonconforming (TGN) youth.[1] Given TGN youth are at higher risk for anxiety, depression, and suicidal ideation than their peers,[2] identifying youth who endorse high levels of acute distress in the gender clinic setting can highlight those who need access to mental health services and crisis interventions. In our recent study, examining rates of depression, anxiety, and suicidal ideation in TGN youth, 43% of patients ages 11–18 years of age endorsed clinically significant depression symptoms, 61% of patients endorsed clinically significant anxiety symptoms, and 30% of patients endorsed thoughts of death or self-harm on several days or greater.[1]

Medical interventions for pubertal adolescents fall into three general categories: (1) medications to suppress or manage the estrogen or testosterone produced by the body (e.g., hormone blockers), (2) hormone therapy (HT) to masculinize or feminize the body,

and (3) gender-affirming surgeries.[3] Some research suggests a positive impact of HT on the mental health of TGN youth and relief of gender dysphoria over time with initiation of surgical interventions.[2,4] A gap in knowledge exists in how symptoms of acute distress change in the short-term, particularly in youth receiving gender-affirming care who are not undergoing surgery. Gathering these data on how mood changes early in treatment is important for informing both patients and providers on what to expect.

Another gap in the literature is how distance from a medical center may be associated with mood symptomatology. Mental health differences have been found among TGN adults who live in rural versus non-rural areas.[5] TGN youth and adults also consistently report access to TGN specialists, including mental health providers, as a common barrier to health care.[6–8] While there are 53 comprehensive clinical care programs for TGN youth in the United States and Canada, the majority are located in large metropolitan cities, making access to services challenging for many families.[9] To our knowledge, no research has explored whether distance to a comprehensive clinical care program for

Divisions of [1]Psychology and [2]Endocrinology, Department of Pediatrics, Oregon Health and Science University, Portland, Oregon, USA.

*Address correspondence to: Annette L. Cantu, PhD, Division of Psychology, Department of Pediatrics, Oregon Health and Science University, 707 SW Gaines Street, Portland, OR 97239, USA, E-mail: cantua@ohsu.edu

App.0017

Case 1:23-cv-00864-... Filed: 08/31/2023    Pages: 311

TGN youth might impact the level and persistence of acute distress among these youth.

To fill these gaps in the research, the current study has three aims: (1) Describe changes in anxiety, depression, and suicidality from intake visit to first follow-up appointment using the PHQ-9 and GAD-7 in TGN youth; (2) Examine symptoms of anxiety, depression, and suicidality by distance from medical center (>30 vs. <30 miles) from intake to follow-up; (3) Examine changes in anxiety and depression from intake to first follow-up among the TGN youth who initiate HT.

## Methods

### Participants and procedure

Participants were TGN youth seeking gender-affirming care at an academic medical center in the Northwestern United States between September 2017 and June 2019. All youth ages 11 and older complete anxiety and depression screeners at every visit regardless of mental health diagnoses or symptom severity. In this clinic, youth do not receive prescriptions for hormone medication management at the initial visit, but many patients initiate medications between their first and second appointments after completing required steps (family receives extensive counseling, signs consent form, completes assessment, and acquires a letter of support from an experienced mental health provider). Initiation of hormone management medications (e.g., hormone blockers) and HT is individualized for each patient and some patients initiate both at the same time. Second visit is recommended 3–4 months after the initial visit.

Youth were included in the current study if they (1) were between the ages of 11 and 18 years, (2) had attended both an initial visit and one follow-up appointment, and (3) completed measures assessing acute distress (PHQ-9 and GAD-7) at both visits. Retrospective chart review was used to extract patient age, affirmed gender, medical interventions, screener results, and distance from clinic. Because chart review was used to collect data, no informed consent procedures were conducted, and data on participant race/ethnicity, socioeconomic status, and education level were not available to include in analyses. It was also infeasible to document the exact time of HT initiation given the variability in how and where individuals received their treatments. The institution's Human Subjects Institutional Review Board approved all study procedures.

## Measures

**Depression.** The PHQ-9[10] is a 9-item screening measure of depression. Items are rated on a 4-point scale for how often each symptom has occurred in the past 2 weeks from 0 (Not at All) to 3 (Nearly Every Day). The final item (item 9) asks about thoughts of death and self-harm. Youth were coded as endorsing suicidal ideation if they responded $\geq 1$ on item 9.

**Anxiety.** The GAD-7[11] is a 7-item screening measure of anxiety. Items are rated on a 4-point scale for how often each symptom has occurred in the past 2 weeks from 0 (Not at All) to 3 (Nearly Every Day).

**Distance from the medical center.** Distance from the participants' home to the medical center was calculated using the zip code of the youth's home address documented in the medical record. This variable was then dichotomized into two groups: youth who lived <30 miles and youth who lived >30 miles to the medical center.

## Analyses

Descriptive statistics were used to examine sample characteristics and differences in endorsements of suicidal ideation. Paired sample $t$-tests were used to examine overall changes from initial visit to follow-up, and independent sample $t$-tests were used to examine simple differences across groups. Repeated measures factorial analysis of variance (ANOVA) was used to examine the role of potential moderators (i.e., initiation of HT and distance from clinic) in the changes in distress over time. All analyses were completed using SPSS, with the exception of power analyses, which were completed using G*Power.

## Results

Subject demographics are depicted in Table 1. Participants were 80 youth 11–18 years of age (80 youth completed PHQ-9 screeners at both time points and 78 youth completed GAD-7 screeners at both time points). Average time between initial visit and follow-up appointment was 4.7 months. However, there was significant variability ranging from <1 month to 11 months, with 80% of follow-up visits occurring between 2 and 7 months.

Only 1 individual initiated HT before the initial visit, and 28 youth initiated HT between initial visit and first follow-up. Of those 28 youth, 6 were started on feminizing hormones and 22 were started on masculinizing

**Table 1. Summary of Sample Characteristics (*n* = 80)**

| | |
|---|---|
| Age in years, mean (SD), range | 15.1 (1.8) |
| Distance in miles, mean (SD), range | 36.2 (39.9) |
|    Within 30 miles, *n* (%) | 46 (57.5) |
|    Beyond 30 miles, *n* (%) | 34 (42.5) |
| Affirmed gender, *n* (%) | |
|    Female | 15 (18.8) |
|    Male | 58 (72.5) |
|    Nonbinary | 7 (8.8) |
| Follow-up time in weeks, mean (SD) | 20.4 (10.2) |

| Interventions, *n* (%) | Initial visit | Follow-up |
|---|---|---|
| Hormone blockers only | 2 (2.5) | 13 (16.2) |
| HT only | 1 (1.3) | 25 (31.2) |
| Both hormone blockers and HT | 0 (0.0) | 4 (5.0) |
| Neither hormone blockers or HT | 77 (96.2) | 38 (47.5) |

Interventions represent treatment initiated before current visit.
HT, hormone therapy.

**Table 2. Change in Depression and Anxiety from Initial Visit to First Follow-Up**

| | Initial visit Mean (SD) | Follow-up Mean (SD) | *t* | *p* |
|---|---|---|---|---|
| Total sample | | | | |
|   PHQ-9 (*n* = 80) | 10.5 (6.5) | 10.0 (6.4) | 0.87 | 0.385 |
|   GAD-7 (*n* = 78) | 9.1 (6.1) | 8.8 (5.7) | 0.58 | 0.561 |

| | Initial visit Mean (SD) | Follow-up Mean (SD) | *F* | *p* |
|---|---|---|---|---|
| PHQ-9 distance | | | 1.33 | 0.253 |
|   Within 30 miles (*n* = 46) | 10.5 (6.9) | 10.6 (6.7) | | |
|   Beyond 30 miles (*n* = 34) | 10.5 (6.2) | 9.3 (6.1) | | |
| GAD-7 distance | | | 2.44 | 0.123 |
|   Within 30 miles (*n* = 44) | 8.7 (6.3) | 9.1 (5.6) | | |
|   Beyond 30 miles (*n* = 34) | 9.6 (5.8) | 8.4 (5.9) | | |
| PHQ-9 HT | | | 1.44 | 0.235 |
|   HT initiated (*n* = 28) | 9.8 (7.1) | 10.3 (7.3) | | |
|   No HT (*n* = 51) | 11.1 (6.3) | 10.1 (5.9) | | |
| GAD-7 HT | | | 0.24 | 0.624 |
|   HT initiated (*n* = 27) | 8.4 (6.4) | 8.5 (5.5) | | |
|   No HT (*n* = 50) | 9.6 (5.9) | 9.1 (5.8) | | |

GAD-7, Generalized Anxiety Disorder-7; HT, hormone therapy; PHQ-9, Patient Health Questionnaire-9.

hormones. A total of 17 youth initiated hormone blockers between their initial visit and first follow-up, 4 of which also initiated HT. No analyses were conducted to examine differences between which hormone was started or for those that also initiated puberty blockers due to small and skewed samples.

Aim 1 examined changes in anxiety, depression, and suicidality from initial visit to first follow-up appointment. At initial visit, 37 (46%) youth met the cutoff for depression (PHQ-9 score ≥ 11). Of those 37 youth, 28 (76%) continued to meet the cutoff at follow-up and 9 (24%) no longer met the cutoff for clinically significant depression. At initial visit, 49 (61%) youth met the cutoff for anxiety (GAD-7 ≥ 6). Of those 49 youth, 41 (84%) continued to meet the cutoff at follow-up and 8 (16%) no longer met the cutoff for clinically significant anxiety. For the total sample, mean values for anxiety and depression were lower at first follow-up compared with initial appointment, but these changes were not statistically significant (Table 2). Changes in suicidality from initial visit to follow-up were also examined. Of the 27 (34%) youth who endorsed suicidality at intake, 22 (81%) continued to endorse suicidality at their follow-up visit, and only 4 (4%) no longer endorsed suicidality at follow-up.

Aim 2 examined changes in acute distress symptoms for those living within 30 miles of the medical center compared with those living beyond 30 miles (Table 2). A repeated measures factorial ANOVA did not reveal any significant differences in anxiety or depression by proximity to the clinic. Mean changes were examined qualitatively for potential trends, and a similar pattern of interaction effects was observed across depression and anxiety scores. Specifically, small decreases in mean scores on anxiety and depression were observed from initial visit to follow-up, but only for the youth living beyond 30 miles. There were no differences in the number of youth who endorsed suicidal ideation at intake or follow-up visit by proximity from clinic.

Aim 3 examined changes in acute distress symptoms for those who initiated HT between initial visit and first follow-up compared with those who did not begin treatment (Table 2). Participants started on hormone blockers only were not included in this analysis. The analysis *included* the four youth who were started on both HT and hormone blockers and *excluded* the participant who had started HT before the initial visit. A repeated measures factorial ANOVA did not reveal any significant differences in depression and anxiety scores among youth who did versus did not initiate HT following their intake visit. Similarly, there were no differences in the endorsement of suicidal ideation between initial and follow-up visit for youth who did versus did not initiate gender-affirming hormones.

**Conclusion**

The present study explored acute changes in depression, anxiety, and suicidal ideation from initial visit in a pediatric gender clinic to first follow-up visit among TGN youth, with attention to differences

between those living within and beyond 30 miles of the clinic and between those who did versus did not initiate HT between visits. Depression and anxiety were assessed using the PHQ-9 and GAD-7, which are completed by all youth 11 years and older at every clinic visit. These screening measures were chosen due to their ease of use, sensitivity to change, and scoring that can be used clinically and for research.[10] Previously published data from this clinic has demonstrated that these screeners capture rates of anxiety and depression similar to the broader literature.[1]

Overall, the results of this study suggest that no clinically significant changes in mood symptoms occur during this initial time frame, with the majority of youth maintaining similar levels of symptomatology at their first follow-up as they did at their initial visit. While some evidence to date lends strong support for symptom improvement over time,[4,12–16] the current study suggests changes likely occur gradually and may not begin to occur until several months into treatment. This may be related to the fact that masculinizing and feminizing physical changes occur slowly after initiation of HT.[17] While most previous research has used more in-depth psychological assessments and interviews rather than screeners, the PHQ-9 and GAD-7 are sensitive to change[10] and have been shown in this clinic to capture similar rates of anxiety and depression as broader literature,[1] lending further support to the strength of these results.

These results lend support for educating providers, youth, and their families about setting appropriate expectations for change. The results of this study suggest that this overall pattern of symptom maintenance in the early stages of treatment did not differ between those who initiated HT before their first follow-up and those who did not. This suggests that improvements in mood symptoms with HT may take longer to occur or that other factors not assessed in the current study (e.g., level of family support, access to mental health services) play a more significant role in early improvements.

The present study also examined the role of proximity to clinic in changes in distress. There were no significant differences in distress at either time point, or changes over time by distance suggesting that this particular measurement of clinic access did not impact early changes in distress. With larger samples it will be important to look at differences in youth who live in urban versus rural areas and also use more robust measures to assess access to clinical care and resources.

It will be important in future studies to assess distance as a potential proxy for community support as well as access to services.

There are important limitations to take into account when interpreting these results. Data collected were limited to one clinic, with a relatively small sample size and only two time points examined. Power analyses revealed that the current sample would have been well powered to detect large effects, but not small-to-moderate effects, which are more likely when looking at shorter time frames. Due to sample size, we could not examine how age, affirmed gender, or initiation of hormone blockers were associated with changes in symptoms of distress. Sample size also limits the ability to examine differences among those with genderqueer and nonbinary identities.

Another important limitation includes the variability with regard to exactly when HT was initiated and the variability in time between initial visit and first follow-up. The recommended follow-up time between first and second visits is typically 3–4 months, and most participants in this study actually attended a second appointment 2 to 7 months after the initial visit. While variability may impact the results of this study, these data reflect what is typical for this clinic, which likely generalizes to other real-world situations. Given that patients may not experience the physical effects of HT until 3–6 months following initiation,[17] depression and anxiety may not be impacted until visible effects begin to occur.

Further research is required to determine the trajectory of mood during the course of HT over multiple time points as well as how symptoms change with variable factors (e.g., mental health treatment, etc.). Data continues to be collected within this clinic and analyses with larger samples and additional time points are planned which will help increase our understanding of mental health changes during treatment in this population.

## Author Disclosure Statement
No competing financial interests exist.

## Funding Information
No funding was received for this article.

## References
1. Moyer D, Connelly K, Holley A. Using the PHQ-9 and GAD-7 to screen for acute distress in transgender youth: findings from a pediatric endocrinology clinic. J Pediatr Endocrinol Metab. 2016;32:71–74.
2. Connolly M, Zervos M, Barone C, et al. The mental health of transgender youth: advances in understanding. J Adolesc Health. 2016;59:489–495.

3. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgend. 2012;13:165–232.

4. De Vries A, McGuire J, Steensma T, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134:696–704.

5. Horvath K, Iantaffi A, Swinburne-Romine R, Bockting W. A comparison of mental health, substance use, and sexual risk behaviors between rural and non-rural transgender persons. J Homosex. 2014;61:1117–1130.

6. Sanchez F, Sanchez J, Danoff A. Health care utilization, barriers to care, and hormone usage among male-to-female transgender persons in New York City. Am J Public Health. 2009;99:713–719.

7. Rider G, McMorris B, Gower A, et al. Health and care utilization of transgender and gender nonconforming youth: a population-based study. Pediatrics. 2018;141:e20171683.

8. Safer J, Coleman E, Feldman J, et al. Barriers to health care for transgender individuals. Curr Opin Endocrinol Diabetes Obes. 2016;23:168–171.

9. Human Rights Campaign. Interactive map: clinical care programs for gender-expansive children and adolescents. www.hrc.org/resources/interactive-map-clinical-care-programs-for-gender-nonconforming-childr, Accessed May 2019.

10. Richardson L, McCauley E, Grossman D, et al. Evaluation of the Patient Health Questionnaire (PHQ-9) for detecting major depression among adolescents. Pediatrics. 2010;126:1117–1123.

11. Löwe B, Decker O, Müller S, et al. Validation and standardization of the Generalized Anxiety Disorder Screener (GAD-7) in the general population. Med Care. 2008;46:266–274.

12. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. Psychoneuroendocrinology. 2014;39:65–73.

13. Gorin-Lazard A, Baumstarck K, Boyer L, et al. Hormonal therapy is associated with better self-esteem, mood, and quality of life in transsexuals. J Nerv Ment Dis. 2013;201:996–1000.

14. Manieri C, Castellano E, Crespi C, et al. Medical treatment of subjects with gender identity disorder: the experience in an Italian public health center. Int J Transgend. 2014;15:53–65.

15. Nguyen H, Chavez A, Lipner E, et al. Gender-affirming hormone use in transgender individuals: impact on behavioral health and cognition. Curr Psychiatry Rep. 2018;20:110.

16. Tucker R, Testa R, Simpson T, et al. Hormone therapy, gender affirmation surgery, and their association with recent suicidal ideation and depression symptoms in transgender veterans. Psychol Med. 2018;48:2329–2336.

17. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. J Clin Endocrinol Metab. 2017;102:3869–3903.

**Cite this article as:** Cantu AL, Moyer DN, Connelly KJ, Holley AL (2020) Changes in anxiety and depression from intake to first follow-up among transgender youth in a pediatric endocrinology clinic, *Transgender Health* 5:3, 196–200, DOI: 10.1089/trgh.2019.0077.

## Abbreviations Used

ANOVA = analysis of variance
GAD-7 = Generalized Anxiety Disorder-7
HT = hormone therapy
PHQ-9 = Patient Health Questionnaire-9
SD = standard deviation
TGN = transgender and gender nonconforming

# Fertility preservation in transgender men without discontinuation of testosterone

Brett A. Stark, M.D., M.P.H. and Evelyn Mok-Lin, M.D.

Division of Reproductive Endocrinology and Infertility, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California San Francisco; San Francisco, California.

**Objective:**  To report two cases of fertility preservation in two transgender men without an extended period of higher dose testosterone cessation.

**Design:**  Chart abstraction was completed for two cases of oocyte preservation in transgender men without stopping testosterone gender-affirming therapy before controlled ovarian stimulation (COS).

**Setting:**  A university-affiliated fertility clinic in San Francisco, California.

**Patient(s):**  Two 27-year-old transgender men on higher dose testosterone undergoing oocyte cryopreservation.

**Intervention(s):**  Not applicable.

**Main Outcome Measure(s):**  Both patients had been on 6 and 20 months of testosterone therapy, respectively, and continued throughout COS. A random start antagonist plus letrozole protocol was used for the patient in case 1, with a leuprolide acetate trigger. A luteal start antagonist protocol was applied to the patient in case 2 with a leuprolide acetate trigger.

**Result(s):**  In case 1, a total of 35 oocytes were retrieved, with a total of 23 metaphase II (MII) oocytes cryopreserved. An additional 7 MII oocytes were obtained after in vitro maturation for a total of 30 MII oocytes that were vitrified. In case 2, 14 oocytes were retrieved, and 9 mature oocytes (MII) were vitrified.

**Conclusion(s):**  Transgender men have historically been advised to discontinue testosterone before COS, a process that may be distressing for many individuals. This is the first published case report demonstrating the proof of concept of COS without cessation of high-dose testosterone therapy in two transgender men. Future studies with larger sample sizes should be performed to confirm these findings. (Fertil Steril Rep® 2022;3:153–6. ©2022 by American Society for Reproductive Medicine.)

**Key Words:**  Fertility preservation, transgender, ovarian stimulation, testosterone, oocyte preservation

**Discuss:** You can discuss this article with its authors and other readers at https://www.fertstertdialog.com/posts/xfre-d-21-00164

The World Professional Association for Transgender Health, Endocrine Society, and American Society of Reproduction all recommend counseling transgender men on Assisted Reproductive Technologies (ART) and fertility preservation (FP) before initiation of gender-affirming treatment (GAT) (1). For postpubertal transgender men who present after initiating GAT with testosterone therapy, data on best practices for FP are limited because our current understanding of the long-term impact of testosterone therapy on reproduction is poorly understood and largely speculative.

The current practice, due to lack of data on controlled ovarian stimulation (COS) and oocyte outcomes while continuing high-dose testosterone therapy, is to temporarily suspend testosterone treatment for an arbitrary length of time, usually between 1 and 6 months or until the resumption of menses (2–4). However, COS involves significant "female" hormone exposure with associated physical symptoms, frequent monitoring with transvaginal ultrasound, and transvaginal aspiration of oocytes under sedation. While these procedures alone can be traumatic to some transgender men, the physical changes associated with discontinuation of testosterone and female hormonal stimulation can be significantly dysphoric and a possible barrier to those seeking FP (4, 5).

One published case report demonstrated successful COS with leuprolide acetate injection for final maturation of the oocytes in a 20-year-old transgender man who had been on testosterone therapy for 18 months (6). At the time of retrieval, the patient was on 25 mg of weekly intramuscular testosterone, and a total of 22

Received September 17, 2021; revised and accepted February 3, 2022.

B.A.S. has nothing to disclose. E.M.-L. has nothing to disclose.

Reprint requests: Brett A. Stark, M.D., M.P.H., Department of Obstetrics, Gynecology & Reproductive Sciences, University of California, San Francisco, 490 Illinois Street, 10th Floor, Box 0132, SF, California 94158 (E-mail: brett.stark@ucsf.edu).

Fertil Steril Rep® Vol. 3, No. 2, June 2022 2666-3341

© 2022 The Authors. Published by Elsevier Inc. on behalf of American Society for Reproductive Medicine. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

https://doi.org/10.1016/j.xfre.2022.02.002

App 0022

metaphase II oocytes were cryopreserved (6). According to standard guidelines for the management of masculinizing hormone therapy, typical dosing of intramuscular/subcutaneous testosterone cypionate for transgender men is 50 mg/week, with a maximum dosage of 100 mg/week (7). Lower dosages of testosterone, starting as low as 20 mg/week intramuscularly/subcutaneously, are recommended for genderqueer and nonbinary individuals (7).

In our clinic, patients presenting on testosterone therapy at the time that they decide to proceed with COS are informed of the unknown effects of testosterone on the ability of the ovary to respond to gonadotropin stimulation, oocyte quality, the ability of these oocytes to fertilize, live birth rates, and potential long-term epigenetic effects on offspring. Patients are recommended to withhold testosterone treatment for 1–3 months before initiation of COS. Despite this counseling, patients still may elect to proceed with COS without cessation of testosterone therapy.

We report herein two cases of oocyte preservation in transgender men who elected to undergo COS for FP without cessation of GAT with higher dosages of testosterone cypionate therapy day.

## CASE REPORT

With each patient's written informed consent, we conducted a retrospective chart review of two patients who underwent ART for FP without cessation of GAT with testosterone from 2020 to 2021. All data was obtained from chart review and reported without any patient identifiers. Institutional review board exemption from our institution was obtained for this study.

### Case 1

A 27-year-old transgender man who had been taking weekly testosterone injections since April of 2019 was referred for FP counseling in May of 2020 in preparation for a gender-affirming hysterectomy and bilateral salpingo-oophorectomy. He was nulliparous and had been amenorrheic since May of 2019. Before starting testosterone, he had regular 28-day cycles. He endorsed a remote history of oral contraceptive pills used for birth control. His medical history was notable for diabetes and hypertension. He had undergone bilateral mastectomy. He was taking subcutaneous testosterone cypionate 80 mg weekly. On examination, his vital signs were normal, and his body mass index was 25.06 kg/m². A transvaginal ultrasound showed an anteverted uterus (volume, 33 cm³), an endometrial stripe of 5.3 mm with normal ovaries bilaterally, and an antral follicle count (AFC) of 36. His serum testosterone level at the time of presentation was 1,273 ng/dL, and his serum antimüllerian hormone level was 11.9 ng/mL. The options for FP were reviewed in detail, and the patient expressed interest in oocyte cryopreservation.

He decided to proceed with FP in January of 2021 and continued testosterone (80 mg subcutaneously) throughout the process. Given the presence of amenorrhea, a random start protocol was initiated with subcutaneous follitropin alfa (150 IU; Gonal-F, Merck Canada) and subcutaneous menotropins

(150 IU; Menopur, Ferring Canada). Letrozole (5 mg orally; Femara) was given daily throughout the stimulation to maintain low estradiol (E2) levels for the purpose of minimizing the potential dysphoria associated with elevated levels and potential withdrawal bleeding on completion of the cycle. On stimulation day 4, his dosage of menotropins was decreased to 75 IU subcutaneously. Daily subcutaneous ganirelix acetate (0.25 mg; Orgalutran, Merck) was initiated on stimulation day 8 until the day of trigger. Because of a robust response, his follitropin alfa (Gonal-F, Merck Canada) dose was decreased to 75 IU subcutaneously on stimulation day 9. At this time, the patient's E2 was noted to be 1,381 pg/mL, and he endorses symptoms of abdominal bloating. Given his desire to maintain physiologically low levels of estrogen, letrozole was increased to 7.5 mg orally on stimulation day 11.

Follicle tracking was performed by transvaginal ultrasound without difficulty. When the lead follicle reached 20 mm, with most follicles in the 13–20 mm range, a subcutaneous leuprolide acetate trigger (4 mg [0.8 mL]) was given. Laboratory values before the trigger included luteinizing hormone (LH) levels of 5.97 IU/L and E2 levels of 1371 pg/mL. Post-trigger laboratory findings revealed an appropriate response to the agonist trigger with LH levels of 67.23 IU/L and progesterone levels (p4) of 12.3 nmol/L. The endometrium achieved a thickness of 8.6 mm. There were a total of 35 oocytes retrieved, with a total of 23 MII oocytes cryopreserved on the day of retrieval. An additional 7 oocytes progressed to MII 1-day postretrieval with in vitro maturation for a total of 30 MII oocytes that were vitrified. The patient reported no major side effects related to the ovarian stimulation aside from mild abdominal cramping and bloating.

### Case 2

A 27-year-old transgender man who has been taking weekly testosterone injections since August of 2020 presented in September 2020 for FP counseling. He was nulliparous with regular 28-day menses even before the initiation of testosterone therapy. He denied previous hormonal contraceptive pill use. He was healthy and was preparing to undergo a bilateral mastectomy. He was taking testosterone cypionate (60 mg subcutaneously weekly) with plans to increase his dose on completion of ART (to 80 mg subcutaneously weekly). On examination, his vital signs were normal, and his body mass index was 29.05 kg/m². A transvaginal ultrasound showed an anteverted uterus (volume, 35 cm³), an endometrial stripe of 3.8 mm with normal ovaries bilaterally, and an AFC of 9. His serum T level at the time of presentation was 410 ng/dL, and his antimüllerian hormone level was 2.67 ng/mL. The options for FP were reviewed in detail, and the patient expressed interest in oocyte cryopreservation.

In February of 2021, with the continuation of his weekly testosterone, he started follitropin alfa (300 IU; Gonal-F, Merck Canada) and menotropins (150 IU; Menopur, Ferring Canada) subcutaneously after completion of a baseline ultrasound and confirmation of entrance to the luteal phase. The patient was counseled on the use of letrozole (5 mg orally; Femara) to maintain low E2 levels for the purpose of minimizing the potential dysphoria associated, but he declined. Daily

App.0023

ganirelix acetate (0.25 mg; Orgalutran, Merck) was injected starting on stimulation day 5 until the day of final oocyte maturation. Follicle tracking was performed by transvaginal ultrasound without difficulty. When the lead follicle reached 22 mm with the majority in the 13–18 mm range on stimulation day 9, a leuprolide acetate subcutaneous trigger (4 mg [0.8 mL]) was given. On the day of trigger, his max E2 level was 1,749 pg/mL and LH level was 2.11 IU/L. One day after the trigger, his laboratory values included an LH level of 19.09 IU/L and a progesterone level of 3.3 nmol/L. Given the low-normal levels in response to agonist trigger, a chorionic gonadotropin (5,000 IU subcutaneously; Pregnyl, Merck Canada) booster was given that evening and he proceeded with an oocyte retrieval 36 hours after the agonist trigger. The endometrium achieved a thickness of 8.8 mm. There were a total of 14 oocytes retrieved, and 9 MII oocytes were vitrified. The remainder of the oocytes were germinal vesicles, and postretrieval in vitro maturation was unsuccessful. The patient tolerated the process well and reported no major side effects of ovarian stimulation aside from mild abdominal bloating.

## DISCUSSION

This is the first case report demonstrating the proof of concept of COS for FP in transgender men without cessation of typical to high-dose testosterone therapy. In our current case report, the patients in the described cases were on 6–20 months of testosterone before undergoing oocyte cryopreservation. The dosages described in these two cases are higher than the level observed in the previously described case study (6).

Many parallels can be made to FP for transgender men and oncofertility patients. To increase the chance for success in oncofertility, COS is typically performed with high doses of gonadotropins to maximize the number of oocytes retrieved and stored (8). In our clinic, a similar approach is often used with transgender men in an attempt to reduce the burden and potential gender dysphoria associated with multiple rounds of COS. Interestingly, studies evaluating ovarian histological changes after testosterone exposure in birth-assigned females have reported an ovarian phenotype similar to polycystic ovary syndrome—polycystic follicles with increased AFC with increased collagenization of the tunica albuginea, stromal hyperplasia, and luteinization of stromal cells (9–11). Patients with this ovarian morphology, particularly with a high AFC, as seen in patient 1 of our series, are known to be at higher risk for ovarian hyperstimulation syndrome (12). To balance the desire of maximizing success with as few COS cycles as possible and the risk of OHSS, we routinely implement antagonist protocols with leuprolide acetate trigger to reduce the risk of OHSS in this theoretically high-risk patient population (12). Prior research has shown that in TM populations with testosterone exposure, antagonist-based protocols are a feasible means of ovarian stimulation (13).

It is notable that the patient in case 1, who was receiving higher doses of testosterone at the time of COS and had evidence of higher systemic testosterone levels, had a particularly robust response to agonist trigger in comparison to the patient in case 2 of our study. In the previously described case report of one transgender male undergoing COS without cessation of lower dose testosterone, the authors noted a blunted response to agonist trigger and brought into question the ability of the pituitary to mount a physiologic response after prolonged testosterone exposure (6).

As COS is associated with exposure to supraphysiological levels of estrogen, a significant concern exists regarding the safety of the procedure in patients with hormone-sensitive cancers (14, 15). As such, the use of letrozole in conjunction with classic COS protocols has been advocated to avoid unnecessary and potentially harmful effects associated with the rise in estrogen levels on cancer (16, 17). The COS with letrozole was associated with significantly decreased peak estradiol levels without any negative impact on the number of mature oocytes collected (18). We use a similar approach with transmasculine individuals in our clinic, routinely counseling patients on the potential benefits of letrozole. While letrozole does, to an extent, limit our ability to track follicular growth, it decreases the individual's exposure to estrogen and the potentially dysphoria-inducing symptoms, including posttreatment withdrawal bleeding. The patient in case 2 opted to not proceed with letrozole therapy as he had recently started testosterone therapy and was not yet amenorrheic. Prior studies have shown there is a dose-dependent amenorrheic response to testosterone and, while >90% of transmasculine people on testosterone achieve amenorrhea by 6 months, menses can persist for up to a year or longer (19, 20).

While COS has historically been a viable option for many transgender men, it is not without major limitations. Little is known regarding the long-term impact of testosterone exposure on embryo quality, fertilization, pregnancy outcomes, and long-term outcomes from offspring. A study by Lierman et al. (21) from 2017 assessed the developmental competence of testosterone-exposed oocytes in transgender men. In this study of 16 transgender men, the authors found that the spindle structure analysis, a qualitative marker for oocyte functionality, and chromosomal alignment after vitrification appeared normal (21).

To the author's knowledge, no relevant animal studies or case reports of pregnancies using androgen-exposed oocytes without cessation of testosterone during COS have been described, and our current understanding of the long-term impact of testosterone exposure on reproductive outcomes is largely speculative. In a cross-sectional study of 41 transgender men who became pregnant and delivered after transition, 5 transgender men became unintentionally pregnant while amenorrheic on testosterone (3). While the detailed length of time on testosterone was not described for these 5 individuals, data from this study as a whole argues that transgender men on testosterone can retain fertility and become pregnant (3).

Two recent studies report outcomes of transgender men with a history of testosterone use after temporary discontinuation of testosterone before COS. Adeleye et al. (13) reported on COS outcomes in a cohort of 13 transgender men, 7 with a history of testosterone use for a median of 46 months. Notably, 3 transgender men with prior testosterone use presented for further family planning, with 2 desiring transfer

App 0024

of embryos with donor insemination into cisgender female partners and 1 desiring autologous transfer of embryos inseminated with cisgender male partner's sperm. All 3 couples became successfully pregnant. Leung et al. (22) reported on ART outcomes in 26 transgender men, 61% of whom had been on testosterone from 3 months to 17 years. Seven couples desiring pregnancy were described; all 7 ultimately became pregnant with deliveries of healthy children. While small and retrospective in nature, both of these studies suggest that follicular development and oocyte quality do not seem to be significantly impacted by prior testosterone use (13, 22).

## CONCLUSION

We present two cases of transgender men undergoing COS without cessation of testosterone GAT. Both patients in the reported cases had adequate responses to COS while continuing 60–80 mg of testosterone therapy. Additionally, our patient on 20 months of testosterone had a robust response to an agonist-only trigger. This case report adds to the small body of literature exploring the necessity of stopping testosterone therapy before the initiation of ART in transgender men. Continuation of testosterone may improve the experience of transgender men and decrease gender dysphoria exacerbation that has previously been described with COS. Additional outcomes, including fertilization rates, embryo quality, pregnancy and live birth rates, and long-term outcomes for offspring, should be further investigated.

## REFERENCES

1. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, Version 7. Int J Transgend 2012;13:165–232.

2. De Roo C, Tilleman K, T'Sjoen G, De Sutter P. Fertility options in transgender people. Int Rev Psychiatry 2016;28:112–9.

3. Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. Obstet Gynecol 2014;124:1120–7.

4. Armuand G, Dhejne C, Olofsson JI, Rodriguez-Wallberg KA. Transgender men's experiences of fertility preservation: a qualitative study. Hum Reprod 2017;32:383–90.

5. Wierckx K, Elaut E, Van Hoorde B, Heylens G, De Cuypere G, Monstrey S, et al. Sexual desire in trans persons: associations with sex reassignment. J Sex Med 2014;11:107–18.

6. Gale J, Magee B, Forsyth-Greig A, Visram H, Jackson A. Oocyte cryopreservation in a transgender man on long-term testosterone therapy: a case report. F S Rep 2021;2:249–51.

7. Deutsch MB. Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people. UCSF Transgender Care, Department of Family and Community Medicine, University of California San Francisco; 2016. Available at: https://transcare.ucsf.edu/guidelines. Accessed September 9, 2021.

8. Sunkara SK, Rittenberg V, Raine-Fenning N, Bhattacharya S, Zamora J, Coomarasamy A. Association between the number of eggs and live birth in IVF treatment: an analysis of 400 135 treatment cycles. Hum Reprod 2011;26:1768–74.

9. Ikeda K, Baba T, Noguchi H, Nagasawa K, Endo T, Kiya T, et al. Excessive androgen exposure in female-to-male transsexual persons of reproductive age induces hyperplasia of the ovarian cortex and stroma but not polycystic ovary morphology. Hum Reprod 2013;28:453–61.

10. Futterweit W, Deligdisch L. Histopathological effects of exogenously administered testosterone in 19 female to male transsexuals. J Clin Endocrinol Metab 1986;62:16–21.

11. Chadha S, Pache TD, Huikeshoven FJM, Brinkmann AO, van derKwast TH. Androgen receptor expression in human ovarian and uterine tissue of long-term androgen-treated transsexual women. Hum Pathol 1994;25: 1198–204.

12. Mourad S, Brown J, Farquhar C. Interventions for the prevention of OHSS in ART cycles: an overview of Cochrane reviews. Cochrane Database Syst Rev 2017.

13. Adeleye AJ, Cedars MI, Smith J, Mok-Lin E. Ovarian stimulation for fertility preservation or family building in a cohort of transgender men. J Assist Reprod Genet 2019;36:2155–61.

14. Lambertini M, Pescio MC, Viglietti G, Goldrat O, Mastro LD, Anserini P, et al. Methods of controlled ovarian stimulation for embryo/oocyte cryopreservation in breast cancer patients. Expert Rev Qual Life Cancer Care 2017;2:47–9.

15. Lambertini M, Di Maio M, Pagani O, Curigliano G, Poggio F, Del Mastro L, et al. The BCY3/BCC 2017 survey on physicians' knowledge, attitudes and practice towards fertility and pregnancy-related issues in young breast cancer patients. Breast 2018;42:41–9.

16. Oktay K, Buyuk E, Libertella N, Akar M, Rosenwaks Z. Fertility preservation in breast cancer patients: a prospective controlled comparison of ovarian stimulation with tamoxifen and letrozole for embryo cryopreservation. J Clin Oncol 2005;23:4347–53.

17. Meirow D, Raanani H, Maman E, Paluch-Shimon S, Shapira M, Cohen Y, et al. Tamoxifen co-administration during controlled ovarian hyperstimulation for in vitro fertilization in breast cancer patients increases the safety of fertility-preservation treatment strategies. Fertil Steril 2014;102:488–95.e3.

18. Bonardi B, Massarotti C, Bruzzone M, Goldrat O, Mangili G, Anserini P, et al. Efficacy and safety of controlled ovarian stimulation with or without letrozole co-administration for fertility preservation: a systematic review and meta-analysis. Front Oncol 2020;10:574669.

19. Nakamura A, Watanabe M, Sugimoto M, Sako T, Mahmood S, Kaku H, et al. Dose-response analysis of testosterone replacement therapy in patients with female to male gender identity disorder. Endocr J 2013;60:275–81.

20. Spratt DI, Stewart I, Savage C, Craig W, Spack NP, Chandler DW, et al. Subcutaneous injection of testosterone is an effective and preferred alternative to intramuscular injection: demonstration in female-to-male transgender patients. J Clin Endocrinol Metab 2017;102:2349–55.

21. Lierman S, Tilleman K, Braeckmans K, Peynshaert K, Weyers S, T'Sjoen G, et al. Fertility preservation for trans men: frozen-thawed in vitro matured oocytes collected at the time of ovarian tissue processing exhibit normal meiotic spindles. J Assist Reprod Genet 2017;34:1449–56.

22. Leung A, Sakkas D, Pang S, Thornton K, Resetkova N. Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine. Fertil Steril 2019;112:858–65.

App. 0025



**Cochrane** Database of Systematic Reviews

# Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women (Review)

Haupt C, Henke M, Kutschmar A, Hauser B, Baldinger S, Saenz SR, Schreiber G

Haupt C, Henke M, Kutschmar A, Hauser B, Baldinger S, Saenz SR, Schreiber G.
Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women.
*Cochrane Database of Systematic Reviews* 2020, Issue 11. Art. No.: CD013138.
DOI: 10.1002/14651858.CD013138.pub2.

**www.cochranelibrary.com**

Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women
(Review)
Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## TABLE OF CONTENTS

HEADER ............................................................................................................................................................................................... 1

ABSTRACT ........................................................................................................................................................................................... 1

PLAIN LANGUAGE SUMMARY .......................................................................................................................................................... 2

BACKGROUND ..................................................................................................................................................................................... 3

OBJECTIVES ......................................................................................................................................................................................... 4

METHODS ............................................................................................................................................................................................. 4

     Figure 1. ......................................................................................................................................................................................... 7

RESULTS .............................................................................................................................................................................................. 10

DISCUSSION ........................................................................................................................................................................................ 10

AUTHORS' CONCLUSIONS ................................................................................................................................................................ 11

ACKNOWLEDGEMENTS ...................................................................................................................................................................... 11

REFERENCES ...................................................................................................................................................................................... 12

CHARACTERISTICS OF STUDIES ..................................................................................................................................................... 16

ADDITIONAL TABLES .......................................................................................................................................................................... 18

APPENDICES ....................................................................................................................................................................................... 19

HISTORY .............................................................................................................................................................................................. 19

CONTRIBUTIONS OF AUTHORS ....................................................................................................................................................... 20

DECLARATIONS OF INTEREST ......................................................................................................................................................... 20

INDEX TERMS ..................................................................................................................................................................................... 20

App.0027

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

[Intervention Review]

# Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women

Claudia Haupt[1], Miriam Henke[2], Alexia Kutschmar[3], Birgit Hauser[4], Sandra Baldinger[5], Sarah Rafaela Saenz[6], Gerhard Schreiber[7]

[1]Medical Service for Transgenders Lucerne, Lucerne, Switzerland. [2]Independent Transgender Consultant, Rothenburg, Germany. [3]Independent Transgender Consultant, Gaimersheim, Germany. [4]Gynaecology and Obstetrics, HRT Transgender Center Medical Practice, Hohenstein, Germany. [5]Independent Transgender Consultant, Lucerne, Switzerland. [6]Independent Transgender Consultant, Ludwigshafen, Germany. [7]Institute for Theology and Social Ethics, Technical University Darmstadt, Darmstadt, Germany

**Contact address:** Claudia Haupt, ddr.haupt@hin.ch.

**Editorial group:** Cochrane Tobacco Addiction Group.
**Publication status and date:** New, published in Issue 11, 2020.

**Citation:** Haupt C, Henke M, Kutschmar A, Hauser B, Baldinger S, Saenz SR, Schreiber G. Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women. *Cochrane Database of Systematic Reviews* 2020, Issue 11. Art. No.: CD013138. DOI: 10.1002/14651858.CD013138.pub2.

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

### Background

Gender dysphoria is described as a mismatch between an individual's experienced or expressed gender and their assigned gender, based on primary or secondary sexual characteristics. Gender dysphoria can be associated with clinically significant psychological distress and may result in a desire to change sexual characteristics. The process of adapting a person's sexual characteristics to their desired sex is called 'transition.'

Current guidelines suggest hormonal and, if needed, surgical intervention to aid transition in transgender women, i.e. persons who aim to transition from male to female. In adults, hormone therapy aims to reverse the body's male attributes and to support the development of female attributes. It usually includes estradiol, antiandrogens, or a combination of both. Many individuals first receive hormone therapy alone, without surgical interventions. However, this is not always sufficient to change such attributes as facial bone structure, breasts, and genitalia, as desired. For these transgender women, surgery may then be used to support transition.

### Objectives

We aimed to assess the efficacy and safety of hormone therapy with antiandrogens, estradiol, or both, compared to each other or placebo, in transgender women in transition.

### Search methods

We searched MEDLINE, the Cochrane Central Register of Controlled Trials (CENTRAL), Embase, Biosis Preview, PsycINFO, and PSYNDEX. We carried out our final searches on 19 December 2019.

### Selection criteria

We aimed to include randomised controlled trials (RCTs), quasi-RCTs, and cohort studies that enrolled transgender women, age 16 years and over, in transition from male to female. Eligible studies investigated antiandrogen and estradiol hormone therapies alone or in combination, in comparison to another form of the active intervention, or placebo control.

### Data collection and analysis

We used standard methodological procedures expected by Cochrane to establish study eligibility.

App.0028

Cochrane · Trusted evidence.
Library · Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

**Main results**

Our database searches identified 1057 references, and after removing duplicates we screened 787 of these. We checked 13 studies for eligibility at the full text screening stage. We excluded 12 studies and identified one as an ongoing study. We did not identify any completed studies that met our inclusion criteria. The single ongoing study is an RCT conducted in Thailand, comparing estradiol valerate plus cyproterone treatment with estradiol valerate plus spironolactone treatment. The primary outcome will be testosterone level at three month follow-up.

**Authors' conclusions**

We found insufficient evidence to determine the efficacy or safety of hormonal treatment approaches for transgender women in transition. This lack of studies shows a gap between current clinical practice and clinical research. Robust RCTs and controlled cohort studies are needed to assess the benefits and harms of hormone therapy (used alone or in combination) for transgender women in transition. Studies should specifically focus on short-, medium-, and long-term adverse effects, quality of life, and participant satisfaction with the change in male to female body characteristics of antiandrogen and estradiol therapy alone, and in combination. They should also focus on the relative effects of these hormones when administered orally, transdermally, and intramuscularly. We will include non-controlled cohort studies in the next iteration of this review, as our review has shown that such studies provide the highest quality evidence currently available in the field. We will take into account methodological limitations when doing so.

**P L A I N   L A N G U A G E   S U M M A R Y**

**Does hormone therapy help transgender women undergoing gender reassignment to transition?**

**Background**

Transgender women may feel that they have been born in a body with the wrong sexual characteristics. This may result in significant psychological distress (gender dysphoria) and the desire to adapt their male physical and sexual characteristics to be more consistent with their experienced female gender. This is a process called transition. If measures to aid transition are not taken, this can result in greater psychological distress. One of the medical treatments given to help transgender women with male bodies to achieve transition is synthetic female hormones. These hormones can be taken by mouth, absorbed through the skin or injected into muscle.

**Study characteristics**

We looked for randomised controlled trials (RCTs) that included transgender women (age 16 and over) in transition from male to female. RCTs are a type of research study that can reduce the possibility of several types of bias. To be included in this review, studies needed to compare different hormone treatments used to support transgender women to transition (oestrogen alone, testosterone blockers alone, or oestrogen in combination with testosterone blockers), or compare these hormone treatments to placebos (fake or dummy treatments that appear to be the same as the actual treatment, but have no medical effects). We wanted to see whether hormone treatments help transgender women to make a transition that they are happy with. We also wanted to look at whether there were any health risks of the treatment.

**Key results**

We searched for studies up to 19 December 2019. We were unable to find any relevant completed studies that we could include. We did find one ongoing study that aimed to recruit all of the people taking part in the study by the end of 2020. This study is comparing the effects of estradiol valerate plus cyproterone treatment with estradiol valerate plus spironolactone treatment in transitioning transgender women in Thailand.

**Quality of evidence**

Our review found no RCTs that looked at whether hormone therapies are effective and safe when used to help transgender women to transition. Therefore, high-quality RCTs are needed to research these questions.

---

Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women (Review)    **2**
Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

App.0029

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# BACKGROUND

## Description of the condition

There is a growing trend towards de-psychopathologisation of transgenderism (Drescher 2014; ATME 2015). There is an emerging consensus that transgenderism is not a psychiatric disorder (WPATH 2011). For instance, the 11th Revision of the International Classification of Diseases (ICD-11) (WHO 2018) no longer classifies transgenderism as a behavioural and personality disorder, but has instead drafted the term "gender incongruence" to describe gender dysphoria.

In contrast, the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM–5) (DSM-5 2013) describes gender dysphoria as a "marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months duration, as manifested by at least two of the following" characteristics:

- A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or, in young adolescents, the anticipated secondary sex characteristics);
- A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or, in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics);
- A strong desire for the primary and/or secondary sex characteristics of the other gender;
- A strong desire to be of the other gender (or some alternative gender different from one's assigned gender);
- A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender);
- A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

Gender dysphoria has been defined as associated with "clinically significant distress or impairment in social, occupational or other important areas of functioning" (Zucker 2016), which may lead to substantial suffering in affected people (Deutsch 2016a; Soll 2018). Gender dysphoria may result in the desire to modify one's physical and sexual characteristics to be consistent with those of the experienced gender. This process of adaptation is called transition.

The treatments applied in transition differ from those used for maintenance of the new sexual characteristics. Currently, there is uncertainty about the value of hormone therapy as a sole intervention, or when combined with surgery, for transition from male to female. This Cochrane Review specifically focuses on 'transgender women in transition from male to female,' a definition that includes biological males aiming to adapt their sexual characteristics to be consonant with those of females.

A meta-analysis that analyzed 21 studies on the prevalence of gender dysphoria (of which 12 studies contained evaluable data) estimated an overall prevalence of transgender women with gender dysphoria at 6.8 per 100,000 individuals (Arcelus 2015).

## Description of the intervention

Current guidelines suggest hormonal and, if needed, surgical treatment of gender dysphoria in transgender women (WPATH 2011). Hormone therapy aims to suppress the development of, or to reverse, male attributes that have already developed. At the same time, hormones aim to develop female attributes. However, where male characteristics have already developed in adult males, such as in the bone structure of the face, hormones are not effective. Other treatments, such as surgery, would be required to change these (WPATH 2011).

The guidelines of the Endocrine Society working group suggest treatment with both oestrogens and antiandrogens (Hembree 2017). Oestrogens can be administered as either oral oestrogen, absorbed through transdermal estradiol patches, or by injection of estradiol valerate or estradiol cypionate. The application frequency differs depending on the patient's reaction to the agent and the administration regimen; it could be multiple times per day or once every two weeks. Meanwhile, antiandrogens such as spironolactone or cyproterone acetate (CPA) are commonly taken orally. Additionally, it is possible to block male puberty by treatment with gonadotropin-releasing hormone (GnRH) agonist injections (Hembree 2017).

While not every transgender woman undergoes hormone therapy in her transition, this intervention is still widely used (Hembree 2017). We know of no studies identifying the ratio of patients who undergo hormone therapy, nor do we know of studies investigating how much time passes between the start of transition (the decision to transition) and the start of hormone therapy. We are not aware of any studies on how often antiandrogens are being prescribed in addition to or instead of 17-beta-estradiol, how often they are being taken, or which kinds of androgens are in use besides CPA and spironolactone.

## How the intervention might work

Several hormonal substances and combinations are used clinically for hormone therapy in transitioning women. CPA is a progestin, steroidal anti-androgen and anti-gonadotropin that blocks the receptors for testosterone (T) and dihydrotestosterone (DHT), and thereby prevents these steroidal hormones from exerting their androgenic effects. Hence, it stops processes like body hair growth, hair loss on the head, male body fat distribution and others (Figg 2010; WPATH 2011). According to the World Professional Association for Transgender Health (WPATH) guidelines, it is possible to suppress puberty with GnRH analogues or progestins such as medroxyprogesterone (WPATH 2011).

Spironolactone acts as a weak androgen receptor antagonist (Wenqing 2005). It also causes an increase in oestradiol levels (Thompson 1993), so that further virilisation is prevented and feminisation occurs (WPATH 2011).

17-beta-estradiol is used to feminise the external appearance (WPATH 2011). It binds to oestrogen receptors and thus ensures gene expression, which in turn feminises appearance (Hye-Rim 2012). In addition, estradiol suppresses gonadal testosterone production via the control systems of the hypothalamus (Hayes 2000).

Feminisation therapy aims to adapt the physical appearance and experience of the male body to that of a female body, by

App.0030

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

inducing breast growth, softening facial features, and inducing other physical changes commonly considered to comprise a feminine appearance (WPATH 2011). For this purpose, oral or transdermal oestrogen is recommended, and therapy with oestrogen in combination with antiandrogens is most common. Co-treatment with antiandrogens minimises the required dose of oestrogen, and thereby reduces the potential risks of oestrogen identified in previous studies (Schürmeyer 1986; Prior 1989). Some antiandrogens are approved by WPATH, such as spironolactone, cyproterone acetate, GnRH analogues like goserelin, and 5-alpha-reductase inhibitors like finasteride (WPATH 2011).

**Why it is important to do this review**

Antiandrogens like CPA and spironolactone are prescribed to transgender women in transition by clinicians, including gynaecologists and endocrinologists (Schneider 2006; Flütsch 2015), and they are commonly considered to be valuable drugs to support transition (WPATH 2011; Hembree 2017). However, clinical evidence suggests that taking these drugs can result in adverse events; for example, CPA has significant potential for causing depression and for worsening depressive symptoms (Seal 2012). There is also some concern that CPA can lead to other psychiatric, neurological, and metabolic disorders (Griard 1978; Ramsay 1990; Oberhammer 1996; Giltay 2000; Calderón 2009; Bessone 2015). The most common adverse effects of spironolactone are hyperkalaemia, dehydration and hyponatraemia (Greenblatt 1973). Furthermore, spironolactone might have an influence on feelings of anxiety (Fox 2016).

Other studies from the 1980s and 90s reported that there were adverse effects from high-dose estradiol, but these studies used ethinyl estradiol or equine premarin (equine estradiol) instead of bioidentical 17-beta-estradiol; and used progestins, instead of bioidentical progesterone. This may have contributed to the adverse effect profile of these specific treatments (Prior 1989). Unlike the bioidentical alternatives used today (hormone preparations made from plant sources that are similar or identical to human hormones), substances administered in the past (e.g. equine oestrogens, ethinyl estradiol) were associated with more diverse adverse effects like thrombophilia, cardiovascular problems, breast and prostate cancer, as well as liver, adrenal gland and neural dysfunction (Griard 1978; Calderón 2009; Asscheman 2011). The health risks attributed to estradiol doses high enough to suppress androgens have not been found in the parenteral or transdermal application of bioidentical estradiol (Hembree 2017). Thus, it is unclear why those estradiol doses should be kept low in order to make the addition of androgen antagonists like CPA or spironolactone necessary.

In light of discussions among experts (Seal 2012; Wierckx 2014), and current recommendations for hormonal gender affirmation treatment (WPATH 2011) (which are strongly based on the values and preferences of health consumers), it is necessary to review the evidence from trials that show results for outcomes such as feminisation, satisfactory sexual function, reduced gender dysphoria, and improved quality of life (e.g. Murad 2010).

In 2017, the overall quality of evidence relating to these outcomes was classified as low (Hembree 2017). In 2011, WPATH summarised the situation as follows. "There is a need for further research on the effects of hormone therapy without surgery, and without the goal of maximum physical feminisation or masculinisation" (WPATH

2011). It is necessary to determine whether subsequent trials have provided additional evidence for efficacy, or whether there is still a lack of evidence for these desired outcomes.

## OBJECTIVES

We aimed to assess the efficacy and safety of hormone therapy with antiandrogens, estradiol, or both, compared to each other or placebo, in transgender women in transition.

## METHODS

### Criteria for considering studies for this review

**Types of studies**

We aimed to include randomised controlled trials (RCTs), quasi-RCTs and controlled cohort studies.

We chose to include quasi-RCTs and cohort studies due to the low prevalence of the condition and the consequent current scarcity of RCTs (WPATH 2011).

**Types of participants**

We aimed to include studies that enrolled transgender women, age 16 years and over, in transition from male to female. Transitioning is defined as the process of changing one's gender profile or sexual characteristics (or both) to accord with one's sense of gender identity (WPATH 2011). Transition as a concept thus encompasses several aspects, e.g. social, psychological, or physical aspects, or a combination of these. There is consistency in the literature on when the transition begins: namely, with the decision to change a person's gender assignment (Brown 1996). However, we did not differentiate among any supposed phases of the respective types of transitions. Depending on the personal situation, the process of transition (which may include the decision to transition, gathering of information, gathering of experience, medical treatment and change of social role), can take very different periods of time, usually several months to years. Therefore, it is difficult to distinguish certain 'phases' of this process. When focusing on hormone therapy, the transition term can be more precisely defined. The transition process lasts as long as patients are in the process of changing their sexual characteristics (WPATH 2011).

We aimed to include studies with participants age 16 years and older because, according to currently applied guidelines, this is the age when patients start being treated with hormone therapy. Patients below this age are usually being treated with puberty blockers, which are outside the scope of this review (WPATH 2011).

**Types of interventions**

We considered studies evaluating hormone-based interventions only, excluding those that examined combined hormonal and either psychological or surgical treatments. We aimed to include studies reporting treatment with the following experimental interventions.

- Antiandrogens (cyproterone acetate or spironolactone) and estradiol
- Antiandrogens (cyproterone acetate or spironolactone) alone
- Estradiol alone

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

App.0031

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

For the above interventions, we considered all types of administration: oral, sublingual, transdermal, subdermal and intramuscular. For estradiol, we also considered bioidentical 17-beta-estradiol, as well as synthetic derivatives.

We aimed to include the following comparator interventions.

- Any of the active interventions listed above
- Placebo

Although we consider placebo-controlled studies to be unethical (Bostick 2008), we made them eligible for inclusion in this review so that we could consider the evidence in its entirety. We did not consider interventions consisting purely of psychological treatment, spiritual support, or conversion therapy.

### Types of outcome measures

For studies with repeated follow-up (i.e. reporting of outcomes at multiple time points), we regarded follow-up at three to six months as short term, six months to two years as medium term, and more than two years as long term (WPATH 2011).

We intended to include in the descriptive section of the review all studies that met the criteria for type of study, participants, intervention and comparator, regardless of outcomes reported or missing data.

#### Primary outcomes

- Quality of life (QoL) as measured by validated generic instruments, e.g. Quality of Life Inventory (QOLI) (Frisch 2005); or specific instruments, e.g. for body image, the Body Image Quality of Life Inventory (BIQLI) (Cash 2004); or for sexual life the Sexual Satisfaction Scale for Women (SSS-W) (Meston 2005).
- Satisfaction with change of male to female body characteristics, as measured with validated instruments
- Adverse events specific to hormone therapy, including serious adverse events

#### Secondary outcomes

- Severity of gender dysphoria/gender incongruence, e.g. as measured with the Utrecht Gender Dysphoria Scale (UGDS) (Schneider 2016)
- Measures of specific body changes, including:
  * breast size, e.g. by measurement of bust girth;
  * skin thickness, e.g. by echographic measurement (Laurent 2007);
  * skin sebum production, e.g. as measured by three-hour sebum collection with absorbent paper (Downing 1981; Giltay 2008; Ezerskaia 2016); and
  * hair growth, including hair density, diameter, growth rate and anagen/telogen ratio (Giltay 2000; Hoffmann 2013).
- Incidence or severity of depression.

We did not include surrogate outcomes, such as serum hormone levels (e.g. 17-beta-estradiol or testosterone). While these measures can help with monitoring the progress of hormone therapy, they are of little interest of themselves, especially since individuals require varying levels of these hormones to achieve a certain level of feminisation (Gooren 2017).

## Search methods for identification of studies

### Electronic searches

We searched the following electronic databases for relevant trials up to 19 December 2019 with no restrictions based on language of publication, date of publication, or publication status:

- MEDLINE via PubMed
- Cochrane Central Register of Controlled Trials (CENTRAL)
- Embase
- Biosis Preview
- PsycINFO
- PSYNDEX

Our search strategy is outlined in Appendix 1. We have successfully tested the screening methods for abstracts and titles.

### Searching other resources

Had we identified any eligible studies through the electronic searches above we would have searched the reference lists of these in order to find additional relevant studies. We also searched the scientific abstracts of the last two meetings of each of the following organisations:

- American Association of Clinical Endocrinologists
- American Society of Andrology
- Berufsverband der deutschen Endokrinologen (Professional Association of the German Endocrinologists)
- Berufsverband der Frauenärzte e.V. (Professional Association of the Gynaecologists)
- Dachverband Reproduktionsbiologie und Medizin e.V. (Federal Association Reproductive Biology and Medicine)
- Deutsche Gesellschaft für Endokrinologie (German Society for Endocrinology)
- Deutsche Gesellschaft für Gynäkologie und Geburtshilfe (German Society for Gynaecology and Obstetrics)
- Endocrine Society
- European Society of Gynaecological Oncology
- European Thyroid Association
- Nordrhein-Westfälische Gesellschaft für Endokrinologie und Diabetologie (North Rhine-Westphalian Society for Endocrinology and Diabetology)
- Royal College of Obstetricians and Gynaecologists
- Society for Endocrinology
- Society for Gynaecologic Investigation

We also searched the following grey literature databases:

- The New York Academy of Medicine Grey Literature Report (www.greylit.org/)
- OAIster (www.oclc.org/oaister.en.html)
- OpenGrey (www.opengrey.eu/)

Finally, in order to identify completed but unpublished or ongoing studies, we searched the following trial registries.

- ClinicalTrials.gov (www.clinicaltrials.gov/)
- metaRegister of Controlled Trials (mRCT; www.controlledtrials.com/mrct/)

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

App.0032

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

- World Health Organization (WHO) International Clinical Trials Registry Platform (ICTRP) Search Portal (www.who.int/trialsearch/)
- Drugs@FDA (www.accessdata.fda.gov/scripts/cder/drugsatfda/)
- European Public Assessment Reports (EPAR; www.ema.europa.eu/ema/index.jsp?curl=pages/medicines/landing/epar_search.jsp)

We contacted fifteen manufacturers of hormonal agents and experts in the field to identify unpublished or ongoing trials.

## Data collection and analysis

### Selection of studies

We used the reference management tool Covidence to identify and remove potential duplicate records of relevant studies (www.covidence.org). Two review authors (AKU and MHE)

independently scanned titles and abstracts of the remaining records to compile a list of potential papers to potentially be included in the review. After this, the same review authors investigated the references in detail (as full text articles or matched records to studies), and categorised these as 'included studies,' 'excluded studies,' 'studies awaiting classification' and 'ongoing studies.' We executed this task in accordance with the criteria provided in the *Cochrane Handbook for Systematic Reviews of Interventions* (Higgins 2011a). If there had been discrepancies or if a consensus could not be reached, a third review author would have adjudicated (CHA). There were no disagreements that could not be thus resolved. Had this been the case, we would have designated the study as 'awaiting classification' and contacted the study authors for clarification. We listed studies excluded during the full text review stage, and documented the reasons for exclusion in Characteristics of excluded studies. We included an adapted PRISMA flow diagram outlining the study selection process (Moher 2009) (Figure 1).

App.0033

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 1.  Study Flow Diagram**



App.0034

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Data extraction and management**

If we had found relevant studies, two review authors (AKU and MHE) would have extracted data from all studies deemed eligible for inclusion independently, with the help of a standardized data extraction form that would have been pilot tested according to Chapter 7 of the *Cochrane Handbook* (Higgins 2011a). We have used Google Spreadsheets to manage all data gathered.

We would have collected data on the following items:

- General information on the study: first author, date of publication, study dates, publication type (full text article, abstract, unpublished), citation.
- Study methods: study design (e.g. parallel, factorial), number of study arms, study setting (single institution, multi-centre national, multi-centre international), study location, and length of follow-up.
- Participant characteristics: study inclusion/exclusion criteria, age (mean/median with range), ethnic distribution, number of participants randomised and included in analysis, participants lost to follow-up.
- Interventions: type of hormonal agents (for example CPA, estradiol, progesterone, spironolactone), dose, administration route, dosing schedule and any other associated therapies. We would have extracted data on the sample size for each intervention group.
- Outcomes: definition and method of assessment for each outcome (including the adverse event classification system used in individual studies), as well as any relevant subgroups. We would have extracted the number of events and participants per treatment group for dichotomous outcomes. We would also extract the mean, standard deviation or median and range, and number of participants per treatment group for continuous outcomes.
- Study funding sources.
- Declarations of potential conflicts of interest reported by study authors.

For each included study, we would have extracted the outcome data relevant for this review, and which would be required for the calculation of summary statistics and measures of variance. If there had been disagreements, we would have resolved them by discussion. If necessary, we would have consulted a third review author (CHA). We provided key information about potentially relevant ongoing studies, including trial identifiers, in the table of Characteristics of ongoing studies. We would have attempted to contact authors of included studies to obtain missing key data if needed.

**Assessment of risk of bias in included studies**

If relevant studies had been found, two review authors (AKU and MHE) would have examined all included studies to assess risk of bias (assessment of methodological quality) independently. We would have used the Cochrane 'Risk of bias' tool for assessing risk of bias in RCTs, as described in the *Cochrane Handbook* (Higgins 2011b). We would have resolved disagreements by consensus or by consulting a third review author (CHA). Our summary judgement would have included a rating (low, high or unclear risk of bias) for each domain (Higgins 2011b). We would have assessed the risk of bias for the following domains:

- Random sequence generation
- Allocation concealment
- Blinding of participants and personnel
- Blinding of outcome assessment
- Incomplete outcome data
- Selective reporting
- Other bias

We would have evaluated the risks of performance bias (blinding of participants and personnel) and detection bias (blinding of outcome assessment) separately for each outcome.

For any relevant cohort studies we would have used the ROBINS-I tool to assess risk of bias (Sterne 2016). We would have assessed each individual study in accordance with the guidance, documenting the results using a spreadsheet and providing details in 'Risk of bias' tables. We would have documented the reasons for our judgements, and would have included relevant quotations from the full-text articles or from information about the study provided by authors in the notes section of the 'Risk of bias' tables. We would have summarised the risk of bias across domains for each primary outcome in every included study, as well as across studies and domains for each primary outcome.

**Measures of treatment effect**

*Dichotomous data*

We planned to summarise dichotomous data using risk ratios (RRs), reported with 95% confidence intervals (CIs).

*Continuous data*

For continuous outcomes with a standard measure, we would have summarised the obtained data as mean differences (MDs) with 95% CIs. For continuous outcomes without a standard measure, we would have summarised data as standardized mean differences (SMDs) with 95% CIs. Alternatively, if the mean value and variance were missing, we would have estimated them using the methods described in Hozo 2005, which allows estimations for mean value and variance of a sample when only the median, range and size of the sample are known. We would also have considered the guidance in the *Cochrane Handbook* where appropriate (Higgins 2011c).

**Unit of analysis issues**

We planned to treat recurring events in individual participants as single events occurring in one participant (e.g. three episodes of major depressive disorder in one participant would have been recorded as one participant with major depressive disorder). We did not expect to include studies with interventions delivered at the cluster level.

**Dealing with missing data**

For studies with missing data, we would have followed the recommendations of the *Cochrane Handbook* (Higgins 2011d). We would have collected dropout rates for each study group and would have reported these in the 'Risk of bias' table. Our preferred option would have been to contact study authors in cases of missing data or statistics that were not due to participant dropout (e.g. missing statistics such as standard deviation (SD)). If missing outcome data were not provided, then we would have attempted to impute

App.0035

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

data where possible and appropriate, and conduct sensitivity analyses to assess the effect of this on the analysis. However, where imputation is not appropriate, we would not have included the study in the respective meta-analysis, and would have discussed the potential impact of this in the text of the review. In the case of participants lost to follow-up, we would have performed meta-analyses on an intention-to-treat basis. We would have performed sensitivity analyses, excluding studies with missing outcome data, to evaluate the impact of missing data. We would have discussed the potential impact of missing data on review findings in the 'Discussion' section of the full review, using a summary table if appropriate.

**Assessment of heterogeneity**

We would have compared the characteristics of included studies to identify heterogeneity of content or methodology, and to determine the feasibility of performing a meta-analysis. We would have deemed meta-analyses unsuitable in cases where there was substantial content-related or methodological heterogeneity across studies. Instead, we would have used a narrative approach to data synthesis. Had meta-analyses been deemed appropriate, we would have assessed statistical heterogeneity by visually inspecting the scatter of individual study effect estimates on forest plots and by calculating the I$^2$ statistic ([Higgins 2011c](#)), which gives the percentage of variability in effect estimations that can be attributed to heterogeneity rather than to chance. We would have considered an I$^2$ of more than 50% to represent substantial heterogeneity. In the case of statistical heterogeneity, we would have conducted the prespecified subgroup and sensitivity analyses described below to investigate the source.

**Assessment of reporting biases**

If we had included 10 or more studies that investigated the same outcome, we would have used funnel plots to assess small-study effects and publication bias. Given that several explanations are possible for funnel plot asymmetry, we would have interpreted results carefully ([Sterne 2011](#)).

**Data synthesis**

Had we identified any eligible studies, we would have provided a narrative summary of the included studies. We would also have conducted meta-analyses of RCTs for all relevant outcomes, where possible, using data from studies that 1) compared the actual hormone therapy-relevant agents or combinations of agents to placebo, and 2) compared the actual hormone therapy-relevant agents or combinations of agents to other hormone therapy-agents or combinations of agents. Studies comparing two variations on the intervention would have been pooled separately to studies comparing the intervention to placebo. However, if there had been significant variability in the definition of outcomes across trials, we would have decided not to pool data.

Had we conducted meta-analyses, we would have used the Mantel-Haenszel approach to combine dichotomous data and calculate RRs with 95% CIs ([Higgins 2011c](#)). For continuous outcomes (e.g. quality of life) we would have calculated MDs or SMDs, with 95% CIs, using the inverse variance approach. Had studies reported the same outcome measure but some studies had reported data on the change from baseline (e.g. mean values and standard deviations) and others for final measurements of outcomes, they would have been placed in subgroups in the meta-analysis and

pooled according to guidance in the *Cochrane Handbook* ([Higgins 2011c](#)).

For meta-analyses, we would have used a random-effects model, expecting the true effects to be related, but not the same, across all studies. We would have interpreted random-effects meta-analyses with due consideration of the whole distribution of effects, ideally by presenting a prediction interval ([Higgins 2009](#)). A prediction interval specifies a predicted range for the true treatment effect in an individual study ([Riley 2011](#)). In addition, we would have performed statistical analyses according to the statistical guidelines contained in the *Cochrane Handbook* ([Higgins 2011c](#)).

We would have summarised outcome data from cohort studies (e.g. change scores) narratively.

**Subgroup analysis and investigation of heterogeneity**

Wherever possible, we would have considered subgroup analyses that are structured by the following characteristics.

- Type of application of intervention (oral, transdermal, intramuscular, subcutaneous)
- Orchiectomy before or during hormone therapy

The justification for these analyses is as follows. Pharmacokinetic mechanisms lead to significant differences in the absorption and metabolism of an active substance depending on the type of application. Therefore, we would, if possible, have formed appropriate subgroups based on the application method of the intervention. Also, patients who have undergone an orchiectomy could have different outcomes than those patients without orchiectomy ([Defreyne 2017](#)).

**Sensitivity analysis**

We would have conducted sensitivity analyses to investigate any potential effect of removing studies judged to be at high risk of bias from meta-analyses. We would have classified studies as being at high risk of bias overall if one or more domains were judged to be at high risk. If appropriate, we would also have conducted sensitivity analyses excluding studies with missing outcome data, or where missing data have been imputed by the review author team. We would also have conducted a sensitivity analysis to compare a fixed-effect model to a random effects model where the studies in a meta-analysis appear more homogeneous than expected.

**Summary of findings and assessment of the certainty of the evidence\**

Following standard Cochrane methodology, had we identified any included studies, we would have created a 'Summary of findings' table for all three primary outcomes. Also following standard Cochrane methodology, we would have used the five GRADE considerations (risk of bias, consistency of effect, imprecision, indirectness and publication bias) to assess the quality of the body of evidence for each outcome, and to draw conclusions about the quality of evidence within the text of the review.

---

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

App.0036

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## R E S U L T S

### Description of studies

#### Results of the search

We conducted our searches on 18 January 2019 and updated them on 19 December 2019. Through the database searches, we identified a total of 1057 references. After removing duplicates, we screened the titles and abstracts of 787 references. Through this screening, we identified 13 studies to assess as full text articles. We fully inspected these articles, and excluded 12 studies. The remaining study was still ongoing. Therefore, we did not include any studies in this review (Figure 1).

Of the manufacturers and experts in the field whom we contacted,15 responded but did not report any additional studies.

#### Included studies

None of the reports retrieved met the inclusion criteria for this review. Suggestions for future studies are given in Table 1.

#### Excluded studies

We excluded all 12 of the full-text articles that we had assessed for eligibility, either because they used an ineligible comparator or because they used an ineligible study design. See Characteristics of excluded studies for further details.

#### *Ongoing studies*

We identified one ongoing RCT in Thailand, comparing spironolactone with CPA (Krasean 2019). This study started in April 2019. We describe this study in Characteristics of ongoing studies.

### Risk of bias in included studies

As no studies met the inclusion criteria, it was not possible to assess risk of bias.

### Effects of interventions

As no studies met the inclusion criteria, we were unable to calculate any effects of the interventions.

## D I S C U S S I O N

### Summary of main results

No study met the inclusion criteria for this review. A total of 13 potentially eligible studies were identified, but ultimately all but one was excluded after we assessed the full text articles. The one remaining RCT is ongoing, and we are awaiting its publication (Krasean 2019). We conducted a comprehensive search to identify eligible studies for inclusion in this review. Despite more than four decades of ongoing efforts to improve the quality of hormone therapy for women in transition, we found that no RCTs or suitable cohort studies have yet been conducted to investigate the efficacy and safety of hormonal treatment approaches for transgender women in transition.

### Overall completeness and applicability of evidence

The evidence is incomplete because no studies met the inclusion criteria for the review. This lack of studies shows a gap between current clinical practice and clinical research, which has

been repeatedly emphasised (Hembree 2009; Hembree 2017). If hormone therapy is highly valued in the treatment of gender dysphoria (Hembree 2009; WPATH 2011; Hembree 2017), then this raises the question: why are there no RCTs or appropriate cohort studies for this clinical condition? There is also an ethical need for research into the efficacy and safety of hormone therapy, particularly comparing combination therapy with CPA/estradiol and spironolactone/estradiol to monotherapy with estradiol alone. In view of the reported but rather alarming side-effect profiles of CPA and spironolactone in other populations (De Bastos 2014; Khan 2016; PG12 2019), long-term clinical studies that aim to achieve adequate outcomes are urgently needed for the population of transgender women in transition.The lack of reliable data on hormone therapy for transitioning transgender women should encourage the development of well-planned RCTs and cohort studies to evaluate widespread empirical practice in the treatment of gender dysphoria.

The most common reason for the exclusion of studies from this review was the lack of a control group. We excluded some studies because they did not meet the eligibility requirements for study design (e.g. case series or case-control studies). Further, interventions were not clearly defined.

Among guideline developers in the field of transgender medicine, it has been discussed in recent years why the available evidence remains limited (Deutsch 2016a Reilly 2019). Deutsch 2016a has identified three main reasons, which they believe have hindered the development of evidence based healthcare guidelines. Firstly, a lack of research funding and institutional stigma means that the evidence currently centres around less robust study designs, such as retrospective studies, case series, and individual case reports (Bockting 2016 Reisner 2016a); secondly variation in the collection of gender identity data in observational data sets makes it difficult to identify relevant populations and monitor their health outcomes (Deutsch 2013 Bauer 2009); and finally, academic programmes focused on transgender medicine are in their infancy and few exist (Reisner 2016b), meaning there is a general lack of research and training on this topic.

Against this background, methodological problems such as inconsistent and missing comparison groups, uncontrolled confounding factors, small sample size, short follow-up time and difficulties in recording and evaluating a broad spectrum of health outcomes (physical and mental health, social functioning and QoL) have become apparent in hormone therapy (Deutsch 2016b). The performance of RCTs is controversial, especially with regard to placebo studies, and ethical and methodological objections have been raised (e.g. violation of the principle of equipoise, Miller 2003). However, the positive research potential of active-controlled RCTs is acknowledged, in order to compare different types, dosages and methods of administration of active treatments. Overall, there is a trend in the discussion to favour not only RCTs and quasi-RCTs, but also high-quality cohort studies conducted in a network of health centres, hospitals and practices (Deutsch 2016a; Deutsch 2016b).

### Quality of the evidence

We could not appraise the quality of the evidence because no studies met our review's inclusion criteria.

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Potential biases in the review process

We consider our search to have been consistent and comprehensive (including the fifteen contacts with manufacturers and experts in the field). At each stage, the review authors independently applied the inclusion criteria before comparing their judgements. Reliability testing was performed in the screening phase. Even though we were unable to test for publication bias, we think it is unlikely that there are studies that have been conducted but remained unpublished. The experts in the field we interviewed believed that there was a general lack of research activity by treatment manufacturers, and considered it very likely that no phase IV studies have ever been conducted in this population. For example, one expert stated that there was probably "nothing to be kept secret."

## Agreements and disagreements with other studies or reviews

There are currently no systematic reviews in the Cochrane Library that evaluate the effectiveness of hormone therapy for transgender women in transition, nor are there systematic reviews that evaluate the clinical and economic impact of hormone therapy on transgender women in transition. The Endocrine Society's 2009 and 2017 guidelines addressed endocrine treatment of gender-dysphoric/gender-incongruent persons (Hembree 2009; Hembree 2017). The literature search included in these guidelines did not identify any RCTs of hormone therapy in transitioning transgender women. In the context of the preparation of UK National Health Service (NHS) guidelines (PG12 2019), the NHS Guideline Panel also found no RCTs. However, PG12 2019 includes a recommendation for the prescription of hormone therapy for transitioning transgender women.

Of the potentially relevant studies we excluded, some reported on relevant questions. Asscheman 2011 focused on the important outcome of mortality. Fisher 2016 investigated the important relationship between hormone therapy-related body changes and psychobiological well-being. Giltay 2000 focused on body related outcomes such as hormone therapy's effects on the skin (hair growth rate, density, and shaft diameter by image analysis; and sebum production). Toorians 2003 focused on the outcomes of different interventions (estradiol alone compared with combination therapy estradiol and antiandrogens). Miles 2006 was based on a cross-over design with the intention of comparing groups of individuals on and off oestrogen. Due to the reported deficits, we excluded these studies, although they addressed important questions.

## AUTHORS' CONCLUSIONS

### Implications for practice

We found insufficient evidence to determine the efficacy or safety of hormonal treatment approaches (estradiol alone or in combination with cyproterone acetate or spironolactone) for transgender women in transition. The evidence is very incomplete, demonstrating a gap between current clinical practice and clinical research.

### Implications for research

This systematic review has shown that well-designed, sufficiently robust randomised controlled trials (RCTs) and controlled-cohort studies do not exist, and are needed, to assess the benefits and harms of hormone therapies (used alone or in combination) for transgender women in transition. The following questions should be addressed via RCTs and cohort studies:

1. What are the short-, medium-, and long-term effects (including adverse effects, benefits, and prognoses) of estradiol therapy alone, as opposed to combination therapy using estradiol together with cyproterone acetate or spironolactone?
2. What is the short-, medium-, and long-term clinical efficacy of hormone therapy when applied orally, transdermally, and intramuscularly?

Table 1 presents design components that we suggest could be used in future studies. Studies should be structured and reported according to the CONSORT Statement or the STROBE Statement in order to improve the quality of reporting on efficacy and to obtain better reports on harms in clinical research (von Elm 2007; Schulz 2010). There is an urgent need for research in this area, not least for ethical reasons.

We will include non-controlled cohort studies in the next iteration of this review, as this review has demonstrated that this is the highest quality evidence currently available in the field. We will take methodological limitations into account when doing so.

## ACKNOWLEDGEMENTS

We would like to acknowledge the support of Dr. Jonathan Livingstone-Banks, Dr. Nicola Lindson, and Dr. Paul Aveyard from the Tobacco Addiction Group, as well as Dr. Erik von Elm from Cochrane Switzerland, whom we consulted in preparing this review.

We greatly appreciate Dr. Alissa Jones Nelson's support in reviewing the spelling and grammar of this review. We also gratefully acknowledge peer review comments from Igor Grabovac, Department of Social and Preventive Medicine, Centre for Public Health, Medical University of Vienna, Vienna, Austria and Dr. Barbara Nussbaumer-Streit, Cochrane Austria, Department for Evidence-based Medicine and Evaluation, Danube-University Krems, Krems, Austria, and consumer review comments from Sarah Stephenson-Hunter.

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

App.0038

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# R E F E R E N C E S

## References to studies excluded from this review

**Asscheman 2011** {published data only}

Asscheman H, Giltay EJ, Megens JA, de Ronde WP, van Trotsenburg MA, Gooren LJ. A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. *European Journal of Endocrinology* 2011;**164**(4):635-42. [DOI: 1530/EJE-10-1038]

**Colizzi 2015** {published data only}**10.1016/ j.jpsychores.2015.02.001**

Colizzi M, Costa R, Scaramuzzi F. Concomitant psychiatric problems and hormonal treatment induced metabolic syndrome in gender dysphoria individuals: A 2 year follow-up study. *Journal of Psychosomatic Research* 2015;**78**:399–406. [DOI: 10.1016/j.jpsychores.2015.02.001]

**Fighera 2018** {published data only}**10.1111/cen.13607**

Fighera TM, da Silva E, Lindenau JD, Spritzer PM. Impact of cross-sex hormone therapy on bone mineral density and body composition in transwomen. *Clinical Endocrinology* 2018;**88**(6):856-862. [DOI: 10.1111/cen.13607] [PMID: 29630732]

**Fisher 2014** {published data only}**10.1111/jsm.12413**

Fisher AD, Castellini G, Bandini E, Casale H, Fanni E, Benni L, et al. Cross-sex hormonal treatment and body uneasiness in individuals with gender dysphoria. *International Society for Sexual Medicine* 2014;**11**:709–19.

**Fisher 2016** {published data only}**10.1210/jc.2016-1276**

Fisher AD, Castellini G, Ristori J, Casale H, Cassioli E, Sensi C, et al. Cross-sex hormone treatment and psychobiological changes in transsexual persons: two-year follow-up data. *The Journal of Clinical Endocrinology and Metabolism* 2016;**101**:0000-0000.

**Giltay 2000** {published data only}

Giltay EJ, Gooren L. Effects of sex steroid deprivation/ administration on hair growth and skin sebum production in transsexual males and females. *The Journal of Clinical Endocrinology & Metabolism* 2000;**85**(8):2913-21. [DOI: 10.1210/ jc.85.8.2913]

**Haraldsen 2005** {published data only}

Haraldsen IR, Egeland T, Haug E, Finset A, Opjordsmoen S. Cross-sex hormone treatment does not change sex-sensitive cognitive performance in gender identity disorder patients. *Psychiatry Research* 2005;**137**:161-74. [10.1016/ j.psychres.2005.05.014]

**Haraldsen 2007** {published data only}**10.1016/ j.yhbeh.2007.05.012**

Haraldsen IR, Haug E, Falch J, Egeland T, Opjordsmoen S. Cross-sex pattern of bone mineral density in early onset gender identity disorder. *Hormones and Behavior* 2007;**52**:334-43. [DOI: 10.1016/j.yhbeh.2007.05.012]

**Miles 2006** {published data only}**10.1016/j.yhbeh.2006.06.008**

Miles C, Green R, Hines M. Estrogen treatment effects on cognition, memory and mood in male-to-female transsexuals.

*Hormones and Behavior* 2006;**50**:708-17. [DOI: 10.1016/ j.yhbeh.2006.06.008]

**Schlatterer 1998** {published data only}

Schlatterer K, Auer DP, Yassouridis A, Von Werder K, Stalla GK. Transsexualism and osteoporosis. *Archives of Sexual Behavior* 1998;**27**(5):475-92. [0004-0002/98/1000-0475]

**Toorians 2003** {published data only}

Toorians AW, Thomassen MCLGD, Zweegman S, Magdeleyns EJP, Tans G, Gooren L, et al. Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. *The Journal of Clinical Endocrinology & Metabolism* 2003;**88**(12):5723-29. [DOI: 10.1210/ jc.2003-030520]

**Van Goozen 1995** {published data only}

Van Goozen SHM. Gender differences in behaviour: activating effects of cross-sex hormones. *Psychoneuroendocrinology* 1995;**20**(4):343-63. [DOI: 10.1016/0306-4530%2894%2900076-X]

## References to ongoing studies

**Krasean 2019** {published data only}

TCTR20190404001. Anti-androgenic effects comparison between Cyproterone acetate and Spironolactone in transgender women: a randomized controlled trial. Thai Clinical Trials Registry 2019. [THAI CLINICAL TRIALS REGISTRY: TCTR20190404001]

## Additional references

**Arcelus 2015**

Arcelus J, Bouman WP, Van Den Noortgate W, Claes L, Witcomb G, Fernandez-Aranda F. Systematic review and meta-analysis of prevalence studies in transsexualism. *European Psychiatry* 2015;**30**(6):807-15.

**ATME 2015**

Aktion Transsexualität und Menschenrecht eV (ATME). Alternative recommendations for treatment in the presence of so-called "sex/gender variance". Medicine and psychotherapy without gender stereotyping. [STUTTGARTER ERKLÄRUNG - Alternative Handlungsempfehlungen bei geschlechtlichen Normvariationen]. In: In: In: v. Schreiber G editor(s). Transsexualität in Theologie und Neurowissenschaften - Ergebnisse, Kontroversen, Perspektiven. Vol. **1**. Berlin: De Gruyter, 2015:77-8. [ISBN: 978-3110440805]

**Bauer 2009**

Bauer GR, Hammond R, TraversR, Kaay M, Hohenadel KM, Boyce M. "I don't think this is theoretical; this is our lives": how erasure impacts health care for transgender people. *Journal of the Association of Nurses in AIDS Care* 2009;**20**(5):348-61. [DOI: 10.1016/j.jana.2009.07.004]

App.0039

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Bessone 2015**

Bessone F, Lucena MI, Roma MG, Stephens C, Medina-Cáliz I, Frider B, et al. Cyproterone acetate induces a wide spectrum of acute liver damage including corticosteroid-responsive hepatitis: report of 22 cases. *Liver International: Official Journal of the International Association for the Study of the Liver.* 2015;**36**(2):302-10. [DOI: 1111/liv.12899]

**Bockting 2016**

Bockting W, Coleman E, Deutsch MB, Guillamon A, Meyer I, Meyer III W, et al. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology, Diabetes, and Obesity* 2016;**23**(2):188. [DOI: 10.1097/MED.0000000000000232 ]

**Bostick 2008**

Bostick NA, Sade R, Levine MA, Stewart Jr DM. Placebo use in clinical practice: report of the American Medical Association Council on Ethical and Judicial Affairs. *The Journal of Clinical Ethics* 2008;**19**(1):58-61. [PMID: 18552054]

**Brown 1996**

Brown ML, Rounsley CA. True Selves: Understanding Transsexualism - For Families, Friends, Coworkers, and Helping Professionals. 1 edition. Vol. **1**. San Francisco: Jossey-Bass, 1996. [ISBN: 0-7879-6702-5]

**Calderón 2009**

Calderón GD, Bratoeff E, Ramiréz LE, Osnaya BN, Garcia AR, Barragán MG, et al. Effects of two new steroids and cyproterone on some biomarkers of oxidative stress and serotonergic system on rat prostate and brain. Andrologie Feb 2009;**41**(1):29-34. [DOI: 1111/j.1439-0272.2008.00886.x]

**Cash 2004**

Cash TF, Jakatdar TA, Williams EF. The body image quality of life inventory: further validation with college men and women. *Body Image* 2004;**1**(3):279–87. [DOI: 1016/S1740-1445(03)00023-8]

**De Bastos 2014**

de Bastos M, Stegeman B, Rosendaal F. Combined oral contraceptives: venous thrombosis. *Cochrane Database of Systematic Reviews* 2014;**3**(Issue ID 2351):Art. No.: CD010813. [DOI: 10.1002/14651858.CD010813.pub2.] [PMID: 24590565]

**Defreyne 2017**

Defreyne J, Nota N, Pereira C, Schreiner T, Fisher AD, den Heijer M, et al. Transient elevated serum prolactin in trans women is caused by cyproterone acetate treatment. *LGBT Health* 2017;**4**(5):328-36. [DOI: 1089/lgbt.2016.0190]

**Deutsch 2013**

Deutsch MB, Green J, Keatley J, Mayer G, Hastings J, Hall AM, et al. Electronic medical records and the transgender patient: recommendations from the World Professional Association for Transgender Health. *Journal of the American Medical Informatics Association* 2013;**20**(4):700-3. [10.1136/amiajnl-2012-001472]

**Deutsch 2016a**

Deutsch M. Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people. Center of Excellence for Transgender Health June 17th 2016;**2nd Edition**.

**Deutsch 2016b**

Deutsch MB, Radix A, Reisner S. What's in a guideline? Developing collaborative and sound research designs that substantiate best practice recommendations for transgender health care. *AMA Journal of Ethics* 2016;**18**(11):1098-106. [DOI: 10.1001/journalofethics.2016.18.11.stas1-1611]

**Downing 1981**

Downing DT, Stewart ME, Strauss JS. Estimation of sebum production rates in man by measurement of the squalene content of skin biopsies. *Journal of Investigative Dermatology* 1981;**77**(4):358-60. [PMID: 7276619]

**Drescher 2014**

Drescher J. Controversies in gender diagnoses. *LGBT Health* 2014;**1**(1):10-14. [DOI: 1089/lgbt.2013.1500]

**DSM-5 2013**

American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders (DSM-5), Fifth edition. 1 edition. Vol. **1**. Göttingen: Hogrefe, 2013. [ISBN: 9783801725990]

**Ezerskaia 2016**

Ezerskaia A, Pereira SF, Urbach HP, Verhagen R, Varghese B. Infrared spectroscopic measurement of skin hydration and sebum levels and comparison to corneometer and sebumeter. *Proceedings SPIE* 2016;**9887**(98872G):552-6. [DOI: 1117/12.2225434]

**Figg 2010**

Figg W, Chau CH, Cindy H, Small EJ. Drug Management of Prostate Cancer. 1 edition. New York: Springer, 2010. [ISBN: 978-1-60327-829-4]

**Flütsch 2015**

Flütsch N. Endocrinological treatment of the gender dysphoria in people with gender incongruence. [Endokrinologische Behandlung der Geschlechtsdysphorie bei Menschen mit Geschlechtsinkongruenz]. *Journal of Clinical Endocrinology and Metabolism* 2015;**8**(2):42-8.

**Fox 2016**

Fox LC, Davies DR, Scholl JL, Watt MJ, Forster GL. Differential effects of glucocorticoid and mineralocorticoid antagonism on anxiety behavior in mild traumatic brain injury. *Behavioural Brain Research* 2016;**312**:362-5. [DOI: 1016/j.bbr.2016.06.048]

**Frisch 2005**

Frisch MB, Clark MP, Rouse SV, Rudd MD, Paweleck JK, Greenstone A, et al. Predictive and treatment validity of life satisfaction and the quality of life inventory. *Assessment* 2005;**12**(1):66-78. [DOI: 1177/1073191104268006]

**Giltay 2008**

Giltay EJ, Bunck MC, Gooren L, Zitman FG, Diamant M, Teerlink T. Effects of sex steroids on the neurotransmitter-

App.0040

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Case: 23-2366    Document: 39-1    Filed: 08/31/2023    Pages: 311

Cochrane Database of Systematic Reviews

specific aromatic amino acids phenylalanine, tyrosine, and tryptophan in transsexual subjects. *Neuroendocrinology* 2008;**88**(2):103-10. [DOI: 1159/000135710]

**Gooren 2017**

den Heijer M, Bakker A, Gooren L. Long term hormonal treatment for transgender people. *The BMJ* 2017;**359**(j5027):n/a. [DOI: 1136/bmj.j5027]

**Greenblatt 1973**

Greenblatt DJ, Koch-Weser J. Adverse reactions to spironolactone. *JAMA* 1973;**225**(1):40-3. [DOI: 1001/jama.1973.03220280028007]

**Griard 1978**

Griard J, Bühler U, Zuppinger K, Haas HG, Staub JJ, Wyss HI. Cyproterone acetate and ACTH adrenal function. *The Journal of Clinical Endocrinology and Metabolism* 1978;**47**(3):581-6. [DOI: 1210/jcem-47-3-581]

**Hayes 2000**

Hayes FJ, Seminara SB, Decruz S, Boepple PA, Crowley WF Jr. Aromatase inhibition in the human male reveals a hypothalamic site of estrogen feedback. *The Journal of Clinical Endocrinology & Metabolism* 2000;**85**(9):3027-35. [DOI: 0021-972X/00/$03.00/0]

**Hembree 2009**

Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer III WJ, Spack NP, et al. Endocrine treatment of transsexual persons: an endocrine society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism* 2009;**94**(9):3132–54. [DOI: 10.1210/jc.2009-0345]

**Hembree 2017**

Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren L, Hannema SE, Meyer III WJ, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism* 2017;**102**(11):3869-903. [DOI: 1210/jc.2017-01658]

**Higgins 2009**

Higgins JPT, Thompson SG, Spiegelhalter DJ. A re-evaluation of random-effects meta-analysis. Journal of the Royal Statistical Society: Series A (Statistics in Society) 2009;**172**(1):137-59. [DOI: 172(1):137–159]

**Higgins 2011a**

Higgins JPT, Deeks JJ. Chapter 7: Selecting studies and collecting data. In: Higgins JPT, Deeks JJ, editor(s), Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 (updated March 2011). The Cochrane Collaboration, 2011. Available from handbook.cochrane.org.

**Higgins 2011b**

Higgins JPT, Deeks JJ. Chapter 8: Assessing risk of bias in included studies. In: Higgins JPT, Altman DG, Sterne JAC, editor(s), Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 (updated March 2011). The Cochrane Collaboration, 2011. Available from handbook.cochrane.org.

**Higgins 2011c**

Higgins JPT, Deeks JJ. Chapter 9: Analysing data and undertaking meta-analyses. In: Deeks JJ, Higgins JPT, Altman DG, editor(s), Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 (updated March 2011). The Cochrane Collaboration, 2011. Available from handbook.cochrane.org.

**Higgins 2011d**

Higgins JPT, Deeks JJ. Chapter 16: General principles for dealing with missing data. In: Higgins JPT, Deeks JJ, Altman DG, editor(s), Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 (updated March 2011). The Cochrane Collaboration, 2011. Available from handbook.cochrane.org.

**Hoffmann 2013**

Hoffman R. TrichoScan: a novel tool for the analysis of hair growth in vivo. *Journal of Investigative Dermatology Symposium Proceedings* 2003;**8**(1):109-15. [DOI: 1046/j.1523-1747.2003.12183.x]

**Hozo 2005**

Hozo SP, Djulbegovic B, Iztok I. Estimating the mean and variance from the median, range, and the size of a sample. BMC Medical Research Methodology 2005;**13**(5). [DOI: 1186/1471-2288-5-13]

**Hye-Rim 2012**

Hye-Rim L, Tae-Hee K, Kyung-Chul C. Functions and physiological roles of two types of estrogen receptors, ERα and ERβ, identified by estrogen receptor knockout mouse. *Laboratory Animal Research* 2012;**28**(2):71-6. [DOI: 5625/lar.2012.28.2.71]

**Khan 2016**

Khan O, Mashru A. The efficacy, safety and ethics of the use of testosterone-suppressing agents in the management of sex offending. *Current Opinion in Endocrinology, Diabetes and Obesity* 2016;**23**(3):271-8. [DOI: 10.1097/MED.0000000000000257]

**Laurent 2007**

Laurent A, Mistretta F, Bottigioli D, Dahel K, Goujon C, Nicolas JF, et al. Echographic measurement of skin thickness in adults by high frequency ultrasound to assess the appropriate microneedle length for intradermal delivery of vaccines. Vaccine 2007;**25**(34):6423-30. [DOI: 25(34):6423-6430]

**Meston 2005**

Meston C, Trapnell P. Development and validation of a five-factor sexual satisfaction and distress scale for women: the Sexual Satisfaction Scale for Women (SSS-W). *The Journal of Sexual Medicine* 2005;**2**(1):66-81.

**Miller 2003**

Miller FG, Brody H. A critique of clinical equipoise: therapeutic misconception in the ethics of clinical trials. *Hastings Center Report* 2003;**33**(3):19-28. [PMID: 12854452]

**Moher 2009**

Moher D, Liberati A, Tetzlaff J, Altman DG. The PRISMA Group (2009). Preferred reporting items for systematic

reviews and meta analyses: The PRISMA statement. Annals of Internal Medicine 2009;**151**(4):264-9. [DOI: 7326/0003-4819-151-4-200908180-00135]

**Murad 2010**

Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, Erwin PJ, et al. Hormonal therapy and sex reassignment:a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clinical Endocrinology 2010;**72**(2):214-31. [DOI: 1111/j.1365-2265.2009.03625.x]

**Oberhammer 1996**

Oberhammer F, Nagy P, Tiefenbacher R, Fröschl G, Bouzahzah B, Thorgeirsson SS, et al. The antiandrogen cyproterone acetate induces synthesis of transforming growth factor beta 1 in the parenchymal cells of the liver accompanied by an enhanced sensitivity to undergo apoptosis and necrosis without inflammation. Hepatology 1996;**23**(2):329-37. [DOI: 1002/hep.510230220]

**PG12 2019**

Sullivan C, Dean J. Prescribing Guideline PG12 Pharmacological Treatment of Gender Dysphoria. Devon Partnership NHS Trust 2019.

**Prior 1989**

Prior CJ, Vigna YM, Watson D. Spironolactone with physiological female steroids for presurgical therapy of male-to-female transsexualism. Archives of Sexual Behavior 1989;**18**(1):49-57. [DOI: 18(1):49-57]

**Ramsay 1990**

Ramsay ID, Rushton DH. Reduced serum vitamin B12 levels during oral cyproterone-acetate and ethinyl-oestradiol therapy in women with diffuse androgen-dependent alopecia. Clinical and Experimental Dermatology 1990;**15**(4):277-81. [DOI: 1111/j.1365-2230.1990.tb02089.x]

**Reilly 2019**

Reilly ZP, Fruhauf TF, Martin SJ. Barriers to evidence-based transgender care: knowledge gaps in gender-affirming hysterectomy and oophorectomy. Obstetrics & Gynecology 2019;**134**(4):714-17. [DOI: 10.1097/AOG.0000000000003472 ]

**Reisner 2016a**

Reisner SL, Deutsch MB, Bhasin S, Bockting W, Brown GR, Feldman J, et al. Advancing methods for US transgender health research. Current opinion in endocrinology, diabetes, and obesity 2016;**23**(2):198. [DOI: 10.1097/MED.0000000000000229]

**Reisner 2016b**

Reisner SL, Radix A, Deutsch MB. Integrated and gender-affirming transgender clinical care and research. Journal of acquired immune deficiency syndromes 1999;**72**(3):235. [DOI: 10.1097/QAI.0000000000001088]

**Riley 2011**

Riley RD, Higgins JP, Deeks JJ. Interpretation of random effects meta-analyses. BMJ 2011;**342**. [DOI: 1136/bmj.d549.]

**Schneider 2006**

Schneider H, Stalla G. Hormonal Therapy [Hormonelle Therapie]. In: Therapieleitfaden Transsexualität. 1 edition. Bremen: Uni-Med Science, 2006:85-9. [ISBN: 3-89599-888-5]

**Schneider 2016**

Schneider C, Cerwenka S, Nieder TO, Briken P, Cohen-Kettenis PT, de Cuypere G, et al. Measuring gender dysphoria: a multicenter examination and comparison of the Utrecht gender dysphoria scale and the gender identity/gender dysphoria questionnaire for adolescents and adults. Archives of Sexual Behavior 2013;**45**(3):551-8. [DOI: 1007/s10508-016-0702-x]

**Schulz 2010**

Schulz KF, Altman DG, Moher D. CONSORT 2010 Statement: updated guidelines for reporting parallel group randomised trials. The BMJ 2010;**340**:698-702. [DOI: 10.1136/bmj.c332]

**Schürmeyer 1986**

Schürmeyer T, Graff J, Senge T, Nieschlag E. Effect of oestrogen or cyproterone acetate treatment on adrenocortical function in prostate carcinoma patients. Acta Endocrinologica 1986;**111**(3):360-7. [PMID: 2421511]

**Seal 2012**

Seal LJ, Franklin S, Richards C, Shishkareva A, Sinclaire C, Barret J. Predictive markers for mammoplasty and a comparison of side effect profiles in transwomen taking various hormonal regimens. The Journal of Clinical Endocrinology & Metabolism 2012;**97**(12):4422-8. [DOI: 1210/jc.2012-2030]

**Soll 2018**

Soll BM, Robles-García R, Brandelli-Costa A, Mori D, Mueller A, Vaitses-Fontanari AM, et al. Gender incongruence: a comparative study using ICD-10 and DSM-5 diagnostic criteria. Brazilian Journal of Psychiatry 2018;**40**(2):174-80.

**Sterne 2011**

Sterne JA, Sutton AJ, Ioannidis JP, Terrin N, Jones DR, Lau J, et al. Recommendations for examining and interpreting funnel plot asymmetry in meta-analyses of randomised controlled trials. BMJ 2011;**343**. [343:d4002]

**Sterne 2016**

Sterne JAC, Hernán MA, Reeves BC, Savović J, Berkman ND, Viswanathan M, et al. ROBINS-I: a tool for assessing risk of bias in non-randomised studies of interventions. BMJ 2016;**355**:i4919. [DOI: 10.1136/bmj.i4919]

**Thompson 1993**

Thompson DF, Carter JR. Drug-induced gynecomastia. Pharmacotherapy Jan-Feb 1993;**13**(1):37-45. [PMID: 8094898]

**von Elm 2007**

von Elm E, Altman DG, Egger M, Pocock SJ, Gøtzsche PC, Vandenbroucke JP, STROBE Initiative. The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies.. Annals of Internal Medicine 2007;**147**(8):573-7. [DOI: 10.7326/0003-4819-147-8-200710160-00010] [PMID: 17938396]

App.0042

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

**Wenqing 2005**

Wenqing G, Bohl CE, Dalton JT. Chemistry and structural biology of androgen receptor. *Chemical Reviews* 2005;**105**(9):3352-70. [DOI: 10.1021/cr020456u]

**WHO 2018**

World Health Organisation. International classification of diseases for mortality and morbidity statistics (11th Revision). icd.who.int/en/ (accessed 30 October 2020).

**Wierckx 2014**

Wierckx K, van Caenegem E, Schreiner T, Haraldsen I, Fisher AD, Toye K, et al. Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. *International Society for Sexual Medicine* 2014;**11**(8):1999-2011. [DOI: 10.1111/jsm.12571]

**WPATH 2011**

Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people version 7. *International Journal of Transgenderism* 2011;**13**(4):165–232. [DOI: 10.1080/15532739.2011.700873]

**Zucker 2016**

Zucker KJ. The DSM-5 diagnostic criteria for gender dysphoria. In: Trombetta C, Liguori G, Bertolotto M, editors(s). Management of Gender Dysphoria - A Multidisciplinary Approach. First edition. Vol. **1**. Mailand: Springer, 2016:33-7. [ISBN: 978-88-470-5695-4]

**References to other published versions of this review**

**Haupt 2018**

Haupt C, Henke M, Kutschmar A, Hauser B, Baldinger S, Schreiber G. Antiandrogens or estradiol treatments or both during hormone replacement therapy in transitioning transgender women. *Cochrane Database of Systematic Reviews* 2018, Issue 10. Art. No: CD013138. [DOI: 10.1002/14651858.CD013138]

## CHARACTERISTICS OF STUDIES

### Characteristics of excluded studies *[ordered by study ID]*

| Study | Reason for exclusion |
|---|---|
| Asscheman 2011 | Mortality rates in transgender people receiving long-term cross-sex hormones. A cohort study. Adequate controls are missing. Interventions are not clearly defined |
| Colizzi 2015 | Increased prevalence of metabolic syndrome among individuals with gender dysphoria treated by cross-sex hormonal treatment. Study without adequate comparator group. |
| Fighera 2018 | Hormone therapy has been associated with changes in bone and lean/fat mass. This study assessed bone mineral density, appendicular lean mass, and total fat mass in transwomen undergoing cross-sex hormone therapy. Study without adequate comparator group. |
| Fisher 2014 | This study aimed to assess differences in body uneasiness and psychiatric symptoms between gender dysphoria clients taking hormone therapy and those not taking hormones (no hormone therapy). A second aim was to assess whether length of hormone treatment and daily dose provided an explanation for levels of body uneasiness and psychiatric symptoms. Cross-sectional design. |
| Fisher 2016 | The objective of the study was to assess whether hormone therapy-related body changes affect psychobiological well-being in gender dysphoria. Study without adequate comparator group. |
| Giltay 2000 | Hormone therapy effects on the skin (hair growth rate, density, and shaft diameter by image analysis; and sebum production) of transsexual patients receiving cross-sex hormones. It is a case series, adequate controls are missing. |
| Haraldsen 2005 | Hormone therapy effects on cognitive performance. Study without adequate comparator group. |
| Haraldsen 2007 | The effects of cross-sex hormones on bone metabolism (bone mineral density, total body fat, total lean body mass) in patients with early onset gender identity disorder. Study without adequate comparator group. |
| Miles 2006 | The study was designed to examine associations between oestrogen and cognition (memory, including visual, spatial, object and location memory, other cognitive abilities that show reliable sex |

App.0043

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|----------------------|
|  | differences, including verbal and visual-spatial abilities, and mood variables). The cross-over design used was comparative, but did not used randomization or quasi-randomisation. |
| Schlatterer 1998 | This follow-up study was carried out to validate the effectiveness of cross-gender hormone therapy embedded in a multistep treatment concept for transgender patients. Study without adequate comparator group. This study lacks adequate controls. |
| Toorians 2003 | To find an explanation for the different thrombotic risks of oral ethinyl estradiol and transdermal 17-beta-estradiol use, the researchers compared the effects of treatment of male-to-female transgender people with cyproterone acetate only, and with cyproterone acetate in combination with transdermal 17-beta-estradiol, oral ethinyl estradiol, or oral 17-beta-estradiol on a number of haemostatic variables. There is no adequate control group. |
| Van Goozen 1995 | Effects of sex hormones to the establishment of gender differences in behaviour, a large battery of tests on aggression, sexual motivation and cognitive functioning was administered twice: shortly before and three months after the start of cross-sex hormone treatment. The study does not have an adequate comparator group. |

## Characteristics of ongoing studies *[ordered by study ID]*

### Krasean 2019

| | |
|---|---|
| Study name | Anti-androgenic effects comparison between cyproterone acetate and spironolactone in transgender women: a randomised controlled trial (Trial ID: TCTR20190404001) |
| Methods | Allocation: randomised |
| | Study design: randomised controlled trial |
| | Control: active |
| | Study endpoint classification: efficacy study |
| | Intervention model: Parallel |
| | Number of arms: 2 |
| | Masking: double blind (Masked roles: participant caregiver, investigator) |
| | Primary purpose: treatment |
| | Study phase: phase 4 |
| Participants | Gender: male |
| | Age limit: minimum 18 years: maximum 40 years |
| | Condition: Gender dysphoria patients diagnosed from DSM V |
| | Male to female transgender |
| | Not undergone orchidectomy |
| | No psychological disease or mental disability |
| Interventions | Arm 1: |
| | Intervention name: cyproterone acetate |
| | Type: active comparator |

App.0044

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Krasean 2019** *(Continued)*

|  | Classification: drug |
|---|---|
|  | Descriptions: participants (gender dysphoria patients) will receive estradiol valerate (4 mg daily) combined with cyproterone acetate (25 mg daily) for cross-sex hormone treatment. |
|  | Arm: 2 |
|  | Intervention name: spironolactone |
|  | Type: experimental |
|  | Classification: drug |
|  | Descriptions: participants (gender dysphoria patients) will be received estradiol valerate (4 mg daily) combined with spironolactone (100 mg daily) for cross-sex hormone treatment. |
| Outcomes | Primary outcome(s): |
|  | Outcome name: testosterone level |
|  | Measurement: Electrochemiluminescent Immunoassay (ECLIA) of total testosterone level |
|  | Time point: three months after intervention |
|  | Safety issue: no |
|  | Key secondary outcomes: |
|  | Outcome name: physical and metabolic changes |
|  | Measurement: physical examination, metabolic profile parameters |
|  | Time point: three months after intervention |
|  | Safety Issue: no |
| Starting date | April 3, 2019 (estimated end date: June 16, 2020) |
| Contact information | Contact: Krasean Panyakhamlerd |
|  | Degree: Assoc. Prof. |
|  | Phone: 0926536415 |
|  | Email: krasean@hotmail.com |
|  | Postal Address: 1873 Rama 4 Road, Patumwan |
|  | State/Province: Bangkok |
|  | Postal Code: 10400 |
|  | Country: Thailand |
| Notes | Source(s) of monetary or material supports: Ratchadapisek Sompoch Fund, Faculty of Medicine, Chulalongkorn University |
|  | Declarations of interest not reported |

# ADDITIONAL TABLES

App.0045

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Table 1.  Suggested design of future studies

| Methods | RCT or controlled cohort study |
|---|---|
| Participants | Transgender women experiencing gender dysphoria, in transition<br><br>N*<br><br>Age: from the age of 16 years |
| Intervention | • Antiandrogens (cyproterone acetate or spironolactone) and estradiol<br>• Antiandrogens (cyproterone acetate or spironolactone) alone<br>• Estradiol alone<br><br>All types of administration: oral, sublingual, transdermal, subdermal and intramuscular. For estradiol and bioidentical 17-beta-estradiol, as well as synthetic derivatives. |
| Comparator | Any of the active interventions listed above |
| Outcomes | Primary outcomes<br><br>• Quality of life (QoL)<br>• Satisfaction with change of male to female body characteristics,<br>• Adverse events specific to hormone therapy, including serious adverse events |
| Notes | * Size of study with sufficient power to detect a ~ 10% difference between the two groups for primary outcome |

# APPENDICES

## Appendix 1. OvidSP search strategy

| Search | Query |
|---|---|
| #1 | (transsexual* OR transgender OR "gender dysphoria" OR transident* OR "trans women" OR "trans woman").mp. |
| #2 | ("cyproterone acetate" OR CPA OR androcur).mp. or cyproterone Acetate/ |
| #3 | (spironolactone OR Aldactone OR Jenaspiron OR Osyrol OR Spirobene OR Verospiron OR Xenalon).mp. or spironolactone/ |
| #4 | (estradiol* OR oestradiol* OR estrifam OR gynocadin OR neofollin OR lenzetto).mp. or Estradiol/ |
| #5 | 2 OR 3 OR 4 |
| #6 | 1 AND 5 |

# HISTORY

Protocol first published: Issue 10, 2018
Review first published: Issue 11, 2020

App.0046


## CONTRIBUTIONS OF AUTHORS

All authors contributed to the Abstract, Background, Methods, Results, Discussion, and Authors' conclusions.
Claudia Haupt, Alexia Kutschmar and Miriam Henke conducted the study selection.

## DECLARATIONS OF INTEREST

Claudia Haupt declares no competing interest.

Miriam Henke declares no competing interest.

Alexia Kutschmar declares no competing interest.

Birgit Hauser (BH) declares no competing interest. BH is a clinical practitioner in private practice, who also prescribes hormone therapy.

Sandra Baldinger declares no competing interest.

Sarah Rafaela Saenz declares no competing interest.

Gerhard Schreiber declares no competing interest.

None of the review authors' incomes depends on the prescription of drugs. The review authors did not receive any financial support for this project, but paid for all related expenses themselves. They worked voluntarily and free of charge.

## INDEX TERMS

### Medical Subject Headings (MeSH)

Androgen Antagonists [*therapeutic use]; Drug Therapy, Combination [methods]; Estradiol [*therapeutic use]; Estrogens [*therapeutic use]; Placebos [therapeutic use]; Sex Reassignment Procedures [*methods]; *Transgender Persons

### MeSH check words

Female; Humans; Male

App.0047

*Acta Psychiatr Scand 2020: 141: 486–491*
*All rights reserved*
DOI: 10.1111/acps.13164

© 2020 The Authors. Acta Psychiatrica Scandinavica published by John Wiley & Sons Ltd
*ACTA PSYCHIATRICA SCANDINAVICA*

# Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017)

Wiepjes CM, den Heijer M, Bremmer MA, Nota NM, de Blok CJM, Coumou BJG, Steensma TD. Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017).

**Objective:** This study explored the overall suicide death rate, the incidence over time, and the stage in transition where suicide deaths were observed in transgender people.
**Methods:** A chart study, including all 8263 referrals to our clinic since 1972. Information on death occurrence, time, and cause of death was obtained from multiple sources.
**Results:** Out of 5107 trans women (median age at first visit 28 years, median follow-up time 10 years) and 3156 trans men (median age at first visit 20 years, median follow-up time 5 years), 41 trans women and 8 trans men died by suicide. In trans women, suicide deaths decreased over time, while it did not change in trans men. Of all suicide deaths, 14 people were no longer in treatment, 35 were in treatment in the previous two years. The mean number of suicides in the years 2013–2017 was higher in the trans population compared with the Dutch population.
**Conclusions:** We observed no increase in suicide death risk over time and even a decrease in suicide death risk in trans women. However, the suicide risk in transgender people is higher than in the general population and seems to occur during every stage of transitioning. It is important to have specific attention for suicide risk in the counseling of this population and in providing suicide prevention programs.

**C. M. Wiepjes[1,2], M. den Heijer[1,2], M. A. Bremmer[2,3], N. M. Nota[1,2], C. J. M. de Blok[1,2], B. J. G. Coumou[2,4], T. D. Steensma[2,4]** (ORCID)

[1]Department of Endocrinology, Amsterdam UMC, VU University Medical Center, Amsterdam, the Netherlands, [2]Center of Expertise on Gender Dysphoria, Amsterdam UMC, VU University Medical Center, Amsterdam, the Netherlands, [3]Department of Psychiatry, Amsterdam UMC, VU University Medical Center, Amsterdam, the Netherlands and [4]Department of Medical Psychology, Amsterdam UMC, VU University Medical Center, Amsterdam, the Netherlands

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

Key words: gender dysphoria; transgender; suicide

Thomas D. Steensma, Department of Medical Psychology, Amsterdam UMC, VU University Medical Center, PO Box 7057, 1007 MB Amsterdam, the Netherlands. E-mail: t.steensma@amsterdamumc.nl

Accepted for publication February 16, 2020

**Significant outcomes**

- Suicide death risk in trans people did not increase over time.
- Suicide deaths occurred during every stage of transitioning.
- Suicide death risk is higher in trans people than in the general population.

**Limitations**

- Psychological comorbidity was not known.
- No data were available for people on the waiting list for their first appointment.

## Introduction

Gender dysphoria (GD) refers to the distress related to a marked incongruence between one's assigned gender at birth and the experienced gender (1). Trans people are diverse in the intensity of experienced GD (2), their needs for medical

App.0048

transition (3), and the impairment that GD can have on their life. Studies focusing on the wellbeing of trans people show a greater vulnerability for experiencing mental health problems compared with the non-trans (cis) population (4). Most prevalent are affective and anxiety problems (5-7), often accompanied by feelings, thoughts, or behaviours linked to suicidality (8,9).

The prevalence of suicidality in trans people in suicidal ideation, suicidal attempts, and suicide death rates is studied in varying degrees and shows high variability in findings. A systematic review by McNeil et al (9). reported suicidal ideation rates across 17 identified studies, ranging from 37% (10) up to 83% (11). Prevalence rates on suicidal attempts in trans people, which are generally observed to be lower than suicidal ideation, showed to be lower but also with a wide variation in reported rates, ranging from 9.8% (12) up to 44% (13). Since structured prevalence studies on suicide deaths are lacking in the transgender literature, an estimation comes from a limited number of studies reporting on suicide death rates in small study samples. Derived from a systematic review on suicidality in trans people by Marshall et al. (8), suicide death rates varied from 0% (14) to 4.2% in a sample of 24 post-treatment trans people from Sweden (15). Six of these studies only included postsurgical people (14-19), whereas two studies also included trans people who were only using hormones without surgery (20,21). However, studies differentiating the treatment stage during which death by suicide occurred are lacking. In addition, studies differentiating between suicide in trans women and trans men are scarce. While some studies found that trans men have a higher risk of suicide attempts than trans women (22,23), other studies reported no differences in suicide attempts between trans women and trans men (24,25). Only one cohort distinguished suicide death risk in trans women and trans men and found that trans women had an increased risk of suicide death compared with trans men (20,21).

### Aims of the study

The aim of the current study is to explore the overall suicide death rate in trans women and trans men in the largest clinical cohort of gender-referred people seen at the Center of Expertise on Gender Dysphoria of the Amsterdam University Medical Centers between 1972 and 2017 the Netherlands (26). In addition, the change in incidence of suicide death rate over time and at what stage in transition (pretreatment, during hormonal treatment and/or surgical phase, or post-

treatment) suicide deaths were observed was explored. The relevance of such information is to get a greater understanding of how large the risk is in clinically referred transgender people and whether suicide prevention interventions should focus on specific stages in transition or not.

### Material and methods

#### Study design

A retrospective chart study was performed, including all people who once visited the Center of Expertise on Gender Dysphoria of the Amsterdam UMC, Vrije Universiteit Amsterdam, the Netherlands, between 1972 and 2017. The selection of the study population is described previously (26). A total of 8263 adults, adolescents, and children were included, with a median age at first visit of 25 years (range 4 to 81 years) and a median follow-up time of 7.5 years (range 0.0 to 45.5 years). Information on death occurrence, time, and cause of death was obtained by cross-checking multiple sources: the National Civil Record Registry (21), which contains date of birth and date of death of all inhabitants of the Netherlands, and the hospital registration system, medical, and psychological files for cause of death.

The Medical Ethics Review Committee of the Amsterdam UMC, Vrije Universiteit Amsterdam, reviewed this study and determined that the Medical Research Involving Human Subjects Act (WMO) did not apply to this study. Therefore, and because of the retrospective design, necessity for informed consent was waived.

#### Treatment

After an initial visit to the endocrinologist (for adults) or child psychiatrist (for children and adolescents), all people were referred to the psychology department for the diagnostic phase. In this phase, people were seen to gain insight into their experienced gender identity, to verify whether they fulfill the diagnosis gender dysphoria, to explore their treatment desires, and to prepare them for possible medical interventions. After this phase, people may start with hormonal treatment. Trans women received treatment with anti-androgens and estrogens. Trans men were treated with testosterone. In adolescents, treatment first started with a period of puberty suppression, followed by estrogens of testosterone around the age of 16 years (27).

Surgical interventions can be offered to people aged 18 years or older. Depending on the desired

**Wiepjes et al.**

treatment, the surgery is preceded after at least one year of hormonal treatment (genital surgery) or can be offered after the diagnostic phase (e.g., breast removal). After surgery, all people were usually seen every 2 years for medical check-up.

Statistical analyses

Characteristics of the population were shown as median with range due to the non-normal distribution. The total number of people seen at our center and the total number of suicide deaths were counted and were expressed as percentages as well as incidence per 100 000 person years. For each year, the number of people at risk and the number of people who died by suicide were calculated. Cox regression analyses were performed to calculate hazard ratios (HR) with corresponding 95% confidence intervals (95% CI). Date of first visit was used as start date of follow-up. The end date of follow-up was either date of death or closing the database (December 31, 2017). Suicide death was analyzed as event. To analyze whether the incidence of suicide deaths changed over time, the year of first visit was added as determinant to the analyses. Analyses were adjusted for age at first visit as age might be related to suicide death risk. Time between date of suicide death and first visit, and between date of suicide death and start of hormonal treatment, if applicable, were calculated. All analyses were performed for the total population and were stratified for trans women and trans men.

All analyses were performed using STATA Statistical software (Statacorp, College Station, TX, USA), version 15.1.

**Results**

The characteristics of the study population are shown in Table 1. In total, 8263 people attended the gender identity clinic, of which 5107 were trans

women (median age at first visit 28 years, range 4 to 81 years) and 3156 were trans men (median age at first visit 20 years, range 4 to 73 years). The median follow-up time was 7.5 years (range 0.0–45.5 years), which was longer in trans women (10.2 years, range 0.0–45.5 years) than in trans men (4.8 years, range 0.0–45.5 years). The total follow-up time was 92 227 person years (64 287 in trans women and 27 940 in trans men).

Forty-nine people died by suicide: 41 trans women (0.8%) and 8 trans men (0.3%), which is 64 per 100 000 person years in trans women and 29 per 100 000 person years in trans men. The median follow-up time between first visit and suicide death was 6.7 years (range 0.6 to 32.7 years) in trans women and 6.7 years (range 0.6 to 23.1 years) in trans men. Trans women had a higher overall suicide death risk than trans men (per year: HR 2.26, 95% CI 1.06–4.82). Four suicide deaths occurred in individuals who were referred to the clinic before the age of 18 (0.2%), which is a lower risk than in adults (0.7%, $P = 0.010$).

The course of number of people at risk and the number of people who died by suicide over the years is shown in Fig. 1. Overall suicide deaths did not increase over the years: HR per year 0.97 (95% CI 0.94–1.00). In trans women, suicide death rates decreased slightly over time (per year: HR 0.96, 95% CI 0.93–0.99), while it did not change in trans men (per year: HR 1.10, 95% CI 0.97–1.25). Adjustment for age at the first visit did not change these numbers.

As the median follow-up time between first visit and suicide death was 6.7 years, subgroup analyses were performed in those who had their first visit before 2011. This did not change the outcomes: trans women ($n = 3115$) HR 0.94, 95% CI 0.91–0.98; trans men ($n = 1269$) HR 1.02, 95% CI 0.90–1.16).

Of the 49 people who died by suicide, 35 had a face-to-face contact with the endocrinologist or psychologist of the gender identity clinic in the previous two years, while the other 14 people were no longer in active counseling with the clinic. Sixteen of the 35 people who recently had visited the clinic, only came for a medical check-up, as they were postsurgery (vaginoplasty or phalloplasty). Two people were in the surgery trajectory, and 17 were still in the diagnostic or hormonal phase at time of suicide. The transition phases separately for trans women and trans men who died by suicide are shown in Table 2.

The mean number of suicides in the years 2013–2017 was higher in the trans population (40 per 100 000 person years; 43 per 100 000 trans women

Table 1. Characteristics of the study population (A) and the people who died by suicide (B).

|  | Total | Trans women | Trans men |
|---|---|---|---|
| (A) | | | |
| Number of people | 8263 | 5107 | 3156 |
| Age at first visit, year | 25 (4–81) | 28 (4–81) | 20 (4–73) |
| Follow-up time, year | 7.5 (0.0–45.5) | 10.2 (0.0–45.5) | 4.8 (0.0–45.5) |
| (B) | | | |
| Number of suicides | 49 (0.6%) | 41 (0.8%) | 8 (0.3%) |
| Age at first visit, year | 31 (15–59) | 31 (15–58) | 21 (16–59) |
| Age at time of suicide, year | 41 (18–66) | 41 (18–66) | 36 (21–60) |
| Follow-up time, year | 6.7 (0.6–32.7) | 6.7 (0.6–32.7) | 6.7 (0.6–23.1) |
| Time between start hormones and suicide, year | 6.4 (0.4–32.5) *n = 42* | 6.1 (0.4–32.5) *n = 35* | 6.9 (3.7–23.1) *n = 7* |

Data are shown as number or median (range).

App.0050

Suicide death risk in transgender people



*Fig. 1.* Number of people at risk (left *y*-axis) and the number of suicides (right *y*-axis), between 1972 and 2017.

Table 2. The occurrence of suicide deaths distinguished for transition stage, and trans women or trans men

|  | Total (n = 49) | Trans women (n = 41) | Trans men (n = 8) |
|---|---|---|---|
| In active counseling | 35 | 29 | 6 |
| In diagnostic or hormonal phase | 17 | 16 | 1 |
| In surgical phase | 2 | 0 | 2 |
| Only medical follow-up care | 16 | 13 | 3 |
| No active counseling | 14 | 12 | 2 |

Data are shown as number. In active counseling is defined as a face-to-face contact with the endocrinologist or psychologist of the gender identity clinic in the previous two years.

and 34 per 100 000 trans men) compared with the Dutch population in this time frame (11 per 100 000 person years; 15 per 100 00 registered men and 7 per 100 000 registered women) (28).

**Discussion**

The current study investigated the suicide death risk in the largest clinical cohort of gender-referred individuals to the Center of Expertise on Gender Dysphoria at the Amsterdam UMC, the Netherlands, between 1972 and 2017. Findings from the chart reviews showed us a decrease in suicide death risk over time in trans women and no change in

suicide death risk in trans men. Trans women, however, showed a higher suicide death risk than trans men. Between 2013 and 2017, the suicide risk in Dutch referred transgender people (40 per 100 000 person years) showed to be three to four times higher than the general Dutch population (11 per 100 000 person years) (28). Evaluation of transition stage in relation to suicide deaths showed that approximately two-third of the observed suicides occurred in those who were still in active treatment (diagnostic, hormonal, or surgical phase). The incidence of suicide deaths and transition stage was similar in trans women and trans men.

Suicidal behaviour is a complex phenomenon that is a result of many individual (age, male sex assigned at birth, previous suicide attempts, mental health history, substance abuse) as well as more distant environmental factors. A recent literature review clearly demonstrates the specific risk factors for suicide in sexual minority youth, which includes negative social environments, inadequate support within the closest social network, and an absence of lesbian, gay, bisexual, and transgender (LGBT) movements in communities (29). In our cohort, both trans women and trans men show a three- to four-fold elevated

Wiepjes et al.

risk of suicide compared with the population rate in the Netherlands and can therefore be considered a high-risk group. Although the Netherlands is known for its tolerance toward sexual minority groups in comparison to most countries in the world (30), the societal position of trans people is generally less favorable compared with the lesbian, gay, bisexual, and cisgender population. Furthermore, compared with trans men, the societal position of trans women is lower (31,32).

In the Netherlands, between 1972 and 2017 suicide rates showed a fluctuating course. Our finding of a slightly decreasing suicide risk in Dutch trans women may confer some hope. Recent studies showed an increase in societal acceptance toward lesbian, gay, bisexual, and transgender people (31), and indications of an increase in social-economic status over the years (33). Although specific information on trans men and trans women is unavailable, it is conceivable that the improvement of societal position may have effect on the psychological functioning and the prevention of suicidal risk in trans women. The cause of this increase in tolerance seems largely to be the effect of a national and international increase in visibility and attention for trans people in media and society. Another explanation may be that, with the increase in attention and acceptance, the threshold for transgender people to seek treatment or professional help has become lower over the years. This is also reflected by the increase in referrals each year (26). Lastly, with the increase of knowledge in this field and the literature about the vulnerability of the transgender population for suicidal ideation, suicidal attempts, and suicide death rates, it is conceivable to assume that the attention to these risks has increased in clinical counseling and may have its effect on prevention of suicide deaths over the years.

Although the incidence of suicide deaths in trans women decreased over the years, the overall incidence still showed to be higher in trans women compared with trans men. Conflicting results in literature are reported about the risk of suicide attempts between trans women and trans men. Some studies reported that trans men had a higher risk of suicide attempts than trans women (22,23), while in other studies no differences in suicide attempts between trans women and trans men were found (24,25). Only two studies looked at the differences in the risk of death by suicide between trans women and trans men and found that trans women had an increased risk compared with trans men (20,21). However, these two studies were earlier studies performed in our center and therefore

include a smaller part of our current study population.

An important finding was that the incidence for observed suicide deaths was almost equally distributed over the different stages of treatment. Although the distribution showed that one-third of the suicides occurred in people who were no longer in active treatment in our center, the other two-third of the people who died by suicide still visited our center in the previous two years. About half of these last two-third people were still in active diagnostic or medical treatment, while the other half completed their transition and only came for a medical check-up. This indicates that vulnerability for suicide occurs similarly in the different stages of transition. Although the literature on suicide risk factors is comprehensive, and particular suicidal risk factors like verbal victimization, physical and sexual violence, and the absence of social support (9,34), may apply for transgender people in all stages of transitioning, it seems clinically highly relevant to understand and explore possible differences in motives and risk factors in the different stages of treatment. Therefore, future research on suicide deaths and suicide risk factors in transgender people should have a greater focus on transition status in relation to these motives and risk factors.

This study is performed in the largest cohort of gender-referred people from the Netherlands, consisting of a large population of both adult and adolescent trans women and trans men at different stages of their transition with a long follow-up time. However, this study has also some limitations. First, this study is a retrospective chart study. Although we used multiple strategies to obtain data about date of death, it is possible that we missed some data. Second, we did not have information about psychological comorbidities or other psychological information, such as social support. Third, we only had information about people who actually visited our gender identity clinic. Information about people on the waiting list for their first appointment was lacking.

To conclude, in our clinic we observed no increase in suicide death risk over time and even a decrease over time in suicide death risk in trans women was found. Since the suicide risk in the transgender population is higher than the general population and seems to occur during every stage of transitioning, it is important that (mental) health practitioners pay attention to this risk and create a safe environment in which these feelings can be discussed at all stages of treatment and counseling. Further research is necessary to investigate the motives behind the suicides, as input in

App.0052

the development of adequate suicide prevention programs.

## Conflicts of interests

None.

## Data availability statement

Author elects to not share data.

## References

1. American Psychiatry Association. Diagnostic and Statistical Manual of Mental Disorders (DSM-5), 5th ed. Arlington, VA: American Psychiatric Publishing; 2013.
2. MEYER-BAHLBURG HF. From mental disorder to iatrogenic hypogonadism: dilemmas in conceptualizing gender identity variants as psychiatric conditions. Arch Sex Behav 2010;**39**(2):461–476.
3. BEEK TF, KREUKELS BP, COHEN-KETTENIS PT, STEENSMA TD. Partial treatment requests and underlying motives of applicants for gender affirming interventions. J Sex Med 2015;**12**(11):2201–2205.
4. DHEJNE C, VAN VLERKEN R, HEYLENS G, ARCELUS J. Mental health and gender dysphoria: A review of the literature. Int Rev Psychiatry 2016;**28**(1):44–57.
5. HARALDSEN IR, DAHL AA. Symptom profiles of gender dysphoric patients of transsexual type compared with patients with personality disorders and healthy adults. Acta Psychiatr Scand 2000;**102**:276–281.
6. FISHER AD, BANDINI E, CASALE H et al. Sociodemographic and clinical features of gender identity disorder: an Italian multicentric evaluation. J Sex Med 2013;**10**(2):408–419.
7. HEYLENS G, ELAUT E, KREUKELS BP et al. Psychiatric characteristics in transsexual individuals: multicentre study in four European countries. Br J Psychiatry 2014;**204**(2):151–156.
8. MARSHALL E, CLAES L, BOUMAN WP, WITCOMB GL, ARCELUS J. Non-suicidal self-injury and suicidality in trans people: A systematic review of the literature. Int Rev Psychiatry 2016;**28**(1):58–69.
9. MCNEIL J, ELLIS SJ, ECCLES FJR. Suicide in trans populations: A systematic review of prevalence and correlates. Psychol Sex Orient Gender Div 2017;**4**(3):341–353.
10. MATHY RM. Transgender Identity and Suicidality in a Nonclinical Sample. J Psychol Human Sexual. 2003;**14**(4):47–65.
11. TESTA RJ, SCIACCA LM, WANG F et al. Effects of Violence on Transgender People. Profess Psychol: Res Pract 2012;**43**(5):452–459.
12. HEYLENS G, VERROKEN C, DE COCK S, T'SJOEN G, DE CUYPERE G. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med 2014;**11**(1):119–126.
13. MILLER LR, GROLLMAN EA. The social costs of gender nonconformity for transgender adults: implications for discrimination and health. Sociol Forum 2015;**30**(3):809–831.
14. JOHANSSON A, SUNDBOM E, HÖJERBACK T, BODLUND O. A five-year follow-up study of Swedish adults with gender identity disorder. Archiv Sex Behav 2010;**39**(6):1429–1437.
15. WALINDER J, LAW ITA. Concerning Sex Reassignment of Transsexuals in Sweden. Archiv Sex Behav 1976;**5**(3):255–258.
16. DHEJNE C, LICHTENSTEIN P, BOMAN M, JOHANSSON AL, LANGSTROM N, LANDEN M. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One 2011;**6**(2):e16885.
17. BERG JEA, GUSTAFSSON M. Long term follow up after sex reassignment surgery. Scand J Plast Reconstruct Surg Hand Surg 2009;**31**(1):39–45.
18. DE CUYPERE G, T'SJOEN G, BEERTEN R et al. Sexual and physical health after sex reassignment surgery. Arch Sex Behav. 2005;**34**(6):679–690.
19. SORENSEN T, HERTOFT P. Male and female transsexualism: the danish experience with 37 patients. Archiv Sex Behav 1982;**11**(2):133–155.
20. VAN KESTEREN P, ASSCHEMAN H, MEGENS JAJ, GOOREN LJG. Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol 1997;**47**:337–342.
21. ASSCHEMAN H, GILTAY EJ, MEGENS JA, de RONDE WP, van TROTSENBURG MA, GOOREN LJ. A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 2011;**164**(4):635–642.
22. MARSHALL BD, SOCIAS ME, KERR T, ZALAZAR V, SUED O, ARISTEGUI I. Prevalence and correlates of lifetime suicide attempts among transgender persons in Argentina. J Homosex 2016;**63**(7):955–967.
23. MAGUEN S, SHIPHERD JC. Suicide risk among transgender individuals. Psychol Sexual 2010;**1**(1):34–43.
24. REISNER SL, WHITE JM, BRADFORD JB, MIMIAGA MJ. Transgender Health disparities: COMPARING full cohort and nested matched-pair study designs in a community health center. LGBT Health 2014;**1**(3):177–184.
25. SKAGERBERG E, PARKINSON R, CARMICHAEL P. Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. Int J Transgend 2013;**14**(2):86–92.
26. WIEPJES CM, NOTA NM, de BLOK CJM et al. The amsterdam cohort of gender Dysphoria study (1972–2015): Trends in prevalence, treatment, and regrets. J Sex Med 2018;**15**(4):582–590.
27. KREUKELS BP, COHEN-KETTENIS PT. Puberty suppression in gender identity disorder: the Amsterdam experience. Nat Rev Endocrinol 2011;**7**(8):466–472.
28. STATLINE CBSOverledenen; belangrijke doodsoorzaken (korte lijst), leeftijd, geslacht; 2018.
29. POŠTUVAN V, PODLOGAR T, ZADRAVEC ŠEDIVY N, DE LEO D. Suicide behaviour among sexual-minority youth: a review of the role of acceptance and support. Lancet Child Adol Health 2019;**3**(3):190–198.
30. VEENHOVEN R. Wat bracht de seksuele revolutie (What caused the sexual revolution?). In: COUWENBERG SW ed. Seksuele Revolutie Ter Discussie. Van Phil Bloom tot Sex and the Citiy. Vol 1. Eindhoven, the Netherlands: Damon, 2005:93-105.
31. KUYPER L. Opvattingen over seksuele en genderdiversiteit in Nederland en Europa. Den Haag: Sociaal en Cultureel Planbureau, 2018.
32. KEUZENKAMP S. Worden wie je bent. Het leven van transgenders in Nederland. Den Haag: Sociaal en Cultureel Planbureau, 2012.
33. BEUSEKOM G, KUYPER L. LHBT-monitor 2018. De leefsituatie van lesbische, homoseksuele, biseksuele en transgender personen in Nederland. Den Haag: Sociaal en Cultureel Planbureau, 2018.
34. HAAS AP, RODGERS PL, HERMAN JL. Suicide attempts among transgender and gender non-conforming adults. findings of the national transgender discrimination survey. New York, NY: American Foundation for Suicide Prevention and The Williams Institute, 2014.



# Care of children and adolescents with gender dysphoria

## Summary

# Summary

The National Board of Health and Welfare (NBHW) has been commissioned by the Swedish government to update the national guidelines on care of children and adolescents with gender dysphoria, first published in 2015 [1]. Guidelines chapters are updated stepwise and this report contains revised guidance on psychosocial support and diagnostic assessment, and on puberty suppressing treatment with GnRH-analogues and gender-affirming hormonal treatment. This report thus replaces the corresponding chapters in the publication from 2015. Remaining chapters and the updated guidelines as a whole will be published later in 2022. In response to comments received during external review, two new chapters have been added, named *New recommendations on hormonal treatment – their reasons and consequences and Non-binary gender identity – current knowledge and a need for clarification.* Another difference compared to the guidelines from 2015 [1] is that the term "gender incongruence" is used alongside the term "gender dysphoria". For explanations of terms and abbreviations, see Appendix 2. For a description of the scientific evidence and clinical experience underlying the recommendations and the work process, see Appendices 3 and 4.

The guidelines apply to children and adolescents, i.e. people under 18 years of age. In the medical text sections, the term children (barn) refers to persons who have not yet entered puberty, while the term adolescents (ungdomar) refers to people whose puberty has started. In the text sections relating to juridical regulations, only the term children (barn) is used and denotes people younger than 18 years of age. Finally, the term "young people" (unga) is sometimes used in text sections addressing both children and adolescents.

## Introductory comment

The summary that follows and the introductory chapter describe that the updated recommendations for puberty suppression with GnRH-analogues and gender-affirming hormonal treatment have become more restrictive compared to 2015, and the reasons that they have changed. The new recommendations entail that a larger

App.0055

proportion than before, among adolescents with gender incongruence referred for diagnostic assessment of gender dysphoria, will need to be offered other care than hormonal treatments. Questions on how to ensure that all young people suffering from gender dysphoria be taken seriously and confirmed in their gender identity, well received and offered adequate care are becoming increasingly relevant, and will need to be answered during the ongoing restructuring of certain care for gender dysphoria into three national specialised medical care services (NBHW decision in December 2020). The care for children, adolescents and adults with gender dysphoria in these three national specialised units aims to improve equality in care, coordination and dialogue, and may enhance the implementation of national guidelines.

## Recommendations and criteria for hormonal treatment

For adolescents with gender incongruence, the NBHW deems that the risks of puberty suppressing treatment with GnRH-analogues and gender-affirming hormonal treatment currently outweigh the possible benefits, and that the treatments should be offered only in exceptional cases. This judgement is based mainly on three factors: the continued lack of reliable scientific evidence concerning the efficacy and the safety of both treatments [2], the new knowledge that detransition occurs among young adults [3], and the uncertainty that follows from the yet unexplained increase in the number of care seekers, an increase particularly large among adolescents registered as females at birth [4].

A systematic review published in 2022 by the Swedish Agency for Health Technology Assessment and Assessment of Social Services [2] shows that the state of knowledge largely remains unchanged compared to 2015. High quality trials such as RCTs are still lacking and the evidence on treatment efficacy and safety is still insufficient and inconclusive for all reported outcomes. Further, it is not possible to determine how common it is for adolescents who undergo gender-affirming treatment to later change their perception of their gender identity or interrupt an ongoing treatment. An important difference compared to 2015 however, is that the occurrence of

detransition among young adults is now documented [3], meaning that the uncertain evidence that indicates a low prevalence of treatment interruptions or any aspects of regret is no longer unchallenged. Although the prevalence of detransition is still unknown, the knowledge that it occurs and that genderconfirming treatment thus may lead to a deteriorating of health and quality of life (i.e. harm), is important for the overall judgement and recommendation.

To minimize the risk that a young person with gender incongruence later will regret a gender-affirming treatment, the NBHW deems that the criteria for offering GnRH-analogue and gender-affirming hormones should link more closely to those used in the Dutch protocol, where the duration of gender incongruence over time is emphasized [5-7]. Accordingly, an early (childhood) onset of gender incongruence, persistence of gender incongruence until puberty and a marked psychological strain in response to pubertal development is among the recommended criteria. The publications that describe these criteria and the treatment outcomes when given in accordance [5, 6, 8] consitute the best available knowledge and should be used as guidance.

To ensure that new knowledge is gathered, the NBHW further deems that treatment with GnRH-analogues and sex hormones for young people should be provided within a research context, which does not necessarily imply the use of randomized controlled trials (RCTs). As in other healthcare areas where it is difficult to conduct RCTs while retaining sufficient internal validity, it is also important that other prospective study designs are considered for ethical review and that register studies are made possible. Until a research study is in place, the NBHW deems that treatment with GnRH-analogues and sex hormones may be given in exceptional cases, in accordance with the updated recommendations and criteria described in the guidelines. The complex multidisciplinary assessments will eventually be carried out in the three national units that are granted permission to provide highly specialized care services.

In accordance with the DSM-5, the recommendations in the guidelines from 2015 applied to young people with gender dysphoria in general, i.e. also young people with a non-binary gender identity. Another criterion within the Dutch protocol is that the child has had a binary ("cross-gender") gender identity since childhood [5, 6].

It has emerged during the review process, that the clinical experience and documentation of puberty-suppressing and hormonal treatment for young people with non-binary gender identity is lacking, and also that it is limited for adults. The NBHW still considers that gender dysphoria rather than gender identity should determine access to care and treatment. An urgent work thus remains, to clarify criteria under which adolescents with non-binary gender identity may be offered puberty-suppressing and gender-affirming hormonal treatment within a research framework.

## References

1. Socialstyrelsen. God vård av barn och ungdomar med könsdysfori. Nationellt kunskapsstöd. https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2015-4-6.pdf; 2015.

2. Statens beredning för medicinsk och social utvärdering. Hormonbehandling vid könsdysfori - barn och unga. En systematisk översikt och utvärdering av medicinska aspekter: SBU; 2022.

3. Littman L. Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. Arch Sex Behav. 2021; 50(8):3353-69.

4. Socialstyrelsen. Utvecklingen av diagnosen könsdysfori - förekomst, samtidiga psykiatriska diagnoser och dödlighet i suicid. https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/ovrigt/2020-2-6600.pdf.; 2020.

5. Cohen-Kettenis PT, van Goozen SH. Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry. 1997; 36(2):263-71.

6. Smith YL, van Goozen SH, Cohen-Kettenis PT. Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry. 2001; 40(4):472-81.

7. Delemarre-van de Waal H, Cohen-Kettenis P. Clinical management of gender identity disorder in adolescents: a protocol on

psychological and paediatric endocrinology aspects. European Journal of Endocrinology. 2006; 155:S131-7.

8. Schagen SE, Cohen-Kettenis PT, Delemarre-van de Waal HA, Hannema SE. Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents. J Sex Med. 2016; 13(7):1125-32.



Socialstyrelsen
THE NATIONAL BOARD OF HEALTH AND WELFARE

App. 0059

# Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden

Cecilia Dhejne[1], Paul Lichtenstein[2], Marcus Boman[2], Anna L. V. Johansson[2], Niklas Långström[2,3], Mikael Landén[1,2,4]*

1 Department of Clinical Neuroscience, Division of Psychiatry, Karolinska Institutet, Stockholm, Sweden, 2 Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden, 3 Centre for Violence Prevention, Karolinska Institutet, Stockholm, Sweden, 4 Institute of Neuroscience and Physiology, The Sahlgrenska Academy at Gothenburg University, Gothenburg, Sweden

## Abstract

*Context:* The treatment for transsexualism is sex reassignment, including hormonal treatment and surgery aimed at making the person's body as congruent with the opposite sex as possible. There is a dearth of long term, follow-up studies after sex reassignment.

*Objective:* To estimate mortality, morbidity, and criminal rate after surgical sex reassignment of transsexual persons.

*Design:* A population-based matched cohort study.

*Setting:* Sweden, 1973-2003.

*Participants:* All 324 sex-reassigned persons (191 male-to-females, 133 female-to-males) in Sweden, 1973–2003. Random population controls (10:1) were matched by birth year and birth sex or reassigned (final) sex, respectively.

*Main Outcome Measures:* Hazard ratios (HR) with 95% confidence intervals (CI) for mortality and psychiatric morbidity were obtained with Cox regression models, which were adjusted for immigrant status and psychiatric morbidity prior to sex reassignment (adjusted HR [aHR]).

*Results:* The overall mortality for sex-reassigned persons was higher during follow-up (aHR 2.8; 95% CI 1.8–4.3) than for controls of the same birth sex, particularly death from suicide (aHR 19.1; 95% CI 5.8–62.9). Sex-reassigned persons also had an increased risk for suicide attempts (aHR 4.9; 95% CI 2.9–8.5) and psychiatric inpatient care (aHR 2.8; 95% CI 2.0–3.9). Comparisons with controls matched on reassigned sex yielded similar results. Female-to-males, but not male-to-females, had a higher risk for criminal convictions than their respective birth sex controls.

*Conclusions:* Persons with transsexualism, after sex reassignment, have considerably higher risks for mortality, suicidal behaviour, and psychiatric morbidity than the general population. Our findings suggest that sex reassignment, although alleviating gender dysphoria, may not suffice as treatment for transsexualism, and should inspire improved psychiatric and somatic care after sex reassignment for this patient group.

**Citation:** Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, et al. (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. doi:10.1371/journal.pone.0016885

**Editor:** James Scott, The University of Queensland, Australia

**Received** September 30, 2010; **Accepted** January 9, 2011; **Published** February 22, 2011

**Copyright:** © 2011 Dhejne et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Funding:** Financial support was provided through the regional agreement on medical training and clinical research (ALF) between Stockholm County Council and the Karolinska Institutet, and through grants from the Swedish Medical Research Council (K2008-62x-14647-06-3) and the Royal Swedish Academy of Sciences (Torsten Amundson's Foundation). The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to the data in the study and the final responsibility for the decision to submit for publication was made by the corresponding author.

**Competing Interests:** The authors have declared that no competing interests exist.

* E-mail: mikael.landen@neuro.gu.se

## Introduction

Transsexualism (ICD-10),[1] or gender identity disorder (DSM-IV),[2] is a condition in which a person's gender identity - the sense of being a man or a woman - contradicts his or her bodily sex characteristics. The individual experiences gender dysphoria and desires to live and be accepted as a member of the opposite sex.

The treatment for transsexualism includes removal of body hair, vocal training, and cross-sex hormonal treatment aimed at making the person's body as congruent with the opposite sex as possible to alleviate the gender dysphoria. Sex reassignment also involves the surgical removal of body parts to make external sexual characteristics resemble those of the opposite sex, so called sex reassignment/confirmation surgery (SRS). This is a unique

intervention not only in psychiatry but in all of medicine. The present form of sex reassignment has been practised for more than half a century and is the internationally recognized treatment to ease gender dysphoria in transsexual persons.[3,4]

Despite the long history of this treatment, however, outcome data regarding mortality and psychiatric morbidity are scant. With respect to suicide and deaths from other causes after sex reassignment, an early Swedish study followed 24 transsexual persons for an average of six years and reported one suicide.[5] A subsequent Swedish study recorded three suicides after sex reassignment surgery of 175 patients.[6] A recent follow-up study reported no suicides in 60 transsexual patients, but one death due to complications after the sex reassignment surgery.[7] A Danish study reported death by suicide in 3 out of 29 operated male-to-female transsexual persons followed for an average of six years.[8] By contrast, a Belgian study of 107 transsexual persons followed for 4–6 years found no suicides or deaths from other causes.[9] A large Dutch single-centre study (N = 1,109), focusing on adverse events following hormonal treatment, compared the outcome after cross-sex hormone treatment with national Dutch standardized mortality and morbidity rates and found no increased mortality, with the exception of death from suicide and AIDS in male-to-females 25–39 years of age.[10] The same research group concluded in a recent report that treatment with cross-sex hormones seems acceptably safe, but with the reservation that solid clinical data are missing.[11] A limitation with respect to the Dutch cohort is that the proportion of patients treated with cross-sex hormones who also had surgical sex-reassignment is not accounted for.[10]

Data is inconsistent with respect to psychiatric morbidity post sex reassignment. Although many studies have reported psychiatric and psychological improvement after hormonal and/or surgical treatment,[7,12,13,14,15,16] other have reported on regrets,[17] psychiatric morbidity, and suicide attempts after SRS.[9,18] A recent systematic review and meta-analysis concluded that approximately 80% reported subjective improvement in terms of gender dysphoria, quality of life, and psychological symptoms, but also that there are studies reporting high psychiatric morbidity and suicide rates after sex reassignment.[19] The authors concluded though that the evidence base for sex reassignment "is of very low quality due to the serious methodological limitations of included studies."

The methodological shortcomings have many reasons. First, the nature of sex reassignment precludes double blind randomized controlled studies of the result. Second, transsexualism is rare [20] and many follow-ups are hampered by small numbers of subjects.[5,8,21,22,23,24,25,26,27,28] Third, many sex reassigned persons decline to participate in follow-up studies, or relocate after surgery, resulting in high drop-out rates and consequent selection bias.[6,9,12,21,24,28,29,30] Forth, several follow-up studies are hampered by limited follow-up periods.[7,9,21,22,26,30] Taken together, these limitations preclude solid and generalisable conclusions. A long-term population-based controlled study is one way to address these methodological shortcomings.

Here, we assessed mortality, psychiatric morbidity, and psychosocial integration expressed in criminal behaviour after sex reassignment in transsexual persons, in a total population cohort study with long-term follow-up information obtained from Swedish registers. The cohort was compared with randomly selected population controls matched for age and gender. We adjusted for premorbid differences regarding psychiatric morbidity and immigrant status. This study design sheds new light on transsexual persons' health after sex reassignment. It does not, however, address whether sex reassignment is an effective treatment or not.

## Methods

### National registers

The study population was identified by the linkage of several Swedish national registers, which contained a total of 13.8 million unique individuals. The Hospital Discharge Register (HDR, held by the National Board of Health and Welfare) contains discharge diagnoses, up to seven contributory diagnoses, external causes of morbidity or mortality, surgical procedure codes, and discharge date. Discharge diagnoses are coded according to the 8th (1969-1986), 9th (1987–1996), and 10th editions (1997-) of the International Classification of Diseases (ICD). The register covers virtually all psychiatric inpatient episodes in Sweden since 1973. Discharges that occurred up to 31 December 2003 were included. Surgical procedure codes could not be used for this study due to the lack of a specific code for sex reassignment surgery. The Total Population Register (TPR, held by Statistics Sweden) is comprised of data about the entire Swedish population. Through linkage with the Total Population Register it was possible to identify birth date and birth gender for all study subjects. The register is updated every year and gender information was available up to 2004/2005. The Medical Birth Register (MBR) was established in 1973 and contains birth data, including gender of the child at birth. National censuses based on mandatory self-report questionnaires completed by all adult citizens in 1960, 1970, 1980, and 1990 provided information on individuals, households, and dwellings, including gender, living area, and highest educational level. Complete migration data, including country of birth for immigrants for 1969–2003, were obtained from the TPR. In addition to educational information from the censuses, we also obtained highest educational level data for 1990 and 2000 from the Register of Education. The Cause of Death Register (CDR, Statistics Sweden) records all deaths in Sweden since 1952 and provided information on date of death and causes of death. Death events occurring up to 31 December 2003 are included in the study. The Crime Register (held by the National Council of Crime Prevention) provided information regarding crime type and date on all criminal convictions in Sweden during the period 1973–2004. Attempted and aggravated forms of all offences were also included. All crimes in Sweden are registered regardless of insanity at the time of perpetration; for example, for individuals who suffered from psychosis at the time of the offence. Moreover, conviction data include individuals who received custodial or non-custodial sentences and cases where the prosecutor decided to caution or fine without court proceedings. Finally, Sweden does not differ considerably from other members of the European Union regarding rates of violent crime and their resolution.[31]

### Study population, identification of sex-reassigned persons (exposure assessment)

The study was designed as a population-based matched cohort study. We used the individual national registration number, assigned to all Swedish residents, including immigrants on arrival, as the primary key through all linkages. The registration number consists of 10 digits; the first six provide information of the birth date, whereas the ninth digit indicates the gender. In Sweden, a person presenting with gender dysphoria is referred to one of six specialised gender teams that evaluate and treat patients principally according to international consensus guidelines: Standards of Care.[3] With a medical certificate, the person applies to the National Board of Health and Welfare to receive permission for sex reassignment surgery and a change of legal sex status. A new national registration number signifying the new gender is assigned after sex reassignment surgery. The National

Board of Health and Welfare maintains a link between old and new national registration numbers, making it possible to follow individuals undergoing sex reassignment across registers and over time. Hence, sex reassignment surgery in Sweden requires (i) a transsexualism diagnosis and (ii) permission from the National Board of Health and Welfare.

A person was defined as exposed to sex reassignment surgery if two criteria were met: (i) at least one inpatient diagnosis of gender identity disorder diagnosis without concomitant psychiatric diagnoses in the Hospital Discharge Register, and (ii) at least one discrepancy between gender variables in the Medical Birth Register (from 1973 and onwards) or the National Censuses from 1960, 1970, 1980, or 1990 and the latest gender designation in the Total Population Register. The first criterion was employed to capture the hospitalization for sex reassignment surgery that serves to secure the diagnosis and provide a time point for sex reassignment surgery; the plastic surgeons namely record the reason for sex reassignment surgery, i.e., transsexualism, but not any co-occurring psychiatric morbidity. The second criterion was used to ensure that the person went through all steps in sex-reassignment and also changed sex legally.

The date of sex reassignment (start of follow-up) was defined as the first occurrence of a gender identity disorder diagnosis, without any other concomitant psychiatric disorder, in the Hospital Discharge Register after the patient changed sex status (any discordance in sex designation across the Censuses, Medical Birth, and Total Population registers). If this information was missing, we used instead the closest date in the Hospital Discharge Register on which the patient was diagnosed with gender identity disorder without concomitant psychiatric disorder prior to change in sex status. The reason for prioritizing the use of a gender identity disorder diagnosis *after* changed sex status over *before* was to avoid overestimating person-years at risk of sex-reassigned person.

Using these criteria, a total of 804 patients with gender identity disorder were identified, whereof 324 displayed a shift in the gender variable during the period 1973–2003. The 480 persons that did not shift gender variable comprise persons who either did not apply, or were not approved, for sex reassignment surgery. Moreover, the ICD 9 code 302 is a non specific code for sexual disorders. Hence, this group might also comprise persons that were hospitalized for sexual disorders other than transsexualism. Therefore, they were omitted from further analyses. Of the remaining 324 persons, 288 were identified with the gender identity diagnosis *after* and 36 *before* change of sex status. Out of the 288 persons identified *after* changed sex status, 185 could also be identified *before* change in sex status. The median time lag between the hospitalization *before* and *after* sex change for these 185 persons was 0.96 years (mean 2.2 years, SD 3.3).

Gender identity disorder was coded according to ICD-8: 302.3 (transsexualism) and 302.9 (sexual deviation NOS); ICD-9: 302 (overall code for sexual deviations and disorders, more specific codes were not available in ICD-9); and ICD-10: F64.0 (transsexualism), F64.1 (dual-role transvestism), F64.8 (other gender identity disorder), and F64.9 (gender identity disorder NOS). Other psychiatric disorders were coded as ICD-8: 290-301 and 303-315; ICD-9: 290-301 and 303-319; and ICD-10: F00-F63 as well as F65-F99.

## Identification of population-based controls (unexposed group)

For each exposed person (N = 324), we randomly selected 10 unexposed controls. A person was defined as unexposed if there were no discrepancies in sex designation across the Censuses, Medical Birth, and Total Population registers *and* no gender

identity disorder diagnosis according to the Hospital Discharge Register. Control persons were matched by sex and birth year and had to be alive and residing in Sweden at the estimated sex reassignment date of the case person. To study possible gender-specific effects on outcomes of interest, we used two different control groups: one with the same sex as the case individual at birth (birth sex matching) and the other with the sex that the case individual had been reassigned to (final sex matching).

## Outcome measures

We studied mortality, psychiatric morbidity, accidents, and crime following sex reassignment. More specifically, we investigated: (1) all-cause mortality, (2) death by definite/uncertain suicide, (3) death by cardiovascular disease, and (4) death by tumour. Morbidity included (5) any psychiatric disorder (gender identity disorders excluded), (6) alcohol/drug misuse and dependence, (7) definite/uncertain suicide attempt, and (8) accidents. Finally, we addressed court convictions for (9) any criminal offence and (10) any violent offence. Each individual could contribute with several outcomes, but only one event per outcome. Causes of death (Cause of Death Registry from 1952 and onwards) were defined according to ICD as suicide (ICD-8 and ICD-9 codes E950-E959 and E980-E989, ICD-10 codes X60-X84 and Y10-Y34); cardiovascular disease (ICD-8 codes 390-458, ICD-9 codes 390-459, ICD-10 codes I00-I99); neoplasms (ICD-8 and ICD-9 codes 140-239, ICD-10 codes C00-D48), any psychiatric disorder (gender identity disorders excluded); (ICD-8 codes 290-301 and 303-315, ICD-9 codes 290-301 and 303-319, ICD-10 codes F00-F63 and F65-F99); alcohol/drug abuse and dependence (ICD-8 codes 303-304, ICD-9 codes 303-305 (tobacco use disorder excluded), ICD-10 codes F10-F16 and F18-F19 (x5 excluded); and accidents (ICD-8 and ICD-9 codes E800-E929, ICD-10 codes V01-X59).

Any criminal conviction during follow-up was counted; specifically, violent crime was defined as homicide and attempted homicide, aggravated assault and assault, robbery, threatening behaviour, harassment, arson, or any sexual offense.[32]

## Covariates

Severe psychiatric morbidity was defined as inpatient care according to ICD-8 codes 291, 295-301, 303-304, and 307; ICD-9 codes 291-292, 295-298, 300-301, 303-305 (tobacco use disorder excluded), 307.1, 307.5, 308-309, and 311; ICD-10 codes F10-F16, F18-F25, F28-F45, F48, F50, and F60-F62. Immigrant status, defined as individuals born abroad, was obtained from the Total Population Register. All outcome/covariate variables were dichotomized (i.e., affected or unaffected) and without missing values.

## Statistical analyses

Each individual contributed person-time from study entry (for exposed: date of sex reassignment; for unexposed: date of sex reassignment of matched case) until date of outcome event, death, emigration, or end of study period (31 December 2003), whichever came first. The association between exposure (sex reassignment) and outcome (mortality, morbidity, crime) was measured by hazard ratios (HR) with 95% CIs, taking follow-up time into account. HRs were estimated from Cox proportional hazard regression models, stratified on matched sets (1:10) to account for the matching by sex, age, and calendar time (birth year). We present crude HRs (though adjusted for sex and age through matching) and confounder-adjusted HRs [aHRs] for all outcomes. The two potential confounders, immigrant status (yes/no) and history of severe psychiatric morbidity (yes/no) prior to sex

App.0062

reassignment, were chosen based on previous research[18,33] and different prevalence across cases and controls (Table 1).

Gender-separated analyses were performed and a Kaplan-Meier survival plot graphically illustrates the survival of the sex reassigned cohort and matched controls (all-cause mortality) over time. The significance level was set at 0.05 (all tests were two-sided). All outcome/covariate variables were without missing values, since they are generated from register data, which are either present (affected) or missing (unaffected). The data were analysed using SAS version 9.1 (SAS Institute Inc., Cary, NC, USA).

### Ethics

The data linking of national registers required for this study was approved by the IRB at Karolinska Institutet, Stockholm. All data were analyzed anonymously; therefore, informed consent for each individual was neither necessary nor possible.

### Results

We identified 324 transsexual persons (exposed cohort) who underwent sex reassignment surgery and were assigned a new legal sex between 1973 and 2003. These constituted the sex-reassigned (exposed) group. Fifty-nine percent (N = 191) of sex-reassigned persons were male-to-females and 41% (N = 133) female-to-males, yielding a sex ratio of 1.4:1 (Table 1).

The average follow-up time for all-cause mortality was 11.4 (median 9.1) years. The average follow-up time for the risk of being hospitalized for any psychiatric disorder was 10.4 (median 8.1).

### Characteristics prior to sex reassignment

Table 1 displays demographic characteristics of sex-reassigned and control persons prior to study entry (sex reassignment). There were no substantial differences between female-to-males and male-to-females regarding measured baseline characteristics. Immigrant status was twice as common among transsexual individuals compared to controls, living in an urban area somewhat more common, and higher education about equally prevalent. Transsexual individuals had been hospitalized for psychiatric morbidity other than gender identity disorder prior to sex reassignment about four times more often than controls. To adjust for these baseline discrepancies, hazard ratios adjusted for immigrant status and psychiatric morbidity prior to baseline are presented for all outcomes [aHRs].

### Mortality

Table 2 describes the risks for selected outcomes during follow-up among sex-reassigned persons, compared to same-age controls of the same birth sex. Sex-reassigned transsexual persons of both genders had approximately a three times higher risk of all-cause mortality than controls, also after adjustment for covariates. Table 2

**Table 1.** Baseline characteristics among sex-reassigned subjects in Sweden (N = 324) and population controls matched for birth year and sex.

| Characteristic at baseline | Sex-reassigned subjects (N = 324) | Birth-sex matched controls (N = 3,240) | Final-sex matched controls (N = 3,240) |
|---|---|---|---|
| Gender | | | |
| Female at birth, male after sex change | 133 (41%) | 1,330 (41%) | 1,330 (41%) |
| Male at birth, female after sex change | 191 (59%) | 1,910 (59%) | 1,910 (59%) |
| Average age at study entry [years] (SD, min-max) | | | |
| Female at birth, male after sex change | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) |
| Male at birth, female after sex change | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) |
| Both genders | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) |
| Immigrant status | | | |
| Female at birth, male after sex change | 28 (21%) | 118 (9%) | 100 (8%) |
| Male at birth, female after sex change | 42 (22%) | 176 (9%) | 164 (9%) |
| Both genders | 70 (22%) | 294 (9%) | 264 (8%) |
| Less than 10 years of schooling prior to entry vs. 10 years or more | | | |
| Females at birth, males after sex change | 49 (44%); 62 (56%) | 414 (37%); 714 (63%) | 407 (36%); 713 (64%) |
| Males at birth, females after sex change | 61 (41%); 89 (59%) | 665 (40%); 1,011 (60%) | 595 (35%); 1,091 (65%) |
| All individuals with data | 110 (42%); 151 (58%) | 1,079 (38%); 1,725 (62%) | 1,002 (36%); 1,804 (64%) |
| Psychiatric morbidity* prior to study entry | | | |
| Female at birth, male after sex change | 22 (17%) | 47 (4%) | 42 (3%) |
| Male at birth, female after sex change | 36 (19%) | 76 (4%) | 72 (4%) |
| Both genders | 58 (18%) | 123 (4%) | 114 (4%) |
| Rural [vs. urban] living area prior to entry | | | |
| Female at birth, male after sex change | 13 (10%) | 180 (14%) | 195 (15%) |
| Male at birth, female after sex change | 20 (10%) | 319 (17%) | 272 (14%) |
| Both genders | 33 (10%) | 499 (15%) | 467 (14%) |

Note:
*Hospitalizations for gender identity disorder were not included.
doi:10.1371/journal.pone.0016885.t001



App.0063

**Table 2.** Risk of various outcomes among sex-reassigned subjects in Sweden (N = 324) compared to population controls matched for birth year and birth sex.

| | Number of events cases/controls 1973–2003 | Outcome incidence rate per 1000 person-years 1973–2003 (95% CI) | | Crude hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–1988 | Adjusted* hazard ratio (95% CI) 1989–2003 |
|---|---|---|---|---|---|---|---|
| | | Cases | Controls | | | | |
| Any death | 27/99 | 7.3 (5.0–10.6) | 2.5 (2.0–3.0) | 2.9 (1.9–4.5) | 2.8 (1.8–4.3) | 3.1 (1.9–5.0) | 1.9 (0.7–5.0) |
| Death by suicide | 10/5 | 2.7 (1.5–5.0) | 0.1 (0.1–0.3) | 19.1 (6.5–55.9) | 19.1 (5.8–62.9) | N/A | N/A |
| Death by cardiovascular disease | 9/42 | 2.4 (1.3–4.7) | 1.1 (0.8–1.4) | 2.6 (1.2–5.4) | 2.5 (1.2–5.3) | N/A | N/A |
| Death by neoplasm | 8/38 | 2.2 (1.1–4.3) | 1.0 (0.7–1.3) | 2.1 (1.0–4.6) | 2.1 (1.0–4.6) | N/A | N/A |
| Any psychiatric hospitalisation‡ | 64/173 | 19.0 (14.8–24.2) | 4.2 (3.6–4.9) | 4.2 (3.1–5.6) | 2.8 (2.0–3.9) | 3.0 (1.9–4.6) | 2.5 (1.4–4.2) |
| Substance misuse | 22/78 | 5.9 (3.9–8.9) | 1.8 (1.5–2.3) | 3.0 (1.9–4.9) | 1.7 (1.0–3.1) | N/A | N/A |
| Suicide attempt | 29/44 | 7.9 (5.5–11.4) | 1.0 (0.8–1.4) | 7.6 (4.7–12.4) | 4.9 (2.9–8.5) | 7.9 (4.1–15.3) | 2.0 (0.7–5.3) |
| Any accident | 32/233 | 9.0 (6.3–12.7) | 5.7 (5.0–6.5) | 1.6 (1.1–2.3) | 1.4 (1.0–2.1) | 1.6 (1.0–2.5) | 1.1 (0.5–2.2) |
| Any crime | 60/350 | 18.5 (14.3–23.8) | 9.0 (8.1–10.0) | 1.9 (1.4–2.5) | 1.3 (1.0–1.8) | 1.6 (1.1–2.4) | 0.9 (0.6–1.5) |
| Violent crime | 14/61 | 3.6 (2.1–6.1) | 1.4 (1.1–1.8) | 2.7 (1.5–4.9) | 1.5 (0.8–3.0) | N/A | N/A |

**Notes:**
*Adjusted for psychiatric morbidity prior to baseline and immigrant status.
‡Hospitalisations for gender identity disorder were excluded.
N/A Not applicable due to sparse data.
doi:10.1371/journal.pone.0016885.t002

separately lists the outcomes depending on when sex reassignment was performed: during the period 1973-1988 or 1989–2003. Even though the overall mortality was increased across both time periods, it did not reach statistical significance for the period 1989–2003. The Kaplan-Meier curve (Figure 1) suggests that survival of transsexual persons started to diverge from that of matched controls after about 10 years of follow-up. The cause-specific mortality from

suicide was much higher in sex-reassigned persons, compared to matched controls. Mortality due to cardiovascular disease was moderately increased among the sex-reassigned, whereas the numerically increased risk for malignancies was borderline statistically significant. The malignancies were lung cancer (N = 3), tongue cancer (N = 1), pharyngeal cancer (N = 1), pancreas cancer (N = 1), liver cancer (N = 1), and unknown origin (N = 1).



**Figure 1. Death from any cause as a function of time after sex reassignment among 324 transsexual persons in Sweden (male-to-female: N = 191, female-to-male: N = 133), and population controls matched on birth year.**
doi:10.1371/journal.pone.0016885.g001

## Psychiatric morbidity, substance misuse, and accidents

Sex-reassigned persons had a higher risk of inpatient care for a psychiatric disorder other than gender identity disorder than controls matched on birth year and birth sex (Table 2). This held after adjustment for prior psychiatric morbidity, and was true regardless of whether sex reassignment occurred before or after 1989. In line with the increased mortality from suicide, sex-reassigned individuals were also at a higher risk for suicide attempts, though this was not statistically significant for the time period 1989–2003. The risks of being hospitalised for substance misuse or accidents were not significantly increased after adjusting for covariates (Table 2).

## Crime rate

Transsexual individuals were at increased risk of being convicted for any crime or violent crime after sex reassignment (Table 2); this was, however, only significant in the group who underwent sex reassignment before 1989.

## Gender differences

Comparisons of female-to-males and male-to-females, although hampered by low statistical power and associated wide confidence intervals, suggested mostly similar risks for adverse outcomes (Tables S1 and S2). However, violence against self (suicidal behaviour) and others ([violent] crime) constituted important exceptions. First, male-to-females had significantly increased risks for suicide attempts compared to both female (aHR 9.3; 95% CI 4.4–19.9) and male (aHR 10.4; 95% CI 4.9–22.1) controls. By contrast, female-to-males had significantly increased risk of suicide attempts only compared to male controls (aHR 6.8; 95% CI 2.1–21.6) but not compared to female controls (aHR 1.9; 95% CI 0.7–4.8). This suggests that male-to-females are at higher risk for suicide attempts after sex reassignment, whereas female-to-males maintain a female pattern of suicide attempts after sex reassignment (Tables S1 and S2).

Second, regarding any crime, male-to-females had a significantly increased risk for crime compared to female controls (aHR 6.6; 95% CI 4.1–10.8) but not compared to males (aHR 0.8; 95% CI 0.5–1.2). This indicates that they retained a male pattern regarding criminality. The same was true regarding violent crime. By contrast, female-to-males had higher crime rates than female controls (aHR 4.1; 95% CI 2.5–6.9) but did not differ from male controls. This indicates a shift to a male pattern regarding criminality and that sex reassignment is coupled to increased crime rate in female-to-males. The same was true regarding violent crime.

## Discussion

### Principal findings and comparison with previous research

We report on the first nationwide population-based, long-term follow-up of sex-reassigned transsexual persons. We compared our cohort with randomly selected population controls matched for age and gender. The most striking result was the high mortality rate in both male-to-females and female-to-males, compared to the general population. This contrasts with previous reports (with one exception[8]) that did not find an increased mortality rate after sex reassignment, or only noted an increased risk in certain subgroups.[7,9,10,11] Previous clinical studies might have been biased since people who regard their sex reassignment as a failure are more likely to be lost to follow-up. Likewise, it is cumbersome to track deceased persons in clinical follow-up studies. Hence, population-based register studies like the present are needed to improve representativity.[19,34]

The poorer outcome in the present study might also be explained by longer follow-up period (median >10 years) compared to previous studies. In support of this notion, the survival curve (Figure 1) suggests increased mortality from ten years after sex reassignment and onwards. In accordance, the overall mortality rate was only significantly increased for the group operated before 1989. However, the latter might also be explained by improved health care for transsexual persons during 1990s, along with altered societal attitudes towards persons with different gender expressions.[35]

Mortality due to cardiovascular disease was significantly increased among sex reassigned individuals, albeit these results should be interpreted with caution due to the low number of events. This contrasts, however, a Dutch follow-up study that reported no increased risk for cardiovascular events.[10,11] A recent meta-analysis concluded, however, that data on cardiovascular outcome after cross-sex steroid use are sparse, inconclusive, and of very low quality.[34]

With respect to neoplasms, prolonged hormonal treatment might increase the risk for malignancies,[36] but no previous study has tested this possibility. Our data suggested that the cause-specific risk of death from neoplasms was increased about twice (borderline statistical significance). These malignancies (see Results), however, are unlikely to be related to cross-hormonal treatment.

There might be other explanations to increased cardiovascular death and malignancies. Smoking was in one study reported in almost 50% by the male-to females and almost 20% by female-to-males.[9] It is also possible that transsexual persons avoid the health care system due to a presumed risk of being discriminated.

Mortality from suicide was strikingly high among sex-reassigned persons, also after adjustment for prior psychiatric morbidity. In line with this, sex-reassigned persons were at increased risk for suicide attempts. Previous reports [6,8,10,11] suggest that transsexualism is a strong risk factor for suicide, also after sex reassignment, and our long-term findings support the need for continued psychiatric follow-up for persons at risk to prevent this.

Inpatient care for psychiatric disorders was significantly more common among sex-reassigned persons than among matched controls, both before and after sex reassignment. It is generally accepted that transsexuals have more psychiatric ill-health than the general population prior to the sex reassignment.[18,21,22,33] It should therefore come as no surprise that studies have found high rates of depression,[9] and low quality of life[16,25] also after sex reassignment. Notably, however, in this study the increased risk for psychiatric hospitalisation persisted even after adjusting for psychiatric hospitalisation prior to sex reassignment. This suggests that even though sex reassignment alleviates gender dysphoria, there is a need to identify and treat co-occurring psychiatric morbidity in transsexual persons not only before but also after sex reassignment.

Criminal activity, particularly violent crime, is much more common among men than women in the general population. A previous study of all applications for sex reassignment in Sweden up to 1992 found that 9.7% of male-to-female and 6.1% of female-to-male applicants had been prosecuted for a crime.[33] Crime after sex reassignment, however, has not previously been studied. In this study, male-to-female individuals had a higher risk for criminal convictions compared to female controls but not compared to male controls. This suggests that the sex reassignment procedure neither increased nor decreased the risk for criminal offending in male-to-females. By contrast, female-to-males were at a higher risk for criminal convictions compared to female controls and did not differ from male controls, which suggests increased crime proneness in female-to-males after sex reassignment.

## Strengths and limitations of the study

Strengths of this study include nationwide representativity over more than 30 years, extensive follow-up time, and minimal loss to follow-up. Many previous studies suffer from low outcome ascertainment,[6,9,21,29] whereas this study has captured almost the entire population of sex-reassigned transsexual individuals in Sweden from 1973–2003. Moreover, previous transsexual studies have mixed pre-operative and post-operative transsexual persons,[22,37] while we included only post-operative transsexual persons that also legally changed sex. Finally, whereas previous studies either lack a control group or use standardised mortality rates or standardised incidence rates as comparisons,[9,10,11] we selected random population controls matched by birth year, and either birth or final sex.

Given the nature of sex reassignment, a double blind randomized controlled study of the result after sex reassignment is not feasible. We therefore have to rely on other study designs. For the purpose of evaluating whether sex reassignment is an effective treatment for gender dysphoria, it is reasonable to compare reported gender dysphoria pre and post treatment. Such studies have been conducted either prospectively[7,12] or retrospectively,[5,6,9,22,25,26,29,38] and suggest that sex reassignment of transsexual persons improves quality of life and gender dysphoria. The limitation is of course that the treatment has not been assigned randomly and has not been carried out blindly.

For the purpose of evaluating the safety of sex reassignment in terms of morbidity and mortality, however, it is reasonable to compare sex reassigned persons with matched population controls. The caveat with this design is that transsexual persons before sex reassignment might differ from healthy controls (although this bias can be statistically corrected for by adjusting for baseline differences). It is therefore important to note that the current study is only informative with respect to transsexuals persons health after sex reassignment; no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism. In other words, the results should not be interpreted such as sex reassignment *per se* increases morbidity and mortality. Things might have been even worse without sex reassignment. As an analogy, similar studies have found increased somatic morbidity, suicide rate, and overall mortality for patients treated for bipolar disorder and schizophrenia.[39,40] This is important information, but it does not follow that mood stabilizing treatment or antipsychotic treatment is the culprit.

Other facets to consider are first that this study reflects the outcome of psychiatric and somatic treatment for transsexualism provided in Sweden during the 1970s and 1980s. Since then, treatment has evolved with improved sex reassignment surgery, refined hormonal treatment,[11,41] and more attention to psychosocial care that might have improved the outcome. Second, transsexualism is a rare condition and Sweden is a small country (9.2 million inhabitants in 2008). Hence, despite being based on a comparatively large national cohort and long-term follow-up, the statistical power was limited. Third, regarding psychiatric morbidity after sex reassignment, we assessed inpatient psychiatric care. Since most psychiatric care is provided in outpatient settings (for which no reliable data were available), underestimation of the *absolute* prevalences was inevitable. However, there is no reason to believe that this would change the *relative risks* for psychiatric morbidity unless sex-reassigned transsexual individuals were more likely than matched controls to be admitted to hospital for any given psychiatric condition.

Finally, to estimate start of follow-up, we prioritized using the date of a gender identity disorder diagnosis *after* changed sex status over *before* changed sex status, in order to avoid overestimating person-years at risk after sex-reassignment. This means that adverse outcomes might have been underestimated. However, given that the median time lag between the hospitalization before and after change of sex status was less than a year (see Methods), this maneuver is unlikely to have influenced the results significantly. Moreover, all deaths will be recorded regardless of this exercise and mortality hence correctly estimated.

## Conclusion

This study found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population. This highlights that post surgical transsexuals are a risk group that need long-term psychiatric and somatic follow-up. Even though surgery and hormonal therapy alleviates gender dysphoria, it is apparently not sufficient to remedy the high rates of morbidity and mortality found among transsexual persons. Improved care for the transsexual group after the sex reassignment should therefore be considered.

## Supporting Information

**Table S1  Risk of various outcomes in sex-reassigned persons in Sweden compared to population controls matched for birth year and *birth sex*.**
(DOCX)

**Table S2  Risk of various outcomes in sex-reassigned persons in Sweden compared to controls matched for birth year and *final sex*.**
(DOCX)

## Author Contributions

Conceived and designed the experiments: CD PL AJ NL ML. Performed the experiments: MB AJ. Analyzed the data: CD PL MB AJ NL ML. Contributed reagents/materials/analysis tools: PL NL AJ. Wrote the paper: CD PL MB AJ NL ML.

## References

1. World Health Organization (1993) The ICD-10 Classification of Mental and Behavioural Disorders. Diagnostic criteria for research. Geneva: WHO.

2. American Psychiatric Association, ed (1994) Diagnostic and Statistical Manual of Mental Disorders. Washington, DC: APA.

3. Meyer W, Bockting W, Cohen-Kettenis P, Coleman E, DiCeglie D, et al. (2002) The Harry Benjamin International Gender Dysphoria Association's Standards of Care for Gender Identity Disorders, Sixth Version. Journal of Psychology & Human Sexuality 13: 1–30.

4. Cohen-Kettenis PT, Gooren LJG (1999) Transsexualism: A review of etiology, diagnosis and treatment. J Psychosom Res 46: 315–333.

5. Wålinder J, Thuwe I (1975) A social-psychiatric follow-up study of 24 sex-reassigned transsexuals. Göteborg, Sweden: Scandinavian University Books.

6. Eldh J, Berg A, Gustafsson M (1997) Long-term follow up after sex reassignment surgery. Scand J Plast Reconstr Surg Hand Surg 31: 39–45.

7. Johansson A, Sundbom E, Höjerback T, Bodlund O (2010) A five-year follow-up study of Swedish adults with gender identity disorder. Arch Sex Behav 39: 1429–1437.

8. Sørensen T, Hertoft P (1982) Male and female transsexualism: the Danish experience with 37 patients. ArchSex Behav 11: 133–155.

9. De Cuypere G, T'Sjoen G, Beerten R, Selvaggi G, De Sutter P, et al. (2005) Sexual and physical health after sex reassignment surgery. Arch Sex Behav 34: 679–690.

10. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ (1997) Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol Oxf 47: 337–342.



App.0066

11. Gooren IJ, Giltay EJ, Bunck MC (2008) Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab 93: 19–25.

12. Smith YL, van Goozen SH, Cohen-Kettenis PT (2001) Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry 40: 472–481.

13. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT (2005) Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med 35: 89–99.

14. Leavitt F, Berger JC, Hoeppner JA, Northrop G (1980) Presurgical adjustment in male transsexuals with and without hormonal treatment. J Nerv Ment Dis 168: 693–697.

15. Cohen Kettenis PT, van Goozen SH (1997) Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry 36: 263–271.

16. Newfield E, Hart S, Dibble S, Kohler L (2006) Female-to-male transgender quality of life. Qual Life Res 15: 1447–1457.

17. Landén M, Wålinder J, Hambert G, Lundström B (1998) Factors predictive of regret in sex reassignment. Acta Psychiatrica Scandinavica 97: 284–289.

18. Hepp U, Kraemer B, Schnyder U, Miller N, Delsignore A (2005) Psychiatric comorbidity in gender identity disorder. J Psychosom Res 58: 259–261.

19. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, et al. (2010) Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 72: 214–231.

20. Landén M, Wålinder J, Lundström B (1996) Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatrica Scandinavica 93: 261–263.

21. Lobato MI, Koff WJ, Manenti C, da Fonseca Seger D, Salvador J, et al. (2006) Follow-up of sex reassignment surgery in transsexuals: a Brazilian cohort. Arch Sex Behav 35: 711–715.

22. Bodlund O, Kullgren G (1996) Transsexualism-General outcome and prognostic factors. A five year follow-up study of 19 transsexuals in the process of changing sex. Arch Sex Behav 25: 303–316.

23. Lindemalm G, Körlin D, Uddenberg N (1986) Long-term follow-up of "sex change" in 13 male-to-female transsexuals. Arch Sex Behav 15: 187–210.

24. Rauchfleisch U, Barth D, Battegay R (1998) [Results of long-term follow-up of transsexual patients]. Nervenarzt 69: 799–805.

25. Kuhn A, Bodmer C, Stadlmayr W, Kuhn P, Mueller MD, et al. (2009) Quality of life 15 years after sex reassignment surgery for transsexualism. Fertil Steril 92: 1685–1689 e1683.

26. Zimmermann A, Zimmer R, Kovacs L, Einodshofer S, Herschbach P, et al. (2006) [Transsexuals' life satisfaction after gender transformation operations]. Chirurg 77: 432–438.

27. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to- female transsexual patients. Arch Sex Behav 28: 71–89.

28. Hepp U, Klaghofer R, Burkhard-Kubler R, Buddeberg C (2002) [Treatment follow-up of transsexual patients. A catamnestic study]. Nervenarzt 73: 283–288.

29. Lawrence AA (2003) Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 32: 299–315.

30. Kaube H, Biemer E (1991) [Results of sex change operations in 30 transsexual patients: psychosocial and sexual adaptation–surgical complications]. Handchir Mikrochir Plast Chir 23: 276–278.

31. Dolmén L (2001) Brottsligheten i olika länder (Criminality in different countries). Stockholm: Brottsförebyggande rådet (the Swedish National Council for Crime Prevention).

32. Fazel S, Grann M (2006) The population impact of severe mental illness on violent crime. Am J Psychiatry 163: 1397–1403.

33. Landén M, Wålinder J, Lundström B (1998) Clinical characteristics of a total cohort of female and male applicants for sex reassignment: a descriptive study. Acta Psychiatrica Scandinavica 97: 189–194.

34. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf) 72: 1–10.

35. Landén M, Innala S (2000) Attitudes toward transsexualism in a Swedish national survey. Archives of Sexual Behavior 29: 375–388.

36. Mueller A, Gooren L (2008) Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 159: 197–202.

37. Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L (2009) Transsexualism in Serbia: a twenty-year follow-up study. J Sex Med 6: 1018–1023.

38. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.

39. Ösby U, Brandt L, Correia N, Ekbom A, Sparén P (2001) Excess mortality in bipolar and unipolar disorder in Sweden. Arch Gen Psychiatry 58: 844–850.

40. Tidemalm D, Langstrom N, Lichtenstein P, Runeson B (2008) Risk of suicide after suicide attempt according to coexisting psychiatric disorder: Swedish cohort study with long term follow-up. Bmj 337: a2205.

41. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, et al. (2003) Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab 88: 5723–5729.

App.0067

to create "win-win" relationships. By extension, critics of competition maintain that the NHS should do the same. These developments have been reinforced by concerns about the increase in management costs associated with the introduction of competition.

Estimates suggest that the NHS reforms may have resulted in up to £1bn extra being spent on administration, although changes in definitions make it difficult to be precise. This is because of the need to employ staff to negotiate and monitor contracts and to deal with the large volumes of paperwork involved in the contracting system. Ministers have responded to these concerns by streamlining the organisation of the NHS and introducing tight controls over management costs. They have also encouraged the use of long term contracts in order to reduce the transaction costs of the new arrangements.

Out of the ashes of competition has arisen a different policy agenda. This owes less to a belief in market forces than a desire to use the NHS reforms to achieve other objectives. The current agenda centres on policies to improve the health of the population, give greater priority to primary care, raise standards through the patient's charter, and ensure that medical decisions are evidence based. These policies hinge on effective planning and coordination in the NHS and all have been made more salient by the separation of purchaser and provider roles on which the reforms are based.

In particular, the existence of health authorities able to take an independent view of the population's health needs without being beholden to particular providers has changed the way in which decisions are made. To this extent the organisational changes introduced in 1991 have served to refocus attention on those whom the NHS exists to serve, even though the effects were neither anticipated nor intended when the reforms were designed. Like a potter moulding clay, only in the process of creation has the shape of the product become apparent. The effect of this policy shift has been to open up common ground between Labour and the Conservatives, notwithstanding the differences that remain.

Yet before the obituary of competition is written, the consequences of a return to planning need to be thought through. The NHS was reformed precisely because the old command and control system had failed to deliver acceptable improvements in efficiency and quality, and the limitations of planning must also be acknowledged. While competition as a reforming strategy may have had its day, there are nevertheless elements of this strategy which are worth preserving. Not least, the stimulus to improve performance which arises from the threat that contracts may be moved to an alternative provider should not be lost. The middle way between planning and competition is a path called contestability. This recognises that health care requires cooperation between purchasers and providers and the capacity to plan developments on a long term basis. At the same time, it is based on the premise that performance may stagnate unless there are sufficient incentives to bring about continuous improvements. Some of these incentives may be achieved through management action or professional pressure, and some may derive from political imperatives.

In addition, there is the stimulus to improve performance which exists when providers know that purchasers have alternative options. This continues to be part of the psychology of NHS decision making, even though ministers seem reluctant to use the language of markets. It is, however, a quite different approach than competitive tendering for clinical services, which would expose providers to the rigours of the market on a regular basis.

The essence of contestability is that planning and competition should be used together, with contracts moving only when other means of improving performance have failed. Put another way, in a contestable health service it is the possibility that contracts may move that creates an incentive within the system, rather than the actual movement of contracts. Of course for this to be a real incentive then contracts must shift from time to time, but this is only one element in the process and not necessarily the most important. As politicians prepare their plans for the future it is this path that needs to be explored.

CHRIS HAM
Director

Health Services Management Centre,
Birmingham B15 2RT

1 Smith R. William Waldegrave: thinking beyond the new NHS. *BMJ* 1990;301:711-4.
2 Bottomley V. *The new NHS: continuity and change.* London: Department of Health, 1995.

# Evidence based medicine: what it is and what it isn't

*It's about integrating individual clinical expertise and the best external evidence*

Evidence based medicine, whose philosophical origins extend back to mid-19th century Paris and earlier, remains a hot topic for clinicians, public health practitioners, purchasers, planners, and the public. There are now frequent workshops in how to practice and teach it (one sponsored by the *BMJ* will be held in London on 24 April); undergraduate[1] and postgraduate[2] training programmes are incorporating it[3] (or pondering how to do so); British centres for evidence based practice have been established or planned in adult medicine, child health, surgery, pathology, pharmacotherapy, nursing, general practice, and dentistry; the Cochrane Collaboration and Britain's Centre for Review and Dissemination in York are providing systematic reviews of the effects of health care; new evidence based practice journals are being launched; and it has become a common topic in the lay media. But enthusiasm has been mixed with some negative reaction.[4-6] Criticism has ranged from evidence based medicine being old hat to it being a dangerous innovation, perpetrated by the arrogant to serve cost cutters and suppress clinical freedom. As evidence based medicine continues to evolve and adapt, now is a useful time to refine the discussion of what it is and what it is not.

Evidence based medicine is the conscientious, explicit, and judicious use of current best evidence in making decisions about the care of individual patients. The practice of evidence based medicine means integrating individual clinical expertise with the best available external clinical evidence from systematic research. By individual clinical expertise we mean the proficiency and judgment that individual clinicians acquire through clinical experience and clinical practice. Increased expertise is reflected in many ways, but especially in more effective and efficient diagnosis and in the more thoughtful identification and compassionate use of individual patients' predicaments, rights, and preferences in making clinical decisions about their care. By best available external clinical evidence we mean clinically relevant research, often from the

App.0068

71

Case: 23-2366   Document: 39-1   Filed: 08/31/2023   Pages: 311

basic sciences of medicine, but especially from patient centred clinical research into the accuracy and precision of diagnostic tests (including the clinical examination), the power of prognostic markers, and the efficacy and safety of therapeutic, rehabilitative, and preventive regimens. External clinical evidence both invalidates previously accepted diagnostic tests and treatments and replaces them with new ones that are more powerful, more accurate, more efficacious, and safer.

Good doctors use both individual clinical expertise and the best available external evidence, and neither alone is enough. Without clinical expertise, practice risks becoming tyrannised by evidence, for even excellent external evidence may be inapplicable to or inappropriate for an individual patient. Without current best evidence, practice risks becoming rapidly out of date, to the detriment of patients.

This description of what evidence based medicine is helps clarify what evidence based medicine is not. Evidence based medicine is neither old hat nor impossible to practice. The argument that "everyone already is doing it" falls before evidence of striking variations in both the integration of patient values into our clinical behaviour[7] and in the rates with which clinicians provide interventions to their patients.[8] The difficulties that clinicians face in keeping abreast of all the medical advances reported in primary journals are obvious from a comparison of the time required for reading (for general medicine, enough to examine 19 articles per day, 365 days per year[9]) with the time available (well under an hour a week by British medical consultants, even on self reports[10]).

The argument that evidence based medicine can be conducted only from ivory towers and armchairs is refuted by audits from the front lines of clinical care where at least some inpatient clinical teams in general medicine,[11] psychiatry (J R Geddes et al, Royal College of Psychiatrists winter meeting, January 1996), and surgery (P McCulloch, personal communication) have provided evidence based care to the vast majority of their patients. Such studies show that busy clinicians who devote their scarce reading time to selective, efficient, patient driven searching, appraisal, and incorporation of the best available evidence can practice evidence based medicine.

Evidence based medicine is not "cookbook" medicine. Because it requires a bottom up approach that integrates the best external evidence with individual clinical expertise and patients' choice, it cannot result in slavish, cookbook approaches to individual patient care. External clinical evidence can inform, but can never replace, individual clinical expertise, and it is this expertise that decides whether the external evidence applies to the individual patient at all and, if so, how it should be integrated into a clinical decision. Similarly, any external guideline must be integrated with individual clinical expertise in deciding whether and how it matches the patient's clinical state, predicament, and preferences, and thus whether it should be applied. Clinicians who fear top down cookbooks will find the advocates of evidence based medicine joining them at the barricades.

Some fear that evidence based medicine will be hijacked by purchasers and managers to cut the costs of health care. This would not only be a misuse of evidence based medicine but suggests a fundamental misunderstanding of its financial consequences. Doctors practising evidence based medicine will identify and apply the most efficacious interventions to maximise the quality and quantity of life for individual patients; this may raise rather than lower the cost of their care.

Evidence based medicine is not restricted to randomised trials and meta-analyses. It involves tracking down the best external evidence with which to answer our clinical questions. To find out about the accuracy of a diagnostic test, we need to find proper cross sectional studies of patients clinically suspected of harbouring the relevant disorder, not a randomised trial. For a question about prognosis, we need proper follow up studies of patients assembled at a uniform, early point in the clinical course of their disease. And sometimes the evidence we need will come from the basic sciences such as genetics or immunology. It is when asking questions about therapy that we should try to avoid the non-experimental approaches, since these routinely lead to false positive conclusions about efficacy. Because the randomised trial, and especially the systematic review of several randomised trials, is so much more likely to inform us and so much less likely to mislead us, it has become the "gold standard" for judging whether a treatment does more good than harm. However, some questions about therapy do not require randomised trials (successful interventions for otherwise fatal conditions) or cannot wait for the trials to be conducted. And if no randomised trial has been carried out for our patient's predicament, we must follow the trail to the next best external evidence and work from there.

Despite its ancient origins, evidence based medicine remains a relatively young discipline whose positive impacts are just beginning to be validated,[12 13] and it will continue to evolve. This evolution will be enhanced as several undergraduate, postgraduate, and continuing medical education programmes adopt and adapt it to their learners' needs. These programmes, and their evaluation, will provide further information and understanding about what evidence based medicine is and is not.

DAVID L SACKETT
Professor

NHS Research and Development Centre for Evidence Based Medicine,
Oxford Radcliffe NHS Trust,
Oxford OX3 9DU

WILLIAM M C ROSENBERG
Clinical tutor in medicine

Nuffield Department of Clinical Medicine,
University of Oxford,
Oxford

J A MUIR GRAY
Director of research and development

Anglia and Oxford Regional Health Authority,
Milton Keynes

R BRIAN HAYNES
Professor of medicine and clinical epidemiology

McMaster University,
Hamilton, Ontario
Canada

W SCOTT RICHARDSON
Clinical associate professor of medicine

University of Rochester School of Medicine and Dentistry,
Rochester, New York,
USA

1  British Medical Association. Report of the working party on medical education. London: BMA, 1995.
2  Standing Committee on Postgraduate Medical and Dental Education. Creating a better learning environment in hospitals. 1. Teaching hospital doctors and dentists to teach. London: SCOPME, 1994.
3  General Medical Council. Education committee report. London: GMC, 1994.
4  Grahame-Smith D. Evidence based medicine: Socratic dissent. BMJ 1995;310:1126-7.
5  Evidence based medicine; in its place [editorial]. Lancet 1995;346:785.
6  Correspondence. Evidence based medicine. Lancet 1995;346:1171-2.
7  Weatherall DJ. The inhumanity of medicine. BMJ 1994;309;1671-2.
8  House of Commons Health Committee. Priority setting in the NHS: purchasing. First report sessions 1994-95. London: HMSO, 1995. (HC 134-1.)
9  Davidoff F, Haynes B, Sackett D, Smith R. Evidence based medicine: a new journal to help doctors identify the information they need. BMJ 1995;310:1085-6.
10 Sackett DL. Surveys of self-reported reading times of consultants in Oxford, Birmingham, Milton-Keynes, Bristol, Leicester, and Glasgow. In: Rosenberg WMC, Richardson WS, Haynes RB, Sackett DL. Evidence-based medicine. London: Churchill Livingstone (in press).
11 Ellis J, Mulligan I, Rowe J, Sackett DL. Inpatient general medicine is evidence based. Lancet 1995;346:407-10.
12 Bennett RJ, Sackett DL, Haynes RB, Neufeld VR. A controlled trial of teaching critical appraisal of the clinical literature to medical students. JAMA 1987;257:2451-4.
13 Shin JH, Haynes RB, Johnston ME. Effect of problem-based, self-directed undergraduate education on life-long learning. Can Med Assoc J 1993;148:969-76.

For details of the international conference on evidence based medicine to be held in London on Wednesday 24 April 1996, contact the BMA/BMJ Conference Unit, telephone 0171 383 6605, fax 0171 383 6663.

Transgender Health
Volume 5, Number 4, 2020
Mary Ann Liebert, Inc.
DOI: 10.1089/trgh.2020.0006

## ORIGINAL ARTICLE

# Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth

Diane Chen,[1–4,*,†] John F. Strang,[5–9,†] Victoria D. Kolbuck,[1] Stephen M. Rosenthal,[10] Kim Wallen,[11] Deborah P. Waber,[12,13] Laurence Steinberg,[14] Cheryl L. Sisk,[15] Judith Ross,[16,17] Tomas Paus,[18–20] Sven C. Mueller,[21,22] Margaret M. McCarthy,[23] Paul E. Micevych,[24] Carol L. Martin,[25] Baudewijntje P.C. Kreukels,[26] Lauren Kenworthy,[5–9] Megan M. Herting,[27,28] Agneta Herlitz,[29] Ira R.J. Hebold Haraldsen,[30] Ronald Dahl,[31] Eveline A. Crone,[32] Gordon J. Chelune,[33] Sarah M. Burke,[32] Sheri A. Berenbaum,[34,35] Adriene M. Beltz,[36] Julie Bakker,[37] Lise Eliot,[38] Eric Vilain,[39–41] Gregory L. Wallace,[42] Eric E. Nelson,[43,44] and Robert Garofalo[1,4]

[1]Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, Chicago, Illinois, USA.
[2]Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie Children's Hospital of Chicago, Chicago, Illinois, USA.
Departments of [3]Psychiatry & Behavioral Sciences and [4]Pediatrics, Northwestern University Feinberg School of Medicine, Chicago, Illinois, USA.
[5]Division of Neuropsychology, Children's National Medical Center, Washington, District of Columbia, USA.
[6]Center for Neuroscience, Children's Research Institute, Children's National Medical Center, Washington, District of Columbia, USA.
Departments of [7]Pediatrics, [8]Neurology, and [9]Psychiatry, George Washington University School of Medicine, Washington, District of Columbia, USA.
[10]Division of Endocrinology, Benioff Children's Hospital, University of California San Francisco, San Francisco, California, USA.
[11]Department of Psychology, Yerkes National Primate Research Center, Emory University, Atlanta, Georgia, USA.
[12]Department of Psychiatry, Boston Children's Hospital, Boston, Massachusetts, USA.
[13]Department of Psychiatry, Harvard Medical School, Boston, Massachusetts, USA.
[14]Department of Psychology, Temple University, Philadelphia, Pennsylvania, USA.
[15]Department of Psychology, Michigan State University, East Lansing, Michigan, USA.
[16]Nemours duPont Hospital for Children, Wilmington, Delaware, USA.
[17]Department of Pediatrics, Thomas Jefferson University, Philadelphia, Pennsylvania, USA.
[18]Bloorview Research Institute, Holland Bloorview Kids Rehabilitation Hospital, Toronto, Ontario, Canada.
Departments of [19]Psychology and [20]Psychiatry, University of Toronto, Toronto, Ontario, Canada.
[21]Department of Experimental Clinical and Health Psychology, Ghent University, Ghent, Belgium.
[22]Department of Personality, Psychological Assessment and Treatment, University of Deusto, Bilbao, Spain.
[23]Program in Neuroscience, Department of Pharmacology, University of Maryland School of Medicine, Baltimore, Maryland, USA
[24]David Geffen School of Medicine at UCLA, Los Angeles, California, USA.
[25]School of Social and Family Dynamics, Arizona State University, Tempe, Arizona, USA.
[26]Amsterdam UMC, Location VUmc, Department of Medical Psychology and Center of Expertise on Gender Dysphoria, Amsterdam, The Netherlands.
Departments of [27]Preventive Medicine and [28]Pediatrics, University of Southern California, Los Angeles, California, USA.
[29]Section of Psychology, Department of Clinical Neuroscience, Karolinska Institutet, Stockholm, Sweden.
[30]Centre for Cognitive Health in Brain Disease, Oslo University Hospital, Oslo, Norway.
[31]School of Public Health, University of California, Berkeley, Berkeley, California, USA.
[32]Department of Developmental and Educational Psychology, Brain and Development Research Center, Leiden University, Leiden, The Netherlands.
[33]Department of Neurology, University of Utah School of Medicine, Salt Lake City, Utah, USA.
Departments of [34]Psychology and [35]Pediatrics, The Pennsylvania State University, University Park, Pennsylvania, USA.
[36]Department of Psychology, University of Michigan, Ann Arbor, Michigan, USA.
[37]GIGA Neurosciences, Liège University, Liège, Belgium.
[38]Department of Neuroscience, Rosalind Franklin University of Medicine & Science, Chicago, Illinois, USA.
[39]Center for Genetic Medicine Research, Children's National Medical Center, Washington, District of Columbia, USA.
[40]Department of Genomics and Precision Medicine, George Washington University, Washington, District of Columbia, USA.
[41]Epigenetics, Data, & Politics at Centre National de la Recherche Scientifique, Paris, France.
[42]Department of Speech, Language, and Hearing Science, George Washington University, Washington, District of Columbia, USA.
[43]Center for Biobehavioral Health, The Research Institute, Nationwide Children's Hospital, Columbus, Ohio, USA.
[44]Department of Pediatrics, The Ohio State University College of Medicine, Columbus, Ohio, USA.
[†]These two authors are co-first authors.

*Address correspondence to: Diane Chen, PhD, Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, 225 East Chicago Avenue, Box 161B, Chicago, IL 60611-2605, USA, E-mail: dichen@luriechildrens.org

© Diane Chen et al. 2020; Published by Mary Ann Liebert, Inc. This Open Access article is distributed under the terms of the Creative Commons License (http://creativecommons.org/licenses/by/4.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

App.0070

**Abstract**

**Purpose:** Pubertal suppression is standard of care for early pubertal transgender youth to prevent the development of undesired and distressing secondary sex characteristics incongruent with gender identity. Preliminary evidence suggests pubertal suppression improves mental health functioning. Given the widespread changes in brain and cognition that occur during puberty, a critical question is whether this treatment impacts neurodevelopment.

**Methods:** A Delphi consensus procedure engaged 24 international experts in neurodevelopment, gender development, puberty/adolescence, neuroendocrinology, and statistics/psychometrics to identify priority research methodologies to address the empirical question: is pubertal suppression treatment associated with real-world neurocognitive sequelae? Recommended study approaches reaching 80% consensus were included in the consensus parameter.

**Results:** The Delphi procedure identified 160 initial expert recommendations, 44 of which ultimately achieved consensus. Consensus study design elements include the following: a minimum of three measurement time points, pubertal staging at baseline, statistical modeling of sex in analyses, use of analytic approaches that account for heterogeneity, and use of multiple comparison groups to minimize the limitations of any one group. Consensus study comparison groups include untreated transgender youth matched on pubertal stage, cisgender (i.e., gender congruent) youth matched on pubertal stage, and an independent sample from a large-scale youth development database. The consensus domains for assessment includes: mental health, executive function/cognitive control, and social awareness/functioning.

**Conclusion:** An international interdisciplinary team of experts achieved consensus around primary methods and domains for assessing neurodevelopmental effects (i.e., benefits and/or difficulties) of pubertal suppression treatment in transgender youth.

**Keywords:** expert consensus; Delphi; puberty blockers; GnRHa; transgender; adolescents

## Introduction

Standards of care established by the World Professional Association for Transgender Health[1] and the Endocrine Society[2] recommend pubertal suppression for gender dysphoric transgender youth during early puberty (i.e., Tanner stages 2–3).[3,4] Pubertal suppression is achieved through administration of gonadotropin-releasing hormone agonists (GnRHa). When administered in early puberty, GnRHa suppress endogenous sex hormone production and prevent the development of undesired and irreversible secondary sex characteristics, thereby minimizing distress associated with pubertal development incongruent with gender identity.[5] For youth who later decide to initiate estrogen/testosterone (gender-affirming hormones [GAH]) treatment to induce development of the desired secondary sex characteristics, pubertal suppression may minimize the need for more invasive, surgical interventions (e.g., facial and chest surgery). For youth who decide not to pursue GAH treatment, discontinuing GnRHa will reactivate the hypothalamic-pituitary-gonadal axis and endogenous puberty will resume.[6]

Three longitudinal studies have examined psychosocial outcomes in GnRHa-treated transgender youth; two (conducted by the same research group) followed a single cohort over time, immediately before initiating GAH ($N = 70$)[7] and later in early adulthood after surgery for gender affirmation ($N = 55$).[8] The third study compared groups of GnRHa-treated ($n = 35$) and untreated ($n = 36$) youth longitudinally.[9] Findings across these studies include significant reductions in depressive symptoms and improvement in overall psychosocial functioning in GnRHa-treated transgender youth. A fourth cross-sectional study compared adolescents diagnosed with gender dysphoria (GD), who were treated with GnRHa and close to starting GAH treatment ($n = 178$), adolescents newly referred for GD evaluation ($n = 272$), and cisgender adolescents recruited from the general population ($n = 651$) on self-reported internalizing/externalizing problems, self-harm/suicidality, and peer relationships.[10] Before medical treatment, clinic-referred adolescents reported more internalizing problems and self-harm/suicidality and poorer peer relationships compared to age-equivalent peers. GnRHa-treated transgender adolescents had fewer emotional and behavioral problems than clinic-referred, untreated adolescents and had comparable or better psychosocial functioning than same-age

cisgender peers. In addition to studies of youth, the 2015 U.S. Transgender Survey included questions about past gender-affirming medical treatment, including pubertal suppression. These questions were asked retrospectively and linked to reported current and lifetime mental health.[11] Individuals who received pubertal suppression treatment ($n = 89$), when compared to those who wanted pubertal suppression, but did not receive it ($n = 3405$), had lower odds of endorsing lifetime suicidal ideation on the survey. Given these five studies and the presumed reversibility of GnRHa treatment, pubertal suppression is increasingly offered to early pubertal transgender youth. It is important to note that there has been only one longitudinal report of adult outcomes,[8] and questions remain regarding the potential for both positive *and* disruptive effects of pubertal suppression on neurodevelopment.[12–14]

The pubertal and adolescent period is associated with profound neurodevelopment, including trajectories of increasing capacities for abstraction and logical thinking,[15] integrative thinking (e.g., consideration of multiple perspectives),[16,17] and social thinking and competence.[18,19] During this period, there is a developmental shift toward greater exploration and novelty seeking,[20,21] salience of peer perspectives and interactions,[22] and accelerated development of passions/interests and identities.[23] These developments lay the groundwork for adult functioning.[18,24] At the level of the brain, several primary neurodevelopmental processes unfold during adolescence, including myelin development[25] and changes in neural connectivity[26]; synaptic pruning[27] and gray matter maturation[28,29]; changes in functional connectivity[30]; and maturation of the prefrontal cortex[31] and the "social brain" network.[19] Adolescent neurodevelopmental processes underlie mental health risks, resilience, and outcomes.[32,33]

Considerable research has addressed the effects of puberty-related hormones on neurodevelopment, including hormone manipulation studies in nonhuman animals and observational studies in humans. Animal studies demonstrate pubertal hormones exert broad neuronal influence, including effects on neurogenesis, differentiation, apoptosis, dendritic branching, spine density, and regional gray and white matter volumes.[30,34] Androgen and estrogen receptors are found in high density within the hypothalamus and amygdala, and are also present in the hippocampus, midbrain, cerebellum, and cerebral cortex of the rodent and monkey.[35–37] This widespread receptor distribution in rodents may explain the diverse effects of pubertal hormones on both reproductive and nonreproductive behaviors, including anxiety, scent-marking, and food guarding.[34] In human studies, pubertal progression has been linked to developmental changes in reward,[38] social,[39] and emotional processing[40] as well as cognitive/emotional control.[41] However, consensus regarding pubertal impacts at the neural level—such as puberty-associated changes observed in magnetic resonance imaging (MRI) measures—has been more difficult to achieve.[42] Distinct puberty-related neurodevelopmental trajectories have been differentiated by sex.[43]

The combination of animal neurobehavioral research and human behavior studies supports the notion that puberty may be a *sensitive* period for brain organization:[44–46] that is, a limited phase when developing neural connections are uniquely shaped by hormonal and experiential factors, with potentially lifelong consequences for cognitive and emotional health. Studies have linked early life adversity to early puberty onset[47] and early puberty onset to poorer mental health.[48] There is also some evidence to suggest that delayed puberty onset predicts slightly poorer adult functional outcomes.[49] Taken as a whole, the existing knowledge about puberty and the brain raises the possibility that suppressing sex hormone production during this period could alter neurodevelopment in complex ways—not all of which may be beneficial.

Two small studies have assessed impacts of pubertal suppression on neural and cognitive functioning in peripubertal transgender youth. Staphorsius et al. compared brain and behavioral responses of GnRHa-treated (8 transgender girls [birth-assigned male] and 12 transgender boys [birth-assigned female]) and untreated transgender youth (10 of each sex) during an executive function task.[50] No group differences were found in task load-related brain activation; GnRHa-treated transgender girls demonstrated poorer performance compared with untreated transgender boys and cisgender controls. Schneider et al. evaluated a single pubertal transgender girl undergoing GnRHa with MRI scans of white matter and cognitive assessments at baseline (before GnRHa initiation) and at 22 and 28 months of pubertal suppression treatment.[51] During follow-up, white matter fractional anisotropy (i.e., a measure of axonal diameter, fiber coherence, and myelination) did not increase in the manner otherwise expected during puberty. By 22 months of pubertal suppression treatment, working memory scores dropped by more than half a standard deviation.

Larger-scale, longitudinal studies are required to understand possible neurodevelopmental impacts of pubertal suppression over time in transgender youth. Suppressing puberty may reduce dysphoria and diminish risks for poor mental health in this population, thereby exerting neuroprotective effects. If pubertal suppression disrupts aspects of neurodevelopment, it is possible these effects are temporary, with youth "catching up" developmentally after transitioning to GAH treatment or discontinuing GnRHa. However, pubertal suppression may prevent key aspects of development during a sensitive period of brain organization. Neurodevelopmental impacts might emerge over time, akin to the "late effects" cognitive findings associated with certain oncology treatments.[52] In sum, GnRHa treatment might produce a myriad of *varied* impacts, both positive and disruptive.

The goal of this study was to develop a framework in which these questions could be asked, and ultimately answered. We identify priority research methodologies that can be used to address the empirical question of how pubertal suppression in transgender youth may affect neurodevelopment and real-world functioning. Given the complexity of neural development during the pubertal period and the novelty of developmental research with transgender youth, this study employed a Delphi consensus method to leverage international expertise in neurodevelopment, gender development, puberty/adolescence, neuroendocrinology, and statistics/psychometrics. By engaging a community of experts in an iterative consensus-building procedure, this study aimed to advance thinking about efficacious designs by moving beyond individual research efforts and single-discipline approaches.

## Methods

The Delphi procedure is a reliable iterative research method for establishing expert agreement,[53,54] and has been used extensively to address health-related questions, particularly in emerging fields of clinical care.[55-57] In the first round of a two-round Delphi procedure, a key question is presented to experts, who remain anonymous to one another throughout the Delphi process. Each expert provides responses/solutions to the question, which are then combined and organized by the study team. In the Delphi round two, experts rate each proposed statement/solution according to the level of agreement. Responses reaching the *a priori* consensus criterion are included as consensus statements. Given its anonymous iterative

nature, the Delphi method avoids problems of typical expert work groups (e.g., adhering to the perspectives of more senior workgroup experts, inflexibly defending ideas) and allows for interaction among larger groups of experts from diverse locations and disciplines through asynchronous communication.[58-60]

We employed a two-round Delphi procedure to obtain expert consensus regarding the most efficacious research design elements to address the following research question: *What, if any, real-world impact does pubertal suppression have on transgender children's cognitive and neural development?* International experts in relevant research fields were identified and invited as follows:

1. An independent advisory panel consisting of five experts across key disciplines (see Acknowledgments section) was formed to identify international experts who, based on knowledge and experience, could best propose a research design to assess neurodevelopmental impacts of pubertal suppression in transgender youth.

2. Thirty-two recommended experts were vetted for their expertise; all met required criteria (i.e., a minimum of 10 first-author publications in relevant fields).

3. These experts were invited to participate in the Delphi procedure and were informed they would be invited to consider being a co-author of the resulting article. Twenty-eight experts responded: 20 agreed to participate, 4 declined due to lack of time, and 4 declined due to self-reported lack of expertise in this research area. Snowball sampling identified an additional 16 recommended experts, who were vetted (as described above) for their experience. Eight met criteria and were invited. Five of these experts participated, yielding a total of 25 experts agreeing to participate, 24 of whom completed the Delphi process. See Table 1 for academic institution locations and areas of expertise represented in the expert panel.

The Ann & Robert H. Lurie Children's Hospital of Chicago Institutional Review Board found that an expert Delphi consensus initiative did not require informed consent since the experts were direct partners in the research product. The first round of Delphi survey was distributed through the REDCap online survey platform and presented an overview of the research question with the following prompt for

**Table 1. Institutional Representation and Self-Reported Areas of Expertise**

|  | n |
|---|---|
| Location of academic institution |  |
| United States | 16 |
| The Netherlands | 3 |
| Belgium | 2 |
| Canada | 1 |
| Norway | 1 |
| Sweden | 1 |
| Self-endorsed areas of expertise[a] |  |
| Brain development | 13 |
| Adolescent development | 12 |
| Neuroendocrinology | 11 |
| Neuroimaging | 11 |
| Neuropsychology | 8 |
| Cognitive development | 7 |
| Developmental assessment | 4 |
| Expert in GnRHa | 2 |
| Other (write in) | 4 |
| Developmental social neuroscience | 1 |
| Transgender health | 1 |
| Genetics of sex chromosomes | 1 |
| Gender development | 1 |

[a]Experts endorsed as many areas of expertise as applicable.
GnRHa, gonadotropin-releasing hormone agonists.

respondents: "What methods and tools should we use to identify clinically meaningful neurodevelopmental impacts of pubertal suppression? What type of longitudinal design and follow-ups are both practical and appropriate? What comparison groups might we consider?" This initial process yielded 131 distinct research design considerations; multiple descriptions of the same concept were collapsed into single statements. In the second Delphi round, each first-round research design consideration was presented back to the experts and rated as follows: a priority idea/approach or not a priority idea/approach. Experts could also select, "cannot rate due to lack of expertise." The first Delphi round also yielded lists of potential comparison groups and assessment domains (29 items). In the second Delphi round, participants were asked to rank order these items according to priority. For the priority rankings of comparison groups, the top-rated comparison group by each expert was given a value of 2 and the second rated comparison group was given a value of 1. A mean was calculated for each comparison group option based on these values and these mean scores were used to identify the overall priority rankings. For the list of priority domains to measure, a parallel approach was taken with the top 6 domains ranked by each expert.

All experts participated in the second Delphi round. Twenty-two of the Delphi experts participated in the construction of the resulting article and are co-authors listed in reverse alphabetical order by last name (authors 5–26). The Results section contains the exact statements endorsed as a "priority" approach by 80% or more of the Delphi panel.

## Results

Four of the 131 individually presented statements were excluded from analyses because fewer than 15 experts rated them. Of the remaining 127 statements, 44 met the 80% or higher criterion for consensus and inclusion (see Table 2 for endorsement rates by statement). The average endorsement rate of included statements was 89.4%.

### Consensus parameter

Study design considerations. A multicenter design with more than a single clinic will be necessary to recruit a sufficient sample size, as the effect size will likely be small. Meaningful effect sizes must be determined to ensure sufficient recruitment to power multiple expected comparisons accounting for attrition in a longitudinal design. Three time points of measurement are the absolute minimum. It will be necessary to manage the effects of repeated testing with a particular focus on minimizing the practice effects of a longitudinal design with multiple time points. For cognitive assessments, standardized batteries should be employed as: (1) there may be a larger database of norms available that the cohort could be compared to, in addition to a local comparison (control) group(s), (2) general composite scores within test batteries tend to provide more reliable and stable scores than individual tests, and (3) tasks within a category may be swapped in case of worries for learning effects. In any study of cognitive change based on serial assessments, reliability of measures is paramount (the consensus in the field is that tests should have a minimum test-retest reliability of $> 0.70$). It may be pragmatic to use measures and methods from large representative studies, such as the Adolescent Brain Cognitive Development (ABCD) Study.

All processes being studied (e.g., gender identity, mental health, neural structure, and function) display considerable heterogeneity, and methods that fail to capture this will provide distorted findings and lead to biased clinical recommendations. Analyses based on group means (e.g., regression or ANOVAs) are unlikely to generalize to all individuals being treated. Therefore, it is necessary to collect enough data per person to characterize individual trajectories of change over time.

**Table 2. Consensus Priority Recommendations Ordered by Consensus Ratings Within Categories**

**Study design considerations**

| | | |
|---|---|---|
| 1 | It would be helpful to follow these youth through and beyond initiation of cross-sex hormone treatment. Some aspects of human adolescent brain development are more related to pubertal hormone status than age *per se*, and to the extent that pubertal suppression may also put some features of brain development on hold; it would be good to know whether these features "catch up" once cross-sex hormone treatment has begun or whether a sensitive window for hormone-dependent brain development has closed. | 22/22 |
| 2 | Follow cohort after GnRHa treatment ends—collect data after the youth transition to GAH (when they complete their GnRHa treatment). | 22/23 |
| 3 | Any neurocognitive effect of GnRHa pubertal suppression may be complicated by the psychosocial and affective aspects of the transgender experience. This means that you would have to include multivariate models of both cognitive and psychosocial functioning. | 22/23 |
| 4 | Need to determine meaningful effect sizes and ensure sufficient statistical power for multiple expected comparisons with attrition. | 21/22 |
| 5 | Across the course of the study, three assessment points is the absolute minimum. | 20/21 |
| 6 | Need to use a multicenter design (not just one clinic). | 21/23 |
| 7 | Effects of GnRHa may not appear for several years. Any difference in brain structure due to GnRHa is likely to be seen over time (long term), rather than immediately. | 20/22 |
| 8 | Social and affective learning process may be affected by pausing puberty. These social and affective learning processes might cause subtle short-term differences that could ultimately cause clinically impactful and meaningful longer-term effects. | 17/19 |
| 9 | Of particular interest would be to also monitor the impact of hormonal therapy. One could then ask, "Does the trajectory change in response to cross-sex hormonal therapy or do they stay on the same trajectory as when they were on GnRHa?" | 16/18 |
| 10 | Assess target and comparison groups before puberty. | 20/23 |
| 11 | Need to manage the effects of repeated testing (i.e., minimize the practice effect of a longitudinal design with multiple time points). | 19/22 |
| 12 | The effect size will likely be small—therefore, you would need a large sample size. | 19/23 |
| 13 | The research design will need to account for the differences between youth who are assumed male versus assumed female as biological sex is differentially related to rate and pattern of cognitive development, connectome distinctiveness, and timing of peak brain volume. | 19/23 |
| 14 | All processes being studied (e.g., gender identity, mental health, and neural structure and function) display huge amounts of heterogeneity, and research methods that fail to capture this will provide distorted findings and lead to biased clinical recommendations. Analyses based on mean levels of these processes are unlikely to generalize to all individuals being treated (e.g., regressions or ANOVAs that compare groups with a slew of covariates). It is, therefore, necessary that enough data are collected per person to capture personalized trajectories of change across time. And the data need to be modeled in ways that reflect the heterogeneity of individual characteristics and trajectories. | 18/22 |

**Comparison groups and recruitment**

| | | |
|---|---|---|
| 15 | At least one control group should be cisgender participants as this area of research (i.e., hormones and the adolescent brain) is still rather new and more data are needed on all youth during this stage. | 20/22 |
| 16 | Critical to match the groups carefully to allow for evaluation of the effects of repeated testing (practice effects). | 20/22 |
| 17 | Comparison groups should be matched for pubertal stage. | 19/21 |
| 18 | Recruit all gender dysphoric youth across the pubertal age range, including those who are treated with GnRHa and those who are not. | 18/21 |
| 19 | This is not dissimilar from issues of discerning differences in cognitive trajectories in normal aging versus neurodegenerative disorders. The basic question involves cognitive growth curves among cisgender and transgender children overtime. There have been large-scale large-sample studies that have produced trajectories of brain development during the pre-pubertal, pubertal, and adolescent periods that could treated like a "brain growth curve." | 15/18 |
| 20 | Need more than one comparison group to minimize the limitations of any one comparison group (no single comparison group is ideal). | 18/22 |

**Pubertal staging/measurement**

| | | |
|---|---|---|
| 21 | Measure gonadal hormone levels. | 23/23 |
| 22 | Collect information on menstrual cycle and contraceptive use for female adolescents involved in the study. | 23/23 |
| 23 | Measure Tanner staging (i.e., secondary sex characteristics). | 21/23 |
| 24 | Measure height/weight. | 18/22 |

**Domains to measure**

| | | |
|---|---|---|
| 25 | Use white matter microstructure scans (diffusion tensor imaging)—and use a longitudinal imaging pipeline (which exists) for processing these data with scientific rigor. | 15/15 |
| 26 | A pragmatic methodological implication is to consider: (1) not only relying solely on measures of performance and behavior but also measures of learning and motivation, and (2) not only relying solely on measures of cognitive capacities but also on social, affective, and value-based learning processes. | 19/20 |
| 27 | If MRI is included, consider imaging approaches focused on the following domains: social-emotional processing, executive functioning, risk and reward processing, and self-concept. | 20/22 |
| 28 | Studies in laboratory rodents show that testosterone, acting during puberty, programs the ability to adapt behavior as a function of social experience—therefore, include instruments that evaluate social proficiency. | 19/21 |
| 29 | Use diffusion tensor imaging to analyze white matter at the microstructural level. | 17/19 |

*(continued)*

App.0075

**Table 2. (Continued)**

| Study design considerations | | |
|---|---|---|
| 30 | Studies in laboratory rodents show that ovarian hormones, acting during puberty, program cognitive flexibility by exerting long-lasting effects on excitatory-inhibitory balance in prefrontal cortex—so include instruments that evaluate behavioral flexibility. | 18/21 |
| 31 | Examine white matter development, which is important for processing speed. | 17/20 |
| 32 | Important to measure emotional functioning because it is bidirectionally related to executive functioning. | 16/19 |
| 33 | Look at white matter characteristics since they seem to develop during puberty under the influence of sex hormones. | 15/18 |
| 34 | One cannot study everything or study everything well. It will be critical to identify the priorities in such a study, as there is a danger of doing too much here. Consider the outcomes that matter most and the hypothesized mediating mechanisms. Focus on the outcomes of interest. | 19/23 |
| 35 | There is no clear evidence that progressing through puberty later than peers is associated with delayed maturation of abstract reasoning, executive function, and social capacities. | 18/22 |
| 36 | Use structural MRI (T1/T2)—and use a longitudinal imaging pipeline (which exists)—for processing these data with scientific rigor. | 13/16 |
| 37 | There is an emerging shift in thinking about the increase in reward sensitivity and sensation-seeking during puberty as related to social value learning. Dopamine release is not primarily a "reward" signal, but rather a learning signal (e.g., prediction error signal)—the natural increased salience of social learning (status, prestige, being admired, respected, liked, etc.) These pubertal changes may have small effects on immediate behavior, yet that could contribute to changes in patterns of behavior over time, which could lead to large individual differences in developmental trajectories for people, such as if they had blocked puberty. | 13/16 |
| Measurement approaches | | |
| 38 | In any study of cognitive change based on serial assessments, reliability of the measure is paramount. The consensus in the field is that tests should have a minimum test-retest reliability of >0.70. | 20/20 |
| 39 | Behavioral measurements should include standardized measures appropriate for repeated assessment with high test-retest reliability. | 21/22 |
| 40 | Match acquisition parameters between imaging sites. | 17/18 |
| 41 | Consider implementing measures and methods from large representative protocols, such as the ABCD. | 17/18 |
| 42 | Neuroimaging should parallel the behavioral study—neural measures should be linked to neurocognitive and behavioral measures. | 19/22 |
| 43 | For cognitive assessment, use a standardized battery for two reasons: (1) there might be a larger database of norms available that the cohort could be compared to, in addition to the likely to be small comparison ("control") group, and (2) tasks within a category may be swapped in case of worries for learning effects. | 18/21 |
| 44 | Use "test batteries" that provide a general composite score as well as specific composites. By virtue of being composites, scores tend to be more reliable and stable than individual test scores. | 17/20 |

The proportion represents the number of experts endorsing an item as a "priority" out of the total number of experts who rated the item as "priority" or "not priority." The denominator represents the number of experts rating an item as a "priority" or "not priority" (as opposed to "cannot rate due to lack of expertise" or skipping the item).

ABCD, Adolescent Brain Cognitive Development Study; GAH, gender-affirming hormones; MRI, magnetic resonance imaging.

Any GnRHa-induced neurocognitive effect may be complicated by psychosocial and affective aspects of the transgender experience. Therefore, multivariate models of both cognitive and psychosocial functioning should be included. Accounting for differences between birth-assigned male youth versus birth-assigned female youth is important, as sex is differentially related to the rate and pattern of cognitive development, connectome distinctiveness, and timing of peak brain volume. Assessments should begin before puberty in both treatment and comparison groups. The effects of pubertal suppression may not appear for several years. Any GnRHa-related difference in brain structure is likely to be observed over the long term, rather than immediately. Shifts in social and affective learning processes might cause subtle short-term differences that could ultimately result in clinically impactful longer-term effects. Therefore, studies should follow GnRHa-treated youth over time, including the time period after GnRHa treatment ends and/or when GAH commence. Some aspects of human adolescent brain development are more related to pubertal hormone status than age *per se*. To the extent that pubertal suppression may also put some features of brain development on hold, it is critical to know whether these features "catch up" (either once GAH treatment is initiated or if the adolescent elects to stop GnRHa and resume endogenous puberty), or whether a sensitive window for hormone-dependent brain development has closed. One way to measure this is to assess whether neurodevelopment shifts in response to initiating GAH following pubertal suppression: Do GnRHa-treated youth stay on the same neurodevelopmental trajectory as when puberty was suspended or does this trajectory change?

**Comparison groups.** To assess neurodevelopmental trajectories associated with GnRHa treatment, more than one comparison group is needed to minimize the limitations of any one comparison group. No single comparison group is ideal for this study question.

App.0076

A rank order of possible comparison groups is provided in Table 3. Groups should also be well matched, given the effects of a repeated testing design (e.g., practice effects). Matching for pubertal/developmental stage will be critical, including Tanner staging, gonadal hormone levels, height and weight, and, among youth assigned female at birth, menstrual cycle and contraceptive use. A primary comparison should be between GnRHa-treated transgender youth and untreated transgender youth, but it will also be important to include comparisons with cisgender samples as research on hormones and the adolescent brain is still novel and emerging and more data are needed on all youth during this developmental period. One way to accomplish the latter is to employ existing large-scale databases from studies of brain development during the pre-pubertal, pubertal, and later-adolescent periods, treating them as brain growth curves for comparisons. This approach is similar to the differentiation of cognitive trajectories in normal aging versus neurodegenerative disorders. The basic research question involves comparing cognitive growth curves over time.

**Domains to assess.** It will be critical to prioritize assessment domains based on hypothesized mediating mechanisms, with the most important domains to

measure as follows: mental/behavioral health, pubertal stage, executive function/control, gender identity/dysphoria, and social awareness/functioning. See Table 4 for a complete list of ranked domains. Although we (the Delphi experts) identify executive function/control and social functioning as key domains to measure, it is important to note that there is no clear evidence that progressing through puberty later than peers is associated with delayed maturation of abstract reasoning, executive function, and social capacities. Executive function and emotional functioning are bidirectionally related, and for this reason, the two should be integrated in models/analyses. In addition, cognitive/behavioral flexibility, a component of executive functioning, should be measured, given that studies in rodents show ovarian hormones, acting during puberty, program cognitive flexibility by exerting long-lasting effects on excitatory-inhibitory balance in the prefrontal cortex.[61] Studies in rodents also demonstrate that testosterone, acting during puberty, programs the ability to adapt behavior as a function of social experience.[34] Measurement approaches should extend beyond cognitive capacities alone, embedding social, affective, and value-based learning processes. There is an emerging shift in thinking about increases in reward sensitivity

**Table 3. Rank Order of Priority Comparison Groups**

| Rank order of priority | Comparison group |
|---|---|
| 1 | Transgender youth who do not take GnRHa matched on pubertal status at the beginning of the study |
| 2 | Cisgender typically developing adolescents matched on pubertal status at the beginning of the study |
| 3 | Use a standardized battery and/or a large existing database of norms to compare to (in addition to a smaller comparison group) |
| 4 | Transgender youth who commence GnRHa treatment earlier compared to later in puberty |
| 5 | Siblings of transgender youth enrolling in the study (to serve as genetic and shared environmental controls) |
| 6 | Mixed clinical group of adolescents presenting for MH assessment/treatment in an outpatient setting matched on pubertal status |
| 7[a] | Peers with mood disorders (to control for the overoccurrence of mental health distress in transgender youth) matched on pubertal status |
| 7[a] | Youth with precocious puberty who are given GnRHa to delay puberty |

This priority sequence was based on participants' top 2 ranked comparison groups, where the top rated comparison group was given a value of 2 and the second rated comparison group was given a value of 1. A mean score was derived for each comparison group based on participants' ratings and ordered from highest to lowest.
[a]Comparison groups received the same mean score in the ranking.

**Table 4. Rank Order of Priority Domains of Characterization and Assessment**

| Rank order of priority | Domains of characterization and assessment |
|---|---|
| 1 | Mental/behavioral health (including suicidality/hopelessness) |
| 2 | Pubertal stage/development (Tanner staging/hormone levels) |
| 3 | Executive function/control and attention |
| 4 | Gender identity/dysphoria |
| 5 | Social awareness/functioning |
| 6 | Quality of life |
| 7 | Brain/functional connectivity |
| 8 | Brain structure/volume |
| 9 | Emotional awareness/functioning |
| 10 | Physical health symptoms and outcomes (especially in adulthood) |
| 11 | Adaptive/independence skills |
| 12 | General cognitive functioning (IQ) |
| 13 | Sensation seeking, risk taking, reward sensitivity, and motivation |
| 14 | Genetics (i.e., possible impacts of GnRHa on DNA and RNA expression) |
| 15 | Academic functioning |
| 16 | Processing speed |
| 17 | Memory systems |

This priority sequence was based on participants' top 6 ranked domains to measure, where the top rated domain was given a value of 6 and the second rated comparison group was given a value of 5, and so on. A mean score was derived for each domain based on participants' ratings and ordered from highest to lowest.

and sensation-seeking during puberty as related to social-value learning.[18] Dopamine release is not primarily a "reward" signal, but rather a learning signal (e.g., prediction error signal)—the natural increased salience of social learning (e.g., status and prestige, being admired, respected, and liked). The effects of suspending puberty on the salience of social-value learning might produce small near-term effects, but could contribute to changes in patterns of behavior over time, leading to large individual differences in developmental trajectories for GnRHa-treated youth.

If neuroimaging is included, imaging approaches should focus on the following domains: social/emotional processing, executive functioning, risk and reward processing, and self-concept. Neuroimaging should parallel behavioral assessment. Neural measures should be linked to neurocognitive and behavioral measures. Acquisition parameters should be matched between imaging sites. Investigation of white matter development is important as myelination progresses during puberty, likely under the influence of sex hormones,[62] and is related to cognitive processing speed. Both structural MRI and diffusion tensor imaging approaches should be used for white matter imaging and analyzed using a longitudinal imaging pipeline for processing these data with scientific rigor.

## Discussion

Puberty suppression has become an increasingly available option for transgender youth, and its benefits have been noted, particularly in the area of mental health. However, puberty is a major developmental process and the full consequences (both beneficial and adverse) of suppressing endogenous puberty are not yet understood. The experts who participated in this procedure believe the effects of pubertal suppression warrant further study, and this Delphi consensus process develops a framework from which future research endeavors can be built.

Expert consensus emphasized a minimum of three measurement time points, inclusion of multiple comparison groups to minimize the limitations of any one group, precision pubertal staging at baseline, accounting for sex in design and analysis, and the use of designs that capture heterogeneity in processes being studied. Focus on longer-term trajectories and outcomes was emphasized, given that effects of pubertal suppression on various processes may not be evident in the near term, and responses to delayed receipt of gonadal hormones may not be comparable to initial

potentially organizing effects. Experts also highlighted that accounting for the psychosocial aspects of the transgender experience itself on development will require models that integrate both cognitive and psychosocial functioning. The highest endorsed measurement priorities were mental and behavioral health, executive function/cognitive control, and social awareness/functioning. The importance of interrelations between domains that mature during puberty/adolescence was also emphasized, including bidirectional relationships between cognitive and emotional control and links between reward sensitivity and social value learning. Regarding neuroimaging, experts stressed the importance of linking neural signatures to cognitive and behavioral measures, with attention to white matter development. Notably, while there was consensus in this approach to neuroimaging, there were divergent views as to whether a neuroimaging protocol should be prioritized in a study with limited resources. Some experts noted that insufficient work has been done on neural development during puberty in general and expending resources on an expensive neuroimaging protocol for this subset of youth may be premature, while others felt that defining underlying brain mechanisms by neuroimaging was important. Furthermore, at the final review of the article, four co-authors noted a concern with this specific Delphi consensus recommendation: "Accounting for differences between birth-assigned male youth versus birth-assigned female youth is important, as sex is differentially related to the rate and pattern of cognitive development, connectome distinctiveness, and timing of peak brain volume." The four authors felt that instead of "peak brain volume," a more appropriate measurement concept might be that of "structural brain metrics" (e.g., thickness and regional volumes).

Twelve different comparison groups were proposed in the first round of the Delphi and 8 of the 12 groups were rated as either first or second priority by at least 1 expert in the second Delphi round. This heterogeneity underscores the complexity of selecting comparison groups for this research and lends support to the experts' recommendation to engage more than one comparison group. The highest rated comparison groups were untreated transgender youth matched on pubertal stage, cisgender youth matched on pubertal stage, and a sample from a large-scale quasi-normative database (e.g., from the ABCD study) used as a "brain growth curve." These comparison groups are not without weaknesses. Untreated transgender youth may differ in their

intensity or experience of GD, level of parent support (e.g., are the parents against GnRHa treatment?), and socioeconomic status of the family and access to treatment (e.g., insurance coverage). A cisgender comparison group would lack gender-minority experience and associated stress.

Some statements approached, but did not reach consensus. For example, many experts suggested continuing assessments of transgender youth through young adulthood (mid-20s) when prefrontal development is near completion. Assessing adaptive functioning (everyday skills) over time due to the bidirectional link between executive functioning and adaptive behaviors was also often endorsed.

Not all relevant study considerations were raised by the Delphi panel. Neurodevelopmental impacts of pubertal suppression in transgender youth with neurodevelopmental differences/diagnoses (e.g., attention deficit/hyperactivity disorder and autism spectrum disorder) were not specifically addressed by the experts. Yet, evidence suggests an overoccurrence of neurodiversity characteristics (especially related to autism) among gender-referred youth.[55,63–66] The neurodevelopmental impacts of pubertal suppression on neurodiverse gender-diverse youth might well be different than in neurotypical gender-diverse youth, given variations in neurodevelopmental trajectories observed across neurodevelopmental conditions.[67–69]

This study included experts from a range of relevant disciplines—a strength and also a possible limitation. The varied disciplines allowed for a broader range of ideas and perspectives, but some specialized recommendations might not have been sufficiently understood by Delphi experts from other disciplines. It is possible that some useful recommendations were lost in the process because few experts had backgrounds relevant to them. In fact, four recommendations were dropped from consideration because more than nine experts indicated they could not rate the item or skipped the item. These four items included topics related to advanced growth curve modeling, impact of GnRHa on immune system functioning, multifactorial relationships between GD and neurodevelopment, and challenges associated with using alternative forms of measures in longitudinal designs. The Delphi team included experts across the fields of neuroscience, neurodevelopment, developmental measurement, and gender development; however, most were not specialized in clinical transgender care *per se*. This reflects the dearth of transgender care clinicians/specialists with research productivity in ado-

lescent neurodevelopment. Thus, the experts could comment with authority on neurodevelopment, including gender development/dysphoria aspects of study design, but the real-world clinical care considerations may well be underdeveloped in the proposed research design. For example, the everyday lived experience of transgender youth seeking gender-affirming medical care would be unfamiliar to most neurodevelopmental researchers. After the Delphi procedure was completed, one panelist commented that pubertal hormones might play a role in organizing neurodevelopmental gender-related trajectories, including identity itself, which would be important to consider for a developmental study of gender diverse youth.

Despite these limitations, an international expert team successfully completed an iterative Delphi procedure achieving consensus around priority research design elements to study neurodevelopmental impacts of pubertal suppression in transgender youth. The resulting consensus parameter addresses broad design issues, including comparison groups, longitudinal design, neurodevelopmental targets for assessment, and measurement approaches. While it may not be possible to incorporate all consensus methodologies into a single study, this parameter may serve as a roadmap for a range of research initiatives investigating pubertal suppression treatment in transgender youth.

### Acknowledgments

The advisory board was led by pediatric endocrinologist, Stephen Rosenthal, MD, and also included pediatric neuropsychologist, Gerard Gioia, PhD; gender-specialized neuroscientist, Lise Eliot, PhD; gender-specialized geneticist, Eric Vilain, MD, PhD; and developmental neuroscientist, Gregory E. Wallace, PhD. We would also like to recognize the contributions of Arthur P. Arnold, PhD, and Nicholas Allen, PhD, as experts on the Delphi panel.

### Author Disclosure Statement

No competing financial interests exist.

### Funding Information

This work was supported by a grant from the Ann & Robert H. Lurie Children's Hospital of Chicago Foundation funded by a grateful family that has chosen to remain anonymous. Study sponsors had no role in (1) study design, (2) collection, analysis, and interpretation of data, (3) writing of the report, or (4) the decision to submit the article for publication.

## References

1. Coleman E, Bockting W, Botzer M, al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, Version 7. Int J Transgend. 2012;13:165–232.

2. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017;102:3869–3903.

3. Marshall WA, Tanner JM. Variations in the pattern of pubertal changes in boys. Arch Dis Child. 1970;45:13–23.

4. Marshall WA, Tanner JM. Variations in pattern of pubertal changes in girls. Arch Dis Child. 1969;44:291–303.

5. Kreukels BP, Cohen-Kettenis PT. Puberty suppression in gender identity disorder: the Amsterdam experience. Nat Rev Endocrinol. 2011;7:466–472.

6. de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex. 2012;59:301–320.

7. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8:2276–2283.

8. de Vries AL, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134:696–704.

9. Costa R, Dunsford M, Skagerberg E, et al. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med. 2015;12:2206–2214.

10. van der Miesen AIR, Steensma TD, de Vries AL, et al. Psychological functioing in transgender adolescents before and after gender affirmative care compared to cisgender gender population peers. J Adolesc Health 2020. [Epub ahead of print]; DOI: 10.1016/j.jadohealth.2019.12.018.

11. Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics. 2020;145:e20191725.

12. Costa R, Carmichael P, Colizzi M. To treat or not to treat: puberty suppression in childhood-onset gender dysphoria. Nat Rev Urol. 2016;13:456.

13. Vrouenraets LJJJ, Fredriks AM, Hannema SE, et al. Early medical treatment of children and adolescents with gender dysphoria: an empirical ethical study. J Adolesc Health. 2015;57:367–373.

14. Sadjadi S. The endocrinologist's office-puberty suppression: saving children from a natural disaster? J Med Humanit. 2013;34:255–260.

15. Dumontheil I. Development of abstract thinking during childhood and adolescence: the role of rostrolateral prefrontal cortex. Dev Cogn Neurosci. 2014;10:57–76.

16. Choudhury S, Blakemore SJ, Charman T. Social cognitive development during adolescence. Soc Cogn Affect Neurosci. 2006;1:165–174.

17. van den Bos W, van Dijk E, Westenberg M, et al. Changing brains, changing perspectives: the neurocognitive development of reciprocity. Psychol Sci. 2011;22:60–70.

18. Crone EA, Dahl RE. Understanding adolescence as a period of social-affective engagement and goal flexibility. Nat Rev Neurosci. 2012;13:636–650.

19. Kilford EJ, Garrett E, Blakemore SJ. The development of social cognition in adolescence: an integrated perspective. Neurosci Biobehav Rev. 2016;70:106–120.

20. Somerville LH, Sasse SF, Garrad MC, et al. Charting the expansion of strategic exploratory behavior during adolescence. J Exp Psychol Gen. 2017;146:155–164.

21. Steinberg L. Risk taking in adolescence: what changes, and why? Ann N Y Acad Sci. 2004;1021:51–58.

22. Albert D, Chein J, Steinberg L. Peer influences on adolescent decision making. Curr Dir Psychol Sci. 2013;22:114–120.

23. Dahl RE. Adolescent brain development: a period of vulnerabilities and opportunities. Keynote address. Ann N Y Acad Sci. 2004;1021:1–22.

24. McCormick EM, Telzer EH. Adaptive adolescent flexibility: neurodevelopment of decision-making and learning in a risky context. J Cogn Neurosci. 2017;29:413–423.

25. Paus T, Zijdenbos A, Worsley K, et al. Structural maturation of neural pathways in children and adolescents: in vivo study. Science. 1999;283:1908–1911.

26. Kolskar KK, Alnaes D, Kaufmann T, et al. Key brain network nodes show differential cognitive relevance and developmental trajectories during childhood and adolescence. eNeuro. 2018;5. DOI: 10.1523/ENEURO.0092-18.2018.

27. Selemon LD. A role for synaptic plasticity in the adolescent development of executive function. Transl Psychiatry. 2013;3:e238.

28. Gennatas ED, Avants BB, Wolf DH, et al. Age-related effects and sex differences in gray matter density, volume, mass, and cortical thickness from childhood to young adulthood. J Neurosci. 2017;37:5065–5073.

29. Wong AP, French L, Leonard G, et al. Inter-regional variations in gene expression and age-related cortical thinning in the adolescent brain. Cereb Cortex. 2018;28:1272–1281.

30. Goddings AL, Beltz A, Peper JS, et al. Understanding the role of puberty in structural and functional development of the adolescent brain. J Res Adolesc. 2019;29:32–53.

31. Crone EA, Steinbeis N. Neural perspectives on cognitive control development during childhood and adolescence. Trends Cogn Sci. 2017;21:205–215.

32. Paus T, Keshavan M, Giedd JN. Why do many psychiatric disorders emerge during adolescence? Nat Rev Neurosci. 2008;9:947–957.

33. Steinberg L. Cognitive and affective development in adolescence. Trends Cogn Sci. 2005;9:69–74.

34. Schulz KM, Sisk CL. Pubertal hormones, the adolescent brain, and the maturation of social behaviors: lessons from the Syrian hamster. Mol Cell Endocrinol. 2006;254:120–126.

35. Simerly RB, Chang C, Muramatsu M, Swanson LW. Distribution of androgen and estrogen receptor mRNA-containing cells in the rat brain: an in situ hybridization study. J Comp Neurol. 1990;294:76–95.

36. Shughrue PJ, Lane MV, Merchenthaler I. Comparative distribution of estrogen receptor-alpha and -beta mRNA in the rat central nervous system. J Comp Neurol. 1997;388:507–525.

37. Clark AS, MacLusky NJ, Goldman-Rakic PS. Androgen binding and metabolism in the cerebral cortex of the developing rhesus monkey. Endocrinology. 1988;123:932–940.

38. Braams BR, van Duijvenvoorde AC, Peper JS, Crone EA. Longitudinal changes in adolescent risk-taking: a comprehensive study of neural responses to rewards, pubertal development, and risk-taking behavior. J Neurosci. 2015;35:7226–7238.

39. Pfeifer JH, Kahn LE, Merchant JS, et al. Longitudinal change in the neural bases of adolescent social self-evaluations: effects of age and pubertal development. J Neurosci. 2013;33:7415–7419.

40. Spielberg JM, Olino TM, Forbes EE, Dahl RE. Exciting fear in adolescence: does pubertal development alter threat processing? Dev Cogn Neurosci. 2014;8:86–95.

41. Cservenka A, Stroup ML, Etkin A, Nagel BJ. The effects of age, sex, and hormones on emotional conflict-related brain response during adolescence. Brain Cogn. 2015;99:135–150.

42. Vijayakumar N, Op de Macks Z, Shirtcliff EA, Pfeifer JH. Puberty and the human brain: insights into adolescent development. Neurosci Biobehav Rev. 2018;92:417–436.

43. Ernst M, Benson B, Artiges E, et al. Pubertal maturation and sex effects on the default-mode network connectivity implicated in mood dysregulation. Transl Psychiatry. 2019;9:103.

44. Blakemore SJ, Mills KL. Is adolescence a sensitive period for sociocultural processing? Annu Rev Psychol. 2014;65:187–207.

45. Schulz KM, Sisk CL. The organizing actions of adolescent gonadal steroid hormones on brain and behavioral development. Neurosci Biobehav Rev. 2016;70:148–158.

46. Scherf KS, Smyth JM, Delgado MR. The amygdala: an agent of change in adolescent neural networks. Horm Behav. 2013;64:298–313.

47. Amir D, Jordan MR, Bribiescas RG. A longitudinal assessment of associations between adolescent environment, adversity perception, and economic status on fertility and age of menarche. PLoS One. 2016;11:e0155883.

48. Graber JA. Pubertal timing and the development of psychopathology in adolescence and beyond. Horm Behav. 2013;64:262–269.

49. Koerselman K, Pekkarinen T. Cognitive consequences of the timing of puberty. Labour Econ. 2018;54:1–13.

50. Staphorsius AS, Kreukels BP, Cohen-Kettenis PT, et al. Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology. 2015;56:190–199.

51. Schneider MA, Spritzer PM, Soll BMB, et al. Brain maturation, cognition and voice pattern in a gender dysphoria case under pubertal suppression. Front Hum Neurosci. 2017;11:528.

52. Rey-Casserly C, Diver T. Late effects of pediatric brain tumors. Curr Opin Pediatr. 2019;31:789–796.

53. Akins RB, Tolson H, Cole BR. Stability of response characteristics of a Delphi panel: application of bootstrap data expansion. BMC Med Res Methodol. 2005;5:37.

54. Rowe G, Wright G. The Delphi technique as a forecasting tool: issues and analysis. Int J Forecast. 1999;15:353–375.

55. Strang JF, Meagher H, Kenworthy L, et al. Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. J Clin Child Adolesc Psychol. 2018;47: 105–115.

56. Taylor A, Tallon D, Kessler D, et al. An expert consensus on the most effective components of cognitive behavioural therapy for adults with depression: a modified Delphi study. Cogn Behav Ther. 2020;49:242–255.

57. Vogel C, Zwolinsky S, Griffiths C, et al. A Delphi study to build consensus on the definition and use of big data in obesity research. Int J Obes (Lond). 2019;43:2573–2586.

58. Hsu C-C, Sandford BA. The Delphi technique: making sense of consensus. Pract Assess Res Eval. 2007;12:1–8.

59. Keeney S, McKenna H, Hasson F. The Delphi Technique in Nursing and Health Research. West Sussex, UK: John Wiley & Sons, 2010.

60. Yousuf MI. Using experts' opinions through Delphi technique. Pract Assess Res Eval. 2007;12:1–8.

61. Piekarski DJ, Johnson CM, Boivin JR, et al. Does puberty mark a transition in sensitive periods for plasticity in the associative neocortex? Brain Res. 2017;1654(Pt B):123–144.

62. Ladouceur CD, Peper JS, Crone EA, Dahl RE. White matter development in adolescence: the influence of puberty and implications for affective disorders. Dev Cogn Neurosci. 2012;2:36–54.

63. Hisle-Gorman E, Landis CA, Susi A, et al. Gender dysphoria in children with autism spectrum disorder. LGBT Health. 2019;6:95–100.

64. Strauss P, Cook A, Winter S, et al. Trans Pathways: The Mental Health Experiences and Care Pathways of Trans Young People. Perth, Australia: Telethon Kids Institute, 2017.

65. de Vries ALC, Noens ILJ, Cohen-Kettenis PT, et al. Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord. 2010;40:930–936.

66. Akgül GY, Ayaz AB, Yildirim B, Fis NP. Autistic traits and executive functions in children and adolescents with gender dysphoria. J Sex Marital Ther. 2018;44:619–626.

67. Lin HY, Perry A, Cocchi L, et al. Development of frontoparietal connectivity predicts longitudinal symptom changes in young people with autism spectrum disorder. Transl Psychiatry. 2019;9:86.

68. Pugliese CE, Anthony LG, Strang JF, et al. Longitudinal examination of adaptive behavior in autism spectrum disorders: influence of executive function. J Autism Dev Disord. 2016;46:467–477.

69. Shaw P, Malek M, Watson B, et al. Development of cortical surface area and gyrification in attention-deficit/hyperactivity disorder. Biol Psychiatry. 2012;72:191–197.

**Cite this article as:** Chen D, Strang JF, Kolbuck VD, Rosenthal SM, Wallen K, Waber DP, Steinberg L, Sisk CL, Ross J, Paus T, Mueller SC, McCarthy MM, Micevych PE, Martin CL, Kreukels BPC, Kenworthy L, Herting MM, Herlitz A, Hebold Haraldsen IRJ, Dahl R, Crone EA, Chelune GJ, Burke SM, Berenbaum SA, Beltz AM, Bakker J, Eliot L, Vilain E, Wallace GL, Nelson EE, Garofalo R (2020) Consensus parameter: research methodologies to evaluate neurodevelopmental effects of pubertal suppression in transgender youth, *Transgender Health* 5:4, 246–257, DOI: 10.1089/trgh.2020.0006.

**Abbreviations Used**

| | |
|---|---|
| ABCD | = Adolescent Brain Cognitive Development |
| GAH | = gender-affirming hormones |
| GD | = gender dysphoria |
| GnRHa | = gonadotropin-releasing hormone agonists |
| MRI | = magnetic resonance imaging |





**Journal of Sex & Marital Therapy**

ISSN: (Print) (Online) Journal homepage: https://www.tandfonline.com/loi/usmt20

# The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed

E. Abbruzzese, Stephen B. Levine & Julia W. Mason

**To cite this article:** E. Abbruzzese, Stephen B. Levine & Julia W. Mason (2023): The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2022.2150346

**To link to this article:** https://doi.org/10.1080/0092623X.2022.2150346

Published online: 02 Jan 2023.

Submit your article to this journal ⏍

View related articles ⏍

View Crossmark data ⏍

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=usmt20

App.0082



JOURNAL OF SEX & MARITAL THERAPY
https://doi.org/10.1080/0092623X.2022.2150346



ARTICLE COMMENTARY

# The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed

E. Abbruzzese[a], Stephen B. Levine[b] and Julia W. Mason[c]

[a]Society for Evidence-Based Gender Medicine, Twin Falls, ID, United States; [b]Department of Psychiatry, Case Western Reserve University, Cleveland, OH, United States; [c]Calcagno Pediatrics, Gresham, OH, United States

**ABSTRACT**

Two Dutch studies formed the foundation and the best available evidence for the practice of youth medical gender transition. We demonstrate that this work is methodologically flawed and should have never been used in medical settings as justification to scale this "innovative clinical practice." Three methodological biases undermine the research: (1) subject selection assured that only the most successful cases were included in the results; (2) the finding that "resolution of gender dysphoria" was due to the reversal of the questionnaire employed; (3) concomitant psychotherapy made it impossible to separate the effects of this intervention from those of hormones and surgery. We discuss the significant risk of harm that the Dutch research exposed, as well as the lack of applicability of the Dutch protocol to the currently escalating incidence of adolescent-onset, non-binary, psychiatrically challenged youth, who are preponderantly natal females. "Spin" problems—the tendency to present weak or negative results as certain and positive—continue to plague reports that originate from clinics that are actively administering hormonal and surgical interventions to youth. It is time for gender medicine to pay attention to the published objective systematic reviews and to the outcome uncertainties and definable potential harms to these vulnerable youth.

## Introduction

In our recent paper on informed consent for youth gender transition, we recognized a serious problem: the field has a penchant for exaggerating what is known about the benefits of the practice, while downplaying the serious health risks and uncertainties (Levine et al., 2022a). As a result, a false narrative has taken root. It is that "gender-affirming" medical and surgical interventions for youth are as benign as aspirin, as well-studied as penicillin and statins, and as essential to survival as insulin for childhood diabetes—and that the vigorous scientific debate currently underway is merely "science denialism" motivated by ignorance, religious zeal, and transphobia (Drescher et al., 2022; McNamara et al., 2022; Turban, 2022). This highly politicized and fallacious narrative, crafted and promoted by clinician-advocates, has failed to withstand scientific scrutiny internationally, with public health authorities in Sweden, Finland, and most recently England doing a U-turn on pediatric gender transitions in the last 24 months (COHERE (Council for Choices in Health Care), 2020; Socialstyrelsen [National Board of Health and Welfare], 2022; National Health Service (NHS), 2022a). In the U.S., however, medical

**CONTACT** Stephen B. Levine ✉ sbl2@case.edu 🖂 Department of Psychiatry, Case Western Reserve University, 23425 Commerce Park, STE 104, Cleveland, OH 44106-7078, United States

© 2023 Taylor & Francis Group, LLC

App.0083

organizations so far have chosen to use their eminence to shield the practice of pediatric "gender affirmation" from scrutiny. In response to mounting legal challenges, these organizations have been exerting their considerable influence to insist the science is settled (American Medical Association (AMA), 2022). We argued that this stance stifles scientific debate, threatens the integrity and validity of the informed consent process—and ultimately, hurts the very patients it aims to protect.

To demonstrate problems in existing research, we discussed two seminal studies that gave rise to the now-common practice of performing gender transitions on young people by giving them puberty blockers, cross-sex hormones, and "gender-affirming" surgery (de Vries et al., 2011; de Vries et al., 2014). We argued that these Dutch studies suffer from such profound limitations that they should never have been used as justification for propelling these interventions into general medical practice. We called for rigorous clinical research into the interventions known as "gender-affirming" care before these interventions are further scaled. Until such research is available, we urged clinicians to disclose the profound uncertainties regarding the outcomes of this treatment pathway to enable patients and families to make better-informed decisions about their care.

Our assertions drew a response from the first author of these Dutch studies (de Vries, 2022).[1] de Vries dismissed much of our criticism as a mere "misunderstanding" of their gender clinic's process. While de Vries acknowledged some of the limitations in the Dutch research, she asserted that these gaps have since been sufficiently remedied by subsequent research from others in the field, rendering the practice of pediatric gender transition as proven beneficial, and ready to be widely scaled in general medical practice.

Having carefully examined de Vries' counterarguments, we failed to find a single instance where our "misunderstanding" could explain away the significant problems that we pointed out. In this article, we justify our position that neither the Dutch research, nor the research that followed, is fit for shaping policy or treatment decisions regarding gender dysphoric youth at the population level. We present our response to de Vries in three sections. *First,* we provide a more complete justification for our assertions of the significant flaws in the foundational Dutch research. *Second,* we demonstrate that the claims that subsequent research remedied the deficiencies in the prior research are untrue. *Third*, we provide recommendations for research structure to yield reliable, trustworthy information. We conclude with the sense of urgency to avoid future harms by reminding readers of the intrinsic value of high-quality science.

Before we embark on outlining the critical methodological limitations of the Dutch research, we would like to make it clear that it is not our intention to discredit the Dutch clinicians' past work. The quality of the Dutch studies, while unacceptably low by today's standards, is commensurate with clinical and research practices in the 1990s. The key problem in pediatric gender medicine is not the lack of research rigor in the *past*—it is the field's *present-day* denial of the profound problems in the existing research, and an unwillingness to engage in high quality research requisite in evidence-based medicine.

### *Evidence-based medicine vs empirical-based medicine*

When the Dutch clinicians launched the practice of pediatric gender transition, it was not uncommon for medical professionals to practice medicine based on "empirical evidence," relying on expert opinion and often backed by only minimal research (Drisko & Friedman, 2019). The term "evidence-based medicine" and its focus on quality comparative clinical research to determine optimal treatment only emerged in the 1990s (Guyatt, 1993). The Dutch researchers began to medically transition gender dysphoric adolescents in the late 1980s–early 1990s—just as medicine was starting to undergo this major paradigm shift.

Examining the Dutch research from today's vantage point, their gender-transitioning of youth is most consistent with the "innovative practice" framework. This framework allows clinicians

App.0084

to implement untested but promising interventions for a condition which, if left untreated, might have dire outcomes; when existing treatment options seem ineffective; and when the number of affected patients is small (Brierley & Larcher, 2009; Earl, 2019). The number of adolescents suffering from gender dysphoria in the 1990s was exceedingly small. Evidence was starting to demonstrate that gender reassignment undertaken in adulthood failed to resolve trans people's mental health problems (Cohen-Kettenis & Van Goozen, 1997). The Dutch clinicians hoped that the "less positive results among adults" (p. 266) would be remedied with early adolescent gender transition. In this context, the methodological deficiencies in the foundational Dutch research ought not to be viewed as a *failure*. It was never their goal to generate *reliable reproducible research*. In fact, the many irregularities, which we elucidate below, reflect the Dutch *success* at rapidly evolving their approaches to reach a point of *technical excellence*: convincing physical transformations of adolescent bodies that satisfied the young patients (Biggs, 2022). These clinicians were "flying the plane while building the plane," and their published research merely reflects this messy clinical reality.

The "innovative practice" model of care is a double-edged sword. On the one hand, it rapidly advances the medical field. On the other hand, it is capable of hurting individuals and societies by promoting a nonbeneficial or harmful intervention. For these reasons, it is an ethical requirement that as soon as viability of a new intervention is demonstrated under the "innovative practice" framework, the research must move into high-quality clinical research settings capable of demonstrating that the benefits outweigh the risks. This step is imperative because it prevents "runaway diffusion"—the phenomenon whereby the medical community mistakes a small innovative experiment as a proven practice, and a potentially nonbeneficial or harmful practice "escapes the lab," rapidly spreading into general clinical settings (Earl, 2019).

"Runaway diffusion" is exactly what has happened in pediatric gender medicine. "Affirmative treatment" with hormones and surgery rapidly entered general clinical practice worldwide, without the necessary rigorous clinical research to confirm the hypothesized robust and lasting psychological benefits of the practice. Nor was it ever demonstrated that the benefits were substantial enough to outweigh the burden of lifelong dependence on medical interventions, infertility and sterility, and various physical health risks. The studies also failed to quantify the risk to "false positives"—that is, those gender dysphoric youth whose distress would have remitted with time without resorting to irreversible medical and surgical interventions.

The speed of the "runaway diffusion" accelerated exponentially when pediatric gender dysphoria/transgender identity went from a relatively rare phenomenon before 2015, to one that impacts as many as 1 in 10–20 young people in the Western world (American College Health Association [ACHA], 2022; Johns et al., 2019; Kidd et al. 2021). The current politicization of transgender healthcare has provided further fuel to the rapid proliferation of youth gender reassignment. A proposal by the U.S. government to mandate healthcare entities to provide "gender-affirming" interventions to minors, or risk claims of "discrimination" and loss of federal healthcare funding is yet another example of "runaway diffusion" (Health and Human Services [HHS], 2022; Keith, 2022).

The difficult task of reversing runaway diffusion begins with a systematic review of evidence, follows with updating treatment guidelines, and culminates with de-implementation of unproven or harmful practices, known as "practice reversals" (Herrera-Perez et al., 2019; Prasad, 2011; Prasad & Ioannidis, 2014). *Systematic reviews of evidence* play a uniquely important role in this process. Rather than arbitrarily selecting studies and simply restating their results and conclusions, systematic reviews of evidence analyze *all of the available evidence* meeting pre-specified criteria and *scrutinize the studies* for methodological bias and errors, issuing an overarching conclusion about what's known about the effects of an intervention based on the totality of the evidence (Higgins et al., 2022). A "practice reversal" of pediatric gender transitions has already begun. Several recent international systematic reviews of evidence have concluded that the practice of pediatric gender transition rests on *low to very low quality evidence*—meaning that the benefits reported by the existing studies are unlikely to be true due to profound problems in the study designs (National

Institute for Health and Care Excellence (NICE), 2020a, 2020b; Pasternack et al., 2019; SBU (Swedish Agency for Health Technology Assessment and Assessment of Social Services), 2022). Following these systematic reviews of evidence, three European countries—Sweden, Finland and England—have begun to articulate new and much more cautious treatment guidelines for gender dysphoric youth, which prioritize noninvasive psychosocial interventions while sharply restricting the provision of hormones and surgery (COHERE (Council for Choices in Health Care), 2020; Socialstyrelsen [National Board of Health and Welfare], 2022; NHS, 2022a).

Paradoxically, this international reckoning has had almost no influence on the U.S. gender medicine establishment. When Florida's Medical Board, following an overview of existing systematic reviews (Brignardello-Peterson & Wiercioch, 2022), took on the question of regulating pediatric gender medicine and invited the proponents of pediatric gender transitions to reconcile their stance with the recent European developments, these clinician advocates were either unaware of the European changes, or minimized their extent and significance (Janssen, 2022 00:46:43; McNamara, 2022 01:45:27). More generally, when faced with questions about the rapidly growing numbers of youth subjected to highly invasive and often irreversible interventions based on *low to very low quality evidence*, the field of U.S. pediatric gender medicine has chosen to throw its weight behind two indefensible and contradictory claims: (1) that "low quality evidence" is a misleading technical term which actually describes high quality reliable research; and (2) that true high quality research can only come from randomized controlled trials, which are unattainable and unethical (Drescher, 2022; McNamara et al., 2022). We refuted these misleading claims in our recent publication (Levine et al., 2022b).

As we begin our discussion of the profound limitations in the two foundational Dutch studies that have propelled the practice of pediatric gender transition into mainstream clinical practice worldwide, we are aware that we are mounting a serious challenge to the research that has been viewed by many as the "gold standard" in the field. Questioning this assumption, we welcome further debate. A quote from philosopher Karl Popper, perceptively invoked by Balon (2022), is particularly apt: "the growth of knowledge depends entirely on disagreement."

## I. The "Dutch studies" are deeply flawed

There is no argument that the Dutch experience, and in particular two Dutch studies—de Vries et al. (2011), and de Vries et al. (2014)—forms the foundation of the practice of youth gender transition. It is evident when examining prevailing treatment guidelines. The Endocrine Society's statements regarding the potential benefits of puberty blockers and cross-sex hormones in gender dysphoric adolescents are supported only by references to these two studies (Hembree et al., 2017, p. 12, p. 16). Similarly, the World Professional Association for Transgender Health (WPATH) "Standards of Care" guidelines version 7 (SOC 7)—the version under which the practice of medicalization of gender dysphoric youth became widespread—only references the Dutch experience (Coleman et al., 2012). Despite several newer studies available, the proponents of gender affirmation still correctly emphasize that "the best longitudinal data we have on transgender youth comes primarily out of the Dutch clinic…the Dutch studies in the Dutch model of care. That's the prevailing model that most of the American clinics have based their care upon" (Janssen, 2022, 00:47:42). de Vries in her response to us, also agrees with this: "…indeed, as of today, the Dutch papers, and especially the de Vries et al., 2014 study, are still used as main evidence for provision of early medical intervention including puberty blockers in transgender youth (de Vries et al., 2014)" (de Vries, 2022, p. 2).

The two main Dutch studies in question, de Vries et al., 2011, and de Vries et al., 2014 (from here on, "the Dutch studies") convincingly demonstrated that hormonal and surgical interventions can successfully change the phenotypical appearance of secondary sex characteristics of adolescents and young adults. What the studies *failed* to show, however, is that these physical changes resulted in meaningful psychological improvements significant enough to justify the adverse effects of the treatment—including the *certainty* of sterility.

Besides the lack of control group and a small final sample of 55 cases, with key outcomes available for as few as 32 individuals, there are *three major areas of concern* that render these studies unfit for clinical or policy decision-making.

A.  High risk of bias: The Dutch studies suffer from multiple sources of bias which undermine confidence into the reported "benefits." The subject selection assured that only the most successful cases at each treatment stage were included in reported results. The linchpin finding of "resolution of gender dysphoria" is entirely invalid, since the home-grown gender dysphoria scale and its scoring mechanism were reversed after treatment, essentially guaranteeing a significant post-surgical drop in "gender dysphoria" scores. The finding of modest psychological benefits was compromised by the conflation of medical interventions with psychotherapy, making it impossible to determine whether gender reassignment, therapy, or the psychological maturation that occurs with the passage of time led to these few modest "improvements."

B.  Incompleteness of evidence regarding physical health risks: The Dutch studies did not evaluate *physical health* outcomes of "gender-affirmative" treatments, even though adverse effects of hormonal interventions on bone and brain had been hypothesized from the start (and were confirmed by subsequent research). Even without setting out to assess the risks, the Dutch research inadvertently revealed that the rate of short-term morbidity and mortality associated with "gender-affirming" interventions may be as high as 6%-7%.

C.  Poor generalizability/applicability to current cases: Today, most youth suffer from post-pubertal onset of gender dysphoria and significant mental illness—two clinical presentations the Dutch *explicitly disqualified* from their studies. As such, none of the Dutch findings are applicable to most of the youth seeking treatment today.

de Vries (2022) disputed only our assertion that the studies suffer from *high risk of bias* and therefore their findings of benefits are unreliable. She did not comment on our arguments that the research *failed to assess physical health risks* and *were not generalizable* to the majority of currently presenting cases. It is unclear if this silence indicates agreement or disagreement. Below, we address each of our points in greater detail, concluding with an additional observation about the overall lack of equipoise—genuine uncertainty about which treatment options are superior (London, 2017), which limits the utility of the Dutch research beyond describing a small-scale "innovative practice."

### A. High risk of bias in the Dutch research

de Vries rejected our assertion that the Dutch findings suffer from a high risk of bias and insisted that we mistook the study protocol's careful process of establishing study eligibility for "bias." To clarify, we use the term "risk of bias" in a strict methodological sense. It refers to a systematic error, or deviation from the "truth" in study results (Boutron et al., 2022; Socialstyrelsen [National Board of Health and Welfare], 2022). Observational research conducted in the context of ongoing clinical care is often subject to risk of bias (Nguyen et al., 2021), which is one of the main reasons why rigorous clinical research using robust research designs must follow. In the case of the Dutch studies, we identified three major sources of bias, or systematic error, involving: (1) case selection; (2) measurement of outcomes, and (3) confounding.

### 1. Bias in case selection: Only the "best-case scenario" cases made it into the Dutch studies' "completers"

Because of an unusual case selection and reporting methodology, the Dutch studies inadvertently reported on only their best-case outcomes at each of the three phases of treatment (puberty blockers, cross-sex hormones, and surgery)—while failing to report the outcomes of the less positively affected, or even harmed, cases. de Vries disagreed with this assertion, continuing to insist that "participation was based on consecutive referral" (de Vries, 2022, p. 4).

Below, we present evidence that the claim of consecutive referral-based *prospective case selection* is not technically accurate. The actual case selection for the original sample of 70 puberty-blocked cases (de Vries et al., 2011) was *retrospective* and inadvertently biased toward including cases with favorable outcomes. The outcome reporting methodology in the second and final Dutch study (de Vries et al., 2014), which evaluated the final outcomes post-surgery, further biased the results toward reporting on the most favorable cases.

*de Vries et al., 2011 ("puberty blocker" study)*. The 70 cases comprising the entire sample for the "puberty blocker" study (de Vries et al., 2011) were *retrospectively, non-randomly selected* from a larger group of consecutively referred 111 cases. According to both the original study, and de Vries' response to us, to participate in the "puberty blocker" study, a study subject already had to be starting the *next phase* of treatment with cross-sex hormones:

> Of the 196 consecutively referred adolescents…111 (those below age 16) had started puberty suppression… In the 2011 study we evaluated the first 70 of those 111 who were about to start with the next step of their treatment, affirming hormones, around the age of 16 years. (de Vries, 2022, p. 4)[2]

Using the start date of the *next phase* of treatment (cross-sex hormones) as the defining inclusion criterion for the study of the *prior phase* of the treatment (puberty blockers) introduced serious bias.

*First*, had any of the original 111 study subjects been harmed by puberty blockers or chosen to stop the treatment, they would never have advanced to the next phase, and thus, they had no chance of being included in the puberty blocker study, skewing the sample. *Second*, since the Dutch considered the puberty suppression phase both a treatment and a *diagnostic phase* (Cohen-Kettenis & van Goozen, 1998), the more complex cases may have remained in the puberty blocked phase longer. As de Vries' predecessors explained, subjects for whom the psychotherapist or parents had doubts, or where "the personal situation of the youngster" was more complicated, were delayed from starting cross-sex hormone treatment, which was the first stage the Dutch researchers considered to have an "irreversible" effect (Gooren & Delemarre-van de Waal, 1996, p. 11). This would further skew "the first 70 of those 111 who were about to start with the next step of their treatment, affirming hormones" (de Vries, 2022, p. 4)—the entire puberty blocker study sample—toward the most clinically straightforward and stable cases.

*Third*, such an unusual case selection methodology may have skewed the sample toward an older age than was stipulated by the protocol. Since to be eligible for the "puberty blocker" study, a subject had to have been deemed ready to start the next phase of cross-sex hormones, which *required a minimum age of 16* (accroding to the Dutch protocol version published in 2012, de Vries, 2012), all else being equal, older subjects had a greater chance of being included than younger ones. This may explain why the sample of 70 selected subjects was on average, age 15 when started on puberty blockers rather than age 12 as outlined by the protocol, which introduced another source of systematic error, by biasing the sample toward subjects with greater physical and cognitive maturity.

Given that the 2011 Dutch study's main goal was to evaluate the novel use of *puberty blockers* for gender dysphoria in a prospective cohort study (de Vries et al., 2011), the study should have enrolled, and reported the outcomes of, *all of the intent to treat* cases based on the date of eligibility to start *puberty suppression*—not cross-sex hormones.

It is notable that the only attempt to replicate the 2011 Dutch study results with more than a handful of cases took place in the UK but failed (Carmichael et al., 2021), with the conclusion of "no changes in psychological function" (p. 1). We suspect the key reason for this failure was the fact that the UK researchers truly *prospectively* selected "sequentially eligible" cases for treatment (Carmichael et al., 2021, p. 4) and as a result, ended with a diverse range of outcomes, including worsening of problems among female subjects during puberty blockade (Biggs, 2020). In contrast, the Dutch *retrospective* case selection methodology (misunderstood as prospective) inadvertently resulted in skewing the sample toward the best-case-scenario puberty-blocked cases. In our view, such case selection methodology invalidates the 2011 study conclusions of

psychological benefits of puberty suppression—or, as research methodologists would say, puts this finding at a "critical risk of bias."

*de Vries et al, 2014 (post-surgery study).* Skewing the sample toward the best-case scenario cases is even more apparent in the 2014 study, which reported on post-surgical outcomes and assessed the entire "gender-affirmative" treatment pathway (de Vries et al., 2014). The 70 participants who began the 2014 study, already biased toward more positive outcomes, shrank to 55. Fifteen subjects were dropped from the study and relabeled "nonparticipants." This subset, however, was not random, but instead heavily skewed toward subjects who experienced serious problems, including 3 who developed severe diabetes and obesity and 1 death following surgical complications. There is also considerable uncertainty about the outcomes of the 5 of 70 subjects (refusal, failure to return questionnaire, and dropping out of care) who, after several years of close contact with the research team, were unwilling to engage further:

> Nonparticipation (n = 15, 11 transwomen and 4 transmen) was attributable to not being 1 year postsurgical yet (n = 6), refusal (n = 2), failure to return questionnaires (n = 2), being medically not eligible *(e.g., uncontrolled diabetes, morbid obesity) for surgery (n = 3)*, dropping out of care (n =1), and *1 transfemale died after her vaginoplasty owing to a postsurgical necrotizing fasciitis* [emphasis added]. (de Vries et al., 2014, p. 697)

In her response, de Vries repeated the assertion that because a statistical comparison of the 15 "nonparticipants" to the 55 "participants" revealed no significant difference in their *pretreatment* baseline characteristics, "the results of the 2014 study can be generalized with substantial trust to the complete group of 70" (de Vries, 2022, pp. 4–5). We strongly disagree. The "participant" and "nonparticipant" cohorts are demonstrably different: while 100% of the 55 "participants" had successful gender reassignment according to the study reporting, at least 27% of the "nonparticipant" group (4/15: 1 death and 3 cases of diabetes) did not. Not only is a statistical analysis of such small subgroups massively underpowered to detect differences, ***no*** statistical analysis of *pretreatment* data suggesting "similarity" can negate the reality of the markedly different *post-treatment* outcomes in two groups. Nor is it clear why the research team made the unusual decision to stop the study early, before the remaining 6 participants had a chance to complete the 1-year post-surgical follow-up.

*A note on the "missing Dutch study" on the effect of cross-sex hormones.* The second and final Dutch study (de Vries et al., 2014) combined the cross-sex hormone and post-surgical treatment results into a single set of outcomes. This conflation may have made some sense at the time, as all the hormonally-treated patients were *required* to undergo surgery (removal of breasts, ovaries, uterus, penis, testes, and construction of a neovagina) by the Dutch protocol at the time. When surgery is not required, only 25–35% of transgender-identified adults appear to seek "gender-affirming" surgical procedures (Nolan et al., 2019). According to recently published data, this number is even smaller for youth: for every teen treated surgically, there are 15 treated *only* with cross-sex hormones (Respaut & Terhune, 2022). The inability of the Dutch research to elucidate the outcomes of cross-sex hormone treatments (separate from surgery) has been noted by NICE, which appropriately excluded the 2014 Dutch study from its systematic review of evidence (NICE, 2020b).

It is unknown whether the 4.3% of the sample (n = 3) that experienced obesity and diabetes sometime before the surgery was a result of the hormonal treatment; this rate appears to be double the expected rate for pediatric populations in the Netherlands at the time (Rotteveel et al., 2007; Schönbeck et al., 2011). Nor is it known if the cross-sex hormones contributed to the one subject who discontinued treatment due to other medical or psychological problems. Other research suggest that testosterone may actually *increase* dysphoria in female gender-dysphoric individuals (Olson-Kennedy, Warus, et al., 2018).

## 2. Bias in measurement of outcomes: The finding of "resolution of gender dysphoria" is invalid

The linchpin result of the Dutch studies is the reported *resolution of gender dysphoria*, as measured by the Utrecht Gender Dysphoria Scale (UGDS) (Steensma, Kreukels, et al., 2013). de

Vries agreed with us on this point: "the main finding remains the resolution of gender dysphoria" (de Vries, 2022, p. 3). According to the final Dutch study, the UGDS *gender dysphoria* scores plummeted, from a near-maximum score of 54 (maximum of 60) at baseline, to the near-minimum score of 16 (minimum of 12) after the final surgery (de Vries et al., 2014).

Rather than a true "resolution" of *gender dysphoria*, however, this spectacular drop was an artifact of switching the scale from "female" to "male" versions (and vice versa) before and after treatment, prompting a problematic *reversal* in the scoring. We argued that this fact alone invalidates the study's main conclusion of the resolution of gender dysphoria (Levine et al., 2022a). While de Vries conceded the use of the UGDS scale post-treatment was "not ideal" because "the UGDS was not…designed to be used after treatment," she asserted that it "does not imply that UGDS 'falsely' measured the improvement in GD [gender dysphoria]" (de Vries, 2022, p. 4). We think it is vitally important for the scientific community to recognize that the UGDS scale use was not merely "not ideal"—but that it *entirely invalidated* the Dutch study's main finding.

The following hypothetical scenario clearly demonstrates the problem. A severely gender dysphoric, cross-sex identified female patient is asked to answer two of the UGDS questions: "Every time someone treats me like a girl I feel hurt" and "Every time someone treats me like a boy I feel hurt" (Items 2 on the "female" and the "male" versions of the UGDS scale, respectively). It is likely that the patient would *strongly agree* with the first statement, and *strongly disagree* with the second. The first answer would lead to the score of "5" on the UGDS gender dysphoria scale, indicating the highest possible level of gender dysphoria. The second answer—which is effectively the same answer—would result in the score of "1" indicating the lowest possible gender dysphoria. This is because unlike the first question, which belongs to the "female" battery of questions, the second question belongs to the "male" battery of questions and effectively assumes the subject to be male—hence, the lack of distress of being associated with "maleness" receives the minimum "gender dysphoria" score.

If we now consider that only the "female" scale was used for gender dysphoric females at baseline but was then switched to the "male" scale after the final surgery (and vice-versa for male subjects), it becomes clear that the remarkable drop in "gender dysphoria" the UGDS scale registered after surgery entirely results from switching the scale. The *same* gender dysphoric individual, effectively answering the *same* question (albeit linguistically inverted), in the *same* way results in either the maximum or the minimum "gender dysphoria" score—depending on which sexed version of the scale was used. We reproduced both the "male" and the "female" versions of the UGDS scale in Table 1 so that others can easily observe how switching the scale "sex" version consistently leads to a "drop" of the gender dysphoria score, regardless of any treatment effect.

When defending the choice to reverse the UGDS scale (de Vries, 2022), de Vries pointed out—and we agree—that it would make no sense to ask postoperative natal males to answer a question such as "I dislike having erections" (Table 1, UGDS-M, item 11), since they no longer have penises. We empathize with the Dutch researchers' plight, as they found themselves without a valid tool to measure the construct of "gender dysphoria" after treatment. It is equally nonsensical, however, to ask natal males to answer questions such as, "I hate menstruating because it makes me feel like a girl" (Table 1, UGDS-F, item 10)—and it makes even less sense to report "resolution of gender dysphoria" because they don't "hate menstruating."

In her response, de Vries pointed to the validation research of the UGDS dysphoria scale (de Vries, 2022; Steensma, Kreukels, et al., 2013). To the best of our knowledge, this work has never appeared in a peer-reviewed publication. In our opinion, this UGDS validation research missed a key opportunity to identify the threat to validity of using the UGDS scale in post-gender reassignment context, which should have become apparent to the Dutch research team by 2013 when the validation paper was published. The greater community of international gender clinicians relying on the Dutch pioneering experience was not alerted to the need to find another instrument that can provide a valid pre-post "gender dysphoria" measure. Instead, the validation

JOURNAL OF SEX & MARITAL THERAPY

**Table 1.** Utrecht Gender Dysphoria Scale, Adolescent Version (de Vries, Cohen-Kettenis, & Delemarre-van de Waal, 2006). Response categories are *agree completely, agree somewhat, neutral, disagree somewhat, disagree completely.*

| UGDS-F (female) Response categories are: agree completely, agree somewhat, neutral, disagree somewhat, disagree completely. Items 1, 2, 4–6 and 10–12 are scored from 5 to 1; items 3 and 7–9 are scored from 1 to 5. | UGDS-M (male) Response categories are: agree completely, agree somewhat, neutral, disagree somewhat, disagree completely. Items are all scored from 5 to 1. |
| --- | --- |
| 1. I prefer to behave like a boy. | 1. My life would be meaningless if I would have to live as a boy. |
| 2. Every time someone treats me like a girl I feel hurt. | 2. Every time someone treats me like a boy I feel hurt. |
| 3. I love to live as a girl. | 3. I feel unhappy if someone calls me a boy. |
| 4. I continuously want to be treated like a boy. | 4. I feel unhappy because I have a male body. |
| 5. A boy's life is more attractive for me than a girl's life. | 5. The idea that I will always be a boy gives me a sinking feeling. |
| 6. I feel unhappy because I have to behave like a girl. | 6. I hate myself because I'm a boy. |
| 7. Living as a girl is something positive for me. | 7. I feel uncomfortable behaving like a boy, always and everywhere. |
| 8. I enjoy seeing my naked body in the mirror. | 8. Only as a girl my life would be worth living. |
| 9. I like to behave sexually as a girl. | 9. I dislike urinating in a standing position. |
| 10. I hate menstruating because it makes me feel like a girl. | 10. I am dissatisfied with my beard growth because it makes me look like a boy. |
| 11. I hate having breasts. | 11. I dislike having erections. |
| 12. I wish I had been born as a boy. | 12. It would be better not to live than to live as a boy. |

research buttressed the problematic practice of using UGDS to measure the level of gender dysphoria after gender reassignment by stating: "From follow-up studies it was already known that gender dysphoria, as measured by the UGDS, disappeared post gender reassignment. These qualities make the instrument useful for clinical and research purposes" (Steensma, Kreukels, et al., 2013, p. 56). This statement is misleading, as the finding of the "disappearance" of gender dysphoria post-gender reassignment in the past "follow-up" research came from studies that also switched the sexed scale versions post-treatment, as Dr. de Vries pointed out in her response to us (de Vries, 2022).

Thus, in a spectacular display of circular reasoning, the scale validation research claimed that the follow-up research endorsed the use of the inverted UGDS scale version post gender reassignment, while the follow-up research defended this unusual practice by pointing to the validation research. de Vries doubled down on this circular reasoning in her response to our critique (de Vries, 2022):

> Levine et al. (2022) questions whether the improvement in gender dysphoria does then not stem from this switching, and not from the treatment? However, this seems turning the matter around. What the measure shows, the disappearance or resolution of gender dysphoria, is what the gender affirming treatment is aimed to resolve. (pp. 3–4)

At least three research groups noted the critical threat to the validity of the finding of "resolution of gender dysphoria" due to the switching of the scale (Biggs, 2022; McGuire et al., 2020; van de Grift et al., 2017). McGuire et al. (2020) explicitly stated, "Because the original UGDS is composed of two scales, it is impossible to determine if this is a real difference in gender dysphoria between groups or if this is an artifact of measurement error (p. 195).

*The likely meaning of the "plummeting" gender dysphoria scores.* What, if anything, did the "plummeting" gender dysphoria scores post scale-flipping signal, if not the "disappearance of gender dysphoria" claimed by the Dutch researchers? We posit that the UGDS scale can only measure the construct for which it was originally designed and validated to measure—the level of incongruence between natal sex and gender identity leading to the provision of the DSM diagnosis (Cohen-Kettenis & van Goozen, 1997; Iliadis et al., 2020; Steensma, Kreukels, et al., 2013). This is true whether the scale is used before or after treatment, and whether the "treatment" in question is "gender-affirmation" with hormones and surgeries, psychotherapy, or mere "watchful waiting," with the scale administered at various time points.

App.0091

The fact that after gender reassignment, the UGDS scores were low on the opposite-sex scale indicates that the subjects would have scored high on the natal sex scale, which corresponds to a *persistence in transgender identity*. This is the only plausible interpretation of the "plummeting" UGDS scores that survives in the context of the scale questions and the linguistic and numerical gymnastics the scale underwent in the post-gender-reassignment context. The finding of persistence of transgender identity is not unexpected, especially since the Dutch researchers selected subjects with lifelong extreme cross-sex identification and follow-up was only 1.5 years post-surgery. What it does *not* mean is that the feeling of "incongruence" resolved. This point is underscored by the long-term follow-up data on male-to-female Dutch transitioners, presented at the WPATH 2022 Symposium by Dr. van der Meulen (Steensma et al., 2022). Nearly a quarter of the participants have felt that their bodies were still too masculine, and over half have experienced shame for the "operated vagina" and fearful their partner will find out their post-surgical status—despite registering low "gender dysphoria" UGDS scores (Steensma et al., 2022).

### 3. Bias from confounding: Psychotherapy was comingled with medical interventions

Although the Dutch research is frequently commended for having demonstrated "psychological improvements," an examination of the outcomes reveals that standard measures of psychological functioning such as anxiety, depression, anger, and global function showed very little clinically significant change after treatment (Levine et al., 2022a). de Vries acknowledged that a number of psychological measures showed no meaningful change, but insisted that the "more robust" measures, such as Child Behavior Check List (CBCL) and Youth Self Report (YSR), *did* show clinically relevant changes (de Vries, 2022, p. 3). She also noted that post-intervention, the sample of gender dysphoric youth in the Dutch research functioned at a similarly high level as their non-dysphoric peers, which was also an indicator of success. We have three observations about this response.

*First*, the impressive drop in the percentage of cases in the "clinical" range for CBCL and YSR (de Vries et al., 2014) was only apparent after *dichotomizing* these scales into the "clinical" (problematic) versus "non-clinical" ranges. In comparison, the sample's *average* post-intervention score changes on these scales were much more modest. For example, while the 2014 Dutch study points out that the "percent in the clinical range dropped from 30% to 7% on the YSR/ASR," which looks like an impressive reduction, the *average* t-scores dropped from 54.72 before treatment, to 48.53 after surgery (de Vries et al., 2014, p. 702). Both before and after t-scores were 60—typically interpreted as having no clinically significant symptoms (Achenbach & Rescorla, 2001). This suggests the reported improvements in CBCL and YSR came from relatively small score changes, which are of limited clinical significance, even if in the process the clinical threshold is crossed for some cases.

Second, while de Vries points to the *post-treatment* similarity in function of the gender-dysphoric group to the general population as evidence of treatment success, it is not known how different the groups were from the general population *pretreatment*. According to earlier research by Cohen-Kettenis and van Goozen (1997), which presumably utilized similar selection criteria, "when both pre- and posttest group means were compared with Dutch normative data, *all scores turned out to be within the average range* [emphasis added]" (p. 269). Smith et al. (2001) confirm this and explicitly state that both pretreatment and post-treatment, the group of gender dysphoric youth selected for the interventions were "normal functioning" as compared to their age peers in the Netherlands (Smith et al., 2001, p. 477). If the sample used in the two Dutch studies, which was recruited several years later but used the same careful case selection criteria, bears resemblance to the sample described by this earlier Dutch research, then the reported post-treatment similarities in psychological function between the "treated" group and the general population of peers should not be attributed to gender reassignment.

Third, and perhaps most relevant to this discussion, is the question of whether *any* of the reported changes in post-treatment psychological function scores, clinically significant or not, can be reasonably attributed to gender reassignment—or if these changes were influenced by confounding factors not accounted for in the research design. As noted by the authors of the

CBCL and YSR scales that de Vries says she favors, "improvement in scores from before to after services does not prove that the services were responsible for improvement. Other explanations are possible, such as (a) children's problems tend to decrease as they get older; (b) the people providing the data may report improvements because they believe that the services helped, and (c) the test-retest attenuation effect (a general tendency for people to report fewer problems at a second assessment)" (Achenbach & Rescorla, 2001, p. 183).

In addition to the general sources of confounding in uncontrolled studies relying on "before and after" measures, a vital source of confounding in the Dutch studies has been hiding in plain sight: All the subjects received psychotherapy at the same time they were undergoing gender reassignment. This comingling of interventions makes it impossible to determine which of the interventions "worked."

*Psychotherapy was a key element in the Dutch protocol.* Contrary to the now-common but erroneous assertion by the U.S. gender medicine establishment that psychotherapy for gender dysphoria is akin to "conversion" and should be avoided or even banned (Cantor, 2020), the Dutch studies reveal that psychotherapy was a key element of the protocol. According to the Dutch protocol, "[i]n cases involving confusion about gender feelings, psychotherapy and peer support can be helpful in *resolving the confusion and coming to self-acceptance* [emphasis added]" (de Vries, Cohen-Kettenis & Delemarre-van de Waal, 2006, p. 87). Not only was psychotherapy thought to be beneficial, but apparently it was a core part of the intervention: "…the adolescents were all regularly seen by one of the clinic's psychologists or psychiatrists. Psychological or social problems could thus be timely addressed" (de Vries et al., 2011, p. 2281). The researchers acknowledge that psychotherapy "…may have contributed to the psychological well-being of these gender dysphoric adolescents" (de Vries et al., 2011, p. 2281).

A discussion of the utility of psychotherapy to ameliorate gender dysphoria and related psychological distress is outside the scope of this article, other than to point out that the results of at least two studies suggest that psychological interventions are associated with improvements in two of the outcome domains—*gender dysphoria* (van de Grift et al., 2017) and *global function* (Costa et al., 2015)—absent any medical interventions.

### B. Incompleteness of evidence regarding risks

Failure to consider the physical health risks of "gender-affirming" endocrine and surgical interventions is another methodological weakness of the Dutch studies. This omission is surprising since the Dutch team hypothesized that hormonal interventions might adversely impact bone and brain development several years before their seminal studies commenced (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. 134). As discussed earlier, the Dutch studies did, however, report on the cases that were reclassified from "participants" to "non-participants," and listed the reasons for the nonparticipation, which revealed a possible 6–7% rate of associated adverse events.

Several studies since have confirmed likely adverse health effects of hormonal interventions, although their long-term impact on future health is not yet known. Research suggests that youth treated with puberty blockers develop problems with bone density accrual (Biggs, 2021; Nokoff et al., 2022) and that bone density may be impaired even after treatment with cross-sex hormones is initiated (Klink et al., 2015). Other research suggests heightened insulin resistance (Nokoff et al., 2021), elevated blood pressure, elevated triglycerides, and impaired liver function (Olson-Kennedy, Okonta, et al., 2018). Cross-sex hormone administration places adolescents in the medical category of early life indicators of future cardiovascular disease (Jacobs et al., 2022).

These adverse changes, already evident after a relatively short period of hormonal interventions, do not bode well for long-term health, since "gender-affirming" hormones are prescribed with the presumption of ongoing, lifelong treatment essential for maintaining a masculinized or feminized appearance. It is likely that other medical risks will emerge in the future. Patients and their families cannot make informed decisions about a treatment when the physical health

risks are assumed to be minimal and not reported, and only the potential psychological benefits are considered.

### C. Poor generalizability/applicability to currently presenting cases

Given the dramatic change in the epidemiology of youth gender dysphoria which occurred after the studies were published (Levine et al., 2022a), the question of the applicability of the Dutch research to the current clinical dilemmas is one of the most important questions to interrogate in the field of pediatric gender medicine today.

Generalizability/applicability questions whether "available research evidence can be directly used to answer the health and healthcare question at hand" (Schünemann et al., 2022). We asserted and continue to assert that the Dutch studies are not applicable/generalizable to most gender dysphoric youth presenting today. This is evidenced by two facts: (1) the most common profile of youth seeking gender transition today is an adolescent with postpubertal emergence of a transgender identity and significant uncontrolled mental health comorbidities; (2) the Dutch researchers explicitly disqualified such patients from their studies because of their concern that the risks of early gender transition might outweigh the benefits.

### 1. Most of today's adolescents have postpubertal onset of trans identity and comorbid mental illness

Until about a decade ago, most patients seen by gender clinics were very young boys who wished to be girls and most of these children subsequently lost their cross-sex identification before reaching adulthood (Hembree et al., 2017; Ristori & Steensma, 2016; Singh et al., 2021). Today, the majority are female adolescents (de Graaf et al., 2018; Kaltiala-Heino et al., 2018; Zhang et al., 2021) with previously gender-normative childhoods whose trans identity emerged around or after puberty (Hutchinson et al., 2020; Zucker, 2019). Many suffer from significant preexisting mental illness such as depression and anxiety or neurocognitive challenges such as autism spectrum disorder (ASD) or attention deficit hyperactivity disorder (ADHD) (Becerra-Culqui et al., 2018; de Graaf et al., 2021; Kaltiala-Heino et al., 2015; Kozlowska et al., 2021; Strang et al., 2018; Thrower et al., 2020).

The presentation of adolescent-onset gender dysphoria is not entirely new—what's new is its scale. As with many trends, the change occurred "gradually, then suddenly." While there was evidence of it in the mid-2000s, around 2014–2015 the presentation of pediatric gender dysphoria in the Western world sharply shifted, from childhood-onset that skewed toward males, to adolescent-onset with a preponderance of females with mental health problems (Aitken et al., 2015; de Graaf et al., 2018). The Dutch researchers began their experiments with pediatric gender transition well before this demographic shift began to dominate clinical presentations of youth gender dysphoria.

Finland's national pediatric gender program was among the first to sound the alarm regarding the changing epidemiology of gender dysphoria presentation in youth. In 2015, they began observing that the youth presenting for treatment were primarily females who "do not fit the commonly accepted image of a gender dysphoric minor" (Kaltiala-Heino et al., 2015). The Finnish researchers saw a new pattern of "severe psychopathology preceding onset of gender dysphoria," with 75% already in treatment for other psychiatric issues when their gender dysphoria emerged. By 2019, the Finnish gender program was in full-alarm mode: "Research on adolescent onset gender dysphoria is scarce, and optimal treatment options have not been established… The reasons for the sudden increase in treatment-seeking due to adolescent onset gender dysphoria/ transgender identification are not known" (Kaltiala-Heino & Lindberg, 2019, p. 62). This changing epidemiology was noted by other Nordic countries as well (Kaltiala, Bergman, et al., 2020).

The novel presentation of youth gender dysphoria was also reported by the largest pediatric gender clinic in the world at the time, the UK's GIDS/Tavistock (de Graaf et al., 2018). The now-famous graph of the GIDS data shows a trickle of gender dysphoric youth in years past

App.0094

turning into a tidal wave by 2015, with a significant overrepresentation of teen girls. Between 2009 and 2016, the number of gender dysphoric females increased more than 70 times (de Graaf et al., 2018). The UK researchers concluded:

> The steep increase in birth-assigned females seeking help from gender services across the age range highlights an emerging phenomenon. It is important to follow birth-assigned females' trajectories, to better understand the changing clinical presentations in gender-diverse children and adolescents and to monitor the influence of social and cultural factors that impact on their psychological well-being. (de Graaf et al., 2018, p. 4)

The number of gender dysphoric youth referrals in the UK doubled again between 2020–2021 and 2021–2022 (NHS, 2022b).

While U.S. population-level data are hard to come by due to the country's decentralized and highly fragmented health care system, recent research shows that the number of gender dysphoric teens has also sharply risen in recent years, with a nearly 70% increase just between 2020 and 2021 (Respaut & Terhune, 2022). Combined with U.S. medical chart data samples, which show that the composition of the population changed "from predominantly transfeminine to…predominantly transmasculine in children and adolescents" (Zhang et al., 2021, p. 390) and that over 70% of gender dysphoric youth had been diagnosed with ASD, ADHD and other mental health problems *before* their diagnosis of gender dysphoria (Becerra-Culqui et al., 2018), it is apparent that the U.S. has not been immune to this remarkable epidemiologic trend that has engulfed youth in the Western world.

This now-ubiquitous presentation of gender dysphoria in troubled adolescents with previously gender-normative childhoods lacks a DSM-5-TR descriptor (American Psychiatric Association [APA], 2022), leaving clinicians to refer to it by many names, including *adolescent-onset gender dysphoria*; *postpuberty adolescent-onset transgender history*; and *rapid-onset gender dysphoria (ROGD).* The latter term was introduced by a U.S. researcher (Littman, 2018). Despite the controversy that Littman's hypotheses generated in the gender medicine establishment (Marchiano, 2018*),* her research withstood a second round of rigorous peer review (Littman, 2020). Subsequent detransitioner research lent further support to the ROGD hypothesis, with patients themselves reporting "that their gender dysphoria began during or after puberty and that mental health issues, trauma, peers, social media, online communities, and difficulty accepting themselves as lesbian, gay, or bisexual were related to their gender dysphoria and desire to transition" (Littman, 2021, p. 15). Even WPATH, which in 2018 strongly objected to Littman's research (WPATH, 2018), conceded in its 2022 "Standards of Care 8" that while no one has attempted to replicate Littman's research, it is apparent that "[f]or a select subgroup of young people, susceptibility to social influence impacting gender may be an important differential to consider" (Coleman et al., 2022, p. S45).

The novel phenomenon of high numbers of young people declaring a transgender identity for the first time in adolescence, often in the context of preexisting mental illness and/or trauma and social difficulties, has been described by several other mental health clinicians (Hutchinson et al., 2020; Schwartz, 2021; Zucker 2019). The only exception to the trend of mentally struggling adolescents presenting with gender dysphoria is the Amsterdam gender clinic itself, which has also seen an influx of teens and the preponderance of girls, but apparently without the mental health problems (Arnoldussen et al., 2020). Nonetheless, writing for the American journal *Pediatrics*, de Vries recognized the emergence of this new clinical phenomenon, noting that "gender identity development is diverse, and a new developmental pathway is proposed involving youth with postpuberty adolescent-onset transgender histories" (de Vries, 2020, p. 1) and noting that "some case histories illustrate the complexities that may be associated with later-presenting transgender adolescents and describe that some eventually detransition (de Vries, 2020, p. 2).

### 2. *The Dutch studies disqualified cases most commonly presenting today: Adolescents with recent-onset gender dysphoria, nonbinary identities, or mental illness*

From the outset in the late 1990s when the Dutch researchers first began to report on the results of youth gender transitions, they made it clear that their focus was exclusively on youth with

complete cross-sex identification "from toddlerhood onwards" (Cohen-Kettenis & van Goozen, 1998, p. 1). Furthermore, there was a strict requirement of psychological stability:

> First, they must have shown a *lifelong extreme and complete crossgender identity/role* [emphasis added]. Around puberty these feelings and behaviors must have become more rather than less pronounced. Second, they must be *psychologically stable* [emphasis added] (with the exception of depressed feelings, which often are a consequence of their living in the unwanted gender role) and function socially without problems (e.g., have a supportive family, do well at school). (Cohen-Kettenis & van Goozen, 1997, p. 265)

Of note, youth with non-binary identities, common today (Green et al., 2022), were *ineligible* for medical interventions according to the Dutch protocol, and instead needed psychotherapy: "adolescents… whose wish for sex reassignment seems to originate from factors other than a genuine and complete cross-gender identity are *served best by psychological interventions* [emphasis added] (de Vries et al., 2006, pp. 87–88).

Thus, the Dutch protocol explicitly *excluded* the characteristics of adolescents presenting to clinics in recent years—those whose trans-identities emerged around puberty; non-binary presentations without the wish for a complete cross-sex reassignment; or cases of gender dysphoria accompanied by significant uncontrolled mental illness. The high level of psychological functioning of the Dutch cohort *at baseline* serves as evidence that these selection criteria were indeed followed at the time (de Vries et al., 2011). The fact that "gender-affirming" interventions are now provided to the very segment that was explicitly excluded from the eligibility in the foundational studies is alarming.

### D. Failure to consider alternatives (lack of research equipoise)

The Dutch researchers began their research into treatments of gender-dysphoric adolescents with the *foregone conclusion* that children who had life-long gender dysphoria and who continue to be cross-sex identified as adolescents would inevitably grow up to be transgender-identified adults. This assumption, based on "expert observations" from a handful of cases (O'Malley & Ayad, 2022; Cohen-Kettenis & van Goozen, 1997), has never been tested in rigorous comparative research. Further, the research team assumed that the only feasible treatment for these adolescents is early gender transition, and that psychotherapy alone is ineffective—also without testing this assumption through research. This violates the key requirement of equipoise in research—the principle that clinical investigators must approach research with genuine uncertainty regarding diagnostic, prevention, and treatment options—and allocate individuals to interventions in a manner that allows for generation of new knowledge (Freedman, 1987; London, 2017).

In fact, as de Vries' response to us emphasizes, the Dutch researchers continue to hold such firm belief into the beneficial nature of gender reassignment for youth, that they are far more concerned with the risk of "nontreatment" with hormones and surgery than they are with the possibility that the youth undergoing transition may not have needed such drastic interventions (de Vries, 2022, p. 3). However, some of the earlier research on the "non-treated" gender-variant and gender dysphoric adolescents challenges the assumptions of the permanence of trans identity in teens.

#### 1. Non-treatment of "referred" adolescents with significant mental illness

Because of the careful case selection, the Dutch protocol rejected some youth from eligibility for gender reassignment due to serious "psychological or environmental problems" (Smith et al., 2001, p. 473). According to the study that followed the trajectories of these youth, the majority no longer wished to undergo gender transition once they reached *adulthood*.

Smith et al. (2001) reported that individuals rejected from gender reassignment in adolescence found noninvasive ways to deal with their gender dysphoria, and gender dysphoria significantly diminished. Upon follow-up 1–7 years later, only 20% of the rejected subjects (6/27) underwent gender reassignment as adults, while 80% refrained from it. Among those who remained medically untreated and participated in follow-up research, a remarkable 80% (11/14) "*did not feel*

App.0096

*any regrets about having refrained from SR [sex reassignment] or being rejected….*" Only 7% (1 of 14) expressed strong regret (Smith et al., 2001, p. 477).

Data from the study by Smith et al. (2001) raise the possibility that the majority of those rejected from hormonal interventions not only were unharmed by waiting but benefited from "nontreatment" with gender reassignment in adolescence. Unlike the medically and surgically treated subjects, the "rejects" completed uninterrupted physical and psychological development, avoided sterility, maintained their sexual function, eliminated their risk of iatrogenic harm from surgery, and avoided the need for decades of dependence on cross-sex hormones. These cases also demonstrate that the assumption that "adolescents do not desist" was not true even at the time the Dutch team first introduced gender transitions of youth. It is even less true now, with research showing 10-30% rates of detransition among those who were trans-identified in adolescence and young adulthood (Boyd, 2022; Hall et al., 2021; Roberts et al., 2022). The long-term follow-up data on the Dutch adolescent transitioner cohort recently presented at the WPATH 2022 Symposim (Steensma et al., 2022) also suggest that the rate of cross-sex identification was not as stable as originally expected, with a sizable percentage reporting one or more instances of identity changes after treatment completion, especially among the individuals on the autistic spectrum (Steensma et al., 2022).

### *2. Non-treatment of "gender variant" youth in a community sample*

Another study, also from the Netherlands, that took place before the practice of pediatric gender transition became widespread (Steensma, van der Ende, et al., 2013), also sheds light on what happens when childhood and adolescent gender-variance remains medically untreated. This large prospective longitudinal study based on a community sample (n = 879) found that about 6% of children (n = 51) ages 7–8 in a community sample were identified as "gender variant." At follow-up 24 years later, when the subjects were on average in their early 30s, *not a single individual* from the previously "gender-variant" subgroup of 51 children sought to undergo gender reassignment, despite the availability of these services.

There are three noteworthy observations in this study. *First*, the rate of "gender variance" of 6% reported in the community sample is remarkably similar to the current rate of transgender identification in U.S. youth of 2–9% (Johns et al., 2019; Kidd et al. 2021). *Second*, the gender-variant children were roughly 8–15 times more likely to grow up to be gay, lesbian, or bisexual adults compared to gender-normative youth. Gender variance is a common precursor to future homosexuality (Korte et al., 2008) and in fact in the Dutch studies, 97% of youth were gay, lesbian, or bisexual relative to their natal sex (de Vries et al., 2011). *Third*, only *one* of the 879 individuals in the sample underwent a male-to-female gender reassignment as an adult—and the individual had *not* been deemed "gender-variant" as a child (Steensma, van der Ende, et al., 2013, p. 2729). This challenges the current focus on medical interventions at increasingly younger ages.

The fact that none of the "gender variant" children in the sample sought gender reassignment as adults, when the study was published in 2013, merits scrutiny. These children would have been coming "of age" just a few years before the Dutch researchers conceived of the notion of *juvenile transsexual* and began to offer gender reassignment to adolescents. Thus, these children just missed the clinical shift in the Dutch practice—and perhaps not coincidentally, apparently all avoided the lifelong burden of living as a gender-reassigned individual.

The title of de Vries' commentary, *Ensuring Care for Transgender Adolescents Who Need It* (de Vries, 2022) prompts us to pose two questions. First, has the availability of the Dutch protocol itself created the "need?" Second, absent clear criteria to separate a young person's "wish" from a "need," will research rigor be required to demonstrate that the benefits outweigh the risks?

## II. Newer research claiming benefits of youth gender transition is even more flawed

de Vries acknowledged that the Dutch research suffers from some limitations but insisted that newer research has sufficiently addressed these problems. She criticized us for not including a

review of newer studies that "consistently demonstrate improved or stable psychological functioning, body image, or treatment satisfaction varying from three months to up to two years from the initiation of treatment" (de Vries, 2022, p. 5). We are familiar with the seven studies de Vries mentions—as well as a number of other recent studies. What these studies "consistently demonstrate" is the art of *spin*—a well-documented problem in biomedical research where researchers "distort the interpretation of results and mislead readers so that results are viewed in a more favorable light" (Chiu et al., 2017). Due to length concerns, we discuss only three examples— Carmichael et al. (2021), Costa et al. (2015), and Tordoff et al. (2022). Most of the current research on the purported benefits of "gender-affirming care" suffers from similar limitations.

The UK study of puberty blockers by Carmichael et al. (2021), which attempted to replicate the Dutch puberty blocker study's findings of psychological improvements (de Vries et al., 2011), *failed to demonstrate psychological improvements*, conceding that its results are "in contrast to the Dutch study" (Carmichael et al., 2021, p. 19). The study found problems in bone mass density accrual among puberty-blocked youth. These problematic findings take on a decisively positive spin in the study conclusions, which refocus the reader on the positive "overall patient experience of changes on GnRHa treatment"; dismiss bone density problems as merely "consistent with suppression of growth"; and camouflage the failure to replicate the psychological benefits of puberty suppression by simply stating, "we identified no changes in psychological function" (Carmichael et al., 2021, p. 2). de Vries aided in the positive interpretation of the results by recasting the lack of improvement in psychological function following puberty suppression, as a *positive* finding of "stable psychological function" (de Vries 2022, p. 5)—yet it has never been demonstrated that psychological function of gender dysphoric adolescents with high baseline mental health function, as was required by the study criteria, would be expected to deteriorate absent intervention.

Spin also characterizes Costa et al. (2015), which compared psychosocial functioning of gender dysphoric youth who were puberty-suppressed to those who were delayed for medical treatment and received only psychotherapy. By the end of the 18-month study period, both groups ended up in the same psychosocial functional range using the Children's Global Assessment Scale (CGAS): 61–70 (out of 100 points), corresponding to "[s]ome difficulty in a single area, but generally functioning pretty well" (Shaffer, 1983). This study can hardly be cited as evidence of the superiority of the medical approach and in fact points to the viability of providing noninvasive therapy as an alternative to puberty suppression. Yet, the authors focus their abstract on the fact that the puberty-blocked group had higher function after puberty suppression than before, ignoring the fact that both the puberty-suppressed and the psychologically-treated only groups improved and there was no statistically-significant difference between the two by the end of the study period (Biggs, 2019). Questions regarding the extent to which improvements in selfreported psychological measures could be due to the placebo effect of puberty blockers have been recently raised (Clayton, 2022).

The spin of Tordoff et al. (2022) is dramatic. This study claimed that puberty blockers and "gender-affirming" hormones produced a 60% reduction in depression after only one year. However, this conclusion is in stark contrast to the raw data: at baseline, 59% of the yet-to-be treated patients had *moderate to severe depression*; by the end of the study at 12 months, 56% were still moderately to severely depressed, despite receiving hormone treatment (Supplementary material of e Table 3 Tordoff et al., 2022). This unchanged rate of depression became an "observed 60% lower odds of depression" via a methodology that *inferred* the "improvement" in the *treated cases* from the reported "worsening" in the *untreated cases*. Indeed, the untreated cases in the study had depression rates of 83% by the end of the study period (n = 6), compared to 56% of the treated cases (n = 57), seemingly supporting the conclusion that treatment with hormones alleviates depression.

However, by basing their conclusion about the relative success of the "treated" on the finding of lack of success among the "untreated" cases, the researchers failed to consider that

they lost an astounding 80% of their "untreated" cohort by the end of the study (28 of 35); in contrast, the "treated" cohort largely remained (84%) enrolled. The high dropout rate in "untreated" subjects makes intuitive sense: the study took place in a gender clinic setting, the primary purpose of which is provision of gender transition services. Youth whose distress was ameliorated without the use of hormones would have little reason to stay enrolled in the clinic and participate in the ongoing research. However, what this also suggests is that the highest functioning "untreated" youth dropped out of the study. Thus, the entire conclusion that because "untreated" cases faired so poorly on measures of depression, anxiety, or suicidality, it must be that hormones given to the "treated" cases "worked," is invalid. There are other problems in the study, including the fact that the use of psychiatric medications was not accounted for in the analysis. The university was aware of the problems with this research but chose to remain silent because the study's optimistic conclusions were so well received by national news media outlets (Rantz, 2022).

These examples demonstrate why we do not share de Vries' optimism that the newer studies conducted since the publication of the two seminal Dutch studies provide any additional confidence in, or support for, the practice of youth gender transitions. Most of the current research into the practice of pediatric transition continues in the context of gender clinic settings, which are actively providing gender transition to willing youth. Such low-quality observational research not only lacks the ability to control for the multiple sources of bias due to limitations in research design, but also is often led by clinicians with vested intellectual, professional, and financial conflicts of interest (Prasad, 2013).

## III. Suggestions for future research

We were pleased to learn that de Vries has been awarded a substantial research grant to continue to study the effects of the Dutch protocol (Amsterdam UMC, 2022a). We welcome her decision to study the effects of the Dutch protocol on the novel cohort of youth whose trans identity only emerged in adolescence, as we agree that it is important to know "whether medical treatment is …useful for this group or whether there are too many risks… such as regret afterwards" (Amsterdam UMC, 2022b).

However, we think the time has come to reexamine the entire 25 years of Dutch experience using rigorous methodologies, to answer the critical questions about the full range of risks and benefits that the use of the Dutch protocol. We offer five suggestions relating to both past and future research:

### 1. Conduct comprehensive retrospective research

There have been over 6600 referrals to the Amsterdam gender clinic alone between 2000 and 2019 (Steensma et al., 2022), with likely additional referrals to the other Dutch gender clinics over the same time period, as well as new referrals since 2019. A retrospective chart review of these referred patients, supplemented by the data from the Dutch health and civil records registries Registers in The Netherlands (2022) could allow researchers to reexamine its quarter-century of experience of gender transition of youth and their outcomes in a way that is methodologically sound. The analysis should include outcomes of *all* patients diagnosed with gender dysphoria as children, adolescents, or young adults, rather than focusing only on those who chose to pursue medical interventions and explicitly agreed to participate in research. This retrospective review should seek to examine the outcomes of medical transition, psychotherapy, and no intervention. The effects of each step of the Dutch protocol should be disaggregated to gain a better understanding of the benefits and risks at each stage, and the results should be analyzed by natal sex and the age of gender dysphoria onset as validated by medical records.

App.0099

## 2. Focus on comparative outcomes

The importance of *comparative* research to determine optimal treatments has been known since the 1990s (Guyatt, 1993). Comparing "before" and "after" psychological outcomes tends to over-state benefits due to number of factors, including "regression to the mean" (Knapp, 2016). Gender dysphoric youth often seek help at the peak of their distress. That many such "extreme" situations tend to naturally revert to a milder state even without an intervention is a well-recognized clinical and statistical phenomenon. While randomization is still the gold standard to reliably estimate treatment effects, when it is not possible (as is the case with retrospective research), researchers should consider utilizing quasi-experimental research designs (Harris et al., 2006). Recent post-hoc analysis of the effects of "gender-affirming" surgery, which utilized propensity-score matching to construct comparator groups, is an example of such analysis (Bränström & Pachankis, 2020c).

## 3. Track a full range of health outcomes utilizing objective measures whenever possible

The current exclusive focus on psychological and sexual functioning and self-reports is insuffi-cient. Research should include a more objective evaluation of the effects of gender reassignment interventions on bone, brain, cardiovascular health, malignancies, and overall morbidity and all-cause mortality. As mentioned earlier, retrospective chart reviews of the referred patient cohorts, supplemented with relevant data from the Dutch health and civil records registries, should provide sufficient information to estimate the longer-term impact of hormonal and sur-gical interventions on morbidity and mortality, while also documenting the incidence of osteo-porosis, cardiovascular disease, and cancer, as well as rates of mental illness and suicidality/ suicide.

## 4. Pre-specify primary and secondary outcome measures and consistently track them

The primary outcomes of pediatric gender reassignment have been a moving target. In 1997, the Dutch researchers stated that the decision to start gender transition had as its goal to improve the "psychological problems of untreated adolescents" (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. 132), since transitions undertaken in adulthood were already adequately relieving the feeling of gender incongruence itself. In her commentary, however, de Vries stated that psycho-logical function may not the "best indicator for the benefits of such treatment" and that "mea-sures that assess what makes life most worth living…" are most appropriate (de Vries, 2022, p. 3). Yet in a recent interview, she stated that the best indicator of treatment benefits is "satisfaction with care" (O'Malley & Ayad, 2022, 54:36). Primary outcome measures that serve as the rationale for the intervention must be clearly stated, justified, and consistently tracked.

If relief of "gender dysphoria" is still considered a primary outcome by the Dutch research team, a new measure of gender dysphoria that can be validated in both the pre- and the post-treatment settings is urgently needed, as the UGDS scale's use post-treatment is invalid. The updated UGDS-GS scale (McGuire et al., 2020) currently favored by de Vries (de Vries, 2022), appears to be a derivative of the earlier UGDS scale, and therefore may suffer from similar limitations when used in post-gender-reassignment settings.

## 5. Focus on long-term outcomes

Until recently, the long-term outcomes on the cohort of 70/55 cases have been an unanswered question. It was partially answered in a recent WPATH Symposium presentation by the Dutch team, comprised of presentations by Drs. de Rooy, Asseler, van der Meulen, van der Miesen, and Steensma (Steensma et al., 2022). As we look forward to seeing these preliminary findings elucidated in the upcoming peer-reviewed publications, we note several concerns.

App.0100

*First*, it appears that the follow-up research combined the earlier-treated cohorts with the later-treated ones. We hope to see the outcomes of the 70/55 cases reported separately from other cases, so that the original cohort's outcomes can be quantified. *Second*, only half of the treated cases engaged in follow-up research (Bazelon, 2022; Steensma et al., 2022). This can bias the results, as individuals who experience more difficulties with their gender transition are less likely to engage with the physicians who treated them (Vandenbussche, 2022). Much follow-up research that reports positive outcomes relies on self-reported data compromised by high dropout rates (D'Angelo, 2018). In contrast, research that utilizes medical records and objective outcome measures shows much less optimistic outcomes (Dhejne et al., 2011; Bränström & Pachankis, 2020a, 2020b, 2020c). To mitigate the non-response bias, the Dutch research team should leverage chart data for all the referred patients, and report objective health outcomes for the *entire cohort* that was treated.

*Third*, we are concerned by the apparent dismissal of reproductive regret, which affected more than a quarter of the patients according to the data presented by Asseler, as merely a problem of the past when sterilizing surgery was a requirement (Steensma et al., 2022). The current treatment protocol of blocking puberty at Tanner stage 2 followed by cross-sexhormones, endorsed by the Endocrine Society (Hembree et al., 2017) and WPATH (Coleman et al., 2022), will most likely lead to chemical sterility, just as the prior surgical protocol led to permanent surgically-induced sterility. There are currently no effective, established methods to preserve fertility of individuals whose gametes have not matured (Rosenthal, 2021).

*Fourth*, the reported relationship difficulties reported by Asseler, with over 60% of individuals in their early to mid-30's still single also deserve serious consideration. The apparent sexual difficulties reported for male-to-female transitioners by van der Meulen (around 70% have problems with libido, have pain during sex, or have problems with achieving orgasm), combined with reproductive challenges, may be contributing to this outcome. *Fifth*, the team's preliminary optimistic conclusions that early puberty blockade did not worsen sexual function appears to be based on a problematic combining Tanner stages 2 and 3. The development of sexual organs and fertility is significantly more advanced in Tanner stage 3, compared to stage 2. Whether or not the high rate of sexual problems found in the transitioned population may be related to blocking puberty at Tanner stage 2 needs to be investigated.

These newly reported data underscore an urgent need to determine whether the benefits of medical interventions outweigh the now much better understood risks.

## Concluding thoughts

The question, "Just because we can, should we?" is not unique to pediatric gender medicine. What makes this arena exceptional is the radical, irreversible nature of "gender-affirming" medical and surgical interventions desired by the exponentially growing numbers of youth in the Western world. The recent changes announced by WPATH SOC 8—specifically the removal of minimum age limits for medical and surgical treatments, and the elimination of the "distress" requirement by switching from DSM-5-TR to ICD-11 diagnostic criteria (Coleman et al., 2022; Robles García & Ayuso-Mateos, 2019; World Health Organization, 2019)—takes the field further in a truly extraordinary direction whereby *any desired body modification* desired by a child or a young person becomes automatically "medically necessary."

Another unique aspect of the gender medicine field is that a number of clinicians tasked with caring for gender-distressed have taken on the role of political campaigners—and in doing so, have traded wisdom and nuance for blunt activism (Kuper et al., 2022; McNamara et al., 2022). Their insistence that today's gender-dysphoric teens are tomorrow's transgender adults, and that their future happiness and mere survival hinges on early access to gender reassignment, is demonstrably false. While still reported as "rare" by the gender medicine establishment (Coleman et al., 2022; McNamara et al., 2022), the rate of medical detransition is already 10%-30% just a few years following transition (Boyd et al., 2022; Hall et al., 2021; Roberts et al., 2022). These

numbers are likely to rise in the future as regret historically has taken over a decade to materialize (Dhejne et al., 2014). Not all of those who detransitioned will consider themselves harmed, but many will—and a number already have (Vandenbussche, 2022; Littman, 2021).

When clinician-activists misuse the eminence of their institutions and medical societies to deny or obfuscate important facts about pediatric gender transition—that puberty blockers are prescribed to peri-pubertal children as young as 8–9; that mastectomies are commonly provided to teens; that the wave of detransition is rising and already far exceeds what's been historically recorded; and that no other pediatric intervention of similarly drastic nature has ever been delivered at scale based such low quality of evidence (McNamara et al., 2022)—they may succeed in scoring a political or legal "victory" in the short-term, but they also contribute to the longer-term erosion of public trust in the medical profession. They also inadvertently contribute to medical harm.

The scale of the potential harm can be fully appreciated if one considers that an astounding 1 in 10–20 middle school, high school, and college students in the West currently claim a transgender identity (ACHA, 2022; Johns et al., 2019; Kidd et al. 2021). Adolescent mental health in general is at an all-time low (Centers for Disease Control and Prevention [CDC], 2022). Lesbian, gay and bisexual youth and those on the autism spectrum (Bradley, 2022) are at particularly high risk of refracting their gender-non-conformity through the prism of transgender identity. Youth referrals for gender reassignment having risen already several thousand percent in the last decade, and nearly doubled between 2020/2021 and 2021/2022 (NHS, 2022b; Respaut & Terhune, 2022). If these young patients' sense of urgency is confused with certainty about their future happiness, while a flawed evidence base is mistaken for proven safety and effectiveness of youth gender reassignment, harm at scale will ensue.

As physicians are increasingly instructed to widely adopt "gender identity screening" of adolescents to "facilitate and increase…the delivery of gender-affirming" interventions (Lau et al., 2021, p. 1) and are misled about the (very low) quality of research, an analogy of the opioid epidemic powerfully emerges. The gender medicine field must reflect on the parallels between the pain as the "fifth vital sign," the misuse of research (Porter & Jick, 1980; Zhang, 2017), the pressure to meet patient demands, and the role of powerful special interests during the height of the opioid epidemic—and the trends in pediatric gender medicine today.

The field of gender medicine has a short time to self-correct before a growing number of authorities step in and impose guardrails to safeguard youth. Public health authorities in Finland, Sweden, and most recently England have already done just that, sharply deviating from the WPATH's poorly evidenced recommendations in "SOC 7" (Dahlen et al., 2021), with no apparent intention to follow the updated "SOC 8" either (COHERE (Council for Choices in Health Care), 2020; Socialstyrelsen [National Board of Health and Welfare], 2022; NHS, 2022a). NHS England's decision to close GIDS/Tavistock—the world's biggest pediatric gender clinic—and to place the care of gender-distressed youth in established clinical settings that "maintain a broad clinical perspective," provide "strong links to mental health services," and do not "exceptionalise gender identity issues," (Cass, 2022; NHS, 2022b) is a vote of no-confidence in the WPATH-endorsed "gender-affirming" approach that dominates the "gender clinic" model of care.

The American medical establishment appears to be taking a different approach. Rather than acknowledging the problems with the gender-affirmation model of care, there is an apparent effort underway to retrospectively redefine what "gender-affirmation" is. Originally defined as comprised of the provision of hormones and surgery to youth (Table 2, Rafferty, 2018), more recently gender affirmation has been positioned as merely "holistic care." The American Academy of Pediatrics recently made a surprising and welcome statement that hormones and surgery are not the preferred treatment for gender dysphoric youth, and that in fact "for the vast majority of children, it recommends the opposite" (Szilagyi, 2022). Whether this statement will be followed by earnest efforts to restrict the provision of highly invasive interventions to exceptional situations and to endorse non-invasive psychosocial interventions as first line of treatment—instead of inappropriately conflating psychotherapy for gender dysphoria with "conversion"—remains to be seen.

The former era of eminence-based, expert-opinion-led medicine, under which the innovative clinical practice of pediatric gender transition proliferated, has been replaced by a new standard, *evidence-based medicine*, which demands rigor in the research that underpins population-level treatment recommendations (Sackett et al., 1996; Zimerman, 2013). Our analysis of the Dutch protocol has been written with three goals in mind. *First*, we wanted to definitively refute the claims that the foundational Dutch research represents "solid prospective research" that provides reliable evidence of net benefits of youth gender transition. In fact, it is much better described as case series—one of the lowest levels of evidence available (Dekkers et al., 2012, Mathes & Pieper, 2017). *Second*, we aimed to demonstrate that the type of non-comparative, short-term research that the gender medicine establishment continues to pursue is incapable of generating reliable information. And *third and most importantly*, we wanted to remind the medical community that medicine is a double-edged sword capable of both much good and much harm. The burden of proof—demonstrating that a treatment does more good than harm—is *on those promoting the intervention*, not on those concerned about the harms. Until gender medicine commits to conducting high quality research capable of reliably demonstrating the preponderance of benefits over harms of these invasive interventions, we must be skeptical of the enthusiasm generated by headlines claiming that yet another "gender study" proved benefits of transitioning youth. This time-honored concern about risk/benefit ratio is a sobering reminder that the history of medicine is replete with examples of "cures" which turned out to far more harmful than the "disease."

## Notes

1. de Vries also served as a peer-reviewer of our original paper, Levine et al. (2022a).
2. While not central to our argument, de Vries' claim that the selection of the 111 participants from the original 196 was based only on the researchers' interest in those age 16 and under is contradicted by the data. According to Table 1 in de Vries et al. (2011), there was at least one natal female participant who was 18.6 years old when the puberty blockers were initiated. Although selection criteria of the 111 from 196 may have introduced additional bias, we are most concerned with bias in the subsequent selection of 70 from the 111.

## Acknowledgements

The authors would like to thank all of those who helpfully read earlier versions of this manuscript and contributed in various ways. This includes our colleagues as well as the formal peer-reviewers. We would like to especially thank Michael Biggs for his thoughtful suggestions.

## Funding

The author(s) reported there is no funding associated with the work featured in this article.

## References

Achenbach, T. M., & Rescorla, L. (2001). *Manual for the ASEBA school-age forms & profiles*. Burlington, VT: University of Vermont Research Center for Children, Youth, & Families.
Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A., Spegg, C., Wasserman, L., Ames, M., Fitzsimmons, C. L., Leef, J. H., Lishak, V., Reim, E., Takagi, A., Vinik, J., Wreford, J., Cohen-Kettenis, P. T., de Vries, A. L. C., Kreukels, B. P. C., & Zucker, K. J. (2015). Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *The Journal of Sexual Medicine*, *12*(3), 756–763. doi:10.1111/jsm.12817
American College Health Association (ACHA). ( 2022). National College Health Assessment III. Undergraduate Student Reference Group. Data Report. Spring 2022.
American Medical Association (AMA). (2022). *AMA reinforces opposition to restrictions on transgender medical care*. Retrieved November 15, 2022, from https://www.ama-assn.org/press-center/press-releases/ama-reinforces-opposition-restrictions-transgender-medical-care
American Psychiatric Association (APA). (2022). *Diagnostic and statistical manual of mental disorders* (5th ed., text rev.). doi:10.1176/appi.books.9780890425787

App.0103

Amsterdam UMC. (2022a, July 1). *Three Vidi grants for Amsterdam Public Health researchers*. Retrieved September 3, 2022 from https://www.amsterdamumc.org/en/research/institutes/amsterdam-public-health/news/three-vidi-grants-for-amsterdam-public-health-researchers.htm

Amsterdam UMC. (2022b, July 7). *Three Vidi grants for Amsterdam Public Health researchers*. Retrieved September 3, 2022 from https://www.amsterdamumc.org/nl/vandaag/800.000-euro-voor-onderzoek-naar-transgenderzorg-jongeren.htm

Arnoldussen, M., Steensma, T. D., Popma, A., van der Miesen, A. I. R., Twisk, J. W. R., & de Vries, A. L. C. (2020). Re-evaluation of the Dutch approach: Are recently referred transgender youth different compared to earlier referrals? *European Child & Adolescent Psychiatry*, *29*(6), 803–811. doi:10.1007/s00787-019-01394-6

Balon R. (2022). Commentary on Levine et al.: Festina Lente (Rush Slowly). *Journal of Sex & Marital Therapy*, *48*(8), 775–778. doi:10.1080/0092623X.2022.2055686

Bazelon, E. (2022, June 15). The battle over gender therapy. The New York Times. https://www.nytimes.com/2022/06/15/magazine/gender-therapy.html

Becerra-Culqui, T. A., Liu, Y., Nash, R., Cromwell, L., Flanders, W. D., Getahun, D., Giammattei, S. V., Hunkeler, E. M., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Sandberg, D. E., Silverberg, M. J., Tangpricha, V., & Goodman, M. (2018). Mental health of transgender and gender nonconforming youth compared with their peers. *Pediatrics*, *141*(5), e20173845. doi:10.1542/peds.2017-3845\

Biggs, M. (2019). A Letter to the Editor Regarding the Original Article by Costa et al.: Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *The Journal of Sexual Medicine*, *16*(12), 2043. doi:10.1016/j.jsxm.2019.09.002

Biggs, M. (2020). Gender dysphoria and psychological functioning in adolescents treated with GnRHa: Comparing Dutch and English prospective studies. *Archives of Sexual Behavior*, *49*(7), 2231–2236. doi:10.1007/s10508-020-01764-1

Biggs, M. (2021). Revisiting the effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria. *Journal of Pediatric Endocrinology and Metabolism*, *34*(7), 937–939. doi:10.1515/jpem-2021-0180

Biggs, M. (2022). The Dutch protocol for Juvenile transsexuals: Origins and evidence. *Journal of Sex & Marital Therapy*. Advance online publication. doi:10.1080/0092623X.2022.2121238

Boyd, I. L., Hackett, T., & Bewley, S. (2022). Care of transgender patients: A general practice quality improvement approach. *Healthcare*, *10*(1):121. doi:10.3390/healthcare10010121

Boutron I, Page MJ, Higgins JPT, Altman DG, Lundh A, & Hróbjartsson A. (2022). Chapter 7: Considering bias and conflicts of interest among the included studies. In: Higgins JPT, Thomas J, Chandler J, Cumpston M, Li T, Page MJ, & Welch VA (Eds.), *Cochrane Handbook for Systematic Reviews of Interventions version 6.3*. London: Cochrane. (updated February 2022). Available from www.training.cochrane.org/handbook.

Bradley, S. J. (2022). Understanding vulnerability in girls and young women with high-functioning autism spectrum disorder. *Women*, *2*(1), 64–67. doi:10.3390/women2010007

Bränström, R., & Pachankis, J. E. (2020a). Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study. *American Journal of Psychiatry*, *177*(8), 727–734. doi:10.1176/appi.ajp.2019.19010080

Bränström, R., & Pachankis, J. E. (2020b). Correction to Bränström and Pachankis. (2020). *American Journal of Psychiatry*, *177*(8), 734–734. doi:https://doi.org/10.1176/appi.ajp.2020.1778correction

Bränström, R., & Pachankis, J. E. (2020c). Toward rigorous methodologies for strengthening causal inference in the association between gender-affirming care and transgender individuals' mental health: Response to letters. *American Journal of Psychiatry*, *177*(8), 769–772. doi:10.1176/appi.ajp.2020.20050599

Brierley, J., & Larcher, V. (2009). Compassionate and innovative treatments in children: A proposal for an ethical framework. *Archives of Disease in Childhood*, *94*(9), 651–654. doi:10.1136/adc.2008.155317

Brignardello-Peterson, R., & Wiercioch, W. (2022). *Effects of gender affirming therapies in people with gender dysphoria: Evaluation of the best available evidence*. https://ahca.myflorida.com/letkidsbekids/docs/AHCA_GAPMS_June_2022_Attachment_C.pdf

Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy*, *46*(4), 307–313. doi:10.1080/0092623X.2019.1698481

Centers for Disease Control and Prevention (CDC). (2022). *New CDC data illuminate youth mental health threats during the COVID-19 pandemic*. https://www.cdc.gov/media/releases/2022/p0331-youth-mental-health-covid-19.html

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLOS ONE*, *16*(2), e0243894. doi:10.1371/journal.pone.0243894

Cass, H. (2022). *Entry 8—Beyond the headlines*. Retrieved August 19, 2022, from https://cass.independent-review.uk/entry-8-beyond-the-headlines/

Chiu, K., Grundy, Q., & Bero, L. (2017). 'Spin' in published biomedical literature: A methodological systematic review. *PLOS Biology*, *15*(9), e2002173. doi:10.1371/journal.pbio.2002173

Clayton, A. (2022). Gender-affirming treatment of gender dysphoria in youth: A perfect storm environment for the placebo effect—the Implications for research and clinical practice. *Archives of Sexual Behavior. Online ahead of print*. doi:10.1007/s10508-022-02472-8



Cohen-Kettenis, P. T., & van Goozen, S. H. M. (1997). Sex reassignment of adolescent transsexuals: A follow-up study. *Journal of the American Academy of Child & Adolescent Psychiatry*, 36(2), 263–271. doi:10.1097/00004583-199702000-00017

Cohen-Kettenis, P. T., & van Goozen, S. H. M. (1998). Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. *European Child & Adolescent Psychiatry*, 7(4), 246–248. doi:10.1007/s007870050073

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W. J., Monstrey, S., Adler, R. K., Brown, G. R., Devor, A. H., Ehrbar, R., Ettner, R., Eyler, E., Garofalo, R., Karasic, D. H., … Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, Version 7. *International Journal of Transgenderism*, 13(4), 165–232. doi:10.1080/15532739.2011.700873

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., … Arcelus, J. (2022). Standards of care for the health of transgender and gender diverse people, Version 8. *International Journal of Transgender Health*, 23(sup1), S1–S259. doi:10.1080/26895269.2022.2100644

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *The Journal of Sexual Medicine*, 12(11), 2206–2214. doi:10.1111/jsm.13034

COHERE (Council for Choices in Health Care). (2020). *Palveluvalikoimaneuvoston Suositus: Alaikäisten Sukupuoli-identiteetin Variaatioihin Liittyvän Dysforian Lääketieteelliset Hoitomenetelmät. [Recommendation of the Council for Choices in Health Care in Finland: Medical Treatment Methods for Dysphoria Related to Gender Variance in Minors.]*. https://segm.org/Finland_deviates_from_WPATH_prioritizing_psychotherapy_no_surgery_for_minors

Dahlen, S., Connolly, D., Arif, I., Junejo, M. H., Bewley, S., & Meads, C. (2021). International clinical practice guidelines for gender minority/trans people: Systematic review and quality assessment. *BMJ Open*, 11(4), e048943. doi:10.1136/bmjopen-2021-048943

D'Angelo, R. (2018). Psychiatry's ethical involvement in gender-affirming care. *Australasian Psychiatry*, 26(5), 460–463. doi:10.1177/1039856218775216

de Graaf, N. M., Giovanardi, G., Zitz, C., & Carmichael, P. (2018). Sex ratio in children and adolescents referred to the gender identity development service in the UK (2009–2016). *Archives of Sexual Behavior*, 47(5), 1301–1304. doi:10.1007/s10508-018-1204-9

de Graaf, N. M., Huisman, B., Cohen-Kettenis, P. T., Twist, J., Hage, K., Carmichael, P., Kreukels, B. P. C., & Steensma, T. D. (2021). Psychological functioning in non-binary identifying adolescents and adults. *Journal of Sex & Marital Therapy*, 47(8), 773–784. doi:10.1080/0092623X.2021.1950087

de Vries, A. L. C., & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch approach. *Journal of Homosexuality*, 59(3), 301–320. doi:10.1080/00918369.2012.653300

Dekkers, O. M., Egger, M., Altman, D. G., & Vandenbroucke, J. P. (2012). Distinguishing case series from cohort studies. *Annals of Internal Medicine*, 156(1_Part_1), 37. doi:10.7326/0003-4819-156-1-201201030-00006

Delemarre-van de Waal, H. A., & Cohen-Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology*, 155(suppl_1), S131–S137. doi:10.1530/eje.1.02231

de Vries, A. L. C. (2020). Challenges in timing puberty suppression for gender-nonconforming adolescents. *Pediatrics*, 146(4), e2020010611. doi:10.1542/peds.2020-010611

de Vries, A. L. C. (2022). Ensuring care for transgender adolescents who need it: Response to 'Reconsidering Informed Consent for Trans-Identified Children, Adolescents and Young Adults'. *Journal of Sex & Marital Therapy*. Advance online publication. doi:10.1080/0092623X.2022.2084479

de Vries, A. L. C., Cohen-Kettenis, P. T., & Delemarre-van de Waal, H. (2006). Clinical Management of gender dysphoria in adolescents. *International Journal of Transgenderism*, 9(3–4), 83–94. doi:10.1300/J485v09n03_04

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, 134(4), 696–704. doi:10.1542/peds.2013-2958

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, 8(8), 2276–2283. doi:10.1111/j.1743-6109.2010.01943.x

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L. V., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: Cohort study in Sweden. *PLoS ONE*, 6(2), e16885. doi:10.1371/journal.pone.0016885

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: Prevalence, incidence, and regrets. *Archives of Sexual Behavior*, 43(8), 1535–1545. doi:10.1007/s10508-014-0300-8

Drescher, J. (2022). Informed consent or scare tactics? A response to Levine et al.'s "Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults." *Journal of Sex & Marital Therapy*. Advance online publication. doi:10.1080/0092623X.2022.2080780

Drisko, J. W., & Friedman, A. (2019). Let's clearly distinguish evidence-based practice and empirically supported treatments. *Smith College Studies in Social Work*, *89*(3–4), 264–281. doi:10.1080/00377317.2019.1706316

Earl, J. (2019). Innovative practice, clinical research, and the ethical advancement of medicine. *The American Journal of Bioethics*, *19*(6), 7–18. doi:10.1080/15265161.2019.1602175

Freedman, B. (1987). Equipoise and the ethics of clinical research. *New England Journal of Medicine*, *317*(3), 141–145. doi:10.1056/NEJM198707163170304

Gooren, L., & Delemarre-van de Waal, H. (1996). The feasibility of endocrine interventions in Juvenile transsexuals. *Journal of Psychology & Human Sexuality*, *8*(4), 69–74. doi:10.1300/J056v08n04_05

Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2022). Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. *Journal of Adolescent Health*, *70*(4), 643–649. doi:10.1016/j.jadohealth.2021.10.036

Guyatt, G. H. (1993). Users' guides to the medical literature: II. How to use an article about therapy or prevention A. Are the results of the study valid? *JAMA*, *270*(21), 2598. doi:10.1001/jama.1993.03510210084032

Hall, R., Mitchell, L., & Sachdeva, J. (2021). Access to care and frequency of detransition among a cohort discharged by a UK national adult gender identity clinic: Retrospective case-note review. *BJPsych Open*, *7*(6), e184. doi:10.1192/bjo.2021.1022

Harris, A. D., McGregor, J. C., Perencevich, E. N., Furuno, J. P., Zhu, J., Peterson, D. E., & Finkelstein, J. (2006). The use and interpretation of quasi-experimental studies in medical informatics. *Journal of the American Medical Informatics Association*, *13*(1), 16–23. doi:10.1197/jamia.M1749

Health and Human Services (HHS). (2022). Nondiscrimination in health programs and activities—Proposed rule. 87 FR 47824, pp. 47824–47920. Docket Number HHS-OS-2022-0012. Docket RIN 0945-AA17 https://www.federalregister.gov/documents/2022/08/04/2022-16217/nondiscrimination-in-health-programs-and-activities

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons: An endocrine society* clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism*, *102*(11), 3869–3903. doi:10.1210/jc.2017-01658

Herrera-Perez, D., Haslam, A., Crain, T., Gill, J., Livingston, C., Kaestner, V., Hayes, M., Morgan, D., Cifu, A. S., & Prasad, V. (2019). A comprehensive review of randomized clinical trials in three medical journals reveals 396 medical reversals. *ELife*, *8*, e45183. doi:10.7554/eLife.45183

Higgins JPT, Thomas J, Chandler J, Cumpston M, Li T, Page MJ, Welch VA (Eds). (2022). Cochrane Handbook for Systematic Reviews of Interventions *version 6.3*. London: Cochrane. (updated February 2022). Available from www.training.cochrane.org/handbook

Hutchinson, A., Midgen, M., & Spiliadis, A. (2020). In support of research into rapid-onset gender dysphoria. *Archives of Sexual Behavior*, *49*(1), 79–80. doi:10.1007/s10508-019-01517-9

Iliadis, S. I., Axfors, C., Friberg, A., Arinell, H., Beckman, U., Fazekas, A., Frisen, L., Sandström, L., Thelin, N., Wahlberg, J., Södersten, M., & Papadopoulos, F. C. (2020). Psychometric properties and concurrent validity of the Transgender Congruence Scale (TCS) in the Swedish setting. *Scientific Reports*, *10*(1), 18701. doi:10.1038/s41598-020-73663-3

Janssen, A. (2022). 10/28/22 Florida boards of medicine and osteopathic medicine joint rules/legislative committee rule workshop. https://thefloridachannel.org/videos/10-28-22-florida-boards-of-medicine-and-osteopathic-medicine-joint-rules-legislative-committee-rule-workshop/ Accessed November 12, 2022

Jacobs, D. R., Jr, Woo, J. G., Sinaiko, A. R., Daniels, S. R., Ikonen, J., Juonala, M., Kartiosuo, N., Lehtimäki, T., Magnussen, C. G., Viikari, J., Zhang, N., Bazzano, L. A., Burns, T. L., Prineas, R. J., Steinberger, J., Urbina, E. M., Venn, A. J., Raitakari, O. T., & Dwyer, T. (2022). Childhood cardiovascular risk factors and adult cardiovascular events. *The New England Journal of Medicine*, *386*(20), 1877–1888. doi:10.1056/NEJMoa2109191

Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L., & Underwood, J. M. (2019). Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students—19 States and Large Urban School Districts, 2017. *Morbidity and Mortality Weekly Report*, *68*(3), 67–71. doi:10.15585/mmwr.mm6803a3

Kaltiala, R., Bergman, H., Carmichael, P., de Graaf, N. M., Egebjerg Rischel, K., Frisén, L., Schorkopf, M., Suomalainen, L., & Waehre, A. (2020). Time trends in referrals to child and adolescent gender identity services: A study in four Nordic countries and in the UK. *Nordic Journal of Psychiatry*, *74*(1), 40–44. doi:10.1080/08039488.2019.1667429

Kaltiala-Heino, R., & Lindberg, N. (2019). Gender identities in adolescent population: Methodological issues and prevalence across age groups. *European Psychiatry*, *55*, 61–66. doi:10.1016/j.eurpsy.2018.09.003

Kaltiala-Heino, R., Bergman, H., Työläjärvi, M., & Frisen, L. (2018). Gender dysphoria in adolescence: Current perspectives. *Adolescent Health, Medicine and Therapeutics*, *9*, 31–41. doi:10.2147/AHMT.S135432

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health*, *9*(1), 9. doi:10.1186/s13034-015-0042-y

Keith, K. (2022, July 27). HHS proposes revised ACA anti-discrimination rule. *Health Affairs Forefront*. Advance online publication. doi:10.1377/forefront.20220727.369815

Kidd, K. M., Sequeira, G. M., Douglas, C., Paglisotti, T., Inwards-Breland, D. J., Miller, E., & Coulter, R. W. S. (2021). Prevalence of gender-diverse youth in an urban school district. *Pediatrics*, *147*(6), e2020049823. doi:10.1542/peds.2020-049823

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *The Journal of Clinical Endocrinology & Metabolism*, *100*(2), E270–E275. doi:10.1210/jc.2014-2439

Knapp, T. R. (2016). Why is the one-group pretest–posttest design still used? *Clinical Nursing Research*, *25*(5), 467–472. doi:10.1177/1054773816666280

Korte, A., Goecker, D., Krude, H., Lehmkuhl, U., Grüters-Kieslich, A., & Beier, K. M. (2008). Gender identity disorders in childhood and adolescence. *Deutsches Ärzteblatt International*, *105*(48), 834–841. doi:10.3238/arztebl.2008.0834

Kozlowska, K., Chudleigh, C., McClure, G., Maguire, A. M., & Ambler, G. R. (2021). Attachment Patterns in Children and Adolescents With Gender Dysphoria. *Frontiers in Psychology*, *11*, 582688. doi:10.3389/fpsyg.2020.582688

Kuper, L. E., Cooper, M. B., & Mooney, M. A. (2022). Supporting and advocating for transgender and gender diverse youth and their families within the sociopolitical context of widespread discriminatory legislation and policies. *Clinical Practice in Pediatric Psychology*, *10*(3), 336–345. doi:10.1037/cpp0000456

Lau, J. S., Kline-Simon, A., Sterling, S., Hojilla, J. C., & Hartman, L. (2021). Screening for gender identity in adolescent well visits: Is it feasible and acceptable? *Journal of Adolescent Health*, *68*(6), 1089–1095. doi:10.1016/j.jadohealth.2020.07.031

Levine, S. B., Abbruzzese, E., & Mason, J. W. (2022a). Reconsidering informed consent for trans-identified children, adolescents, and young adults. *Journal of Sex & Marital Therapy*, *48*(7), 706–727. doi:10.1080/0092623X.2022.2046221

Levine, S. B., Abbruzzese, E., & Mason, J. W. (2022b). What are we doing to these children? Response to Drescher, Clayton, and Balon Commentaries on Levine et al., 2022. *Journal of Sex & Marital Therapy*. Advance online publication. doi:10.1080/0092623X.2022.2136117

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PLOS ONE*, *13*(8), e0202330. doi:10.1371/journal.pone.0202330

Littman, L. (2020). The use of methodologies in Littman (2018) is consistent with the use of methodologies in other studies contributing to the field of gender dysphoria research: Response to Restar (2019). *Archives of Sexual Behavior*, *49*(1), 67–77. doi:10.1007/s10508-020-01631-z

Littman, L. (2021). Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. *Archives of Sexual Behavior*, *50*(8), 3353–3369. doi:10.1007/s10508-021-02163-w

London, A. J. (2017). Equipoise in research: Integrating ethics and science in human research. *JAMA*, *317*(5), 525. doi:10.1001/jama.2017.0016

Marchiano, L. (2018, March 1). Transgenderism and the social construction of diagnosis. Quillette. https://quillette.com/2018/03/01/transgenderism-social-construction-diagnosis/

Mathes, T., & Pieper, D. (2017). Clarifying the distinction between case series and cohort studies in systematic reviews of comparative studies: Potential impact on body of evidence and workload. *BMC Medical Research Methodology*, *17*(1), 107. doi:10.1186/s12874-017-0391-8

McNamara, M. (2022). 10/28/22 Florida boards of medicine and osteopathic medicine joint rules/legislative committee rule workshop. https://thefloridachannel.org/videos/10-28-22-florida-boards-of-medicine-and-osteopathic-medicine-joint-rules-legislative-committee-rule-workshop/ Accessed November 12, 2022

McNamara, M., Lepore, C., & Alstott, A. (2022). Protecting transgender health and challenging science denialism in policy. *New England Journal of Medicine*, *387*(21), 1919–1921. doi:10.1056/NEJMp2213085

McGuire, J. K., Berg, D., Catalpa, J. M., Morrow, Q. J., Fish, J. N., Nic Rider, G., Steensma, T., Cohen-Kettenis, P. T., & Spencer, K. (2020). Utrecht gender dysphoria scale—Gender spectrum (UGDS-GS): Construct validity among transgender, nonbinary, and LGBQ samples. *International Journal of Transgender Health*, *21*(2), 194–208. doi:10.1080/26895269.2020.1723460

Nguyen, V. T., Engleton, M., Davison, M., Ravaud, P., Porcher, R., & Boutron, I. (2021). Risk of bias in observational studies using routinely collected data of comparative effectiveness research: A meta-research study. *BMC Medicine*, *19*(1), 279. doi:10.1186/s12916-021-02151-w

National Health Service (NHS). (2022a, October 20). *Interim service specification for specialist gender dysphoria services for children and young people—Public consultation*. https://www.engage.england.nhs.uk/specialised-commissioning/gender-dysphoria-services/

National Health Service (NHS). (2022b, July 28). *Regional model for gender care announced for children and young people*. http://tavistockandportman.nhs.uk/about-us/news/stories/regional-model-for-gender-care-announced-for-children-and-young-people/

National Institute for Health and Care Excellence (NICE). (2020a). *Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria*. https://cass.independent-review.uk/nice-evidence-reviews/

National Institute for Health and Care Excellence (NICE). (2020b). *Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria*. https://cass.independent-review.uk/nice-evidence-reviews/

Nokoff, N., Ma, N., Moreau, K., & Rothman, M. S. (2022). *Bone Mineral Density in Transgender Youth on Gender Affirming Therapies.* https://www.endocrine.org/news-and-advocacy/news-room/2022/longer-treatment-with-puberty-delaying-medication-leads-to-lower-bone-mineral-density

Nokoff, N. J., Scarbro, S. L., Moreau, K. L., Zeitler, P., Nadeau, K. J., Reirden, D., Juarez-Colunga, E., & Kelsey, M. M. (2021). Body composition and markers of cardiometabolic health in transgender youth on gonadotropin-releasing hormone agonists. *Transgender Health*, 6(2), 111–119. doi:10.1089/trgh.2020.0029

Nolan, I. T., Kuhner, C. J., & Dy, G. W. (2019). Demographic and temporal trends in transgender identities and gender confirming surgery. *Translational Andrology and Urology*, 8(3), 184–190. doi:10.21037/tau.2019.04.09

Olson-Kennedy, J., Okonta, V., Clark, L. F., & Belzer, M. (2018). Physiologic response to gender-affirming hormones among transgender youth. *Journal of Adolescent Health*, 62(4), 397–401. doi:10.1016/j.jadohealth.2017.08.005

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest reconstruction and chest dysphoria in transmasculine minors and young adults: Comparisons of nonsurgical and postsurgical cohorts. *JAMA Pediatrics*, 172(5), 431. doi:10.1001/jamapediatrics.2017.5440

O'Malley, S., & Ayad, S. (Hosts). (2022, March 7). Pioneers series: Where it all started. The Dutch Researchers Steensma & De Vries (No. 66) [Audio podcast episode]. Gender: A Wider Lens. https://gender-a-wider-lens.captivate.fm/episode/66-pioneers-series-where-it-all-started-the-dutch-researchers-steensma-de-vries

Pasternack, I., Söderström, I., Saijonkari, M., & Mäkelä, M. (2019). *Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus. [Medical approached to treatment of dysphoria related to gender variations. A systematic review.].* 106. https://app.box.com/s/y9u791np8v9gsunwgpr2kqn8swd9vdtx

Porter, J., & Jick, H. (1980). Addiction rare in patients treated with narcotics. *New England Journal of Medicine*, 302(2), 123–123. doi:10.1056/NEJM198001103020221

Prasad, V. (2011). The frequency of medical reversal. *Archives of Internal Medicine*, 171(18), 1675. doi:10.1001/archinternmed.2011.295

Prasad, V. (2013). Why randomized controlled trials are needed to accept new practices: 2 medical worldviews. *Mayo Clinic Proceedings*, 88(10), 1046–1050. doi:10.1016/j.mayocp.2013.04.026

Prasad, V., & Ioannidis, J. P. (2014). Evidence-based de-implementation for contradicted, unproven, and aspiring healthcare practices. *Implementation Science*, 9(1), 1748–5908. doi:10.1186/1748-5908-9-1

Rafferty, J. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, 142(4), e20182162. doi:10.1542/peds.2018-2162

Rantz, J. (2022, August 23). Despite 'concerning' transgender study, UW kept quiet because of positive coverage. MyNorthwest.Com https://mynorthwest.com/3437497/rantz-uw-med-used-false-claims-to-push-gender-affirming-care-for-trans-teen/

Registers in The Netherlands. (2022). EIT Health Scandinavia, https://www.eithealth-scandinavia.eu/biobanksregisters/registers/netherlands/. Accessed 14 Dec.

Respaut, R., Terhune, C. (2022, October 6). Putting numbers on the rise in children seeking gender care. Retrieved October 14, 2022, from https://www.reuters.com/investigates/special-report/usa-transyouth-data/

Ristori, J., & Steensma, T. D. (2016). Gender dysphoria in childhood. *International Review of Psychiatry*, 28(1), 13–20. doi:10.3109/09540261.2015.1115754

Roberts, C. M., Klein, D. A., Adirim, T. A., Schvey, N. A., & Hisle-Gorman, E. (2022). Continuation of gender-affirming hormones among transgender adolescents and adults. *The Journal of Clinical Endocrinology & Metabolism*, 107(9), e3937–e3943. doi:10.1210/clinem/dgac251

Robles García, R., & Ayuso-Mateos, J. L. (2019). ICD-11 and the depathologisation of the transgender condition. *Revista de Psiquiatría y Salud Mental (English Edition)*, 12(2), 65–67. doi:10.1016/j.rpsmen.2019.01.002

Rosenthal, S. M. (2021). Challenges in the care of transgender and gender-diverse youth: An endocrinologist's view. *Nature Reviews Endocrinology*, 17(10), 581–591. doi:10.1038/s41574-021-00535-9

Rotteveel, J., Belksma, E. J., Renders, C. M., Hirasing, R. A., & Delemarre-Van de Waal, H. A. (2007). Type 2 diabetes in children in the Netherlands: The need for diagnostic protocols. *European Journal of Endocrinology*, 157(2), 175–180. doi:10.1530/EJE-06-0754

Sackett, D. L., Rosenberg, W. M. C., Gray, J. A. M., Haynes, R. B., & Richardson, W. S. (1996). Evidence based medicine: What it is and what it isn't. *BMJ*, 312(7023), 71–72. doi:10.1136/bmj.312.7023.71

SBU (Swedish Agency for Health Technology Assessment and Assessment of Social Services). (2022). *Hormonbehandling vid könsdysfori—Barn och unga En systematisk översikt och utvärdering av medicinska aspekter [Hormone therapy at gender dysphoria—Children and young people A systematic review and evaluation of medical aspects].* https://www.sbu.se/contentassets/ea4e698fa0c4449aaae964c5197cf940/hormonbehandling-vid-konsdysfori_barn-och-unga.pdf

Schönbeck, Y., Talma, H., van Dommelen, P., Bakker, B., Buitendijk, S. E., HiraSing, R. A., & van Buuren, S. (2011). Increase in prevalence of overweight in Dutch children and adolescents: A comparison of Nationwide Growth studies in 1980, 1997 and 2009. *PLoS ONE*, 6(11), e27608. doi:10.1371/journal.pone.0027608

Schünemann HJ, Vist GE, Higgins JPT, Santesso N, Deeks JJ, Glasziou P, Akl EA, Guyatt GH. (2022). Chapter 15: Interpreting results and drawing conclusions. In: Higgins JPT, Thomas J, Chandler J, Cumpston M, Li T, Page MJ ,Welch VA (Eds.), *Cochrane Handbook for Systematic Reviews of Interventions version 6.3*. London: Cochrane. (updated February 2022). Available from www.training.cochrane.org/handbook.

Schwartz, D. (2021). Clinical and ethical considerations in the treatment of gender dysphoric children and adolescents: When doing less is helping more. *Journal of Infant, Child, and Adolescent Psychotherapy*, *20*(4), 439–449. doi:10.1080/15289168.2021.1997344

Shaffer, D. (1983). A Children's Global Assessment Scale (CGAS). *Archives of General Psychiatry*, *40*(11), 1228. doi:10.1001/archpsyc.1983.01790100074010

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). A follow-up study of boys with gender identity disorder. *Frontiers in Psychiatry*, *12*, 632784. doi:10.3389/fpsyt.2021.632784

Smith, Y. L. S., Van Goozen, S. H. M., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: A prospective follow-up study. *Journal of the American Academy of Child & Adolescent Psychiatry*, *40*(4), 472–481. doi:10.1097/00004583-200104000-00017

Steensma, T. D., de Rooy, F. B. B., van der Meulen, I. S., Asseler, J. D., & van der Miesen, A. I. R. (2022, September 16–20). *Transgender Care Over the Years: First Long-Term Follow-Up Studies and Exploration of Sex Ratio in the Amsterdam Child and Adolescent Gender Clinic* [Conference presentation]. World Professional Association for Transgender Health Symposium, Montreal, QC, Canada.

Steensma, T. D., van der Ende, J., Verhulst, F. C., & Cohen-Kettenis, P. T. (2013). Gender variance in childhood and sexual orientation in adulthood: A prospective study. *The Journal of Sexual Medicine*, *10*(11), 2723–2733. doi:10.1111/j.1743-6109.2012.02701.x

Steensma, T. D., Kreukels, B. P., Jurgensen, M., Thyen, U., de Vries, A. L., Cohen-Kettenis, P. T. (2013). The utrecht gender dysphoria scale: A validation study. In: Steensma TD (Ed.), *From gender variance to gender dysphoria: Psychosexual development of gender atypical children and adolescents* (pp. 41–56). Amsterdam: Vrije Universiteit. https://research.vu.nl/ws/portalfiles/portal/42117766/table±of±contents.pdf

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L. C., Menvielle, E., Leibowitz, S., Janssen, A., Cohen-Kettenis, P., Shumer, D. E., Edwards-Leeper, L., Pleak, R. R., Spack, N., Karasic, D. H., Schreier, H., Balleur, A., Tishelman, A., Ehrensaft, D., Rodnan, L., Kuschner, E. S., … Anthony, L. G. (2018). Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. *Journal of Clinical Child and Adolescent Psychology*, *47*(1), 105–115. doi:10.1080/15374416.2016.1228462

Socialstyrelsen [National Board of Health and Welfare]. (2022). *Care of children and adolescents with gender dysphoria – Summary*. Retrieved July 22, 2022 from https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

Szilagyi, M. (2022, August 21). Academy of pediatrics responds on trans treatment for kids. Wall Street Journal. https://www.wsj.com/articles/trans-gender-pediatric-aap-kids-children-care-surgery-affirm-treatment-11660942086

Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D., & Cheung, A. S. (2020). Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender dysphoria: A systematic review. *Journal of Autism and Developmental Disorders*, *50*(3), 695–706. doi:10.1007/s10803-019-04298-1

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Network Open*, *5*(2), e220978. doi:10.1001/jamanetworkopen.2022.0978

Turban, J. (2022, March 1). Opinion | Texas officials are spreading blatant falsehoods about medical care for transgender kids. Washington Post. Retrieved November 15, 2022, from https://www.washingtonpost.com/opinions/2022/03/01/texas-ken-paxton-greg-abbott-misinformation-transgender-medical-care/

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., De Cuypere, G., Richter-Appelt, H., & Kreukels, B. P. C. (2017). Effects of medical interventions on gender dysphoria and body image: A follow-up study. *Psychosomatic Medicine*, *79*(7), 815–823. doi:10.1097/PSY.0000000000000465

Vandenbussche, E. (2022). Detransition-related needs and support: A cross-sectional online survey. *Journal of Homosexuality*, *69*(9), 1602–1620. doi:10.1080/00918369.2021.1919479

World Health Organization. (2019). International statistical classification of diseases and related health problems (11th ed.). https://icd.who.int/

World Professional Association for Transgender Health (WPATH). (2018). WPATH position on "Rapid-Onset Gender Dysphoria (ROGD)". Retrieved July 11, 2022, from https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf

Zhang, S. (2017, June 2). *The one-paragraph letter from 1980 that fueled the opioid crisis*. The Atlantic. https://www.theatlantic.com/health/archive/2017/06/nejm-letter-opioids/528840/

Zhang, Q., Rechler, W., Bradlyn, A., Flanders, W. D., Getahun, D., Lash, T. L., McCracken, C., Nash, R., Panagiotakopoulos, L., Roblin, D., Sandberg, D. E., Silverberg, M. J., Tangpricha, V., Vupputuri, S., & Goodman, M. (2021). Changes in size and demographic composition of transgender and gender non-binary population receiving care at integrated health systems. *Endocrine Practice*, *27*(5), 390–395. doi:10.1016/j.eprac.2020.11.016

Zimerman, A. (2013). Evidence-based medicine: A short history of a modern medical movement. *AMA Journal of Ethics*, *15*(1), 71–76. doi:10.1001/virtualmentor.2013.15.1.mhst1-1301

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior*, *48*(7), 1983–1992. doi:10.1007/s10508-019-01518-8

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

| human reproduction | ORIGINAL ARTICLE *Reproductive epidemiology* |
|---|---|

# Early initiation of anti-androgen treatment is associated with increased probability of spontaneous conception leading to childbirth in women with polycystic ovary syndrome: a population-based multiregistry cohort study in Sweden

## E. Elenis[1], E. Desroziers[2], S. Persson[1], I. Sundström Poromaa[1], and R.E. Campbell[2],*

[1]Department of Women's and Children's Health, Uppsala University, Uppsala 751 85, Sweden [2]Centre for Neuroendocrinology & Department of Physiology, School of Biomedical Sciences, Otago University, Dunedin 9054, New Zealand

*Correspondence address. E-mail: journals.permissions@oup.com

*Submitted on July 16, 2020; resubmitted on November 3, 2020; editorial decision on November 17, 2020

**STUDY QUESTION:** Is anti-androgen treatment during adolescence associated with an improved probability of spontaneous conception leading to childbirth in women with polycystic ovary syndrome (PCOS)?

**SUMMARY ANSWER:** Early initiation of anti-androgen treatment is associated with an increased probability of childbirth after spontaneous conception among women with PCOS.

**WHAT IS KNOWN ALREADY:** PCOS is the most common endocrinopathy affecting women of reproductive age. Hyperandrogenism and menstrual irregularities associated with PCOS typically emerge in early adolescence. Previous work indicates that diagnosis at an earlier age (<25 years) is associated with higher fecundity compared to a later diagnosis.

**STUDY DESIGN, SIZE, DURATION:** This population-based study utilized five linked Swedish national registries. A total of 15 106 women with PCOS and 73 786 control women were included. Women were followed from when they turned 18 years of age until the end of 2015, leading to a maximum follow-up of 10 years. First childbirth after spontaneous conception was the main outcome, as identified from the Medical Birth Registry.

**PARTICIPANTS/MATERIALS, SETTING, METHODS:** Participants included all women born between 1987 and 1996 with a diagnosis of PCOS in the Swedish Patient Registry and randomly selected non-PCOS controls (ratio 1:5). Information on anti-androgenic treatment was retrieved from the Swedish Prescribed Drug Registry with the use of Anatomic Therapeutic Chemical (ATC) codes. Women with PCOS who were not treated with any anti-androgenic medication were regarded as normo-androgenic, while those treated were regarded as hyperandrogenic. Women were further classified as being mildly hyperandrogenic if they received anti-androgenic combined oral contraceptive (aaCOC) monotherapy, or severely hyperandrogenic if they received other anti-androgens with or without aaCOCs. Early and late users comprised women with PCOS who started anti-androgenic treatment initiated either during adolescence (≤ 18 years of age) or after adolescence (>18 years), respectively. The probability of first childbirth after spontaneous conception was analyzed with the use of Kaplan–Meier hazard curve. The fecundity rate (FR) and 95% confidence interval for the time to first childbirth that were conceived spontaneously were calculated using Cox proportional hazards regression models, with adjustment for obesity, birth year, country of birth and education level.

**MAIN RESULTS AND THE ROLE OF CHANCE:** The probability of childbirth after spontaneous conception in the PCOS group compared to non-PCOS controls was 11% lower among normo-androgenic (adjusted FR 0.68 (95% CI 0.64–0.72)), and 40% lower among hyperandrogenic women with PCOS (adjusted FR 0.53 (95% CI 0.50–0.57)). FR was lowest among severely hyperandrogenic women with

© The Author(s) 2021. Published by Oxford University Press on behalf of European Society of Human Reproduction and Embryology. All rights reserved.
For permissions, please email: journals.permissions@oup.com

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

PCOS compared to normo-androgenic women with PCOS (adjusted FR 0.60 (95% CI 0.52–0.69)), followed by mildly hyperandrogenic women with PCOS (adjusted FR 0.84 (95% CI 0.77–0.93)). Compared to early anti-androgenic treatment users, late users exhibited a lower probability of childbirth after spontaneous conception (adjusted FR 0.79 (95% CI 0.68–0.92)).

**LIMITATIONS, REASONS FOR CAUTION:** We lacked direct information on the intention to conceive and the androgenic biochemical status of the PCOS participants, applying instead the use of anti-androgenic medications as a proxy of hyperandrogenism. The duration of anti-androgenic treatment utilized is not known, only the age at prescription. Results are not adjusted for BMI, but for obesity diagnosis. The period of follow-up (10 years) was restricted by the need to include only those women for whom data were available on the dispensing of medications during adolescence (born between 1987 and 1996). Women with PCOS who did not seek medical assistance might have been incorrectly classified as not having the disease. Such misclassification would lead to an underestimation of the true association between PCOS and outcomes.

**WIDER IMPLICATIONS OF THE FINDINGS:** Early initiation of anti-androgen treatment is associated with better spontaneous fertility rate. These findings support the need for future interventional randomized prospective studies investigating critical windows of anti-androgen treatment.

**STUDY FUNDING/COMPETING INTEREST(S):** This study was funded by the Health Research Council of New Zealand (18-671), the Swedish Society of Medicine and the Uppsala University Hospital. Evangelia Elenis has, over the past year, received lecture fee from Gedeon Richter outside the submitted work. Inger Sundström Poromaa has, over the past 3 years, received compensation as a consultant and lecturer for Bayer Schering Pharma, MSD, Gedeon Richter, Peptonics and Lundbeck A/S. The other authors declare no competing interests.

**TRIAL REGISTRATION NUMBER:** N/A

**Key words:** PCOS / fertility / childbirth / anti-androgen / adolescence

# Introduction

Polycystic ovary syndrome (PCOS) is an endocrinopathy affecting women of reproductive age with a reported prevalence ranging from 5 to 25% (March *et al.*, 2010; Rosenfield and Ehrmann, 2016; Wolf *et al.*, 2018). PCOS is characterized by clinical or biochemical hyperandrogenism, menstrual irregularities and ultrasonographic polycystic ovarian morphology (Rosenfield and Ehrmann, 2016). Symptoms typically emerge during early adolescence (Driscoll, 2003; Ryan *et al.*, 2018) and may persist into adulthood. The common denominator for PCOS development appears to be ovarian and/or adrenal hyperandrogenism in synergy with tissue-selective insulin-resistant hyperinsulinism (Ibáñez *et al.*, 2017; Witchel *et al.*, 2019). The disorder is multifactorial and heterogeneous, implicating both intrauterine and postnatal environmental factors, as well as endocrinological, genetic and epigenetic factors (Rosenfield and Ehrmann, 2016). PCOS pathogenesis likely results from the combination of a prenatal predisposing factor (referred to as a 'first hit') with an activating postnatal factor (referred to as the 'second hit') (Rosenfield, 2020). For example, genetically susceptible girls or those exposed to androgen excess *in utero* develop hyperandrogenism prepubertally through hyperactivation of their hypothalamic–pituitary–ovarian (HPO) axis; that, in addition to the normal physiological or obesity-related hyperinsulinism during adolescence, potentiates the hyperandrogenic state and accelerates the syndrome's clinical manifestations and/or aggravates the syndrome's clinical course (Bremer, 2010). A more recent evolution of this idea suggests that a mismatch between prenatal and postnatal weight gain, resulting in greater hepatovisceral fat, drives accelerated body growth and maturation, which in turn establishes persistent PCOS features (de Zegher *et al.*, 2018).

In population-based studies (Koivunen *et al.*, 2008; West *et al.*, 2014; Persson *et al.*, 2019), we and others have previously demonstrated that women with PCOS, especially those with obesity, need a longer time to achieve childbirth and give birth to a lower number of children compared to non-PCOS counterparts. A novel finding was the fact that PCOS diagnosis at an earlier age (<25 years) was associated with higher fecundity rate (FR) compared to a later diagnosis (Persson *et al.*, 2019). Since symptoms appear to be progressive in women with PCOS, timely interventions that improve hyperandrogenism, either directly or indirectly through lowering insulin levels, have been recommended (Bremer, 2010). Therefore, whether specific interventions, such as pharmacological treatment during a specific therapeutic window, i.e. during adolescence, can decrease androgen actions and mitigate the future adverse effects of PCOS remains unknown.

Clinical and animal-based evidence indicates that long-term anti-androgen therapy can restore impaired reproductive function. Long-term AR blockade is associated with improved testosterone levels and ovulatory function in adult women with PCOS (De Leo *et al.*, 1998; Paradisi *et al.*, 2013), and a restoration of normal steroid hormone feedback to the reproductive axis (Eagleson *et al.*, 2000). In addition, in prenatally androgenized mice that model PCOS in adulthood (Sullivan and Moenter, 2004; Moore *et al.*, 2013; Moore *et al.*, 2015; Silva *et al.*, 2018), anti-androgen therapy restores estrous cyclicity (Sullivan and Moenter, 2004; Silva *et al.*, 2018). In addition, continuous androgen blockade from an 'adolescent' period following puberty is associated with improved ovarian morphology and a reversal of brain wiring changes induced by prenatal androgen exposure (Silva *et al.*, 2018).

Therefore, our study hypothesizes that the probability of childbirth after spontaneous conception among PCOS women improves if preceded by anti-androgen therapy during adolescence. The aim of the current study was therefore to explore whether treatment with anti-androgen medications initiated during adolescence is associated with a higher probability of childbirth after spontaneous conception in women with PCOS.

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

# Materials and methods

## Ethical approval

The study has been approved by the Regional Ethical Review Board in Uppsala, Sweden (Diary number 2017/309). The need for written or oral informed consent for the participating women in our study was weaved since all data received from the Swedish registries were anonymized.

## Study design

The current study is part of a larger population-based project performed in Sweden on 45 395 women with PCOS and 217 049 non-PCOS controls. The study design has been previously presented by Persson et al. (2019). In summary, the data were assembled after linkage of five Swedish national registries, by utilizing the unique personal identification number that individuals are assigned at birth or immigration (Ludvigsson et al., 2009). National registries comprise prospectively collected information from all inhabitants residing in the country and are maintained by Swedish government agencies such as the National Board of Health and Welfare and Statistics Sweden. The provided data in the present study arise from the Patient Registry, the Swedish Prescribed Drug Registry, the Medical Birth Registry, the Education Registry and the Total Population Registry (Ludvigsson et al., 2009).

The Swedish Patient Registry comprises nationwide information on visiting dates and given diagnoses on both psychiatric and somatic care recorded during inpatient and outpatient visits. The visits include visits to gynecologists or fertility specialists. After 1997, diagnoses were classified according to the ICD-10 (International Statistical Classification of Diseases and Related Health Problems, version 10) (Ludvigsson et al., 2011).

The Swedish Prescribed Drug Registry contains information on Anatomic Therapeutic Chemical (ATC) classification codes for prescribed and dispensed drugs, substances, brand names, formulations and daily dosages, together with the date of dispensing since 2005.

The Swedish Medical Birth Registry contains information on prenatal, delivery and neonatal care covering practically all births in Sweden since it was established in 1973. Information recorded includes prospectively collected demographic data, such as maternal age, reproductive history and assisted reproduction, and complications during pregnancy, delivery and the neonatal period.

The Swedish Education Registry, founded in 1985, contains data on demographics and educational attainment of the population.

The Total Population Registry, founded in 1968, contains data on life events including birth, death, place of residence and country of birth. It allows for identification of general population controls and estimation of follow-up time.

## Exposure

We defined PCOS as presence of the ICD-10 diagnosis of PCOS (E282) or anovulatory infertility (N970) in the Swedish Patient Registry. The PCOS diagnosis during the study period in Sweden was made mainly according to the 2003 Rotterdam criteria for PCOS, but according to National Guidelines, stricter criteria were in use for adolescents. The revised Rotterdam criteria demanded two out of the following three features, that include the following: (i) oligo-/anovulation, (ii) clinical and/or biochemical hyperandrogenism and (iii) polycystic ovarian morphology on ultrasound, together with exclusion of other etiologies (The Rotterdam ESHRE/ASRM-SPCWG, 2004). In adolescence, PCOS diagnosis was made according to the NIH PCOS criteria which required the presence of both clinical and/or biochemical hyperandrogenism and chronic anovulation, after other etiologies were excluded (such as androgen-secreting tumors, Cushing's syndrome and congenital adrenal hyperplasia) (Zawadski and Dunaif, 1992; Rosenfield, 2020). Women diagnosed with anovulatory infertility were also included in our study population based on the fact that 90% of them have PCOS, according to the Rotterdam criteria (Broekmans et al., 2006; Teede et al., 2010).

## Outcome

The outcome measure was first childbirth after spontaneous conception which was considered as a proxy for restoration of normal fertility. Information on fertility surgery, ovulation induction, assisted reproduction, IVF and other infertility treatments were recorded at the first antenatal visit by use of check boxes and were retrieved from the Medical Birth Registry. Information on first childbirth was collected and classified as spontaneous conception if no form of assisted reproduction had been recorded. Time to childbirth is estimated in years from the time a participant turned 18 until the year of first childbirth or the end of the follow-up period.

## Study population

The initial population included women born between 1971 and 1997 according to the presence or absence of PCOS or anovulatory infertility diagnosis (Persson et al., 2019). The control group comprised five control individuals per each woman with PCOS, matched by year of birth and residential area, randomly chosen from the Total Population Registry. All women of the study or control group with hyperprolactinemia (E221), congenital adrenal hyperplasia (E25), premature ovarian insufficiency (E283) or Turner syndrome (Q96) were excluded from the population. Lastly, women with one or more prior births before the first recorded birth in the Medical Birth Registry were also excluded.

Due to limitations in data availability from the Swedish Prescribed Drug Registry (i.e. registry founded in 2005), we further restricted our population to women with access to data regarding the dispensing of medications during adolescence, i.e. born between 1987 and 1996. Since the aim of the study was to explore the incidence of the outcome occurring after the intervention (definition follows), all participants with births registered before 18 years of age were excluded from the population (Morgan, 2019). In the end, 15 106 women with PCOS and 73 786 control women were eligible for inclusion in the study.

## Intervention

The intervention of interest regarded the early use of commonly prescribed anti-androgenic treatment (Bremer, 2010; Ibáñez et al., 2017; Witchel et al., 2019) comprising certain combined oral contraceptives (COCs) and/or other anti-androgens (detailed description follows). Anti-androgenic medications were promoted in adolescents

and adults with PCOS and hirsutism during the study period, based on Swedish National Guidelines (Swedish Medical Products Agency (Läkemedelsverket), 2014). Notably, this is no longer the case (Teede *et al.*, 2018). Information on anti-androgenic treatment was retrieved from the Swedish Prescribed Drug Registry with the use of ATC codes. The medications of interest included the following: (i) selected COCs advocated against hyperandrogenism by the Swedish contraceptive policy guidelines (referred to as anti-androgenic COCs in the study or aaCOCs) (Swedish Medical Products Agency (Läkemedelsverket), 2014), such as ethinylestradiol (EE) and dienogest (G03AA16), EE and drosperinone (G03AA12), EE and desogestrel (G03AA09); and/or (ii) prescription of other anti-androgenic medications such as spironolactone (C03DA01), finasteride and dutasteride (G04CB), finasteride and eflornithine (D11AX), flutamide and bikalutamide (L02BB), EE and cyproterone acetate (G03HB01). Women classified as treated received at least two filled prescriptions of any of the medications listed above during or after adolescence.

Due to the 'registry-based' study design, data on the clinical or biochemical androgen status of PCOS women (Lizneva *et al.*, 2016) are lacking. Instead, the prescription of anti-androgenic medications was used as a proxy for evidence of hyperandrogenism. Women with PCOS who were not treated with any anti-androgenic medication were regarded as normo-androgenic, while those treated were regarded as hyperandrogenic. We further classified hyperandrogenic women as being mildly hyperandrogenic if they received aaCOC monotherapy, or severely hyperandrogenic if they received other anti-androgens with or without aaCOCs. Early anti-androgenic treatment was defined as during adolescence ($\leq$18 years of age) (referred to as early users) or after adolescence (>18 years) (referred to as late users). A flow diagram of the study design is shown in Supplementary Fig. S1.

### Covariates

Data on obesity were retrieved from the Swedish Patient Registry and concerned the presence of the ICD-10 diagnosis on obesity (E66) (i.e. BMI $\geq$ 30 kg/m$^2$). Data on year and country of birth, as well as maternal education in 2017, were retrieved from the Total Population Registry and the Education Registry, respectively. Maternal country of birth was categorized as Nordic (including Sweden, Finland, Denmark, Norway and Iceland), European (excluding Nordic countries), Middle Eastern, South Asian (India, Bangladesh and Pakistan), African and remaining countries. Maternal education was categorized as <12 or $\geq$12 years.

### Statistical analysis

The statistical analyses were performed using the Statistical Package for the Social Sciences (SPSS) (IBM Corp., Armonk, NY, USA, Version 26). The probability of first childbirth after spontaneous conception was analyzed with the use of Kaplan–Meier hazard curve. Using the Cox proportional hazards regression test with time-dependent covariates, we ensured that the assumption of proportional hazards was fulfilled. The average time to childbirth, calculated only among women with the end-point event, was presented with both mean and median calculated values, and statistical comparisons were made with the use of the log-rank test. When a participant reached the end of the

observation period, censoring was applied. We used the landmark analysis (Morgan, 2019), restricting the results to those women still at risk at the landmark time (i.e. 18 years of age) and ignoring all those with the event prior to the landmark. In order to avoid bias, the landmark was chosen based on clinical relevance, prior to the data analysis. We estimated the FR and 95% confidence interval for the time to first childbirth after spontaneous conception, using Cox proportional hazards regression models. FR below 1.0 (< 1.0) denotes reduced fecundity for the group of interest compared to the reference group. The Cox regression analyses were adjusted for obesity, birth year, country of birth and education level. The Cox regression analyses concern comparisons between the study and control group, as well different PCOS subcategories (normo-androgenic, mildly hyperandrogenic or severely hyperandrogenic women, and early users or late users). A subgroup analysis among hyperandrogenic PCOS women in relation to the timing of treatment initiation (early versus late) was performed after stratification on the severity of hyperandrogenism. Lastly, sensitivity analyses were performed restricting the study population to (i) women with PCOS diagnosis only (ICD-10 code E282), (ii) women with PCOS of Nordic origin only, as well as (iii) women with PCOS on COCs.

## Results

### Sociodemographic characteristics

The background characteristics of the total population are presented in Table I. Greater proportions of women originating from Europe, the Middle East and South Asia, as well as women with lower education level (below 12 years) were observed in the PCOS study group. Furthermore, the rate of obesity was higher in women with PCOS compared to the non-PCOS controls (13.3% versus 3.4%, $P < 0.001$). Women with PCOS also had a significantly lower incidence of childbirth after spontaneous conception (14.2% versus 18.9%, $P < 0.001$) compared to the non-PCOS controls. More than half of the women with PCOS (n = 7 949, 52.6%) had been dispensed anti-androgenic medications. The most commonly prescribed anti-androgenic medications in women with PCOS were aaCOCs, either as monotherapy (n = 5 456, 36.1%) or in combination with plain anti-androgens (n = 1 533, 10.1%). Plain anti-androgen monotherapy was less common (n = 960, 6.4%). The medications were most commonly prescribed after adolescence (late users) (71.4%) compared to during adolescence (early users) (28.6%). A higher proportion of normo-androgenic women with PCOS gave birth following a spontaneous conception compared to hyperandrogenic women with PCOS (17.1% versus 11.6%, respectively) (Table II).

### Non-PCOS controls have a greater probability of spontaneous childbirth after spontaneous conception than normo-androgenic and hyperandrogenic women with PCOS

In comparison with non-PCOS controls, the probability of childbirth after spontaneous conception was 11% lower among normo-androgenic women with PCOS, and 40% lower among hyperandrogenic women

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

App.0113

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

**Table I** Background characteristics of the total population (N = 88 892) including women with and without polycystic ovary syndrome (PCOS).

| | Women with PCOS (n = 15 106) | Non-PCOS controls (n = 73 786) | P-value |
|---|---|---|---|
| **Obesity** | | | <0.001 |
| No | 13 102 (86.7) | 71 302 (96.6) | |
| Yes | 2004 (13.3) | 2484 (3.4) | |
| **Education** | | | <0.001 |
| <12 years | 7701 (51.7) | 35 812 (49.6) | |
| ≥12 years | 7181 (48.3) | 36 368 (50.4) | |
| Missing data (1830, 2.1) | | | |
| **Country of Birth** | | | <0.001 |
| Nordic countries | 11 500 (76.1) | 61 318 (83.1) | |
| Europe | 1087 (7.2) | 4526 (6.1) | |
| Middle East | 1425 (9.4) | 2872 (3.9) | |
| South Asia | 260 (1.7) | 540 (0.7) | |
| Africa | 263 (1.7) | 1706 (2.4) | |
| Remaining countries | 571 (3.8) | 2824 (3.8) | |
| **Birth year** | | | NS |
| 1987 | 2361 (15.6) | 11 401 (15.5) | |
| 1988 | 2210 (14.6) | 10 738 (14.6) | |
| 1989 | 2084 (13.8) | 10 153 (13.8) | |
| 1990 | 1951 (12.9) | 9523 (12.9) | |
| 1991 | 1704 (11.3) | 8304 (11.3) | |
| 1992 | 1408 (9.3) | 6936 (9.4) | |
| 1993 | 1141 (7.6) | 5642 (7.6) | |
| 1994 | 940 (6.2) | 4648 (6.3) | |
| 1995 | 760 (5.0) | 3745 (5.1) | |
| 1996 | 547 (3.6) | 2696 (3.7) | |
| **First spontaneous childbirth** | | | <0.001 |
| No | 12 961 (85.8) | 59 856 (81.1) | |
| Yes | 2145 (14.2) | 13 930 (18.9) | |

Data are presented as n (%).

**Table II** Treatment characteristics of the study group of polycystic ovary syndrome (PCOS) women.

| | Women with PCOS (n = 15 106) |
|---|---|
| **Hyperandrogenic status** | |
| Normo-androgenic PCOS women | 7157 (47.4%) |
| Hyperandrogenic PCOS women | 7949 (52.6%) |
| **Combinations of aa medications used** | |
| No anti-androgenic medications | 7157 (47.4%) |
| aaCOCs | 5456 (36.1%) |
| aaCOCs and plain anti-androgens combined | 1533 (10.1%) |
| Plain anti-androgens only | 960 (6.4%) |
| **Hyperandrogenic status** | |
| Normo-androgenic PCOS women | 7157 (47.4%) |
| Mildly hyperandrogenic PCOS women | 5456 (36.1%) |
| Severely hyperandrogenic PCOS women | 2493 (16.5%) |
| **Timing of any anti-androgenic medications**** | |
| Early users | 2276 (15.1%) |
| Late users | 5673 (37.6%) |
| Non users | 7157 (47.4%) |
| **aaCOCs** | |
| Early users | 1939 (12.8%) |
| Late users | 5050 (33.4%) |
| Non users | 8117 (53.7%) |
| **Plain anti-androgens** | |
| Early users | 514 (3.4%) |
| Late users | 1979 (13.1%) |
| Non users | 12 613 (83.5%) |

**Early and late users comprise PCOS women with anti-androgenic treatment initiated up to or above 18 years of age, respectively.
aaCOCs, anti-androgenic combined oral contraceptives.
Data are presented as n (%).

## Severely hyperandrogenic women with PCOS have a lower probability of childbirth after spontaneous conception compared to mildly hyperandrogenic women with PCOS

Compared to normo-androgenic women with PCOS, we observed that the FR was lowest among severely hyperandrogenic women with PCOS (unadjusted FR 0.58 (95% CI 0.51–0.66)), followed by mildly hyperandrogenic women with PCOS (unadjusted FR 0.72 (95% CI 0.65–0.79)) (Fig. 2). The above estimates did not change after adjustment for obesity, year of birth, country of birth and education level. Mean and median time to first childbirth after spontaneous conception was significantly longer in severely hyperandrogenic women with PCOS (mean 5.87 years, SD 2.36/median 6.0 years, IQR 4.0) compared to mildly hyperandrogenic women with PCOS (mean 5.83 years, SD 2.34/median 6.0 years, IQR 4.0) and normo-androgenic women

with PCOS (unadjusted FR 0.89 (95% CI 0.84–0.95) and unadjusted FR 0.60 (95% CI 0.56–0.64), respectively. The estimates remained unchanged after adjustment for obesity, year of birth, country of birth and education level (Fig. 1). The calculated mean and median time to childbirth after spontaneous conception were shortest in normo-androgenic women with PCOS (mean 5.51 years, SD 2.35/median 6.0 years, IQR 3.0) compared to non-PCOS controls (mean 5.60 years, SD 2.37/median 6.0 years, IQR 3.0) and hyperandrogenic women with PCOS (mean 5.84 years, SD 2.34/median 6.0 years, IQR 4.0) (P = 0.005).

App.0114



**Figure 1.** Probability of first childbirth by spontaneous conception in the entire population. Cum, cumulative; PCOS, polycystic ovary syndrome.



**Figure 2.** Probability of first childbirth by spontaneous conception among polycystic ovary syndrome (PCOS) women in relation to the anti-androgenic potential of medication used.

with PCOS (mean 5.51 years, SD 2.35/median 6.0 years, IQR 3.0) ($P = 0.007$).



**Figure 3.** Probability of first childbirth by spontaneous conception among hyperandrogenic polycystic ovary syndrome (PCOS) women in relation to the timing of medication used.

**Early anti-androgenic treatment in women with PCOS is associated with a higher probability of childbirth after spontaneous conception compared to late anti-androgenic treatment**

In comparison with women with PCOS who started anti-androgenic treatment in adolescence, late users exhibited a lower FR (unadjusted FR 0.78 (95% CI 0.67–0.90) with similar estimates even after adjustment (Fig. 3). Mean and median time to first childbirth after spontaneous conception was shorter in hyperandrogenic women with PCOS who started anti-androgenic treatment early (mean 5.40 years, SD 2.15/median 6.0 years, IQR 3.0) compared to women who started late (mean 6.00 years, SD 2.39/median 6.0 years, IQR 4.0) ($P = 0.001$). Similar results regarding the effect of early or late treatment initiation could be seen even after stratifying the PCOS population on the severity of hyperandrogenism. Early treatment was especially effective among mildly hyperandrogenic PCOS women (unadjusted FR 0.72 (95% CI 0.61–0.86)), and to a lesser degree in severely hyperandrogenic women (unadjusted FR 0.89 (95% CI 0.67–1.19)).

Numbers at risk over time in each model are shown in Supplementary Table SI.

Sensitivity analyses regarding all three models/scenarios presented above were performed among women with PCOS diagnosis (ICD-10 code E282) (i.e. without taking into account whether women were also diagnosed with anovulatory infertility) as well as PCOS women of Nordic origin or women on aaCOCs, and none of them altered the estimates presented previously.

## Discussion

### Main findings

As expected, non-PCOS controls had a higher probability of childbirth after spontaneous conception than normo-androgenic and

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

App.0115

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

hyperandrogenic PCOS women. Among women with PCOS, severe hyperandrogenism (characterized by the higher anti-androgenic potential of treatment) was associated with lower FR, while the initiation of anti-androgenic treatment at an earlier age was associated with ameliorated severity of PCOS-related subfertility.

The need for anti-androgenic treatment likely corresponds to individuals with more severe hyperandrogenic clinical manifestations. It is therefore not surprising that PCOS-diagnosed women who received anti-androgen treatment (at some point in life) required more time to first childbirth after a spontaneous conception and had a lower FR in comparison with non-PCOS controls and normo-androgenic women with PCOS. Initiation of anti-androgenic treatment at an earlier stage (i.e. during adolescence rather than later in life) suggests early awareness of PCOS, which, in turn, may affect reproductive choices and family planning. However, we consider anti-androgenic treatment at an earlier age as an unlikely marker of a deliberate attempt at achieving pregnancy since anti-androgenic drugs either are contraceptives or are teratogenic (Eibs et al., 1982; Kim and Del Rosso, 2012). One could therefore wonder whether the higher FR among early users observed in our study could be attributed to a long-lasting pharmacological effect of the anti-androgens, extending even after the period of use.

## Comparison to other studies

While there is a paucity of clinical data on the long-term impact of anti-androgen treatment of women with PCOS, the present findings are in agreement with what is reported. Long-term androgen receptor blockade is associated with improved testosterone levels and ovulatory function in adult women with PCOS (De Leo et al., 1998; Paradisi et al., 2013). Additionally, long-term anti-androgen therapy is reported to restore normal steroid hormone feedback to the reproductive axis (Eagleson et al., 2000). However, there is a lack of prospective clinical data reporting the FR of PCOS women taking anti-androgens.

Anti-androgen administration in animals that mimic the PCOS phenotype following prenatal exposure to androgen excess can restore normal estrous cyclicity (Sullivan and Moenter, 2004; Silva et al., 2018). Endogenous hyperandrogenism increases in this model at 40 days, shortly after pubertal onset (Silva et al., 2018). Flutamide treatment from 40 to 60 days rescues estrous cyclicity, improves ovarian morphology and also reverses aberrant GABA wiring in the brain associated with impaired steroid hormone feedback of PCOS (Moore et al., 2015; Silva et al., 2018). It remains to be determined whether these improvements are the same if treatment is delayed beyond this 'adolescent' period.

## Pathophysiology

These data suggest that by 'hindering or impairing' the 'second hit' of androgen action that develops at puberty, particularly through early pharmacological intervention, PCOS-related subfertility may be attenuated. The critical site of androgen action in the development and maintenance of clinical PCOS features remains unclear, but several lines of evidence in preclinical animal models point toward the importance of androgen signaling in the female brain (Coutinho and Kauffman, 2019; Ruddenklau and Campbell, 2019). Given the multifactorial nature of PCOS pathogenesis, early interventions of 'second hits' are likely to be most effective when guided by known predisposing contributors, or 'first hits' (Ibáñez et al., 2017).

One possibility in women with PCOS is that the 'first hit' (i.e. genetic predisposition, prenatal androgen excess) shapes hypothalamic circuitry in a particular way that establishes the emergence of PCOS features, including aberrant gonadotrophin regulation and hyperandrogenism, and that a 'second hit' is then required to maintain those pathophysiological changes. Of interest, changes in GABA brain wiring and activity associated with prenatal androgen excess in rodent models develop prior to hyperandrogenism and PCOS-like features (Berg et al., 2018; Silva et al., 2018). However, these 'programmed' changes in neuroendocrine circuits can be rewired with androgen blockade (Silva et al., 2018).

## Strengths and limitations

The main strength of the study is its large sample size which enabled us to perform analyses of rare outcomes, as well as stratify according to different variables. Furthermore, information was retrieved from highly valid registries and evolved over a period of 10 years.

Unfortunately, we lacked information on smoking or possible comorbidities of the study participants. In addition, since the BMI of study participants is not available unless they give birth, we employed the presence of obesity diagnosis instead. While the dependence on ICD diagnosis will likely under-report obesity rates among this cohort, this enabled us to account for obesity in the adjusted Cox regression models to overcome the limitation of not having access to BMI data. Furthermore, it would have been desirable to have accurate and direct information on the androgenic biochemical status of the PCOS participants; we employed instead use of anti-androgenic medications as a proxy of hyperandrogenism. Moreover, we do not know the duration of anti-androgenic treatment utilized or the number of study participants that actively attempted a pregnancy during the study period. In addition, we did not censor for death or immigration, and all participants were followed up until the ending date. Lastly, it has been demonstrated that foreign-born families residing in Sweden utilize healthcare services with increased frequency compared to natives, increasing the chance that a PCOS diagnosis is posed and thereby treatment initiated at an earlier stage (Swedish Public Health Agency (Folkhälsomyndigheten), 2019). Furthermore, women with a foreign background attempt pregnancy at an earlier age compared to Swedish-born women (National Board of Health and Welfare (Socialstyrelsen), 2020). Both observations could indicate that the differences noted may be due to social reasons and not only biological reasons. However, our results remained unaltered, even after the sensitivity analysis performed restricting our population to women of Nordic origin, strengthening the biological component of the intervention.

Lastly, women with PCOS, especially those with more severe clinical features of the syndrome such as the obese and/or hyperandrogenic women, often report distorted self-perceived body image which in turn affects their sexuality and social well-being (Alur-Gupta et al., 2019; Kogure et al., 2019). Whether body dissatisfaction results in a deliberate delay in childbearing is unknown and difficult to tease apart from the PCOS-associated impairments in the reproductive axis. The possibility of bias cannot therefore be entirely ruled out, but it is deemed nevertheless to be limited since the effect of hyperandrogenism on childbirth is not attenuated after adjustment for obesity.

App.0116

# Conclusions

Our study findings suggest that early initiation of anti-androgenic treatment during adolescence could promote the prevention of fertility-related morbidity among PCOS women. Although reproductive endocrinologists should exercise caution in assigning PCOS diagnosis prematurely, they should however not stall early treatment initiation when indicated. These findings support the need for future interventional randomized prospective studies investigating critical windows of anti-androgen treatment.

# Supplementary data

Supplementary data are available at *Human Reproduction* online.

# Data availability

The data sets generated and analyzed during the current study are not publicly available and cannot be uploaded at any website due to the risk of compromising the individual privacy of participants.

# Authors' roles

All authors have equally contributed to the design of the study, data collection, interpretation of the results, drafting of the manuscript, as well as critical revision of the final version submitted.

# Funding

This study was funded by the Health Research Council of New Zealand (18-671), the Swedish Society of Medicine and the Uppsala University Hospital.

# Conflict of interest

Evangelia Elenis has over the past year received lecture fee from Gedeon Richter outside the submitted work. Inger Sundström Poromaa has over the past three years received compensation as a consultant and lecturer for Bayer Schering Pharma, MSD, Gedeon Richter, Peptonics and Lundbeck A/S. The other authors have no conflict of interests to declare.

# References

Alur-Gupta S, Chemerinski A, Liu C, Lipson J, Allison K, Sammel MD, Dokras A. Body-image distress is increased in women with polycystic ovary syndrome and mediates depression and anxiety. *Fertil Steril* 2019;**112**:930–938.e1.

Berg T, Silveira MA, Moenter SM. Prepubertal development of GABAergic transmission to gonadotropin-releasing hormone (GnRH) neurons and postsynaptic response are altered by prenatal androgenization. *J Neurosci* 2018;**38**:2283–2293.

Bremer AA. Polycystic ovary syndrome in the pediatric population. *Metab Syndr Relat Disord* 2010;**8**:375–394.

Broekmans FJ, Knauff EA, Valkenburg O, Laven JS, Eijkemans MJ, Fauser BC. PCOS according to the Rotterdam consensus criteria: change in prevalence among WHO-II anovulation and association with metabolic factors. *BJOG* 2006;**113**:1210–1217.

Coutinho EA, Kauffman AS. The role of the brain in the pathogenesis and physiology of polycystic ovary syndrome (PCOS). *Med Sci (Basel)* 2019;**7**:84.

De Leo V, Lanzetta D, D'Antona D, la Marca A, Morgante G. Hormonal effects of flutamide in young women with polycystic ovary syndrome. *J Clin Endocrinol Metab* 1998;**83**:99–102.

de Zegher F, Lopez-Bermejo A, Ibanez L. Central obesity, faster maturation, and 'PCOS' in girls. *Trends Endocrinol Metab* 2018;**29**:815–818.

Driscoll DA. Polycystic ovary syndrome in adolescence. *Semin Reprod Med* 2003;**21**:301–307.

Eagleson CA, Gingrich MB, Pastor CL, Arora TK, Burt CM, Evans WS, Marshall JC. Polycystic ovarian syndrome: evidence that flutamide restores sensitivity of the gonadotropin-releasing hormone pulse generator to inhibition by estradiol and progesterone. *J Clin Endocrinol Metab* 2000;**85**:4047–4052.

Eibs HG, Spielmann H, Jacob-Muller U, Klose J. Teratogenic effects of cyproterone acetate and medroxyprogesterone treatment during the pre- and postimplantation period of mouse embryos. II. Cyproterone acetate and medroxyprogesterone acetate treatment before implantation in vivo and in vitro. *Teratology* 1982;**25**:291–299.

Ibáñez L, Oberfield SE, Witchel S, Auchus RJ, Chang RJ, Codner E, Dabadghao P, Darendeliler F, Elbarbary NS, Gambineri A *et al.* An international consortium update: pathophysiology, diagnosis, and treatment of polycystic ovarian syndrome in adolescence. *Horm Res Paediatr* 2017;**88**:371–395.

Kim GK, Del Rosso JQ. Oral spironolactone in post-teenage female patients with acne vulgaris: practical considerations for the clinician based on current data and clinical experience. *J Clin Aesthet Dermatol* 2012;**5**:37–50.

Kogure GS, Ribeiro VB, Lopes IP, Furtado CLM, Kodato S, Silva de Sa MF, Ferriani RA, Lara L, Maria Dos Reis R. Body image and its relationships with sexual functioning, anxiety, and depression in women with polycystic ovary syndrome. *J Affect Disord* 2019;**253**:385–393.

Koivunen R, Pouta A, Franks S, Martikainen H, Sovio U, Hartikainen AL, McCarthy MI, Ruokonen A, Bloigu A, Jarvelin MR. Fecundability and spontaneous abortions in women with self-reported oligo-amenorrhea and/or hirsutism: Northern Finland Birth Cohort 1966 Study. *Hum Reprod* 2008;**23**:2134–2139.

Lizneva D, Suturina L, Walker W, Brakta S, Gavrilova-Jordan L, Azziz R. Criteria, prevalence, and phenotypes of polycystic ovary syndrome. *Fertil Steril* 2016;**106**:6–15.

Ludvigsson JF, Andersson E, Ekbom A, Feychting M, Kim JL, Reuterwall C, Heurgren M, Olausson PO. External review and validation of the Swedish national inpatient register. *BMC Public Health* 2011;**11**:450.

Ludvigsson JF, Otterblad-Olausson P, Pettersson BU, Ekbom A. The Swedish personal identity number: possibilities and pitfalls in healthcare and medical research. *Eur J Epidemiol* 2009;**24**:659–667.

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

Downloaded from https://academic.oup.com/humrep/article/36/5/1427/6102682 by guest on 12 July 2023

March WA, Moore VM, Willson KJ, Phillips DI, Norman RJ, Davies MJ. The prevalence of polycystic ovary syndrome in a community sample assessed under contrasting diagnostic criteria. *Hum Reprod* 2010;**25**:544–551.

Moore AM, Prescott M, Campbell RE. Estradiol negative and positive feedback in a prenatal androgen-induced mouse model of polycystic ovarian syndrome. *Endocrinology* 2013;**154**:796–806.

Moore AM, Prescott M, Marshall CJ, Yip SH, Campbell RE. Enhancement of a robust arcuate GABAergic input to gonadotropin-releasing hormone neurons in a model of polycystic ovarian syndrome. *Proc Natl Acad Sci USA* 2015;**112**:596–601.

Morgan CJ. Landmark analysis: a primer. *J Nucl Cardiol* 2019;**26**: 391–393.

National Board of Health and Welfare [Socialstyrelsen]. Statistics on pregnancies, childbirths and infants born 2018. [Statistik om graviditeter, förlossningar och nyfödda barn 2018], 2020.

Paradisi R, Fabbri R, Battaglia C, Venturoli S. Ovulatory effects of flutamide in the polycystic ovary syndrome. *Gynecol Endocrinol* 2013; **29**:391–395.

Persson S, Elenis E, Turkmen S, Kramer MS, Yong EL, Sundstrom-Poromaa I. Fecundity among women with polycystic ovary syndrome (PCOS)-a population-based study. *Hum Reprod* 2019;**34**: 2052–2060.

Rosenfield RL. Current concepts of polycystic ovary syndrome pathogenesis. *Curr Opin Pediatr* 2020;**32**:698–706.

Rosenfield RL, Ehrmann DA. The pathogenesis of polycystic ovary syndrome (PCOS): the hypothesis of PCOS as functional ovarian hyperandrogenism revisited. *Endocr Rev* 2016;**37**:467–520.

Ruddenklau A, Campbell RE. Neuroendocrine impairments of polycystic ovary syndrome. *Endocrinology* 2019;**160**:2230–2242.

Ryan GE, Malik S, Mellon PL. Antiandrogen treatment ameliorates reproductive and metabolic phenotypes in the letrozole-induced mouse model of PCOS. *Endocrinology* 2018;**159**:1734–1747.

Silva MS, Prescott M, Campbell RE. Ontogeny and reversal of brain circuit abnormalities in a preclinical model of PCOS. *JCI Insight* 2018;**3**:e99405.

Sullivan SD, Moenter SM. Prenatal androgens alter GABAergic drive to gonadotropin-releasing hormone neurons: implications for a common fertility disorder. *Proc Natl Acad Sci USA* 2004;**101**: 7129–7134.

Swedish Medical Products Agency [Läkemedelsverket]. Contraception – treatment recommendations. [Antikonception – behandlingsrekommendation]. 2014;**25**:14–28.

Swedish Public Health Agency [Folkhälsomyndigheten]. Health, socio-economic, and lifestyle factors among foreign born individuals in Sweden. [Hälsa hos personer som är utrikes födda – skillnader i hälsa utifrån födelseland. 2019.

Teede H, Deeks A, Moran L. Polycystic ovary syndrome: a complex condition with psychological, reproductive and metabolic manifestations that impacts on health across the lifespan. *BMC Med* 2010; **8**:41.

Teede HJ, Misso ML, Costello MF, Dokras A, Laven J, Moran L, Piltonen T, Norman RJ, Andersen M, Azziz R, International PCOS Network *et al.* Recommendations from the international evidence-based guideline for the assessment and management of polycystic ovary syndrome. *Hum Reprod* 2018;**33**:1602–1618.

The Rotterdam ESHRE/ASRM-SPCWG. Revised 2003 consensus on diagnostic criteria and long-term health risks related to polycystic ovary syndrome. *Fertil Steril* 2004;**81**:19–25.

West S, Vahasarja M, Bloigu A, Pouta A, Franks S, Hartikainen AL, Jarvelin MR, Corbett S, Vaarasmaki M, Morin-Papunen L. The impact of self-reported oligo-amenorrhea and hirsutism on fertility and lifetime reproductive success: results from the Northern Finland Birth Cohort 1966. *Hum Reprod* 2014;**29**: 628–633.

Witchel SF, Oberfield SE, Pena AS. Polycystic ovary syndrome: pathophysiology, presentation, and treatment with emphasis on adolescent girls. *J Endocr Soc* 2019;**3**:1545–1573.

Wolf WM, Wattick RA, Kinkade ON, Olfert MD. Geographical prevalence of polycystic ovary syndrome as determined by region and race/ethnicity. *Int J Environ Res Public Health* 2018;**15**: 2589.

Zawadski J, Dunaif A. Diagnostic criteria for polycystic ovary syndrome; towards a rational approach. In: A Dunaif, J Givens, F Haseltine (eds). *Polycystic Ovary Syndrome*. Boston, MA: Black-Well Scientific, 1992, 377–384.

App.0118

THE JOURNAL OF
# SEXUAL MEDICINE



ORIGINAL RESEARCH & REVIEWS

TRANSGENDER HEALTH

# Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment

Elizabeth Hisle-Gorman, MSW, PhD,[1] Natasha A. Schvey, PhD,[2] Terry A. Adirim, MD, MPH,[3] Anna K. Rayne, MD,[4] Apryl Susi, MS,[5] Timothy A. Roberts, MD, MPH,[6] and David A. Klein, MD, MPH[7]

## ABSTRACT

**Objective:** Transgender and gender-diverse (TGD) adolescents experience increased mental health risk compared to cisgender peers. Limited research suggests improved outcomes following gender-affirmation. This study examined mental healthcare and psychotropic medication utilization among TGD youth compared to their siblings without gender-related diagnoses and explored utilization patterns following gender-affirming care.

**Method:** This retrospective cohort study used military healthcare data from 2010−2018 to identify mental healthcare diagnoses and visits, and psychotropic medication prescriptions among TGD youth who received care for gender dysphoria before age 18, and their siblings. Logistic and Poisson regression analyses compared mental health diagnosis, visits, and psychotropic prescriptions of TGD youth to their siblings, and compared healthcare utilization pre- and post-initiation of gender-affirming pharmaceuticals among TGD adolescents.

**Results:** 3,754 TGD adolescents and 6,603 cisgender siblings were included. TGD adolescents were more likely to have a mental health diagnosis (OR 5.45, 95% CI [4.77−6.24]), use more mental healthcare services (IRR 2.22; 95% CI [2.00−2.46]), and be prescribed more psychotropic medications (IRR = 2.57; 95% CI [2.36−2.80]) compared to siblings. The most pronounced increases in mental healthcare were for adjustment, anxiety, mood, personality, psychotic disorders, and suicidal ideation/attempted suicide. The most pronounced increased in psychotropic medication were in SNRIs, sleep medications, anti-psychotics and lithium. Among 963 TGD youth ($M_{age}$: 18.2) using gender-affirming pharmaceuticals, mental healthcare did not significantly change (IRR = 1.09, 95% CI [0.95 −1.25]) and psychotropic medications increased (IRR = 1.67, 95% CI [1.46−1.91]) following gender-affirming pharmaceutical initiation; older age was associated with decreased care and prescriptions.

**Conclusion:** Results support clinical mental health screening recommendations for TGD youth. Further research is needed to elucidate the longer-term impact of medical affirmation on mental health, including family and social factors associated with the persistence and discontinuation of mental healthcare needs among TGD youth. **Hisle-Gorman E, Schvey NA, Adirim TA, et al. Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment. J Sex Med 2021;18:1444−1454.**

Copyright © 2021, International Society of Sexual Medicine. Published by Elsevier Inc. All rights reserved.

**Key Words:** Transgender; Gender-Diverse; Mental Health; Adolescent; Youth

Received December 30, 2020. Accepted May 14, 2021.

[1]Department of Pediatrics, Uniformed Services University, Bethesda, MD; Department of Preventive Medicine and Biostatistics, Uniformed Services University, Bethesda, MD, USA;

[2]Department of Medical and Clinical Psychology, Uniformed Services University, Bethesda, MD, USA;

[3]Department of Preventive Medicine and Biostatistics, Uniformed Services University, Bethesda, MD; Department of Defense, Washington, DC, USA;

[4]Department of Family Medicine, Fort Belvoir Community Hospital, Fort Belvoir, VA, USA;

[5]Department of Pediatrics, Uniformed Services University, Bethesda, MD; Department of Preventive Medicine and Biostatistics, Uniformed Services University, Bethesda, MD, USA;

[6]Division of Adolescent Medicine, Children's Mercy Kansas City; Department of Pediatrics, University of Missouri-Kansas City School of Medicine, Kansas City, MO, USA;

[7]Department of Pediatrics, Uniformed Services University, Bethesda, MD; Department of Family Medicine, Uniformed Services University, Bethesda, MD, USA

Copyright © 2021, International Society of Sexual Medicine. Published by Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.jsxm.2021.05.014

## BACKGROUND

Transgender and gender-diverse (TGD) youth include those whose gender identity, expression, or behavior differs from that typically associated with their sex assigned at birth.[1] An estimated 0.7−2.7 percent of adolescents identify as TGD,[2−5] and TGD individuals are increasingly presenting for associated healthcare.[1,6−10]

While TGD individuals remain under-represented in medical research,[11−13] a growing body of literature suggests significant health disparities and poorer mental and physical health among TGD individuals as compared to cisgender peers.[2,3,14−21] In adult populations, large data studies of TGD Medicare recipients and Veterans indicate TGD adults use more mental healthcare, and experience increased disability, chronic conditions, substance abuse disorders, chronic pain, suicide, suicide related events, and disabling mental illness as compared to cisgender controls.[14−18] Health outcomes appear related to environment, with Veterans living in more accepting communities having fewer substance use and mental health comorbidities.[22,23]

In studies of children and adolescents, school and internet based surveys in the United States and other parts of the world, found self-identified TGD youth were less likely to report having a caring parent, and more likely to report depression, suicide attempts, suicidal risk, violence victimization, self-harm, substance use, unsafe sex, psychological distress, and bullying as compared to cisgender peers − outcomes likely related to stigma, family rejection, and victimization.[2,3,19,20,24−29] Parents of 105 adolescents with gender dysphoria reported 32% had a concurrent psychiatric disorder, including anxiety, mood, and disruptive disorders, and that multiple diagnoses were increased in those with transfeminine identities.[30] Larger studies using records from a community-based clinic and a 2-state integrated health system compared TGD youth to cisgender controls and found that the odds of multiple mental health diagnoses were increased 2 to several fold in TGD youth.[21,31]

However, some research indicates that mental health conditions in TGD youth and adults were not elevated, or were ameliorated in those with some level of medical or social affirmation (ie, those supported to live openly in their asserted gender identity).[32−43] Limited data, primarily using small samples, and self-report measures, indicate that mental health concerns and suicidality decreased, and well-being increased, following medical or social affirmation.[32−41,61] Small studies of youth who have completed social affirmation report improvement on psychological functioning and well-being and decreased gender dysphoria, but generally results rely on parent or child-report of symptoms.[35,36] Among adults, a meta-analysis of 1,833 TGD adults indicated self-reported improvement on gender dysphoria, psychological symptoms, quality of life, and sexual function following pharmaceutical affirmation.[44] One study in adults found that length of hormone treatment was not associated with changes in healthcare utilization for mood or anxiety disorders, but time from surgery was associated with decreases in care.[41,61]

Most TGD pediatric mental health research is limited by use of self- or parent-report, small sample size, limited geographic area, and lack of a non-TGD control group. While 2 studies have explored mental health diagnoses in larger samples,[21,31] neither examined patterns in mental healthcare utilization nor psychotropic medication prescriptions, which are important indicators of the severity of mental health conditions. Research specifically exploring effects of gender-affirming care on mental health have similar limitations, with few including adolescents or young adults.[32−41,61]

Given research indicating that TGD youth may be at increased risk for mental health conditions adequately powered studies are needed to better elucidate the mental healthcare needs of TGD youth, compared to matched controls, and to identify the trajectory of mental health comorbidities following gender affirmation. The current study examined mental healthcare and psychotropic medication utilization among TGD youth in a large healthcare administrative dataset, as compared to their siblings without a gender-related diagnosis, and explored mental health and psychotropic medication use in TGD adolescents following gender-affirming pharmaceutical care. We hypothesized that mental healthcare needs would be greater in TGD adolescents as compared to their siblings and that pharmaceutical affirmation would be associated with decreased treatment needs.

## METHODS

We performed a retrospective cohort study examining mental healthcare utilization among TGD youth in the military healthcare system between October 2010 and September 2018 using the Military Healthcare Data Repository (MDR). The MDR includes records of all inpatient and outpatient care and outpatient prescriptions provided to military service members and retirees, and their family members domestically and abroad at military and civilian treatment facilities. The military provides no- to low-cost comprehensive care to these populations, including mental health and media (eg, pharmaceutical) care for gender dysphoria; active-duty members may also qualify for related surgical care. Access to care for gender dysphoria my differ geographically, however, the military attempts to address disparities through telemedicine and flying beneficiaries stationed overseas back to the United States, if needed, for specialized consultations. While generally reflective of the United States as a whole, the military tends to be more politically conservative, and more male, the proportion of African American individuals in the military is decreased, and the proportion of White individuals is increased as compared to the nation as a whole.[45]

TGD military dependent youth, <18 years of age at time of first contact, who received care in the military healthcare system were identified by 1 or more International Classification of Diseases (ICD) code (ICD-9 302.6, 302.85 302.50, 302.51, 302.52, 302.53, and ICD-10 F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890) indicative of TGD status in their inpatient or outpatient record. This is a validated methodology.[8] ICD-9/10

App.0120

codes are well-matched with clinical text notes in identification of TGD individuals.[46] We identified sibling controls in the MRD using the following criteria: shared a military sponsor (parent/guardian) with our TGD subjects; were <18 years old at their first encounter with the military health system during our study interval: and had no TGD diagnosis recorded, these siblings were considered cisgender controls, TDG youth and sibling were followed for the same time periods as care depended upon parental service.

We identified mental health care visits in the inpatient and outpatient care record by ICD-9/10 code using the Healthcare Cost and Utilization Project Clinical Classification Software system.[47] Mental health visits were sub-categorized by Healthcare Cost and Utilization Project categories for adjustment, anxiety, attention-deficit, conduct, developmental, mood, and cognitive disorders; disorders usually diagnosed in infancy or childhood (which includes autism); suicidal ideation/self-harm; alcohol use, substance use disorders; and miscellaneous mental health conditions (dissociative, eating and factitious disorders). The total number of mental health visits were counted overall, and by diagnosis sub-category; individuals were counted as having a given diagnosis if they had 1 or more visit for the diagnosis. Visits for TGD status, gender dysphoria, or mental health screening were not counted as mental health diagnoses. Children with one or more diagnosis for a mental health condition sub-category were categorized as having that mental health condition and having a mental health condition overall.

Psychotropic medications were identified by name in the outpatient pharmacy record, and included Bupropion, Selective Serotonin Reuptake Inhibitors (SSRI), Serotonin-Norepinephrine Reuptake Inhibitors (SNRI), other anti-depressants, sleep medication, benzodiazepines, antipsychotics, simulants, migraine medications, and lithium. Medications were classified by type and counted by day's supply. Gender affirming medications included puberty suppression (ie, implantable or injectable gonadotropin-releasing hormone agonists), masculinizing hormones and feminizing hormones, and were identified by name in the outpatient pharmacy record. Demographic data were extracted from the medical record and healthcare enrollment eligibility records; race/ethnicity data was not available.

Chi-squared analysis and Wilcoxon Rank sum test compared groups on demographics, logistic regression clustered by family compared groups on mental health diagnosis, and any psychotropic medication use overall and care/medication sub-category, and Poisson regression clustered by family compared mental healthcare visit rates and psychotropic medication days recorded. Adjusted analyses controlled for sex assigned at birth, total healthcare contacts per year, age at study initiation, and parental rank. Parental rank was dichotomized as Junior Enlisted (enlisted ranks 1−4) vs more senior military ranks; Junior enlisted acted as a proxy for low income as Junior enlisted service member earn less than $35,000 a year.

Poisson regression clustered by individual compared mental healthcare visit rates and psychotropic medication days pre- and post- initiation of gender affirming pharmaceutical treatment, and logistic regression identified factors associated with decreased mental healthcare use and decreased psychotropic medications following initiation of gender-affirming medications. Adjusted models controlled for sex assigned at birth, total healthcare contacts per year, age at affirming medication initiation, type of initial gender affirming medication (puberty suppression vs gender-affirming hormones), and parental rank. Analyses were conducted using Stata Intercooled, version 13; $P$ values <.05 was considered statistically significant. The study was reviewed and approved by the Uniformed Services University Institutional Review Board.

## RESULTS

The research team identified a total of 3,754 TGD youths and 6,603 cisgender siblings who received Military Health System care between fiscal years 2010 and 2018. Both groups were tracked for a mean of 8.5 years. TGD youth were slightly older, less likely to be assigned male at birth, less likely to have Junior Enlisted parents, and utilized more outpatient healthcare overall as compared to their cisgender siblings (Table 1).

## Mental Health Diagnosis

As compared to their cisgender siblings, TGD youth were more likely to have a mental health diagnosis and have a greater number of total mental health diagnoses (Table 1, 2). Looking at specific

**Table 1.** Demographics of included transgender and gender-diverse youth and their cisgender siblings

|  | TGD children N = 3,754 | Cisgender siblings N = 6,603 | Significance |
|---|---|---|---|
| Age at Study Initiation− Median [IQR] | 10 [8-−13] | 9 [4−14] | $P < .001$ |
| Age at Study Completion− Median [IQR] | 18 [16−21] | 17 [11−21] | $P < .001$ |
| Male Assigned Birth Sex | 1,193 (31.8%) | 3,312 (50.1%) | $P < .001$ |
| Parent of Jr Enlisted Rank | 1,524 (43.7%) | 2960 (47.6%) | $P < .001$ |
| Visits Per Year − Median [IQR] | 18.7 [10.0−32.9] | 9.5 [4.6−18.9] | $P < .001$ |
| On psychotropic | 2,820 (75.1%) | 2,425 (37.7%) | $P < .001$ |
| Years Tracked | 8.5 [8.5−8.6] | 8.5 [8.5−8.5] | $P < .001$ |
| Median Mental Health Diagnoses | 2 [1−4] | 1 [0−2] | $P < .001$ |
| Median Mental Health Visits Per Year | 2.9 [0.8−7.0] | 0.1 [0−2.0] | $P < .001$ |

TGD = transgender or gender-diverse.

**Table 2.** Mental health diagnoses and visits by transgender and gender-diverse status

| | Mental health diagnosis | | | Visits per year | | |
|---|---|---|---|---|---|---|
| | TGD Children N (%) | Cisgender Siblings N (%) | Adjusted* odds of mental health diagnosis or [95%CI] | TGD | Cisgender siblings | Adjusted* visit rate IRR [95%CI] |
| All Mental Health | 3,352 (89.3) | 3,308 (50.1) | 5.45 [4.77–6.24] | 5.5 | 3.1 | 2.22 [2.00–2.46] |
| Adjustment | 1,687 (44.9) | 1,191 (18.0) | 1.09 [1.80–3.41] | 0.74 | 0.29 | 2.49 [2.19–2.84] |
| Anxiety | 1,908 (50.8) | 1,216 (18.4) | 3.30 [2.98–3.65] | 0.77 | 0.28 | 2.49 [2.13–2.90] |
| ADHD | 1,119 (29.8) | 1,229 (18.6) | 1.77 [1.59–1.97] | 0.60 | 0.47 | 1.60 [1.37–1.88] |
| Cognitive | 137 (3.7) | 122 (1.9) | 1.64 [1.26–2.14] | 0.014 | 0.008 | 2.01 [1.39–2.89] |
| Developmental | 189 (5.0) | 429 (6.5) | 1.11 [0.89–1.38] | 0.10 | 0.30 | 0.97 [0.65–1.45] |
| First Diagnosed in Infancy | 432 (11.5) | 578 (8.8) | 1.53 [1.30–1.79] | 0.65 | 1.24 | 1.39 [0.86–2.26] |
| Impulse | 60 (1.6) | 45 (0.7) | 2.18 [1.40–3.38] | 0.013 | 0.009 | 1.55 [0.68–3.58] |
| Mood | 2,413 (64.3) | 1182 (18.9) | 6.12 [5.51–6.80] | 2.18 | 0.46 | 4.14 [3.64–4.71] |
| Personality | 86 (2.3) | 43 (0.7) | 2.54 [1.71–3.78] | 0.019 | 0.005 | 3.28 [1.53–7.00] |
| Psychotic | 363 (9.7) | 104 (1.6) | 5.38 [4.20–6.88] | 0.12 | 0.014 | 7.43 [4.72–-11.69] |
| Alcohol | 57 (1.5) | 66 (1.0) | 1.25 [0.85–1.82] | 0.011 | 0.010 | 0.93 [0.50–1.73] |
| Substance | 237 (6.3) | 209 (3.2) | 1.61 [1.31–1.97] | 0.053 | 0.032 | 1.77 [1.15–2.70] |
| Suicide | 683 (18.2) | 162 (2.5) | 7.45 [6.11–9.08] | 0.08 | 0.01 | 6.83 [5.03–9.26] |
| Miscellaneous | 512 (13.6) | 375 (5.7) | 2.08 [1.77–2.45] | 0.12 | 0.03 | 3.38 [2.20–5.18] |

*Adjusted analysis, adjusts for sex assigned at birth, total healthcare contacts per year, age at study initiation, and parental rank. TGD = transgender or gender-diverse.

one-year periods, which is a more typical time period in which to access mental health diagnoses, TGD youth were more likely than their siblings to have a mental health diagnosis in a given year (eg, in 2010 [23.7% vs 13.9%, $P < .001$], 2015 [46.5% vs 18.8%, $P < .001$] and 2018 [42.7% vs 17.1%, $P < .001$]). The most common mental health diagnosis in TGD youth was mood/depressive disorder which impacted 64% of TGD youth at some point during the 8-year study period; followed by anxiety (51%) and adjustment disorders (44.9%; Table 2). For cisgender siblings, the most common mental health diagnoses were mood/depressive disorders (18.9%), ADHD (18.6%), and anxiety disorders (18.4%). After adjustment for age at study initiation, assigned sex at birth, parent rank, and number of outpatient visits per year, odds of having any mental health diagnosis were over 5 times higher in TGD youth as compared to their siblings (aOR = 5.45, 95% CI [4.77–6.24], $P < .001$). TGD youth were over 7 times as likely to have diagnosed suicidal ideation/self-harm (OR 7.45, 95%CI 6.11–9.08), over 6 times as likely to have a mood/depressive disorder (OR 6.12 95%CI [5.51–6.80]), over 5 times as likely to have a psychotic disorder (eg, schizophrenia) diagnosed (OR 5.38 95% CI [4.20 –6.88]); and had similar odds of diagnosed developmental and alcohol use disorders (Table 2).

## Mental Healthcare Use

TGD youth had an average of 5.5 mental healthcare visits per year over the course of the study as compared to 3.1 mental health visits per year for their cisgender siblings, and over twice as many visits in adjusted analysis (aIRR 2.22; 95% CI [2.00–2.46], $P < .001$). Mirroring diagnoses, mental healthcare visits for TGD youth were largely for mood/depressive, anxiety and adjustment

disorders; however, care for cognitive, mood/depressive, personality, psychotic, and miscellaneous disorders, ADHD, substance use, and suicidal ideation/self-harm were all greater among TGD youth as compared to their siblings (Table 2). The most common diagnoses among siblings were disorders diagnosed in infancy and childhood, ADHD, and mood/depressive disorders. Care for development diagnoses, disorders usually diagnosed in infancy and childhood, impulse control disorder and alcohol use did not differ between the 2 groups (Table 2).

## Psychotropic Medication Use

Over the full study period, 75% (2,820) of TGD youth were prescribed a psychotropic medication as compared to 38% (2,425) of their cisgender siblings ($P < .001$; Table 1). In adjusted analysis, TGD youth had over 2 and a half times as many medication days as their siblings (aIRR = 2.57; 95% CI [2.36–2.80], $P < .001$). SSRIs accounted for the most medication days in TGD youth, resulting in close to 3 times as many medication days for TGD youth; followed by stimulants, and antipsychotics. For siblings, stimulants accounted for the largest number of medication days followed by SSRIs, and anti-psychotics. In adjusted analyses TGD youth had over 3 times as many medication days for SNRIs, Lithium, anti-psychotics, and sleep medications as compared to their cisgender siblings (Table 3).

## Impact of Gender Affirming Pharmaceutical Treatment

Of 3,754 included TGD youth, 963 (25.6%) initiated gender-affirming pharmaceutical treatment (puberty suppression or gender-affirming hormones) during the study period. The 963

App.0122

**Table 3.** Psychotropic medication days by transgender and gender-diverse status

| | Medication days per year | | |
|---|---|---|---|
| | TGD children | Cisgender siblings | Adjusted[i] IRR [95% CI] |
| All Mental Health Meds | 111.4 | 42.5 | 2.57 [2.36−2.80] |
| Wellbutrin | 5.38 | 1.57 | 2.76 [2.12−3.60] |
| SSRI | 37.25 | 11.18 | 2.96 [2.65−3.31] |
| SNRI | 4.10 | 0.96 | 3.82 [2.64−5.54] |
| Other Antidepressant | 7.93 | 2.50 | 3.01 [2.48−3.66] |
| Sleep Medications | 5.82 | 1.61 | 3.28 [2.61−4.12] |
| Benzodiazepines | 3.01 | 1.14 | 2.56 [1.85−3.56] |
| Anti-Psychotics | 18.24 | 5.88 | 3.39 [2.83−4.07] |
| Stimulants | 26.89 | 19.52 | 1.57 [1.39−1.77] |
| Migraine Medications* | 0.92 | 0.42 | 1.69 [1.27−2.26] |
| Lithium | 1.68 | 0.48 | 3.64 [2.02−6.55] |

*Migraine Medications − Triptan.
[i]Adjusted analysis, adjusts for sex assigned at birth, total healthcare contacts per year, age at study initiation, and parental rank. TGD = transgender or gender-diverse.

pharmaceutically treated youth were tracked for a mean of 7.1 [IQR 5.5−7.8] years prior to pharmaceutical treatment initiation, and 1.5 [IQR 0.8−2.8] years following initiation of gender-affirming treatment. The median age of initiation of affirming medication was 18.2 [IQR 16.6−19.8] years, and the first gender affirming medications were: masculinizing hormones (61.4%, n = 591), feminizing hormones (28.7%, n = 276), and puberty suppression (10.0%, n = 96; Table 4). The median number of mental healthcare visits per years declined after starting gender affirming hormones (3.5 [IQR 1.2−7.5] vs 1.5 [0−7.8], Table 4). However, in adjusted Poisson regression analysis mental healthcare visits overall did not significantly change following gender-affirming pharmaceutical care (aIRR = 1.09, 95% CI [0.95−1.25], P < .60; 5.5 before vs 6.1 after) nor did care for most specific mental health diagnoses (Table 5). Of the youths who received gender-affirming pharmaceutical care, the majority (89%, n = 857) also used a psychotropic medication during the study period. Psychotropic medication use increased from mean of 120 days per year to

a mean 212 days per year following gender affirming pharmaceutical care (aIRR = 1.67, 95%CI [1.46−1.91], P < .001); medication use was increased in all classes explored except stimulants, migraine medications and lithium.

## Factors Associated with Decreased Post-Affirming Mental Healthcare

Of youths receiving gender-affirming pharmaceutical care, 66.7% (642) had fewer mental healthcare visits following treatment. Decreased mental healthcare following gender-affirming care was associated with older age of medication initiation (aOR = 1.10, 95% CI [1.04−1.16]), and fewer overall visits per year over the study period (aOR = 0.99, 95%CI [0.99−0.99]), but was not associated with affirming medication type, sex assigned at birth, or parental rank. The median age of gender-affirming medication initiation of those with less mental healthcare use after initiation was 18.4 [IQR 17.0−19.8], and of those

**Table 4.** Demographics of 963 transgender and gender-diverse youth who initiated gender-affirming pharmaceutical treatment*

| | TGD children N = 963 | | |
|---|---|---|---|
| | Before | After | P |
| Years Followed - Median | 7.1 [5.6−7.9] | 1.5 [0.7-2.7] | <.001 |
| Mental Health Visits Per Year — Median [IQR] | 3.5 [1.2−7.5] | 1.5 [0-7.8] | <.001 |
| Psychotropic Medication Days — Median [IQR] | 69[17−157] | 104[0-365] | .054 |
| Fewer Mental Health Visits following Treatment | 642 (66.7%) | | |
| Fewer Medication Days Following Treatment | 384 (44.8%) | | |
| Age of First Affirming Medication | 18.2 [16.6−19.8] | | |
| First Medication Puberty Suppressant | 96 (7.2%) | | |
| First Medication Feminizing Hormone | 276 (28.7%) | | |
| First Medication Masculinizing Hormone | 591 (61.4%) | | |
| Male Sex Assigned at Birth | 300 (31.2%) | | |
| Parent of Jr Enlisted Rank | 325 (33.8%) | | |
| First Study Age — Median [IQR] | 12 [10−14] | | |
| Total Visits Per Year - Median[IQR] | 48.9 [30.3−77.6] | | |

*Pharmaceutical treatment includes puberty suppression and gender-affirming hormonal therapy. TGD = transgender or gender-diverse.

Mental Healthcare Use Among Transgender Youth

**Table 5.** Transgender and gender-diverse youth mental healthcare and psychotropic medication use following initiation of gender affirming pharmaceutical treatment as compared to before initiation

| Mental healthcare visits (N = 963) | | |
|---|---|---|
| | Crude rate of visits per year | | Adjusted* IRR [95% CI] |
| | Before | After | |
| All Mental Health Visits | 5.50 | 6.10 | 1.04 [0.90−−1.20] |
| Adjustment | 0.94 | 0.83 | 0.89 [0.67−−1.18] |
| Anxiety | 0.98 | 1.04 | 1.07 [0.84−1.35] |
| ADHD | 0.50 | 0.20 | 0.40 [0.27−−0.58] |
| Cognitive | 0.02 | 0.02 | 0.83 [0.40−1.75] |
| Developmental | 0.03 | 0.01 | 0.35 [0.16−0.78] |
| Infancy | 0.37 | 0.53 | 1.02 [0.41−2.54] |
| Impulse | 0.001 | 0.01 | 0.10 [0.02−0.53] |
| Mood | 2.90 | 2.33 | 1.12 [0.94−1.35] |
| Personality | 0.02 | 0.03 | 1.40 [0.44−−4.39] |
| Psychotic | 0.13 | 0.16 | 0.99 [0.48−2.06] |
| Alcohol Abuse | 0.13 | 0.06 | 0.66 [0.15−2.87] |
| Substance Abuse | 0.05 | 0.12 | 1.39 [0.68−2.85] |
| Suicide | 0.07 | 0.12 | 1.74 [1.18−2.56] |
| Miscellaneous | 0.09 | 0.19 | 1.45 [0.56−3.60] |

| Medication days (N = 857) | | |
|---|---|---|
| | Crude rate of medication days per year | | Adjusted* IRR [95% CI] |
| | Before | After | |
| All Mental Health Meds | 119.7 | 211.5 | 1.67 [1.46−1.91] |
| Wellbutrin | 6.3 | 16.2 | 2.51 [2.71−3.69] |
| SSRI | 44.8 | 73.9 | 1.72 [1.47−2.00] |
| SNRI | 4.7 | 14.0 | 2.59 [1.52−4.38] |
| Other Antidepressant | 9.2 | 18.9 | 1.61 [1.18−2.21] |
| Sleep Medications | 6.4 | 16.2 | 2.23 [1.61−3.10] |
| Benzodiazepines | 3.0 | 12.7 | 3.01 [1.95−4.65] |
| Anti-Psychotics | 15.9 | 30.1 | 1.77 [1.34−2.35] |
| Stimulants | 26.4 | 25.1 | 0.96 [0.72−1.26] |
| Migraine Medications | 1.5 | 2.2 | 0.76 [0.37−1.53] |
| Lithium | 1.3 | 2.3 | 1.11 [0.48−2.59] |

*Adjusted analysis, adjusts for sex assigned at birth, total healthcare contacts per year, age at affirming medication initiation, and parental rank.

with more care was 17.9 [IQR 16.0−19.5]. Of included youth, 384 (44.8%) had decreased psychotropic medication prescription days following gender affirming pharmaceutical treatment. Decreased psychotropic medication use following gender affirming pharmaceutical treatment was associated with older age at time of affirming medication initiation (aOR = 1.09, 95% CI [1.03−1.16]) and male sex assigned at birth (aOR = 1.60 95% CI [1.18−2.17]).

## DISCUSSION

Using a considerably larger population than previous studies, this research study found that TGD youth had greater mental healthcare use as compared to their cisgender siblings, with TGD youth more likely to have a mental health diagnosis, have multiple mental health diagnoses, use increased mental

healthcare services, be prescribed a psychotropic medication, and use psychotropic medications for an increased number of days. For those TGD adolescents who initiated gender-affirming pharmaceutical care, mental healthcare and psychotropic medication needs were not reduced in the period following initiation after adjusting for confounders. Findings support previous research on a larger scale, control for family factors by comparing TGD youth to siblings, include psychotropic medication use as an additional mental health indicator, and document mental healthcare use rates as both an indicator of mental health severity and healthcare service need.

Over the 8.5-year course of the study's inclusion period, close to 90% of TGD youth had a mental health diagnosis, as compared to 50% of their cisgender siblings. For both TGD and cisgender youth, findings are higher than previously reported rates,[30,48] which likely relate to the study's extensive time period.

App.0124

The median age of gender-affirming pharmaceutical treatment initiation was 18.2 years in this study which is substantially older than previous self- and parent-report studies of the initiation of medical and social transition (range 3−16 years).[32-37] Eighteen is the age at which youth can make their own medical choices; the fact that over half of included youth initiated gender-affirming pharmaceutical care after age 18 may suggest a lack of parental support or involvement in gender-affirming care among this study population. A lack of parental support may increase the need for new or ongoing mental health and/or psychotropic medication use which may also explain part of the increased rates of mental health diagnoses in our population. Yearly data from our study indicating that 23.7% to 46.5% of TGD youth had a mental health diagnosis in a given year is consistent with parental reports of mental health diagnoses in TGD youth at a given point in time.[29] Similarly, the yearly rate of mental health diagnoses among siblings (13.9%−18.8%) is comparable to published estimates.[48-50]

Findings of our study are consistent with adolescent and parent survey research, indicating that TGD youth have increased self- or parent-reported depression, suicide attempts/ideation, self-harm, substance use, and, emotional distress as compared to peers.[2,3,19,20,30] Results are also similar to large data research on adolescents and adults using clinic, healthcare provider, Medicaid, and veterans administration data which found increased mental health diagnoses in TGD individuals as compared to cisgender controls.[14,15,17,18,21,31] Our findings support current clinical recommendations to screen TGD youth for mental health concerns and address the underlying factors that increase risk in this population, and also suggest the importance of emphasizing mental health screening in future clinical recommendations.[51,52]

It is unclear why TGD youth were more likely to be diagnosed with psychotic conditions than their cisgender siblings, bur our findings are consistent with limited previous research in youth and adults.[31,52] Results may relate to lack of affirming care leading to depression with psychotic features.[53] Observed rates of increased provision of anti-psychotic medications among TGD youth may also be due to low dose prescriptions as an adjunct treatment for conditions such as severe depression and insomnia. The possible link between psychosis and TGD status warrants further exploration with well-validated psychiatric interviews.

While adjustment disorder, ADHD, cognitive, impulse control, personality, and miscellaneous diagnoses, substance use disorder, and conditions diagnosed in infancy or childhood (which includes autism) were significantly greater among TGD youth, differences were less pronounced. The finding of increased odds of conditions diagnosed in infancy and childhood, which includes autism, is consistent with previous research indicating increased odds of autism in TGD children and youth.[54,55] Developmental disorders and alcohol use disorders were not significantly increased among TGD youth.

Findings of increased psychotropic medication use (75% vs 38%) and medication days (111 vs 43 days per year) in TGD youth as compared to cisgender siblings are novel and corroborate prior studies indicating increased mental health needs in TGD youth.[2,3,14,15,17−21,30,31] Results are also consistent with findings that TGD adults were over 3 times as likely to use an antidepressant and/or anxiolytic,[41,61] but the current study is the first to examine psychotropic medications in youth, and include multiple medication classes. Consistent with increased care for anxiety, mood, and psychotic disorders; SSRIs, SNRIs, other antidepressants, Lithium, and anti-psychotics were all significantly increased in TGD youth (Table 3). TGD youth also had over 3 times as many sleep medication days as their cisgender siblings, results are consistent with research indicating a link between poor sleep duration/quality and depression/poor psychological well-being,[56,57] and suggests that screening for sleep concerns may be indicated in TGD care.

This study is among the first to analyze the associations of gender-affirming pharmaceutical treatment with mental health care patterns among TGD youth. Findings indicated that mental healthcare visits were not significantly changed and psychotropic medication use rose following gender-affirming pharmaceutical treatment after adjusting for potential confounders. Results are not consistent with adult and adolescent self-report survey research indicating improvements in mental health symptoms following gender-affirming care.[11,35−37,40,44] However, findings are consistent with one 10 year study which found visits for anxiety and mood disorders, and suicide attempt hospitalizations did not decrease following gender-affirming pharmaceutical care, but did decrease some following gender affirming surgery.[41,61] Findings that mental healthcare and psychotropic medications did not decrease after gender affirming care may be related to a number of factors. The median period following gender-affirming pharmaceutical care in the current study was relatively short (ie, 1.5 years), making it difficult to ascertain if the lack of a change in care patterns was related to continuing mental health problems, or represents the delivery of responsible mental healthcare that maintains a therapeutic relationship through a substantial life transition. Similarly, the period before initiation of gender affirming care was 7.1 years, making it possible that mental healthcare during the earlier portion of this period is not reflective of mental healthcare use patterns of youth with gender dysphoria, artificially deflating the rate of care in the period before gender affirming pharmaceutical care. Patients also age during the pretreatment period and mental health utilization may increase over time irrespective of gender affirming care.

Also, the sample in this study may differ from samples previously recruited from specialty transgender clinics. Military connected families are generally more conservative,[58] which may relate to the relatively low percentage receiving puberty blockers, and relatively older age of starting gender affirming pharmaceutical care. Military connected children and youth also have free mental healthcare and psychiatric medications through the age of 23, which may lower barriers to continued engagement in treatment of mental health conditions after gender transition. This

care would allow patients and clinicians to thoroughly address and treat all identified issues irrespective of gender-affirming treatment status, and maintain engagement in ongoing care even as symptoms begin to remit.[59]

The impact of access to high quality no-or low-cost mental healthcare available to the study population may impact mental healthcare and psychotropic medication trends, making results potentially less generalizable for adolescents and young adults in the United States. Although adults in the United States report some of the highest rates of mental health conditions, access to mental healthcare in the United States is reduced as compared to other high-income countries.[60]

Older age and fewer yearly visits were associated with decreased post-affirmation mental healthcare, and older age and male sex at birth were associated with decreased post-affirmation psychotropic medication prescriptions. Findings that older age was associated with decreased mental health and psychotropic care may suggest that parents were involved in scheduling and seeking mental healthcare and psychotropic medications for their younger children. Conversely, older youth who make their own medication decisions may have difficulties in scheduling care, or decide to reduce care they do not deem necessary. Alternatively, patients with higher levels of distress or engagement with mental health providers may be more likely to have parents that acknowledge their distress and consent for treatment.

Strengths of this study include the very large sample size, inclusion of data on psychiatric diagnoses, mental healthcare visits, and psychotropic medication use to assess mental health disparities, the extensive study period, the assessment of mental health care utilization following gender affirmation treatment, and the use of sibling controls. A sibling study group controls for household healthcare use, threshold for accessing mental healthcare, and gender socialization experience, but does not account for all differences between individuals. This study is limited by the use of healthcare data in the form of ICD-9/10 codes which cannot indicate the severity of diagnoses or the full breadth of complex TGD identities; however, the use of multiple indicators of mental health burden does mitigate this concern. The study is also limited by the short duration of care following gender-affirming pharmaceutical treatment, which may be insufficient to observe any clinically significant change. We were also unable to control for differing, regional, family level, and care provider acceptance, however within the military access to specialists can occur when requested. We also didn't distinguish puberty suppression from testosterone/estrogens as we were interested in pharmaceuticals as an indicator of treatment progression; however, it is possible that there are differences in outcomes for the 2 groups. Furthermore, the effect of affirming medical care may be confounded by increasing mental health disparities as TGD youth age (eg, due to increasing minority stress). Finally, results may have limited generalizability as military dependent youth face additional stressors, such as multiple moves and parental deployment, and benefit from high-quality free military

healthcare until age 21 (or age 23 if in college), thereby potentially affecting post-affirming healthcare use patterns. The military population included in this study is likely substantially different than previous research which generally recruited youth from specialized TGD care clinics (which signals parental and family support). Available data did not allow for study of important intersections between cultural and ethnic factors which may predict outcomes such as healthcare utilization. While many adolescents included in this study received care for GD prior to age 18, many did not, and pharmaceutical affirmation was initiated after age 18 for over 50% of include youth. Therefore, results of this study may be more representative of the national population of TGD youth, some of whom receive parental support and some of whom self-report a lack of parental and family support, than the specialty clinic population used in many previous studies.

## CONCLUSIONS

TGD youth have considerably greater mental health diagnoses, care, and psychotropic medication use across a range of diagnoses, as compared to their cisgender siblings. Results strongly support clinical recommendations for screening of mental health conditions in TGD youth and availability of healthcare for those in need. Additional research is needed to determine the long-term impact of gender-affirming care on psychiatric co-morbidities among TGD youth and young adults. While the need for mental health treatment appears to persist after the initiation of gender-affirming pharmaceutical treatment, longer term follow-up and care-specific analysis is needed to accurately understand changing care needs over time. Results may have policy implications as some states are currently considering limiting gender affirming care to adolescents.

## DISCLAIMER

The contents of this article are solely the responsibility of the authors and do not necessarily represent the official views of the Uniformed Services University, the U.S. Air Force, the U.S. Navy, the U.S. Department of Defense, or the U.S. Government.

**Corresponding Author:** Elizabeth Hisle-Gorman, MSW, PhD, F. Edward Hébert School of Medicine - "America's Medical School", Uniformed Services University, Bethesda, MD 20814, USA. Tel: 301-221-7546/301-295-9726; Fax: 301-295-3898; E-mail: elizabeth.hisle-gorman.ctr@usuhs.edu

*Conflict of Interest*: The authors report no competing interests.

*Funding*: None.

Parts of this research were presented at the annual meeting for the Society of Adolescent Health and Medicine (virtual) in March 2020.

App.0126

## STATEMENT OF AUTHORSHIP

Dr. Hisle-Gorman was responsible for conception and design of the study, analysis, and interpretation of results, drafting the article, and final approval of the paper.

Dr. Schvey was responsible for obtaining permission for data acquisition, assisting with the analysis plan, and revising the manuscript for intellectual content, and final approval of the paper.

Dr. Adirim was responsible for assisting with interpretation of results, revising the paper for critical content and final approval of the paper.

Dr. Rayne was responsible for helping to draft the paper, and approval of the final paper

Ms. Susi was responsible for acquisition of the data, and initial cleaning and analysis, revisiting the paper critically and approval of the final paper to be submitted.

Dr. Roberts was responsible for assisting with conception and design of the study, revising it critically for important intellectual content and approval of the final version to be submitted.

Dr. Klein was responsible for assisting with conception and design of the study, interpretation of results, revising the paper critically for important intellectual content, and final approval of the paper.

## REFERENCES

1. Rafferty J, Committee On Psychosocial Aspects Of Child and Family Health Committee on Adolescence and Section on Lesbian, Gay, Bisexual and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics 2018;142(4):1–16.
2. Clark TC, Lucassen MF, Bullen P, et al. The health and well-being of transgender high school students: results from the New Zealand adolescent health survey (Youth'12). J Adolesc Health 2014;55:93–99.
3. Eisenberg ME, Gower AL, McMorris BJ. Risk and protective factors in the lives of transgender/gender nonconforming adolescents. J Adolesc Health 2017;61:521–526.
[4]. Herman JL, Flores AR, Brown TNT, et al. Age of Individuals who Identify as Transgender in the United States. Los Angeles, CA: UCLA School of Law; 2017.
5. Shields JP, Cohen R, Glassman JR, et al. Estimating population size and demographic characteristics of lesbian, gay, bisexual, and transgender youth in middle school. J Adolesc Health 2013;52:248–250.
6. Klein DA, Roberts TA, Adirim TA, et al. Transgender children and adolescents receiving care in the US military health care system. JAMA Pediatr 2019;173:491–492.
7. Zucker KJ. Epidemiology of gender dysphoria and transgender identity. Sex Health 2017;14:404–411.
8. Ewald ER, Guerino P, Dragon C, et al. Identifying medicare beneficiaries accessing transgender-related care in the era of ICD-10. LGBT Health 2019;6:166–173.
9. Handler T, Hojilla JC, Varghese R, et al. Trends in referrals to a pediatric transgender clinic. Pediatrics 2019;144(5):1–9.
10. Arnoldussen M, Steensma TD, Popma A, et al. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? Eur Child Adolesc Psychiatry 2020;29:803–811.
11. Connolly MD, Zervos MJ, Barone 2nd CJ, et al. The mental health of transgender youth: advances in understanding. J Adolesc Health 2016;59:489–495.
12. Stall R, Matthews DD, Friedman MR, et al. The continuing development of health disparities research on lesbian, gay, bisexual, and transgender individuals. Am J Public Health 2016;106:787–789.
13. Adelson SL, American Academy of C, Adolescent Psychiatry Committee on Quality I. Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. J Am Acad Child Adolesc Psychiatry 2012;51:957–974.
14. Downing J, Conron K, Herman JL. Transgender and cisgender US veterans have few health differences. Health Aff (Millwood) 2018;37:1160–1168.
15. Dragon CN, Guerino P, Ewald E, et al. Transgender medicare beneficiaries and chronic conditions: exploring fee-for-service claims data. LGBT Health 2017;4:404–411.
16. Progovac AM, Cook BL, Mullin BO, et al. Identifying gender minority patients' health and health care needs in administrative claims data. Health Aff (Millwood) 2018;37:413–420.
17. Blosnich JR, Brown GR, Shipherd Phd JC, et al. Prevalence of gender identity disorder and suicide risk among transgender veterans utilizing veterans health administration care. Am J Public Health 2013;103:e27–e32.
18. Blosnich JR, Brown GR, Wojcio S, et al. Mortality among veterans with transgender-related diagnoses in the veterans health administration, FY2000-2009. LGBT Health 2014;1:269–276.
19. Lytle MC, Blosnich JR, Kamen C. The association of multiple identities with self-directed violence and depression among transgender individuals. Suicide Life Threat Behav 2016;46:535–544.
20. Veale JF, Watson RJ, Peter T, et al. Mental health disparities among Canadian transgender youth. J Adolesc Health 2017;60:44–49.
21. Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. J Adolesc Health 2015;56:274–279.
22. Blosnich JR, Marsiglio MC, Gao S, et al. Mental health of transgender veterans in US states with and without discrimination and hate crime legal protection. Am J Public Health 2016;106:534–540.

23. Bukowski LA, Blosnich J, Shipherd JC, et al. Exploring ural disparities in medical diagnoses among veterans with transgender-related diagnoses utilizing veterans health administration care. Med Care 2017;55 Suppl 9(Suppl 2): S97–S103.

24. Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students - 19 states and large urban school districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71.

25. Olson J, Schrager SM, Belzer M, et al. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. J Adolesc Health 2015;57:374–380.

26. Blosnich JR, Lehavot K, Glass JE, et al. Differences in alcohol use and alcohol-related health care among transgender and nontransgender adults: findings from the 2014 behavioral risk factor surveillance system. J Stud Alcohol Drugs 2017; 78:861–866.

27. Coulter RW, Blosnich JR, Bukowski LA, et al. Differences in alcohol use and alcohol-related problems between transgender- and nontransgender-identified young adults. Drug Alcohol Depend 2015;154:251–259.

28. Menino DD, Katz-Wise SL, Vetters R, et al. Associations between the length of time from transgender identity recognition to hormone initiation and smoking among transgender youth and young adults. Transgend Health 2018;3:82–87.

29. Wang Y, Yu H, Yang Y, et al. Mental health status of cisgender and gender-diverse secondary school students in China. JAMA Netw Open 2020;3:e2022796.

30. de Vries AL, Doreleijers TA, Steensma TD, et al. Psychiatric comorbidity in gender dysphoric adolescents. J Child Psychol Psychiatry 2011;52:1195–1202.

31. Becerra-Culqui TA, Liu Y, Nash R, et al. Mental health of transgender and gender nonconforming youth compared with their peers. Pediatrics 2018;141(5):1–13.

32. Olson KR, Durwood L, DeMeules M, et al. Mental health of transgender children who are supported in their identities. Pediatrics 2016;137:e20153223.

33. Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. J Am Acad Child Adolesc Psychiatry 2017;56:116–123.e2 116-123 e112.

34. van der Miesen AIR, Steensma TD, de Vries ALC, et al. Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. J Adolesc Health 2020;66:699–704.

35. de Vries AL, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696–704.

36. Chew D, Anderson J, Williams K, et al. Hormonal treatment in young people with gender dysphoria: a systematic review. Pediatrics 2018;141(4):1–20.

37. de Vries AL, Steensma TD, Doreleijers TA, et al. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med 2011;8:2276–2283.

38. Heylens G, Verroken C, De Cock S, et al. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med 2014;11:119–126.

39. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. Psychoneuroendocrinology 2014;39:65–73.

40. Tucker RP, Testa RJ, Simpson TL, et al. Hormone therapy, gender affirmation surgery, and their association with recent suicidal ideation and depression symptoms in transgender veterans. Psychol Med 2018;48:2329–2336.

41. Branstrom R, Pachankis JE. Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 2020;177:727–734 appiajp201919010080.

42. Kuper LE, Stewart S, Preston S, et al. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. Pediatrics 2020;145(4):1–11.

43. Turban JL, King D, Carswell JM, et al. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics 2020;145(2):1–10.

44. Murad MH, Elamin MB, Garcia MZ, et al. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 2010;72:214–231.

45. Branstrom R, Pachankis J. Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study - correction to branstrom and pachankis. Am J Psychiatry 2020;177(8):734.

46. Military One Source. 2019 Demographics Profile of the Military Community. 2019 Demographics Profile of the Military Community. Washington, DC: Office of the Deputy Assistant Secretary of Defense for Military Community and Family Policy; 2019 Department of Defense (DoD), Office of the Deputy Assistant Secretary fo Defense for Military Community and Family Policy.

47. Blosnich JR, Cashy J, Gordon AJ, et al. Using clinician text notes in electronic medical record data to validate transgender-related diagnosis codes. J Am Med Inform Assoc 2018;25:905–908.

48. HCUP Databases. Healthcare cost and utilization project (HCUP). Agency for healthcare reserach and quality published 2006-2009.

49. Hisle-Gorman E, Susi A, Gorman GH. Mental health trends in military pediatrics. Psychiatr Serv 2019;70: 657–664.

50. Perou R, Bitsko RH, Blumberg SJ, et al. Mental health surveillance among children—United States, 2005-2011. MMWR Suppl 2013;62:1–35.

51. Merikangas KR, He JP, Brody D. Prevalence and treatment of mental disorders among US children in the 2001-2004 NHANES. Pediatrics 2010;125:75–81.

App.0128

52. Society for Adolescent Health and Medicine. Recommendations for promoting the health and well-being of lesbian, gay, bisexual, and transgender adolescents: a position paper of the society for adolescent health and medicine. J Adolesc Health 2013;52:506–510.

53. Coleman E, Bockting W, Botzer M, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. International Journal of Transgenderism; 2012. p. 165–232.

54. Smith WB, National LGBT Health Education Center A Program of the Fenway Institute. Caring for Transgender People with Severe Mental Illness. Caring for Transgender People with Severe Mental Illness. Boston, MA: The Fenway Institute; 2018.

55. Hisle-Gorman E, Landis CA, Susi A, et al. Gender dysphoria in children with Autism spectrum disorder. LGBT Health 2019;6:95–100.

56. Warrier V, Greenberg DM, Weir E, et al. Elevated rates of autism, other neurodevelopmental and psychiatric diagnoses, and autistic traits in transgender and gender-diverse individuals. Nat Commun 2020;11:3959.

57. Zhai K, Gao X, Wang G. The role of sleep quality in the psychological well-being of final year undergraduate students in China. Int J Environ Res Public Health 2018;15(12):2881–2893.

58. Zhai L, Zhang H, Zhang D. Sleep duration and depression among adults: a meta-analysis of prospective studies. Depress Anxiety 2015;32:664–670.

59. Maniam S. U.S. veterans are generally supportive of Trump. Pew Research Center 2017. https://www.pewresearch.org/fact-tank/2017/05/26/u-s-veterans-are-generally-supportive-of-trump/. Accessed June 29, 2021.

60. Fraser L, Knudson G. Past and future challenges associated with standards of care for gender transitioning clients. Psychiatr Clin North Am 2017;40:15–27.

61. Tikkanen R, Fields K, Williams II R, et al. Mental health conditions and substance use: comparing U.S. needs and treatment capacity with those in other high-income countries. The commonwealth fund. Data brief web site. Available at: https://www.commonwealthfund.org/sites/default/files/2020-05/Tikkanen_-mental_hlt_intl_comparison_db.pdf. Accessed April 2, 2021.



## ENDO REPORTS FOURTH-QUARTER AND FULL-YEAR 2021 FINANCIAL RESULTS

DUBLIN, February 28, 2022 -- Endo International plc (NASDAQ: ENDP) today reported financial results for the fourth-quarter and full-year ended December 31, 2021 and introduced first-quarter 2022 financial guidance.

"Endo's solid operational and financial performance in the fourth-quarter ended a year of strong performance across all of our business segments," said Blaise Coleman, President and Chief Executive Officer at Endo. "As we look forward to 2022 and begin to transition through the VASOSTRICT® loss of exclusivity and the ongoing COVID-19 driven market conditions negatively impacting specialty product office-based procedures, we remain focused on advancing our strategic priorities supported by strong commercial execution to maximize XIAFLEX®, continuing to establish QWO® as a cornerstone treatment for cellulite and investing to advance our pipeline in our core areas of growth."

## FOURTH-QUARTER FINANCIAL PERFORMANCE

**(in thousands, except per share amounts)**

|  | Three Months Ended December 31, | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|
|  | **2021** | **2020** | **Change** | **2021** | **2020** | **Change** |
| Total Revenues, Net | $ 789,429 | $ 760,221 | 4 % | $ 2,993,206 | $ 2,903,074 | 3 % |
| Reported (Loss) Income from Continuing Operations | $ (556,667) | $ 141,247 | NM | $ (569,081) | $ 247,464 | NM |
| Reported Diluted Weighted Average Shares | 233,681 | 234,474 | — % | 232,785 | 233,653 | — % |
| Reported Diluted Net (Loss) Income per Share from Continuing Operations | $ (2.38) | $ 0.60 | NM | $ (2.44) | $ 1.06 | NM |
| Reported Net (Loss) Income | $ (562,062) | $ 119,343 | NM | $ (613,245) | $ 183,944 | NM |
| Adjusted Income from Continuing Operations (2) | $ 200,034 | $ 175,995 | 14 % | $ 716,349 | $ 670,370 | 7 % |
| Adjusted Diluted Weighted Average Shares (1)(2) | 237,045 | 234,474 | 1 % | 236,665 | 233,653 | 1 % |
| Adjusted Diluted Net Income per Share from Continuing Operations (2) | $ 0.84 | $ 0.75 | 12 % | $ 3.03 | $ 2.87 | 6 % |
| Adjusted EBITDA (2) | $ 386,524 | $ 351,635 | 10 % | $ 1,480,822 | $ 1,395,942 | 6 % |

(1)  Reported Diluted Net (Loss) Income per Share from Continuing Operations is computed based on weighted average shares outstanding and, if there is income from continuing operations during the period, the dilutive impact of ordinary share equivalents outstanding during the period. In the case of Adjusted Diluted Weighted Average Shares, Adjusted Income from Continuing Operations is used in determining whether to include such dilutive impact.

(2)  The information presented in the table above includes non-GAAP financial measures such as "Adjusted Income from Continuing Operations," "Adjusted Diluted Weighted Average Shares," "Adjusted Diluted Net Income per Share from Continuing Operations" and "Adjusted EBITDA." Refer to the "Supplemental Financial Information" section below for reconciliations of certain non-GAAP financial measures to the most directly comparable GAAP financial measures.

App.0130

## CONSOLIDATED RESULTS

Total revenues were $789 million in fourth-quarter 2021, an increase of 4% compared to $760 million during the same period in 2020. This increase was attributable to increased revenues across our Branded, Generic and International Pharmaceuticals segments, partially offset by decreased revenues from our Sterile Injectables segment.

Reported loss from continuing operations in fourth-quarter 2021 was $557 million compared to reported income from continuing operations of $141 million during the same period in 2020. This decrease was primarily due to increased asset impairment charges, opioid settlement and litigation-related costs, and income tax expense, due to a non-cash income tax benefit recorded in the fourth-quarter 2020, partially offset by increased revenues and favorable changes in product mix. Reported diluted net loss per share from continuing operations in fourth-quarter 2021 was $2.38 compared to reported diluted net income per share from continuing operations in fourth-quarter 2020 of $0.60.

Adjusted income from continuing operations in fourth-quarter 2021 was $200 million compared to $176 million in fourth-quarter 2020. The result was attributable to increased revenues and favorable changes in product mix. Adjusted diluted net income per share from continuing operations in fourth-quarter 2021 was $0.84 compared to $0.75 in fourth-quarter 2020.

## BRANDED PHARMACEUTICALS SEGMENT

Fourth-quarter 2021 Branded Pharmaceuticals segment revenues were $228 million, an increase of 2% compared to $225 million during fourth-quarter 2020.

Despite increasing COVID-19 driven pressures during the fourth-quarter 2021, Specialty Products revenues increased 4% to $161 million in fourth-quarter 2021 compared to $154 million in fourth-quarter 2020. XIAFLEX® revenues increased 14% to $120 million compared to $105 million in fourth-quarter 2020, driven by increased net price and improving patient demand compared to the prior year. Established Products revenues decreased 5% to $67 million in fourth-quarter 2021 compared to $71 million in fourth-quarter 2020 due to ongoing competitive pressures in the portfolio.

## STERILE INJECTABLES SEGMENT

Fourth-quarter 2021 Sterile Injectables segment revenues were $319 million, a decrease of 4% compared to $332 million during fourth-quarter 2020. This decrease was primarily attributable to competitive pressure on certain products, which was partially offset by higher VASOSTRICT® revenues primarily due to hospitalizations associated with COVID-19.

## GENERIC PHARMACEUTICALS SEGMENT

Fourth-quarter 2021 Generic Pharmaceuticals segment revenues were $218 million, an increase of 21% compared to $180 million during fourth-quarter 2020. This increase was primarily attributable to additional revenues from 2021 product launches, including lubiprostone capsules, the first authorized generic of Amitiza®, and varenicline tablets, the only FDA-approved generic version of Chantix®, partially offset by competitive pressure on certain other generic products.

App.0131

## INTERNATIONAL PHARMACEUTICALS SEGMENT

Fourth-quarter 2021 International Pharmaceuticals segment revenues were $24 million compared to $23 million during fourth-quarter 2020.

## FIRST-QUARTER 2022 FINANCIAL GUIDANCE

Due to uncertainties in certain key assumptions including the timing and impact of VASOSTRICT® generic competition and the rate and extent to which the market for specialty product office-based procedures recovers from the current COVID-19 driven challenges, the Company is only providing financial guidance for the first quarter ending March 31, 2022 at this time. These statements are forward-looking, and actual results may differ materially from Endo's expectations, as further discussed below under the heading "Cautionary Note Regarding Forward-Looking Statements."

|  | First-Quarter 2022 |
|---|---|
| Total Revenues, Net | $595 - $635M |
| Adjusted EBITDA | $240 - $260M |
| Adjusted Diluted Net Income per Share from Continuing Operations | $0.35 - $0.45 |

| **Assumptions:** |  |
|---|---|
| Adjusted Gross Margin | ~71.5% |
| Adjusted Operating Expenses as a Percentage of Total Revenues, Net | ~33.0% |
| Adjusted Interest Expense | ~$140M |
| Adjusted Effective Tax Rate | ~$1.0% |
| Adjusted Diluted Weighted Average Shares | ~238M |

## BALANCE SHEET, LIQUIDITY AND OTHER UPDATES

As of December 31, 2021, the Company had approximately $1.5 billion in unrestricted cash; $8.2 billion of debt; and a net debt to adjusted EBITDA ratio of 4.6.

Fourth-quarter 2021 net cash used in operating activities was $50 million compared to $108 million provided by operating activities during the fourth-quarter 2020. This change was primarily due to higher payments in 2021 related to interest, opioid-related and other legal settlements and expenses and continuity and separation benefits, cost reduction and strategic review initiatives, partially offset by an increase in adjusted income from continuing operations.

Additionally, during the fourth-quarter 2021, the Company completed the previously announced sales of its manufacturing sites in Chestnut Ridge, New York and Irvine, California. The exit of these sites was included in a series of business transformation initiatives that the Company announced in late 2020, including further optimization of its generic retail business cost structure.

App.0132

**CONFERENCE CALL INFORMATION**

Endo will conduct a conference call with financial analysts to discuss this press release tomorrow, March 1, 2022, at 7:30 a.m. ET. The dial-in number to access the call is U.S./Canada (866) 497-0462, International (678) 509-7598, and the passcode is 4272796. Please dial in 10 minutes prior to the scheduled start time.

A replay of the call will be available from March 1, 2022 at 10:30 a.m. ET until 9:30 a.m. ET on March 8, 2022 by dialing U.S./Canada (855) 859-2056 International (404) 537-3406, and entering the passcode 4272796.

A simultaneous webcast of the call can be accessed by visiting https://investor.endo.com/events-and-presentations. In addition, a replay of the webcast will be available on the Company website for one year following the event.

Chantix® is a registered trademark of Pfizer Inc.
Amitiza® is a registered trademark of Mallinckrodt plc.

App.0133

**FINANCIAL SCHEDULES**

The following table presents Endo's unaudited Total revenues, net for the three months and years ended December 31, 2021 and 2020 (dollars in thousands):

| | Three Months Ended December 31, | | Percent Growth | Year Ended December 31, | | Percent Growth |
|---|---|---|---|---|---|---|
| | 2021 | 2020 | | 2021 | 2020 | |
| *Branded Pharmaceuticals:* | | | | | | |
| *Specialty Products:* | | | | | | |
| XIAFLEX® | $ 120,078 | $ 105,212 | 14 % | $ 432,344 | $ 316,234 | 37 % |
| SUPPRELIN® LA | 28,709 | 24,838 | 16 % | 114,374 | 88,182 | 30 % |
| Other Specialty (1) | 12,025 | 23,867 | (50)% | 86,432 | 92,662 | (7)% |
| Total Specialty Products | $ 160,812 | $ 153,917 | 4 % | $ 633,150 | $ 497,078 | 27 % |
| *Established Products:* | | | | | | |
| PERCOCET® | $ 25,093 | $ 27,323 | (8)% | $ 103,788 | $ 110,112 | (6)% |
| TESTOPEL® | 11,322 | 8,357 | 35 % | 43,636 | 35,234 | 24 % |
| Other Established (2) | 30,738 | 34,907 | (12)% | 113,043 | 139,356 | (19)% |
| Total Established Products | $ 67,153 | $ 70,587 | (5)% | $ 260,467 | $ 284,702 | (9)% |
| Total Branded Pharmaceuticals (3) | $ 227,965 | $ 224,504 | 2 % | $ 893,617 | $ 781,780 | 14 % |
| *Sterile Injectables:* | | | | | | |
| VASOSTRICT® | $ 224,971 | $ 213,116 | 6 % | $ 901,735 | $ 785,646 | 15 % |
| ADRENALIN® | 36,494 | 31,739 | 15 % | 124,630 | 152,074 | (18)% |
| Other Sterile Injectables (4) | 57,634 | 86,995 | (34)% | 239,732 | 301,127 | (20)% |
| Total Sterile Injectables (3) | $ 319,099 | $ 331,850 | (4)% | $ 1,266,097 | $ 1,238,847 | 2 % |
| Total Generic Pharmaceuticals | $ 218,135 | $ 180,440 | 21 % | $ 740,586 | $ 783,110 | (5)% |
| Total International Pharmaceuticals | $ 24,230 | $ 23,427 | 3 % | $ 92,906 | $ 99,337 | (6)% |
| Total revenues, net | $ 789,429 | $ 760,221 | 4 % | $ 2,993,206 | $ 2,903,074 | 3 % |

(1) Products included within Other Specialty include NASCOBAL® Nasal Spray, AVEED® and QWO®.

(2) Products included within Other Established include, but are not limited to, EDEX® and LIDODERM®.

(3) Individual products presented above represent the top two performing products in each product category for the year ended December 31, 2021 and/or any product having revenues in excess of $25 million during any quarterly period in 2021 or 2020.

(4) Products included within Other Sterile Injectables include ertapenem for injection, APLISOL® and others.

App.0134

The following table presents unaudited Condensed Consolidated Statement of Operations data for the three months and years ended December 31, 2021 and 2020 (in thousands, except per share data):

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| TOTAL REVENUES, NET | $ 789,429 | $ 760,221 | $ 2,993,206 | $ 2,903,074 |
| COSTS AND EXPENSES: | | | | |
| Cost of revenues | 311,223 | 369,539 | 1,221,064 | 1,442,511 |
| Selling, general and administrative | 250,103 | 176,221 | 861,760 | 698,506 |
| Research and development | 58,536 | 64,737 | 148,560 | 158,902 |
| Litigation-related and other contingencies, net | 226,168 | 4,889 | 345,495 | (19,049) |
| Asset impairment charges | 364,584 | 14,147 | 414,977 | 120,344 |
| Acquisition-related and integration items, net | (2,022) | (551) | (8,379) | 16,549 |
| Interest expense, net | 143,501 | 135,250 | 562,353 | 532,939 |
| Loss on extinguishment of debt | — | — | 13,753 | — |
| Other (income) expense, net | (15,103) | 4,208 | (19,774) | (21,110) |
| LOSS FROM CONTINUING OPERATIONS BEFORE INCOME TAX | $ (547,561) | $ (8,219) | $ (546,603) | $ (26,518) |
| INCOME TAX EXPENSE (BENEFIT) | 9,106 | (149,466) | 22,478 | (273,982) |
| (LOSS) INCOME FROM CONTINUING OPERATIONS | $ (556,667) | $ 141,247 | $ (569,081) | $ 247,464 |
| DISCONTINUED OPERATIONS, NET OF TAX | (5,395) | (21,904) | (44,164) | (63,520) |
| NET (LOSS) INCOME | $ (562,062) | $ 119,343 | $ (613,245) | $ 183,944 |
| NET (LOSS) INCOME PER SHARE—BASIC: | | | | |
| Continuing operations | $ (2.38) | $ 0.61 | $ (2.44) | $ 1.08 |
| Discontinued operations | (0.03) | (0.09) | (0.19) | (0.28) |
| Basic | $ (2.41) | $ 0.52 | $ (2.63) | $ 0.80 |
| NET (LOSS) INCOME PER SHARE—DILUTED: | | | | |
| Continuing operations | $ (2.38) | $ 0.60 | $ (2.44) | $ 1.06 |
| Discontinued operations | (0.03) | (0.09) | (0.19) | (0.27) |
| Diluted | $ (2.41) | $ 0.51 | $ (2.63) | $ 0.79 |
| WEIGHTED AVERAGE SHARES: | | | | |
| Basic | 233,681 | 230,301 | 232,785 | 229,314 |
| Diluted | 233,681 | 234,474 | 232,785 | 233,653 |

App.0135

The following table presents unaudited Condensed Consolidated Balance Sheet data at December 31, 2021 and December 31, 2020 (in thousands):

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 1,507,196 | $ 1,213,437 |
| Restricted cash and cash equivalents | 124,114 | 171,563 |
| Accounts receivable | 592,019 | 511,262 |
| Inventories, net | 283,552 | 352,260 |
| Other current assets | 207,705 | 164,736 |
| Total current assets | $ 2,714,586 | $ 2,413,258 |
| TOTAL NON-CURRENT ASSETS | 6,052,829 | 6,851,379 |
| TOTAL ASSETS | $ 8,767,415 | $ 9,264,637 |
| LIABILITIES AND SHAREHOLDERS' DEFICIT | | |
| CURRENT LIABILITIES: | | |
| Accounts payable and accrued expenses, including legal settlement accruals | $ 1,417,892 | $ 1,208,061 |
| Other current liabilities | 212,070 | 45,763 |
| Total current liabilities | $ 1,629,962 | $ 1,253,824 |
| LONG-TERM DEBT, LESS CURRENT PORTION, NET | 8,048,980 | 8,280,578 |
| OTHER LIABILITIES | 332,459 | 378,174 |
| SHAREHOLDERS' DEFICIT | (1,243,986) | (647,939) |
| TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT | $ 8,767,415 | $ 9,264,637 |

App.0136

The following table presents unaudited Condensed Consolidated Statement of Cash Flow data for the years ended December 31, 2021 and 2020 (in thousands):

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| OPERATING ACTIVITIES: | | |
| Net (loss) income | $ (613,245) | $ 183,944 |
| Adjustments to reconcile Net (loss) income to Net cash provided by operating activities: | | |
| Depreciation and amortization | 457,098 | 518,807 |
| Asset impairment charges | 414,977 | 120,344 |
| Other, including cash payments to claimants from Qualified Settlement Funds | 152,220 | (425,703) |
| Net cash provided by operating activities | $ 411,050 | $ 397,392 |
| INVESTING ACTIVITIES: | | |
| Capital expenditures, excluding capitalized interest | $ (77,929) | $ (69,971) |
| Acquisitions, including in-process research and development, net of cash and restricted cash acquired | (5,000) | (649,504) |
| Proceeds from sales and maturities of investments | — | 92,763 |
| Proceeds from sale of business and other assets, net | 30,283 | 6,737 |
| Other | (6,898) | (4,892) |
| Net cash used in investing activities | $ (59,544) | $ (624,867) |
| FINANCING ACTIVITIES: | | |
| Payments on borrowings, net | $ (78,745) | $ (96,683) |
| Other | (26,736) | (11,884) |
| Net cash used in financing activities | $ (105,481) | $ (108,567) |
| Effect of foreign exchange rate | 285 | 654 |
| NET INCREASE (DECREASE) IN CASH, CASH EQUIVALENTS, RESTRICTED CASH AND RESTRICTED CASH EQUIVALENTS | $ 246,310 | $ (335,388) |
| CASH, CASH EQUIVALENTS, RESTRICTED CASH AND RESTRICTED CASH EQUIVALENTS, BEGINNING OF PERIOD | 1,385,000 | 1,720,388 |
| CASH, CASH EQUIVALENTS, RESTRICTED CASH AND RESTRICTED CASH EQUIVALENTS, END OF PERIOD | $ 1,631,310 | $ 1,385,000 |

App.0137

**SUPPLEMENTAL FINANCIAL INFORMATION**

To supplement the financial measures prepared in accordance with U.S. generally accepted accounting principles (GAAP), the Company uses certain non-GAAP financial measures. For additional information on the Company's use of such non-GAAP financial measures, refer to Endo's Current Report on Form 8-K furnished today to the U.S. Securities and Exchange Commission, which includes an explanation of the Company's reasons for using non-GAAP measures.

The tables below provide reconciliations of certain of the Company's non-GAAP financial measures to their most directly comparable GAAP amounts. Refer to the "Notes to the Reconciliations of GAAP and Non-GAAP Financial Measures" section below for additional details regarding the adjustments to the non-GAAP financial measures detailed throughout this Supplemental Financial Information section.

**Reconciliation of EBITDA and Adjusted EBITDA (non-GAAP)**

The following table provides a reconciliation of Net (loss) income (GAAP) to Adjusted EBITDA (non-GAAP) for the three months and years ended December 31, 2021 and 2020 (in thousands):

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| Net (loss) income (GAAP) | $ (562,062) | $ 119,343 | $ (613,245) | $ 183,944 |
| Income tax expense (benefit) | 9,106 | (149,466) | 22,478 | (273,982) |
| Interest expense, net | 143,501 | 135,250 | 562,353 | 532,939 |
| Depreciation and amortization (14) | 104,254 | 119,562 | 432,380 | 496,349 |
| EBITDA (non-GAAP) | $ (305,201) | $ 224,689 | $ 403,966 | $ 939,250 |
| | | | | |
| Upfront and milestone-related payments (2) | $ 20,245 | $ 32,606 | $ 26,451 | $ 35,075 |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (3) | 32,280 | 25,926 | 90,912 | 126,282 |
| Certain litigation-related and other contingencies, net (4) | 226,168 | 4,889 | 345,495 | (19,049) |
| Certain legal costs (5) | 53,187 | 15,935 | 136,148 | 67,819 |
| Asset impairment charges (6) | 364,584 | 14,147 | 414,977 | 120,344 |
| Acquisition-related and integration costs (7) | — | 196 | 414 | 196 |
| Fair value of contingent consideration (8) | (2,022) | (747) | (8,793) | 16,353 |
| Loss on extinguishment of debt (9) | — | — | 13,753 | — |
| Share-based compensation (14) | 6,990 | 7,905 | 29,227 | 36,167 |
| Other (income) expense, net (15) | (15,103) | 4,208 | (19,774) | (21,110) |
| Other (10) | 1 | (23) | 3,882 | 31,095 |
| Discontinued operations, net of tax (12) | 5,395 | 21,904 | 44,164 | 63,520 |
| Adjusted EBITDA (non-GAAP) | $ 386,524 | $ 351,635 | $ 1,480,822 | $ 1,395,942 |

App.0138

**Reconciliation of Adjusted Income from Continuing Operations (non-GAAP)**

The following table provides a reconciliation of the Company's (Loss) income from continuing operations (GAAP) to Adjusted income from continuing operations (non-GAAP) for the three months and years ended December 31, 2021 and 2020 (in thousands):

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| (Loss) income from continuing operations (GAAP) | $ (556,667) | $ 141,247 | $ (569,081) | $ 247,464 |
| Non-GAAP adjustments: | | | | |
| Amortization of intangible assets (1) | 91,806 | 101,742 | 372,907 | 427,543 |
| Upfront and milestone-related payments (2) | 20,245 | 32,606 | 26,451 | 35,075 |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (3) | 32,280 | 25,926 | 90,912 | 126,282 |
| Certain litigation-related and other contingencies, net (4) | 226,168 | 4,889 | 345,495 | (19,049) |
| Certain legal costs (5) | 53,187 | 15,935 | 136,148 | 67,819 |
| Asset impairment charges (6) | 364,584 | 14,147 | 414,977 | 120,344 |
| Acquisition-related and integration costs (7) | — | 196 | 414 | 196 |
| Fair value of contingent consideration (8) | (2,022) | (747) | (8,793) | 16,353 |
| Loss on extinguishment of debt (9) | — | — | 13,753 | — |
| Other (10) | (15,325) | 3,727 | (15,870) | 17,164 |
| Tax adjustments (11) | (14,222) | (163,673) | (90,964) | (368,821) |
| Adjusted income from continuing operations (non-GAAP) | $ 200,034 | $ 175,995 | $ 716,349 | $ 670,370 |

App.0139

**Reconciliation of Other Adjusted Income Statement Data (non-GAAP)**

The following tables provide detailed reconciliations of various other income statement data between the GAAP and non-GAAP amounts for the three months and years ended December 31, 2021 and 2020 (in thousands, except per share data):

**Three Months Ended December 31, 2021**

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % | Operating (loss) income from continuing operations | Operating margin % | Other non-operating expense, net | (Loss) income from continuing operations before | Income tax expense | Effective tax rate | (Loss) income from continuing operations | Discontinued operations, net of tax | Net (loss) income | Diluted net (loss) income per share from continuing operations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported (GAAP) | $ 789,429 | $ 311,223 | $ 478,206 | 60.6 % | $ 897,369 | 113.7 % | $ (419,163) | (53.1)% | $ 128,398 | $ (547,561) | $ 9,106 | (1.7)% | $ (556,667) | $ (5,395) | $ (562,062) | $ (2.38) |
| Items impacting comparability: | | | | | | | | | | | | | | | | |
| Amortization of intangible assets (1) | — | (91,806) | 91,806 | | — | | 91,806 | | — | 91,806 | — | | 91,806 | — | 91,806 | |
| Upfront and milestone-related payments (2) | — | (125) | 125 | | (20,120) | | 20,245 | | — | 20,245 | — | | 20,245 | — | 20,245 | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (3) | — | 949 | (949) | | (33,229) | | 32,280 | | — | 32,280 | — | | 32,280 | — | 32,280 | |
| Certain litigation-related and other contingencies, net (4) | — | — | — | | (226,168) | | 226,168 | | — | 226,168 | — | | 226,168 | — | 226,168 | |
| Certain legal costs (5) | — | — | — | | (53,187) | | 53,187 | | — | 53,187 | — | | 53,187 | — | 53,187 | |
| Asset impairment charges (6) | — | — | — | | (364,584) | | 364,584 | | — | 364,584 | — | | 364,584 | — | 364,584 | |
| Fair value of contingent consideration (8) | — | — | — | | 2,022 | | (2,022) | | — | (2,022) | — | | (2,022) | — | (2,022) | |
| Other (10) | — | — | — | | — | | — | | 15,325 | (15,325) | — | | (15,325) | — | (15,325) | |
| Tax adjustments (11) | — | — | — | | — | | — | | — | — | 14,222 | | (14,222) | — | (14,222) | |
| Exclude discontinued operations, net of tax (12) | — | — | — | | — | | — | | — | — | — | | — | 5,395 | 5,395 | |
| After considering items (non-GAAP) | $ 789,429 | $ 220,241 | $ 569,188 | 72.1 % | $ 202,103 | 25.6 % | $ 367,085 | 46.5 % | $ 143,723 | $ 223,362 | $ 23,328 | 10.4 % | $ 200,034 | $ — | $ 200,034 | $ 0.84 |

App.0140

**Three Months Ended December 31, 2020**

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % | Operating income from continuing operations | Operating margin % | Other non-operating expense, net | (Loss) income from continuing operations before | Income tax (benefit) expense | Effective tax rate | Income from continuing operations | Discontinued operations, net of tax | Net income | Diluted net income per share from continuing operations (13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported (GAAP) | $ 760,221 | $ 369,539 | $ 390,682 | 51.4 % | $ 259,443 | 34.1 % | $ 131,239 | 17.3 % | $ 139,458 | $ (8,219) | $ (149,466) | 1,818.5 % | $ 141,247 | $ (21,904) | $ 119,343 | $ 0.60 |
| Items impacting comparability: | | | | | | | | | | | | | | | | |
| Amortization of intangible assets (1) | — | (101,742) | 101,742 | | — | | 101,742 | | — | 101,742 | — | | 101,742 | — | 101,742 | |
| Upfront and milestone-related payments (2) | — | (925) | 925 | | (31,681) | | 32,606 | | — | 32,606 | — | | 32,606 | — | 32,606 | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (3) | — | (11,721) | 11,721 | | (14,205) | | 25,926 | | — | 25,926 | — | | 25,926 | — | 25,926 | |
| Certain litigation-related and other contingencies, net (4) | — | — | — | | (4,889) | | 4,889 | | — | 4,889 | — | | 4,889 | — | 4,889 | |
| Certain legal costs (5) | — | — | — | | (15,935) | | 15,935 | | — | 15,935 | — | | 15,935 | — | 15,935 | |
| Asset impairment charges (6) | — | — | — | | (14,147) | | 14,147 | | — | 14,147 | — | | 14,147 | — | 14,147 | |
| Acquisition-related and integration costs (7) | — | — | — | | (196) | | 196 | | — | 196 | — | | 196 | — | 196 | |
| Fair value of contingent consideration (8) | — | — | — | | 747 | | (747) | | — | (747) | — | | (747) | — | (747) | |
| Other (10) | — | — | — | | — | | — | | (3,727) | 3,727 | — | | 3,727 | — | 3,727 | |
| Tax adjustments (11) | — | — | — | | — | | — | | — | — | 163,673 | | (163,673) | — | (163,673) | |
| Exclude discontinued operations, net of tax (12) | — | — | — | | — | | — | | — | — | — | | — | 21,904 | 21,904 | |
| After considering items (non-GAAP) | $ 760,221 | $ 255,151 | $ 505,070 | 66.4 % | $ 179,137 | 23.6 % | $ 325,933 | 42.9 % | $ 135,731 | $ 190,202 | $ 14,207 | 7.5 % | $ 175,995 | $ — | $ 175,995 | $ 0.75 |

App.0141

**Year Ended December 31, 2021**

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % | Operating income from continuing operations | Operating margin % | Other non-operating expense, net | (Loss) income from continuing operations before | Income tax expense | Effective tax rate | (Loss) income from continuing operations | Discontinued operations, net of tax | Net (loss) income | Diluted net (loss) income per share from continuing operations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported (GAAP) | $2,993,206 | $1,221,064 | $1,772,142 | 59.2 % | $1,762,413 | 58.9 % | $ 9,729 | 0.3 % | $ 556,332 | $ (546,603) | $ 22,478 | (4.1)% | $ (569,081) | $ (44,164) | $ (613,245) | $ (2.44) |
| Items impacting comparability: | | | | | | | | | | | | | | | | |
| Amortization of intangible assets (1) | | (372,907) | 372,907 | | — | | 372,907 | | — | 372,907 | — | | 372,907 | — | 372,907 | |
| Upfront and milestone-related payments (2) | — | (1,301) | 1,301 | | (25,150) | | 26,451 | | — | 26,451 | — | | 26,451 | — | 26,451 | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (3) | — | (9,058) | 9,058 | | (81,854) | | 90,912 | | — | 90,912 | — | | 90,912 | — | 90,912 | |
| Certain litigation-related and other contingencies, net (4) | — | — | — | | (345,495) | | 345,495 | | — | 345,495 | — | | 345,495 | — | 345,495 | |
| Certain legal costs (5) | — | — | — | | (136,148) | | 136,148 | | — | 136,148 | — | | 136,148 | — | 136,148 | |
| Asset impairment charges (6) | — | — | — | | (414,977) | | 414,977 | | — | 414,977 | — | | 414,977 | — | 414,977 | |
| Acquisition-related and integration costs (7) | — | — | — | | (414) | | 414 | | — | 414 | — | | 414 | — | 414 | |
| Fair value of contingent consideration (8) | — | — | — | | 8,793 | | (8,793) | | — | (8,793) | — | | (8,793) | — | (8,793) | |
| Loss on extinguishment of debt (9) | — | — | — | | — | | — | | (13,753) | 13,753 | — | | 13,753 | — | 13,753 | |
| Other (10) | — | — | — | | (3,879) | | 3,879 | | 19,749 | (15,870) | — | | (15,870) | — | (15,870) | |
| Tax adjustments (11) | — | — | — | | — | | — | | — | — | 90,964 | | (90,964) | — | (90,964) | |
| Exclude discontinued operations, net of tax (12) | — | — | — | | — | | — | | — | — | — | | — | 44,164 | 44,164 | |
| After considering items (non-GAAP) | $2,993,206 | $ 837,798 | $2,155,408 | 72.0 % | $ 763,289 | 25.5 % | $1,392,119 | 46.5 % | $ 562,328 | $ 829,791 | $ 113,442 | 13.7 % | $ 716,349 | $ — | $ 716,349 | $ 3.03 |

App.0142

**Year Ended December 31, 2020**

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % | Operating income from continuing operations | Operating margin % | Other non-operating expense, net | (Loss) income from continuing operations before | Income tax (benefit) expense | Effective tax rate | Income from continuing operations | Discontinued operations, net of tax | Net income | Diluted net income per share from continuing operations (13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported (GAAP) | $2,903,074 | $1,442,511 | $1,460,563 | 50.3 % | $ 975,252 | 33.6 % | $ 485,311 | 16.7 % | $ 511,829 | $ (26,518) | $ (273,982) | 1,033.2 % | $ 247,464 | $ (63,520) | $ 183,944 | $ 1.06 |
| Items impacting comparability: | | | | | | | | | | | | | | | | |
| Amortization of intangible assets (1) | — | (427,543) | 427,543 | | — | | 427,543 | | — | 427,543 | — | | 427,543 | — | 427,543 | |
| Upfront and milestone-related payments (2) | — | (1,717) | 1,717 | | (33,358) | | 35,075 | | — | 35,075 | — | | 35,075 | — | 35,075 | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (3) | — | (55,413) | 55,413 | | (70,869) | | 126,282 | | — | 126,282 | — | | 126,282 | — | 126,282 | |
| Certain litigation-related and other contingencies, net (4) | — | — | — | | 19,049 | | (19,049) | | — | (19,049) | — | | (19,049) | — | (19,049) | |
| Certain legal costs (5) | — | — | — | | (67,819) | | 67,819 | | — | 67,819 | — | | 67,819 | — | 67,819 | |
| Asset impairment charges (6) | — | — | — | | (120,344) | | 120,344 | | — | 120,344 | — | | 120,344 | — | 120,344 | |
| Acquisition-related and integration costs (7) | — | — | — | | (196) | | 196 | | — | 196 | — | | 196 | — | 196 | |
| Fair value of contingent consideration (8) | — | — | — | | (16,353) | | 16,353 | | — | 16,353 | — | | 16,353 | — | 16,353 | |
| Other (10) | — | — | — | | (31,118) | | 31,118 | | 13,954 | 17,164 | — | | 17,164 | — | 17,164 | |
| Tax adjustments (11) | — | — | — | | — | | — | | — | — | 368,821 | | (368,821) | — | (368,821) | |
| Exclude discontinued operations, net of tax (12) | — | — | — | | — | | — | | — | — | — | | — | 63,520 | 63,520 | |
| After considering items (non-GAAP) | $2,903,074 | $ 957,838 | $1,945,236 | 67.0 % | $ 654,244 | 22.5 % | $1,290,992 | 44.5 % | $ 525,783 | $ 765,209 | $ 94,839 | 12.4 % | $ 670,370 | $ — | $ 670,370 | $ 2.87 |

14

App.0143

## Notes to the Reconciliations of GAAP and Non-GAAP Financial Measures

Notes to certain line items included in the reconciliations of the GAAP financial measures to the non-GAAP financial measures for the three months and years ended December 31, 2021 and 2020 are as follows:

(1) To exclude amortization expense related to intangible assets.

(2) Adjustments for upfront and milestone-related payments to partners included the following (in thousands):

| | Three Months Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Cost of revenues | Operating expenses | Cost of revenues | Operating expenses |
|---|---|---|---|---|
| Sales-based | $ 125 | $ — | $ 925 | $ — |
| Development-based | — | 20,120 | — | 31,681 |
| Total | $ 125 | $ 20,120 | $ 925 | $ 31,681 |

| | Year Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Cost of revenues | Operating expenses | Cost of revenues | Operating expenses |
|---|---|---|---|---|
| Sales-based | $ 1,301 | $ — | $ 1,717 | $ — |
| Development-based | — | 25,150 | — | 33,358 |
| Total | $ 1,301 | $ 25,150 | $ 1,717 | $ 33,358 |

(3) Adjustments for amounts related to continuity and separation benefits, cost reductions and strategic review initiatives included the following (in thousands):

| | Three Months Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Cost of revenues | Operating expenses | Cost of revenues | Operating expenses |
|---|---|---|---|---|
| Continuity and separation benefits | $ (3,119) | $ 13,100 | $ 3,585 | $ 7,451 |
| Accelerated depreciation | 1,715 | 672 | 5,039 | 2,744 |
| Other, including strategic review initiatives | 455 | 19,457 | 3,097 | 4,010 |
| Total | $ (949) | $ 33,229 | $ 11,721 | $ 14,205 |

| | Year Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Cost of revenues | Operating expenses | Cost of revenues | Operating expenses |
|---|---|---|---|---|
| Continuity and separation benefits | $ (16,946) | $ 25,760 | $ 36,775 | $ 50,132 |
| Accelerated depreciation | 19,037 | 5,680 | 15,567 | 6,892 |
| Other, including strategic review initiatives | 6,967 | 50,414 | 3,071 | 13,845 |
| Total | $ 9,058 | $ 81,854 | $ 55,413 | $ 70,869 |

The amounts in the tables above include adjustments related to previously announced restructuring activities, certain continuity and transitional compensation arrangements, certain other cost reduction initiatives and certain strategic review initiatives.

(4) To exclude adjustments to accruals for litigation-related settlement charges and certain settlement proceeds related to suits filed by subsidiaries.

(5) To exclude opioid-related legal expenses.

App.0144

(6) Adjustments for asset impairment charges included the following (in thousands):

| | Three Months Ended December 31, | | Year Ended December 31, | |
| | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
| Goodwill impairment charges | $ 363,000 | $ — | $ 363,000 | $ 32,786 |
| Other intangible asset impairment charges | — | 14,146 | 7,811 | 79,917 |
| Property, plant and equipment impairment charges | 1,584 | 1 | 2,011 | 1,249 |
| Operating lease right-of-use asset impairment charges | — | — | — | 6,392 |
| Disposal group impairment charges | — | — | 42,155 | — |
| Total | $ 364,584 | $ 14,147 | $ 414,977 | $ 120,344 |

(7) To exclude integration costs.

(8) To exclude the impact of changes in the fair value of contingent consideration liabilities resulting from changes to estimates regarding the timing and amount of the future revenues of the underlying products and changes in other assumptions impacting the probability of incurring, and extent to which the Company could incur, related contingent obligations.

(9) To exclude the loss on the extinguishment of debt associated with the Company's March 2021 refinancing transactions.

(10) The "Other" rows included in each of the above reconciliations of GAAP financial measures to non-GAAP financial measures (except for the reconciliations of Net (loss) income (GAAP) to Adjusted EBITDA (non-GAAP)) include the following (in thousands):

| | Three Months Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Operating expenses | Other non-operating expenses | Operating expenses | Other non-operating expenses |
|---|---|---|---|---|
| Foreign currency impact related to the re-measurement of intercompany debt instruments | $ — | $ 331 | $ — | $ 4,345 |
| Gain on sale of business and other assets | — | (5,085) | — | — |
| Other miscellaneous | — | (10,571) | — | (618) |
| Total | $ — | $ (15,325) | $ — | $ 3,727 |

| | Year Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Operating expenses | Other non-operating expenses | Operating expenses | Other non-operating expenses |
|---|---|---|---|---|
| Foreign currency impact related to the re-measurement of intercompany debt instruments | $ — | $ 797 | $ — | $ 1,919 |
| Gain on sale of business and other assets | — | (5,085) | — | (11,325) |
| Debt modification costs | 3,879 | — | 31,118 | — |
| Other miscellaneous | — | (15,461) | — | (4,548) |
| Total | $ 3,879 | $ (19,749) | $ 31,118 | $ (13,954) |

The 2021 amounts in the "Other miscellaneous" rows of the tables above primarily relate to gains associated with the termination of certain contracts.

The "Other" row included in the reconciliations of Net (loss) income (GAAP) to Adjusted EBITDA (non-GAAP) primarily relates to the items enumerated in the foregoing "Operating expenses" columns.

(11) Adjusted income taxes are calculated by tax effecting adjusted pre-tax income and permanent book-tax differences at the applicable effective tax rate that will be determined by reference to statutory tax rates in the relevant jurisdictions in which the Company operates. Adjusted income taxes include current and deferred income tax expense commensurate with the non-GAAP measure of profitability.

(12) To exclude the results of the businesses reported as discontinued operations, net of tax.

App.0145

(13) Calculated as income or loss from continuing operations divided by the applicable weighted average share number. The applicable weighted average share numbers are as follows (in thousands):

|  | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | **2021** | **2020** | **2021** | **2020** |
| GAAP | 233,681 | 234,474 | 232,785 | 233,653 |
| Non-GAAP Adjusted | 237,045 | 234,474 | 236,665 | 233,653 |

(14) Depreciation and amortization and Share-based compensation per the Adjusted EBITDA reconciliations do not include amounts reflected in other lines of the reconciliations, including Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives.

(15) To exclude Other (income) expense, net per the Consolidated Statements of Operations.

App.0146

**Reconciliation of Net Debt Leverage Ratio (non-GAAP)**

The following table provides a reconciliation of the Company's Net loss (GAAP) to Adjusted EBITDA (non-GAAP) for the twelve months ended December 31, 2021 (in thousands) and the calculation of the Company's Net Debt Leverage Ratio (non-GAAP):

| | Twelve Months Ended December 31, 2021 |
|---|---|
| Net loss (GAAP) | $ (613,245) |
| Income tax expense | 22,478 |
| Interest expense, net | 562,353 |
| Depreciation and amortization (14) | 432,380 |
| EBITDA (non-GAAP) | $ 403,966 |
| | |
| Upfront and milestone-related payments | $ 26,451 |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives | 90,912 |
| Certain litigation-related and other contingencies, net | 345,495 |
| Certain legal costs | 136,148 |
| Asset impairment charges | 414,977 |
| Acquisition-related and integration costs | 414 |
| Fair value of contingent consideration | (8,793) |
| Loss on extinguishment of debt | 13,753 |
| Share-based compensation (14) | 29,227 |
| Other income, net | (19,774) |
| Other | 3,882 |
| Discontinued operations, net of tax | 44,164 |
| Adjusted EBITDA (non-GAAP) | $ 1,480,822 |
| | |
| **Calculation of Net Debt:** | |
| Debt | $ 8,249,322 |
| Cash (excluding Restricted Cash) | 1,507,196 |
| Net Debt (non-GAAP) | $ 6,742,126 |
| | |
| **Calculation of Net Debt Leverage:** | |
| Net Debt Leverage Ratio (non-GAAP) | 4.6 |

App.0147

**Non-GAAP Financial Measures**

The Company utilizes certain financial measures that are not prescribed by or prepared in accordance with accounting principles generally accepted in the U.S. (GAAP). These non-GAAP financial measures are not, and should not be viewed as, substitutes for GAAP net income and its components and diluted net income per share amounts. Despite the importance of these measures to management in goal setting and performance measurement, the company stresses that these are non-GAAP financial measures that have no standardized meaning prescribed by GAAP and, therefore, have limits in their usefulness to investors. Because of the non-standardized definitions, non-GAAP adjusted EBITDA and non-GAAP adjusted net income from continuing operations and its components (unlike GAAP net income from continuing operations and its components) may not be comparable to the calculation of similar measures of other companies. These non-GAAP financial measures are presented solely to permit investors to more fully understand how management assesses performance.

Investors are encouraged to review the reconciliations of the non-GAAP financial measures used in this press release to their most directly comparable GAAP financial measures. However, the Company does not provide reconciliations of projected non-GAAP financial measures to GAAP financial measures, nor does it provide comparable projected GAAP financial measures for such projected non-GAAP financial measures. The Company is unable to provide such reconciliations without unreasonable efforts due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliations, including adjustments that could be made for asset impairments, contingent consideration adjustments, legal settlements, gain / loss on extinguishment of debt, adjustments to inventory and other charges reflected in the reconciliation of historic numbers, the amounts of which could be significant.

See Endo's Current Report on Form 8-K furnished today to the U.S. Securities and Exchange Commission for an explanation of Endo's non-GAAP financial measures.

**About Endo International plc**

Endo (NASDAQ: ENDP) is a specialty pharmaceutical company committed to helping everyone we serve live their best life through the delivery of quality, life-enhancing therapies. Our decades of proven success come from a global team of passionate employees collaborating to bring the best treatments forward. Together, we boldly transform insights into treatments benefiting those who need them, when they need them. Learn more at www.endo.com or connect with us on LinkedIn.

App.0148

**Cautionary Note Regarding Forward-Looking Statements**

Certain information in this press release may be considered "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and any applicable Canadian securities legislation, including, but not limited to, the statements by Mr. Coleman, as well as other statements regarding product development, product launches, product demand and market potential; the expansion and enhancement of our product portfolio; progress on our strategic priorities; the status and outcome of litigation; financial guidance or outlook for the first quarter of 2022, full-year 2022 or any other future periods; the impact of and response to the COVID-19 pandemic; the status of our contingency planning and strategic review, including any potential restructuring or bankruptcy filing; and any other statements that refer to our expected, estimated or anticipated future results or that do not relate solely to historical facts. Statements including words or phrases such as "believe," "expect," "anticipate," "intend," "estimate," "plan," "will," "may," "look forward," "intend," "guidance," "future," "potential" or similar expressions are forward-looking statements. Because forecasts are inherently estimates that cannot be made with precision, Endo's performance at times differs materially from its estimates and targets, and Endo often does not know what the actual results will be until after the end of the applicable reporting period. Therefore, Endo will not report or comment on its progress during a current quarter except through public announcement. Any statement made by others with respect to progress during a current quarter cannot be attributed to Endo. All forward-looking statements in this press release reflect Endo's current analysis of existing trends and information and represent Endo's judgment only as of the date of this press release. Actual results may differ materially and adversely from current expectations based on a number of factors affecting Endo's businesses, including, among other things, the following: the outcome of our strategic review, contingency planning and any potential restructuring or bankruptcy filing; the timing, impact or results of any pending or future litigation, investigations, proceedings or claims, including opioid-related matters and tax-related matters; actual or contingent liabilities; settlement discussions or negotiations; the impact of competition, including the loss of exclusivity and generic competition for VASOSTRICT®; our ability to satisfy judgments or settlements or pursue appeals including bonding requirements; our ability to adjust to changing market conditions; our ability to attract and retain key personnel; our inability to maintain compliance with financial covenants and operating obligations which would expose us to potential events of default under our outstanding indebtedness; our ability to incur additional debt or equity financing for working capital, capital expenditures, business development, debt service requirements, acquisitions or general corporate or other purposes; our ability to refinance our indebtedness; a significant reduction in our short-term or long-term revenues which could cause us to be unable to fund our operations and liquidity needs or repay indebtedness; supply chain interruptions or difficulties; changes in competitive or market conditions; changes in legislation or regulatory developments; our ability to obtain and maintain adequate protection for our intellectual property rights; the timing and uncertainty of the results of both the research and development and regulatory processes, including regulatory decisions, product recalls, withdrawals and other unusual items; domestic and foreign health care and cost containment reforms, including government pricing, tax and reimbursement policies; technological advances and patents obtained by competitors; the performance, including the approval, introduction, and consumer and physician acceptance of new products and the continuing acceptance of currently marketed products; the impact that known and unknown side effects may have on market perception and consumer preference for our products; the effectiveness of advertising and other

App.0149

promotional campaigns; the timely and successful implementation of any strategic initiatives; unfavorable publicity regarding the misuse of opioids; the uncertainty associated with the identification of and successful consummation and execution of external corporate development initiatives and strategic partnering transactions; our ability to advance our strategic priorities, develop our product pipeline and continue to develop the market for QWO® and other products; and our ability to obtain and successfully manufacture, maintain and distribute a sufficient supply of products to meet market demand in a timely manner. In addition, U.S. and international economic conditions, including consumer confidence and debt levels, taxation, changes in interest and currency exchange rates, international relations, capital and credit availability, the status of financial markets and institutions, the impact of and response to the ongoing COVID-19 pandemic and the impact of continued economic volatility, can materially affect our results. The occurrence or possibility of any such result has caused us to engage, and may result in further engagement in strategic reviews that ultimately may result in our pursuing one or more significant corporate transactions or other remedial measures, including on a preventative or proactive basis. Those remedial measures could include a potential bankruptcy filing (which, if it occurred, would subject us to additional risks and uncertainties that could adversely affect our business prospects and ability to continue as a going concern), corporate reorganization or restructuring activities involving all or a portion of our business, asset sales or other divestitures, cost-saving initiatives or other corporate realignments, seeking strategic partnerships and exiting certain product or geographic markets. Some of these measures could take significant time to implement and others may require judicial or other third-party approval. Any such actions may be complex, could entail significant costs and charges or could otherwise negatively impact shareholder value, and there can be no assurance that we will be able to accomplish any of these alternatives on terms acceptable to us, or at all, or that they will result in their intended benefits. Therefore, the reader is cautioned not to rely on these forward-looking statements. Endo expressly disclaims any intent or obligation to update these forward-looking statements, except as required to do so by law.

Additional information concerning risk factors, including those referenced above, can be found in press releases issued by Endo, as well as Endo's public periodic filings with the U.S. Securities and Exchange Commission and with securities regulators in Canada, including the discussion under the heading "Risk Factors" in Endo's most recent Annual Report on Form 10-K and any subsequent Quarterly Reports on Form 10-Q or other filings with the U.S. Securities and Exchange Commission. Copies of Endo's press releases and additional information about Endo are available at www.endo.com or you can contact the Endo Investor Relations Department by calling 845-364-4833.

SOURCE Endo International plc

Media: Heather Zoumas-Lubeski, (484) 216-6829; Investors: Pravesh Khandelwal, (845) 364-4833

#####

App.0150

# Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria

This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people. It was commissioned by NHS England and Improvement who commissioned the Cass review. It aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gender-affirming hormones for children and adolescents aged 18 years or under with gender dysphoria.

The document was prepared by NICE in October 2020.

The content of this evidence review was up to date on 21 October 2020. See summaries of product characteristics (SPCs), British National Formulary (BNF) or the Medicines and Healthcare products Regulatory Agency (MHRA) or NICE websites for up-to-date information.

App.0151

# Contents

1. Introduction ............................................................................................................. 3

2. Executive summary of the review ........................................................................ 4

    Critical outcomes ................................................................................................. 4

    Important outcomes ............................................................................................. 6

    Important outcomes ............................................................................................. 7

    Discussion .......................................................................................................... 13

    Conclusion ......................................................................................................... 14

3. Methodology ......................................................................................................... 14

    Review questions ............................................................................................... 14

    Review process .................................................................................................. 15

4. Summary of included studies ............................................................................ 16

5. Results .................................................................................................................. 21

6. Discussion ........................................................................................................... 47

7. Conclusion ........................................................................................................... 50

Appendix A PICO ...................................................................................................... 51

Appendix B Search strategy ................................................................................... 55

Appendix C Evidence selection .............................................................................. 70

Appendix D Excluded studies table ....................................................................... 70

Appendix E Evidence tables .................................................................................... 77

Appendix F Quality appraisal checklists ............................................................. 107

Appendix G Grade profiles .................................................................................... 109

Glossary.................................................................................................................... 153

References ............................................................................................................... 155

App.0152

# 1. Introduction

This review aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gender-affirming hormones for children and adolescents aged 18 years or under with gender dysphoria. The review follows the NHS England Specialised Commissioning process and template and is based on the criteria outlined in the PICO framework (see appendix A). This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people.

Gender dysphoria in children, also known as gender identity disorder or gender incongruence of childhood (World Health Organisation 2020), refers to discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves[1] regarding their gender) and that person's sex assigned at birth and the associated gender role, and/or primary and secondary sex characteristics (Diagnostic and Statistical Manual of Mental Disorders 2013).

Gender-affirming hormones are oestradiol for sex assigned at birth males (transfemales) and testosterone for sex assigned at birth females (transmales). The aim of gender-affirming hormones is to induce the development of the physical sex characteristics congruent with the individual's gender expression while aiming to improve mental health and quality of life outcomes.

No oestradiol-containing products are licensed for gender dysphoria and therefore any use for children and adolescents with gender dysphoria is off-label.

The only testosterone-containing product licensed for gender dysphoria is Sustanon 250 mg/ml solution for injection, which is indicated as supportive therapy for transmales, use of all other testosterone-containing products for children and adolescents with gender dysphoria is off-label.

For children and adolescents with gender dysphoria it is recommended that management plans are tailored to the needs of the individual and aim to ameliorate the potentially negative impact of gender dysphoria on general developmental processes, to support young people and their families in managing the uncertainties inherent in gender identity development and to provide ongoing opportunities for exploration of gender identity. The plans may also include psychological support and exploration and, for some individuals, the use of gonadotrophin releasing hormone (GnRH) analogues in adolescence to suppress puberty; this may be followed later with gender-affirming hormones of the desired sex (NHS England 2013).

Currently NHS England, as part of the Gender Identity Development Service for Children and Adolescents, routinely commissions gender-affirming hormones for young people with continuing gender dysphoria from around their 16th birthday subject to individuals meeting the eligibility and readiness criteria (Clinical Commissioning Policy 2016).

---

[1] Gender refers to the roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men (World Health Organisation, Health Topics: Gender).

## 2. Executive summary of the review

Ten observational studies were included in the evidence review. Seven studies were retrospective observational studies (Allen et al. 2019, Kaltiala et al. 2020, Khatchadourian et al. 2014, Klaver et Al. 2020, Klink et al. 2015, Stoffers et al. 2019, Vlot et al. 2017) and 3 studies were prospective longitudinal observational studies (Achille et al. 2020, Kuper et al. 2020, Lopez de Lara et al. 2020). No studies directly compared gender-affirming hormones to a control group (either placebo or active comparator). Follow-up was relatively short across all studies, with an average duration of treatment with gender-affirming hormones between around 1 year and 5.8 years.

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than saying natal or biological sex and 'cross sex hormones' are now referred to as 'gender-affirming hormones'. The research studies may use historical terms which are no longer considered appropriate.

**In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

### Critical outcomes

The critical outcomes for decision making are impact on gender dysphoria, impact on mental health and quality of life. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Impact on gender dysphoria**
The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, gender dysphoria (measured using the Utrecht Gender Dysphoria Scale [UGDS]) was statistically significantly reduced (improved) from a mean [±SD] score of 57.1 (±4.1) points at baseline to 14.7 (±3.2) points at 12 months, which is below the threshold (40 points) for gender dysphoria (p<0.001).

**Impact on mental health**
*Depression*
The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, depression (measured using the Beck Depression Inventory-II [BDI-II]) was statistically significantly reduced from a mean [±SD] score of 19.3 (±5.5) points at baseline to 9.7 (±3.9) points at 12 months (p<0.001).

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, depression was statistically significantly reduced from baseline to about 12 months follow-up:

- The Center for Epidemiologic Studies Depression (CESD-R) improved from a mean score of 21.4 points at baseline to 13.9 points (p<0.001).
- The Patient Health Questionnaire (PHQ 9) Modified for Teens improved, although absolute scores were not reported numerically (p<0.001).

4

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria (of whom 123 received gender-affirming hormones) found that during treatment with gender-affirming hormones for an average of 10.9 months, the impact on depression (measured using the Quick Inventory of Depressive Symptoms [QIDS]) was unclear as no statistical analysis was reported. The mean (±SD) self-reported score was 9.6 points (±5.0) at baseline and 7.4 (±4.5) at follow-up. The mean (±SD) clinician-reported score was 5.9 points (±4.1) at baseline and 6.0 (±3.8).

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, statistically significantly fewer participants needed treatment for depression (54% at initial assessment compared with 15% at 12-month follow-up, p<0.001). No details of the treatments for depression are reported.

### Anxiety

The study by Lopez de Lara et al. 2020 in 23 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, state anxiety (measured using the State-Trait Anxiety Inventory [STAI] – State subscale) was statistically significantly reduced from a mean (±SD) score of 33.3 points (±9.1) at baseline to 16.8 points (±8.1) at 12 months (p<0.001). Trait anxiety (measured using STAI – Trait subscale) was also statistically significantly reduced from a mean (±SD) score of 33.0 (±7.2) points at baseline to 18.5 (±8.4) points at 12 months (p<0.001).

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, small reductions were seen in anxiety, panic, generalised anxiety, social anxiety and separation anxiety symptoms and school avoidance (measured using the Screen for Child Anxiety Related Emotional Disorders [SCARED] questionnaire) from baseline to follow-up (mean duration of treatment 10.9 months). The statistical significance of these findings are unknown as no statistical analyses were reported.

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, statistically significantly fewer participants needed treatment for anxiety (48% at initial assessment compared with 15% at 12-month follow-up, p<0.001). No details of treatments for anxiety are reported.

### Suicidality and self-injury

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, suicide risk (measured using the Ask Suicide-Screening Questions [ASQ]) was statistically significantly reduced from an adjusted mean (±SE) score of 1.11 points (±0.22) at baseline to 0.27 points (±0.12) after about 12 months (p<0.001).

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria (of whom 35 received gender-affirming hormones at follow-up) found that during treatment with gender-affirming hormones, the impact on suicidal ideation was unclear (measured using the PHQ 9_Modified for Teens with additional questions for suicidal ideation). At baseline 10%of participants had suicidal ideation and 6% had suicidal ideation after about 12 months, but it is unclear if these participants received gender-affirming hormones. No statistical analyses were reported.

5

The study by Kuper et al. 2020 in 148 adolescents with gender dysphoria reported the impact on suicidal ideation, suicide attempts and non-suicidal self-injury during treatment with gender-affirming hormones, after mean 10.9 months follow-up . The statistical significance of these findings are unknown as no statistical analyses were reported:

- Suicidal ideation was reported in 25% of participants 1 month before the initial assessment and in 38% of participants during follow-up.
- Suicide attempts were reported in 2% of participants at 3 months before the initial assessment and in 5% during follow-up.
- Self-injury was reported in 10% of participants at 3 months before the initial assessment and in 17% during follow-up.

The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria reported that during treatment with gender-affirming hormones, statistically significantly fewer participants needed treatment for suicidal ideation or self-harm (35% at initial assessment compared with 4% at 12-month follow-up, p<0.001). No details of treatments for suicidal ideation or self-harm are reported.

***Other related symptoms***
The study by Kaltiala et al. 2020 in 52 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, there was no statistically significant difference in the number of people needing treatment for either psychotic symptoms or psychosis, conduct problems or antisocial behaviour, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders during the 12-month 'real life' phase compared with before or during the assessment. No details of the treatments received are reported.

**Impact on quality of life**
The study by Achille et al. 2020 in 50 adolescents with gender dysphoria (of whom 35 were receiving gender-affirming hormones at follow-up) found that during treatment with gender-affirming hormones, quality of life (measured using the Quality of Life Enjoyment and Satisfaction Questionnaire [QLES-Q-SF]) was statistically significantly improved from baseline to about 12 months, but absolute scores were not reported numerically (p<0.001).

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, quality of life (measured using the General Well-Being Scale [GWBS] of the Paediatric Quality of Life Inventory) was statistically significantly improved from an adjusted mean (±SE) score of 61.70 (±2.43) points at baseline to 70.23 (±2.15) points at about 12 months (p<0.002).

## Important outcomes

The important outcomes for decision making are impact on body image, psychosocial impact, engagement with healthcare services, impact on extent of and satisfaction with surgery and de-transition. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Impact on body image**

App.0156

The study by [Kuper et al. 2020](#) in 148 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, the impact on body image is unclear (measured using the Body Image Scale [BIS]). The mean (±SD) BIS score was 70.7 points (±15.2) at baseline and 51.4 points (±18.3) at follow-up (mean duration of treatment 10.9 months; no statistical analysis was reported).

**Psychosocial impact**

The study by [Lopez de Lara et al. 2020](#) in 23 adolescents with gender dysphoria found that during treatment with gender affirming hormones, family functioning is unchanged (measured using the Family Adaptability, Partnership, Growth, Affection and Resolve [APGAR] test). The mean score was 17.9 points at baseline and 18.0 points at 12-month follow-up (no statistical analysis was reported).

The study by [Lopez de Lara et al. 2020](#) in 23 adolescents with gender dysphoria found that during treatment with gender affirming hormones, behavioural problems (measured using the Strengths and Difficulties Questionnaire [SDQ]) were statistically significantly improved from a mean (±SD) of 14.7 (±3.3) points at baseline to 10.3 points (±2.9) at 12-month follow-up (p<0.001).

The study by [Kaltiala et al. 2020](#) in 52 adolescents with gender dysphoria found that about 12-months after starting treatment with gender-affirming hormones:

- Statistically significantly fewer participants were living with parents or guardians (73% versus 40%, p=0.001) and statistically significantly fewer participants had normal peer contacts (89% versus 81%, p<0.001).
- There were no statistically significant differences in:
  - progress in school or work (64% versus 60%, p=0.69),
  - the number of participants who had been dating or in steady relationships (62% versus 58%, p=0.51)
  - the ability to cope with matters outside of the home (for example, shopping and travelling alone on local public transport; 81% versus 81%, p=1.0)

**Engagement with health care services**
No evidence was identified.

**Impact on extent of and satisfaction with surgery**
No evidence was identified.

**De-transition**
No evidence was identified.

**In children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

### Important outcomes

The important outcomes for decision making are short- and long-term safety outcomes and adverse effects. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

App.0157

**Bone density**

The study by Klink et al. 2015 in 34 adolescents with gender dysphoria (who were previously treated with a GnRH analogue) found that gender-affirming hormones may increase lumbar spine and femoral neck bone density. However, not all results are statistically significant (particularly in transfemales). Z-scores suggest the average bone density at the end of follow-up was generally lower than in the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). From starting gender-affirming hormones to age 22 years:

- There was no statistically significant difference in lumbar spine bone mineral apparent density (BMAD) z-score in transfemales, but this was statistically significantly higher in transmales (z-score [±SD]: start of hormones -0.50 [±0.81], age 22 years -0.033 [±0.95], p=0.002).
- There was no statistically significant difference in lumbar spine bone mineral density (BMD) z-score in transfemales or transmales.
- Actual lumbar spine BMAD and BMD values were statistically significantly higher in transfemales and transmales.
- There was no statistically significant difference in femoral neck BMD z-score in transfemales, but this was statistically significantly higher in transmales (z-score [SD]: start of hormones -0.35 [0.79], age 22 years -0.35 [0.74], p=0.006).
- There was no statistically significant difference in actual femoral neck BMAD values in transfemales, but this was statistically significantly higher in transmales.
- Actual femoral neck BMD values were statistically significantly higher in transfemales and transmales.

The study by Vlot et al. 2017 in 70 adolescents with gender dysphoria (who were previously treated with a GnRH analogue) found that gender-affirming hormones may increase lumbar spine and femoral neck bone density. However, not all results are statistically significant. Z-scores suggest the average bone density at the end of follow-up was generally lower than the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). From starting gender-affirming hormones to 24-month follow-up:

- The z-score for lumbar spine BMAD was statistically significantly higher in transfemales with a bone age of less than 15 years (z-score [range]: start of hormones -1.52 [-2.36 to 0.42], 24-month follow-up -1.10 [-2.44 to 0.69], p≤ 0.05) and 15 years and older (z-score [range]: start of hormones -1.15 [-2.21 to 0.08], 24-month follow-up -0.66 [-1.66 to 0.54], p≤ 0.05).
- The z-score for lumbar spine BMAD was statistically significantly higher in transmales with a bone age of less than 14 years (z-score [range]: start of hormones -0.84 [-2.2 to 0.87], 24-month follow-up -0.15 [-1.38 to 0.94], p≤ 0.01) and 14 years and older (z-score [range]: start of hormones -0.29 [-2.28 to 0.90], 24-month follow-up -0.06 [-1.75 to 1.61], p≤ 0.01).
- Actual lumbar spine BMAD values were statistically significantly higher in transfemales and transmales of all bone ages.
- There was no statistically significant difference in femoral neck BMAD z-score in transfemales (all bone ages).

8

App.0158

- The z-score for femoral neck BMAD was statistically significantly higher in transmales with a bone age of less than 14 years (z-score [range]: start of hormones -0.37 [-2.28 to 0.47], 24-month follow-up -0.37 [-2.03 to 0.85], p≤ 0.01) and 14 years and older (z-score [range]: start of hormones -0.27 [-1.91 to 1.29], 24-month follow-up 0.02 [-2.1 to 1.35], p≤0.05).
- There was no statistically significant difference in actual femoral neck BMAD values in transfemales (all bone ages), but this was statistically significantly higher in transmales (all bone ages).

The study by Stoffers et al. 2019 in 62 sex assigned at birth females (transmales) with gender dysphoria (who were previously treated with a GnRH analogue) found that during treatment with gender-affirming hormones there was no statistically significant difference in lumbar spine or femoral neck bone density (measured as BMD z-scores or actual values) from starting gender-affirming hormones to any timepoint (6, 12 and 24 months).

**Change in clinical parameters**

The study by Klaver et al. 2020 in 192 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, from starting treatment to age 22 years:

- Glucose levels, insulin levels and insulin resistance were largely unchanged in transfemales and transmales.
- Total cholesterol, HDL cholesterol and LDL cholesterol levels were unchanged in transfemales, and there was a statistically significant improvement in triglyceride levels.
- Total cholesterol, HDL cholesterol, LDL cholesterol and triglyceride levels significantly worsened in transmales, but mean levels were within the UK reference range at the end of treatment.
- Diastolic blood pressure was statistically significantly increased in transfemales and transmales. Systolic blood pressure was also statistically significantly increased in transmales, but not in transfemales. The absolute increases in blood pressure were small.
- Body mass index was statistically significantly increased in transfemales and transmales, although most participants were within the healthy weight range (18.5 to 24.9 kg/m).

The study by Stoffers et al. 2019 in 62 sex assigned at birth females (transmales) with gender dysphoria found that during treatment with gender affirming hormones, from starting treatment to 24-month follow-up:

- There was no statistically significant change in glycosylated haemoglobin (HbA1c).
- There was no statistically significant change in aspartate aminotransferase (AST), alanine aminotransferase (ALT) and gamma-glutamyltransferase (GCT).
- There was a statistically significant increase in alkaline phosphatase (ALP) at some timepoints, but the difference was not statistically significant by 24-months.
- There was a statistically significant increase in serum creatinine levels at all timepoints up to 24 months, but these were within the UK reference range. Serum urea levels were unchanged (follow-up duration not reported).

**Treatment discontinuation and adverse effects**

9

App.0159

The study by Khatchadourian et al. 2014 in 63 adolescents (24 transfemales and 39 transmales) with gender dysphoria found that during treatment with gender affirming hormones (duration of treatment not reported):

- No participants permanently discontinued treatment.
- No transfemales temporarily discontinued treatment, but 3 transmales temporarily discontinued treatment due to mental health comorbidities (n=2) and androgenic alopecia (n=1). All 3 participants eventually resumed treatment, although timescales were not reported
- No severe complications were reported.
- No transfemales reported minor complications, but 12 transmales developed minor complications which were: severe acne (n=7), androgenic alopecia (n=1), mild dyslipidaemia (n=3) and significant mood swings (n=1).

**In children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

No cost-effectiveness evidence was found for gender-affirming hormones for children and adolescents with gender dysphoria.

**From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria?**

Some studies reported data separately for the following subgroups of children and adolescents with gender dysphoria:

- Sex assigned at birth males (transfemales).
- Sex assigned at birth females (transmales).
- Tanner stage at which GnRH analogue or gender-affirming hormones started.
- Diagnosis of a mental health condition.

Some direct comparisons of transfemales and transmales were included. No evidence was found for other specified subgroups.

**Sex assigned at birth males (transfemales)**
*Impact on mental health*
In the study by Kuper et al. 2020 in 33 to 45 (number varies by outcome) sex assigned at birth males (transfemales) with gender dysphoria found that during treatment with gender-affirming hormones changes were seen in depression, anxiety and anxiety-related symptoms from baseline to follow-up (mean duration of treatment 10.9 months). The authors did not report any statistical analyses, so it is unclear if any changes were statistically significant.

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, suicide risk (measured using the ASQ) is not statistically significant different in transfemales compared with transmales, between baseline and the final assessment at about 12 months (p=0.79).

The study by Achille et al. 2020 in 17 transfemales with gender dysphoria found that during treatment with gender-affirming hormones, suicidal ideation (measured using the PHQ 9_Modified for Teens with additional questions for suicidal ideation) was reported in 11.8% (2/17) of transfemales at baseline compared with 5.9% (1/17) at about 12-months follow-up (no statistical analysis was reported).

***Impact on quality of life***
The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, quality of life (measured using the GWBS of the Paediatric Quality of Life Inventory) was not statistically significant different in transfemales compared with transmales, between baseline and the final assessment at about 12 months (p=0.32).

***Bone density***
The studies by Klink et al. 2015 and Vlot et al. 2017 provided evidence on bone density in transfemales; see above for details.

***Change in clinical parameters***
The study by Klaver et al. 2020 provided evidence on the following clinical parameters in transfemales:

- Glucose levels, insulin levels and insulin resistance.
- Total cholesterol, HDL cholesterol and LDL cholesterol and triglycerides.
- Blood pressure.
- Body mass index.

See above for details.

***Treatment discontinuation and adverse effects***
The study by Khatchadourian et al. 2014 provided evidence on treatment discontinuation and adverse effects in transfemales; see above for details.

**Sex assigned at birth females (transmales)**
***Impact on mental health***
In the study by Kuper et al. 2020 in 65 to 78 (number varies by outcome) sex assigned at birth females (transmales) with gender dysphoria found that during treatment with gender-affirming hormones, changes were seen in depression, anxiety and anxiety-related symptoms from baseline to 10.9 month follow-up. The authors did not report any statistical analyses, so it is unclear if any changes were statistically significant.

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, suicide risk (measured using the ASQ) is not statistically significantly different in transmales compared with transfemales, between baseline and the final assessment (p=0.79).

The study by Achille et al. 2020 in 33 transmales with gender dysphoria found that during treatment with gender-affirming hormones, suicidal ideation (measured using the PHQ 9_Modified for Teens with additional questions for suicidal ideation) was reported in 9.1% (3/33) of transmales at baseline compared with 6.1% (2/33) at about 12-months follow-up (no statistical analysis reported).

11

App.0161

*Impact on quality of life*

The study by Allen et al. 2019 in 47 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, quality of life (measured using the GWBS of the Paediatric Quality of Life Inventory) was not statistically significantly different in transmales compared with transfemales, between baseline and the final assessment at about 12 months (p=0.32).

*Bone density*

The studies by Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017 provided evidence on bone density in transmales; see above for details.

*Change in clinical parameters*

The study by Klaver et al. 2020 provided evidence on the following clinical parameters in transmales:

- Glucose levels, insulin levels and insulin resistance.
- Total cholesterol, HDL cholesterol and LDL cholesterol and triglycerides.
- Blood pressure.
- Body mass index.

See above for details.

The study by Stoffers et al. 2019 provided evidence on HbA1c, liver enzymes and renal function in transmales; see above for details.

*Treatment discontinuation and adverse effects*

The study by Khatchadourian et al. 2014 provided evidence on treatment discontinuation and adverse effects in transmales; see above for details.

**Tanner stage at which GnRH analogues or gender-affirming hormones started**

The study by Kuper et al. 2020 stated that the impact of Tanner stage on outcomes was considered, but it is unclear if this refers to Tanner stage at the initial assessment, at the start of GnRH analogue treatment or another timepoint. No results were reported.

**Diagnosis of a mental health condition**
*Impact on mental health*

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, there was no statistically significant difference in depression (measured using the CESD-R and PHQ 9_Modified for Teens) when the results were adjusted for engagement in counselling and medicines for mental health problems, from baseline to about 12-months follow-up.

*Impact on quality of life*

The study by Achille et al. 2020 in 50 adolescents with gender dysphoria found that during treatment with gender-affirming hormones, there was no statistically significant difference in quality of life (measured using the QLES-Q-SF) when the results were adjusted for engagement in counselling and medicines for mental health problems, from baseline to about 12-months follow-up.

**From the evidence selected,**

**(a)** **what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)** **what were the ages at which participants commenced treatment with gender-affirming hormones?**
**(c)** **what was the duration of treatment with GnRH analogues?**

The most commonly reported diagnostic criteria for gender dysphoria was the DSM criteria in use at the time (5/10 studies). In 3 studies (Klaver et al. 2020, Klink et al. 2015 and Vlot et al. 2017) DSM-IV-TR criteria was used. In 2 studies (Kuper et al. 2020 and Stoffers et al. 2019) DSM-V criteria was used. One study from Finland (Kaltiala et al. 2020) used the ICD-10 diagnosis of 'transexualism'. It was not reported how gender dysphoria was defined in the remaining 4 studies.

In the studies, treatment with gender-affirming hormones started at about 16 to 17 years, with a range of about 14 to 19 years. Most studies did not report the duration of treatment with GnRH analogues, but where this was reported there was a wide variation ranging from a few months up to about 5 years (Klaver et al. 2020, Klink et al. 2015 and Stoffers et al. 2019).

## Discussion

The key limitation to identifying the effectiveness and safety of gender-affirming hormones for children and adolescents with gender dysphoria is the lack of reliable comparative studies.

All the studies included in the evidence review are uncontrolled observational studies, which are subject to bias and confounding and were of very low certainty using modified GRADE. A fundamental limitation of all the uncontrolled studies included in this review is that any changes in scores from baseline to follow-up could be attributed to a regression-to-the-mean.

The included studies have relatively short follow-up, with an average duration of treatment with gender-affirming hormones between around 1 year and 5.8 years. Further studies with a longer follow-up are needed to determine the long-term effect of gender-affirming hormones for children and adolescents with gender dysphoria.

Most studies included in this review did not report comorbidities (physical or mental health) and no study reported concomitant treatments in detail. Because of this it is not clear whether any changes seen were due to gender-affirming hormones or other treatments the participants may have received.

There is a degree of indirectness in some studies, with some participants included that fall outside of the population of this evidence review. Furthermore, participant numbers are poorly reported in some studies, with high numbers lost to follow-up or outcomes not reported for some participants. The authors provide no explanation for this incomplete reporting.

Details of the gender-affirming hormone treatment regimen are poorly reported in most of the included studies, with limited information provided about the medicines, doses and routes of administration used. It is not clear whether the interventions used in the studies are reflective of current UK practice for children and adolescents with gender dysphoria.

It is difficult to draw firm conclusions for many of the effectiveness and safety outcomes reported in the included studies because many different scoring tools and methods were used to assess the same outcome, often with conflicting results. In addition to this, most outcomes reported across the included studies do not have an accepted minimal clinically important difference (MCID), making it difficult the determine whether any statistically significant changes seen are clinically meaningful. However, the authors of some studies report thresholds to interpret the results of the scoring tools (for example, by linking scores to symptom severity), so some conclusions can be made.

## Conclusion

Any potential benefits of gender-affirming hormones must be weighed against the largely unknown long-term safety profile of these treatments in children and adolescents with gender dysphoria.

Results from 5 uncontrolled, observational studies suggest that, in children and adolescents with gender dysphoria, gender-affirming hormones are likely to improve symptoms of gender dysphoria, and may also improve depression, anxiety, quality of life, suicidality, and psychosocial functioning. The impact of treatment on body image is unclear. All results were of very low certainty using modified GRADE.

Safety outcomes were reported in 5 observational studies. Statistically significant increases in some measures of bone density were seen following treatment with gender-affirming hormones, although results varied by bone region (lumber spine versus femoral neck) and by population (transfemales versus transmales). However, z-scores suggest that bone density remained lower in transfemales and transmales compared with an equivalent cisgender population. Results from 1 study of gender-affirming hormones started during adolescence reported statistically significant increases in blood pressure and body mass index, and worsening of the lipid profile (in transmales) at age 22 years, although longer term studies that report on cardiovascular event rates are required. Adverse events and discontinuation rates associated with gender-affirming hormones were only reported in 1 study, and no conclusions can be made on these outcomes.

This review did not identify sub-groups of patients who may benefit more from gender-affirming hormones.

No cost-effectiveness evidence was found to determine whether gender-affirming hormones are a cost-effective treatment for children and adolescents with gender dysphoria.

## 3. Methodology

### Review questions

The review question(s) for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

2.  For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
3.  For children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?
4.  From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria?
5.  From the evidence selected,
    (a)  what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?
    (b)  what were the ages at which participants commenced treatment with gender-affirming hormones?
    (c)  what was the duration of GnRH analogues treatment?

See appendix A for the full review protocol.

## Review process

The methodology to undertake this review is specified by NHS England in their 'Guidance on conducting evidence reviews for Specialised Services Commissioning Products' (2020).

The searches for evidence were informed by the PICO and were conducted on 21 July 2020.

See appendix B for details of the search strategy.

Results from the literature searches were screened using their titles and abstracts for relevance against the criteria in the PICO framework. Full text references of potentially relevant evidence were obtained and reviewed to determine whether they met the inclusion criteria for this evidence review.

See appendix C for evidence selection details and appendix D for the list of studies excluded from the review and the reasons for their exclusion.

Relevant details and outcomes were extracted from the included studies and were critically appraised using a checklist appropriate to the study design. See appendix E and appendix F for individual study and checklist details.

The available evidence was assessed by outcome for certainty using modified GRADE. See appendix G for GRADE Profiles.

## 4. Summary of included studies

Ten observational studies were included in the evidence review. Seven studies were retrospective observational studies (Allen et al. 2019, Kaltiala et al. 2020, Khatchadourian et al. 2014, Klaver et Al. 2020, Klink et al. 2015, Stoffers et al. 2019, Vlot et al. 2017) and three studies were prospective longitudinal observational studies (Achille et al. 2020, Kuper et al. 2020, Lopez de Lara et al. 2020).

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than saying natal or biological sex and 'cross sex hormones' are now referred to as 'gender-affirming hormones'. The research studies may use historical terms which are no longer considered appropriate.

Table 1 provides a summary of these included studies and full details are given in appendix E.

**Table 1 Summary of included studies**

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Achille et al. 2020

Prospective longitudinal study

Single centre, New York, United States | 50 children, adolescents and young adults with gender dysphoria; 17 transfemales and 33 transmales

Mean age at baseline was 16.2 years (SD 2.2) | **Intervention**
Endocrine interventions (the collective term used for puberty suppression and gender-affirming hormones) were introduced as per Endocrine Society and the World Professional Association for Transgender Health (WPATH) guidelines

Puberty suppression was:
• GnRH analogue and/or anti-androgens (transfemales)
• GnRH analogue or medroxyprogester one (transmales)

Once eligible, gender-affirming hormones were offered, these were:
• Oestradiol (transfemales) | **Critical Outcomes**
*Impact on mental health*
• Depression- The Center for Epidemiologic Studies Depression Scale (CESD-R)
• Depression- The Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens)

*Impact on quality of life*
• Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF)

**Important Outcomes**
*None reported* |

App.0166

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | | • Testosterone (transmales)<br><br>Doses and formulations not reported<br><br>After about 12-months treatment ('wave 3'):<br>• 24 people (48%) were on gender-affirming hormones alone<br>• 12 people (24%) were on puberty suppression alone<br>• 11 people (22%) were on both gender-affirming hormones and puberty suppression<br>• 3 people (6%) were on no endocrine intervention<br><br>**Comparison**<br>No comparison group. Change over time reported | |
| [Allen et al. 2019](#)<br><br>Retrospective longitudinal study<br><br>Single centre, Kansas City, USA | 47 adolescents and young adults with gender dysphoria: 14 transfemales and 33 transmales<br><br>Mean age at administration (start of treatment) 16.5 years | **Intervention**<br>39 participants received gender-affirming hormones only<br>8 participants received hormones and a GnRH analogue<br><br>Mean duration of treatment with gender-affirming hormones was 349 days (range 113 to 1,016)<br><br>**Comparison**<br>No comparison group. Comparison over time reported | **Critical Outcomes**<br>*Impact on mental health*<br>• Suicidality- Ask Suicide-Screening Questions (ASQ) instrument<br><br>*Impact on quality of life*<br>• General Well-Being Scale (GWBS) of the Pediatric Quality of Life Inventory<br><br>**Important Outcomes**<br>*None reported* |
| [Kaltiala et al. 2020](#) | 52 adolescents with gender dysphoria: 11 transfemales and 41 transmales. | **Intervention**<br>Hormonal sex assignment treatment – details of | **Critical Outcomes**<br>*Impact on mental health* |

17

App.0167

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Retrospective chart review<br><br>Single centre, Tampere, Finland | Mean age at diagnosis 18.1 years (range 15.2 to 19.9) | intervention not reported, although all patients received gender-affirming hormones.<br><br>**Comparison**<br>No comparison group. Comparison over time reported | • Need for mental health treatment<br><br>**Important Outcomes**<br>*Psychosocial Impact*<br>Measure of functioning in different domains of adolescent development, which were:<br>• Living with parent(s)/ guardians<br>• Normative peer contacts<br>• Progresses normatively in school/ work<br>• Has been dating or had steady relationships<br>• Is age-appropriately able to deal with matters outside of the home |
| Khatchadourian et al. 2014<br><br>Retrospective chart review<br><br>Single centre, Vancouver, Canada | 84 young people with gender dysphoria, of whom 63 received gender-affirming hormones.<br><br>Median age at start of gender-affirming hormones was:<br>• 17.3 years (range 13.7-19.8) for testosterone<br>• 17.9 years (range 13.3-22.3) for oestrogen | **Intervention**<br>Transfemales: Oestrogen (oral micronized 17β-oestradiol)<br>Transmales: Testosterone (injectable testosterone enanthate and/or cypionate)<br><br>19 participants (30%) had previously received a GnRH analogue<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>*None reported*<br><br>**Important Outcomes**<br>*Safety:*<br>• Adverse events<br>• Discontinuation rates |
| Klaver et al. 2020<br><br>Retrospective chart review<br><br>Single centre, Amsterdam, Netherlands | 192 people with gender dysphoria who started GnRH analogues before the age of 18 years, and started gender-affirming hormones within 1.5 years of their 22nd birthday. | **Intervention**<br>Oral oestrogen or intramuscular (IM) testosterone<br><br>**Comparison** | **Critical Outcomes**<br>*None reported*<br><br>**Important Outcomes**<br>*Safety*<br>• Body mass index (BMI) |

App.0168

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | Mean age at start of gender-affirming hormones:<br>• Transfemale – 16.4 years (SD 1.1)<br>• Transmale – 16.9 years (SD 1.9) | No comparison group. Comparison over time reported | • Systolic blood pressure<br>• Diastolic blood pressure<br>• Glucose<br>• Insulin<br>• HOMA-IR<br>• Total cholesterol<br>• HDL cholesterol<br>• LDL cholesterol<br>• Triglycerides |
| Klink et al. 2015<br><br>Retrospective longitudinal study<br><br>Single centre, Amsterdam, Netherlands | 34 young people with gender dysphoria who had received GnRH analogues, gender-affirming hormones and gonadectomy.<br><br>The study included 15 transfemales and 19 transmales; mean age at start of gender-affirming hormones was 16.6 years (SD 1.4) and 16.4 years (SD 2.3) respectively.<br><br>At the start of gender-affirming hormone treatment, in the transfemale subgroup the median Tanner P was 4 (IQR 2) and the median Tanner G was 12 (IQR 11)<br> In the transmale subgroup the median Tanner B was 5 (IQR 2) and the median Tanner P was 5 (IQR 0) | **Intervention**<br>Transfemales – oral 17-β oestradiol<br>(incremental dosing)<br><br>Transmales – IM testosterone (Sustanon 250 mg/ml; incremental dosing)<br><br>Median duration of treatment with gender-affirming hormones for transfemales was 5.8 years (range 3.0 to 8.0) and for transmales was 5.4 years (range 2.8 to 7.8)<br><br>The GnRH analogue was subcutaneous (SC) triptorelin 3.75 mg every 4 weeks<br><br>No details of gonadectomy reported<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>None<br><br>**Important Outcomes**<br>*Safety*<br>• Bone mineral apparent density (BMAD)<br>• Bone mineral density (BMD)<br>Measures reported at 3 timepoints: start of GnRH analogue treatment, start of gender-affirming hormone treatment and age 22 years. |
| Kuper et al. 2020<br><br>Prospective longitudinal study | Children and adolescents with gender dysphoria (9 to18 years), n=148, of whom:<br>• 25 received puberty suppression only | **Intervention**<br>Gender-affirming hormones, guided by Endocrine Society Clinical Practice Guidelines | **Critical Outcomes**<br>*Impact on mental health*<br>• Depression- Quick Inventory of Depressive |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Single centre, Texas, USA | • 93 received gender-affirming hormone therapy only<br>• 30 received both<br><br>Mean age 14.9 years | **Comparison**<br>No comparison group. Comparison over time reported. | Symptoms (QIDS), self-reported<br>• Depression- QIDS, clinician-reported<br>• Anxiety- Screen for Child Anxiety Related Emotional Disorders (SCARED)<br>• Panic- specific questions from SCARED<br>• Generalised anxiety-specific questions from SCARED<br>• Social anxiety - specific questions from SCARED<br>• Separation anxiety-specific questions from SCARED<br>• School avoidance-specific questions from SCARED<br><br>**Important Outcomes**<br>*Impact on body image*<br>• Body Image Scale (BIS) |
| Lopez de Lara et al. 2020<br><br>Prospective analytical study<br><br>Single centre, Madrid, Spain | 23 adolescents with gender dysphoria: 7 transfemales and 16 transmales.<br>Mean age at baseline was 16 years (range 14 to 18) | **Intervention**<br>Gender-affirming hormones:<br>• Oral oestradiol<br>• Intramuscular testosterone<br><br>Participants had previously received GnRH analogues in the intermediate pubertal stages (Tanner 2 to 3).<br><br>Participants were assessed twice:<br>• pre-treatment (T0),<br>• after 12 months treatment with gender-affirming hormones (T1) | **Critical Outcomes**<br>*Impact on gender dysphoria*<br>• Utrecht Gender Dysphoria Scale (UGDS)<br>*Impact on mental health*<br>• Depression- Beck Depression Inventory II (BDI-II)<br>• Anxiety- State-Trait Anxiety Inventory<br><br>**Important Outcomes**<br>*Psychosocial Impact*<br>• Family functioning- Family APGAR test<br>• Patient strengths and difficulties- Strengths and Difficulties Questionnaire, |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | | **Comparison**<br>No comparison group. Comparison over time reported. | Spanish Version (SDQ-Cas). |
| [Stoffers et al. 2019](#)<br><br>Retrospective chart review<br><br>Single centre, Leiden, Netherlands | 62 transmales with gender dysphoria.<br>Patients had received a GnRH analogue and more than 6 months of testosterone treatment.<br>Median age at start of testosterone was 17.23 years (range 14.9 to 18.4)<br>Median treatment duration was 12 months (range 5 to 33)<br><br>Change over time | **Intervention**<br>Testosterone intramuscular injections (Sustanon 250 mg). Dose was titrated to a maintenance dose of 125 mg every 2 weeks. Participants who started GnRH analogues at 16 years or older had their dose increased more rapidly. Some participants chose to receive testosterone every 3-4 weeks, and participants could switch to transdermal preparations if needed.<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>None<br><br>**Important Outcomes**<br>*Safety*<br>• Body mass index (BMI)<br>• Blood pressure<br>• BMD<br>• Acne<br>• Liver enzymes<br>• Creatinine<br>• Urea<br>• HbA1c |
| [Vlot et al. 2017](#)<br><br>Retrospective chart review<br><br>Single centre, Amsterdam, Netherlands | 70 children and adolescents with gender dysphoria<br>Median age at baseline –<br>• 13.5 years (11.5-18.3) for transfemales<br>• 15.1 years (range 11.7-18.6) for transmales<br><br>Comparison is change over time. 24 month follow-up. | **Intervention**<br>Oestrogen or testosterone (had previously received triptorelin for puberty suppression)<br><br>**Comparison**<br>No comparison group. Comparison over time reported. | **Critical Outcomes**<br>None<br><br>**Important Outcomes**<br>*Safety*<br>• Bone mineral apparent density (BMAD) |

## 5. Results

**In children and adolescents with gender dysphoria, what is the clinical effectiveness of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

| Outcome | Evidence statement |
|---|---|
| **Clinical Effectiveness** | |

App.0171

| Critical outcomes | |
|---|---|
| **Impact on gender dysphoria**<br><br>**Certainty of evidence: very low** | This is a critical outcome because gender dysphoria in children and adolescents is associated with significant distress and problems with functioning.<br><br>One uncontrolled, prospective, observational study ([Lopez de Lara et al. 2020](#)) provided evidence relating to the impact on gender dysphoria, measured using the Utrecht Gender Dysphoria Scale (UGDS) score during the first year of treatment with gender-affirming hormones. The UGDS is a validated, screening tool for both adolescents and adults, used to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The authors state that the cut-off point to identify gender dysphoria is 40 points. The higher the UGDS score the greater the gender dysphoria.<br><br>In this study (n=23), the mean (±SD) UGDS score was statistically significantly reduced (improved) from 57.1 (±4.1) points at baseline to 14.7 points (±3.2) at 12 months (p<0.001). A UGDS score below 40 suggests an absence of gender dysphoria **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly improve gender dysphoria from baseline to 12 months follow-up. The mean UGDS score was below the threshold for gender dysphoria at follow-up.** |
| **Impact on mental health: depression**<br><br>**Certainty of evidence: very low** | This is a critical outcome because depression may impact on social, occupational, or other areas of functioning in children and adolescents.<br><br>Four observational studies ([Achille et al. 2020](#); [Kaltiala et al. 2020](#); [Kuper et al. 2020](#); [Lopez de Lara et al. 2020](#)) provided evidence relating to the impact on depression in children and adolescents with gender dysphoria, with follow-up of around 12 months. Five different outcome measures for depression were reported.<br><br>**Beck Depression Inventory (BDI-II)**<br>One uncontrolled, prospective, analytical study ([Lopez de Lara et al. 2020](#)) reported the change in BDI-II. The BDI-II is a valid, reliable, and widely used tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63.<br><br>In [Lopez de Lara et al. 2020](#) (n=23) the mean (±SD) BDI-II score was statistically significantly reduced (improved) from 19.3 (±5.5) points at baseline to 9.7 (±3.9) points at 12 months (p<0.001) **(VERY LOW)**.<br><br>**Center for Epidemiologic Studies Depression (CESD-R)**<br>One uncontrolled, prospective, longitudinal study ([Achille et al. 2020](#)) reported the change in CESD-R scale. The CESD-R is a valid, widely used tool to assess depressive symptoms. Total score ranges from 0 to 60, with higher scores indicating more depressive symptoms. There are no specific scores to categorise depression severity, although the authors of the study suggest that a total CESD-R score less than 16 suggests no clinical depression. |

In Achille et al. 2020 (n=50), the mean CESD-R score statistically significantly reduced (improved) from 21.4 points at baseline to 13.9 points at about 12 months follow-up (p<0.001; standard deviation not reported) **(VERY LOW)**.

**Patient Health Questionnaire (PHQ 9) Modified for Teens**
One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in PHQ 9_Modified for Teens score. The PHQ 9_Modified for Teens is a validated tool to assess depression, dysthymia and suicide risk. The tool consists of 9 questions scored from 0 to 3 (total score 0 to 27), plus an additional 4 questions that are not scored. A score of 0 to 4 suggests no or minimal depressive symptoms, 5 to 9 mild, 10 to 14 moderate, 15 to 19 moderately severe, and 20-27 severe symptoms.

In Achille et al. 2020 (n=50), the mean PHQ 9_Modified for Teens score statistically significantly reduced (improved) from baseline to around 12 months follow-up, although absolute scores were not reported numerically (p<0.001). From the visual representation of results, the PHQ-9_Modified for Teens score is about 9 at baseline and about 5 at final follow-up **(VERY LOW)**.

**Quick Inventory of Depressive Symptoms (QIDS)**
One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported the change in QIDS, clinician-reported and self-reported. Both the clinician-reported and self-reported QIDS are validated tools to assess depressive symptoms. The tool consists of 16 items, with the highest score for 9 domains (sleep, weight, psychomotor changes, depressed mood, decreased interest, fatigue, guilt, concentration, and suicidal ideation) added to give a total score ranging from 0 to 27. A score of 0 to 5 suggests no depression, 6 to 10 mild symptoms, 11 to 15 moderate symptoms, 16 to 20 severe symptoms, and 21 to 27 very severe symptoms.

In Kuper et al. 2020 (n=105), the mean (±SD) QIDS self-reported score was 9.6 points (±5.0) at baseline and 7.4 (±4.5) after 10.9 months of treatment with gender-affirming hormones (no statistical analysis reported). The mean (±SD) QIDS clinician-reported score was 5.9 points (±4.1) at baseline and 6.0 (±3.8) after 10.9 months of treatment with gender-affirming hormones (no statistical analysis was reported) **(VERY LOW)**.

**Participants needing treatment for depression**
One observational study (Kaltiala et al. 2020) reported the proportion of participants needing treatment for depression before or during the initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.

In Kaltiala et al. 2020 (n=52), statistically significantly fewer participants needed treatment for depression during the 12-month 'real life' phase (15%, 8/52) compared with before or during the assessment (54%, 28/52; p<0.001). No details of what treatments for depression the participants received are reported **(VERY LOW)**.

|  | **These studies provide very low certainty evidence that during treatment with gender-affirming hormones depression is reduced from baseline to about 12 months follow-up. However, most participants had mild symptoms at the start of treatment.** |
|---|---|
| **Impact on mental health: anxiety**<br><br>**Certainty of evidence: very low** | This is a critical outcome because anxiety may impact on social, occupational, or other areas of functioning in children and adolescents.<br><br>Three observational studies (Kaltiala et al. 2020; Kuper et al. 2020; Lopez de Lara et al. 2020) provided evidence relating to the impact on anxiety in children and adolescents with gender dysphoria.<br><br>**State-Trait Anxiety Inventory (STAI)**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported the change in STAI scores. STAI is a validated and commonly used measure of trait and state anxiety. It has 20 items and can be used in clinical settings to diagnose anxiety and to distinguish it from depressive illness. Higher scores indicate greater anxiety.<br><br>In Lopez de Lara et al. 2020 (n=23), the mean (±SD) STAI-State subscale was statistically significantly reduced (improved) with gender-affirming hormones from 33.3 points (±9.1) at baseline to 16.8 points (±8.1) at 12 months (p<0.001). The mean STAI-Trait subscale scores also statistically significantly reduced (improved) from 33.0 points (±7.2) at baseline to 18.5 points (±8.4) at 12 months (p<0.001) **(VERY LOW)**.<br><br>**Screen for Child Anxiety Related Emotional Disorders (SCARED)**<br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported anxiety symptoms using the SCARED questionnaire. Other anxiety-related symptoms using specific questions from the SCARED questionnaire were also reported: panic, generalised anxiety, social anxiety, separation anxiety and school avoidance. SCARED is a validated, 41-point questionnaire, with each item scored 0 to 2. A total score of 25 or more is suggestive of anxiety disorder, with scores above 30 being more specific. Certain scores for specific questions may indicate the presence of other anxiety-related disorders:<br>• A score of 7 or more in questions related to panic disorder or significant somatic symptoms may indicate the presence of these.<br>• A score of 9 or more in questions related to generalised anxiety disorder may indicate the presence of this.<br>• A score of 5 or more in questions related to separation anxiety may indicate the presence of this.<br>• A score of 8 or more in questions related to social anxiety disorder may indicate the presence of this.<br>• A score of 3 or more in questions related to significant school avoidance may indicate the presence of this.<br><br>In Kuper et al. 2020 (n=80 to 82, varies by outcome), small reductions were seen in anxiety, panic, generalised anxiety, social anxiety and separation anxiety and school avoidance symptoms (measured using the SCARED questionnaire) from baseline to follow-up (mean duration of treatment 10.9 months). The statistical significance of these findings are unknown as no statistical analyses were reported **(VERY LOW)**. |

| | |
|---|---|
| | **Participants needing treatment for anxiety**<br>One observational study (Kaltiala et al. 2020) reported the proportion of participants needing treatment for anxiety before or during initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.<br><br>In Kaltiala et al. 2020 (n=52), statistically significantly fewer participants needed treatment for anxiety during the 12-month 'real life' phase (15%, 8/52) compared with before or during the assessment (48%, 25/52; p<0.001). No details of what treatments for anxiety the participants received are reported **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with gender-affirming hormones anxiety symptoms may be reduced from baseline to around 12 months follow-up.** |
| **Impact on mental health: suicidality and self-injury**<br><br>**Certainty of evidence: very low** | These are critical outcomes because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person.<br><br>Four observational studies (Achille et al. 2020; Allen et al. 2019; Kaltiala et al. 2020; Kuper et al. 2020) provided evidence relating to suicidal ideation in children and adolescents with gender dysphoria, with an average follow-up of around 12 months.<br><br>**Ask Suicide-Screening Questions (ASQ)**<br>One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in ASQ. This is a 4-item dichotomous (yes/no) response measure designed to identify risk of suicide. The authors of Allen et al. 2019 amended 1 question in the ASQ ("*Have you ever tried to kill yourself?*") by prefacing it with "*In the past few weeks . . .*" as they were not investigating lifetime incidence. A response of 'no' is scored as 0 and a response of 'yes' is scored as 1; each item is summed to give an overall score for suicidal ideation ranging from 0 to 4. A person is considered to have screened positive if they answer 'yes' to any item with higher scores indicating higher levels of suicidal ideation.<br><br>In Allen et al. 2019 (n=39), the adjusted mean (±SE) ASQ score statistically significantly reduced from 1.11 points (±0.22) at baseline to 0.27 points (±0.12) after a mean duration of treatment of about 12 months (p<0.001) **(VERY LOW)**.<br><br>**PHQ 9_Modified for Teens (additional questions for suicidal ideation)**<br>One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in suicidal ideation measured using additional questions from the PHQ 9_Modified for Teens. This is a validated tool to assess depression, dysthymia and suicide risk (see above for detailed description). In addition to the 9 scored questions, the PHQ 9_Modified for Teens asked 4 additional questions relating to suicidal ideation and difficulty dealing with problems of life. Responses to the PHQ 9_Modified for Teens were used to determine if the participant had suicidal ideation or not, but specific details of how this was determined are not reported. |

|   | In Achille et al. 2020 (n=50), 10% (5/50) of participants had suicidal ideation at baseline and 6% (3/50) had suicidal ideation after about 12 months treatment with gender-affirming hormones (no statistical analysis reported) **(VERY LOW)**.<br><br>**Suicidality and non-suicidal self-injury**<br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported on suicidal ideation, suicide attempts and non-suicidal self-injury, although it was unclear how and when this outcome was measured.<br><br>In Kuper et al. 2020 (n=130), 25% of participants reported suicidal ideation 1 month before the initial assessment and 38% reported this during the follow-up period (no statistical analysis reported). Suicide attempts were reported in 2% of participants at 3 months before the initial assessment and 5% during follow-up. Self-injury was reported in 10% of participants at 3 months before the initial assessment and 17% during follow-up. No statistical analysis was reported for any outcomes. Mean duration of gender-affirming hormone treatment was 10.9 months **(VERY LOW)**.<br><br>**Participants needing treatment for suicidality or self-harm**<br>One observational study (Kaltiala et al. 2020) reported the proportion of participants requiring treatment for suicidality or self-harm before or during initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.<br><br>In Kaltiala et al. 2020 (n=52) statistically significantly fewer participants needed treatment for suicidality or self-harm during the 12-month 'real life' phase (4%, 2/52) compared with before or during the assessment (35%, 18/52; p<0.001). No details of what treatments for suicidal ideation or self-harm the participants received are reported **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that gender-affirming hormones may reduce suicidality from baseline to about 12 months follow-up. However, results are inconsistent and it is difficult to draw conclusions.** |
|---|---|
| **Impact on mental health: other**<br><br>**Certainty of evidence: very low** | This is a critical outcome because mental health problems may impact on social, occupational, or other areas of functioning in children and adolescents.<br><br>One observational study (Kaltiala et al. 2020) reported the proportion of participants needing treatment for either psychotic symptoms or psychosis, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders before or during initial assessment and during the 12-month follow-up period after starting gender-affirming hormones.<br><br>In Kaltiala et al. 2020 (n=52) there was no statistically significant difference in the number of people needing treatment for either psychotic symptoms / psychosis, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders during the 12-month 'real life' phase compared with before or during the assessment. |

| | No details of which specific treatments the participants received are reported **(VERY LOW)**. |
|---|---|
| | **This study provides very low certainty evidence on the need for treatment for either psychotic symptoms or psychosis, conduct problems or antisocial behaviour, substance abuse, autism, attention deficit hyperactivity disorder (ADHD) or eating disorders during treatment with gender-affirming hormones. No conclusions could be drawn.** |
| **Impact on quality of life score**<br><br>**Certainty of evidence: very low** | This is a critical outcome because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life.<br><br>Two uncontrolled longitudinal studies Achille et al. 2020; Allen et al. 2019) provided evidence relating to quality of life in children and adolescents with gender dysphoria.<br><br>**Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF)**<br>One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in QLES-Q-SF scores from baseline to about 12 months of treatment with gender-affirming hormones. QLES-Q-SF is a validated questionnaire, consisting of 15 questions that rate quality of life on a scale of 1 (poor) to 5 (very good).<br><br>In Achille et al. 2020 (n=50), the mean QLES-Q-SF score was statistically significantly reduced from baseline to about 12 months (p<0.001). However, absolute scores are not reported numerically **(VERY LOW)**.<br><br>**General Well-Being Scale (GWBS) of the Paediatric Quality of Life Inventory**<br>One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in adjusted mean GWBS of the Paediatric Quality of Life Inventory score from baseline to about 12 months of treatment with gender-affirming hormones. The GWBS of the Paediatric Quality of Life Inventory contains 7 items that measure two dimensions: general wellbeing (6 items) and general health (1 item). Each item is scored from 0 to 4, and the total score is linearly transformed to a 0 to 100 scale. Higher scores reflect fewer perceived problems and greater well-being.<br><br>In Allen et al. 2019 (n=47), the adjusted mean (±SE) GWBS of the Paediatric Quality of Life Inventory score was statistically significantly increased (improved) from 61.70 (±2.43) points at baseline to 70.23 (±2.15) points at about 12 months (p<0.002) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly improve quality of life and well-being from baseline to 12 months follow-up.** |
| **Important outcomes** | |
| **Impact on body image** | This is an important outcome because some children and adolescents with gender dysphoria may want to take steps to suppress features of |

| | |
|---|---|
| **Certainty of evidence: very low** | their physical appearance associated with their sex assigned at birth or accentuate physical features of their desired gender.<br><br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) provided evidence relating to the impact on body image in children and adolescents with gender dysphoria who started treatment with gender-affirming hormones (median duration 10.9 months; range 1 to 18), measured by the change in Body Image Scale (BIS) score. BIS is a validated 30-item scale covering 3 aspects: primary, secondary and neutral body characteristics. Higher scores represent a higher degree of body dissatisfaction.<br><br>In Kuper et al. 2020 (n=86), the mean (±SD) BIS score was 70.7 points (±15.2) at baseline and 51.4 points (±18.3) at follow-up (no statistical analysis reported) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence on the effects of gender-affirming hormones on body image during treatment with gender-affirming hormones (mean duration of treatment 10.9 months). No conclusions could be drawn.** |
| **Psychosocial impact**<br><br>**Certainty of evidence: very low** | This is an important outcome because gender dysphoria in children and adolescents is associated with internalising and externalising behaviours, and emotional and behavioural problems which may impact on social and occupational functioning.<br><br>Two uncontrolled, observational studies (Kaltiala et al. 2020; Lopez de Lara et al. 2020) provided evidence related to psychosocial impact in children and adolescents with gender dysphoria.<br><br>**Family APGAR (Adaptability, Partnership, Growth, Affection and Resolve) test**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported the Family APGAR test. The Family APGAR test is a 5-item questionnaire, with higher scores indicating better family functioning. The authors reported the following interpretation of the test: functional, 17 to 20 points; mildly dysfunctional, 16 to 13 points; moderately dysfunctional, 12 to 10 points; severely dysfunctional, <9 points.<br><br>In Lopez de Lara et al. 2020 (n=23), the mean Family APGAR test score was unchanged from baseline (17.9 points) to 12-month follow-up (18.0 points; no statistical analysis or standard deviations reported) **(VERY LOW)**.<br><br>**Strengths and Difficulties Questionnaire (SDQ)**<br>One uncontrolled, prospective, analytical study (Lopez de Lara et al. 2020) reported on behaviour using the Strengths and Difficulties Questionnaire (SDQ, Spanish version). The SDQ includes 25-items covering emotional symptoms, conduct problems, hyperactivity/ inattention, peer relationship problems and prosocial behaviour. The authors state that a score of more than 20 suggests having a behavioural disorder (normal 0 to 15, borderline 16 to 19, abnormal 20 to 40). |

| | In Lopez de Lara et al. 2020 (n=23), the mean (±SD) SDQ score was statistically significantly reduced (improved) from 14.7 points (±3.3) at baseline to 10.3 points (±2.9) at 12-month follow-up (p<0.001) **(VERY LOW)**.<br><br>**Psychosocial functioning**<br>One uncontrolled, retrospective chart review (Kaltiala et al. 2020) reported various markers of functioning in adolescent development, covering living arrangements, peer contacts, school or work progress, relationships, and ability to cope with matters outside the home. These measures were reported during the gender identity assessment and at about 12 months after starting gender-affirming hormones (referred to as the 'real-life phase').<br><br>In Kaltiala et al. 2020 (n=52), from the gender identity assessment to the 12-month follow-up period:<br>• statistically significantly fewer participants were living with parents or guardians (73% versus 40%, p=0.001)<br>• statistically significantly fewer participants had normal peer contacts (89% versus 81%, p<0.001)<br>• there was no statistically significant difference in progress in school or work (64% versus 60%, p=0.69)<br>• there was no statistically significant difference in the number of participants who had been dating or in steady relationships (62% versus 58%, p=0.51)<br>• there was no statistically significant difference in the participant's ability to cope with matters outside of the home (81% versus 81%, p=1.00) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that gender-affirming hormones statistically significantly improve behavioural problems (measured by SDQ score). However, the SDQ score was in the 'normal' range at baseline and at 12-month follow up. There was no significant impact on other measures of psychosocial functioning.** |
|---|---|
| **Engagement with health care services** | This is an important outcome because patient engagement with health care services will impact on their clinical outcomes.<br><br>No evidence was identified. |
| **Impact on extent of and satisfaction with surgery** | This is an important outcome because some children and adolescents with gender dysphoria may proceed to transitioning surgery.<br><br>No evidence was identified. |
| **De-transition** | This is an important outcome because there is uncertainty about the short- and long-term safety and adverse effects of gender-affirming hormones in children and adolescents with gender dysphoria<br><br>No evidence was identified. |

**Abbreviations:** APGAR: Adaptability, Partnership, Growth, Affection and Resolve; ASQ: Ask Suicide-Screening Questions; BDI-II: Beck Depression Inventory II; BIS: Body Image Scale; CESD-R: Center for Epidemiologic Studies Depression; GWBS: General Well-Being Scale; p: p-value; PHQ 9_Modified for Teens: Patient Health Questionnaire Modified for Teens; QIDS: Quick Inventory of Depressive Symptoms; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire; SCARED: Screen for Child Anxiety Related Emotional Disorders;

SD: standard deviation; SE: standard error; SDQ: Strengths and Difficulties Questionnaire; STAI: State-Trait Anxiety Inventory; UGDS: Utrecht Gender Dysphoria Scale.

**In children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

| Outcome | Evidence statement |
|---|---|
| **Safety** | |
| **Change in bone density: lumbar spine**<br><br>**Certainty of evidence: very low** | This is an important outcome because childhood and adolescence is a key time for bone development and gender-affirming hormones may affect bone development, as shown by changes in lumbar spine bone density.<br><br>Three uncontrolled, observational studies (2 retrospective and 1 prospective) provided evidence related to bone density: lumbar spine in children and adolescents with gender dysphoria. This was reported as either bone mineral density (BMD), bone mineral apparent density (BMAD), or both. One study reported change in bone density from start of treatment with gender-affirming hormones to age 22 years (Klink et al. 2015). Two studies reported change in bone density from start of gender-affirming hormones up to 24-month follow-up (Stoffers et al. 2019 and Vlot et al. 2017). All participants had previously been treated with a GnRH analogue. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>**Bone mineral apparent density (BMAD)**<br>Two uncontrolled, observational studies reported change in lumbar BMAD (Klink et al. 2015; Vlot et al. 2017). BMAD is a size adjusted value of BMD, incorporating bone size measurements using a UK reference population of growing cis-gender adolescents (up to age 17 years). BMAD is used to correct for height and height gain and may provide a more accurate estimate of bone density in growing adolescents. BMAD was reported as $g/cm^3$ and as z-scores. Z-scores report how many standard deviations from the mean a measurement sits. A z-score of 0 is equal to the mean, a z-score of -1 is equal to 1 standard deviation below the mean, and a z-score of +1 is equal to 1 standard deviation above the mean. A cis-gender population was used to calculate the bone density z-score, meaning transfemales were compared with cis-males and transmales were compared with cis-females.<br><br>In Klink et al. 2015 (n=34):<br>• There was no statistically significant difference in lumbar spine BMAD z-score from starting gender-affirming hormones to age 22 years in transfemales.<br>• The z-score for lumbar spine BMAD was statistically significantly higher at age 22 years compared with the start of gender-affirming hormones in transmales (z-score [±SD]: start of hormones -0.50 [±0.81], age 22 years -0.033 [±0.95], p=0.002). |

- Actual lumbar spine BMAD values in g/cm$^3$ were statistically significantly higher at age 22 years compared with the start of gender-affirming hormones in transfemales and transmales (**VERY LOW**).

In Vlot et al. 2017 (n=70):
- The z-score for lumbar spine BMAD in transfemales with a bone age of <15 years was statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones (z-score [range]: start of hormones -1.52 [-2.36 to 0.42], 24-month follow-up -1.10 [-2.44 to 0.69], p≤ 0.05). Statistically significant improvements in z-score for lumbar spine BMAD in transfemales with a bone age of ≥15 years were also seen (z-score [range]: start of hormones -1.15 [-2.21 to 0.08], 24-month follow-up -0.66 [-1.66 to 0.54], p≤ 0.05).
- The z-score for lumbar spine BMAD in transmales with a bone age of <14 years was statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones (z-score [range]: start of hormones -0.84 [-2.2 to 0.87], 24-month follow-up -0.15 [-1.38 to 0.94], p≤ 0.01). Statistically significant improvements in z-score for lumbar spine BMAD in transmales with a bone age of ≥14 years were also seen (z-score [range]: start of hormones -0.29 [-2.28 to 0.90], 24-month follow-up -0.06 [-1.75 to 1.61], p≤ 0.01).
- Actual lumbar spine BMAD values in g/cm$^3$ were statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones in transfemales and transmales of all bone ages (**VERY LOW**).

**Bone mineral density (BMD)**
Two uncontrolled, observational studies reported change in lumbar BMD (Klink et al. 2015; Stoffers et al. 2019). BMD was determined using dual energy x-ray absorptiometry (DXA-scan; HologicQDR4500, Hologic). BMD was reported as g/cm$^2$ and as z-scores – see BMAD above for more details).

In Klink et al. 2015 (n=34):
- There was no statistically significant difference in lumbar spine BMD z-score from starting gender-affirming hormones to age 22 years in transfemales or transmales.
- Actual lumbar spine BMD values in g/cm$^2$ were statistically significantly higher at age 22 years compared with the start of gender-affirming hormones in transfemales and transmales (**VERY LOW**).

In Stoffers et al. 2019 (n=62 at 6-month follow-up; n=15 at 24-month follow-up):
- There was no statistically significant difference in lumbar spine BMD z-score in transmales from starting gender-affirming hormones to any timepoint (6, 12 and 24 months).
- There was also no statistically significant difference in actual lumbar spine BMD values in g/cm$^2$ from starting gender-affirming hormones to any timepoint (6, 12 and 24 months) (**VERY LOW**).

| | |
|---|---|
| | **These studies provide very low certainty evidence that lumbar spine bone density (measured by BMAD) increases during treatment with gender-affirming hormones (from baseline to follow-up of 2 to 5 years). Z-scores at the end of follow-up suggest the average lumbar spine bone density was generally lower than the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). The results for bone density (measured by BMD) were inconsistent.** |
| **Change in bone density: femoral neck**<br><br>**Certainty of evidence: very low** | This is an important outcome because childhood and adolescence is a key time for bone development and gender-affirming hormones may affect bone development, as shown by changes in femoral neck bone density.<br><br>Three uncontrolled, observational studies (2 retrospective and 1 prospective) provided evidence related to bone density: femoral neck in children and adolescents with gender dysphoria. This was reported as either bone mineral density (BMD), bone mineral apparent density (BMAD), or both. One study reported change in bone density from start of gender-affirming hormones to age 22 years (Klink et al. 2015). Two studies reported change in bone density from start of gender-affirming hormones up to 24-month follow-up (Stoffers et al. 2019 and Vlot et al. 2017). All participants had previously been treated with a GnRH analogue. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>**Bone mineral apparent density (BMAD)**<br>Two uncontrolled, observational studies reported change in femoral neck BMAD (Klink et al. 2015; Vlot et al. 2017). See above for more details on BMAD.<br><br>In Klink et al. 2015 (n=34):<br>• The z-score for femoral neck BMAD was reported for the start of gender-affirming hormones but not at age 22 years in transfemales or transmales. No statistical analysis reported.<br>• In transfemales there was no statistically significant difference in actual femoral neck BMAD values in g/cm$^3$ at age 22 years compared with start of gender-affirming hormones. In transmales actual lumbar spine BMAD values in g/cm$^3$ were statistically significantly higher at age 22 years compared with start of gender-affirming hormones (mean [±SD]: start of hormones 0.31 [±0.04], age 22 years 0.33 [±0.05], p=0.010) **(VERY LOW)**<br><br>In Vlot et al. 2017 (n=70):<br>• In transfemales (all bone ages), there was no statistically significant difference in femoral neck BMAD z-score from start of gender-affirming hormones to 24-month follow-up.<br>• The z-score for femoral neck BMAD in transmales with a bone age of <14 years was statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones (z-score [range]: start of hormones -0.37 [-2.28 to 0.47], 24-month follow-up -0.37 [-2.03 to 0.85], p≤0.01). Statistically significant improvements in z-score for lumbar spine BMAD in transmales with a bone age of ≥14 years were also |

seen (z-score [range]: start of hormones -0.27 [-1.91 to 1.29], 24-month follow-up 0.02 [-2.1 to 1.35], p≤0.05).
- In transfemales of all bone ages, there was no statistically significant change in actual femoral neck BMAD values in g/cm$^3$ from start of gender-affirming hormones to 24-month follow-up. In transmales of all bone ages, actual femoral neck BMAD values in g/cm$^3$ were statistically significantly higher at 24-month follow-up compared with start of gender-affirming hormones **(VERY LOW)**.

**Bone mineral density (BMD)**
Two uncontrolled, observational studies reported change in femoral neck BMD (Klink et al. 2015; Stoffers et al. 2019). See above for more details on BMD.

In Klink et al. 2015 (n=34):
- In transfemales, there was no statistically significant difference in femoral neck BMD z-score from start of gender-affirming hormones to age 22 years. In transmales, femoral neck BMD z-score was statistically significantly higher at age 22 years compared with start of gender-affirming hormones (z-score [SD]: start of hormones -0.35 [0.79], age 22 years -0.35 [0.74], p=0.006).
- Actual femoral neck BMD values in g/cm$^2$ were statistically significantly higher at age 22 years compared with start of gender-affirming hormones in transfemales and transmales **(VERY LOW)**.

In Stoffers et al. 2019 (n=62 at 6-month follow-up; n=15 at 24-month follow-up):
- there was no statistically significant difference in right or left femoral neck BMD z-score in transmales, from the start of gender-affirming hormones to any timepoint (6, 12 and 24 months).
- There was also no statistically significant difference in transmales in right or left actual femoral neck BMD values in g/cm$^2$ from start of gender-affirming hormones to any timepoint (6, 12 and 24 months) **(VERY LOW)**.

**These studies provide very low certainty evidence that during treatment with gender-affirming hormones from baseline to follow-up of 2 to 5 years, femoral neck bone density (measured by BMAD) was unchanged in transfemales but was statistically significantly increased in transmales (although the absolute change was small). Z-scores at the end of follow-up suggest that average femoral neck bone density was lower in both transfemales and transmales than in the equivalent cisgender population (transfemales compared with cis-males and transmales compared with cis-females). The results for bone density (measured by BMD) were inconsistent.**

| | |
|---|---|
| **Change in clinical parameters: glucose, insulin and HbA1c** | This is an important outcome because the effect of gender-affirming hormones on insulin sensitivity and cardiovascular risk in children and adolescents with gender dysphoria is unknown. |

| | |
|---|---|
| **Certainty of evidence: very low** | Two uncontrolled, retrospective chart reviews (Klaver et al. 2020; Stoffers et al. 2019) provided evidence on glucose, insulin and HbA1c. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>**Glucose levels, insulin levels and insulin resistance**<br>One retrospective chart review (Klaver et al. 2020) reported non-comparative evidence on the change in glucose levels, insulin levels and insulin resistance (measured using Homeostatic Model Assessment of Insulin Resistance [HOMA-IR]) between starting gender-affirming hormones and age 22 years.<br><br>In Klaver et al. 2020 (n=192):<br>• There was no statistically significant change in glucose levels, insulin levels and insulin resistance in transfemales.<br>• There was no statistically significant change in glucose levels in transmales.<br>• There was a statistically significant decrease in insulin levels in transmales (mean change [95% CI] -2.1 mU/L [-3.9 to -0.3], p<0.05; mean insulin level at 22 years [95% CI] 8.6 mU/L [6.9 to 10.2]).<br>• There was a statistically significant decrease in insulin resistance in transmales (HOMA-IR; mean change [95% CI] -0.5 [-1.0 to -0.1], p<0.05; mean HOMA-IR at 22 years [95% CI] 1.8 [1.4 to 2.2]) **(VERY LOW)**.<br><br>**HbA1c**<br>One retrospective chart review (Stoffers et al. 2019; n=62) reported non-comparative evidence on the change in HbA1c in transmales between starting gender-affirming hormones and 24-month follow-up. There was no statistically significant change in HbA1c **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that gender-affirming hormones do not affect HbA1c, glucose levels, insulin levels and insulin resistance.** |
| **Change in clinical parameters: lipids**<br><br>**Certainty of evidence: very low** | This is an important outcome because the effect of gender-affirming hormones on lipid profiles and cardiovascular risk in children and adolescents with gender dysphoria is unknown.<br><br>One retrospective chart review (Klaver et al. 2020) provided non-comparative evidence on the change in lipids (total cholesterol, HDL cholesterol, LDL cholesterol and triglycerides) between starting gender-affirming hormones and age 22 years. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>In Klaver et al. 2020 (n=192):<br>• There was no statistically significant change in total cholesterol, HDL cholesterol and LDL cholesterol in transfemales.<br>• There was a statistically significant decrease (improvement) in triglycerides in transfemales (mean change [95% CI] +0.2 mmol/L [0.0 to 0.5], p<0.05; mean triglyceride level at 22 years [95% CI] 1.1 mmol/L [0.9 to 1.4]).<br>• There was a statistically significant increase in total cholesterol in transmales (mean change [95% CI] +0.4 mmol/L [0.2 to 0.6], |

<table>
<tr>
<td></td>
<td>
p<0.001; mean total cholesterol at 22 years [95% CI] 4.6 mmol/L [4.3 to 4.8]).

- There was a statistically significant decrease (worsening) in HDL cholesterol (mean change in transmales [95% CI] -0.3 mmol/L [-0.4 to -0.1], p<0.001; mean HDL cholesterol at 22 years [95% CI] 1.3 mmol/L [1.2 to 1.3]).
- There was a statistically significant increase (worsening) in LDL cholesterol in transmales (mean change [95% CI] +0.4 mmol/L [0.2 to 0.6], p<0.001; mean LDL cholesterol at 22 years [95% CI] 2.6 mmol/L [2.4 to 2.8]).
- There was a statistically significant increase (worsening) in triglycerides in transmales (mean change [95% CI] +0.5 mmol/L [0.3 to 0.7], p<0.001; mean triglyceride level at 22 years [95% CI] 1.3 mmol/L [1.1 to 1.5]) **(VERY LOW)**.

**This study provides very low certainty evidence that gender-affirming hormones do not affect lipid profiles in transfemales. In transmales, there was a small but statistically significant worsening in cholesterol levels from start of gender-affirming hormone treatment to age 22 years, but mean cholesterol and triglyceride levels were within the UK reference range at the end of treatment.**
</td>
</tr>
<tr>
<td>

**Change in clinical parameters: blood pressure**

**Certainty of evidence: very low**
</td>
<td>
This is an important outcome because the effect of gender-affirming hormones on blood pressure and cardiovascular risk in children and adolescents with gender dysphoria is unknown.

One retrospective chart review (Klaver et al. 2020) provided non-comparative evidence on the change in blood pressure between starting gender-affirming hormones and at age 22 years. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.

In Klaver et al. 2020 (n=192):
- There was no statistically significant change in systolic blood pressure (SBP) in transfemales. However, there was a statistically significant increase in diastolic blood pressure (DBP) in transfemales (mean change [95% CI] +6 mmHg [3 to 10], p<0.001; mean DBP at 22 years [95% CI] 75 [72 to 78]).
- In transmales, there was a statistically significant increase in SBP (mean change [95% CI] +5 mmHg [1 to 9], p<0.05; mean SBP at 22 years [95% CI] 126 [122 to 130]), and DBP (mean change [95% CI] +6 mmHg [4 to 9], p<0.001; mean DBP at 22 years [95% CI] 74 [72 to 77]) **(VERY LOW)**.

**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase blood pressure from start of treatment to age 22 years, although the absolute increase was small.**
</td>
</tr>
<tr>
<td>

**Change in clinical parameters: body mass index (BMI)**
</td>
<td>
This is an important outcome because the effect of gender-affirming hormones on weight gain and cardiovascular risk in children and adolescents with gender dysphoria is unknown.

One retrospective chart review (Klaver et al. 2020) provided non-comparative evidence on the change in body mass index (BMI) between starting gender-affirming hormones and age 22 years. All
</td>
</tr>
</table>

| | |
|---|---|
| Certainty of evidence: very low | outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>In Klaver et al. 2020 (n=192):<br>• There was a statistically significant increase in BMI in transfemales from the start of gender-affirming hormones to age 22 years (mean change [95% CI] +1.9 [0.6 to 3.2], p<0.005; mean BMI at 22 years [95% CI] 23.2 [21.6 to 24.8]. At age 22 years, 9.9% of transfemales were obese, compared with 3.0% in a reference population of cisgender men.<br>• There was a statistically significant increase in BMI in transmales from the start of gender-affirming hormones to age 22 years (mean change [95% CI] +1.4 [0.8 to 2.0], p<0.005; mean BMI at 22 years [95% CI] 23.9 [23.0 to 24.7]). At age 22 years, 6.6% of transmales were obese, compared with 2.2% in a reference population of cisgender women **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase BMI from start of treatment to age 22 years, although most participants were within the healthy weight range.** |
| Change in clinical parameters: liver function<br><br>Certainty of evidence: very low | This is an important outcome because if treatment-induced liver injury (raised liver enzymes are a marker of this) is suspected, gender-affirming hormones may need to be stopped.<br><br>One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in liver enzymes in transmales between starting gender-affirming hormones and up to 24-months follow-up.<br><br>In Stoffers et al. 2019 (n=62):<br>• There was no statistically significant change in aspartate aminotransferase (AST), alanine aminotransferase (ALT) and gamma-glutamyltransferase (GCT) in transmales.<br>• There was a statistically significant increase in alkaline phosphatase (ALP) levels from starting gender-affirming hormones to 6- and 12-months follow-up, although by 24-months the difference was not statistically significant (median [IQR]: start of hormones 102 [78 to 136], 6-month follow-up 115 [102 to 147]  p<0.001, 12-month follow-up 112 [88 to 143] p<0.001) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that gender-affirming hormones do not affect liver function in transmales from baseline to 24 months follow-up.** |
| Change in clinical parameters: kidney function<br><br>Certainty of evidence: very low | This is an important outcome because if renal damage (raised serum creatinine and urea are markers of this) is suspected, treatment with gender-affirming hormones may need to be stopped.<br><br>One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in serum creatinine and serum urea levels in transmales between starting gender-affirming hormones and up to 24-months follow-up.<br><br>In Stoffers et al. 2019 (n=62): |

| | • There was a statistically significant increase in creatinine levels in transmales at all timepoints up to 24 months (mean [SD]: start of hormones 62 umol/L [7], 6 months 70 umol/L [9] , 12 months 74 umol/L [10], 24 months 81 umol/L [10], p<0.001). |
|---|---|
| | • There was no statistically significant change in urea in transmales (follow-up duration not reported) **(VERY LOW)**. |
| | **This study provides very low certainty evidence on the effects of gender-affirming hormones on kidney function in transmales from baseline to 24 months follow-up. A statistically significant increase in creatinine levels was seen, but these were within the UK reference range. Urea levels were unchanged.** |
| **Treatment discontinuation**<br><br>**Certainty of evidence: very low** | This is an important outcome because there is uncertainty about the short- and long-term impact of stopping treatment with gender-affirming hormones in children and adolescents with gender dysphoria.<br><br>One uncontrolled, retrospective chart review (Khatchadourian et al. 2014) provided evidence relating to permanent or temporary treatment discontinuation in children and adolescents with gender dysphoria.<br><br>Khatchadourian et al. 2014 narratively reported treatment discontinuation in a cohort of 63 adolescents (24 transfemales and 39 transmales) who received gender-affirming hormones:<br>• No participants permanently discontinued gender-affirming hormones.<br>• No transfemales temporarily discontinued gender-affirming hormones.<br>• Three transmales temporarily discontinued gender-affirming hormones due to:<br>    ○ mental health comorbidities (n=2)<br>    ○ androgenic alopecia (n=1).<br>All 3 participants eventually resumed treatment, although timescales were not reported **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that the rates of discontinuation during treatment with gender-affirming hormones are low (duration of treatment not reported).** |
| **Adverse effects**<br><br>**Certainty of evidence: very low** | This is an important outcome because if there are adverse effects, gender-affirming hormones may need to be stopped.<br><br>One uncontrolled, retrospective chart review (Khatchadourian et al. 2014)  provided evidence relating to adverse effects from gender-affirming hormones in children and adolescents with gender dysphoria.<br><br>Khatchadourian et al. 2014 narratively reported adverse effects in a cohort of 63 adolescents (24 transfemales and 39 transmales) receiving treatment with gender-affirming hormones:<br>• No severe complications were reported.<br>• No transfemales reported minor complications.<br>• Twelve transmales developed minor complications, which were:<br>    ○ severe acne, requiring isotretinoin treatment (n=7)<br>    ○ androgenic alopecia (n=1)<br>    ○ mild dyslipidaemia (further details not provided; n=3)<br>    ○ significant mood swings (n=1) **(VERY LOW)**. |

App.0187

| | This study provides very low certainty evidence about the potential adverse effects of gender-affirming hormones (duration of treatment not reported). No conclusions could be drawn. |
|---|---|

**Abbreviations:** ALP: alkaline phosphatase; ALT: alanine aminotransferase; AST: aspartate aminotransferase; BMAD: bone mineral apparent density; BMD: bone mineral density; BMI: body mass index; DBP: diastolic blood pressure; GGT: gamma-glutamyl transferase; HbA1c: glycated haemoglobin; HDL: high-density lipoproteins; HOMA-IR: Homeostatic Model Assessment of Insulin Resistance; IQR: interquartile range; LDL: low-density lipoproteins; p: p-value; SBP: systolic blood pressure; SD: standard deviation.

## In children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?

| Outcome | Evidence statement |
|---|---|
| Cost-effectiveness | No studies were identified to assess the cost-effectiveness of gender-affirming hormones for children and adolescents with gender dysphoria. |

## From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may benefit from gender-affirming hormones more than the wider population of interest?

| Subgroup | Evidence statement |
|---|---|
| **Sex assigned at birth males (transfemales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth males (transfemales). This included some direct comparisons with sex assigned at birth females (transmales).<br><br>**Impact on mental health: depression and anxiety**<br>One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported the change in depression (measured using QIDS clinician-reported and self-reported), anxiety and anxiety-related symptoms (measured using SCARED) in transfemales. See the clinical effectiveness results above for full details.<br><br>In Kuper et al. 2020 (n=33 to 45, varies by outcome), changes were seen in depression, anxiety and anxiety-related symptoms from baseline to follow-up but the authors did not report any statistical analyses, so it is unclear if was any changes were statistically significant (**VERY LOW**).<br><br>**This study provides very low certainty evidence on the effects of gender-affirming hormones on depression, anxiety and anxiety-related symptoms over time in sex assigned at birth males (transfemales; mean duration of treatment 10.9 months). No conclusions could be drawn.**<br><br>**Impact on mental health: suicidality** |

One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in Ask Suicide-Screening Questions (ASQ) in transfemales compared with transmales. See the clinical effectiveness results above for full details.

Between baseline and the final assessment, there was no statistically significant difference in change in ASQ score for transfemales compared with transmales (p=0.79; n=47) **(VERY LOW)**.

One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in suicidal ideation in transfemales measured using additional questions from the PHQ 9_Modified for Teens. See the clinical effectiveness results above for full details.

At baseline, 11.8% (2/17) of transfemales had suicidal ideation, compared with 5.9% (1/17) at about 12-months follow-up (no statistical analysis reported) **(VERY LOW)**.

**These studies provide very low certainty evidence that any change in suicidal ideation is not different between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales) from baseline to follow-up of about 12 months.**

**Impact on quality of life**
One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in the GWBS of the Paediatric Quality of Life Inventory in transfemales compared with transmales. See the clinical effectiveness results above for full details.

Between baseline and final assessment, there was no statistically significant difference in change in GWBS of the Paediatric Quality of Life Inventory for transfemales compared with transmales (p=0.32; n=47) **(VERY LOW)**.

**This study provides very low certainty evidence that any change in general wellbeing is not different between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales) from baseline to follow-up of about 12 months.**

**Impact on body image**
One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported change in Body Image Scale (BIS) in transfemales. See the clinical effectiveness results above for full details.

In Kuper et al. 2020 (n=30), the mean (±SD) BIS score was 67.5 points (±19.5) at baseline and 49.0 points (±21.6) at follow-up (no statistical analysis reported) **(VERY LOW).**

**This study provides very low certainty evidence on the effects of gender-affirming hormones on body image over time in transfemales (mean duration of treatment 10.9 months). No conclusions could be drawn.**

**Change in bone density: lumbar spine**

Two uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on lumber spine bone density in transfemales (Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.

**These studies provide very low certainty evidence that lumbar spine bone density (measured by BMAD) increases during treatment with gender-affirming hormones in sex assigned at birth males (transfemales). Z-scores at the end of follow-up suggest average lumbar spine bone density was generally lower than in the equivalent cisgender population. The results for lumbar spine bone density (measured by BMD) were inconsistent.**

**Change in bone density: femoral neck**
Two uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on femoral neck bone density in transfemales (Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.

**These studies provide very low certainty evidence that femoral neck bone density (measured by BMAD) was unchanged in sex assigned at birth males (transfemales) during treatment with gender-affirming hormones (follow-up between 2 and 5 years). Z-scores at the end of follow-up suggest and the average femoral neck bone density was lower than in the equivalent cisgender population. The results for femoral neck bone density (measured by BMD) were inconsistent.**

**Change in clinical parameters: glucose, insulin and HbA1c**
One uncontrolled, retrospective chart review (Klaver et al. 2020) provided evidence on glucose, insulin and HbA1c in transfemales. See the safety results table above for a full description of the results.

**This study provided very low certainty evidence that gender-affirming hormones do not affect HbA1c, glucose levels, insulin levels and insulin resistance in sex assigned at birth males (transfemales) from the start of treatment to age 22 years.**

**Change in clinical parameters: lipids**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in lipids (total cholesterol, HDL cholesterol, LDL cholesterol and triglycerides) in transfemales. See the safety results table above for a full description of the results.

**This study provides very low certainty evidence that gender-affirming hormones do not affect lipid profiles in sex assigned at birth males (transfemales) from the start of treatment to age 22 years.**

**Change in clinical parameters: blood pressure**

App.0190

|  | One retrospective chart review ([Klaver et al. 2020](#)) provided evidence on the change in blood pressure in transfemales. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase blood pressure in sex assigned at birth males (transfemales), although the absolute increase was small from the start of treatment to age 22 years.**<br><br>**Change in clinical parameters: body mass index (BMI)**<br>One retrospective chart review ([Klaver et al. 2020](#)) provided evidence on the change in BMI in transfemales. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase BMI in sex assigned at birth males (transfemales), although most participants were within the healthy weight range from the start of treatment to age 22 years.**<br><br>**Treatment discontinuation**<br>One uncontrolled, retrospective chart review provided evidence relating to permanent or temporary discontinuation of gender-affirming hormones in transfemales ([Khatchadourian et al. 2014](#)).<br><br>**This study provides very low certainty evidence that the rates of discontinuation during treatment with gender-affirming hormones in sex assigned at birth males (transfemales) are low. Duration of treatment with gender-affirming hormones was not reported.**<br><br>**Adverse effects**<br>One uncontrolled, retrospective chart review provided evidence relating to adverse effects from gender-affirming hormones in transfemales ([Khatchadourian et al. 2014](#)).<br><br>**This study provides very low certainty evidence about the potential adverse effects of gender-affirming hormones in sex assigned at birth males (transfemales). No conclusions could be drawn. Duration of treatment with gender-affirming hormones was not reported.** |
| **Sex assigned at birth females (transmales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth females (transmales). This included some direct comparisons with sex assigned at birth males (transfemales).<br><br>**Impact on mental health: depression and anxiety**<br>One uncontrolled, prospective, longitudinal study ([Kuper et al. 2020](#)) reported the change in depression (measured using QIDS clinician-reported and self-reported), anxiety and anxiety-related symptoms (measured using SCARED) in transmales. See the clinical effectiveness results above for full details.<br><br>In Kuper et al. 2020 (n=65 to 78, varies by outcome), changes were seen in depression, anxiety and anxiety-related symptoms from |

baseline to follow-up but the authors did not report any statistical analysis, so it is unclear if any changes are statistically significant **(VERY LOW)**.

**This study provides very low certainty evidence on the effects of gender-affirming hormones on depression, anxiety and anxiety-related symptoms over 10.9 months in transmales. No conclusions could be drawn.**

**Impact on mental health: suicidality**
One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in Ask Suicide-Screening Questions (ASQ) in transmales compared with transfemales. See the sex assigned at birth males (transfemales) row above for full details of the results.

One uncontrolled, prospective, longitudinal study (Achille et al. 2020) reported the change in suicidal ideation in transmales measured using additional questions from the PHQ 9_Modified for Teens. See the clinical effectiveness results above for full details.

At baseline, 9.1% (3/33) of transmales had suicidal ideation, compared with 6.1% (2/33) at about 12-months follow-up (no statistical analysis reported) **(VERY LOW)**.

**These studies provide very low certainty evidence that any change in suicidal ideation is not different between sex assigned at birth females (transmales) and sex assigned at birth males (transfemales). Mean duration of treatment about 12 months.**

**Impact on quality of life**
One uncontrolled, retrospective, longitudinal study (Allen et al. 2019) reported the change in the GWBS of the Paediatric Quality of Life Inventory in transmales compared with transfemales. See the sex assigned at birth males (transfemales) row above for full details of the results.

**This study provides very low certainty evidence that any change in general wellbeing is not different between sex assigned at birth females (transmales) and sex assigned at birth males (transfemales). Mean duration of treatment about 12 months.**

**Impact on body image**
One uncontrolled, prospective, longitudinal study (Kuper et al. 2020) reported change in Body Image Scale (BIS) in transmales. See the clinical effectiveness results above for full details.

In Kuper et al. 2020 (n=66), the mean (±SD) BIS score was 71.1 points (±13.4) at baseline and 52.9 points (±16.8) at follow-up (no statistical analysis reported) **(VERY LOW)**.

**This study provides very low certainty evidence on the effects of gender-affirming hormones on body image over 10.9 months in transmales. No conclusions could be drawn.**

**Change in bone density: lumbar spine**

42

App.0192

Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on lumber spine bone density in transmales (Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017). See the safety results table above for a full details of the results.

**These studies provide very low certainty evidence that lumbar spine bone density (measured by BMAD) increases during 2 to 5 years treatment with gender-affirming hormones in sex assigned at birth females (transmales). Z-scores at the end of follow-up suggest the average lumbar spine bone density was generally lower than in the equivalent cisgender population. The results for lumbar spine bone density (measured by BMD) were inconsistent.**

**Change in bone density: femoral neck**
Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of gender-affirming hormones on femoral neck bone density in transmales (Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017). See the safety results table above for a full details of the results.

**These studies provide very low certainty evidence that femoral neck bone density (measured by BMAD) statistically significantly increased in sex assigned at birth females (transmales) during 2 to 5 years treatment with gender-affirming hormones. Z-scores at the end of follow-up suggest the average femoral neck bone density was generally lower than in the equivalent cisgender population. The results for femoral neck bone density (measured by BMD) were inconsistent.**

**Change in clinical parameters: glucose, insulin and HbA1c**
Two uncontrolled, retrospective chart reviews (Klaver et al. 2020; Stoffers et al. 2019) provided evidence on glucose, insulin and HbA1c in transmales. See the safety results table above for full details of the results.

**This study provided very low certainty evidence that gender-affirming hormones do not affect HbA1c, glucose levels, insulin levels and insulin resistance in sex assigned at birth females (transmales). Reported from start of treatment to age 22 years.**

**Change in clinical parameters: lipids**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in lipids (total cholesterol, HDL cholesterol, LDL cholesterol and triglycerides) in transmales. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that treatment with gender-affirming hormones is associated with a small but statistically significant worsening of cholesterol levels in sex assigned at birth females (transmales), but mean cholesterol and triglyceride levels were within the UK reference range at end of treatment, from start of treatment to age 22 years.**

**Change in clinical parameters: blood pressure**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in blood pressure in transmales. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase blood pressure in sex assigned at birth females (transmales), although the absolute increase was small, from start of treatment to age 22 years.**

**Change in clinical parameters: body mass index (BMI)**
One retrospective chart review (Klaver et al. 2020) provided evidence on the change in body mass index (BMI) in transmales. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that gender-affirming hormones statistically significantly increase BMI in sex assigned at birth females (transmales), although most participants were within the healthy weight range, from start of treatment to age 22 years.**

**Change in clinical parameters: liver function**
One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in liver enzymes in transmales between starting gender-affirming hormones and up to 24-months follow-up. See the safety results table above for full details of the results.

**This study provides very low certainty evidence that gender-affirming hormones for about 12 months do not affect liver function in sex assigned at birth females (transmales).**

**Change in clinical parameters: kidney function**
One retrospective chart review (Stoffers et al. 2019) provided non-comparative evidence on the change in serum creatinine and serum urea levels in transmales between starting gender-affirming hormones and up to 24-months follow-up. See the safety results table above for full details of the results.

**This study provides very low certainty evidence on the effects of gender-affirming hormones on kidney function in sex assigned at birth females (transmales). A statistically significant increase in creatinine levels was seen at about 12 months follow-up, but these were within the UK reference range. Urea levels were unchanged.**

**Treatment discontinuation**
One uncontrolled, retrospective chart review provided evidence relating to permanent or temporary discontinuation of gender-affirming hormones in transmales (Khatchadourian et al. 2014). See the safety results table above for full details of the results.

**This study provides very low certainty evidence that the rates of treatment discontinuation with gender-affirming hormones in sex**

| | assigned at birth females (transmales) is low. Duration of gender-affirming hormones not reported.<br><br>**Adverse effects**<br>One uncontrolled, retrospective chart review provided evidence for adverse effects from gender-affirming hormones in transmales ([Khatchadourian et al. 2014](#)). See the safety results table above for full details of the results.<br><br>**This study provides very low certainty evidence about the potential adverse effects of gender-affirming hormones in sex assigned at birth females (transmales). No conclusions could be drawn. Duration of gender-affirming hormones not reported.** |
|---|---|
| **Duration of gender dysphoria** | No evidence was identified. |
| **Age at onset of gender dysphoria** | No evidence was identified. |
| **Age at onset of puberty** | No evidence was identified. |
| **Tanner stage at which GnRH analogue or gender-affirming hormones started** | One uncontrolled, prospective, longitudinal study ([Kuper et al. 2020](#)) reported the impact of Tanner stage on outcomes, although it is not clear whether this is referring to Tanner stage at initial assessment, at the start of GnRH analogues or at another timepoint. |
| **Diagnosis of autistic spectrum disorder** | No evidence was identified. |
| **Diagnosis of a mental health condition** | One uncontrolled, prospective, longitudinal study ([Achille et al. 2020](#)) reported outcomes that were adjusted for engagement in counselling and medicines for mental health problems. Information about diagnoses and treatment were not provided. Rates of mental health issues appear to be high in the cohort.<br><br>**Impact on mental health**<br>Achille et al. 2020 reported the change in depression scores, controlled for engagement in counselling and medicines for mental health problems (measured using the Center for Epidemiologic Studies Depression [CESD-R] scale and Patient Health Questionnaire Modified for Teens [PHQ 9_Modified for Teens] score:<br>• There was no statistically significant change in CESD-R from baseline to about 12-months follow-up.<br>• There was no statistically significant change in PHQ 9_Modified for Teens score from baseline to about 12-months follow-up **(VERY LOW)**.<br><br>**Impact on quality of life**<br>Achille et al. 2020 reported the change in quality of life scores, controlled for engagement in counselling and medicines for mental health problems (measured using the Quality of Life Enjoyment and Satisfaction Questionnaire [QLES-Q-SF] score:<br>• There was no statistically significant change in QLES-Q-SF score from baseline to about 12-months follow-up **(VERY LOW)**. |

| | This study provides very low certainty evidence about outcomes that were adjusted for engagement in counselling and medicines for mental health problems. No conclusions could be drawn. |
|---|---|

**Abbreviations:** ASQ: Ask Suicide-Screening Questions; CESD-R: Center for Epidemiologic Studies Depression; GnRH: Gonadotrophin releasing hormone; GWBS: General Well-Being Scale; HDL: high-density lipoproteins; LDL: low-density lipoproteins; p: p-value; PHQ 9_Modified for Teens: Patient Health Questionnaire Modified for Teens; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire.

**From the evidence selected,**
**(a)   what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)   what were the ages at which participants commenced treatment with gender-affirming hormones?**
**(c)   what was the duration of treatment with GnRH analogues?**

| Outcome | Evidence statement |
|---|---|
| **Diagnostic criteria** | The DSM-IV-TR criteria was used in 3 studies (Klaver et al. 2020, Klink et al. 2015 and Vlot et al. 2017).<br><br>The DSM-V criteria was used in 2 studies (Kuper et al. 2020 and Stoffers et al. 2019). The DSM-V has one overarching definition of gender dysphoria with separate specific criteria for children and for adolescents and adults. The general definition describes a conflict associated with significant distress and/or problems functioning associated with this conflict between the way they feel and think of themselves which must have lasted at least 6 months.<br><br>The ICD-10 diagnosis of 'transsexualism' was used in 1 study (Kaltiala et al. 2020). The authors state that this is the corresponding diagnosis to 'gender dysphoria' in the DSM-V, and that diagnostic assessments in the study location (Finland) take place according to ICD-10.<br><br>It was not reported how gender dysphoria was defined in the remaining 4 studies **(VERY LOW)**.<br><br>**From the evidence selected, the most commonly reported diagnostic criteria for gender dysphoria (5/10 studies) was the DSM criteria in use at the time the study was conducted.** |
| **Age when gender-affirming hormones started** | 8/10 studies reported the age at which participants started treatment with gender-affirming hormones, either as the mean age (with SD) or median age (with the range): |

| Study | Mean age (± SD) |
|---|---|
| Allen et al. 2019 | 16.7 years (not reported) |
| Khatchadourian et al. 2014 | 17.4 years (1.9) |
| Klaver et al. 2020 | 16.4 years (1.1) in transfemales<br>16.9 years (0.9) in transmales |
| Kuper et al. 2020 | 16.2 (1.2) |
| Klink et al. 2015 | 16.6 years (1.4) in transfemales<br>16.4 years (2.3) in transmales |

App.0196

| Study | Median age (range) |
|---|---|
| Stoffers et al. 2019 | 17.2 years (15 to 19.5) |
| Vlot et al. 2017 | 16.3 years (15.9 to 19.5) in transfemales<br>16.0 years (14.0 to 18.9) in transmales |

Age at the start of treatment was not reported in 3 studies:
- In Achille et al. 2020 the mean age at initial assessment (baseline) was 16.2 years (SD ±2.2)
- In Kaltiala et al. 2020 the mean age at diagnosis was 18.1 years (range 15.2 to 19.9)
- In Lopez de Lara et al. 2020 the mean age of participants was 16 years (range 14 to 18), although it is not clear if this is at the initial assessment or at the start of gender-affirming hormones.

**The evidence included showed that most children and adolescents started treatment with gender-affirming hormones at about 16 to 17 years, with a range of about 14 to 19 years.**

| | |
|---|---|
| **Duration of treatment with GnRH analogues** | The duration of treatment with GnRH analogues was reported in 3/10 studies: |

| Study | Median duration |
|---|---|
| Klaver et al. 2020 | 2.1 years (IQR 1.0 to 2.7) in transfemales<br>1.0 years (IQR 0.5 to 2.9) in transmales |
| Klink et al. 2015 | 1.3 years (range 0.5 to 3.8) in transfemales<br>1.5 years (range 0.25 to 5.2) in transmales<br>(GnRH analogue monotherapy) |
| Stoffers et al. 2019 | 8 months (range 3 to 39) |

**The evidence included showed wide variation in the duration of treatment with gender-affirming hormones, but most studies did not report this information. Treatment duration ranged from a few months up to about 5 years.**

**Abbreviations:** DSM, Diagnostic and Statistical Manual of Mental Disorders criteria; GnRH, Gonadotrophin-releasing hormone; ICD, International Statistical Classification of Diseases and Related Health Problems; IQR, interquartile range; SD, standard deviation.

# 6. Discussion

A key limitation to identifying the effectiveness and safety of gender-affirming hormones for children and adolescents with gender dysphoria is the lack of reliable comparative studies. All the studies included in this evidence review are uncontrolled observational studies, which are subject to bias and confounding and were of very low certainty using modified GRADE. The size of the population with gender dysphoria means conducting a prospective trial may be unrealistic, at least on a single centre basis. There may also be ethical issues with a 'no treatment arm' in comparative trials of gender-affirming hormones, where there may be poor mental health outcomes if treatment is withheld. However, the use of an active comparator such as close psychological support may reduce ethical concerns in future trials. A fundamental limitation of all the uncontrolled studies included in this review is that any changes in scores from baseline to follow-up could be attributed to a regression-to-the-mean.

The included studies have relatively short follow-up, with an average duration of treatment with gender-affirming hormones between around 1 year and 5.8 years. Further studies with a longer follow-up are needed to determine the long-term effect of gender-affirming hormones for children and adolescents with gender dysphoria.

Most studies included in this review did not report comorbidities (physical or mental health) and no study reported concomitant treatments in detail. Because of this it is not clear whether any changes observed were due to gender-affirming hormones or other treatments the participants may have received. For example, we do not know if any improvement in depression symptom score over time was the result of gender-affirming hormones or the mental health support the person may be receiving (including medicines or counselling). This may be of particular importance for the mental health outcomes discussed in this review, since depression, anxiety and other related symptoms are common in children and adolescents with gender dysphoria. In Achille et al. 2020, at baseline around one-third of participants were taking medicines for mental health problems and around two-thirds reported being depressed in the past year. In Kaltiala et al. 2020, half the participants needed mental health treatment during and before gender identity assessment, with the most common reasons for treatment being depression, anxiety and suicidality. Only 1 study reported outcomes adjusted for engagement in counselling and medicines for mental health problems (Achille et al. 2020). This study found that gender-affirming hormones had no significant impact on depression and quality of life when adjusted for mental health care, despite significant approvements reported for the unadjusted results. However, it is not possible to draw conclusions on the impact of concurrent mental health treatment on the effect of gender-affirming hormones based on this study alone. Details of the mental health care provided are not reported in the study and results are presented for transfemales and transmales separately, resulting in small patient numbers and possible underpowering.

In most of the included studies, details of the gender-affirming hormone treatment regimens are poorly reported, with limited information provided about the medicines, doses and routes of administration used. It is not clear whether the interventions used in the studies are reflective of current UK practice for children and adolescents with gender dysphoria. There is also the suggestion that the hormone dose used in 1 study may have been too low; the authors of Klink et al. 2015 suggest that the relatively low initial dose of oestrogen for transfemales may be the reason for the observed lack of effect on lumber spine bone density. Duration of treatment with a GnRH analogue is also poorly reported and is only stated in 3/10 studies.

There is a degree of indirectness in some studies, with some participants included that fall outside of the population of this evidence review. For example, in Kuper et al. 2020 17% of participants received puberty suppression alone, and in Achille et al. 2020, 30% of participants received no treatment or puberty suppression alone. Some results and statistical analyses are only reported for the whole cohort in these studies and not the subgroup of participants who received gender-affirming hormones.

Participant numbers are poorly reported in some of the included studies. In Achille et al. 2020, 47% (45/95) of the people who entered the study did not have follow-up data and were excluded from the analyses, with no explanation or description of those people lost to follow-up. In Kuper et al. 2020, the number of participants varied by outcome, with less than

two-thirds of participants providing data for some outcomes. The authors provide no explanation for this incomplete reporting.

It is not clear whether some outcome measures, specifically those related to psychosocial functioning, are relevant to the UK population. In Kaltiala et al. 2020, an observational study conducted in Finland, the proportion of participants living with parents or guardians is reported as marker of appropriate functioning. The authors state that in Finnish culture young people tend to leave the parental home early, with only around one-quarter of 20 to 24 year olds still living at home. This is lower than in the UK, where around half of 20 to 24 year olds live with their parents or guardians (ONS: Why are more young people living with their parents?).

It is difficult to draw firm conclusions for many of the effectiveness and safety outcomes reported in the included studies because many different scoring tools and methods were used to assess the same outcome, often with conflicting results. For example, bone density is reported as bone mineral density (BMD) and bone mineral apparent density (BMAD) in the same study, the latter being a size-adjusted measure often useful for people whose bones are still growing. For some populations (transfemale versus transmale) and bone regions (lumber spine versus femoral neck), statistically significant differences in BMD are reported but not for BMAD, and vice versa.

In addition to this, most outcomes reported across the included studies do not have an accepted minimal clinically important difference (MCID), making it difficult the determine whether any observed statistically significant changes are clinically meaningful. However, the authors of some studies report thresholds to interpret the results of the scoring tools, so some conclusions can be made. For example, the mean Utrecht Gender Dysphoria Scale (UGDS) score (a measure of gender dysphoria symptoms) reduced to about 15 points after treatment with gender-affirming hormones (Lopez de Lara et al. 2020). The authors state that scores of 40 points or above signify gender dysphoria, suggesting that after about 12 months of treatment with gender-affirming hormones, the majority of participants did not have symptoms of gender dysphoria.

The impact of gender-affirming hormones on bone density was reported in 3 studies (Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017). Although these studies did not include a control group, comparisons to a reference population are reported using z-scores. Comparisons were made to a cisgender population, meaning for example that bone density in transfemales was compared with bone density in cisgender males. The authors of Klink et al. 2015 note that this may not be the ideal comparison, because androgens and oestrogens affect bone differently, and that bone properties in a trans population differ from their age- and sex assigned at birth-matched controls. Beyond this, a major limitation when trying to determine the impact of gender-affirming hormones on the short- and long-term bone health of children and adolescents is the lack of data on fracture rates and other patient-orientated outcomes, including rates of osteoporosis. Studies of GnRH analogues in children and adolescents with gender dysphoria suggest that GnRH analogue treatment may reduce the expected increase in bone density (which is expected during puberty). Although improvements in bone density were reported following treatment with gender-affirming hormones, Z-scores suggest that bone density remained lower in transfemales and transmales compared with an equivalent cisgender population.

One study reported on cardiovascular risk factors at age 22 years in people who started gender-affirming hormones for gender dysphoria as adolescents. While glucose levels, insulin levels and insulin resistance were broadly unchanged at 22 years, statistically significant increases in blood pressure and body mass index were seen. A small but statistically significant worsening of the lipid profile in transmales who received testosterone was also seen at age 22 years. However, further studies with a considerably longer follow-up and a focus on patient-oriented outcomes, including cardiovascular events and mortality are needed to determine the long-term impact on cardiovascular health of starting gender-affirming hormones during childhood and adolescence.

Only 1 study reported adverse events and discontinuation rates with gender-affirming hormones in children and adolescents. Conclusions on these outcomes cannot be made based on this study alone.

This review did not identify sub-groups of people who may benefit more from gender-affirming hormones. Limited evidence from 2 studies suggests there was no difference in response to treatment between transfemales and transmales for mental health and quality of life (Achille et al. 2020 and Allen et al. 2019).

## 7. Conclusion

This evidence review found limited evidence for the effectiveness and safety of gender-affirming hormones in children and adolescents with gender dysphoria, with all studies being uncontrolled, observational studies, and all outcomes of very low certainty. Any potential benefits of treatment must be weighed against the largely unknown long-term safety profile of these treatments.

The results from 5 uncontrolled, observational studies (Achille et al. 2020, Allen et al. 2019, Kaltiala et al. 2020. Kuper et al. 2020, Lopez de Lara et al. 2020) suggest that, in children and adolescents with gender dysphoria, gender-affirming hormones are likely to improve symptoms of gender dysphoria, and may also improve depression, anxiety, quality of life, suicidality, and psychosocial functioning. The impact of treatment on body image is unclear. All results were of very low certainty. The clinical relevance of any improvements to the person is difficult to determine because most outcomes do not have a recognised minimal clinically important difference, and the authors do not present statistical analysis for some outcomes.

A further 5 uncontrolled, observational studies (Khatchadourian et al. 2014, Klaver et al. 2020, Klink et al. 2015, Stoffers et al. 2019 and Vlot et al. 2017) reported on safety outcomes, all of which provided very low certainty evidence. Statistically significant increases in some measures of bone density were seen following treatment with gender-affirming hormones, although results varied by bone region (lumber spine versus femoral neck) and by population (transfemales versus transmales). However, z-scores suggest that bone density remained lower in transfemales and transmales compared with an equivalent cisgender population. Results from 1 study of gender-affirming hormones started during adolescence reported statistically significant increases in blood pressure and body mass index, and worsening of the lipid profile (in transmales) at age 22 years, although longer term studies that report on cardiovascular event rates are needed. Adverse events and discontinuation rates associated with gender-affirming hormones were only reported in 1 study, and no conclusions can be made on these outcomes.

This review did not identify sub-groups of people who may benefit more from gender-affirming hormones. Limited evidence from 2 studies suggests there was no difference in response to treatment between transfemales and transmales for mental health and quality of life (Achille et al. 2020 and Allen et al. 2019).

No cost-effectiveness evidence was found to determine whether gender-affirming hormones are a cost-effective treatment for children and adolescents with gender dysphoria.

## Appendix A PICO

The review questions for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

3. For children and adolescents with gender dysphoria, what is the cost-effectiveness of gender-affirming hormones compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?

4. From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria?

5. From the evidence selected,

   (a)  what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?

   (b)  what were the ages at which participants commenced treatment with gender-affirming hormones?

   (c)  what was the duration of GnRH analogues treatment?

**PICO table**

| | |
|---|---|
| **P –Population and Indication** | Children and adolescents aged 18 years or less who have gender dysphoria, gender identity disorder or gender incongruence of childhood as defined by the study.<br><br>The following subgroups of children and adolescents with gender dysphoria, gender identity disorder or gender incongruence of childhood need to be considered: |

51

App.0201

| | |
|---|---|
| | • Sex assigned at birth males<br>• Sex assigned at birth females<br>• The duration of gender dysphoria: less than 6 months, 6-24 months, and more than 24 months)<br>• The age at which treatment was initiated with GnRH analogues and with gender-affirming hormones.<br>• The age of onset of gender dysphoria<br>• The age of onset of puberty<br>• Adolescents with gender dysphoria who have a pre-existing diagnosis of autistic spectrum disorder.<br>• Adolescents with gender dysphoria who had a significant mental health symptom load at diagnosis including anxiety, depression (with or without a history of self-harm and suicidality), psychosis, personality disorder, Attention Deficit Hyperactivity Disorder and eating disorders. |
| **I – Intervention** | Gender-affirming hormone treatments:<br>    • A testosterone preparation for sex assigned at birth female patients which may include testosterone in the form of Sustanon injections*; testosterone enantate injections; Tostran gel*; Testogel;  Testim gel; oral testosterone capsules in the form of testosterone undecanoate ( Restandol); Andriol testocaps; Nebido<br><br>    • An oestradiol preparation** for sex assigned at birth male patients which may include: oral estradiol valerate*; oestrogen patches (7β-oestradiol patches e.g. Evorel or Estradem); Estradot patches; ethinyloestradiol ***<br><br>*These are the used by Leeds Hospital, England.<br>** Be aware that the American spelling is oestrogen without the 'o'.<br>***Ethinyloestradiol is rarely used. |
| **C – Comparator(s)** | One or a combination of:<br>• Psychological support<br>• Social transitioning to the gender with which the individual identifies.<br><br>No intervention |
| **O – Outcomes** | There are no known minimal clinically important differences and there are no preferred timepoints for the outcome measures selected.<br><br>**All outcomes should be stratified by:**<br><br>    • The age at which treatment with gender-affirming hormones was initiated<br>    • The length of treatment with GnRH analogues where possible.<br><br>**A: Clinical Effectiveness**<br><br>*Critical to decision making*<br><br>    • **Impact on gender dysphoria**<br>This outcome is critical because gender dysphoria in adolescents and children is associated with significant distress and problems functioning. Impact on gender |

App.0202

dysphoria may be measured by the Utrecht Gender Dysphoria Scale. Other measures as reported in studies may be used as an alternative to the stated measure.

- **Impact on mental health**

Examples of mental health problems include self-harm, thoughts of suicide, suicide attempts, suicide, eating disorders, depression/low mood and anxiety. These outcomes are critical because self-harm and thoughts of suicide have the potential to result in significant physical harm and for completed suicides the death of the young person. Disordered eating habits may cause significant morbidity in young people. Depression and anxiety are also critical outcomes because they may impact on social, occupational, or other areas of functioning of children and adolescents. The Child and Adolescent Psychiatric Assessment (CAPA) may be used to measure depression and anxiety. The impact on self-harm and suicidality (ideation and behaviour) may be measured using the Suicide Ideation Questionnaire Junior. Other measures may be used as an alternative to the stated measure.

- **Impact on Quality of Life**

This outcome is critical because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life.  Quality of Life may be measured by the KINDL questionnaire, Kidscreen 52.

Other measures as reported in studies may be used as an alternative to the stated measures.

*Important to decision making*

- **Impact on body image**

This outcome is important because some young people with gender dysphoria may desire to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their experienced gender. The Body Image Scale could be used as a measure. Other measures as reported in studies may also be used as an alternative to the stated measure.

- **Psychosocial Impact**

Examples of psychosocial impact are: coping mechanisms which may impact on substance misuse; family relationships; peer relationships. This outcome is important because gender dysphoria in adolescents and children is associated with internalising and externalising behaviours and emotional and behavioural problems which may impact on social and occupational functioning.  The child behavioural check list (CBCL) may be used to measure the impact on psychosocial functioning.  Other measures as reported in studies may be used as an alternative to the stated measure.

- **Engagement with health care services**

This outcome is important because patient engagement with healthcare services will impact on their clinical outcomes. Engagement with health care services may be measured using the Youth Health Care measure-satisfaction, utilization, and needs (YHC-SUN) questionnaire. Loss to follow up and

App.0203

should also be ascertained as part of this outcome.
Alternative measures to the YHC-SUN questionnaire may be used as reported in studies.

- **Transitioning surgery - Impact on extent of and satisfaction with surgery**

This outcome is important because some children and adolescents with gender dysphoria may in adulthood proceed to transitioning surgery. Stated measures of the extent of surgery and satisfaction with surgery in studies may be reported.

- **De-transition**

The proportion of patients who de-transition following the commencement of gender-affirming hormone treatment and the reasons why. This outcome is important to patients because there is uncertainty about the short and long term safety and adverse effects of gender-affirming hormones in children and adolescents with gender dysphoria.

**B: Safety**
- Short and long -term safety and adverse effects of taking gender-affirming hormones is important to assess whether treatment causes acute side effects that may lead to withdrawing the treatment or long term effects that may impact on decisions for transitioning or de-transitioning.

Aspects to be reported on should include
Impact of the drug use such as clinically relevant derangement in renal and liver function tests, lipids, glucose, insulin and glycosylated haemoglobin, cognitive development and functioning.

The clinical and physical impact of temporary and permanent withdrawal the drug such as when patients decide to de-transition – e.g. delay in the attainment of peak bone mass, attenuation of peak bone mass, permanent physical effects.

**C: Cost effectiveness**

Cost effectiveness studies should be reported.

| Inclusion criteria | |
|---|---|
| **Study design** | Systematic reviews, randomised controlled trials, controlled clinical trials, cohort studies. If no higher level quality evidence is found, case series can be considered. |
| **Language** | English only |
| **Patients** | Human studies only |
| **Age** | 18 years or less |
| **Date limits** | 2000-2020 |

| Exclusion criteria | |
|---|---|
| **Publication type** | Conference abstracts, non-systematic reviews, narrative reviews, commentaries, letters, editorials, guidelines and pre-publication prints |
| **Study design** | Case reports, resource utilisation studies |

## Appendix B Search strategy

Medline, Embase, the Cochrane Library, HTA and APA PsycInfo were searched on 21 July 2020, limiting the search to papers published in English language in the last 20 years. Conference abstracts, non-systematic reviews, narrative reviews, commentaries, letters, editorials, guidelines, pre-publication prints, case reports and resource utilisation studies were excluded.

**Database: Medline**
Platform: Ovid
Version: Ovid MEDLINE(R) <1946 to July 17, 2020>
Search date: 21 Jul 2020
Number of results retrieved: 650
Search strategy:
Database: Ovid MEDLINE(R) <1946 to July 17, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (485)
2    Gender Identity/ (18431)
3    "Sexual and Gender Disorders"/ (75)
4    Transsexualism/ (3758)
5    Transgender Persons/ (3134)
6    Health Services for Transgender Persons/ (136)
7    exp Sex Reassignment Procedures/ (835)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (7223)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (12665)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (102312)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (6969)
12    (male-to-female or m2f or female-to-male or f2m).tw. (114785)
13    or/1-12 (252562)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (1137237)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (852126)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1912796)
17    Minors/ (2572)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (2360626)
19    exp pediatrics/ (58102)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (835833)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2023650)
22    Puberty/ (13277)

23   (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (424041)
24   Schools/ (38087)
25   Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (7199)
26   (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (468784)
27   (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (89314)
28   (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (887443)
29   or/14-28 (5532185)
30   13 and 29 (79220)
31   (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (7)
32   30 or 31 (79220)
33   Hormones/ad, tu, th (4514)
34   exp Progesterone/ad, tu, th (10899)
35   exp Estrogens/ad, tu, th (28936)
36   exp Gonadal Steroid Hormones/ad, tu, th (34137)
37   (progesteron* or oestrogen* or estrogen*).tw. (196074)
38   ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (544)
39   exp Estradiol/ad, tu, th (10823)
40   exp Testosterone/ad, tu, th (8318)
41   (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (74936)
42   (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (90464)
43   or/33-42 (304239)
44   32 and 43 (3183)
45   limit 44 to yr="2000 -Current" (2019)
46   animals/ not humans/ (4685420)
47   45 not 46 (1194)
48   limit 47 to english language (1155)
49   (MEDLINE or pubmed).tw. (163678)
50   systematic review.tw. (121198)
51   systematic review.pt. (130231)
52   meta-analysis.pt. (117148)
53   intervention$.ti. (123904)
54   or/49-53 (380217)
55   randomized controlled trial.pt. (509468)
56   randomi?ed.mp. (796957)
57   placebo.mp. (194937)
58   or/55-57 (848627)
59   exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (5562241)
60   ((control and (group* or study)) or (time and factors)).mp. (3274107)
61   (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (4624419)
62   or/59-61 (9030680)
63   Observational Studies as Topic/ (5177)
64   Observational Study/ (81866)
65   Epidemiologic Studies/ (8358)

66    exp Case-Control Studies/ (1090891)
67    exp Cohort Studies/ (2011414)
68    Cross-Sectional Studies/ (332273)
69    Controlled Before-After Studies/ (526)
70    Historically Controlled Study/ (185)
71    Interrupted Time Series Analysis/ (913)
72    Comparative Study.pt. (1866044)
73    case control$.tw. (112152)
74    case series.tw. (59119)
75    (cohort adj (study or studies)).tw. (170281)
76    cohort analy$.tw. (6758)
77    (follow up adj (study or studies)).tw. (45131)
78    (observational adj (study or studies)).tw. (86247)
79    longitudinal.tw. (204239)
80    prospective.tw. (495367)
81    retrospective.tw. (442876)
82    cross sectional.tw. (284856)
83    or/63-82 (4368140)
84    54 or 58 or 62 or 83 (9402123)
85    48 and 84 (683)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (33)
87    85 not 86 (650)


**Database: Medline in-process**
Platform: Ovid
Version: Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations <1946 to July 17, 2020>
Search date: 21 July 2020
Number of results retrieved: 122
Search strategy:
Database: Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations <1946 to July 17, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (0)
2    Gender Identity/ (0)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (0)
5    Transgender Persons/ (0)
6    Health Services for Transgender Persons/ (0)
7    exp Sex Reassignment Procedures/ (0)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (1473)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (2315)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (20821)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (963)
12    (male-to-female or m2f or female-to-male or f2m).tw. (15453)
13    or/1-12 (39735)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (80295)

16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)
17    Minors/ (0)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (320315)
19    exp pediatrics/ (0)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (119124)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)
22    Puberty/ (0)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (59969)
24    Schools/ (0)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (68979)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (10287)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (112220)
29    or/14-28 (523053)
30    13 and 29 (9143)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (3)
32    30 or 31 (9144)
33    Hormones/ad, tu, th (0)
34    exp Progesterone/ad, tu, th (0)
35    exp Estrogens/ad, tu, th (0)
36    exp Gonadal Steroid Hormones/ad, tu, th (0)
37    (progesteron* or oestrogen* or estrogen*).tw. (13291)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (241)
39    exp Estradiol/ad, tu, th (0)
40    exp Testosterone/ad, tu, th (0)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (5458)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (4772)
43    or/33-42 (19706)
44    32 and 43 (316)
45    limit 44 to yr="2000 -Current" (303)
46    animals/ not humans/ (1)
47    45 not 46 (303)
48    limit 47 to english language (303)
49    (MEDLINE or pubmed).tw. (36030)
50    systematic review.tw. (29830)
51    systematic review.pt. (1007)
52    meta-analysis.pt. (49)
53    intervention$.ti. (21354)
54    or/49-53 (68976)
55    randomized controlled trial.pt. (277)
56    randomi?ed.mp. (74978)
57    placebo.mp. (18290)
58    or/55-57 (81427)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (455)

App.0208

60    ((control and (group* or study)) or (time and factors)).mp. (214372)
61    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (339764)
62    or/59-61 (507046)
63    Observational Studies as Topic/ (0)
64    Observational Study/ (91)
65    Epidemiologic Studies/ (0)
66    exp Case-Control Studies/ (1)
67    exp Cohort Studies/ (1)
68    Cross-Sectional Studies/ (0)
69    Controlled Before-After Studies/ (0)
70    Historically Controlled Study/ (0)
71    Interrupted Time Series Analysis/ (0)
72    Comparative Study.pt. (46)
73    case control$.tw. (14451)
74    case series.tw. (13070)
75    (cohort adj (study or studies)).tw. (29119)
76    cohort analy$.tw. (1039)
77    (follow up adj (study or studies)).tw. (3540)
78    (observational adj (study or studies)).tw. (17421)
79    longitudinal.tw. (34485)
80    prospective.tw. (63689)
81    retrospective.tw. (73761)
82    cross sectional.tw. (60195)
83    or/63-82 (250805)
84    54 or 58 or 62 or 83 (687622)
85    48 and 84 (126)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (4)
87    85 not 86 (122)


**Database: Medline epubs ahead of print**
Platform: Ovid
Version: Ovid MEDLINE(R) Epub Ahead of Print <July 17, 2020>
Search date: 21 July 2020
Number of results retrieved: 32
Search strategy:
Database: Ovid MEDLINE(R) Epub Ahead of Print <July 17, 2020>
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (0)
2    Gender Identity/ (0)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (0)
5    Transgender Persons/ (0)
6    Health Services for Transgender Persons/ (0)
7    exp Sex Reassignment Procedures/ (0)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (430)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (637)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (1499)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (179)
12    (male-to-female or m2f or female-to-male or f2m).tw. (2460)

59

App.0209

13    or/1-12 (4883)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (15416)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)
17    Minors/ (0)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (53285)
19    exp pediatrics/ (0)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (22649)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)
22    Puberty/ (0)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (13005)
24    Schools/ (0)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (12420)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (1407)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (20083)
29    or/14-28 (87968)
30    13 and 29 (1618)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (1)
32    30 or 31 (1618)
33    Hormones/ad, tu, th (0)
34    exp Progesterone/ad, tu, th (0)
35    exp Estrogens/ad, tu, th (0)
36    exp Gonadal Steroid Hormones/ad, tu, th (0)
37    (progesteron* or oestrogen* or estrogen*).tw. (1876)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (63)
39    exp Estradiol/ad, tu, th (0)
40    exp Testosterone/ad, tu, th (0)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (846)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (665)
43    or/33-42 (2850)
44    32 and 43 (64)
45    limit 44 to yr="2000 -Current" (61)
46    animals/ not humans/ (0)
47    45 not 46 (61)
48    limit 47 to english language (61)
49    (MEDLINE or pubmed).tw. (7948)
50    systematic review.tw. (7508)
51    systematic review.pt. (28)
52    meta-analysis.pt. (37)
53    intervention$.ti. (4267)
54    or/49-53 (15048)
55    randomized controlled trial.pt. (1)

56    randomi?ed.mp. (14113)
57    placebo.mp. (3097)
58    or/55-57 (15128)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (34)
60    ((control and (group* or study)) or (time and factors)).mp. (31615)
61    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (65735)
62    or/59-61 (88222)
63    Observational Studies as Topic/ (0)
64    Observational Study/ (4)
65    Epidemiologic Studies/ (0)
66    exp Case-Control Studies/ (0)
67    exp Cohort Studies/ (0)
68    Cross-Sectional Studies/ (0)
69    Controlled Before-After Studies/ (0)
70    Historically Controlled Study/ (0)
71    Interrupted Time Series Analysis/ (0)
72    Comparative Study.pt. (0)
73    case control$.tw. (2577)
74    case series.tw. (2480)
75    (cohort adj (study or studies)).tw. (7959)
76    cohort analy$.tw. (287)
77    (follow up adj (study or studies)).tw. (632)
78    (observational adj (study or studies)).tw. (3763)
79    longitudinal.tw. (7079)
80    prospective.tw. (12148)
81    retrospective.tw. (16600)
82    cross sectional.tw. (9459)
83    or/63-82 (48534)
84    54 or 58 or 62 or 83 (119752)
85    48 and 84 (32)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (0)
87    85 not 86 (32)

**Database: Medline daily update**
Platform: Ovid
Version: Ovid MEDLINE(R) Daily Update <July 21, 2020>
Search date: 22 July 2020
Number of results retrieved: 3
Search strategy

Database: Ovid MEDLINE(R) Daily Update <July 21, 2020>
Search Strategy:
----------------------------------------------------------------------------
1    Gender Dysphoria/ (4)
2    Gender Identity/ (38)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (2)
5    Transgender Persons/ (26)
6    Health Services for Transgender Persons/ (1)
7    exp Sex Reassignment Procedures/ (3)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (22)

9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (39)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (87)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (15)
12    (male-to-female or m2f or female-to-male or f2m).tw. (181)
13    or/1-12 (358)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (932)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (981)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1756)
17    Minors/ (3)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3672)
19    exp pediatrics/ (75)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1658)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2006)
22    Puberty/ (8)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (732)
24    Schools/ (56)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (5)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (622)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (98)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1301)
29    or/14-28 (6705)
30    13 and 29 (130)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (0)
32    30 or 31 (130)
33    Hormones/ad, tu, th (3)
34    exp Progesterone/ad, tu, th (3)
35    exp Estrogens/ad, tu, th (8)
36    exp Gonadal Steroid Hormones/ad, tu, th (22)
37    (progesteron* or oestrogen* or estrogen*).tw. (161)
38    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (3)
39    exp Estradiol/ad, tu, th (8)
40    exp Testosterone/ad, tu, th (8)
41    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (79)
42    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (61)
43    or/33-42 (261)
44    32 and 43 (7)
45    limit 44 to yr="2000 -Current" (7)
46    animals/ not humans/ (3647)
47    45 not 46 (6)
48    limit 47 to english language (6)
49    (MEDLINE or pubmed).tw. (529)
50    systematic review.tw. (512)

51    systematic review.pt. (522)
52    meta-analysis.pt. (370)
53    intervention$.ti. (247)
54    or/49-53 (1065)
55    randomized controlled trial.pt. (595)
56    randomi?ed.mp. (1203)
57    placebo.mp. (219)
58    or/55-57 (1234)
59    exp cohort studies/ or exp epidemiologic studies/ or exp clinical trial/ or exp evaluation studies as topic/ or exp statistics as topic/ (7958)
60    ((control and (group* or study)) or (time and factors)).mp. (4307)
61    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (5828)
62    or/59-61 (11814)
63    Observational Studies as Topic/ (27)
64    Observational Study/ (449)
65    Epidemiologic Studies/ (7)
66    exp Case-Control Studies/ (2173)
67    exp Cohort Studies/ (3287)
68    Cross-Sectional Studies/ (837)
69    Controlled Before-After Studies/ (1)
70    Historically Controlled Study/ (0)
71    Interrupted Time Series Analysis/ (6)
72    Comparative Study.pt. (768)
73    case control$.tw. (182)
74    case series.tw. (139)
75    (cohort adj (study or studies)).tw. (561)
76    cohort analy$.tw. (22)
77    (follow up adj (study or studies)).tw. (40)
78    (observational adj (study or studies)).tw. (253)
79    longitudinal.tw. (429)
80    prospective.tw. (778)
81    retrospective.tw. (1032)
82    cross sectional.tw. (739)
83    or/63-82 (5471)
84    54 or 58 or 62 or 83 (12581)
85    48 and 84 (3)
86    limit 85 to (letter or historical article or comment or editorial or news or case reports) (0)
87    85 not 86 (3)


**Database: Embase**
Platform: Ovid
Version: Embase <1974 to 2020 July 22>
Search date: 23 July 2020
Number of results retrieved: 1207
Search strategy:

Database: Embase <1974 to 2020 July 22>
Search Strategy:
-------------------------------------------------------------------------------
1    exp Gender Dysphoria/ (5399)
2    Gender Identity/ (16820)
3    "Sexual and Gender Disorders"/ (24689)
4    Transsexualism/ (3869)
5    exp Transgender/ (6597)

6    Health Services for Transgender Persons/ (158848)
7    exp Sex Reassignment Procedures/ (1108)
8    (gender* adj3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (12470)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (22509)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (154446)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (10327)
12    (male-to-female or m2f or female-to-male or f2m).tw. (200166)
13    or/1-12 (581748)
14    exp juvenile/ or Child Behavior/ or Child Welfare/ or Child Health/ or infant welfare/ or "minor (person)"/ or elementary student/ or adolescent health/ or middle school student/ or high school student/ (3440943)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (1186161)
16    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3586795)
17    exp pediatrics/ (106214)
18    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1491597)
19    exp adolescence/ or exp adolescent behavior/ or adolescent health/ or high school student/ or middle school student/ (105108)
20    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (641660)
21    school/ or high school/ or kindergarten/ or middle school/ or primary school/ or nursery school/ or day care/ (103791)
22    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (687437)
23    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (138908)
24    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1562903)
25    or/14-24 (7130881)
26    13 and 25 (181778)
27    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (17)
28    26 or 27 (181778)
29    hormone/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (5160)
30    exp progesterone derivative/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (23479)
31    exp estrogen/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (57641)
32    steroid hormone/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (372)
33    sex hormone/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (1984)
34    hormonal therapy/ (42222)
35    (progesteron* or oestrogen* or estrogen*).tw. (254142)
36    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (1224)
37    exp estradiol derivative/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (30740)

38    exp testosterone derivative/bd, ad, an, cr, do, it, dt, to, ei, ih, ia, ar, cv, dl, im, na, ip, ut, va, iv, ve, vi, po, pa, pr, sc, li, th, tp, td (15868)
39    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (99596)
40    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (114290)
41    or/29-40 (438737)
42    28 and 41 (6053)
43    limit 42 to yr="2000 -Current" (4741)
44    nonhuman/ not human/ (4649157)
45    43 not 44 (3636)
46    limit 45 to english language (3513)
47    (MEDLINE or pubmed).tw. (261145)
48    exp systematic review/ or systematic review.tw. (302985)
49    meta-analysis/ (191173)
50    intervention$.ti. (200041)
51    or/47-50 (660206)
52    random:.tw. (1552336)
53    placebo:.mp. (455979)
54    double-blind:.tw. (210671)
55    or/52-54 (1807280)
56    cohort analysis/ (596360)
57    exp epidemiology/ (3434332)
58    exp clinical trial/ (1504711)
59    evaluation study/ (45870)
60    statistics/ (301181)
61    ((control and (group* or study)) or (time and factors)).mp. (3324555)
62    (program or survey* or ci or cohort or comparative stud* or evaluation studies or follow-up*).mp. (6067112)
63    or/56-62 (11048972)
64    Clinical study/ (155444)
65    Case control study/ (157943)
66    Family study/ (26047)
67    Longitudinal study/ (141660)
68    Retrospective study/ (937696)
69    comparative study/ (859061)
70    Prospective study/ (613138)
71    Randomized controlled trials/ (182542)
72    70 not 71 (606604)
73    Cohort analysis/ (596360)
74    cohort analy$.tw. (13020)
75    (Cohort adj (study or studies)).tw. (302159)
76    (Case control$ adj (study or studies)).tw. (137432)
77    (follow up adj (study or studies)).tw. (63423)
78    (observational adj (study or studies)).tw. (168428)
79    (epidemiologic$ adj (study or studies)).tw. (106448)
80    (cross sectional adj (study or studies)).tw. (220073)
81    case series.tw. (104089)
82    prospective.tw. (861922)
83    retrospective.tw. (886445)
84    or/64-69,72-83 (4047788)
85    51 or 55 or 63 or 84 (12494560)
86    46 and 85 (2151)
87    86 not (letter or editorial).pt. (2137)

88    87 not (conference abstract or conference paper or conference proceeding or "conference review").pt. (1207)


**Database: APA PsycInfo**

Platform: Ovid
Version: APA PsycInfo <1806 to July Week 2 2020>
Search date: 22 July 2020
Number of results retrieved: 581
Search strategy:

Database: APA PsycInfo <1806 to July Week 2 2020>
Search Strategy:
--------------------------------------------------------------------------------
1     Gender Dysphoria/ (936)
2     Gender Identity/ (8648)
3     Transsexualism/ (2825)
4     Transgender/ (5257)
5     exp Gender Reassignment/ (568)
6     (gender* adj3 (dysphori* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (15276)
7     (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (13028)
8     (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (7679)
9     ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (5796)
10    (male-to-female or m2f or female-to-male or f2m).tw. (63688)
11    or/1-10 (99498)
12    exp Infant Development/ (21841)
13    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (150219)
14    Child Characteristics/ or exp Child Behavior/ or Child Psychology/ or exp Child Welfare/ or Child Psychiatry/ (23423)
15    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (984230)
16    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (78962)
17    Adolescent Psychiatry/ or Adolescent Behavior/ or Adolescent Development/ or Adolescent Psychology/ or Adolescent Characteristics/ or Adolescent Health/ (62142)
18    Puberty/ (2753)
19    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (347604)
20    Schools/ (29181)
21    Child Day Care/ or Nursery Schools/ (2836)
22    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,in,jn. (772814)
23    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (21475)
24    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (285697)
25    or/12-24 (1765408)
26    11 and 25 (49560)
27    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (14)

28    26 or 27 (49561)
29    hormones/ (8408)
30    sex hormones/ (1777)
31    exp progestational hormones/ (2409)
32    estrogens/ (3889)
33    steroids/ (3797)
34    (progesteron* or oestrogen* or estrogen*).tw. (11188)
35    ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw. (457)
36    estradiol/ (3120)
37    testosterone/ (5606)
38    (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw. (9625)
39    (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw. (6741)
40    or/29-39 (30344)
41    28 and 40 (1005)
42    limit 41 to yr="2000 -Current" (749)
43    limit 42 to english language (692)
44    limit 43 to ("0200 book" or "0240 authored book" or "0280 edited book" or "0300 encyclopedia" or "0400 dissertation abstract") (111)
45    43 not 44 (581)


**Database: Cochrane Library – incorporating Cochrane Database of Systematic Reviews (CDSR); CENTRAL**

Platform: Wiley
Version:
          CDSR –Issue 7 of 12, July 2020
          CENTRAL – Issue 7 of 12, July 2020
Search date: 22 July 2020
Number of results retrieved: CDSR 0 ; CENTRAL 67.

ID     Search Hits
#1     MeSH descriptor: [Gender Dysphoria] this term only3
#2     MeSH descriptor: [Gender Identity] this term only    227
#3     MeSH descriptor: [Sexual and Gender Disorders] this term only    2
#4     MeSH descriptor: [Transsexualism] this term only    27
#5     MeSH descriptor: [Transgender Persons] this term only    36
#6     MeSH descriptor: [Health Services for Transgender Persons] this term only        0
#7     MeSH descriptor: [Sex Reassignment Procedures] explode all trees        4
#8     (gender* near/3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)):ti,ab,kw    702
#9     (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*):ti,ab,kw    959
#10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*):ti,ab,kw        3969
#11    ((sex or gender*) near/3 (reassign* or chang* or transform* or transition*)):ti,ab,kw        524
#12    (male-to-female or m2f or female-to-male or f2m):ti,ab,kw    516
#13    #1 or #2 or #3 or #4 or #5 or #6 or #7 or #8 or #9 or #10 or #11 or #12        6413
#14    MeSH descriptor: [Infant] explode all trees    28440
#15    MeSH descriptor: [Infant Health] this term only        49
#16    MeSH descriptor: [Infant Welfare] this term only        82

#17     (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*):ti,ab,kw,so     89530
#18     MeSH descriptor: [Child] explode all trees     44089
#19     MeSH descriptor: [Child Behavior] explode all trees 2061
#20     MeSH descriptor: [Child Health] this term only     98
#21     MeSH descriptor: [Child Welfare] this term only     325
#22     MeSH descriptor: [Minors] this term only     8
#23     (child* or minor or minors or boy* or girl* or kid or kids or young*):ti,ab,kw,so     265417
#24     MeSH descriptor: [Pediatrics] explode all trees     661
#25     (pediatric* or paediatric* or peadiatric*):ti,ab,kw,so 57725
#26     MeSH descriptor: [Adolescent] this term only     102154
#27     MeSH descriptor: [Adolescent Behavior] this term only     1358
#28     MeSH descriptor: [Adolescent Health] this term only29
#29     MeSH descriptor: [Puberty] this term only     295
#30     (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*):ti,ab,kw,so     140927
#31     MeSH descriptor: [Schools] this term only     1914
#32     MeSH descriptor: [Child Day Care Centers] this term only   231
#33     MeSH descriptor: [Nurseries, Infant] explode all trees     17
#34     MeSH descriptor: [Schools, Nursery] this term only 37
#35     (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*):ti,ab,kw,so     97810
#36     (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") near/2 (year or years or age or ages or aged)):ti,ab 6710
#37     (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") near/2 (year or years or age or ages or aged)):ti,ab 196881
#38     #14 or #15 or #16 or #17 or #18 or #19 or #20 or #21 or #22 or #23 or #24 or #25 or #26 or #27 or #28 or #29 or #30 or #31 or #32 or #33 or #34 or #35 or #36 or #37516067
#39     #13 and #38   2488
#40     (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*):ti,ab,kw     0
#41     #39 or #40     2488
#42     MeSH descriptor: [Hormones] this term only 2241
#43     MeSH descriptor: [Progesterone] explode all trees   3135
#44     MeSH descriptor: [Estrogens] explode all trees     1841
#45     MeSH descriptor: [Gonadal Steroid Hormones] explode all trees     10747
#46     (progesteron* or oestrogen* or estrogen*):ti,ab,kw   18387
#47     ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)):ti,ab,kw     24
#48     MeSH descriptor: [Estradiol] explode all trees     4434
#49     MeSH descriptor: [Testosterone] explode all trees   2945
#50     (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan):ti,ab,kw   7386
#51     (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle):ti,ab,kw   11410
#52     #42 or #43 or #44 or #45 or #46 or #47 or #48 or #49 or #50 or #51     31870
#53     #41 and #52   121
#54     "conference":pt or (clinicaltrials or trialsearch):so     492465
#55     #53 not #54   72

**Database: HTA**

App.0218

Platform: Wiley
Version: up to 2018
Search date: 22nd July 2020
Number of results retrieved: 4
Search strategy:

#1      MeSH DESCRIPTOR Gender Dysphoria      0
#2      MeSH DESCRIPTOR Gender Identity          12
#3      MeSH DESCRIPTOR Sexual and Gender Disorders        2
#4      MeSH DESCRIPTOR Transsexualism        12
#5      MeSH DESCRIPTOR Transgender Persons 3
#6      MeSH DESCRIPTOR Health Services for Transgender Persons    0
#7      MeSH DESCRIPTOR Sex Reassignment Procedures EXPLODE ALL TREES    1
#8      ((gender* near3 (dysphori* or incongru* or identi* or disorder* or confus* or minorit* or queer*)))    28
#9      ((transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*))   76
#10     ((trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*))   83
#11     (((sex or gender*) near3 (reassign* or chang* or transform* or transition*)))      24
#12     ((male-to-female or m2f or female-to-male or f2m))  86
#13     #1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12    261
#14     MeSH DESCRIPTOR Infant EXPLODE ALL TREES        2964
#15     MeSH DESCRIPTOR Infant Health   0
#16     MeSH DESCRIPTOR Infant Welfare 22
#17     ((prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*))    5510
#18     MeSH DESCRIPTOR Child EXPLODE ALL TREES4935
#19     MeSH DESCRIPTOR Child Behavior EXPLODE ALL TREES       64
#20     MeSH DESCRIPTOR Child Health   2
#21     MeSH DESCRIPTOR Child Welfare  80
#22     MeSH DESCRIPTOR Minors 2
#23     ((child* or minor or minors or boy* or girl* or kid or kids or young*)) 13575
#24     MeSH DESCRIPTOR Pediatrics EXPLODE ALL TREES    119
#25     ((pediatric* or paediatric* or peadiatric*))    2842
#26     MeSH DESCRIPTOR Adolescent    4594
#27     MeSH DESCRIPTOR Adolescent Behavior  94
#28     MeSH DESCRIPTOR Adolescent Health    0
#29     MeSH DESCRIPTOR Puberty        3
#30     ((adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*))   5621
#31     MeSH DESCRIPTOR Schools        168
#32     MeSH DESCRIPTOR Child Day Care Centers       12
#33     MeSH DESCRIPTOR Schools, Nursery       3
#34     ((pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*)) 4454
#35     ((("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") near2 (year or years or age or ages or aged)))      380
#36     ((("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") near2 (year or years or age or ages or aged)))7996

#37     #14 OR #15 OR #16 OR #17 OR #18 OR #19 OR #20 OR #21 OR #22 OR #23 OR
#24 OR #25 OR #26 OR #27 OR #28 OR #29 OR #30 OR #31 OR #32 OR #33 OR #34 OR
#35 OR #36    22640
#38     #13 AND #37  116
#39     (#13 AND #37) IN HTA        4

## Appendix C Evidence selection

The literature searches identified 1,997 references. These were screened using their titles
and abstracts and 54 references were obtained and assessed for relevance. Of these,
10 references are included in the evidence review. The remaining 44 references were
excluded and are listed in appendix D.

## Figure 1 – Study selection flow diagram



## References submitted with Preliminary Policy Proposal

There is no preliminary policy proposal for this policy.

## Appendix D Excluded studies table

| Study reference | Reason for exclusion |
|---|---|
| Aranda G, Mora M, Hanzu FA et al. (2019) Effects of sex steroids on cardiovascular risk profile in transgender men under gender affirming hormone therapy. Endocrinologia, diabetes y nutricion 66(6): 385–392 | Excluded on population – adult study, participants not 18 years or less (mean age 27.1 years). |
| Arnold, Justin D, Sarkodie, Eleanor P, Coleman, Megan E et al. (2016) Incidence of Venous Thromboembolism in Transgender Women | Excluded on population – adult study, participants not 18 years or less (mean age 33.2 years). |

| Study reference | Reason for exclusion |
|---|---|
| Receiving Oral Estradiol. The journal of sexual medicine 13(11): 1773–1777 | |
| Asscheman, Henk, Giltay, Erik J, Megens, Jos A J et al. (2011) A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. European journal of endocrinology 164(4): 635–42 | Excluded on population – although some participants started gender-affirming hormones when young, the study does not report the proportion who started treatment when 18 years or less. Mean ages at start of treatment were 31.4 years (transfemales) and 26.1 years (transmales), suggesting the majority of participants were older than 18 years at the start of treatment. Outcomes not reported separately for people aged 18 years or less. |
| Author not, found (2014) Hormone therapy for the treatment of gender dysphoria. Lansdale, PA: HAYES, Inc | Full text paper not available. |
| Baba, T., Endo, T., Honnma, H. et al. (2007) Association between polycystic ovary syndrome and female-to-male transsexuality. Human Reproduction 22(4): 1011–1016 | Excluded on population – although study included some younger people (age range 17 to 47), most participants were adults (mean age around 25 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Becerra-Fernandez A, Perez-Lopez G, Roman MM et al. (2014) Prevalence of hyperandrogenism and polycystic ovary syndrome in female to male transsexuals. Endocrinologia y Nutricion: Organo de la Sociedad Espanola de Endocrinologia y Nutricion 61(7): 351–8 | Excluded on population – although study included some younger people (age range 18 to 45), most participants were adults (mean age around 25 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Becker I, Auer M, Barkmann C et al. (2018) A Cross-Sectional Multicenter Study of Multidimensional Body Image in Adolescents and Adults with Gender Dysphoria Before and After Transition-Related Medical Interventions. Archives of Sexual Behavior 47(8): 2335–2347 | Excluded on population – study included people aged 14 to 21 years. Outcomes not reported separately for people aged 18 years or less. Better evidence available – only 11 participants received gender-affirming hormones. The majority of the study cohort were either pre-treatment, received puberty suppression alone, or received hormones and underwent surgery. |
| Chew D, Anderson J, Williams K et al. (2018) Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. Pediatrics 141(4): e20173742 | Excluded on better available evidence - systematic review did not meta-analyse results from. Individual studies from this systematic review are either |

App.0221

| Study reference | Reason for exclusion |
|---|---|
|  | included, or excluded because they did not meet the PICO criteria. |
| Connolly MD, Zervos MJ, Barone CJ 2nd et al. (2016) The Mental Health of Transgender Youth: Advances in Understanding. The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine 59(5): 489–495 | Excluded on intervention - review did not investigate gender-affirming hormones |
| de Vries ALC, McGuire JK, Steensma TD et al. (2014) Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 134(4): 696–704 | Exclude on intervention – all participants had surgery after gender-affirming hormones. Unable to determine whether changes were due to hormones or surgery. Complete data only available for 40 patients. Details of gender-affirming hormones are poorly reported. Outcomes reported in other study (with a population that more closely matches PICO) |
| Elamin MB, Garcia MZ, Murad MH et al. (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clinical Endocrinology 72(1): 1–10 | Exclude on population – all included studies conducted in adult population. Unclear whether hormones were started when participants were aged 18 years or less. Outcomes not reported by age at treatment initiation. |
| Fernandez JD and Tannock LR (2016) Metabolic effects of hormone therapy in transgender patients. Endocrine Practice: Official Journal of the American College of Endocrinology and the American Association of Clinical Endocrinologists 22(4): 383–8 | Excluded on population – adult study, participants not 18 years or less (mean ages 31 and 27 years). |
| Fighera TM, Ziegelmann PK, Da Silva TR et al. (2019) Bone mass effects of cross-sex hormone therapy in transgender people: Updated systematic review and meta-analysis. Journal of the Endocrine Society 3(5): 943–964 | Excluded on population – all included studies conducted in adult population. Unclear whether hormones were started when participants were aged 18 years or less. Outcomes not reported by age at treatment initiation. |
| Getahun D, Nash R, Flanders WD et al. (2018) Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study. Annals of Internal Medicine 169(4): 205–213 | Excluded on population – adult study, participants not 18 years or less. |
| Gomez-Gil E, Zubiaurre-Elorza L, de Antonio IE et al. (2014) Determinants of quality of life in Spanish transsexuals attending a gender unit before genital sex reassignment surgery. Quality of Life Research: an International Journal of Quality of Life Aspects of Treatment, Care and Rehabilitation 23(2): 669–76 | Excluded on population – although study included some younger people (age range 16 to 67), most participants were adults (mean age 31.2 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Gomez-Gil E, Zubiaurre-Elorza L, Esteva I et al. (2012) Hormone-treated transsexuals report less | Excluded on population – adult study, participants not 18 years or less (mean age 24.6 years). |

App.0222

| Study reference | Reason for exclusion |
|---|---|
| social distress, anxiety and depression. Psychoneuroendocrinology 37(5): 662–70 | |
| Gooren LJ, van Trotsenburg MAA, Giltay EJ et al. (2013) Breast cancer development in transsexual subjects receiving cross-sex hormone treatment. The Journal of Sexual Medicine 10(12): 3129–34 | Excluded on population – study reports on cancer rates in people aged 18-80 years. The 3 cases of cancer all started gender-affirming hormone treatment >18 years. |
| Grimstad FW, Boskey E, Grey M (2020) New-Onset Abdominopelvic Pain After Initiation of Testosterone Therapy Among TransMasculine Persons: A Community-Based Exploratory Survey. LGBT health 7(5): Published Online:13 Jul 2020https://doi.org/10.1089/lgbt.2019.0258 | Excluded on population – adult study, participants not 18 years or less. |
| Hannema SE, Schagen SEE, Cohen-Kettenis PT et al. (2017) Efficacy and Safety of Pubertal Induction Using 17beta-Estradiol in Transgirls. The Journal of Clinical Endocrinology and Metabolism 102(7): 2356–2363 | Excluded on better evidence available – small study (n=28) with high drop-out rate (n=16 at final follow-up). Same outcomes reported in larger studies. |
| Jarin J, Pine-Twaddell E, Trotman G et al. (2017) Cross-Sex Hormones and Metabolic Parameters in Adolescents With Gender Dysphoria. Pediatrics 139(5) | Excluded on population and better evidence available. Although the study included some younger people (age range 13 to 25; mean age 16 and 18), the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. Outcomes were limited to physiological results (including haemoglobin, lipids and BMI). Follow-up only 6 months, other included studies report same outcomes with longer follow-up (12 to 31 months). |
| Keo-Meier CL, Herman LI, Reisner SL et al. (2015) Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. Journal of consulting and clinical psychology 83(1): 143–56 | Excluded on population – although study included some younger people (age range 18 to 54), most participants were adults (mean age 26.6 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Klaver M, de Mutsert R, Wiepjes CM et al. (2018) Early Hormonal Treatment Affects Body Composition and Body Shape in Young Transgender Adolescents. The Journal of Sexual Medicine 15(2): 251–260 | Excluded on outcomes – reported outcomes not included in PICO document. The risk of obesity with gender-affirmed hormones was reported in an included study. |
| McFarlane T, Zajac JD, Cheung AS (2018) Gender-affirming hormone therapy and the risk of sex hormone-dependent tumours in transgender individuals-A systematic review. Clinical Endocrinology 89(6): 700-711 | Exclude on population – all included studies conducted in adult population. |

| Study reference | Reason for exclusion |
|---|---|
| Meriggiola MC, Armillotta F, Costantino A et al. (2008) Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. The Journal of Sexual Medicine 5(10): 2442–53 | Excluded on population – adult study, participants not 18 years or less. |
| Nota NM, Wiepjes CM, de Blok, CJM et al. (2018) The occurrence of benign brain tumours in transgender individuals during cross-sex hormone treatment. Brain: A Journal of Neurology 141(7): 2047–2054 | Excluded on population – adult study, participants not 18 years or less. |
| Oda H and Kinoshita T (2017) Efficacy of hormonal and mental treatments with MMPI in FtM individuals: Cross-sectional and longitudinal studies. BMC Psychiatry 17(1): 256 | Excluded on population – although study included some younger people (age range 15 to 43), most participants were adults (mean age around 25.6 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |
| Olson-Kennedy J, Okonta V, Clark LF et al. (2018) Physiologic Response to Gender-Affirming Hormones Among Transgender Youth. The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine 62(4): 397–401 | Excluded on population – although study included some younger people (age range 12 to 23; mean age 18 years). Outcomes not reported separately for people aged 18 years or less. Outcomes limited to physiological results (including haemoglobin, lipids, liver enzymes and BMI). Same outcomes reported in included studies that had a less indirect population and a longer follow-up. |
| Ott J, Kaufmann U, Bentz K et al. (2010) Incidence of thrombophilia and venous thrombosis in transsexuals under cross-sex hormone therapy. Fertility and sterility 93(4): 1267–72 | Excluded on population – adult study, participants not 18 years or less. |
| Pakpoor J, Wotton CJ, Schmierer K et al. (2016) Gender identity disorders and multiple sclerosis risk: A national record-linkage study. Multiple sclerosis. Multiple Sclerosis Journal. 22(13): 1759–1762 | Excluded on population – although study included some younger people, outcomes not reported separately for people aged 18 years or less. Also exclude for intervention – unclear if people received gender-affirming hormones. |
| Pyra M, Casimiro I, Rusie L et al. (2020) An Observational Study of Hypertension and Thromboembolism among Transgender Patients Using Gender-Affirming Hormone Therapy. Transgender Health 5(1): 1–9 | Excluded on population – adult study (age range 20-70). Age at which gender-affirming hormones started not reported. |
| Quiros C, Patrascioiu I, Mora M et al. (2015) Effect of cross-sex hormone treatment on cardiovascular risk factors in transsexual individuals. Experience in a specialized unit in Catalonia. Endocrinologia y nutricion : organo de la Sociedad Espanola de Endocrinologia y Nutricion 62(5): 210–6 | Excluded on population – adult study, participants not 18 years or less. |

| Study reference | Reason for exclusion |
|---|---|
| Rowniak S, Bolt L, Sharifi C (2019) Effect of cross-sex hormones on the quality of life, depression and anxiety of transgender individuals: A quantitative systematic review. JBI Database of Systematic Reviews and Implementation Reports 17(9): 1826–1854 | Exclude on population – all included studies conducted in adult population. |
| Sequeira GM, Kidd K, El Nokali NE et al. (2019) Early Effects of Testosterone Initiation on Body Mass Index in Transmasculine Adolescents. Journal of Adolescent Health 65(6): 818–820 | Exclude on outcome - study only reports BMI z-score over 12 month testosterone treatment. BMI not listed as an outcome of interest in the PICO document. Other included studies have investigated the impact of gender-affirming hormone treatment on CV risk profile, including longer term obesity rates, with a longer follow-up and more participants. |
| Shim JY, Laufer MR, Grimstad FW (2020) Dysmenorrhea and Endometriosis in Transgender Adolescents. Journal of Pediatric and Adolescent Gynecology. Available online 11 June 2020. https://doi.org/10.1016/j.jpag.2020.06.001 | Exclude on population – only 2 participants taking testosterone before diagnosis of dysmenorrhea. |
| Slabbekoorn D, Van Goozen SHM, Gooren, LJG et al. (2001) Effects of cross-sex hormone treatment on emotionality in transsexuals. International Journal of Transgenderism 5(3): http://www.symposion.com/ijt/ijtvo05no03_02.htm | Excluded on population – adult study (age range 21 to 28 years) |
| Smith YLS., Van Goozen SHM, Kuiper AJ et al. (2005) Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. Psychological Medicine 35(1): 89–99 | Excluded on population – results on adults only used to assess hormone treatment. |
| Sutherland N, Espinel W, Grotzke M et al. (2020) Unanswered Questions: Hereditary breast and gynecological cancer risk assessment in transgender adolescents and young adults. Journal of Genetic Counseling 29(4): 625–633 | Excluded on study type – narrative review of 3 case reports. |
| van Velzen DM, Paldino A, Klaver M et al. (2019) Cardiometabolic Effects of Testosterone in Transmen and Estrogen Plus Cyproterone Acetate in Transwomen. The Journal of Clinical Endocrinology and Metabolism 104(6): 1937–1947 | Excluded on population – adult study, participants not 18 years or less. |
| White Hughto JM and Reisner SL (2016) A Systematic Review of the Effects of Hormone Therapy on Psychological Functioning and Quality of Life in Transgender Individuals. Transgender Health 1(1): 21–31 | Exclude on population – all included studies conducted in adult population. |
| Wiepjes CM, de Blok CJM, Staphorsius AS et al. (2020) Fracture Risk in Trans Women and Trans Men Using Long-Term Gender-Affirming Hormonal Treatment: A Nationwide Cohort Study. Journal of Bone and Mineral Research 35(1): 64–70 | Excluded on population – adult study, all participants started gender-affirming hormones after 18 years. |
| Wierckx K, Mueller S, Weyers S et al. (2012) Long-term evaluation of cross-sex hormone treatment in | Excluded on population – adult study, participants not 18 years or less. |

App.0225

| Study reference | Reason for exclusion |
|---|---|
| transsexual persons. The Journal of Sexual Medicine 9(10): 2641–51 | |
| Wierckx K, Van Caenegem E, Schreiner T et al. (2014) Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. The journal of sexual medicine 11(8): 1999–2011 | Excluded on population – adult study, participants not 18 years or less. |
| Wilson R, Jenkins C, Miller H et al. (2006) The effect of oestrogen on cytokine and antioxidant levels in male to female transsexual patients. Maturitas 55(1): 14–8 | Excluded on population – adult study, participants not 18 years or less. |
| Witcomb GL, Bouman WP, Claes L et al. (2018) Levels of depression in transgender people and its predictors: Results of a large matched control study with transgender people accessing clinical services. Journal of Affective Disorders 235: 308–315 | Excluded on population – although study included some younger people (age range 15 to 79), most participants were adults (mean age around 30.4 years) and the proportion who started treatment when 18 years or less is not reported. Outcomes not reported separately for people aged 18 years or less. |

## Appendix E Evidence tables

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Achille, C., Taggart, T., Eaton, N.R. et al. (2020) Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology 2020(1): 8<br><br>**Study location**<br>Single centre, New York, United States<br><br>**Study type**<br>Prospective longitudinal study<br><br>**Study aim**<br>To assess the psychological wellbeing and quality of life in children and adolescents who have sought endocrine | Inclusion and exclusion not reported- it appears from the description in the publication that all people referred for gender dysphoria were invited to participate, and the vast majority agreed. Of the 95 treatment naïve people who entered the study, 50 people completed all follow-up questionnaires and were included in the analysis. No description of the 45 people without follow-up data reported.<br><br>The study included 50 children, adolescents and young adults with gender dysphoria. | **Intervention**<br><br>Endocrine interventions (the collective term used by authors for puberty suppression and gender-affirming hormones) were introduced as per Endocrine Society and the World Professional Association for | **Critical Outcomes**<br>***Impact on mental health***<br>Depression symptoms were assessed using the Center for Epidemiologic Studies Depression Scale (CESD-R). Statistically significant improvements in CESD-R score were observed from baseline (initial assessment; 21.4 points) to about 12 months follow-up (13.9 points; $p<0.001$).<br>Regression analysis, controlling for reported medicines for mental health problems and engagement in counselling, found no statistically significant change from baseline in transfemales ($p=0.27$) and transmales ($p=0.43$).<br><br>The Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) was also used to assess depression symptoms. Depression scores improved from baseline ($p<0.001$; absolute scores not reported numerically).<br>Regression analysis, controlling for reported medicines for mental health problems and engagement in counselling, found no statistically significant change from baseline in transfemales ($p=0.07$) and transmales ($p=0.67$).<br><br>Suicidal ideation measured using the additional questions from the PHQ 9_Modified for Teens, was presented in 10% (5/50) of | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) no comparator<br>**Domain 3: Outcome**<br>1.  c) self-report<br>2.  a) yes – 6 monthly assessment up to 12 months (preliminary results from an ongoing study)<br>3.  c) Follow up rate less than 80% and no description of those lost<br><br>**Overall quality is assessed as poor**<br><br>Other comments:  Although regression analysis results for some outcomes were controlled for use of medicines for mental health problems, |

| | | | | |
|---|---|---|---|---|
| intervention to help with gender dysphoria.<br><br>**Study dates**<br>Study recruitment ran from December 2013 to December 2018; study is ongoing | 17 transfemales and 33 transmales.<br><br>Diagnostic criteria for gender dysphoria not reported.<br><br>Mean age at baseline was 16.2 years (SD 2.2).<br><br>Mean age at the start of gender-affirming hormone treatment not reported. | [Transgender Health (WPATH)](#) guidelines.<br><br>Puberty suppression was:<br>• GnRH agonist and/or anti-androgens (transfemales)<br>• GnRH agonist or medroxyprogesterone (transmales)<br><br>Average duration of GnRH analogue treatment not reported.<br><br>Once eligible, gender-affirming hormones were offered, these were:<br>• Oestradiol (transfemales)<br>• Testosterone (transmales)<br>Doses and route of administration not reported.<br><br>After about 12-months treatment ('wave 3' in the study):<br>• 24 people (48%) were on gender-affirming hormones alone<br>• 12 people (24%) were on puberty suppression alone | participants at baseline and 6% (3/50) at about 12-month follow-up, no statistical analysis reported.<br><br>The study also reported results by gender:<br>In transfemales, 11.8% (2/17) had suicidal ideation at baseline compared with 5.9% (1/17) at 12-month follow-up (no statistically analysis reported)<br>In transmales, 9.1% (3/33) had suicidal ideation at baseline compared with 6.1% (2/33) at 12-month follow-up (no statistically analysis reported)<br><br>***Impact on quality of life***<br>Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF) scores: there was no statistically significant change in score from baseline to about 12-months (p=0.085; absolute scores not reported numerically).<br>Regression analysis, controlling for reported medicines for mental health problems and engagement in counselling, found not statistically significant change from baseline in transfemales (p=0.06) and transmales (p=0.08).<br><br>*No other critical or important outcomes reported* | details of these is not reported. Other co-morbidities not reported.<br><br>Source of funding: None |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | • 11 people (22%) were on both gender-affirming hormones and puberty suppression<br><br>• 3 people (6%) were on no endocrine intervention<br><br>Results not represented separately for the sub-group of people who received gender-affirming hormones.<br><br>Average duration of treatment with gender-affirming hormones not reported.<br><br>**Comparison**<br><br>No comparison group. Change overtime reported. | | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Allen, LR, Watson, LB, Egan, AM et al. (2019) <u>Well-being and suicidality among transgender youth after gender-affirming hormones</u>. Clinical Practice in Pediatric | The study included adolescents and young adults (age range 13-20 years) who received services for gender dysphoria in a clinic in the United States. Participants were required to have received gender- | 39 participants received gender-affirming hormones only<br><br>8 participants received a GnRH analogue followed by gender-affirming hormones. | **Critical Outcomes**<br>*Impact on mental health*<br>The Ask Suicide-Screening Questions (ASQ) instrument was used to assess suicidality. Following an average of about 12 months treatment with gender-affirming hormones, adjusted mean ASQ score was statistically significantly lower (from 1.11 [standard error | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Psychology 7(3): 302-311<br><br>**Study location**<br>Single centre, Kansas City, United States<br><br>**Study type**<br>Retrospective longitudinal study<br><br>**Study aim**<br>To examine suicidality and general well-being following administration of gender-affirming hormones.<br><br>**Study dates**<br>Participants first presented to the clinic between 2015 and 2018. | affirming hormones for at least 3 months, and have pre-test and final assessment data points. No exclusion criteria reported.<br><br>In total 47 adolescents and young adults with gender dysphoria were included: 14 transfemales (sex assigned at birth male) and 33 transmales (sex assigned at birth female).<br><br>Diagnostic criteria for gender dysphoria not reported.<br><br>Mean age at pre-test (before administration of gender-affirming hormones) was 16.59 years (range 13.73 to 19.04).<br><br>Mean age at the start of treatment in the sub-group who received gender-affirming hormones-only was 16.72 years.<br><br>Mean age at the start of treatment with gender-affirming hormones in people who previously | Mean duration of treatment in the gender-affirming hormones only subgroup was 366 days.<br><br>Mean duration of gender-affirming hormone treatment in people who had previously received a GnRH analogue was not reported.<br><br>Mean duration of treatment with a GnRH analogue was not reported.<br><br>Participants were assessed at the start of treatment and at least 3 months after treatment. | (SE) 0.22] at baseline to 0.27 [SE 0.12] at final assessment; p<0.001).<br><br>The authors also reported change in ASQ separately for transfemales (from 1.21 [SE 0.36] at baseline to 0.24 [SE 0.19] at final assessment) and transmales (from 1.01 [SE 0.36] at baseline to 0.29 [0.13] at final assessment). There was no statistically significant difference in change from baseline between transfemales and transmales (p=0.79)<br><br>***Impact on quality of life***<br>Assessed using the General Well-Being Scale (GWBS) of the Pediatric Quality of Life Inventory. Following an average of about 12 months treatment with gender-affirming hormones, adjusted mean GWBS score was statistically significantly higher (from 61.7 [SE 2.43] at baseline to 70.23 [2.15] at final assessment; p<0.002).<br><br>The authors also reported change in GWBS of the Pediatric Quality of Life Inventory for transfemales (from 58.44 [SE 4.09] at baseline to 69.52 [SE 3.62] at final assessment) and transmales (from 64.95 [SE 2.66] at baseline to 70.94 [2.35] at final assessment). There was no statistically significant difference in change from baseline between transfemales and transmales (p=0.32)<br><br>*No other critical or important outcomes reported* | 3.  a) secure record<br>4.  b) no<br>**Domain 2: Comparability**<br>2.  c) no comparator<br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  a) yes – mean duration of treatment was 366 days<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding:  Not reported |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | received a GnRH analogue was not reported. | | | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Kaltiala, R., Heino, E., Tyolajarvi, M. et al. (2020) Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 74(3): 213-219<br><br>**Study location**<br>Single centre, Tampere, Finland<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To evaluate the psychosocial functioning and need for mental health treatment during the gender identity diagnostic phase and after about | The study included adolescents who were referred to the gender identity service before they 18 years old, were diagnosed with gender dysphoria, received gender-affirming hormones and completed a follow-up of approximately 12 months after starting hormones.<br><br>In total 52 adolescents were included, comprising of 11 transfemales and 41 transmales.<br><br>Gender dysphoria was diagnosed according to International Classification of Disease 10 (ICD-10). The authors state that the corresponding diagnosis to 'gender dysphoria' in | Intervention referred to as 'hormonal sex reassignment treatment' – details of intervention not reported, although gender-affirming hormones were prescribed to all participants. It is not clear from the study whether additional interventions were prescribed.<br><br>Medical records reviewed for the 'real-life phase' – the approximately 12 months follow-up period for this population in Finland. | **Critical Outcomes**<br>***Impact on mental health***<br>Of the 52 people who received gender-affirming hormones, 50% (26/52) needed mental health treatment before or during the assessment and 46% (24/51) needed mental health treatment during the 12-month 'real life' phase (no statistically significant difference).<br>For specific symptoms / conditions:<br>• depression: 54% (28/52) needed treatment before or during the assessment and 15% (8/52) needed treatment during the 12-month 'real life' phase (statistically significant reduction, p<0.001)<br>• anxiety: 48% (25/52) needed treatment before or during the assessment and 15% (8/52) needed treatment during the 12-month 'real life' phase (statistically significant reduction, p<0.001)<br>• suicidality/self-harm: 35% (18/52) needed treatment before or during the assessment and 4% (2/52) needed treatment during the 12-month 'real life' phase (statistically significant reduction, p<0.001)<br>• conduct problems/antisocial: 14% (7/52) needed treatment before or during the | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  a) yes – 12 month follow-up<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor** |

App.0231

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| a year on gender-affirming hormones.<br><br>**Study dates**<br>2011 to 2017 | the ICD-10 is 'transsexualism'.<br><br>Mean age at diagnosis 18.1 years (range 15.2 to 19.9) | | assessment and 6% (3/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.18)<br>• psychotic symptoms/psychosis: 2% (1/52) needed treatment before or during the assessment and 4% (2/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.56)<br>• substance abuse: 4% (2/52) needed treatment before or during the assessment and 2% (1/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.56)<br>• autism: 12% (6/52) needed treatment before or during the assessment and 6% (3/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.30)<br>• ADHD: 10% (5/52) needed treatment before or during the assessment and 2% (1/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 0.09)<br>• eating disorder: 2% (1/52) needed treatment before or during the assessment and 2% (1/52) needed treatment during the 12-month 'real life' phase (no statistically significant difference, p= 1.0).<br>No details of actual treatment reported.<br><br>**Important Outcomes**<br>***Psychosocial Impact***<br>Study reported on measures of functioning in different domains of adolescent development, | Other comments: None<br><br>Source of funding: No source of funding reported |

| | | | reported over the approximately 12-month period after starting gender-affirming hormones (referred to as the 'real-life phase' in Finland)<br><br>Significantly fewer participants were living with parent(s)/ guardians during the real-life phase (40%; 21/50) compared with during gender identity assessment (73%; 38/52; p=0.001))<br><br>There was a statistically significant reduction in the number of participants with normative peer contacts, from gender identity assessment (89%; 46/52) to the real-life phase (81%; 42/52; p<0.001).<br><br>There was no significant difference in the number of participants who were progressing normally in school or work during gender identity assessment (64%; 33/52) compared with the real-life phase (60%; 31/52).<br><br>There was no significant difference in the number of participants who have been dating or were in steady relationships during gender identity assessment (62%; 32/50) compared with the real-life phase (58%; 30/52).<br><br>There was no significant difference in the number of participants who were able to deal with matters outside of the home in an age-appropriate manner during gender identity assessment (81% (42/52) compared with the real-life phase  (81%; 42/52) | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | *No other critical or important outcomes reported* | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation** Khatchadourian K, Amed S, Metzger DL (2014) Clinical management of youth with gender dysphoria in Vancouver. The Journal of pediatrics 164(4): 906-11<br><br>**Study location** Single centre study, Vancouver, Canada<br><br>**Study type** Retrospective chart review<br><br>**Study aim** To describe the patient characteristics, clinical management, and response to treatment in a cohort of people seen in a single clinic.<br><br>**Study dates** 1998 to 2011 | Inclusion criteria were at least Tanner stage 2 pubertal development, previous assessment by a mental health professional and a confirmed diagnosis of gender dysphoria (diagnostic criteria not specified). No exclusion criteria are specified.<br><br>63 children, adolescents and young people with gender dysphoria who started gender-affirming hormones, out of 84 young people seen in the unit between 1998 and 2011. 39 transfemales and 24 transmales.<br><br>Diagnostic criteria for gender dysphoria not reported.<br><br>Mean age at the start of gender-affirming hormone treatment was 17.4 years (SD 1.9). | **Intervention** Transfemales: Oestrogen (oral micronized 17β-oestradiol) Transmales: Testosterone (injectable testosterone enanthate and/or cypionate)<br><br>19 participants (30%) had previously received a GnRH analogue. The median time from start of GnRH analogue to start of gender-affirming hormones was 11.3 months (range 2.2 to 42.0). 11 participants continued GnRH analogues after starting gender-affirming hormones.<br><br>Average duration of treatment with a GnRH analogue not reported<br><br>**Comparison** No comparator | **Critical Outcomes**<br><br>No critical outcomes assessed.<br><br>**Important outcomes**<br><br>*Safety* Of the 63 participants who received gender-affirming hormones:<br>• No participants permanently discontinued gender-affirming hormones<br>• 3 participants (5%) temporarily discontinued treatment:<br>  ○ 2 transmales due to concomitant mental health comorbidities<br>  ○ 1 transmale due to androgenic alopecia.<br>  ○ No transfemale stopped treatment.<br>The authors report that all patients eventually restarted gender-affirming hormones, although they do not report how long treatment was | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain** 1.  b) somewhat representative 2.  c) no-non exposed cohort 3.  a) secure record* 4.  b) no<br>**Domain 2: Comparability** 1.  c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome** 1.  b) record linkage 2.  b) no – although follow-up time is reported for patients with more than 1 clinic visit, duration of treatment with gender-affirming hormones is not reported 3.  c) incomplete - missing data<br><br>**Overall quality is assessed as poor** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | stopped for, or what the effect of stopped treatment was.<br>• No participants reported major complications<br>• 12 participants (19%) had minor complications:<br>  ○ 7 transmales had severe acne (requiring isotretinoin)<br>  ○ 1 transmale had andogenic alopecia<br>  ○ 3 transmales had mild dyslipidaemia (levels not reported)<br>  ○ 1 transmale had significant mood swings<br>  ○ No transfemales had minor complications | Other comments: Mental health comorbidity was reported for all participants but not for the gender-affirming hormone cohort separately. Concomitant use of other medicines was not reported.<br><br>Source of funding: No source of funding identified. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Klaver, Maartje, de Mutsert, Renee, van der Loos, Maria A T C et al. (2020) Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. Pediatrics 145(3)<br><br>**Study location**<br>Single centre, Amsterdam, Netherlands | Participants were included if i) they had started GnRH analogue treatment before 18 years, ii) if whole body dual-energy radiograph absorptiometry was performed at least once during treatment (4 months before or after the start of GnRH analogues or gender-affirming hormones, or | Transfemales: Oestrogen (17-β oestradiol [E2]) orally, starting with 5 mcg/kg body weight per day, which was increased every 6 months until the maintenance dose of 2 mg per day was reached.<br><br>Transmales: mixed testosterone esters (Sustanon), 25 mg/m² body surface area every 2 weeks intramuscularly, | **Critical Outcomes**<br><br>No critical outcomes assessed.<br><br>**Important outcomes**<br><br>*Safety*<br>Safety outcomes reported separately for transfemales and transmales.<br><br>**For transfemales**, from the start of gender-affirming hormone treatment to age 22 years:<br>• Mean BMI statistically significantly increased (mean change +1.9, 95% CI 0.6 to 3.2, p<0.005; mean BMI at | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record*<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) cohorts are not comparable on the basis |

App.0235

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To examine the effects of treatment on changes in cardiovascular risk factors, including BMI, blood pressure, insulin sensitivity, and lipid levels.<br><br>**Study dates**<br>1998-2015 | within 1.5 years before or after the 22nd birthday), iii) if they were likely to have had at least 1 medical consultation in young adulthood.<br><br>The study included 192 young people with dysphoria who met the above inclusion criteria: 71 transfemales and 121 transmales.<br><br>Gender dysphoria was diagnosed according to the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition criteria.<br><br>Mean age at the start of gender-affirming hormones was 16.4 years (SD 1.1) for transfemales and 16.9 years (SD 0.9) for transmales. | increased every 6 months to maintenance dose of 250 mg every 3 to 4 weeks.<br><br>When GnRH analogues were started after the age of 16 years a different hormone starter dose was used (1 mg oestrogen daily and 75 mg testosterone weekly).<br><br>Median (IQR) duration of GnRH analogue (monotherapy) was 2.1 years (1.0 to 2.7) in transfemales and 1.0 (0.5 to 2.9) for transmales. | 22 years= 23.2, 95% CI 21.6 to 24.8). At age 22 years, 9.9% of the cohort were obese, compared with 3.0% in reference cisgender population[1].<br><br>• Mean systolic blood pressure (SBP) did not significantly change (mean change -3 mmHg, 95% CI -8 to 2; mean SBP at 22 years= 117 mmHg, 95% CI 113 to 122)<br><br>• Mean diastolic blood pressure (DBP) statistically significantly increased (mean change +6 mmHg, 95% CI 3 to 10, p<0.001; mean DBP at 22 years= 75 mmHg, 95% CI 72 to 78)<br><br>• Mean glucose level did not significantly change (mean change +0.1 mmol/L, 95% CI -0.1 to 0.2; mean glucose level at 22 years= 5.0 mmol/L, 95% CI 4.8 to 5.1)<br><br>• Mean insulin level did not significantly change (mean change +2.7 mU/L, 95% CI -1.7 to 7.1; mean insulin level at 22 years= 5.0 mU/L (4.8 to 5.1)<br><br>• Insulin resistance (mean Homeostatic Model Assessment of Insulin Resistance [HOMA-IR]) did not significantly change (mean change +0.7, 95% CI -0.2 to 1.5; mean HOMA-IR at 22 years 2.9, 95% CI 1.9 to 3.9)<br><br>• Mean total cholesterol did not significantly change (mean change +0.1 mmol/L, 95% CI -0.2 to 0.4; mean total cholesterol at 22 years 4.1 mmol/L, 95% CI 3.8 to 4.4)<br><br>• Mean HDL cholesterol did not significantly change (mean change +0.0 mmol/L, 95% CI -0.1 to 0.2; mean HDL cholesterol at 22 years 1.6 mmol/L, 95% CI 1.4 to 1.7)<br><br>• Mean LDL cholesterol did not significantly change (mean change +0.0 mmol/L, 95% | of the design or analysis controlled for confounders<br><br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  a) yes- follow-up from start of gender-affirming hormones to age 22 years, around 5 years<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: No external funding |

|  |  |  |  | CI -0.3 to 0.2; mean LDL cholesterol at 22 years 2.0 mmol/L, 95% CI 1.8 to 2.3) |  |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  | • Mean triglycerides statistically significantly increased (mean change +0.2 mmol/L, 95% CI 0.0 to 0.5, p<0.05; triglyceride level at 22 years 1.1 mmol/L, 95% CI 0.9 to 1.4) |  |
|  |  |  |  | **For transmales**, from the start of gender-affirming hormone treatment to age 22 years: |  |
|  |  |  |  | • Mean BMI statistically significantly increased (mean change +1.4, 95% CI 0.8 to 2.0, p<0.005; mean BMI at 22 years= 23.9, 95% CI 23.0 to 24.7). At age 22 years, 6.6% of the cohort were obese, compared with 2.2% in reference cisgender population[1]. |  |
|  |  |  |  | • Mean systolic blood pressure (SBP) statistically significantly increased (mean change +5 mmHg, 95% CI 1 to 9; mean SBP at 22 years= 126 mmHg, 95% CI 122 to 130) |  |
|  |  |  |  | • Mean diastolic blood pressure (DBP) statistically significantly increased (mean change +6 mmHg, 95% CI 4 to 9, p<0.001; mean DBP at 22 years= 74 mmHg, 95% CI 72 to 77) |  |
|  |  |  |  | • Mean glucose level did not significantly change (mean change 0.0 mmol/L, 95% CI -0.2 to 0.2; mean glucose level at 22 years= 4.8 mmol/L, 95% CI 4.7 to 5.0) |  |
|  |  |  |  | • Mean insulin level statistically significantly decreased (mean change -2.1 mU/L, 95% CI -3.9 to -0.3, p<0.05; mean insulin level at 22 years= 8.6 mU/L (6.9 to 10.2) |  |
|  |  |  |  | • Insulin resistance (mean Homeostatic Model Assessment of Insulin Resistance [HOMA-IR]) statistically significantly |  |

87

App.0237

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | decreased (mean change -0.5, 95% CI -1.0 to -0.1, p<0.05; mean HOMA-IR at 22 years 1.8, 95% CI 1.4 to 2.2)<br><br>• Mean total cholesterol statistically significantly increased (mean change +0.4 mmol/L, 95% CI 0.2 to 0.6, p<0.001; mean total cholesterol at 22 years 4.6 mmol/L, 95% CI 4.3 to 4.8)<br><br>• Mean HDL cholesterol statistically significantly decreased (mean change -0.3 mmol/L, 95% CI -0.4 to -0.2, p<0.001; mean HDL cholesterol at 22 years 1.3 mmol/L, 95% CI 1.2 to 1.3)<br><br>• Mean LDL cholesterol statistically significantly increased (mean change +0.4 mmol/L, 95% CI 0.2 to 0.6, p<0.001; mean LDL cholesterol at 22 years 2.6 mmol/L, 95% CI 2.4 to 2.8)<br><br>• Mean triglycerides statistically significantly increased (mean change +0.5 mmol/L, 95% CI 0.3 to 0.7, p<0.001; triglyceride level at 22 years 1.3 mmol/L, 95% CI 1.1 to 1.5) | |

[1] Reference population taken from Fredriks et al. (2000)

App.0238

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of Clinical Endocrinology and Metabolism 100(2): e270-5<br><br>**Study location**<br>Single centre, Amsterdam, Netherlands<br><br>**Study type**<br>Retrospective longitudinal study<br><br>**Study aim**<br>To assess peak bone mass in young adults with gender dysphoria who had received GnRH analogues and gender-affirming hormones during their pubertal years.<br><br>**Study dates** | 34 young people with gender dysphoria who received GnRH analogues, gender-affirming hormones and gonadectomy.<br><br>The study included 15 transfemales and 19 transmales; mean age at start of gender-affirming hormones was 16.6 years (SD 1.4) and 16.4 years (SD 2.3) respectively.<br><br>Participants were required to meet the DSM-IV-TR criteria for gender identity disorder of adolescence. Participants were included if they had undergone gonadectomy between June 1998 and August 2012, and they were at least 21 years old when they had the surgery. Bone mineral density data were also required at the start of GnRH analogue, gender-affirming hormones and at the age of 22 years.<br><br>No concomitant treatments were reported. | **Intervention**<br><br>Transfemales - oral 17-β oestradiol<br>(incremental dosing)<br><br>Transmales – IM testosterone (Sustanon 250 mg/ml; incremental dosing)<br><br>Median duration of treatment with gender-affirming hormones for transfemales was 5.8 years (range 3.0 to 8.0) and for transmales was 5.4 years (range 2.8 to 7.8).<br><br>The GnRH analogue was SC triptorelin 3.75 mg every 4 weeks.<br><br>No details of gonadectomy reported.<br><br>**Comparison**<br><br>No comparison group. Comparison over time reported. | **Critical outcomes**<br><br>No critical outcomes reported<br><br>**Important outcomes**<br><br>**Safety**<br><br>***Bone density: lumbar spine***<br><br>**Lumbar spine bone mineral apparent density (BMAD)**<br>Change from starting gender-affirming hormones to age 22 years in transfemales- Mean (SD); $g/m^3$<br>• Start of gender-affirming hormones: 0.22 (0.02)<br>• Age 22 years: 0.23 (0.03)<br>• p=0.003<br>z-score (range)<br>• Start of gender-affirming hormones: -0.90 (0.80)<br>• Age 22 years: -0.78 (1.03)<br>• No statistically significant difference<br>Change from starting gender-affirming hormones to age 22 years in transmales- Mean (SD); $g/m^3$<br>• Start of gender-affirming hormones: 0.24 (0.02)<br>• Age 22 years: 0.25 (0.28<br>• p=0.001<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.50 (0.81)<br>• Age 22 years: -0.033 (0.95)<br>• p=0.002 | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1. b) somewhat representative<br>2. c) no-non exposed cohort<br>3. a) secure record*<br>4. b) no<br>**Domain 2: Comparability**<br>1. c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1. b) record linkage<br>2. a) yes – mean duration of gender-affirming hormone treatment was 5.8 and 5.4 years.<br>3. c) follow-up rate variable across timepoints and no description of those lost<br><br>**Overall quality is assessed as poor**<br><br>Other comments: Within person comparison. Small numbers of participants in each subgroup. No |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Gonadectomy took place between June 1998 and August 2012 | At the start of gender-affirming hormone treatment, in the transfemale subgroup the median Tanner P was 4 (IQR 2) and the median Tanner G was 12 (IQR 11). In the transmale subgroup the median Tanner B was 5 (IQR 2) and the median Tanner P was 5 (IQR 0). | | **Lumbar spine bone mineral density (BMD)** Change from starting gender-affirming hormones to age 22 years in transfemales- Mean (SD); g/m² <br>• Start of gender-affirming hormones: 0.84 (0.11) <br>• Age 22 years: 0.93 (0.10) <br>• p<0.001 <br>z-score (range) <br>• Start of gender-affirming hormones: -1.01 (0.98) <br>• Age 22 years: -1.36 (0.83) <br>• No statistically significant difference <br>Change from starting gender-affirming hormones to age 22 years in transmales- Mean (SD); g/m² <br>• Start of gender-affirming hormones: 0.91 (0.10) <br>• Age 22 years: 0.99 (0.13) <br>• P<0.001 <br>z-score (range) <br>• Start of gender-affirming hormones: -0.72 (0.99) <br>• Age 22 years: -0.33 (1.12) <br>• No statistically significant difference <br><br>***Bone density: femoral region, nondominant side*** <br><br>**Femoral region, nondominant side BMAD** Change from starting gender-affirming hormones to age 22 years in transfemales- Mean (SD); g/m³ <br>• Start of gender-affirming hormones: 0.26 (0.04) <br>• Age 22 years: 0.28 (0.05) | concomitant treatments or comorbidities were reported. <br><br>Source of funding: None disclosed |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • No statistically significant difference<br>z-score (SD)<br>• Start of gender-affirming hormones: -1.57 (1.74)<br>• Age 22 years: Not reported<br>• No statistical analysis reported<br>Change from starting gender-affirming hormones to age 22 years in transmales- Mean (SD); g/m$^3$<br>• Start of gender-affirming hormones: 0.31 (0.04)<br>• Age 22 years: 0.33 (0.05)<br>• p=0.010<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.28 (0.74)<br>• Age 22 years: Not reported<br>• No statistical analysis reported<br><br>**Femoral region, nondominant side BMD**<br>Change from starting gender-affirming hormones to age 22 years in transfemales- Mean (SD); g/m$^2$<br>• Start of gender-affirming hormones: 0.87 (0.08)<br>• Age 22 years: 0.94 (0.11)<br>• P=0.009<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.95 (0.63)<br>• Age 22 years: -0.69 (0.74)<br>• No statistically significant difference<br>Change from starting gender-affirming hormones to age 22 years in transmales- Mean (SD); g/m$^2$<br>• Start of gender-affirming hormones: 0.88 (0.09)<br>• Age 22 years: 0.95 (0.10) | |

App.0241

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • P<0.001<br>z-score (SD)<br>• Start of gender-affirming hormones: -0.35 (0.79)<br>• Age 22 years: -0.35 (0.74)<br>• p=0.006 | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Kuper, Laura E, Stewart, Sunita, Preston, Stephanie et al. (2020) Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 145(4)<br><br>**Study location**<br>Single centre, Texas, USA<br><br>**Study type**<br>Prospective longitudinal study<br><br>**Study aim**<br>To:<br>• explore how baseline body dissatisfaction, depression, and anxiety symptoms vary by gender, | 148 children and adolescents with gender dysphoria, n=148, of whom:<br>• 25 received puberty suppression only<br>• 93 received gender-affirming hormone therapy only<br>• 30 received both<br>Results for treatments reported separately.<br><br>Mean age at initial assessment was 15.4 years (range 9 to 18).<br><br>Mean age at start of gender-affirming hormone therapy was 16.2 years (range 13.2 to 18.6).<br><br>All participants met the Diagnostic and Statistical | Hormone therapy, guided by Endocrine Society Clinical Practice Guidelines<br><br>Follow-up at least 18 months from initial assessment at the clinic.<br><br>Mean duration of gender-affirming hormone therapy before follow-up was 10.9 months (range 1 to 18; SD 3.3) | **Critical Outcomes**<br><br>***Impact on mental health***<br>Mean depression score, assessed using the Quick Inventory of Depressive Symptoms (QIDS), self-reported was 9.6 (SD 5.0) at baseline and 7.4 (SD 4.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean depression score, assessed using the QIDS, clinician-reported was 5.9 (SD 4.1) at baseline and 6.0 (SD 3.8) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean anxiety score, assessed using the Screen for Child Anxiety Related Emotional Disorders (SCARED) questionnaire was 32.6 (SD 16.3) at baseline and 28.4 (SD 15.9) at | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1. b) somewhat representative<br>2. c) no-non exposed cohort<br>3. a) secure record<br>4. b) no<br>**Domain 2: Comparability**<br>1. c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br><br>**Domain 3: Outcome**<br>1. d) assessors not blinded to treatment<br>2. a) yes – follow-up at least 18 months from initial assessment. Mean duration of gender-affirming hormone |

App.0242

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| age at initial assessment, and Tanner stage at first medical visit<br>• examine how body dissatisfaction, depression, and anxiety symptoms change over the first year of gender-affirming hormone treatment<br>• explore how any changes vary by affirmed gender, Tanner stage, age, type of treatment, months on gender-affirming hormone therapy, mental health treatment received, and whether chest surgery was also obtained (among transmales).<br><br>**Study dates**<br>Initial participant assessments took place between August 2014 and March 2018. | Manual of Mental Disorders, Fifth Edition criteria for gender dysphoria.<br><br>Specific inclusion and exclusion criteria for the study are not reported. It would appear that all children and adolescents eligible for gender-affirming hormones were considered eligible for the study. The authors state that before initial assessment with a psychologist, psychiatrist, and/or clinical therapist, parents completed a phone intake survey. Around one-third of families did not follow-up after the phone intake. | | follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean panic score, assessed using specific questions from the SCARED questionnaire was 8.1 (SD 6.3) at baseline and 7.1 (SD 6.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean generalised anxiety score, assessed using specific questions from the SCARED questionnaire was 10.0 (SD 5.1) at baseline and 8.8 (SD 6.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean social anxiety score, assessed using specific questions from the SCARED questionnaire was 8.5 (SD 4.1) at baseline and 7.7 (SD 4.2) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.<br><br>Mean separation anxiety score, assessed using specific questions from the SCARED | treatment was 10.9 months.<br>3. c) patient numbers vary by outcome with no explanation<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: Supported by Children's Health. The Research Electronic Data Capture database was funded by the Clinical and Translational Science Awards program |

<table>
<tr><td></td><td></td><td></td><td>

questionnaire was 3.5 (SD 3.0) at baseline and 3.1 (SD 2.5) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.

Mean school avoidance score, assessed using specific questions from the SCARED questionnaire was 2.6 (SD 2.1) at baseline and 2.0 (SD 2.0) at follow-up. The authors did not present statistical analysis for the sub-group of participants receiving gender-affirming hormones and it is unclear whether the change in score was statistically significant.

The authors also reported results separately for transfemales and transmales:

**Transfemales** No statistical analyses were reported for this sub-group and it is unclear whether any changes in score were statistically significant.
- Mean depression symptoms, assessed using the QIDS, self-reported was 7.5 (SD 4.9) at baseline and 6.6 (SD 4.4) at follow-up.
- Mean depression symptoms, assessed using the QIDS, clinician-reported was 4.2 (SD 3.2) at baseline and 5.4 (SD 3.4) at follow-up.
- Mean anxiety symptoms, assessed using the SCARED questionnaire was 26.4 (SD 14.2) at baseline and 24.3 (SD 15.4) at follow-up.

</td><td></td></tr>
</table>

94

App.0244

|  |  |  |  | <ul><li>Mean panic symptoms, assessed using specific questions from the SCARED questionnaire was 5.7 (SD 4.9) at baseline and 5.1 (SD 4.9) at follow-up.</li><li>Mean generalised anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 8.6 (SD 5.1) at baseline and 8.0 (SD 5.1) at follow-up.</li><li>Mean social anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 7.1 (SD 3.9) at baseline and 6.8 (SD 4.4) at follow-up.</li><li>Mean separation anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 3.4 (SD 3.3) at baseline and 2.7 (SD 2.3) at follow-up.</li><li>Mean school avoidance symptoms, assessed using specific questions from the SCARED questionnaire was 1.8 (SD 1.7) at baseline and 1.9 (SD 2.1) at follow-up.</li></ul>**Transmales** No statistical analyses were reported for this sub-group and it is unclear whether any changes in score were statistically significant.<ul><li>Mean depression symptoms, assessed using the QIDS, self-reported was 10.4 (SD 5.0) at baseline and 7.5 (SD 4.5) at follow-up.</li><li>Mean depression symptoms, assessed using the QIDS, clinician-reported was 6.7 (SD 4.4) at baseline and 6.2 (SD 4.1) at follow-up.</li><li>Mean anxiety symptoms, assessed using the SCARED questionnaire was 35.4 (SD</li></ul> |  |

|  |  |  | 16.5) at baseline and 29.8 (SD 15.5) at follow-up. |  |
|  |  |  | • Mean panic symptoms, assessed using specific questions from the SCARED questionnaire was 9.3 (SD 6.5) at baseline and 7.9 (SD 6.5) at follow-up. |  |
|  |  |  | • Mean generalised anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 10.4 (SD 5.0) at baseline and 9.0 (SD 5.1) at follow-up. |  |
|  |  |  | • Mean social anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 8.5 (SD 4.0) at baseline and 7.8 (SD 4.1) at follow-up. |  |
|  |  |  | • Mean separation anxiety symptoms, assessed using specific questions from the SCARED questionnaire was 4.2 (SD 3.4) at baseline and 3.4 (SD 2.6) at follow-up. |  |
|  |  |  | • Mean school avoidance symptoms, assessed using specific questions from the SCARED questionnaire was 2.6 (SD 2.1) at baseline and 2.0 (SD 2.0) at follow-up. |  |
|  |  |  | No difference in impact on mental health found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint.<br><br>**Important Outcomes**<br>*Impact on body image* |  |

App.0246

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | Mean Body Image Scale (BIS) score was 70.7 (SD 15.2) at baseline and 51.4 (SD 18.3) at follow-up. The authors do not present statistical analysis for this population and it is unclear whether the change in score was statistically significant.<br><br>The authors also reported body image results separately for transfemales and transmales. No statistical analyses were reported for this sub-groups and it is unclear whether changes in score were statistically significant.<br>• In transfemales, BIS score was 67.5 (SD 19.5) at baseline and 49.0 (SD 21.6) at follow-up.<br>• In transmales, BIS score was 71.1 (SD 13.4) at baseline and 52.9 (SD 16.8) at follow-up.<br><br>No difference in body image score found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint.<br><br>*No other critical or important outcomes reported* | |

App.0247

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Study dates**<br>Lopez de Lara, D., Perez Rodriguez, O., Cuellar Flores, I. et al. (2020) Psychosocial assessment in transgender adolescents. Anales de Pediatria<br><br>**Study location**<br>Single centre in Madrid, Spain<br><br>**Study type**<br>Prospective analytical study<br><br>**Study aim**<br>To assess the psychosocial status of patients seeking care in the paediatric endocrinology clinic for gender dysphoria, and the impact on psychosocial status of gender-affirming hormone therapy at 12 months of treatment<br><br>**Study dates**<br>Not reported | 23 adolescents with gender dysphoria; 16 transmale and 7 transfemale.<br><br>Participants were required to be at a stage of pubertal development of Tanner 2 or higher. People with mental health comorbidity that could affect the experience of gender dysphoria were excluded.<br><br>Mean age at baseline was 16 years (range 14 to 18).<br><br>30 cisgender controls, matched for age, ethnicity, and socioeconomic status | Gender-affirming hormones-<br><br>• Oral oestradiol<br>• Intramuscular testosterone<br><br>Participants had previously received gonadotropin-releasing hormone (GnRH) analogues in the intermediate pubertal stages (Tanner 2---3). | **Critical Outcomes**<br>*Impact on gender dysphoria*<br>Following gender-affirming hormones for 12 months, mean (±SD) Utrecht Gender Dysphoria Scale (UGDS) score statistically significantly improved, from 57.1 (±4.1) at baseline to 14.7 (±3.2; p<0.001)<br><br>*Impact on mental health*<br>Mean depression score statistically significantly improved following treatment with gender-affirming hormones. Mean Beck Depression Inventory II (BDI-II) score (±SD) reduced from 19.3 points (±5.5) at baseline to 9.7 points (±3.9) at 12 months (p<0.001).<br><br>Mean anxiety scores statistically significantly improved following treatment with gender-affirming hormones. Mean (±SD) State-Trait Anxiety Inventory (STAI) State subscale score improved from 33.3 points (±9.1) at baseline to 16.8 points (±8.1) at 12 months (p<0.001). Mean (±SD) State-Trait Anxiety Inventory (STAI) Trait subscale score improved from 33.0 points (±7.2) at baseline to 18.5 points (±8.4) at 12 months (p<0.001).<br><br>**Important Outcomes**<br>*Psychosocial Impact*<br>There was not change in family functioning, measured using the Family APGAR test, from baseline (17.9 points) to 1 year after starting | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  Not applicable – although a control group is reported on, people in this group did not have gender dysphoria.<br>3.  a) secure record*<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  Not applicable – although a control group is reported on, people in this group did not have gender dysphoria.<br>**Domain 3: Outcome**<br>1.  d) assessors not blinded to treatment<br>2.  a) yes – 12 months treatment with gender-affirming hormones<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor** |

App.0248

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | gender-affirming hormones (18.0 points; no statistical analysis reported).<br><br>Results from the Strengths and Difficulties Questionnaire, Spanish Version (SDQ-Cas) showed statistically significant improvements from baseline (14.7 points; SD±3.3) to 12 months after gender-affirming hormones (10.3 points; SD±2.9; p<0.001)<br><br>*No other critical or important outcomes reported* | Other comments: None<br><br>Source of funding: Not reported |

99

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Stoffers, Iris E; de Vries, Martine C; Hannema, Sabine E (2019) Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender dysphoria. The journal of sexual medicine 16(9): 1459-1468<br><br>**Study location**<br>Single centre, Leiden, Netherlands<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To report changes in height, BMI, blood pressure, laboratory parameters and bone density.<br><br>**Study dates**<br>November 2010 to August 2018 | 62 transmales with gender dysphoria. participants were required to have been receiving testosterone therapy for at least 6 months. Further inclusion or exclusion criteria not reported.<br><br>Gender dysphoria was diagnosed according to the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition criteria.<br>. | Testosterone intramuscular injection (Sustanon 250 mg). Dose escalated every 6 months up to the standard adult dose of 125 mg every 2 weeks or 250 mg every 3-4 weeks. A more rapid dose escalation was using in patients who started GnRH analogue treatment at 16 years or older.<br><br>Median age at start of testosterone treatment was 17.2 years (range 14.9 to 18.4)<br><br>Median duration of testosterone treatment was 12 months (range 5 to 33)<br><br>Median duration of GnRH analogue treatment was 8 months (range 3 to 39) | **Critical Outcomes**<br><br>No critical outcomes assessed.<br><br>**Important outcomes**<br><br>***Safety***<br><br>***Bone mineral density (BMD): lumbar spine***<br>There was no statistically significant difference in lumber spine bone mineral density (BMD) from start of testosterone treatment to any timepoint, up to 24 months follow-up.<br>Mean (±SD), g/cm$^2$:<br><ul><li>Start of testosterone: 0.90 (±0.11)</li><li>6 months: 0.94 (±0.10)</li><li>12 months: 0.95 (±0.09)</li><li>24 months: 0.95 (±0.11)</li></ul>z-score (±SD):<br><ul><li>Start of testosterone: -0.81 (±1.02)</li><li>6 months: -0.67 (±0.95)</li><li>12 months: -0.66 (±0.81)</li><li>24 months: -0.74 (±1.17)</li></ul><br>***Bone mineral density (BMD): femoral neck (hip)***<br>There was no statistically significant difference in right or left femoral neck (hip) bone mineral density (BMD) from start of | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record*<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  a) yes – mean duration of gender-affirming hormone treatment was 5.8 and 5.4 years.<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor**<br><br>Other comments: None<br><br>Source of funding: None |

| | | | testosterone treatment to any timepoint, up to 24 months follow-up. | |
|---|---|---|---|---|
| | | | **Right** | |
| | | | Mean (±SD), g/cm$^2$: | |
| | | | • Start of testosterone: 0.77 (±0.08) | |
| | | | • 6 months:  0.84 (±0.11) | |
| | | | • 12 months: 0.82 (±0.08) | |
| | | | • 24 months: 0.85 (±0.11) | |
| | | | z-score (±SD): | |
| | | | • Start of testosterone: -0.97 (0.79) | |
| | | | • 6 months: -0.54 (±0.96) | |
| | | | • 12 months: -0.80 (±0.69) | |
| | | | • 24 months: -0.31 (±0.84) | |
| | | | **Left** | |
| | | | Mean (±SD), g/cm$^2$: | |
| | | | • Start of testosterone: 0.76 (±0.09) | |
| | | | • 6 months: 0.83 (±0.12) | |
| | | | • 12 months: 0.81 (±0.08) | |
| | | | • 24 months: 0.86 (±0.09) | |
| | | | z-score (±SD): | |
| | | | • Start of testosterone: -1.07 (0.85) | |
| | | | • 6 months: -0.62 (±1.12) | |
| | | | • 12 months: -0.93 (±0.63) | |
| | | | • 24 months: -0.20 (±0.70) | |
| | | | | |
| | | | ***Other safety-related outcomes*** | |
| | | | • Alkaline phosphatase: statistically significant increases observed from start of testosterone treatment to 6 months and 12 months (p<0.001), although difference at 24 months was not statistically significant. Median (IQR), U/L | |
| | | |     o Start of testosterone: 102 (78 to 136) | |
| | | |     o 6 months: 115 (102 to 147) | |
| | | |     o 12 months: 112 (88 to 143) | |
| | | |     o 24 months: 81 (range 69 to 98) | |
| | | | • Creatinine: statistically significant increases observed from start of | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | testosterone treatment to 6, 12 and 24 months (p<0.001). Mean (±SD), umol/L<br>   ○  Start of testosterone: 62 (±7)<br>   ○  6 months: 70 (±9)<br>   ○  12 months: 74 (±10)<br>   ○  24 months: 81 (±10)<br><br>There was no statistically significant change from start of testosterone treatment in:<br>  • HbA1c<br>  • Aspartate aminotransferase (AST)<br>  • Alanine aminotransferase (ALT)<br>  • Gamma-glutamyl transferase<br>  • Urea<br>Numerical results, follow-up duration and further details of statistical analysis not reported. | |

App.0252

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| **Full citation**<br>Vlot MC, Klink DT, den Heijer M et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19<br><br>**Study location**<br>Single centre, Amsterdam, Netherlands<br><br>**Study type**<br>Retrospective chart review<br><br>**Study aim**<br>To investigate the impact of GnRH analogues and gender-affirming hormones on bone mineral apparent density (BMAD) in transgender adolescents. The study also report on levels of bone turnover markers, although the authors concluded that the | 70 adolescents with gender dysphoria (42 transmales and 28 transfemales).<br><br>Median age (range) at the start of gender-affirming hormones was 16.3 years (15.9 to 19.5) for transmales and 16.0 years (14.0 to 18.9) for transfemales.<br><br>Participants were included if they had a diagnosis of gender dysphoria according to DSM-IV-TR criteria who received GnRH analogues and then gender-affirming hormones.<br><br>No concomitant treatments were reported.<br><br>The study categorised participants into a young and old pubertal group, based on their bone age. The young transmales had a bone age of <14 years and the old transmales had a bone age of ≥14 years. The young transfemales | Transfemales:<br>Oestradiol oral<br>Dose escalated every 6 months until standard adult dose of 2 mg daily was reached<br><br>Transmales:<br>Testosterone intramuscular injection (Sustanon 250 mg). Dose escalated every 6 months up to the standard adult dose of 250 mg every 4 weeks or 250 mg every 3-4 weeks.<br><br>All participants previously received a GnRH analogue (triptorelin 3.75 mg subcutaneously every 4 weeks)<br><br>Median duration of GnRH analogue therapy not reported. | **Critical outcomes**<br><br>No critical outcomes reported<br><br>**Important outcomes**<br><br>***Bone density: lumbar spine***<br><br>**Lumbar spine bone mineral apparent density (BMAD)**<br><br>Transfemales (bone age <15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones (C0): 0.20 (0.18 to 0.24)<br>• 24-month follow-up (C24): 0.22 (0.19 to 0.27)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones (C0): -1.52 (-2.36 to 0.42)<br>• 24-month follow-up (C24):<br>• Statistically significant increase (p≤0.05)<br><br>Transfemales (bone age ≥15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.22 (0.19 to 0.24)<br>• 24-months: 0.23 (0.21 to 0.26)<br>• Statistically significant increase (p≤0.05)<br>z-score (range)<br>• Start of gender-affirming hormones: -1.15 (-2.21 to 0.08)<br>• 24-months: -0.66 (-1.66 to 0.54) | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain**<br>1.  b) somewhat representative<br>2.  c) no-non exposed cohort<br>3.  a) secure record*<br>4.  b) no<br>**Domain 2: Comparability**<br>1.  c) cohorts are not comparable on the basis of the design or analysis controlled for confounders<br>**Domain 3: Outcome**<br>1.  b) record linkage<br>2.  a) yes- 24 month follow-up<br>3.  a) complete follow up - all subjects accounted for<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: None<br><br>Source of funding: grant from Abbott diagnostics |

App.0253

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| added value of these seems to be limited.<br><br>**Study dates**<br>Participants started gender-affirming therapy between 2001 and 2011 | group had a bone age of <15 years and the old transfemales group ≥15 years. | | Statistically significant increase (p≤0.05)<br><br>Transmales (bone age <14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.23 (0.19 to 0.28)<br>• 24-months: 0.25 (0.22 to 0.28)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.84 (-2.2 to 0.87)<br>• 24-months: -0.15 (-1.38 to 0.94)<br>Statistically significant increase (p≤0.01)<br><br>Transmales (bone age ≥14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), $g/m^3$<br>• Start of gender-affirming hormones: 0.24 (0.20 to 0.28)<br>• 24-months: 0.25 (0.21 to 0.30)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.29 (-2.28 to 0.90)<br>• 24-months: -0.06 (-1.75 to 1.61)<br>Statistically significant increase (p≤0.01)<br><br>***Bone density: femoral neck***<br><br>**Femoral neck BMAD**<br><br>Transfemales (bone age <15 years), change from starting gender-affirming hormones to 24 months follow-up. | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | Median (range), g/m³<br>• Start of gender-affirming hormones: 0.27 (0.20 to 0.33)<br>• 24-months: 0.27 (0.20 to 0.36)<br>• No statistically significant change<br>z-score (range)<br>• Start of gender-affirming hormones: -1.32 (-3.39 to 0.21)<br>• 24-months: -1.30 (-3.51 to 0.92)<br>• No statistically significant change<br><br>Transfemales (bone age ≥15 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), g/m³<br>• Start of gender-affirming hormones: 0.30 (0.26 to 0.34)<br>• 24-months: 0.29 (0.24 to 0.38)<br>• No statistically significant change<br>z-score (range)<br>• Start of gender-affirming hormones: -0.36 (-1.50 to 0.46)<br>• 24-months: -0.56 (-2.17 to 1.29)<br>• No statistically significant change<br><br>Transmales (bone age <14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>Median (range), g/m³<br>• Start of gender-affirming hormones: 0.30 (0.22 to 0.35)<br>• 24-months: 0.33 (0.23 to 0.37)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.37 (-2.28 to 0.47)<br>• 24-months: -0.37 (-2.03 to 0.85) | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | • Statistically significant increase (p≤0.01)<br><br>Transmales (bone age ≥14 years), change from starting gender-affirming hormones to 24 months follow-up.<br>• Start of gender-affirming hormones: 0.30 (0.23 to 0.41)<br>• 24-months: 0.32 (0.23 to 0.41)<br>• Statistically significant increase (p≤0.01)<br>z-score (range)<br>• Start of gender-affirming hormones: -0.27 ((-1.91 to 1.29)<br>• 24-months: 0.02 (-2.1 to 1.35)<br>• Statistically significant increase (p≤0.05) | |

App.0256

## Appendix F Quality appraisal checklists

### *Newcastle-Ottawa Quality Assessment Form for Cohort Studies*

Note: A study can be given a maximum of one star for each numbered item within the Selection and Outcome categories. A maximum of two stars can be given for Comparability.

**Selection**

1) Representativeness of the exposed cohort

 a) Truly representative (one star)

 b) Somewhat representative (one star)

 c) Selected group

 d) No description of the derivation of the cohort

2) Selection of the non-exposed cohort

 a) Drawn from the same community as the exposed cohort (one star)

 b) Drawn from a different source

 c) No description of the derivation of the non exposed cohort

3) Ascertainment of exposure

 a) Secure record (e.g., surgical record) (one star)

 b) Structured interview (one star)

 c) Written self report

 d) No description

 e) Other

4) Demonstration that outcome of interest was not present at start of study

 a) Yes (one star)

 b) No

**Comparability**

1) Comparability of cohorts on the basis of the design or analysis controlled for confounders

 a) The study controls for age, sex and marital status (one star)

 b) Study controls for other factors (list) _____
(one star)

 c) Cohorts are not comparable on the basis of the design or analysis controlled for confounders

**Outcome**

1) Assessment of outcome

 a) Independent blind assessment (one star)

 b) Record linkage (one star)

 c) Self report

 d) No description

 e) Other

2) Was follow-up long enough for outcomes to occur

 a) Yes (one star)

 b) No

 Indicate the median duration of follow-up and a brief rationale for the assessment above:_____

3) Adequacy of follow-up of cohorts

 a) Complete follow up- all subject accounted for (one star)

b) Subjects lost to follow up unlikely to introduce bias- number lost less than or equal to 20% or description of those lost suggested no different from those followed. (one star)
c) Follow up rate less than 80% and no description of those lost
d) No statement

*Thresholds for converting the Newcastle-Ottawa scales to AHRQ standards (good, fair, and poor):*

**Good quality:** 3 or 4 stars in selection domain AND 1 or 2 stars in comparability domain AND 2 or 3 stars in outcome/exposure domain

**Fair quality**: 2 stars in selection domain AND 1 or 2 stars in comparability domain AND 2 or 3 stars in outcome/exposure domain

**Poor quality:** 0 or 1 star in selection domain OR 0 stars in comparability domain OR 0 or 1 stars in outcome/exposure domain

App.0258

## Appendix G Grade profiles

**Table 2: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? - Gender dysphoria**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on gender dysphoria (1 uncontrolled, prospective observational study)* | | | | | | | | | |
| *Change from baseline in mean gender dysphoria score, measured using the UGDS (duration of treatment 12 months). Higher scores indicate greater gender dysphoria.* | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 57.1 (SD 4.1) T1 (12 months) = 14.7 (SD 3.2) Statistically significant improvement, p<0.001 | Critical | VERY LOW |

**Abbreviations:** p: p-value; SD: standard deviation; UGDS: Utrecht Gender Dysphoria Scale

*1 Downgraded 1 level - the cohort study by Lopez de Lara et al. 2020 was assessed at high risk of bias (poor quality overall; lack of blinding and no control group)*

**Table 3: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Mental health**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on mental health (3 uncontrolled, prospective observational studies and 2 uncontrolled, retrospective observational studies)* | | | | | | | | | |
| *Change from baseline in mean depression score, measured using the BDI-II (duration of treatment 12 months). Higher scores indicate more severe depression.* | | | | | | | | | |

App.0259

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 19.3 (SD 5.5) T1 (12 months) = 9.7 (SD 3.9) Statistically significant improvement, p<0.001 | Critical | VERY LOW |
| *Change from baseline in mean depression score, measured using the CESD-R (approximately 12-month follow-up). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=50 | None | Wave 1 (baseline) = 21.4 Wave 3 (approx. 12 months) = 13.9 Statistically significant improvement (p<0.001) | Critical | VERY LOW |
| *Change from baseline in depression score, measured using the Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) (approximately 12-month follow-up). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=50 | None | Statistically significant reductions in mean score, p<0.001 Results presented diagrammatically, numerical results for mean score not reported | Critical | VERY LOW |
| *Change from baseline in depression symptoms, measured using the Quick Inventory of Depressive Symptoms (QIDS), self-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=105 | None | Baseline = 9.6 (SD 5.0) Follow-up = 7.4 (SD 4.5) No statistical analysis reported for the sub-group of participants receiving gender-affirming hormones | Critical | VERY LOW |
| *Change from baseline in depression symptoms, measured using the Quick Inventory of Depressive Symptoms (QIDS), clinician-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=106 | None | Baseline = 5.9 (SD 4.1) Follow-up = 6.0 (SD 3.8) | Critical | VERY LOW |

App.0260

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Kuper et al. 2020 | | | | | | | No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | | |
| **Need for treatment due to depression, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 54% (28/52) During real life phase 15% (8/52) Statistically significant reduction (p<0.001) | Critical | VERY LOW |
| **Change from baseline in anxiety score, measured using the STAI-State subscale (duration of treatment 12 months). Higher scores indicate more severe anxiety.** | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 33.3 (SD 9.1) T1 (12 months) = 16.8 (SD 8.1) Statistically significant improvement, p<0.001 | Critical | VERY LOW |
| **Change from baseline in anxiety score, measured using the STAI-Trait subscale (duration of treatment 12 months). Higher scores indicate more severe anxiety.** | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 33.0 (SD 7.2) T1 (12 months) = 18.5 (SD 8.4) Statistically significant improvement, p<0.001 | Critical | VERY LOW |
| **Change from baseline in anxiety symptoms, measured using the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe anxiety.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=80 | None | Baseline = 32.6 (SD 16.3) Follow-up = 28.4 (SD 15.9) No statistical analysis reported for the sub-group of participants | Critical | VERY LOW |

App.0261

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | who received gender-affirming hormones | | |
| **Change from baseline in panic symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=82 | None | Baseline = 8.1 (SD 6.3) Follow-up = 7.1 (SD 6.5) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Change from baseline in generalised anxiety symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=82 | None | Baseline = 10.0 (SD 5.1) Follow-up = 8.8 (SD 5.0) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Change from baseline in social anxiety symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=82 | None | Baseline = 8.5 (SD 4.1) Follow-up = 7.7 (SD 4.2) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |
| **Change from baseline in separation anxiety symptoms, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=81 | None | Baseline = 3.5 (SD 3.0) Follow-up = 3.1 (SD 2.5) No statistical analysis reported for the sub-group of participants | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | who received gender-affirming hormones | | |

**Change from baseline in school avoidance, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=80 | None | Baseline = 2.6 (SD 2.1) Follow-up = 2.0 (SD 2.0) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Critical | VERY LOW |

**Need for treatment due to anxiety, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 48% (25/52) During real life phase 15% (8/52) Statistically significant reduction (p<0.001) | Critical | VERY LOW |

**Change from baseline in adjusted mean suicidality score, measured using the ASQ instrument (mean treatment duration 349 days). Higher scores indicate a greater degree of suicidality.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Allen et al. 2019 | Serious limitations[5] | No serious indirectness | No serious inconsistency | Not calculable | N=39 | None | T0 (baseline) = 1.11 (SE 0.22) T1 (final assessment) = 0.27 (SE 0.12) Statistically significant improvement in score from T0 to T1, p<0.001 | Critical | VERY LOW |

**Change from baseline in percentage of participants with suicidal ideation, measured using the additional questions from the PHQ 9_Modified for Teens (approximately 12-month follow-up)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=50 | None | Wave 1 (baseline) = 10% (5/50) Wave 3 (approx. 12 months) = 6% (3/50) | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | No statistical analysis reported | | |
| **_Change from baseline in suicidal ideation (passive), information on which was collected by clinician, exact methods / tools not reported (mean duration of gender-affirming hormone treatment was 10.9 months)_** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | Serious indirectness [6] | No serious inconsistency | Not calculable | N=130 | None | Lifetime = 81% (105 people) 1 month before initial assessment = 25% (33 people) Follow-up period = 38% (51 people) No statistical analysis reported | Critical | VERY LOW |
| **_Change from baseline in suicide attempts, information on which was collected by clinician, exact methods / tools not reported (mean duration of gender-affirming hormone treatment was 10.9 months)_** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | Serious indirectness[6] | No serious inconsistency | Not calculable | N=130 | None | Lifetime = 15% (20 people) 3 months before initial assessment = 2% (3 people) Follow-up period = 5% (6 people) No statistical analysis reported | Critical | VERY LOW |
| **_Change from baseline in non-suicidal self-injury, information on which was collected by clinician, exact methods / tools not reported (mean duration of gender-affirming hormone treatment was 10.9 months)_** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[4] | Serious indirectness[6] | No serious inconsistency | Not calculable | N=130 | None | Lifetime = 52% (68 people) 3 months before initial assessment = 10% (13 people) Follow-up period = 17% (23 people) No statistical analysis reported | Critical | VERY LOW |
| **_Need for treatment due to suicidality / self-harm, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 35% (18/52) During real life phase | Critical | VERY LOW |

114

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | 4% (2/52) Statistically significant reduction (p<0.001) | | |
| **_Need for mental health treatment, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 50% (26/52) During real life phase 46% (24/51) No statistically significant difference (p= 0.77) | Critical | VERY LOW |
| **_Need for treatment due to conduct problems / antisocial, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 14% (7/52) During real life phase 6% (3/52) No statistically significant difference (p= 0.18) | Critical | VERY LOW |
| **_Need for treatment due to psychotic symptoms or psychosis, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 2% (1/52) During real life phase 4% (2/52) No statistically significant difference (p= 0.56) | Critical | VERY LOW |
| **_Need for treatment due to substance abuse, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)_** | | | | | | | | | |

App.0265

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 4% (2/52) During real life phase 2% (1/52) No statistically significant difference (p= 0.56) | Critical | VERY LOW |
| **Need for treatment due to autism, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 12% (6/52) During real life phase 6% (3/52) No statistically significant difference (p= 0.30) | Critical | VERY LOW |
| **Need for treatment due to ADHD, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 10% (5/52) During real life phase 2% (1/52) No statistically significant difference (p= 0.09) | Critical | VERY LOW |
| **Need for treatment due to eating disorder, during and before gender identity assessment, and during real life phase (approximately 12 months follow-up)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[7] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During and before gender identity assessment 2% (1/52) | Critical | VERY LOW |

App.0266

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | During real life phase 2% (1/52)<br><br>No statistically significant difference (p=1.0) | | |

**Abbreviations:** ADHD: attention deficit hyperactivity disorder; ASQ: Ask Suicide-Screening Questions; CESD-R: Center for Epidemiologic Studies Depression Scale; BDI-II: Beck Depression Inventory II (BDI-II); p: p-value; PHQ 9_Modified for Teens: Patient Health Questionnaire Modified for Teens; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation; STAI: State-Trait Anxiety Inventory

*1 Downgraded 1 level - the cohort study by Lopez de Lara et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).*
*2 Downgraded 1 level - the cohort study by Achille et al (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*3 Serious indirectness in Achille 2020- Outcome reported for full study cohort, of whom 30% were taking no treatment or puberty suppression alone at follow-up. Results for people taking gender-affirming hormones not reported separately.[4] Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality).*
*5 Downgraded 1 level - the cohort study by Allen et al. (2019) was assessed at high risk of bias (poor quality; lack of blinding and no control group).*
*6 Serious indirectness in Kuper et al. 2020- Outcome reported for full study cohort, of whom approximately 17% received puberty suppression alone and did not receive gender-affirming hormones*
*7 Downgraded 1 level - the cohort study by Kaltiala et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).*

**Table 4: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Quality of life**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on quality of life (1 uncontrolled, prospective observational study and 1 uncontrolled, retrospective observational study)* | | | | | | | | | |

117

App.0267

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Change from baseline in mean quality of life score, measured using the QLES-Q-SF) (approximately 12-month follow-up). Higher scores indicated better quality of life.** | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=50 | None | Numerical improvements in mean score reported from wave 1 (baseline) to wave 3 (approx. 12 months), but difference not statistically significant (p = 0.085) Results presented diagrammatically, numerical results for mean score not reported | Critical | VERY LOW |
| **Change from baseline in adjusted mean well-being score, measured using the GWBS of the Pediatric Quality of Life Inventory (mean treatment duration 349 days). Higher scores indicated better well-being.** | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=39 | None | T0 (baseline) = 61.70 (SE 2.43) T1 (final assessment) = 70.23 (SE 2.15) Statistically significant improvement in well-being score, p<0.002 | Critical | VERY LOW |

**Abbreviations:** GWBS: General Well-Being Scale; p: p-value; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire; SE: standard error

1 Downgraded 1 level - the cohort study by Achille et al (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).
2 Serious indirectness in Achille et al. 2020 - Outcome reported for full study cohort, of whom 30% were taking no treatment or puberty suppression alone at follow-up. Results for people taking gender-affirming hormones not reported separately.
3 Downgraded 1 level - the cohort study by Allen et al. (2019) was assessed at high risk of bias (poor quality; lack of blinding and no control group).

**Table 5: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Body image**

| QUALITY | Summary of findings | IMPORTANCE | CERTAINTY |
|---|---|---|---|

App.0268

| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | No of patients | | Effect | | |
| | | | | | Intervention | Comparator | Result | | |
| **Impact on body image** *(1 uncontrolled, prospective observational study)* | | | | | | | | | |
| *Change from baseline in mean body image, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=86 | None | Baseline = 70.7 (SD 15.2) Follow-up = 51.4 (SD 18.3) No statistical analysis reported for the sub-group of participants who received gender-affirming hormones | Important | VERY LOW |

**Abbreviations:** BIS: Body Image Scale; p: p-value; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*

**Table 6: Question 1: For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Psychological impact**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Psychosocial Impact (1 uncontrolled, prospective observational study and 1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in family functioning, measured using the Family APGAR test. Higher scores suggest more family dysfunction.* | | | | | | | | | |
| 1 cohort study Lopez de Lara et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 17.9 T1 (12 months) = 18.0 No statistical analysis reported | Important | VERY LOW |
| *Change from baseline in mean patient strengths and difficulties score, measured using the SDQ, Spanish Version (total difficulties score) (duration of treatment 12 months). Higher scores suggest the presence of a behavioural disorder.* | | | | | | | | | |
| 1 cohort study | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=23 | None | T0 (baseline) = 14.7 (SD 3.3) T1 (12 months) = 10.3 (SD 2.9) | Important | VERY LOW |

119

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Lopez de Lara et al. 2020 | | | | | | | Statistically significant improvement p<0.001 | | |

**Functioning in adolescent development: Living with parent(s)/ guardians[2] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland). Not living with parent(s) or guardian in your early 20s is a marker of age-appropriate functioning in Finnish culture.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 73% (38/52) During real life phase = 40% (21/50) Statistically significant reduction (p=0.001) | Important | VERY LOW |

**Functioning in adolescent development: Normative peer contacts[4] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 89% (46/52) During real life phase = 81% (42/52) Statistically significant reduction (p<0.001) | Important | VERY LOW |

**Functioning in adolescent development: Progresses normatively in school/ work[5] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 64% (33/52) During real life phase = 60% (31/52) No statistically significant difference (p=0.69) | Important | VERY LOW |

**Functioning in adolescent development: Has been dating or had steady relationships[6] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calcuable | N=52 | None | During gender identity assessment = 62% (32/50) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Kaltiala et al. 2020 | | | | | | | During real life phase = 58% (30/52) No statistically significant difference (p=0.51) | | |
| **Functioning in adolescent development: Is age-appropriately able to deal with matters outside of the home[7] (outcome reported for the approximately 12-month period after starting gender-affirming hormones; referred to as the 'real-life phase' in Finland)** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[2] | No serious indirectness | No serious inconsistency | Not calculable | N=52 | None | During gender identity assessment = 81% (42/52) During real life phase = 81% (42/52) No statistically significant difference (p=1.00) | Important | VERY LOW |

**Abbreviations:** APGAR: Adaptability, Partnership, Growth, Affection and Resolve; p: p-value; SD: standard deviation; SDQ: Strengths and Difficulties Questionnaire

*1 Downgraded 1 level - the cohort study by Lopez de Lara et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).*
*2 Living arrangements were classified as (1) living with at least one parent/guardian, (2) living in a boarding school, with an adult relative, in some form of supported accommodation or the like, where supervision and guidance by a responsible adult is provided, (3) independently alone or in a shared household with a peer, (4) with a romantic partner. In the analyses dichotomised living arrangements as (a) parent(s)/guardian(s) vs. in other arrangements.*
*3 Downgraded 1 level - the cohort study by Kaltiala et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding and no control group).*
*4 Peer relationships were classified as: (1) socialises with friends in leisure time, outside of activities supervised by adults, (2) socialises with peers only at school or in the context of rehabilitative activity, (3) spends time close to peers, for example in school or rehabilitative activity, but does not connect with them, (4) does not meet peers at all. In the analyses, peer relationships during (a) gender identity assessment and (b) the real-life phase were dichotomized to age-appropriate (normative) (1) vs. restricted or lacking (2–4).*
*5 School/work participation was classified as (1) age appropriate participation in mainstream curriculum, progresses without difficulties, (2) participates in mainstream curriculum with difficulty, (3) participates in rehabilitative educational or work activity, (4) not involved in education and working life. Age-appropriate participation during (1) was recorded if the adolescent attended mainstream secondary education or upper secondary education at a regular rate (a class per year in comprehensive school; has not changed more than once between tracks in upper secondary education) or had proceeded to work life after completing vocational education. Participation with difficulty (2) was recorded if the adolescent was enrolled in mainstream education but had to repeat a class, studied with special arrangements (for example, in a special small group), or followed some form of adjusted curriculum. In the analyses, school/work life during (a) gender identity assessment and (b) real-life phase was dichotomised to normative (1) vs. any other (2, 3 or 4).*
*6 Romantic involvement was recorded (1) has or has had a dating or steady relationship, not only online, (2) has had a romantic relationship only online, (3) has not had dating or steady relationships. In the analyses we compared has or has had (1) vs. has not had (2,3) a dating or steady relationship during (a) gender identity assessment and (b) real-life phase. Sexual history was recorded in more detail in case histories during gender identity assessment, and for this period we also collected the experiences of (French) kissing (yes/no), intercourse (yes/no) and experience of any genitally intimate contact with a partner (petting under clothes or naked, intercourse, oral sex) (yes/no).*

7 In recording age-appropriate competence in managing everyday matters it was expected that early adolescents (up to 14 years) would be able, for example, to do shopping and travel alone on local public transport, and to help with household duties assigned by their parents. Middle adolescents (15–17 years) were further assumed, for example, to be able make telephone calls in matters important to them (for example, when seeking a summer job), to deal with school-related issues with school personnel without parental participation, to select and start new hobbies independently and to fulfil their role in summer jobs and in similar responsibilities of young people. Late adolescents (18 years and over), legally adults, were expected to have, in addition to the above, competence to talk to authorities such as professionals in health and social services, employment or educational institutions, to deal with banks or health insurance, to manage their financial issues and to manage their housekeeping if they chose to move to live independently of parents/guardians. Competence in managing everyday matters was recorded as follows: (1) the adolescent is able to cope age appropriately outside home, (2) the adolescent needs support in age-appropriate matters outside home but functions age-appropriately in the home (manages her/his own hygiene, clothing and nutrition, participates in (younger subjects) or takes responsibility for (older subjects) housekeeping) and (3) the adolescent's functioning is inadequate both at home and outside home. For the analyses, participants were determined to be able to age-appropriately able cope with matters outside of the home (1) vs. not (2,3).

## Table 7: Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Bone density

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Lumbar spine bone mineral apparent density (BMAD) (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in lumber spine BMAD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=13 (Mean) N=14 (z-score) | None | Mean (SD), g/m$^3$ Start of gender-affirming hormones: 0.22 (0.02) Age 22 years: 0.23 (0.03) P=0.003 z-score (SD) Start of gender-affirming hormones: -0.90 (0.80) Age 22 years: -0.78 (1.03) No statistically significant difference | Important | VERY LOW |
| **Change from baseline in lumbar spine BMAD in transfemales with a bone age less than 15 years ('young'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=15 | None | Median (range), g/m$^3$ Start of gender-affirming hormones (C0): 0.20 (0.18 to 0.24) | Important | VERY LOW |

122

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | 24-month follow-up (C24): 0.22 (0.19 to 0.27) Statistically significant increase (p≤0.01)<br><br>z-score (range) Start of gender-affirming hormones (C0): -1.52 (-2.36 to 0.42) 24-month follow-up (C24): -1.10 (-2.44 to 0.69) Statistically significant increase (p≤0.05) | | |
| **Change from baseline in lumbar spine BMAD in transfemales with a bone age of 15 years or more ('old'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=5 | None | Median (range), g/m$^3$ Start of gender-affirming hormones (C0): 0.22 (0.19 to 0.24) 24-month follow-up (C24): 0.23 (0.21 to 0.26) Statistically significant increase (p≤0.05)<br><br>z-score (range) Start of gender-affirming hormones (C0): -1.15 (-2.21 to 0.08) 24-month follow-up (C24): -0.66 (-1.66 to 0.54) Statistically significant increase (p≤0.05) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in lumber spine BMAD in transmales** | | | | | | | | | |

App.0273

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean and z-score) | None | Mean (SD), g/m$^3$<br>Start of gender-affirming hormones: 0.24 (0.02)<br>Age 22 years: 0.25 (0.28)<br>P=0.001<br><br>z-score<br>Start of gender-affirming hormones: -0.50 (0.81)<br>Age 22 years: -0.033 (0.95)<br>P=0.002 | Important | VERY LOW |
| *Change from baseline in lumbar spine BMAD in transmales with a bone age of less than 14 years ('young'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=11 | None | Median (range), g/m$^3$<br>Start of gender-affirming hormones (C0): 0.23 (0.19 to 0.28)<br>24-month follow-up (C24): 0.25 (0.22 to 0.28)<br>Statistically significant increase (p≤0.01)<br><br>z-score (range)<br>Start of gender-affirming hormones (C0): -0.84 (-2.2 to 0.87)<br>24-month follow-up (C24): -0.15 (-1.38 to 0.94)<br>Statistically significant increase (p≤0.01) | Important | VERY LOW |
| *Change from baseline in lumbar spine BMAD in transmales with a bone age of 14 years or more ('old'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/m$^3$ | Important | VERY LOW |

124

App.0274

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Vlot et al. 2017 | | | | | | | Start of gender-affirming hormones (C0): 0.24 (0.20 to 0.28) 24-month follow-up (C24): 0.25 (0.21 to 0.30) Statistically significant increase (p≤0.01) z-score (range) Start of gender-affirming hormones (C0): -0.29 (-2.28 to 0.90) 24-month follow-up (C24): -0.06 (-1.75 to 1.61) Statistically significant increase (p≤0.01) | | |
| **Change in femoral neck BMAD (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMAD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=14 (Mean) N=10 (z-score) | None | Mean (SD), g/m$^3$ Start of gender-affirming hormones: 0.26 (0.04) Age 22 years: 0.28 (0.05) No statistically significant difference z-score (SD) Start of gender-affirming hormones: -1.57 (1.74) Age 22 years: Not reported | Important | VERY LOW |
| **Change from baseline in femoral neck BMAD in transfemales with a bone age less than 15 years ('young'; 24 months follow-up)** | | | | | | | | | |
| 1 cohort study | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=16 | None | Median (range), g/m$^3$ C0: 0.27 (0.20 to 0.33) C24: 0.27 (0.20 to 0.36) | Important | VERY LOW |

App.0275

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Vlot et al. 2017 | | | | | | | No statistically significant change<br><br>z-score (range)<br>C0: -1.32 (-3.39 to 0.21)<br>C24: -1.30 (-3.51 to 0.92)<br>No statistically significant change | | |
| *Change from baseline in femoral neck BMAD in transfemales with a bone age of 15 years or more ('old'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=6 | None | Median (range), $g/m^3$<br>C0: 0.30 (0.26 to 0.34)<br>C24: 0.29 (0.24 to 0.38)<br>No statistically significant change<br><br>z-score (range)<br>C0: -0.36 (-1.50 to 0.46)<br>C24: -0.56 (-2.17 to 1.29)<br>No statistically significant change | Important | VERY LOW |
| *Change from start of gender-affirming hormones to age 22 years in femoral neck BMAD in transmales* | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean)<br><br>N=18 (z-score) | None | Mean (SD), $g/m^3$<br>Start of gender-affirming hormones: 0.31 (0.04)<br>Age 22 years: 0.33 (0.05)<br>P=0.010<br><br>z-score (SD)<br>Start of gender-affirming hormones: -0.28 (0.74)<br>Age 22 years: Not reported | Important | VERY LOW |
| *Change from baseline in femoral neck BMAD in transmales with a bone age of less than 14 years ('young'; 24 months follow-up)* | | | | | | | | | |

126

App.0276

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Median (range), $g/m^3$<br>C0: 0.30 (0.22 to 0.35)<br>C24: 0.33 (0.23 to 0.37)<br>Statistically significant increase (p≤0.01)<br><br>z-score (range)<br>C0: -0.37 (-2.28 to 0.47)<br>C24: -0.37 (-2.03 to 0.85)<br>Statistically significant increase (p≤0.01) | Important | VERY LOW |
| *Change from baseline in femoral neck BMAD in transmales with a bone age of 14 years or more ('old'; 24 months follow-up)* | | | | | | | | | |
| 1 cohort study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), $g/m^3$<br>C0: 0.30 (0.23 to 0.41)<br>C24: 0.32 (0.23 to 0.41)<br>Statistically significant increase (p≤0.01)<br><br>z-score (range)<br>C0: -0.27 ((-1.91 to 1.29)<br>C24: 0.02 (-2.1 to 1.35)<br>Statistically significant increase (p≤0.05) | Important | VERY LOW |
| *Change in lumbar spine BMD (2 uncontrolled, retrospective observational studies)* | | | | | | | | | |
| *Change from start of gender-affirming hormones to age 22 years in lumbar spine BMD in transfemales* | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=15 (Mean) N=13 (z-score) | None | Mean (SD), $g/m^2$<br>Start of gender-affirming hormones: 0.84 (0.11)<br>Age 22 years: 0.93 (0.10)<br>P<0.001<br><br>z-score (SD) | Important | VERY LOW |

App.0277

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | Start of gender-affirming hormones: -1.01 (0.98) Age 22 years: -1.36 (0.83) No statistically significant difference | | |
| **Change from start of gender-affirming hormones to age 22 years in lumbar spine BMD in transmales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean and z-score) | None | Mean (SD), g/m² Start of gender-affirming hormones: 0.91 (0.10) Age 22 years: 0.99 (0.13) P<0.001  z-score (SD) Start of gender-affirming hormones: -0.72 (0.99) Age 22 years: -0.33 (1.12) No statistically significant difference | Important | VERY LOW |
| **Change from start of testosterone treatment in lumbar spine BMD in transmen (follow-up 6 to 24 months)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[4] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T6)  N=37 (T12)  N=15 (T24) | None | Mean (SD), g/cm² T0: 0.90 (0.11) T6: 0.94 (0.10) T12: 0.95 (0.09) T24: 0.95 (0.11) No statistically significant difference from T0 to any timepoint  z-score (SD) T0: -0.81 (1.02) T6: -0.67 (0.95) T12: -0.66 (0.81) T24: -0.74 (1.17) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | No statistically significant difference from T0 to any timepoint | | |
| **Change in femoral neck BMD (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMD in transfemales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=15 (Mean)  N=11 (z-score) | None | Mean (SD), g/m$^2$ Start of gender-affirming hormones: 0.87 (0.08) Age 22 years: 0.94 (0.11) P=0.009  z-score (SD) Start of gender-affirming hormones: -0.95 (0.63) Age 22 years: -0.69 (0.74) No statistically significant difference | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in femoral neck BMD in transmales** | | | | | | | | | |
| 1 cohort study Klink et al. 2015 | Serious limitations[1] | Serious indirectness[2] | Not applicable | Not calculable | N=19 (Mean)  N=16 (z-score) | None | Mean (SD), g/m$^2$ Start of gender-affirming hormones: 0.88 (0.09) Age 22 years: 0.95 (0.10) P<0.001  z-score (SD) Start of gender-affirming hormones: -0.35 (0.79) Age 22 years: -0.35 (0.74) P=0.006 | Important | VERY LOW |
| **Change from start of testosterone treatment in right femoral neck (hip) BMD in transmales (follow-up 6 to 24 months)** | | | | | | | | | |
| 1 cohort study | Serious limitations[4] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T6) | None | Mean (SD), g/cm$^2$ T0: 0.77 (0.08) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Stoffers et al. 2019 | | | | | N=37 (T12)<br><br>N=15 (T24) | | T6: 0.84 (0.11)<br>T12: 0.82 (0.08)<br>T24: 0.85 (0.11)<br>No statistically significant difference from T0 to any timepoint<br><br>z-score (SD)<br>T0: -0.97 (0.79)<br>T6: -0.54 (0.96)<br>T12: -0.80 (0.69)<br>T24: -0.31 (0.84)<br>No statistically significant difference from T0 to any timepoint | | |
| **_Change from start of testosterone treatment in left femoral neck (hip) BMD in transmales (follow-up 6 to 24 months)_** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[4] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T6)<br><br>N=37 (T12)<br><br>N=15 (T24) | None | Mean (SD), g/cm$^2$<br>T0: 0.76 (0.09)<br>T6: 0.83 (0.12)<br>T12: 0.81 (0.08)<br>T24: 0.86 (0.09)<br>No statistically significant difference from T0 to any timepoint<br><br>z-score (SD)<br>T0: -1.07 (0.85)<br>T6: -0.62 (1.12)<br>T12: -0.93 (0.63)<br>T24: -0.20 (0.70)<br>No statistically significant difference from T0 to any timepoint | Important | VERY LOW |

App.0280

**Abbreviations:** BMAD: bone mineral apparent density; BMD: bone mineral density; g: grams; m: metre; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Klink et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up)*
*2 Outcomes reported after gender reassignment surgery and not after gender-affirming hormones alone. Unclear whether observed changes are due to hormones or surgery*
*3 Downgraded 1 level - the cohort study by Vlot et al. (2017) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control)*
*4 Downgraded 1 level - the cohort study by Stoffers et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)*

**Table 8: Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Cardiovascular risk factors**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Change in body mass index (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in BMI in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) +1.9 (0.6 to 3.2) Statistically significant increase (p<0.005)  Mean BMI at 22 years (95% CI): 23.2 (21.6 to 24.8) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in BMI in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) +1.4 (0.8 to 2.0) Statistically significant increase (p<0.005)  Mean BMI at 22 years (95% CI): 23.9 (23.0 to 24.7) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Obesity rates at age 22 years (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Obesity rates at age 22 years in transfemales who started gender-affirming hormones as adolescents (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | At 22 years, 9.9% of transfemales were obese, compared with 3.0% in reference cisgender population<br><br>No statistically analysis reported | Important | VERY LOW |
| **Obesity rates at age 22 years in transfemales who started gender-affirming hormones as adolescents (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | At 22 years, 6.6% of transmales were obese, compared with 2.2% in reference cisgender population<br><br>No statistically analysis reported | Important | VERY LOW |
| **Change in blood pressure (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in systolic blood pressure (SBP) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) -3 (-8 to 2) No statistically significant difference<br><br>Mean SBP at 22 years (95% CI): 117 (113 to 122) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in diastolic blood pressure (DBP) in transfemales** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI) +6 (3 to 10) Statistically significant increase (p<0.001)  Mean DBP at 22 years (95% CI): 75 (72 to 78) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in systolic blood pressure (SBP) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +5 (1 to 9) Statistically significant increase (p<0.05)  Mean SBP at 22 years (95% CI): 126 (122 to 130) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in diastolic blood pressure (DBP) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +6 (4 to 9) Statistically significant increase (p<0.001)  Mean DBP at 22 years (95% CI): 74 (72 to 77) | Important | VERY LOW |
| **Change in glucose levels, insulin levels, insulin resistance and HbA1c (2 uncontrolled, retrospective observational studies)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in glucose level (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): +0.1 (-0.1 to 0.2) | Important | VERY LOW |

App.0283

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | No statistically significant difference<br><br>Mean glucose level at 22 years (95% CI): 5.0 (4.8 to 5.1) | | |
| **Change from start of gender-affirming hormones to age 22 years in insulin level (mU/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calcuable | N=71 | None | Mean change (95% CI) +2.7 (-1.7 to 7.1) No statistically significant difference<br><br>Mean insulin level at 22 years (95% CI): 13.0 (8.4 to 17.6) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in insulin resistance (HOMA-IR) in transfemales. Higher scores indicate more insulin resistance.** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calcuable | N=71 | None | Mean change (95% CI) +0.7 (-0.2 to 1.5) No statistically significant difference<br><br>Mean HOMA-IR at 22 years (95% CI): 2.9 (1.9 to 3.9) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in glucose level (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calcuable | N=121 | None | Mean change (95% CI) 0.0 (-0.2 to 0.2) No statistically significant difference | Important | VERY LOW |

<table>
<tr><td colspan="5" align="center"><b>QUALITY</b></td><td colspan="3" align="center"><b>Summary of findings</b></td><td rowspan="3"><b>IMPORTANCE</b></td><td rowspan="3"><b>CERTAINTY</b></td></tr>
<tr><td rowspan="2"></td><td rowspan="2"></td><td rowspan="2"></td><td rowspan="2"></td><td rowspan="2"></td><td colspan="2" align="center"><b>No of patients</b></td><td align="center"><b>Effect</b></td></tr>
<tr><td><b>Study</b></td><td><b>Risk of bias</b></td><td><b>Indirectness</b></td><td><b>Inconsistency</b></td><td><b>Imprecision</b></td><td><b>Intervention</b></td><td><b>Comparator</b></td><td><b>Result (95% CI)</b></td></tr>
</table>

| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Mean glucose level at 22 years (95% CI): 4.8 (4.7 to 5.0) | | |

**Change from start of gender-affirming hormones to age 22 years in insulin level (mU/L) in transmales**

| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) -2.1 (-3.9 to -0.3) Statistically significant decrease (p<0.05) <br><br> Mean insulin level at 22 years (95% CI): 8.6 (6.9 to 10.2) | Important | VERY LOW |

**Change from start of gender-affirming hormones to age 22 years in insulin resistance (HOMA-IR) in transmales. Higher scores indicate more insulin resistance.**

| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): -0.5 (-1.0 to -0.1) Statistically significant decrease (p<0.05) <br><br> Mean HOMA-IR at 22 years (95% CI): 1.8 (1.4 to 2.2) | Important | VERY LOW |

**Change from start of testosterone in HbA1c in transmales (up to 24 months follow-up)**

| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment <br><br> Numerical results, follow-up duration and further details of | Important | VERY LOW |

135

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | statistical analysis not reported. | | |
| **Change in lipid profile (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from start of gender-affirming hormones to age 22 years in total cholesterol (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): +0.1 (-0.2 to 0.4) No statistically significant difference<br><br>Mean total cholesterol at 22 years (95% CI): 4.1 (3.8 to 4.4) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in HDL cholesterol (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): 0.0 (-0.1 to 0.2) No statistically significant difference<br><br>Mean HDL cholesterol at 22 years (95% CI): 1.6 (1.4 to 1.7) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in LDL cholesterol (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): 0.0 (-0.3 to 0.2) No statistically significant difference<br><br>Mean LDL cholesterol at 22 years (95% CI): 2.0 (1.8 to 2.3) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Change from start of gender-affirming hormones to age 22 years in triglycerides (mmol/L) in transfemales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=71 | None | Mean change (95% CI): +0.2 (0.0 to 0.5) Statistically significant increase ($p<0.05$)<br><br>Mean triglycerides at 22 years (95% CI): 1.1 (0.9 to 1.4) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in total cholesterol (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +0.4 (0.2 to 0.6) Statistically significant increase ($p<0.001$)<br><br>Mean total cholesterol at 22 years (95% CI): 4.6 (4.3 to 4.8) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in HDL cholesterol (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) -0.3 (-0.4 to -0.2) Statistically significant decrease ($p<0.001$)<br><br>Mean HDL cholesterol at 22 years (95% CI): 1.3 (1.2 to 1.3) | Important | VERY LOW |
| **Change from start of gender-affirming hormones to age 22 years in LDL cholesterol (mmol/L) in transmales** | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI): +0.4 (0.2 to 0.6) | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | | | Statistically significant increase (p<0.001) Mean LDL cholesterol at 22 years (95% CI): 2.6 (2.4 to 2.8) | | |
| Change from start of gender-affirming hormones to age 22 years in triglycerides (mmol/L) in transmales | | | | | | | | | |
| 1 cohort study Klaver et al. 2020 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=121 | None | Mean change (95% CI) +0.5 (0.3 to 0.7) Statistically significant increase (p<0.001) Mean triglycerides at 22 years (95% CI): 1.3 (1.1 to 1.5) | Important | VERY LOW |

**Abbreviations:** BMI: boss mass index; CI: confidence interval; DBP: diastolic blood pressure; HbA1c: glycated haemoglobin; HDL: high-density lipoproteins; HOMA-IR: Homeostatic Model Assessment of Insulin Resistance; LDL: low-density lipoproteins; mmol/L: millimoles per litre; mU/L: milliunits per litre; SBP: systolic blood pressure; SD: standard deviation

1 Downgraded 1 level - the cohort study by Klaver et al. (2020) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)
2 Downgraded 1 level - the cohort study by Stoffers et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)

**Table 9: Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of gender-affirming hormones compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – Other safety outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Liver enzymes (1 uncontrolled, retrospective observational study) | | | | | | | | | |

138

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Change from start of testosterone in aspartate aminotransferase (AST) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Change from start of testosterone in alanine aminotransferase (ALT) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Change from start of testosterone in gamma-glutamyl transferase (GGT) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N= Not reported | None | No statistically significant change from start of testosterone treatment<br><br>Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Change from start of testosterone in alkaline phosphatase (ALP) level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=62 (T0 and T1)<br><br>N=37 (T12) | None | Median (IQR), U/L<br>T0: 102 (78 to 136)<br>T6: 115 (102 to 147)<br>T12: 112 (88 to 143)<br>T24: 81 (range 69 to 98) | Important | VERY LOW |

139

App.0289

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| | | | | | N-15 (T24) | | Statistically significant increase from T0 at T6 and T12 (p<0.001) | | |
| **Kidney markers (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Change from start of testosterone in serum creatinine level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calcuable | N=62 (T0 and T1) N=37 (T12) N=15 (T24) | None | Mean (SD), umol/L T0: 62 (7) T6: 70 (9) T12: 74 (10) T24: 81 (10) Statistically significant increase from T0 at all timepoints (p<0.001) | Important | VERY LOW |
| **Change from start of testosterone in serum urea[2] level in transmales (up to 24 months follow-up)** | | | | | | | | | |
| 1 cohort study Stoffers et al. 2019 | Serious limitations[1] | No serious indirectness | Not applicable | Not calcuable | N= Not reported | None | No statistically significant change from start of testosterone treatment Numerical results, follow-up duration and further details of statistical analysis not reported. | Important | VERY LOW |
| **Adverse effects (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| **Permanent discontinuation of gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)** | | | | | | | | | |
| 1 cohort study Khatchadourian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calcuable | N=63 | None | No participants permanently discontinued gender-affirming hormones. | Important | VERY LOW |
| **Temporary discontinuation of gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)** | | | | | | | | | |
| 1 cohort study | Serious limitations[3] | No serious indirectness | Not applicable | Not calcuable | N=63 | None | 3/37 transmales receiving testosterone temporarily | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|---|---|---|---|---|---|---|-----------|-----------|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Khatchado urian et al. 2014 | | | | | | | discontinued treatment, 2 due to concomitant mental health comorbidities and 1 due to androgenic alopecia. All eventually resumed treatment. No transfemales receiving oestrogen temporarily discontinued treatment | | |
| **Minor complications during treatment with gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)** | | | | | | | | | |
| 1 cohort study Khatchado urian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=63 | None | 12/63 participants had minor complications during treatment with gender-affirming hormones All 12 were transmales receiving testosterone. Complications were severe acne (n=7), androgenic alopecia (n=1) mild dyslipidaemia (n=3) and significant mood swings (n=1) No transfemales receiving oestrogen had minor complications | Important | VERY LOW |
| **Severe complications during treatment with gender-affirming hormones (median follow-up 2.0 years (range 0.0 to 11.3)** | | | | | | | | | |
| 1 cohort study Khatchado urian et al. 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=63 | None | No severe complications reported during gender-affirming treatment | Important | VERY LOW |

App.0291

**Abbreviations:** ALP: alkaline phosphatase; ALT: alanine aminotransferase; AST: aspartate aminotransferase; GGT: gamma-glutamyl transferase; IQR: interquartile range; SD: standard deviation; U/L: units per litre; umol/L: micromole per litre

*1 Downgraded 1 level - the cohort study by Stoffers et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group)*
*2 Referred to as 'ureum' in original publication*
*3 Downgraded 1 level - the cohort study by Khatchadourian et al. (2014) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up)*

**Table 10: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Transfemales compared with transmales**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Transfemales | Transmales | Result (95% CI) | | |
| *Impact on mental health (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in adjusted mean suicidality score, measured using the ASQ tool (mean treatment duration 349 days). Higher scores indicate a greater degree of suicidality.* | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=14 | N=33 | **Transfemales** T0 (baseline) = 1.21 (SE 0.36) T1 (final assessment) = 0.24 (SE 0.19) **Transmales** T0 (baseline) = 1.01 (SE 0.23) T1 (final assessment) = 0.29 (SE 0.13) No statistically significant difference in change from baseline between transfemales and transmales (p=0.79) | Critical | VERY LOW |
| *Impact on quality of life (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in adjusted mean well-being score, measured using the GWBS of the Pediatric Quality of Life Inventory (mean treatment duration 349 days). Higher scores indicate better well-being.* | | | | | | | | | |
| 1 cohort study Allen et al. 2019 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | N=14 | N=33 | **Transfemales** T0 (baseline) = 58.44 (SE 4.09) T1 (final assessment) = 69.52 (SE 3.62) | Critical | VERY LOW |

App.0292

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Transfemal es | Transmales | Result (95% CI) | | |
| | | | | | | | **Transmales**<br>T0 (baseline) = 64.95 (SE 2.66)<br>T1 (final assessment) = 70.94 (SE 2.35)<br><br>No statistically significant difference in change from baseline between transfemales and transmales (p=0.32) | | |

**Abbreviations:** ASQ: Ask Suicide-Screening Questions; GWBS: General Well-Being Scale; SE: standard error

*1 The cohort study by Allen et al. 2019 was assessed at high risk of bias (poor quality; lack of blinding and no control group).*

**Table 11: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Sex assigned at birth males (transfemales)**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study type and number of studies Author year | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change from baseline in mean depression symptoms in transfemales, measured using the Quick Inventory of Depressive Symptoms (QIDS), self-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=40 | None | Baseline = 7.5 (SD 4.9)<br>Follow-up = 6.6 (SD 4.4)<br>No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean depression symptoms in transfemales, measured using the Quick Inventory of Depressive Symptoms (QIDS), clinician-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=45 | None | Baseline = 4.2 (SD 3.2)<br>Follow-up = 5.4 (SD 3.4) | Critical | VERY LOW |

App.0293

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study type and number of studies Author year | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| Kuper et al. 2020 | | | | | | | No statistical analysis reported for this sub-group | | |
| **Change from baseline in mean anxiety symptoms in transfemales, measured using the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe anxiety.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=33 | None | Baseline = 26.4 (SD 14.2) Follow-up = 24.3 (SD 15.4) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean panic symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 5.7 (SD 4.9) Follow-up = 5.1 (SD 4.9) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean generalised anxiety symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 8.6 (SD 5.1) Follow-up = 8.0 (SD 5.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean social anxiety symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 7.1 (SD 3.9) Follow-up = 6.8 (SD 4.4) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in mean separation anxiety symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=34 | None | Baseline = 3.4 (SD 3.3) Follow-up = 2.7 (SD 2.3) No statistical analysis reported for this sub-group | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study type and number of studies Author year | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
|---|---|---|---|---|---|---|---|---|---|
| **Change from baseline in mean school avoidance symptoms in transfemales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=33 | None | Baseline = 1.8 (SD 1.7) Follow-up = 1.9 (SD 2.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| **Change from baseline in percentage of participants with suicidal ideation in transfemales, measured using the additional questions from the PHQ 9 Modified for Teens (approximately 12-month follow-up)** | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | Wave 1 (baseline) = 11.8% (2/17) Wave 2 (approx. 12 months) = 5.9% (1/17) No statistical analysis reported | Critical | VERY LOW |
| **Impact on body image (1 uncontrolled, prospective observational study)** | | | | | | | | | |
| **Change from baseline in mean body image in transfemales, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=30 | None | Baseline = 67.5 (SD 19.5) Follow-up = 49.0 (SD 21.6) No statistical analysis reported for this sub-group | Important | VERY LOW |

**Abbreviations:** BIS: Body Image Scale; PHQ 9: Patient Health Questionnaire 9; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*2 Downgraded 1 level - the cohort study by Achille et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*3 Serious indirectness in Achille 2020- Approximately 30% of the full sample received puberty suppression alone or were receiving no treatment at final follow-up.*

App.0295

**Table 12: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Sex assigned at birth females (transmales)**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change from baseline in mean depression symptoms in transmales, measured using the Quick Inventory of Depressive Symptoms (QIDS), self-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=76 | None | Baseline = 10.4 (SD 5.0) Follow-up = 7.5 (SD 4.5) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean depression symptoms in transmales, measured using the Quick Inventory of Depressive Symptoms (QIDS), clinician-reported (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=78 | None | Baseline = 6.7 (SD 4.4) Follow-up = 6.2 (SD 4.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean anxiety symptoms in transmales, measured using the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe anxiety.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=65 | None | Baseline = 35.4 (SD 16.5) Follow-up = 29.8 (SD 15.5) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean panic symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 9.3 (SD 6.5) Follow-up = 7.9 (SD 6.5) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean generalised anxiety symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 10.4 (SD 5.0) Follow-up = 9.0 (SD 5.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change from baseline in mean social anxiety symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 8.5 (SD 4.0) Follow-up = 7.8 (SD 4.1) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean separation anxiety symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=65 | None | Baseline = 4.2 (SD 3.4) Follow-up = 3.4 (SD 2.6) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in mean school avoidance symptoms in transmales, measured using specific questions from the SCARED questionnaire (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores indicate more severe symptoms.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=65 | None | Baseline = 2.9 (SD 2.3) Follow-up = 2.0 (SD 2.3) No statistical analysis reported for this sub-group | Critical | VERY LOW |
| *Change from baseline in percentage of participants with suicidal ideation in transmales, measured using the additional questions from the PHQ 9_Modified for Teens (approximately 12-month follow-up)* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[2] | Serious indirectness[3] | No serious inconsistency | Not calculable | N=33 | None | Wave 1 (baseline) = 9.1% (3/33) Wave 2 (approx. 12 months) = 6.1% (2/33) No statistical analysis reported | Critical | VERY LOW |
| *Impact on body image (1 uncontrolled, prospective observational study)* | | | | | | | | | |
| *Change from baseline in mean body image in transmales, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.* | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=66 | None | Baseline = 71.1 (SD 13.4) Follow-up = 52.9 (SD 16.8) No statistical analysis reported for this sub-group | Important | VERY LOW |

147

App.0297

**Abbreviations:** BIS: Body Image Scale; PHQ 9: Patient Health Questionnaire 9; SCARED: Screen for Child Anxiety Related Emotional Disorders; SD: standard deviation

*1 Downgraded 1 level - the cohort study by Kuper et al. (2020) was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*2 Downgraded 1 level - the cohort study by Achille et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*
*3 Serious indirectness in Achille 2020- Approximately 30% of the full sample received puberty suppression alone or were receiving no treatment at final follow-up.*

**Table 14: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Outcomes controlled for concurrent counselling and medicines for mental health problems**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Impact on mental health (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in mean depression score in transfemales, measured using the CESD-R (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | No statistically significant change from baseline (p=0.27) Numerical scores not reported | Critical | VERY LOW |
| *Change from baseline in mean depression score in transmales, measured using the CESD-R (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=33 | None | No statistically significant change from baseline (p=0.43) Numerical scores not reported | Critical | VERY LOW |
| *Change from baseline in depression score in transfemales, measured using the Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | No statistically significant change from baseline (p=0.07) Numerical scores not reported | Critical | VERY LOW |

App.0298

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| *Change from baseline in depression score in transmales, measured using the Patient Health Questionnaire Modified for Teens (PHQ 9_Modified for Teens) (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicate more severe depression.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=33 | None | No statistically significant change from baseline (p=0.67) Numerical scores not reported | Critical | VERY LOW |
| *Impact on quality of life (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Change from baseline in mean quality of life score in transfemales, measured using the QLES-Q-SF (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicated better quality of life.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=17 | None | No statistically significant change from baseline (p=0.06) | Critical | VERY LOW |
| *Change from baseline in mean quality of life score in transmales, measured using the QLES-Q-SF (approximately 12-month follow-up; controlled for engagement in counselling and medicines for mental health problems). Higher scores indicated better quality of life.* | | | | | | | | | |
| 1 cohort study Achille et al. 2020 | Serious limitations[1] | Serious indirectness[2] | No serious inconsistency | Not calculable | N=33 | None | No statistically significant change from baseline (p=0.08) | Critical | VERY LOW |
| *Psychosocial Impact (1 uncontrolled, retrospective observational study)* | | | | | | | | | |
| *Functioning in adolescent development: Progresses normatively in school/ work during the real-life phase – impact on need for mental health treatment before or during gender identity assessment* | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=49 | None | Needed mental health treatment: 47% (15/32) functioning well  Did not need mental health treatment: 82% (14/17) functioning well  Statistically significant difference p=0.02 | Important | VERY LOW |
| *Functioning in adolescent development: Is age-appropriately able to deal with matters outside of the home during the real-life phase – impact on need for mental health treatment before or during gender identity assessment* | | | | | | | | | |

App.0299

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=49 | None | Needed mental health treatment: 72% (23/32) managing well<br><br>Did not need mental health treatment: 94% (16/17) managing well<br><br>No statistically significant difference p=0.06 | Important | VERY LOW |
| **Functioning in adolescent development: Progresses normatively in school/ work during the real-life phase – impact on need for mental health treatment during the real-life phase** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=51 | None | Needed mental health treatment: 42% (10/24) functioning well<br><br>Did not need mental health treatment: 74% (20/27) functioning well<br><br>Statistically significant difference p=0.02 | Important | VERY LOW |
| **Functioning in adolescent development: Is age-appropriately able to deal with matters outside of the home during the real-life phase – impact on need for mental health treatment during the real-life phase** | | | | | | | | | |
| 1 cohort study Kaltiala et al. 2020 | Serious limitations[3] | No serious indirectness | No serious inconsistency | Not calculable | N=51 | None | Needed mental health treatment: 67% (16/24) managing well<br><br>Did not need mental health treatment: 93% (25/27) managing well<br><br>Statistically significant difference p=0.02 | Important | VERY LOW |

**Abbreviations:** CESD-R: Center for Epidemiologic Studies Depression; p: p-value; PHQ 9: Patient Health Questionnaire 9; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire

App.0300

1 Downgraded 1 level - the cohort study by Achille et al 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).
2 Serious indirectness in Achille 2020- Approximately 30% of the full sample received puberty suppression alone or were receiving no treatment at final follow-up.
3 Downgraded 1 level - the cohort study by Kaltiala et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding and no control).

**Table 15: From the evidence selected, are there particular sub-groups of children and adolescents with gender dysphoria that derive comparatively more (or less) benefit from treatment with gender-affirming hormones than the wider population of children and adolescents with gender dysphoria? – Tanner age**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of patients | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result (95% CI) | | |
| **Impact on mental health (1 uncontrolled, retrospective observational study)** | | | | | | | | | |
| ***Change from baseline in mental health problems – depression, anxiety and anxiety-related symptoms (mean duration of gender-affirming hormone treatment was 10.9 months)*** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=105 | None | No difference in outcomes found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint | Critical | VERY LOW |
| **Impact on body image (1 uncontrolled, prospective observational study)** | | | | | | | | | |
| ***Change from baseline in mean body image, measured using the BIS (mean duration of gender-affirming hormone treatment was 10.9 months). Higher scores represent a higher degree of body dissatisfaction.*** | | | | | | | | | |
| 1 cohort study Kuper et al. 2020 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=105 | None | No difference in body image score found by Tanner age. Numerical results, statistical analysis and information on specific outcomes not reported. | Important | VERY LOW |

151

| | | | | | | | It is unclear from the paper whether Tanner age is at initial assessment, start of GnRH analogues, start of gender-affirming hormones, or another timepoint | | |
|--|--|--|--|--|--|--|--|--|--|

**Abbreviations:** BIS: Body Image Scale

*1 Downgraded 1 level - the cohort study by Kuper et al. 2020 was assessed at high risk of bias (poor quality; lack of blinding, no control group and high number of participants lost to follow-up).*

## Glossary

| | |
|---|---|
| Ask Suicide-Screening Questions (ASQ) | ASQ is a four-item dichotomous (yes, no) response measure with high sensitivity, designed to identify risk of suicide. A patient is considered to have screened positive if they answered yes to any item. The authors of Allen et al. 2019 altered the fourth item of the ASQ ("Have you ever tried to kill yourself?") and prefaced it with "In the past few weeks . . ." as they were not investigating lifetime suicidality. A response of 'no' was scored as 0 and a response of 'yes' was scored as 1; each item was summed, generating an overall score for suicidality on a scale ranging from 0 to 4, with higher scores indicating greater levels of suicidal ideation. |
| Beck Depression Inventory-II (BDI-II) | The BDI-II is a tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63. |
| Body Image Scale (BIS) | The BIS is used to measure body satisfaction. The scale consists of 30 body features, which the person rates on a 5-point scale. Each of the 30 items falls into one of 3 basic groups based on its relative importance as a gender-defining body feature: primary sex characteristics, secondary sex characteristics, and neutral body characteristics. A higher score indicates more dissatisfaction. |
| Bone mineral apparent density (BMAD) | BMAD is a size adjusted value of bone mineral density (BMD) incorporating bone size measurements using UK norms in growing adolescents. |
| Center for Epidemiologic Studies Depression scale (CESD-R) | The CESD-R is a valid, widely used tool to access depressive symptoms. The CESD-R asks about how frequently a person has felt or behaved in a certain way; with 20 questions scored from 0 score is calculated as a sum of 20 questions, ranging from 0 ("not at all or less than one day") to 3 ("5–7 days" and/or "nearly every day for 2 weeks"). Total score ranges from 0 to 60, with higher scores indicating more depressive symptoms. |
| Cisgender | Cisgender is a term for someone whose gender identity matches their birth-registered sex. |
| Family APGAR (Adaptability, Partnership, Growth, Affection and Resolve) test | The Family APGAR test is a 5-item questionnaire, with higher scores indicating better family functioning. The authors reported the following interpretation of the score: functional, 17-20 points; mildly dysfunctional, 16-13 points; moderately dysfunctional, 12-10 point; severely dysfunctional, <9 points. |
| Gender | The roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men. |
| Gender dysphoria | Discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves  regarding their gender) and that person's sex assigned at birth (and the associated gender role, and/or primary and secondary sex characteristics). |

| General Well-Being Scale (GWBS) of the Pediatric Quality of Life Inventory score | The GWBS of the Pediatric Quality of Life Inventory uses uses a 5-point response scale, contains seven items, and measures two dimensions: general wellbeing (6 items) and general health (1 item). Each item is scored from 0 to 4, and the total score is linearly transformed to a 0 to 100 scale. High scores reflect fewer perceived problems and greater well-being. |
|---|---|
| GnRH analogue | GnRH analogues competitively block GnRH receptors to prevent the spontaneous release of two gonadotropin hormones, Follicular Stimulating Hormone (FSH) and Luteinising Hormone (LH) from the pituitary gland. The reduction in LH and FSH secretion reduces oestradiol secretion from the ovaries in those whose sex assigned at birth was female and testosterone secretion from the testes in those whose sex assigned at birth was male. |
| Patient Health Questionnaire Modified for Teens score (PHQ 9_Modified for Teens) | The PHQ 9_Modified for Teens is a validated tool to assess depression, dysthymia and suicide risk. The tool consists of 9 questions scored from 0 to 3 (total score 0 to 27), plus an additional 4 questions that are not scored. A score of 0 to 4 suggests no or minimal depressive symptoms, 5 to 9 mild, 10-14 moderate, 15-19 moderate and 20-27 severe symptoms. |
| Quick Inventory of Depressive Symptoms (QIDS) | Both the clinician- and self-reported QIDS are validated tools to assess depressive symptoms. The tool consists of 16 items, with the highest score for 9 items (sleep, weight, psychomotor changes, depressed mood, decreased interest, fatigue, guilt, concentration, and suicidal ideation) are added to give a total score ranging from 0 to 27. A score of 0 to 5 is suggestive of no depressive symptoms, 6 to 10 mild symptoms, 11 to 15 moderate symptoms, 16-20 severe symptoms and 21 to 27 very severe symptoms. |
| Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF) | QLES-Q-SF is a validated questionnaire, consisting of 15 questions that rate quality of life on a scale of 1 (poor) to 5 (very good). |
| Screen for Child Anxiety Related Emotional Disorders (SCARED) questionnaire | SCARED is a validated, 41-point questionnaire, with each item scored 0 to 2. A total score of 25 or more is suggestive of anxiety disorder, with scores above 30 being more specific. Certain scores for specific questions may indicate the presence of other anxiety-related disorders:<br>A score of 7 or more in questions related to panic disorder or significant somatic symptoms may indicate the presence of these.<br>A score of 9 or more in questions related to generalised anxiety disorder may indicate the presence of this.<br>A score of 5 or more in questions related to separation anxiety may indicate the presence of this.<br>A score of 8 or more in questions related to social anxiety disorder may indicate the presence of this.<br>A score of 3 or more in questions related to significant school avoidance may indicate the presence of this. |
| State-Trait Anxiety Inventory (STAI) score | STAI is a validated and commonly used measure of state anxiety (current state of anxiety) and trait anxiety (general state of calmness, confidence and security). It has 40 items, the first 20 covering state anxiety, the second 20 covering trait anxiety. STAI |

| | can be used in clinical settings to diagnose anxiety and to distinguish it from depressive illness. Each subtest (state and trait) is scored between 20 and 80, with higher scores indicating greater anxiety. There is no published minimal clinically meaningful difference (MCID) for STAI or thresholds for anxiety severity. |
|---|---|
| Strengths and Difficulties Questionnaire (SDQ, Spanish version | The SDQ, Spanish version includes 25-items covering emotional symptoms, conduct problems, hyperactivity/ inattention, peer relationship problems and prosocial behaviour. The authors state that a score of more than 20 is considered indicative of risk of having a disorder (normal: 0-15; borderline: 16-19, abnormal: 20-40). |
| Tanner stage | Tanner staging is a scale of physical development. |
| Transgender (including transmale and transfemale) | Transgender is a term for someone whose gender identity is not congruent with their birth-registered sex. A transfemale is a person who identifies as female and a transmale is a person who identifies as male. |
| Utrecht Gender Dysphoria Scale (UGDS) | The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. Higher scores indicate higher levels of gender dysphoria. |

## References

**Included studies**

- Achille, C., Taggart, T., Eaton, N.R. et al. (2020) Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology 2020(1): 8
- Allen, LR, Watson, LB, Egan, AM et al. (2019) Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology 7(3): 302-311
- Kaltiala, R., Heino, E., Tyolajarvi, M. et al. (2020) Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 74(3): 213-219
- Khatchadourian K, Amed S, Metzger DL (2014) Clinical management of youth with gender dysphoria in Vancouver. The Journal of pediatrics 164(4): 906-11
- Klaver, Maartje, de Mutsert, Renee, van der Loos, Maria A T C et al. (2020) Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. Pediatrics 145(3)
- Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of Clinical Endocrinology and Metabolism 100(2): e270-5

App.0305

- Kuper, Laura E, Stewart, Sunita, Preston, Stephanie et al. (2020) Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 145(4)
- Lopez de Lara, D., Perez Rodriguez, O., Cuellar Flores, I. et al. (2020) Psychosocial assessment in transgender adolescents. Anales de Pediatria
- Stoffers, Iris E; de Vries, Martine C; Hannema, Sabine E (2019) Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender dysphoria. The journal of sexual medicine 16(9): 1459-1468
- Vlot MC, Klink DT, den Heijer M et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19

**Other references**

- World Health Organisation (2018) International Classification of Diseases 11. Available from https://icd.who.int/ [accessed 27 August 2020]
- American Psychiatric Association. (2013). Diagnostic and statistical Manual of Mental Disorders (DSM-5) (5th ed).  Washington, DC and London: American Psychiatric Publishing. pp.451-460. Available from: https://www.psychiatry.org/patients-families/gender-dysphoria/what-is-gender-dysphoria [accessed 27 August 2020]
- NHS England (2013). NHS Standard contract for gender identity development service for children and adolescents https://www.england.nhs.uk/wp-content/uploads/2017/04/gender-development-service-children-adolescents.pdf [accessed 27 August 2020]
- NHS England (2016). Clinical Commissioning Policy: Prescribing of Cross-Sex Hormones as part of the Gender Identity Development Service for Children and Adolescents https://www.england.nhs.uk/wp-content/uploads/2018/07/Prescribing-of-cross-sex-hormones-as-part-of-the-gender-identity-development-service-for-children-and-adolesce.pdf [accessed 27 August 2020]

**Copyright**

© NICE 2021. All rights reserved. Subject to Notice of rights