No. 23-2366

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

K.C., et al.,

*Plaintiffs-Appellees*,

v.

INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:23-cv-00595-JPH-KMB

**APPENDIX TO BRIEF OF ALLIANCE DEFENDING FREEDOM AS AMICUS CURIAE IN SUPPORT OF APPELLANTS AND FOR REVERSAL**

**VOLUME 2 OF 3**

JACOB P. WARNER
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jwarner@ADFlegal.org

JOHN J. BURSCH
JAMES A. CAMPBELL
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org
jcampbell@ADFlegal.org

*Attorneys for Amicus Curiae*

## Appendix Table of Contents

| Document Name | App. No. |
|---|---|
| **VOLUME 1** | |
| Alexis D. Light et al., *Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning*, 124:6 Obstetrics & Gynecology 1120 (2014) | 1-8 |
| Angela Leung et al., *Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine*, 112:5 Fertility & Sterility 858 (2019) | 9-16 |
| Annette L. Cantu et al., *Changes in Anxiety & Depression from Intake to First Follow-Up Among Transgender Youth in a Pediatric Endocrinology Clinic*, 5:3 Transgender Health 196 (2020) | 17-21 |
| Brett A. Stark & Evelyn Mok-Lin, *Fertility preservation in transgender men without discontinuation of testosterone*, 3:2 Fertil Steril Rep 153 (2022) | 22-25 |
| C. Haupt et al., Cochrane Library, *Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women (Review)* (2020) | 26-47 |
| C.M. Wiepjas et al., *Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972-2017)*, 141 Acta Psychiatrica Scandinavica 486 (2020) | 48-53 |
| *Care of children & adolescents with gender dysphoria*, Socialstyrelsen (2022) | 54-59 |
| Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, 6:2 PLOS ONE 1 (2011) | 60-67 |

| | |
|---|---|
| David L. Sackett et al., *Evidence based medicine: what it is and what it isn't*, 312 BMJ 71 (1996) | 68-69 |
| Diane Chen et al., *Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth*, 5:4 Transgender Health 246 (2020) | 70-81 |
| E. Abbruzzese et al., *The Myth of 'Reliable Research' in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed*, J. Sex & Marital Therapy (2023) | 82-109 |
| E. Elenis et al., *Early initiation of anti-androgen treatment is associated with increased probability of spontaneous conception leading to childbirth in women with polycystic ovary syndrome: a population-based multiregistry cohort study in Sweden*, 36:5 Human Reproduction 1427 (2021) | 110-118 |
| Elizabeth Hisle-Gorman et al., *Mental Healthcare Utilization of Transgender Youth Before & After Affirming Treatment*, 18 J. Sexual Med. 1444 (2021) | 119-129 |
| *Endo Reports Fourth-Quarter & Full-Year 2021 Financial Results*, ENDO (2022) | 130-150 |
| *Evidence review: Gender-affirming hormones for children & adolescents with gender dysphoria*, NICE (2020) | 151-306 |
| **VOLUME 2** | |
| *Evidence review: Gonadotrophin releasing hormone analogues for children & adolescents with gender dysphoria*, NICE (2020) | 307-437 |
| *Financial Release*, AbbVie (2021) | 438-450 |
| Gordon Guyatt et al., *GRADE guidelines: 11. Making an overall rating of confidence in effect estimates for a single outcome and for all outcomes*, 66 J. Clinical Epidemiology 151 (2013) | 451-457 |

| | |
|---|---|
| Howard Balshem et al., *GRADE guidelines: 3. Rating the quality of evidence*, 64 J. Clinical Epidemiology 401 (2011) | 458-463 |
| James M. Cantor, *American Academy of Pediatrics policy and trans- kids: Fact-checking*, Sexology Today! (2018) | 464-471 |
| Jay McNeil et al., *Suicide in Trans Populations: A Systematic Review of Prevalence and Correlates*, 4:3 Psychology of Sexual Orientation & Gender Diversity 341 (2017) | 472-484 |
| Jeffrey C. Andrews et al., *GRADE guidelines: 15. Going from evidence to recommendation—determinants of a recommendation's direction and strength*, 66 J. Clinical Epidemiology 726 (2013) | 485-494 |
| Jennifer Block, *Gender dysphoria in young people is rising—and so is professional disagreement*, BMJ (2023) | 495-499 |
| Kellan E. Baker et al., *Hormone Therapy, Mental Health, & Quality of Life Among Transgender People: A Systematic Review*, 5:4 J. Endocrine Soc'y 1 (2021) | 500-515 |
| Kenneth J. Zucker, *Debate: Different strokes for different folks*, Child & Adolescent Mental Health (2019) | 516-518 |
| Kristina R. Olson et al., *Gender Identity 5 Years After Social Transition*, 150:2 Pediatrics 3 (2022) | 519-525 |
| **VOLUME 3** | |
| Laura E. Kuper et al., *Body Dissatisfaction & Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145:4 Pediatrics 1 (2020) | 526-536 |
| *Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation*, Council for Choices in Health Care in Finland (2020) | 537-538 |

| | |
|---|---|
| Melinda Chen & Erica A. Eugster, *Central Precocious Puberty: Update on Diagnosis & Treatment*, 17:4 Paediatr Drugs 273 (2015) | 539-553 |
| Michael Biggs, *The Dutch Protocol for Juvenile Transsexuals: Origins & Evidence*, J. Sex & Marital Therapy (2022) | 554-575 |
| Polly Carmichael et al., *Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK*, 16:2 PLOS ONE 1 (2021) | 576-601 |
| Riittakerttu Kaltiala et al., *Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria*, 74:3 Nordic J. Psychiatry 213 (2020) | 602-609 |
| Riittakerttu Kaltiala-Heino et al., *Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development*, 9 Child & Adolescent Psychiatry & Mental Health 6 (2015) | 610-618 |
| Romina Brignardello-Petersen & Wojtek Wiercioch, *Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence* (2022) | 619-688 |
| Stephen B. Levine et al., *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, & Young Adults*, J. Sex & Marital Therapy (2022) | 689-711 |
| Susan Maxwell et al., *Pregnancy Outcomes After Fertility Preservation in Transgender Men*, 129:6 Obstetrics & Gynecology 1031 (2017) | 712-715 |
| Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinial Practice Guideline*, 102:11 J. Clinical Endocrinal Metab. 3869 (2017) | 716-750 |
| Deposition excerpts of Armand Antommaria, *Boe v. Marshall* | 751-752 |

# Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria

This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people. It was commissioned by NHS England and Improvement who commissioned the Cass review. It aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gonadotrophin releasing hormone (GnRH) analogues for children and adolescents aged 18 years or under with gender dysphoria.

The document was prepared by NICE in October 2020.

The content of this evidence review was up to date on 14 October 2020. See summaries of product characteristics (SPCs), British National Formulary (BNF) or the Medicines and Healthcare products Regulatory Agency (MHRA) or NICE websites for up-to-date information.

## Contents

1. Introduction ........ 3
2. Executive summary of the review ........ 3
  Critical outcomes ........ 4
  Important outcomes ........ 5
  Discussion ........ 12
  Conclusion ........ 13
3. Methodology ........ 14
  Review questions ........ 14
  Review process ........ 14
4. Summary of included studies ........ 15
5. Results ........ 19
6. Discussion ........ 40
7. Conclusion ........ 45
Appendix A PICO document ........ 47
Appendix B Search strategy ........ 50
Appendix C Evidence selection ........ 73
Appendix D Excluded studies table ........ 74
Appendix E Evidence tables ........ 76
Appendix F Quality appraisal checklists ........ 98
Appendix G Grade profiles ........ 99
Glossary ........ 129
References ........ 130

## 1. Introduction

This review aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gonadotrophin releasing hormone (GnRH) analogues for children and adolescents aged 18 years or under with gender dysphoria. The review follows the NHS England Specialised Commissioning process and template and is based on the criteria outlined in the PICO framework (see appendix A). This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people.

Gender dysphoria in children, also known as gender identity disorder or gender incongruence of childhood (World Health Organisation 2020), refers to discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves[1] regarding their gender) and that person's sex assigned at birth and the associated gender role, and/or primary and secondary sex characteristics (Diagnostic and Statistical Manual of Mental Disorders 2013).

GnRH analogues suppress puberty by delaying the development of secondary sexual characteristics. The intention is to alleviate the distress associated with the development of secondary sex characteristics, thereby providing a time for on-going discussion and exploration of gender identity before deciding whether to take less reversible steps. In England, the GnRH analogue triptorelin (a synthetic decapeptide analogue of natural GnRH, which has marketing authorisations for the treatment of prostate cancer, endometriosis and precocious puberty [onset before 8 years in girls and 10 years in boys]) is used for this purpose. The use of triptorelin for children and adolescents with gender dysphoria is off-label.

For children and adolescents with gender dysphoria it is recommended that management plans are tailored to the needs of the individual, and aim to ameliorate the potentially negative impact of gender dysphoria on general developmental processes, support young people and their families in managing the uncertainties inherent in gender identity development and provide on-going opportunities for exploration of gender identity. The plans may also include psychological support and exploration and, for some individuals, the use of GnRH analogues in adolescence to suppress puberty; this may be followed later with gender-affirming hormones of the desired sex (NHS England 2013).

## 2. Executive summary of the review

Nine observational studies were included in the evidence review. Five studies were retrospective observational studies (Brik et al. 2020, Joseph et al. 2019, Khatchadourian et al. 2014, Klink et al. 2015, Vlot et al. 2017), 3 studies were prospective longitudinal observational studies (Costa et al. 2015, de Vries et al. 2011, Schagen et al. 2016) and 1 study was a cross-sectional study (Staphorsius et al. 2015). Two studies (Costa et al. 2015

[1] Gender refers to the roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men (World Health Organisation, Health Topics: Gender).

and Staphorsius et al. 2015) provided comparative evidence and the remaining 7 studies used within-person, before and after comparisons.

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than natal or biological sex, gonadotrophin releasing hormone (GnRH) analogues rather than 'puberty blockers' and gender-affirming hormones rather than 'cross sex hormones'. The research studies included in this evidence review may use historical terms which are no longer considered appropriate.

**In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

## Critical outcomes

The critical outcomes for decision making are the impact on gender dysphoria, mental health and quality of life. The quality of evidence for these outcomes was assessed as very low certainty using modified GRADE.

**Impact on gender dysphoria**
The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect gender dysphoria (measured using the Utrecht Gender Dysphoria Scale [UGDS]). The mean (±SD) gender dysphoria (UGDS) score was not statistically significantly different at baseline compared with follow-up (n=41, 53.20 [±7.91] versus 53.9 [±17.42], p=0.333).

**Impact on mental health**
The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones may reduce depression (measured using the Beck Depression Inventory-II [BDI-II]). The mean [±SD] BDI score was statistically significantly lower (improved) from baseline compared with follow-up (n=41, 8.31 [±7.12] versus 4.95 [±6.72], p=0.004).

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect anger (measured using the Trait Anger Scale [TPI]). The mean [±SD] anger (TPI) score was not statistically significantly different at baseline compared with follow-up (n=41, 18.29 [±5.54] versus 17.88 [±5.24], p=0.503).

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect anxiety (measured using the Trait Anxiety Scale [STAI]). The mean [±SD] anxiety (STAI) score was not statistically significantly different at baseline compared with follow-up (n=41, 39.43 [±10.07] versus 37.95 [±9.38], p=0.276).

**Impact on quality of life**
No evidence was identified.

## Important outcomes

The important outcomes for decision making are impact on body image, psychosocial impact, engagement with health care services, impact on extent of and satisfaction with surgery and stopping treatment. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Impact on body image**

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect body image (measured using the Body Image Scale [BIS]). The mean [±SD] body image (BIS) scores were not statistically significantly different from baseline compared with follow-up for primary sexual characteristics (n=57, 4.10 [±0.56] versus 3.98 [±0.71], p=0.145), secondary sexual characteristics (n=57, 2.74 [±0.65] versus 2.82 [±0.68], p=0.569) or neutral body characteristics (n=57, 2.41 [±0.63] versus 2.47 [±0.56], p=0.620).

**Psychosocial impact**

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones may improve psychosocial impact over time (measured using the Children's Global Assessment Scale [CGAS]). The mean [±SD] CGAS score was statistically significantly higher (improved) from baseline compared with follow-up (n=41, 70.24 [±10.12] versus 73.90 [±9.63], p=0.005).

This study also found that psychosocial functioning may improve over time (measured using the Child Behaviour Checklist [CBCL] and the self-administered Youth Self-Report [YSR]). The mean [±SD] CBCL scores were statistically significantly lower (improved) from baseline compared with follow-up for Total T score (n=54, 60.70 [±12.76] versus 54.46 [±11.23], p<0.001), internalising T score (n=54, 61.00 [±12.21] versus 52.17 [±9.81], p<0.001) and externalising T score (n=54, 58.04 [±12.99] versus 53.81 [±11.86], p=0.001). The mean [±SD] YSR scores were statistically significantly lower (improved) from baseline compared with follow-up for Total T score (n=54, 55.46 [±11.56] versus 50.00 [±10.56], p<0.001), internalising T score (n=54, 56.04 [±12.49] versus 49.78 [±11.63], p<0.001) and externalising T score (n=54, 53.30 [±11.87] versus 49.98 [±9.35], p=0.009). The proportion of adolescents scoring in the clinical range decreased from baseline to follow up on the CBCL total problem scale (44.4% versus 22.2%, p=0.001) and the internalising scale of the YSR (29.6% versus 11.1%, p=0.017).

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only, found that during treatment with GnRH analogues psychosocial impact in terms of global functioning may improve over time (measured using the CGAS). In the group receiving GnRH analogues, the mean [±SD] CGAS score was statistically significantly higher (improved) after 6 months (n=60, 64.70 [±13.34]) and 12 months (n=35, 67.40 [±13.39]) compared with baseline (n=101, 58.72 [±11.38], p=0.003 and p<0.001, respectively). However, there was no statistically significant difference in global functioning (CGAS scores) between the group receiving GnRH analogues plus psychological support and the group receiving psychological support only at any time point.

The study by Staphorsius et al. 2015 in 40 adolescents with gender dysphoria (20 of whom were receiving GnRH analogues) gave mean [±SD] CBCL scores for each group, but statistical analysis is unclear (transfemales receiving GnRH analogues 57.4 [±9.8], transfemales not receiving GnRH analogues 58.2 [±9.3], transmales receiving GnRH analogues 57.5 [±9.4], transmales not receiving GnRH analogues 63.9 [±10.5]).

**Engagement with health care services**
The study by Brik et al. 2018 in 143 children and adolescents with gender dysphoria receiving GnRH analogues found that 9 adolescents in the original sampling frame (9/214, 4.2%) were excluded from the study because they stopped attending appointments.

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only had a large loss to follow-up over time. The sample size at baseline and 6 months was 201, which dropped by 39.8% to 121 after 12 months and by 64.7% to 71 at 18 months follow-up. No explanation of the reasons for loss to follow-up are reported.

**Impact on extent of and satisfaction with surgery**
No evidence was identified.

**Stopping treatment**
The study by Brik et al. 2018 in 143 children and adolescents with gender dysphoria receiving GnRH analogues reported the reasons for stopping GnRH analogues. During the follow-up period 6.2% (9/143) of adolescents had stopped GnRH analogues after a median duration of 0.8 years (range 0.1 to 3.0). Five adolescents stopped treatment because they no longer wished to receive gender-affirming treatment for various reasons. In 4 adolescents (all transmales), GnRH analogues were stopped mainly because of adverse effects (such as mood and emotional lability), although they wanted to continue treatments for gender dysphoria.

The study by Khatchadourian et al. 2014 in 27 adolescents with gender dysphoria who started GnRH analogues reported the reasons for stopping them. Eleven out of 26 where data was available (42%) stopped GnRH analogues during follow up.

**In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

Evidence was available for bone density, cognitive development or functioning, and other safety outcomes. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Bone density**
The study by Joseph et al. 2019 in 70 adolescents with gender dysphoria found that GnRH analogues may reduce the expected increase in lumbar or femoral bone density (measured with the z-score). However, the z-scores were largely within 1 standard deviation of normal,

and actual lumbar or femoral bone density values were not statistically significantly different between baseline and follow-up:

- The mean z-score [±SD] for lumbar bone mineral apparent density (BMAD) was statistically significantly lower at 1 year compared with baseline in transfemales (baseline 0.859 [±0.154], 1 year −0.228 [±1.027], p=0.000) and transmales (baseline −0.186 [±1.230], 1 year −0.541 [±1.396], p=0.006).
- The mean z-score [±SD] for lumbar BMAD was statistically significantly lower after receiving GnRH analogues for 2 years compared with baseline in transfemales (baseline 0.486 [±0.809], 2 years −0.279 [±0.930], p=0.000) and transmales (baseline −0.361 [±1.439], 2 years −0.913 [±1.318], p=0.001).
- The mean z-score [±SD] for femoral neck bone mineral density (BMD) was statistically significantly lower after receiving GnRH analogues for 2 years compared with baseline in transfemales (baseline 0.0450 [±0.781], 2 years −0.600 [±1.059], p=0.002) and transmales (baseline −1.075 [±1.145], 2 years −1.779 [±0.816], p=0.001).

The study by Klink et al. 2015 in 34 adolescents with gender dysphoria found that GnRH analogues may reduce the expected increase in lumbar (transmales only), but not femoral bone density. However, the z-scores are largely within 1 standard deviation of normal. Actual lumbar or femoral bone density values were not statistically significantly different between baseline and follow-up (apart from BMD measurements in transmales):

- The mean z-score [±SD] for lumbar BMAD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales, but was statistically significantly lower when starting gender-affirming hormones in transmales (GnRH analogues 0.28 [±0.90], gender-affirming hormones −0.50 [±0.81], p=0.004).

The study by Vlot et al. 2017 in 70 adolescents with gender dysphoria found that GnRH analogues may reduce the expected increase in lumbar or femoral bone density. However, the z-scores were largely within 1 standard deviation of normal. Actual lumbar or femoral bone density values were not statistically significantly different between baseline and follow-up (apart from in transmales with a bone age ≥14 years). This study reported change in bone density from starting GnRH analogues to starting gender-affirming hormones by bone age:

- The median z-score [range] for lumbar BMAD in transfemales with a bone age of <15 years was statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.20 [−1.82 to 1.18], gender-affirming hormones −1.52 [−2.36 to 0.42], p=0.001) but was not statistically significantly different in transfemales with a bone age ≥15 years.
- The median z-score [range] for lumbar BMAD in transmales with a bone age of <14 years was statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.05 [−0.78 to 2.94], gender-affirming hormones −0.84 [−2.20 to 0.87], p=0.003) and in transmales with a bone age ≥14 years (GnRH analogues 0.27 [−1.60 to 1.80], gender-affirming hormones −0.29 [−2.28 to 0.90], p≤0.0001).

- The median z-score [range] for femoral neck BMAD in transfemales with a bone age of <15 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.71 [−3.35 to 0.37], gender-affirming hormones −1.32 [−3.39 to 0.21], p≤0.1) or in transfemales with a bone age ≥15 years (GnRH analogues −0.44 [−1.37 to 0.93], gender-affirming hormones −0.36 [−1.50 to 0.46]).
- The z-score for femoral neck BMAD in transmales with a bone age of <14 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.01 [−1.30 to 0.91], gender-affirming hormone −0.37 [−2.28 to 0.47]) but was statistically significantly lower in transmales with a bone age ≥14 years (GnRH analogues 0.27 [−1.39 to 1.32], gender-affirming hormones −0.27 [−1.91 to 1.29], p=0.002).

**Cognitive development or functioning**

The study by Staphorsius et al. 2015 in 40 adolescents with gender dysphoria (20 of whom were receiving GnRH analogues) measured cognitive development or functioning (using an IQ test, and reaction time and accuracy measured using the Tower of London task):

- The mean (±SD) IQ in transfemales receiving GnRH analogues was 94.0 (±10.3) and 109.4 (±21.2) in the control group. In transmales receiving GnRH analogues the mean (±SD) IQ was 95.8 (±15.6) and 98.5 (±15.9) in the control group.
- The mean (±SD) reaction time in transfemales receiving GnRH analogues was 10.9 (±4.1) and 9.9 (±3.1) in the control group. In transmales receiving GnRH analogue it was 9.9 (±3.1) and 10.0 (±2.0) in the control group.
- The mean (±SD) accuracy score in transfemales receiving GnRH analogues was 73.9 (±9.1) and 83.4 (±9.5) in the control group. In transmales receiving GnRH analogues it was 85.7 (±10.5) and 88.8 (±9.7) in the control group.

No statistical analyses or interpretation of the results was reported.

**Other safety outcomes**

The study by Schagen et al. 2016 in 116 adolescents with gender dysphoria found that GnRH analogues do not affect renal or liver function:

- There was no statistically significant difference between baseline and 1 year results for serum creatinine in transfemales, but there was a statistically significant decrease between baseline and 1 year in transmales (p=0.01).
- Glutamyl transferase, alanine aminotransferase (ALT), and aspartate aminotransferase (AST) levels did not significantly change from baseline to 12 months of treatment.

The study by Khatchadourian et al. 2014 in 27 adolescents with gender dysphoria who started GnRH analogues narratively reported adverse effects from GnRH analogues in 26 adolescents:

- 1 transmale developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated
- 1 transmale developed leg pains and headaches, which eventually resolved
- 1 participant gained 19 kg within 9 months of starting GnRH analogues.

**In children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

No cost-effectiveness evidence was found for GnRH analogues in children and adolescents with gender dysphoria.

**From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may benefit from GnRH analogues more than the wider population of interest?**

Some studies reported data separately for the following subgroups of children and adolescents with gender dysphoria: sex assigned at birth males (transfemales) and sex assigned at birth females (transmales). This included some direct comparisons of these subgroups, and differences were largely seen at baseline as well as follow up. No evidence was found for other specified subgroups.

**Sex assigned at birth males (transfemales)**

***Impact on gender dysphoria***

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only, found that gender dysphoria (measured using the UGDS) in sex assigned at birth males is lower than in sex assigned at birth females. Sex assigned at birth males had a statistically significantly lower (improved) mean [±SD] UGDS score of 51.6 [±9.7] compared with sex assigned at birth females (56.1 [±4.3], p<0.001), but it was not reported if this was at baseline or follow-up.

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that gender dysphoria (measured using the UGDS) in sex assigned at birth males is lower than in sex assigned at birth females at baseline and follow up. The mean [±SD] UGDS score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean UGDS score: 47.95 [±9.70] versus 56.57 [±3.89]) and follow up (n=not reported, 49.67 [±9.47] versus 56.62 [±4.00]); between sex difference p<0.001).

***Impact on mental health***

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth males compared with sex assigned at birth females. Over time there was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for depression, but sex assigned at birth males had statistically significantly lower levels of anger and anxiety than sex assigned at birth females at baseline and follow up.

- The mean [±SD] depression (BDI-II) score was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean BDI score [±SD]: 5.71 [±4.31] versus 10.34 [±8.24]) and follow-up (n=not reported, 3.50 [±4.58] versus 6.09 [±7.93]), between sex difference p=0.057

- The mean [±SD] anger (TPI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean TPI score [±SD]: 5.22 [±2.76] versus 6.43 [±2.78]) and follow-up (n=not reported, 5.00 [±3.07] versus 6.39 [±2.59]), between sex difference p=0.022
- The mean [±SD] anxiety (STAI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean STAI score [±SD]: 4.33 [±2.68] versus 7.00 [±2.36]) and follow-up (n=not reported, 4.39 [±2.64] versus 6.17 [±2.69]), between sex difference p<0.001.

***Impact on body image***

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that the impact on body image may be different in sex assigned at birth males compared with sex assigned at birth females. Sex assigned at birth males are less dissatisfied with their primary and secondary sex characteristics than sex assigned at birth females at both baseline and follow up, but the satisfaction with neutral body characteristics is not different.

- The mean [±SD] BIS score for primary sex characteristics was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean BIS score [±SD]: 4.02 [±0.61] versus 4.16 [±0.52]) and follow up (n=not reported, 3.74 [±0.78] versus 4.17 [±0.58]) between sex difference p=0.047.
- The mean [±SD] BIS score for secondary sex was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean BIS score [±SD]: 2.66 [±0.50] versus 2.81 [±0.76]) and follow up (n=not reported, 2.39 [±0.69] versus 3.18 [±0.42]), between sex difference p=0.001.
- The mean [±SD] BIS score for neutral body characteristics was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, 2.60 [±0.58] versus 2.24 [±0.62], between sex difference p=0.777).

***Psychosocial impact***

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only, found that sex assigned at birth males had statistically significant lower mean [±SD] CGAS scores at baseline compared with sex assigned at birth females (n=201, 55.4 [±12.7] versus 59.2 [±11.8], p=0.03), but no conclusions could be drawn.

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that psychosocial impact in terms of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) may be different in sex assigned at birth males compared with sex assigned at birth females, but no conclusions could be drawn.

- There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females (at baseline or follow up) for the CBCL Total T

score, the CBCL internalising T score, the YSR Total T score or the YSR internalising T score.

- Sex assigned at birth males had statistically higher mean [±SD] CGAS scores compared with sex assigned at birth females at baseline (n=54, 73.10 [±8.44] versus 67.25 [±11.06]) and follow up (n=54, 77.33 [±8.69] versus 70.30 [±9.44]), between sex difference p=0.021.
- Sex assigned at birth males had statistically lower mean [±SD] CBCL externalising T scores compared with sex assigned at birth females at baseline (n=54, 54.71 [±12.91] versus 60.70 [±12.64]) and follow up (n=54, 48.75 [±10.22] versus 57.87 [±11.66]), between sex difference p=0.015.
- Sex assigned at birth males had statistically lower mean [±SD] YSR externalising T scores compared with sex assigned at birth females at both baseline (n=54, 48.72 [±11.38] versus 57.24 [±10.59]) and follow up (n=54, 46.52 [±9.23] versus 52.97 [±8.51]), between sex difference p=0.004.

***Bone density***
The studies by Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017 provided evidence on bone density in sex assigned at birth males (see above for details).

***Cognitive development or functioning***
The study by Staphorsius et al. 2015 provided evidence on cognitive development or functioning in sex assigned at birth males (see above for details).

***Other safety outcomes***
The study by Schagen et al. 2016 provided evidence on renal function in sex assigned at birth males (see above).

**Sex assigned at birth females (transmales)**
***Impact on gender dysphoria***
The studies by de Vries et al. 2011 and Costa et al. 2015 found that gender dysphoria (measured using the UGDS) in sex assigned at birth females is higher than in sex assigned at birth males at baseline and follow up (see above for details).

***Impact on mental health***
The study by de Vries et al. 2011 found that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth females compared with sex assigned at birth males. Over time there was no statistically significant difference between sex assigned at birth females and sex assigned at birth males for depression, but sex assigned at birth females had statistically significantly greater levels of anger and anxiety than sex assigned at birth males at both baseline and follow up (see above for details).

***Impact on body image***
The study by de Vries et al. 2011 found that the impact on body image may be different in sex assigned at birth females compared with sex assigned at birth males. Sex assigned at birth females are more dissatisfied with their primary and secondary sex characteristics than sex assigned at birth males at both baseline and follow up, but the satisfaction with neutral body characteristics is not different (see above for details).

***Psychosocial impact***

The studies by de Vries et al. 2011 and Costa et al. 2015 found that psychosocial impact in terms of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) may be different in sex assigned at birth females compared with sex assigned at birth males, but no conclusions could be drawn (see above for details).

***Bone density***

The studies by Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017 provided evidence on bone density in sex assigned at birth females (see above for details).

***Cognitive development or functioning***

The study by Staphorsius et al. 2015 provided evidence on cognitive development or functioning in sex assigned at birth females (see above for details).

***Other safety outcomes***

The study by Schagen et al. 2016 provided evidence on renal function in sex assigned at birth females (see above for details).

**From the evidence selected:**

**(a) what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**

**(b) what were the ages at which participants commenced treatment with GnRH analogues?**

**(c) what was the duration of treatment with GnRH analogues?**

All studies that reported diagnostic criteria for gender dysphoria (6/9 studies) used the version of the Diagnostic and Statistical Manual of Mental Disorders (DSM) criteria that was in use at the time. In 5 studies (Costa et al. 2015, Klink et al. 2015, Schagen et al. 2016, Staphorsius et al. 2015 and Vlot et al. 2017) the DSM-fourth edition, text revision (IV-TR) criteria were used. The study by Brik et al. 2020 used DSM-V criteria. It was not reported how gender dysphoria was defined in the remaining 3 studies.

The studies show variation in the age (11 to 18 years old) at which children and adolescents with gender dysphoria started GnRH analogues.

Most studies did not report the duration of treatment with GnRH analogues (Joseph et al. 2019, Khatchadourian et al. 2014, Vlot et al. 2017, Costa et al. 2015, de Vries et al. 2011, Schagen et al. 2016), but where this was reported (Brik et al. 2020, Klink et al. 2015, Staphorsius et al. 2015) there was a wide variation ranging from a few months to about 5 years.

## Discussion

A key limitation to identifying the effectiveness and safety of GnRH analogues for children and adolescents with gender dysphoria is the lack of reliable comparative studies. The lack of clear, expected outcomes from treatment with a GnRH analogue (the purpose of which is to suppress secondary sexual characteristics which may cause distress from unwanted pubertal changes) also makes interpreting the evidence difficult.

The studies included in this evidence review are all small, uncontrolled observational studies, which are subject to bias and confounding, and all the results are of very low certainty using modified GRADE. They all reported physical and mental health comorbidities and concomitant treatments very poorly. All the studies are from a limited number of, mainly European, care facilities. They are described as either tertiary referral or expert services but the low number of services providing such care and publishing evidence may bias the results towards the outcomes in these services only and limit extrapolation.

Many of the studies did not report statistical significance or confidence intervals. Changes in outcome scores for clinical effectiveness and bone density were assessed with regards to statistical significance. However, there is relatively little interpretation of whether the changes in outcomes are clinically meaningful.

In the observational, retrospective studies providing evidence on bone density, participants acted as their own controls and change in bone density was determined between starting GnRH analogues and follow up. Observational studies such as these can only show an association with GnRH analogues and bone density; they cannot show that GnRH analogues caused any differences in bone density seen. Because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time.

## Conclusion

The results of the studies that reported impact on the critical outcomes of gender dysphoria and mental health (depression, anger and anxiety), and the important outcomes of body image and psychosocial impact (global and psychosocial functioning), in children and adolescents with gender dysphoria are of very low certainty using modified GRADE. They suggest little change with GnRH analogues from baseline to follow-up.

Studies that found differences in outcomes could represent changes that are either of questionable clinical value, or the studies themselves are not reliable and changes could be due to confounding, bias or chance. It is plausible, however, that a lack of difference in scores from baseline to follow-up is the effect of GnRH analogues in children and adolescents with gender dysphoria, in whom the development of secondary sexual characteristics might be expected to be associated with an increased impact on gender dysphoria, depression, anxiety, anger and distress over time without treatment. The study by de Vries et al. 2011 reported statistically significant reductions in the Child Behaviour Checklist (CBCL) and Youth Self-Report (YSR) scores from baseline to follow up, which include measures of distress. As the aim of GnRH analogues is to reduce distress caused by the development of secondary sexual characteristics, this may be an important finding. However, as the studies all lack appropriate controls who were not receiving GnRH analogues, any positive changes could be a regression to mean.

The results of the studies that reported bone density outcomes suggest that GnRH analogues may reduce the expected increase in bone density (which is expected during puberty). However, as the studies themselves are not reliable, the results could be due to confounding, bias or chance. While controlled trials may not be possible, comparative studies are needed to understand this association and whether the effects of GnRH analogues on bone density are seen after they are stopped. All the studies that reported safety outcomes provided very low certainty evidence.

No cost-effectiveness evidence was found to determine whether or not GnRH analogues are cost-effective for children and adolescents with gender dysphoria.

The results of the studies that reported outcomes for subgroups of children and adolescents with gender dysphoria, suggest there may be differences between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales).

## 3. Methodology

### Review questions

The review question(s) for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
3. For children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?
4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria?
5. From the evidence selected,
   a) what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?
   b) what were the ages at which participants commenced treatment with GnRH analogues?
   c) what was the duration of treatment with GnRH analogues?

See appendix A for the full review protocol.

### Review process

The methodology to undertake this review is specified by NHS England in their ‘Guidance on conducting evidence reviews for Specialised Services Commissioning Products’ (2020).

The searches for evidence were informed by the PICO document and were conducted on 23 July 2020.

See appendix B for details of the search strategy.

Results from the literature searches were screened using their titles and abstracts for relevance against the criteria in the PICO framework. Full text references of potentially

relevant evidence were obtained and reviewed to determine whether they met the inclusion criteria for this evidence review.

See appendix C for evidence selection details and appendix D for the list of studies excluded from the review and the reasons for their exclusion.

Relevant details and outcomes were extracted from the included studies and were critically appraised using a checklist appropriate to the study design. See appendices E and F for individual study and checklist details.

The available evidence was assessed by outcome for certainty using modified GRADE. See appendix G for GRADE Profiles.

## 4. Summary of included studies

Nine observational studies were identified for inclusion. Five studies were retrospective observational studies (Brik et al. 2020, Joseph et al. 2019, Khatchadourian et al. 2014, Klink et al. 2015, Vlot et al. 2017), 3 studies were prospective longitudinal observational studies (Costa et al. 2015, de Vries et al. 2011, Schagen et al. 2016) and 1 study was a cross-sectional study (Staphorsius et al. 2015).

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than natal or biological sex, gonadotrophin releasing hormone (GnRH) analogues rather than 'puberty blockers' and gender-affirming hormones rather than 'cross sex hormones'. The research studies included in this evidence review may use historical terms which are no longer considered appropriate.

Table 1 provides a summary of these included studies and full details are given in appendix E.

**Table 1 Summary of included studies**

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Brik et al. 2020<br><br>Retrospective observational single-centre study<br><br>Netherlands | The study was conducted at the Curium-Leiden University Medical Centre gender clinic in Leiden, the Netherlands and involved adolescents with gender dysphoria.<br>The sample size was 143 adolescents (median age at start of treatment was 15.0 years, range 11.1 to 18.6 years in transfemales; 16.1 years, range 10.1 to 17.9 years in transmales) from a sampling frame of 269 children and adolescents registered at the clinic between November 2010 and January 2018. | **Intervention**<br>143 children and adolescents receiving GnRH analogues (no specific treatment, dose, route or frequency of administration reported). The median duration was 2.1 years (range 1.6–2.8 years).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Stopping treatment |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| | Participants were included in the study if they were diagnosed with gender dysphoria according to the DSM-5 criteria, registered at the clinic, were prepubertal and within the appropriate age range, and had started GnRH analogues. No concomitant treatments were reported. | | |
| Costa et al. 2015<br><br>Prospective longitudinal observational single centre cohort study<br><br>United Kingdom | The study was conducted at the Gender Identity Development Service in London and involved adolescents with gender dysphoria.<br>The sample size was 201 adolescents (mean [±SD] age 15.52±1.41 years, range 12 to 17 years) from a sampling frame of 436 consecutive adolescents referred to the service between 2010 and 2014. The mean [±SD] age at the start of GnRH analogues was 16.48 [±1.26] years, range 13 to 17 years.<br>Participants were invited to participate following a 6-month diagnostic process using DSM-IV-TR criteria. No concomitant treatments were reported. | **Intervention**<br>101 adolescents assessed as being immediately eligible for GnRH analogues (no specific treatment, dose or route of administration reported) plus psychological support. The average duration of treatment was approximately 12 months (no exact figure given).<br>**Comparison**<br>100 adolescents assessed as not immediately eligible for GnRH analogues (more time needed to make the decision to start GnRH analogues) who had psychological support only. None received GnRH analogues throughout the study. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Psychosocial impact |
| de Vries et al. 2011<br><br>Prospective longitudinal observational single centre before and after study<br><br>Netherlands | The study was conducted at the Amsterdam gender identity clinic of the VU University Medical Centre and involved adolescents who were defined as "transsexual".<br>The sample size was 70 adolescents receiving GnRH analogues (mean age [±SD] at assessment 13.6±1.8 years) from a sampling frame of 196 consecutive adolescents referred to the service between 2000 and 2008.<br>Participants were invited to participate if they subsequently started gender-affirming hormones between 2003 and 2009. No diagnostic criteria or concomitant treatments were reported. | **Intervention**<br>70 individuals assessed at baseline (T0) before the start of GnRH analogues (no specific treatment, dose or route of administration reported).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• Gender dysphoria<br>• Mental health (depression, anger and anxiety)<br>**Important outcomes**<br>• Body image<br>• Psychosocial impact |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Joseph et al. 2019<br><br>Retrospective longitudinal observational single centre study<br><br>United Kingdom | This study was conducted at the Early intervention clinic at University College London Hospital (all participants had been seen at the Gender Identity Development Service in London) and involved adolescents with gender dysphoria.<br>The sample size was 70 adolescents with gender dysphoria (no diagnostic criteria described) all offered GnRH analogues. The mean age at the start of treatment was 13.2 years (SD ±1.4) for transfemales and 12.6 years (SD ±1.0) for transmales. Details of the sampling frame were not reported.<br>Further details of how the sample was drawn are not reported. No concomitant treatments were reported. | **Intervention**<br>GnRH analogues. No specific treatment, duration, dose or route of administration reported.<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Safety: bone density |
| Khatchadourian et al. 2014<br><br>Retrospective observational chart review single centre study<br><br>Canada | This study was conducted at the Endocrinology and Diabetes Unit at British Columbia Children's Hospital, Canada and involved youths with gender dysphoria.<br>The sample size was 27 young people with gender dysphoria who started GnRH analogues (at mean age 14.7 [SD ±1.9] years) out of 84 young people seen at the unit between 1998 and 2011. Diagnostic criteria and concomitant treatments were not reported. | **Intervention**<br>84 young people with gender dysphoria. For GnRH analogues no specific treatment, duration, dose or route of administration reported.<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Stopping treatment<br>• Safety: adverse effects |
| Klink et al. 2015<br><br>Retrospective longitudinal observational single centre study<br><br>Netherlands | This study was conducted in the Netherlands at a tertiary referral centre. It is unclear which centre this was.<br>The sample size was 34 adolescents (mean age 14.9 [SD ±1.9] years for transfemales and 15.0 [SD ±2.0] years for transmales at start of GnRH analogues). Details of the sampling frame are not reported.<br>Participants were included if they met DSM-IV-TR criteria for gender identity disorder of adolescence and had been treated with GnRH analogues and gender-affirming hormones during their pubertal years. No concomitant treatments were reported. | **Intervention**<br>The intervention was GnRH analogue monotherapy (triptorelin 3.75 mg subcutaneously every 4 weeks) followed by gender-affirming hormones with discontinuation of GnRH analogues after gonadectomy. Duration of GnRH analogues was 1.3 years (range 0.5 to 3.8 years) in transfemales and 1.5 years (0.25 to 5.2 years in transmales.<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Safety: bone density |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Schagen et al. 2016<br><br>Prospective longitudinal study<br><br>Netherlands | This study was conducted at the Centre of Expertise on Gender Dysphoria at the VU University Medical Centre (Amsterdam, Netherlands) and involved adolescents with gender dysphoria.<br>The sample size was 116 adolescents (median age [range] 13.6 years [11.6 to 17.9] in transfemales and 14.2 years [11.1 to 18.6] in transmales during first year of GnRH analogues) out of 128 adolescents who started GnRH analogues.<br>Participants were included if they met DSM-IV-TR criteria for gender dysphoria, had lifelong extreme gender dysphoria, were psychologically stable and were living in a supportive environment. No concomitant treatments were reported. | **Intervention**<br>The intervention was GnRH analogue monotherapy (triptorelin 3.75 mg at 0, 2 and 4 weeks followed by intramuscular injections every 4 weeks, for at least 3 months).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Safety: liver and renal function. |
| Staphorsius et al. 2015<br><br>Cross-sectional (single time point) assessment single centre study<br><br>Netherlands | This study was conducted at the VU University Medical Centre (Amsterdam, Netherlands) and involved adolescents with gender dysphoria.<br>The sample size was 85, of whom 40 were adolescents with gender dysphoria (20 of whom were being treated with GnRH analogues) and 45 were controls without gender dysphoria (not further reported here). Mean (±SD) age 15.1 (±2.4) years in transfemales and 15.8 (±1.9) years in transmales. Details of the sampling frame are not reported.<br>Participants were included if they were diagnosed with Gender Identity Disorder according to the DSM-IV-TR and at least 12 years old and Tanner stage of at least B2 or G2 to G3 with measurable oestradiol and testosterone levels in girls and boys, respectively. No concomitant treatments were reported. | **Intervention**<br>The intervention was a GnRH analogue (triptorelin 3.75 mg every 4 weeks subcutaneously or intramuscularly). The mean duration of treatment was 1.6 years (SD ±1.0).<br>**Comparison**<br>Adolescents with gender dysphoria not treated with GnRH analogues. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Psychosocial impact<br>• Safety: cognitive functioning |
| Vlot et al. 2017<br><br>Retrospective observational data analysis study | This study was conducted at the VU University Medical Centre (Amsterdam, Netherlands) and involved adolescents with gender dysphoria.<br>The sample size was 70 adolescents (median age [range] 15.1 years [11.7 to 18.6] for | **Intervention**<br>The intervention was a GnRH analogue (triptorelin 3.75 mg every 4 weeks subcutaneously).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes** |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Netherlands | transmales and 13.5 years [11.5 to 18.3] for transfemales at start of GnRH analogues). Details of the sampling frame are not reported.<br>Participants were included if they had a diagnosis of gender dysphoria according to DSM-IV-TR criteria who were receiving GnRH analogues and then gender-affirming hormones. No concomitant treatments were reported. | | • Safety: bone density |
| **Abbreviations:** DSM-IV-TR, Diagnostic and Statistical Manual of Mental Disorders, fourth edition, text revision; GnRH, Gonadotrophin releasing hormone; SD, Standard deviation. | | | |

## 5. Results

### In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

| Outcome | Evidence statement |
|---|---|
| Clinical Effectiveness | |
| **Critical outcomes** | |
| **Impact on gender dysphoria**<br><br>**Certainty of evidence: very low** | This is a critical outcome because gender dysphoria in children and adolescents is associated with significant distress and problems with functioning.<br><br>One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on gender dysphoria in adolescents, measured using the Utrecht Gender Dysphoria Scale (UGDS). The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The higher the UGDS score the greater the gender dysphoria.<br><br>The study measured the impact on gender dysphoria at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) UGDS score was not statistically significantly different at baseline compared with follow-up (n=41, 53.20 [±7.91] versus 53.9 [±17.42], p=0.333) **(VERY LOW)**. |

| | |
|---|---|
| | **This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, does not affect gender dysphoria.** |
| **Impact on mental health: depression**<br><br>**Certainty of evidence: very low** | This is a critical outcome because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person.<br><br>One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on depression in children and adolescents with gender dysphoria. Depression was measured using the Beck Depression Inventory-II (BDI-II). The BDI-II is a valid, reliable, and widely used tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63.<br><br>The study provided evidence for depression measured at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) depression (BDI) score was statistically significantly lower (improved) from baseline compared with follow-up (n=41, 8.31 [±7.12] versus 4.95 [ ±6.72], p=0.004) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, may reduce depression.** |
| **Impact on mental health: anger**<br><br>**Certainty of evidence: very low** | This is a critical outcome because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person.<br><br>One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on anger in children and adolescents with gender dysphoria. Anger was measured using the Trait Anger Scale of the State-Trait Personality Inventory (TPI). This is a validated 20-item inventory tool which measures the intensity of anger as the disposition to experience angry feelings as a personality trait. Higher scores indicate greater anger.<br><br>The study provided evidence for anger measured at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) anger (TPI) score was not statistically significantly different at baseline compared with follow-up (n=41, 18.29 [±5.54] versus 17.88 [±5.24], p=0.503) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, does not affect anger.** |

| | |
|---|---|
| **Impact on mental health: anxiety**<br><br>**Certainty of evidence: very low** | This is a critical outcome because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person.<br><br>One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on anxiety in children and adolescents with gender dysphoria. Anxiety was measured using the Trait Anxiety Scale of the State-Trait Personality Inventory (STAI). This is a validated and commonly used measure of trait and state anxiety. It has 20 items and can be used in clinical settings to diagnose anxiety and to distinguish it from depressive illness. Higher scores indicate greater anxiety.<br><br>The study provided evidence for anxiety at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) anxiety (STAI) score was not statistically significantly different at baseline compared with follow-up (n=41, 39.43 [±10.07] versus 37.95 [±9.38], p=0.276) (**VERY LOW**).<br><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, does not affect levels of anxiety.** |
| **Quality of life** | This is a critical outcome because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life.<br><br>No evidence was identified. |
| **Important outcomes** | |
| **Impact on body image**<br><br>**Certainty of evidence: very low** | This is an important outcome because some children and adolescents with gender dysphoria may want to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their desired gender.<br><br>One uncontrolled, prospective observational longitudinal study provided evidence relating to the impact on body image (de Vries et al. 2011). Body image was measured using the Body Image Scale (BIS) which is a validated 30-item scale covering 3 aspects: primary, secondary and neutral body characteristics. Higher scores represent a higher degree of body dissatisfaction.<br><br>The study (de Vries et al. 2011) provided evidence for body image measured at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) body image (BIS) scores for were not statistically significantly different from baseline compared with follow-up for: |

| | |
|---|---|
| | • primary sexual characteristics (n=57, 4.10 [±0.56] versus 3.98 [±0.71], p=0.145)<br>• secondary sexual characteristics (n=57, 2.74 [±0.65] versus 2.82 [±0.68], p=0.569)<br>• neutral body characteristics (n=57, 2.41 [±0.63] versus 2.47 [±0.56], p=0.620) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender affirming hormones, does not affect body image.** |
| **Psychosocial impact: global functioning**<br><br>**Certainty of evidence: very low** | This is an important outcome because gender dysphoria in children and adolescents is associated with internalising and externalising behaviours, and emotional and behavioural problems which may impact on social and occupational functioning.<br><br>One uncontrolled, observational, prospective cohort study (de Vries et al 2011) and one prospective cross-sectional cohort study (Costa et al. 2015) provided evidence relating to psychosocial impact in terms of global functioning. Global functioning was measured using the Children's Global Assessment Scale (CGAS). The CGAS tool is a validated measure of global functioning on a single rating scale from 1 to 100. Lower scores indicate poorer functioning.<br><br>One study (de Vries et al. 2011) provided evidence for global functioning (CGAS) at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) CGAS score was statistically significantly higher (improved) from baseline compared with follow-up (n=41, 70.24 [±10.12] versus 73.90 [±9.63], p=0.005) **(VERY LOW)**.<br><br>One study (Costa et al. 2015) in adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support (the immediately eligible group) or continued psychological support only (the delayed eligible group who did not receive GnRH analogues) provided evidence for global functioning (CGAS) measured at 4 time points:<br>• at baseline (T0) in both groups,<br>• after 6 months of psychological support in both groups (T1),<br>• after 6 months of GnRH analogues and 12 months of psychological support in the immediately eligible group and 12 months of psychological support only in the delayed eligible group (T2), and<br>• after 18 months of psychological support and 12 months of GnRH analogues in the immediately eligible group and after 18 months of psychological support only in the delayed eligible group (T3).<br><br>The mean [±SD] CGAS score was statistically significantly higher (improved) for all adolescents (including those not receiving GnRH analogues) at T1, T2 or T3 compared with baseline (T0). |

| | |
|---|---|
| | For the immediately eligible group (who received GnRH analogues) versus the delayed eligible group (who did not receive GnRH analogues) there were no statistically significant differences in CGAS scores between the 2 groups at baseline T0 (n=201, p=0.23), T1 (n=201, p=0.73), T2 (n=121, p=0.49) or T3 (n=71, p=0.14) time points.<br><br>For the immediately eligible group (who received GnRH analogues), the mean (±SD) CGAS score was not statistically significantly different at:<br>• T1 compared with T0<br>• T2 compared with T1<br>• T3 compared with T2.<br><br>The mean (±SD) CGAS score was statistically significantly higher (improved) at:<br>• T2 compared with T0 (n=60, 64.70 [±13.34] versus n=101, 58.72 [±11.38], p=0.003)<br>• T3 compared with T0 (n=35, 67.40 [±13.39] versus n=101, 58.72 [±11.38], p<0.001)<br>• T3 compared with T1 (n=35, 67.40 [±13.93] versus n=101, 60.89 [±12.17], p<0.001) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with GnRH analogues, global functioning may improve over time. However, there was no statistically significant difference in global functioning between GnRH analogues plus psychological support compared with psychological support only at any time point.** |
| **Psychosocial impact: psychosocial functioning**<br><br>**Certainty of evidence: very low** | This is an important outcome because gender dysphoria in children and adolescents is associated with internalising and externalising behaviours, and emotional and behavioural problems which may impact on social and occupational functioning.<br><br>Two studies provided evidence for this outcome. One uncontrolled, observational, prospective cohort study (de Vries et al, 2011) and 1 cross-sectional observational study (Staphorsius et al. 2015) assessed psychosocial functioning using the Child Behaviour Checklist (CBCL) and the self-administered Youth Self-Report (YSR). The CBCL is a checklist parents complete to detect emotional and behavioural problems in children and adolescents. YSR is similar but is self-completed by the child or adolescent. The scales consist of a Total problems score, which is the sum of the scores of all the problem items. An internalising problem scale sums the anxious/depressed, withdrawn-depressed, and somatic complaints scores while the externalising problem scale combines rule-breaking and aggressive behaviour. The standard scores are scaled so that 50 is average for the child or adolescent's age and gender, with a SD of 10 points. Higher scores indicate greater problems, with a T-score above 63 considered to be in the clinical range.<br><br>One study (de Vries et al. 2011) provided evidence for psychosocial functioning (CBCL and YSR scores) at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and |

| | |
|---|---|
| | • shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>At follow up, the mean (±SD) CBCL scores were statistically significantly lower (improved) compared with baseline for:<br>• Total T score (n=54, 60.70 [±12.76] versus 54.46 [±11.23], p<0.001<br>• Internalising T score (n=54, 61.00 [±12.21] versus 52.17 [±9.81], p<0.001)<br>• Externalising T score (n=54, 58.04 [±12.99] versus 53.81 [±11.86], p=0.001).<br><br>At follow up, the mean (±SD) YSR scores were statistically significantly lower (improved) compared with baseline for:<br>• Total T score (n=54, 55.46 [±11.56] versus 50.00 [±10.56], p<0.001)<br>• Internalising T score (n=54, 56.04 [±12.49] versus 49.78 [±11.63], p<0.001)<br>• Externalising T score (n=54, 53.30 [±11.87] versus 49.98 [±9.35], p=0.009).<br><br>The proportion of adolescents scoring in the clinical range decreased from baseline to follow up on the CBCL total problem scale (44.4% versus 22.2%, p=0.001) and the internalising scale of the YSR (29.6% versus 11.1%, p=0.017) **(VERY LOW)**.<br><br>One study (Staphorsius et al. 2015) assessed CBCL in a cohort of adolescents with gender dysphoria (transfemale: n=18, mean [±SD] age 15.1 [±2.4] years and transmale: n=22, mean [±SD] age 15.8 [±1.9] years) either receiving GnRH analogues (transfemale, n=8 and transmale, n=12), or not receiving GnRH analogues (transfemale, n=10 and transmale, n=10).<br><br>The mean (±SD) CBCL scores for each group were (statistical analysis unclear):<br>• transfemales (total) 57.8 [±9.2]<br>• transfemales receiving GnRH analogues 57.4 [±9.8]<br>• transfemales not receiving GnRH analogues 58.2 [±9.3]<br>• transmales (total) 60.4 [±10.2]<br>• transmales receiving GnRH analogues 57.5 [±9.4]<br>• transmales not receiving GnRH analogues 63.9 [±10.5] **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with GnRH analogues psychosocial functioning may improve, with the proportion of adolescents in the clinical range for some CBCL and YSR scores decreasing over time.** |
| **Engagement with health care services**<br><br>**Certainty of evidence: very low** | This is an important outcome because patient engagement with health care services will impact on their clinical outcomes.<br><br>Two uncontrolled observational cohort studies provided evidence relating to loss to follow up, which could be a marker of engagement with health care services (Brik et al. 2018 and Costa et al. 2015). |

| | |
|---|---|
| | In one retrospective study (Brik et al. 2018), 9 adolescents (9/214, 4.2%) who had stopped attending appointments were excluded from the study between November 2010 and July 2019 **(VERY LOW)**.<br><br>One prospective study (Costa et al. 2015) had evidence for a large loss to follow-up over time. The sample size at baseline (T0) and 6 months (T1) was 201, which dropped by 39.8% to 121 after 12 months (T2) and by 64.7% to 71 at 18 months follow-up (T3). No explanation of the reasons for loss to follow-up are reported **(VERY LOW)**.<br><br>Due to their design there was no reported loss to follow-up in the other 3 effectiveness studies (de Vries et al 2011; Khatchadourian et al. 2014; Staphorsius et al. 2015).<br><br>**These studies provide very low certainty evidence about loss to follow up, which could be a marker of engagement with health care services, during treatment with GnRH analogues. Due to the large variation in rates between studies no conclusions could be drawn.** |
| **Impact on extent of and satisfaction with surgery** | This is an important outcome because some children and adolescents with gender dysphoria may proceed to transitioning surgery.<br><br>No evidence was identified. |
| **Stopping treatment**<br><br>**Certainty of evidence: very low** | This is an important outcome because there is uncertainty about the short- and long-term safety and adverse effects of GnRH analogues in children and adolescents with gender dysphoria.<br><br>Two uncontrolled, retrospective, observational cohort studies provided evidence relating to stopping GnRH analogues. One study had complete reporting of the cohort (Brik et al. 2018), the other (Khatchadourian et al. 2014) had incomplete reporting of its cohort, particularly for transfemales where outcomes for only 4/11 were reported.<br><br>Brik et al. 2018 narratively reported the reasons for stopping GnRH analogues in a cohort of 143 adolescents (38 transfemales and 105 transmales). Median age at the start of GnRH analogues was 15.0 years (range, 11.1–18.6 years) in transfemales and 16.1 years (range, 10.1–17.9 years) in transmales. Of these adolescents, 125 (87%, 36 transfemales, 89 transmales) subsequently started gender-affirming hormones after 1.0 (0.5–3.8) and 0.8 (0.3–3.7) years of GnRH analogues. At the time of data collection, the median duration of GnRH analogue use was 2.1 years (1.6–2.8).<br><br>During the follow-up period 6.3% (9/143) of adolescents had discontinued GnRH analogues after a median duration of 0.8 years (range 0.1 to 3.0). The percentages and reasons for stopping were:<br>• 2.8% (4/143) stopped GnRH analogues although they wanted to continue endocrine treatments for gender dysphoria:<br>  ○ 1 transmale stopped due to increase in mood problems, suicidal thoughts and confusion attributed to GnRH analogues<br>  ○ 1 transmale had hot flushes, increased migraines, fear of injections, stress at school and unrelated medical issues, and temporarily stopped treatment (after 4 months) and restarted 5 months later. |

| | |
|---|---|
| | ◦ 1 transmale had mood swings 4 months after starting GnRH analogues. After 2.2 years had unexplained severe nausea and rapid weight loss and discontinued GnRH analogues after 2.4 years<br>◦ 1 transmale stopped GnRH analogues because of inability to regularly collect medication and attend appointments for injections.<br>• 3.5% (5/143) stopped treatment because they no longer wished to receive gender-affirming treatment for various reasons **(VERY LOW)**.<br><br>Khatchadourian et al. 2014 narratively reported the reasons for stopping GnRH analogues in a cohort of 26 adolescents (15 transmales and 11 transfemales), 42% (11/26) discontinued GnRH analogues during follow-up between 1998 and 2011.<br><br>Of 15 transmales receiving GnRH analogues, 14 received testosterone during the observation period, of which:<br>• 7 continued GnRH analogues after starting testosterone<br>• 7 stopped GnRH analogues after a median of 3.0 years (range 0.2 to 9.2 years), of which:<br>◦ 5 stopped after hysterectomy and salpingo-oophorectomy<br>◦ 1 stopped after 2.2 years (transitioned to gender-affirming hormones)<br>◦ 1 stopped after <2 months due to mood and emotional lability **(VERY LOW)**.<br><br>Of 11 transfemales receiving GnRH analogues, 5 received oestrogen during the observation period, of which:<br>• 4 continued GnRH analogues after starting oestrogen<br>• 1 stopped GnRH analogues when taking oestrogen (no reason reported) **(VERY LOW)**.<br><br>Of the remaining 6 transfemales taking GnRH analogues:<br>• 1 stopped GnRH analogues after a few months due to emotional lability<br>• 1 stopped GnRH analogues before taking oestrogen (the following year delayed due to heavy smoking)<br>• 1 stopped GnRH analogues after 13 months due not to pursuing transition **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence for the number of adolescents who stop GnRH analogues and the reasons for this.** |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; SD, standard deviation.

### In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

| Outcome | Evidence statement |
|---|---|

| Safety | |
|---|---|
| **Change in bone density: lumbar**<br><br>**Certainty of evidence: very low** | This is an important outcome because puberty is an important time for bone development and puberty suppression may affect bone development, as shown by changes in lumbar bone density.<br><br>Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on bone density (based on lumbar BMAD) between starting with a GnRH analogue and at 1 and 2 year intervals (Joseph et al. 2019), and between starting GnRH analogues and starting gender-affirming hormones (Klink et al. 2015 and Vlot et al. 2017). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>BMAD is a size adjusted value of BMD incorporating body size measurements using UK norms in growing adolescents. It was reported as $g/cm^3$ and as z-scores. Z-scores report how many standard deviations from the mean a measurement sits. A z-score of 0 is equal to the mean, a z-score of −1 is equal to 1 standard deviation below the mean, and a z-score of +1 is equal to 1 standard deviation above the mean.<br><br>One retrospective observational study (Joseph et al. 2019, n=70) provided non-comparative evidence on change in lumbar BMAD increase using z-scores.<br>• The z-score for lumbar BMAD was statistically significantly lower at 2 years compared with baseline in transfemales (z-score [±SD]: baseline 0.486 [0.809], 2 years −0.279 [0.930], p=0.000) and transmales (baseline −0.361 [1.439], 2 years −0.913 [1.318], p=0.001) **(VERY LOW)**.<br>• The z-score for lumbar BMAD was statistically significantly lower at 1 year compared with baseline in transfemales (baseline 0.859 [0.154], 1 year −0.228 [1.027], p=0.000) and transmales (baseline −0.186 [1.230], 1 year −0.541 [1.396], p=0.006) **(VERY LOW)**.<br>• Actual lumbar BMAD values in $g/cm^3$ were not statistically significantly different between baseline and 1 or 2 years in transfemales or transmales **(VERY LOW)**.<br><br>Two retrospective observational studies (Klink et al. 2015 and Vlot et al. 2017, n=104 in total) provided non-comparative evidence on change in lumbar BMAD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>In Klink et al. 2015 the z-score for lumbar BMAD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales but was statistically significantly lower when starting gender-affirming hormones in transmales (z-score mean [±SD]: GnRH analogue 0.28 [±0.90], gender-affirming hormone −0.50 [±0.81], p=0.004). Actual lumbar BMAD values in $g/cm^3$ were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or transmales **(VERY LOW)**. |

| | |
|---|---|
| | Vlot et al. 2017 reported change from starting GnRH analogues to starting gender-affirming hormones in lumbar BMAD by bone age.<br>• The z-score for lumbar BMAD in transfemales with a bone age of <15 years was statistically significantly lower at starting gender-affirming hormone treatment than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.20 [−1.82 to 1.18], gender-affirming hormone −1.52 [−2.36 to 0.42], p=0.001) but was not statistically significantly different in transfemales with a bone age ≥15 years **(VERY LOW)**.<br>• The z-score for lumbar BMAD in transmales with a bone age of <14 years was statistically significantly lower at starting gender-affirming hormone treatment than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.05 [−0.78 to 2.94], gender-affirming hormone −0.84 [−2.20 to 0.87], p=0.003) and in transmales with a bone age ≥14 years (GnRH analogue 0.27 [−1.60 to 1.80], gender-affirming hormone −0.29 [−2.28 to 0.90], p≤0.0001) **(VERY LOW)**.<br>• Actual lumbar BMAD values in g/cm³ were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or transmales with young or old bone age **(VERY LOW)**.<br><br>Two uncontrolled, observational, retrospective studies provided evidence for the effect of GnRH analogues on bone density (based on lumbar BMD) between starting GnRH analogues and either at 1 or 2 year intervals (Joseph et al. 2019), or starting gender-affirming hormones (Klink et al. 2015). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>One retrospective observational study (Joseph et al. 2019, n=70) provided non-comparative evidence on change in lumbar BMD increase using z-scores.<br>• The z-score for lumbar BMD was statistically significantly lower at 2 years compared with baseline in transfemales (z-score mean [±SD]: baseline 0.130 [0.972], 2 years −0.890 [±1.075], p=0.000) and transmales (baseline −0.715 [±1.406], 2 years −2.000 [1.384], p=0.000) **(VERY LOW)**.<br>• The z-score for lumbar BMD was statistically significantly lower at 1 year compared with baseline in transfemales (z-score mean [±SD]: baseline −0.016 [±1.106], 1 year −0.461 [±1.121], p=0.003) and transmales (baseline −0.395 [±1.428], 1 year −1.276 [±1.410], p=0.000) **(VERY LOW)**.<br>• With the exception of transmales, where lumbar BMD in kg/m² increased between baseline and 1 year (mean [±SD]: baseline 0.694 [±0.149], 1 year 0.718 [±0.124], p=0.006), actual lumbar BMD values were not statistically significantly different between baseline and 1 or 2 years in transfemales or between 0 and 2 years in transmales **(VERY LOW)**.<br><br>One retrospective observational study (Klink et al. 2015, n=34) provided non-comparative evidence on change in lumbar BMD between starting GnRH analogues and starting gender-affirming hormones.<br>• The z-score for lumbar BMD was not statistically significantly different between starting GnRH analogue and starting gender-affirming hormone treatment in transfemales, but was |

| | |
|---|---|
| | statistically significantly lower when starting gender-affirming hormones in transmales (z-score mean [±SD]: GnRH analogue 0.17 [±1.18], gender-affirming hormone −0.72 [±0.99], p<0.001) **(VERY LOW)**.<br>• Actual lumbar BMD in g/cm² was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales but was statistically significantly lower when starting gender-affirming hormones in transmales (mean [±SD]: GnRH analogues 0.95 [±0.12], gender-affirming hormones 0.91 [±0.10], p=0.006) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that GnRH analogues reduce the expected increase in lumbar bone density (BMAD or BMD) compared with baseline (although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual lumbar bone density (BMAD or BMD).** |
| **Change in bone density: femoral**<br><br>**Certainty of evidence: very low** | This is an important outcome because puberty is an important time for bone development and puberty suppression may affect bone development, as shown by changes in femoral bone density.<br><br>Two uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on bone density (based on femoral BMAD) between starting treatment with a GnRH analogue and starting gender-affirming hormones (Klink et al. 2015 and Vlot et al. 2017). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>One retrospective observational study (Klink et al. 2015, n=34) provided non-comparative evidence on change in femoral area BMAD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales.<br>• The z-score for femoral area BMAD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or transmales **(VERY LOW)**.<br>• Actual femoral area BMAD values were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transmales or transfemales **(VERY LOW)**.<br><br>One retrospective observational study (Vlot et al. 2017, n=70) provided non-comparative evidence on change in femoral neck (hip) BMAD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br>• The z-score for femoral neck BMAD in transfemales with a bone age of <15 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.71 [−3.35 to 0.37], gender-affirming hormone −1.32 [−3.39 to 0.21], p≤0.1) or in transfemales with a bone age ≥15 years (GnRH analogue −0.44 [−1.37 to 0.93], gender-affirming hormone −0.36 [−1.50 to 0.46]) **(VERY LOW)**. |

| | |
|---|---|
| | • The z-score for femoral neck BMAD in transmales with a bone age of <14 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.01 [−1.30 to 0.91], gender-affirming hormone −0.37 [−2.28 to 0.47]) but was statistically significantly lower in transmales with a bone age ≥14 years (GnRH analogue 0.27 [−1.39 to 1.32], gender-affirming hormone −0.27 [−1.91 to 1.29], p=0.002) **(VERY LOW)**.<br>• Actual femoral neck BMAD values were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or in transmales with a young bone age, but were statistically significantly lower in transmales with a bone age ≥14 years (GnRH analogue 0.33 [0.25 to 0.39), gender-affirming hormone 0.30 [0.23 to 0.41], p≤0.01) **(VERY LOW)**.<br><br>Two uncontrolled, observational, retrospective studies provided evidence for the effect of GnRH analogues on bone density (based on femoral BMD) between starting GnRH analogues and either at 1 or 2 year intervals (Joseph et al. 2019), or starting gender-affirming hormones (Klink et al. 2015). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>One retrospective observational study (Joseph et al. 2019, n=70) provided non-comparative evidence on change in femoral neck BMD increase using z-scores. All outcomes were reported separately for transfemales and transmales.<br>• The z-score for femoral neck BMD was statistically significantly lower at 2 years compared with baseline in transfemales (z-score mean [±SD]: baseline 0.0450 [±0.781], 2 years −0.600 [±1.059], p=0.002) and transmales (baseline −1.075 [±1.145], 2 years −1.779 [±0.816], p=0.001) **(VERY LOW)**.<br>• The z-score for femoral neck BMD was statistically significantly lower at 1 year compared with baseline in transfemales (z-score mean [±SD]: baseline 0.157 [±0.905], 1 year −0.340 [±0.816], p=0.002) and transmales (baseline −0.863 [±1.215], 1 year −1.440 [±1.075], p=0.000) **(VERY LOW)**.<br>• Actual femoral neck BMD values in $kg/m^2$ were not statistically significantly different between baseline and 1 or 2 years in transmales or transfemales **(VERY LOW)**.<br><br>One retrospective observational study (Klink et al. 2015, n=34) provided non-comparative evidence on change in femoral area BMD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales.<br>• The z-score for femoral area BMD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales, but was statistically significantly lower in transmales (z-score mean [±SD]: GnRH analogue 0.36 [±0.88], gender-affirming hormone −0.35 [±0.79], p=0.001) **(VERY LOW)**.<br>• Actual femoral area BMD values were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales, but were |

| | |
|---|---|
| | statistically significantly lower in transmales (mean [±SD] GnRH analogue 0.92 [±0.10], gender-affirming hormone 0.88 [±0.09], p=0.005) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that GnRH analogues may reduce the expected increase in femoral bone density (femoral neck or area BMAD or BMD) compared with baseline (although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual femoral bone density (femoral area BMAD or femoral neck BMD), apart from actual femoral area BMD in transmales.** |
| **Cognitive development or functioning**<br><br>**Certainty of evidence: very low** | This is an important outcome because puberty is an important time for cognitive development and puberty suppression may affect cognitive development or functioning.<br><br>One cross-sectional observational study (Staphorsius et al. 2015, n=70) provided comparative evidence on cognitive development or functioning in adolescents with gender dysphoria on GnRH analogues compared with adolescents with gender dysphoria not on GnRH analogues. Cognitive functioning was measured using an IQ test. Reaction time (in seconds) and accuracy (percentage of correct trials) were measured using the Tower of London (ToL) task. All outcomes were reported separately for transfemales and transmales; also see subgroups table below. No statistical analyses or interpretation of the results in these groups were reported:<br>• IQ in transfemales (mean [±SD] GnRH analogue 94.0 [±10.3], control 109.4 [±21.2]). IQ transmales (GnRH analogue 95.8 [±15.6], control 98.5 [±15.9].<br>• Reaction time in transfemales (mean [±SD] GnRH analogue 10.9 [±4.1], control: 9.9 [±3.1]). Reaction time transmales (GnRH analogue 9.9 [±3.1], control 10.0 [±2.0]).<br>• Accuracy score in transfemales (GnRH analogue 73.9 [±9.1], control 83.4 [±9.5]. Accuracy score in transmales (GnRH analogue 85.7 [±10.5], control 88.8 [±9.7].<br><br>**This study provides very low certainty evidence (with no statistical analysis) on the effects of GnRH analogues on cognitive development or functioning. No conclusions could be drawn.** |
| **Other safety outcomes: kidney function**<br><br>**Certainty of evidence: very low** | This is an important outcome because if renal damage (raised serum creatinine is a marker of this) is suspected, GnRH analogues may need to be stopped.<br><br>One prospective observational study (Schagen et al. 2016, n=116) provided non-comparative evidence on change in serum creatinine between starting GnRH analogues and at 1 year. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>• There was no statistically significant difference between baseline and 1 year for serum creatinine in transfemales (mean [±SD] baseline 70 [±12], 1 year 66 [±13], p=0.20).<br>• There was a statistically significant decrease between baseline and 1 year for serum creatinine in transmales (baseline 73 [±8], 1 year 68 [±13], p=0.01). |

| | |
|---|---|
| | **This study provides very low certainty evidence that GnRH analogues do not affect renal function.** |
| **Other safety outcomes: liver function**<br><br>**Certainty of evidence: very low** | This is an important outcome because if treatment-induced liver injury (raised liver enzymes are a marker of this) is suspected, GnRH analogues may need to be stopped.<br><br>One prospective observational study (Schagen et al. 2016, n=116) provided non-comparative evidence on elevated liver enzymes between starting GnRH analogues and during use. No comparative values or statistical analyses were reported.<br>• Glutamyl transferase was not elevated at baseline or during use in any person.<br>• Mild elevations of AST and ALT above the reference range were present at baseline but were not more prevalent during use than at baseline.<br>• Glutamyl transferase, AST, and ALT levels did not significantly change from baseline to 12 months of use.<br><br>**This study provides very low certainty evidence (with no statistical analysis) that GnRH analogues do not affect liver function.** |
| **Other safety outcomes: adverse effects**<br><br>**Certainty of evidence: very low** | This is an important outcome because if there are adverse effects, GnRH analogues may need to be stopped.<br><br>One uncontrolled, retrospective, observational cohort study (Khatchadourian et al. 2014) provided evidence relating to adverse effects from GnRH analogues. It had incomplete reporting of its cohort, particularly for transfemales where outcomes for only 4/11 were reported.<br><br>Khatchadourian et al. 2014 reported adverse effects in a cohort of 26 adolescents (15 transmales and 11 transfemales) receiving GnRH analogues. Of these:<br>• 1 transmale developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated.<br>• 1 transmale developed leg pains and headaches, which eventually resolved<br>• 1 participant gained 19 kg within 9 months of starting GnRH analogues.<br><br>**This study provides very low certainty evidence about potential adverse effects of GnRH analogues. No conclusions could be drawn.** |

**Abbreviations:** ALT, alanine aminotransferase; AST, aspartate aminotransferase; BMAD, bone mineral apparent density; BMD, bone mineral density; GnRH, gonadotrophin releasing hormone; IQ, intelligence quotient; NS, not significant; SD, standard deviation.

## In children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?

| Outcome | Evidence statement |
|---|---|

| Cost-effectiveness | No studies were identified to assess the cost-effectiveness of GnRH analogues for children and adolescents with gender dysphoria. |
|---|---|

## From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may benefit from GnRH analogues more than the wider population of interest?

| Subgroup | Evidence statement |
|---|---|
| **Sex assigned at birth males (transfemales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth males (transfemales). This included some direct comparisons with sex assigned at birth females (transmales).<br><br>**Impact on gender dysphoria**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for gender dysphoria in sex assigned at birth males. See the clinical effectiveness results table above for a full description of the study.<br>The mean (±SD) UGDS score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean UGDS score [±SD]: 47.95 [±9.70] versus 56.57 [±3.89]) and T1 (n=not reported, 49.67 [±9.47] versus 56.62 [±4.00]); between sex difference $p<0.001$ **(VERY LOW)**.<br><br>One further prospective observational longitudinal study (Costa et al. 2015) provided evidence for the impact on gender dysphoria in sex assigned at birth males. See the clinical effectiveness results table above for a full description of the study. Sex assigned at birth males had a statistically significantly lower (improved) mean (±SD) UGDS score of 51.6 [±9.7] compared with sex assigned at birth females (56.1 [±4.3], $p<0.001$). However, it was not reported if this was baseline or follow-up **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that in sex assigned at birth males (transfemales), gender dysphoria is lower than in sex assigned at birth females (transmales).**<br><br>**Impact on mental health**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for the impact on mental health (depression, anger and anxiety) in sex assigned at birth males. See the clinical effectiveness results table above for a full description of the study.<br>• The mean (±SD) depression (BDI-II) score was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BDI score [±SD]: 5.71 [±4.31] versus 10.34 [±8.24]) and T1 (n=not reported, 3.50 [±4.58] versus 6.09 [±7.93]), between sex difference $p=0.057$<br>• The mean (±SD) anger (TPI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean TPI score [±SD]: 5.22 [±2.76] |

| | |
|---|---|
| | versus 6.43 [±2.78]) and T1 (n=not reported, 5.00 [±3.07] versus 6.39 [±2.59]), between sex difference p=0.022<br>• The mean (±SD) anxiety (STAI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean STAI score [±SD]: 4.33 [±2.68] versus 7.00 [±2.36]) and T1 (n=not reported, 4.39 [±2.64] versus 6.17 [±2.69]), between sex difference p<0.001 **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth males (transfemales) compared with sex assigned at birth females (transmales). Over time there was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for depression. However, sex assigned at birth males had statistically significantly lower levels of anger and anxiety than sex assigned at birth females at both baseline and follow up.**<br><br>**Impact on body image**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on body image in sex assigned at birth males.<br>• The mean (±SD) BIS score for primary sex characteristics was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BIS score [±SD]: 4.02 [±0.61] versus 4.16 [±0.52]) and T1 (n=not reported, 3.74 [±0.78] versus 4.17 [±0.58]), between sex difference p=0.047<br>• The mean (±SD) BIS score for secondary sex was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BIS score [±SD]: 2.66 [±0.50] versus 2.81 [±0.76]) and T1 (n=not reported, 2.39 [±0.69] versus 3.18 [±0.42]), between sex difference p=0.001<br>• The mean (±SD) BIS score for neutral body characteristics was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BIS score [±SD]: 2.60 [±0.58] versus 2.24 [±0.62]) and T1 (n=not reported, 2.32 [±0.59] versus 2.61 [±0.50]), between sex difference p=0.777 **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that the impact on body image may be different in sex assigned at birth males (transfemales) compared with sex assigned at birth females (transmales). Sex assigned at birth males are less dissatisfied with their primary and secondary sex characteristics than sex assigned at birth females at both baseline and follow up, but the satisfaction with neutral body characteristics is not different.**<br><br>**Psychosocial impact**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for psychosocial impact in terms |

| | of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) in sex assigned at birth males.<br>• Sex assigned at birth males had statistically higher mean (±SD) CGAS scores compared with sex assigned at birth females at both baseline (T0) (n=54, 73.10 [±8.44] versus 67.25 [±11.06]) and T1 (n=54, 77.33 [±8.69] versus 70.30 [±9.44]), between sex difference p=0.021<br>• There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the CBCL Total T score at T0 or T1 (n=54, p=0.110)<br>• There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the CBCL internalising T score at T0 or T1 (n=54, p=0.286)<br>• Sex assigned at birth males had statistically lower mean (±SD) CBCL externalising T scores compared with sex assigned at birth females at both T0 (n=54, 54.71 [±12.91] versus 60.70 [±12.64]) and T1 (n=54, 48.75 [±10.22] versus 57.87 [±11.66]), between sex difference p=0.015<br>• There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the YSR Total T score at T0 or T1 (n=54, p=0.164)<br>• There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the YSR internalising T score at T0 or T1 (n=54, p=0.825)<br>• Sex assigned at birth males had statistically lower mean (±SD) YSR externalising T scores compared with sex assigned at birth females at both T0 (n=54, 48.72 [±11.38] versus 57.24 [±10.59]) and T1 (n=54, 46.52 [±9.23] versus 52.97 [±8.51]), between sex difference p=0.004 **(VERY LOW)**.<br><br>One uncontrolled, observational, prospective cohort study (Costa et al. 2015) provided evidence for psychosocial impact in terms of global functioning (CGAS) in sex assigned at birth males.<br>• Sex assigned at birth males had statistically significant lower mean (±SD CGAS scores at baseline) compared with sex assigned at birth females (n=201, 55.4 [±12.7] versus 59.2 [±11.8], p=0.03) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that psychosocial impact may be different in sex assigned at birth males (transfemales) compared with sex assigned at birth females (transmales). However, no conclusions could be drawn.**<br><br>**Change in bone density: lumbar**<br>Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on lumbar bone density in sex assigned at birth males (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.<br><br>**These studies provide very low certainty evidence that GnRH analogues reduce the expected increase in lumbar bone density (BMAD or BMD) in sex assigned at birth males (transfemales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically** |
|---|---|

| | |
|---|---|
| | **significantly decrease actual lumbar bone density (BMAD or BMD) in sex assigned at birth males (transfemales).**<br><br>**Change in bone density: femoral**<br>Three uncontrolled, observational, retrospective studies provided evidence for the effect of GnRH analogues on femoral bone density in sex assigned at birth males (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.<br><br>**These studies provide very low certainty evidence that GnRH analogues may reduce the expected increase in femoral bone density (femoral neck or area BMAD or BMD) in sex assigned at birth males (transfemales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual femoral bone density (femoral area BMAD or femoral neck BMD) in sex assigned at birth males (transfemales).**<br><br>**Cognitive development or functioning**<br>One cross-sectional observational study (Staphorsius et al. 2015) provided comparative evidence on cognitive development or functioning in sex assigned at birth males. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence (with no statistical analysis) on the effects of GnRH analogues on cognitive development or functioning in sex assigned at birth males (transfemales). No conclusions could be drawn.**<br><br>**Other safety outcomes: kidney function**<br>One prospective observational study (Schagen et al. 2016) provided non-comparative evidence on change in serum creatinine in sex assigned at birth males. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that GnRH analogues do not affect renal function in sex assigned at birth males (transfemales).** |
| **Sex assigned at birth females (transmales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth females (transmales). This included some direct comparisons with sex assigned at birth males (transfemales).<br><br>**Impact on gender dysphoria**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) and one prospective observational longitudinal study (Costa et al. 2015) provided evidence for gender dysphoria in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.<br><br>**These studies provide very low certainty evidence that in sex assigned at birth females (transmales), gender dysphoria is higher than in sex assigned at birth males (transfemales) at both baseline and follow up.** |

| | **Impact on mental health**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on mental health (depression, anger and anxiety) in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.<br><br>**This study provides very low certainty evidence that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth females (transmales) compared with sex assigned at birth males (transfemales). Over time there was no statistically significant difference between sex assigned at birth females and sex assigned at birth males for depression. However, sex assigned at birth females had statistically significantly greater levels of anger and anxiety than sex assigned at birth males at baseline and follow up.**<br><br>**Impact on body image**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on body image in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.<br><br>**This study provides very low certainty evidence that the impact on body image may be different in sex assigned at birth females (transmales) compared with sex assigned at birth males (transfemales). Sex assigned at birth females are more dissatisfied with their primary and secondary sex characteristics than sex assigned at birth males at both baseline and follow up, but the satisfaction with neutral body characteristics is not different.**<br><br>**Psychosocial impact**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for psychosocial impact in terms of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) in sex assigned at birth females. One uncontrolled, observational, prospective cohort study (Costa et al. 2015) provided evidence for psychosocial impact in terms of global functioning (CGAS) in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.<br><br>**These studies provide very low certainty evidence that psychosocial impact may be different in sex assigned at birth females (transmales) compared with sex assigned at birth males (transfemales). However, no conclusions could be drawn.**<br><br>**Change in bone density: lumbar**<br>Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on lumbar bone density in sex assigned at birth females (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results. |
|---|---|

| | |
|---|---|
| | **These studies provide very low certainty evidence that GnRH analogues reduce the expected increase in lumbar bone density (BMAD or BMD) in sex assigned at birth females (transmales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual lumbar bone density (BMAD or BMD) in sex assigned at birth females (transmales).**<br><br>**Change in bone density: femoral**<br>Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on femoral bone density in sex assigned at birth females (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.<br><br>**These studies provide very low certainty evidence that GnRH analogues may reduce the expected increase in femoral bone density (femoral neck or area BMAD or BMD) in sex assigned at birth females (transmales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual femoral bone density (femoral area BMAD or femoral neck BMD) in sex assigned at birth females (transmales), apart from actual femoral area.**<br><br>**Cognitive development or functioning**<br>One cross-sectional observational study (Staphorsius et al. 2015) provided comparative evidence on cognitive development or functioning in sex assigned at birth females. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence (with no statistical analysis) on the effects of GnRH analogues on cognitive development or functioning in sex assigned at birth females (transmales). No conclusions could be drawn.**<br><br>**Other safety outcomes: kidney function**<br>One prospective observational study (Schagen et al. 2016) provided non-comparative evidence on change in serum creatinine in sex assigned at birth females (transmales). See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that GnRH analogues do not affect renal function in sex assigned at birth females (transmales).** |
| **Duration of gender dysphoria** | No evidence was identified. |
| **Age at onset of gender dysphoria** | No evidence was identified. |
| **Age at which GnRH analogue started** | No evidence was identified. |
| **Age at onset of puberty** | No evidence was identified. |

| | |
|---|---|
| **Tanner stage at which GnRH analogue started** | No evidence was identified. |
| **Diagnosis of autistic spectrum disorder** | No evidence was identified. |
| **Diagnosis of mental health condition** | No evidence was identified. |

**Abbreviations:** BDI-II**,** Beck Depression Inventory-II; BIS, Body Image Scale; CBCL, Child Behaviour Checklist; CGAS, Children's Global Assessment Scale; SD, standard deviation; STAI, Trait Anxiety Scale of the State-Trait Personality Inventory; TPI, Trait Anger Scale of the State-Trait Personality Inventory; UGDS, Utrecht Gender Dysphoria Scale; YSR, Youth Self-Report

**From the evidence selected,**
**(a)    what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)    what were the ages at which participants commenced treatment with GnRH analogues?**
**(c)    what was the duration of treatment with GnRH analogues?**

| Outcome | Evidence statement |
|---|---|
| **Diagnostic criteria** | In 5 studies (Costa et al. 2015, Klink et al. 2015, Schagen et al. 2016, Staphorsius et al. 2015 and Vlot et al. 2017) the DSM-IV-TR criteria of gender identity disorder was used.<br><br>The study by Brik et al. 2020 used DSM-V criteria. The DSM-V has one overarching definition of gender dysphoria with separate specific criteria for children and for adolescents and adults. The general definition describes a conflict associated with significant distress and/or problems functioning associated with this conflict between the way they feel and the way they think of themselves which must have lasted at least 6 months.<br><br>It was not reported how gender dysphoria was defined in the remaining 3 studies **(VERY LOW)**.<br><br>**From the evidence selected, all studies that reported diagnostic criteria for gender dysphoria (6/9 studies) used the DSM criteria in use at the time the study was conducted.** |
| **Age when GnRH analogues started** | 8/9 studies reported the age at which participants started GnRH analogues, either as the mean age (with SD) or median age (with the range): |

| Study | Mean age (±SD) |
|---|---|
| Costa et al. 2015 | 16.5 years (±1.3) |
| de Vries et al. 2011 | 13.6 years (±1.8) |
| Joseph et al. 2019 | 13.2 years (±1.4) in transfemales<br>12.6 years (±1.0) in transmales |
| Khatchadourian et al. 2014 | 14.7 years (±1.9) |

| | |
|---|---|
| | Klink et al. 2015: 14.9 years (±1.9) in transfemales; 15.0 years (±2.0) in transmales |
| | **Study** / **Median age (range)**<br>Brik et al. 2020: 15.5 years (11.1–18.6) in transfemales; 16.1 years (10.1–17.9) in transmales<br>Schagen et al. 2016: 13.6 years (11.6–17.9) in transfemales; 14.2 years (11.1–18.6) in transmales<br>Vlot et al. 2017: 13.5 years (11.5–18.3) in transfemales; 15.1 years (11.7–18.6) in transmales<br><br>Age at the start of GnRH analogues was not reported in Staphorsius et al. 2015, but participants were required to be at least 12 years **(VERY LOW)**.<br><br>**The evidence included showed wide variation in the age (11 to 18 years old) at which children and adolescents with gender dysphoria started GnRH analogues.** |
| **Duration of treatment** | The duration of treatment with GnRH analogues was reported in 3/9 studies. The median duration was:<br>• 2.1 years (range 1.6–2.8) in Brik et al. 2020.<br>• 1.3 years (range 0.5–3.8) in transfemales and 1.5 years (range 0.25–5.2) in transmales in Klink et al. 2015.<br><br>In Staphorsius et al. 2015, the mean duration was 1.6 years (SD ±1.0).<br><br>In de Vries et al. 2011, the mean duration of time between starting GnRH analogues and gender-affirming hormones was 1.88 years (SD ±1.05).<br><br>**The evidence included showed wide variation in the duration of treatment with GnRH analogues, but most studies did not report this information. Treatment duration ranged from a few months up to about 5 years.** |

**Abbreviations:** DSM, Diagnostic and Statistical Manual of Mental Disorders criteria; SD, standard deviation.

## 6. Discussion

A key limitation to identifying the effectiveness and safety of GnRH analogues for children and adolescents with gender dysphoria is the lack of reliable comparative studies. The lack of clear, expected outcomes from treatment with a GnRH analogue (the purpose of which is to suppress secondary sexual characteristics which may cause distress from unwanted pubertal changes) also makes interpreting the evidence difficult. The size of the population with gender dysphoria means conducting a prospective trial may be unrealistic, at least on a single centre basis. There may also be ethical issues with a ‘no treatment arm’ in comparative trials of GnRH analogues, where there may be poor mental health outcomes if treatment is withheld. However, the use of an active comparator such as close psychological support may reduce ethical concerns in future trials.

The studies included in this evidence review are all small, uncontrolled observational studies, which are subject to bias and confounding, and are of very low certainty as

assessed using modified GRADE. All the included studies reported physical and mental health comorbidities and concomitant treatments very poorly. For example, very little data are reported on how many children and adolescents needed additional mental health support, and for what reasons, or whether additional interventions, and what form and duration (for example drug treatment or counselling) that took. This is a possible confounder for the treatment outcomes in the studies because changes in critical and important outcomes may be attributable to external care rather than the psychological support or GnRH analogues used in the studies.

The studies that reported diagnostic criteria for gender dysphoria (6/9 studies) used the Diagnostic and Statistical Manual of Mental Disorders (DSM) criteria in use at the time the study was conducted (either DSM-IV-TR or DSM-V). The definition was unclear in the remaining studies. There was wide variation in the ages at which participants started a GnRH analogue, typically ranging from about 11 to 18 years. Similarly, there was a wide variation in the duration of use, but few studies reported this.

Changes in outcome scores for clinical effectiveness were assessed for statistical significance in the 3 studies reporting these outcomes (Costa et al. 2015; de Vries et al. 2011; Staphorsius et al. 2015). However, there is relatively little interpretation of whether the changes in outcome scores seen in these studies are clinically meaningful.

For some outcomes there was no statistically significant difference from before starting GnRH analogues until just before starting gender-affirming hormones. These were the Utrecht Gender Dysphoria Scale (UGDS) (which was assessed in 1 study de Vries et al. 2011), the Trait Anger (TPI) and Trait Anxiety (STAI) Scales (which were assessed in 1 study de Vries et al. 2011), and Body Image Scale (BIS) which was assessed in 1 study (de Vries et al. 2011).

The Beck Depression Inventory (BDI-II) was used in 1 study (de Vries et al. 2011) to assess change in depression from before starting GnRH analogues to just before starting gender-affirming hormones. The result is statistically significant, with the mean (±SD) BDI-II score decreasing from 8.31 (±7.12) at baseline to 4.95 (±6.27) at follow up (p=0.004). However, both scores fall into the minimal range using the general guidelines for interpretation of BDI-II (0 to 13 minimal, 14 to 19 mild depression, 20 to 28 moderate depression and 29 to 63 severe depression), suggesting that while statistically significant, it is unclear if this is a clinically meaningful change.

Psychosocial outcomes were assessed in 3 studies (Costa et al. 2015; de Vries et al. 2011; Staphorsius et al. 2015) using the Children's Global Assessment Scale (CGAS) and Child Behavior Checklist/Youth Self-Report (CBCL/YSR). The CGAS score was assessed in 2 studies (Costa et al. 2015; de Vries et al. 2011). In de Vries et al. 2011 the mean (±SD) CGAS score statistically significantly increased over time from 70.24 [±10.12] at baseline to 73.90 [±9.63] at follow up. CGAS scores are clinically categorised into 10 categories (10 to 1, 20 to 11 and so on until 100 to 91) and both scores reported were in a single category (71 to 80, no more than slight impairment) suggesting that while statistically significant, it is unclear if this is a clinically meaningful change. The Costa et al. 2015 study does highlight a larger change in CGAS scores from baseline to follow-up (mean [±SD] 58.72 [±11.38] compared with 67.40 [±13.39]), but whether this is clinically meaningful is unclear. The average score moved from the clinical category of 60 to 51 (variable functioning with sporadic difficulties) at baseline to 70 to 61 (some difficulty in a single area, but generally

functioning pretty well) at follow up, but the large standard deviations suggest clinically significant overlaps between the scores from baseline to follow-up.

Psychosocial functioning using the CBCL/YSR was assessed in 2 studies (de Vries et al. 2011; Staphorsius et al. 2015). In de Vries et al. 2011 there was a statistically significant reduction in both CBCL and YSR scores from before starting GnRH analogues to just before starting gender-affirming hormones. The study interpreted the CBCL/YSR with a proportion of adolescents who scored in the clinical range (a T-score above 63), which allows changes in clinically meaningful scores to be assessed, and proportions of adolescents in the clinical range for some CBCL and YSR scores decreased over time. One cross-sectional study (Staphorsius et al. 2015) assessed CBCL scores only, but it was unclear if this was the Total T score, or whether subscales of internalising or externalising scores were also assessed, and whether the results were statistically significant.

The 2 prospective observational studies (Costa et al. 2015; de Vries et al. 2011) are confounded by a number of common factors. Firstly, the single assessment of scores at baseline means it is unclear if scores were stable, already improving or declining before starting treatment. Secondly, in an uncontrolled study any changes in scores from baseline to follow-up could be attributed to a regression-to-mean, for example getting older has been positively associated with maturity and wellbeing. The studies use mean and standard deviations in the descriptive statistics and analyses; however, they do not report testing the normality of data which would support the use of parametric measures. The study by de Vries et al. 2011 used general linear models (regression) to examine between and within group variances (changes in outcomes). In using such models, the data is assumed to be balanced (measured at regular intervals and without missing data), but the large ranges in ages at which participants were assessed and started on various interventions suggests that ascertainment of outcome was unlikely to be regular and missing data was likely. Missing data was handled through listwise deletion (omits those cases with the missing data and analyses the remaining data) which is acceptable if data loss is completely random but for some outcomes where there was incomplete data for individual items this was not random (items were introduced by the authors after the first eligible adolescents had started GnRH analogues). The study provided no detail on whether these assumptions for the modeling were met, they also provided no adequate assessment of whether any regression diagnostics (analysis that seek to assess the validity of a model) or model fit (how much of the variance in outcome is explained by the between and within group variance) were undertaken.

The 2 retrospective observational studies (Brik et al. 2020; Khatchadourian et al. 2014) both only report absolute numbers for each trajectory along with reasons for stopping GnRH analogues. It is difficult to assess outcomes from such single centre studies because there is little comparative data for outcomes from other such services. A lack of any critical or other important outcomes also means the success of the treatment across all the participants is difficult to judge.

Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on bone density (Joseph et al. 2019; Klink et al. 2015; Vlot et al. 2017). In all 3 studies, the participants acted as their own controls and change in bone density was determined between starting GnRH analogues and either after 1 and 2 year follow-up timepoints (Joseph et al. 2019) or when gender-affirming hormones were started

(Klink et al. 2015 and Vlot et al. 2017). Observational studies such as these can only show an association with GnRH analogues and bone density; they cannot show that GnRH analogues caused any differences in bone density seen. Because there was no comparator group and participants acted as their own controls, it is unclear whether the findings are associated with GnRH analogues or due to changes over time. The authors reported z-scores which allows for comparison with the expected increase in bone density in the general population. However, because no concomitant treatments or comorbidities were reported it is possible that the findings may not be because of GnRH analogues and there is another way in which the study population differs from the general population.

All the studies are from a limited number of, mainly European, care facilities. They are described as either tertiary referral or expert services but the low number of services providing such care and publishing evidence may bias the results towards the outcomes in these services only and limit extrapolation.

The first study (Brik et al. 2020) was an uncontrolled, retrospective, observational study that assessed the outcome trajectories of adolescents receiving GnRH analogues for gender dysphoria. This study followed-up 143 individuals who had received GnRH analogues (38 transfemales and 105 transmales) using clinical records to show outcomes for up to 9 years (continuing use of GnRH analogues, reasons for stopping GnRH analogues and onward care such as gender-affirming hormone use). The methods and results are well reported, but no analysis of data was undertaken. The views of adolescents and their parents are particularly difficult to interpret because no data on how many responded to each question and in what ways are reported.

The second study (Costa et al. 2015) was an uncontrolled, prospective observational study which assessed global functioning in adolescents with gender dysphoria using CGAS every 6 months, including during the first 6 months where statistically significant improvements were seen without GnRH analogues. The study is confounded by significant unexplained loss to follow-up (64.7%: from n=201 adolescents to n=71 after 18 months). Missing data for those lost to follow-up maybe more than sufficient to change the direction of effects seen in the study if the reasons for loss to follow-up are systematic (such as deriving little or no benefit from treatment). The study uses clustered data in its analysis, a single outcome (CGAS) measured in clusters (at different visits), and the analysis does not take account of the correlation of scores (data at different time points are not independent) as a significant change in scores early in the study means the successive changes measured against baseline were also significant. The study relies on multiple (>20) pairwise independent *t*-tests to examine change in CGAS between the 4 time points, increasing the possibility of type-I error (a false positive which occurs when a researcher incorrectly rejects a true null hypothesis) because the more tests performed the more likely a statistically significant result will be observed by chance alone.

The Costa et al. 2015 study compares immediately eligible and delayed eligible cohorts, however, it is highly likely that they are non-comparable groups because the immediately eligible group were those able to start GnRH analogues straight away whilst those in the delayed eligible group were either not ready to make a decision about starting treatment (no age comparison was made between the 2 groups so it is unclear if they were a younger cohort than the immediately eligible group) or had comorbid mental health or psychological difficulties. The authors report that those with concomitant problems (such as mental health

problems, substantial problems with peers, or conflicts with parents or siblings) were referred to local mental health services but no details are provided.

The third study (de Vries et al. 2011) was an uncontrolled, prospective observational study which assessed gender dysphoria and psychological functioning before and after puberty suppression in adolescents with gender dysphoria. Although the study mentions the DSM-IV-TR there is no explicit discussion of this, or any other criteria, being used as the diagnostic criteria for study entry. There are no details reported for how the outcomes in the study were assessed, and by whom. The length of follow-up for the outcomes in the model are questionable in relation to whether there was sufficient time for GnRH analogues to have a measurable effect. The time points used are start of GnRH analogues and start of gender-affirming hormones. Overall, the mean time between starting GnRH analogues and gender-affirming hormones was 1.88 (±1.05) years, but the range is as low as just 5 months between the 2 time points, which may be insufficient for any difference in outcome to have occurred in some individuals.

The fourth study (Joseph et al. 2019) was a retrospective, longitudinal observational single centre study which assessed bone mineral density in adolescents with gender dysphoria in the UK. For inclusion in the study, participants had to have been assessed by the Gender Identity Development Service multi-disciplinary psychosocial health team for at least 4 assessments over a minimum of 6 months. No other diagnostic criteria, such as the DSM-IV-TR, are discussed. Bone density was assessed using dual energy X-ray absorptiometry (DAXA) scan of the lumbar spine (L1-L4) and the femoral neck at baseline (n=70), 1 year (n=70) and 2 years after starting GnRH analogues (n=39). The results suggest a possible association between GnRH analogues and bone mineral apparent density. However, the evidence is of poor quality, and the results could be due to bias or chance. No concomitant treatments or comorbidities were reported.

The fifth study (Khatchadourian et al. 2014) was an uncontrolled retrospective observational study which describes patient characteristics at presentation, treatment, and response to treatment in 84 adolescents with gender dysphoria, of whom 27 received GnRH analogues. The study used clinical records to show outcomes for up to 13 years (continuing use of GnRH analogues, reasons for stopping GnRH analogues and onward care such as gender-affirming hormone use). The methods are well reported but the results for those taking GnRH analogues are poorly and incompletely reported, particularly for transfemales, and no analysis of data was undertaken. It is difficult to assess the results for stopping GnRH analogues due to incomplete reporting of this outcome.

The sixth study (Klink et al. 2015) was a retrospective longitudinal observational single centre study which assessed bone mineral density in adolescents with gender dysphoria, diagnosed with the DSM-IV-TR criteria. Bone density was assessed when starting GnRH analogues and then when starting gender-affirming hormones. Results are reported for transmales and transfemales separately and no results for the whole cohort are given. Statistical analyses were reported for all outcomes of interest but, because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time. The authors reported z-scores which allows for comparison with the expected increase in bone density in the general population. However, because no concomitant treatments or comorbidities were

reported it is possible that the findings may not be because of GnRH analogues and there is another way in which the study population differs from the general population.

The seventh study (Schagen et al. 2016) was a prospective observational study of 116 adolescents which provided very low certainty non-comparative evidence on change in serum creatinine between starting GnRH analogues and 1 year, and liver function during treatment. Statistical analyses were reported for changes in serum creatinine but not for liver function. Because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time, or concomitant treatments.

The eighth study (Staphorsius et al. 2015) was a cross-sectional study of 85 adolescents, 40 with gender dysphoria (of whom 20 were receiving GnRH analogues) and 45 matched controls (not further reported in this evidence review). The study includes 1 outcome of interest for clinical effectiveness (CBCL) and 1 outcome of interest for safety (cognitive development or functioning). The mean (±SD) CBCL, IQ test, reaction time and accuracy scores were given for each group, but the statistical analysis is unclear. It is not reported what analysis was used or which of the groups were compared, therefore it is difficult to interpret the results.

The ninth study (Vlot et al. 2017) was a retrospective observational study which assessed bone mineral apparent density in adolescents with DSM-IV-TR gender dysphoria. Measurements were taken at the start of GnRH analogues and at the start of gender-affirming hormones. Results are reported for young bone age and old bone age in transmales and transfemales separately, and no results for the whole cohort are given. Statistical analyses were reported for all outcomes of interest but, because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time. The authors reported z-scores which allows for comparison with the expected increase in bone density in the general population. However, because no concomitant treatments or comorbidities were reported it is possible that the findings may not be because of GnRH analogues and there is another way in which the study population differs from the general population.

## 7. Conclusion

The results of the studies that reported impact on the critical outcomes of gender dysphoria and mental health (depression, anger and anxiety), and the important outcomes of body image and psychosocial impact (global and psychosocial functioning) in children and adolescents with gender dysphoria are of very low certainty using modified GRADE. They suggest little change with GnRH analogues from baseline to follow-up.

Studies that found differences in outcomes could represent changes that are either of questionable clinical value, or the studies themselves are not reliable and changes could be due to confounding, bias or chance. It is plausible, however, that a lack of difference in scores from baseline to follow-up is the effect of GnRH analogues in children and adolescents with gender dysphoria, in whom the development of secondary sexual characteristics might be expected to be associated with an increased impact on gender dysphoria, depression, anxiety, anger and distress over time without treatment. One study reported statistically significant reductions in the Child Behaviour Checklist/Youth Self-Report (CBCL/YSR) scores from

baseline to follow up, and given that the purpose of GnRH analogues is to reduce distress caused by the development of secondary sexual characteristics and the CBCL/YSR in part measures distress, this could be an important finding. However, as the studies all lack reasonable controls not receiving GnRH analogues, the natural history of the outcomes measured in the studies is not known and any positive changes could be a regression to mean.

The results of the studies that reported bone density outcomes suggest that GnRH analogues may reduce the increase in bone density which is expected during puberty. However, as the studies themselves are not reliable, the results could be due to confounding, bias or chance. While controlled trials may not be possible, comparative studies are needed to understand this association and whether the effects of GnRH analogues on bone density are seen after treatment is stopped. All the studies that reported safety outcomes provided very low certainty evidence.

No cost-effectiveness evidence was found to determine whether or not GnRH analogues are cost-effective for children and adolescents with gender dysphoria.

The results of the studies that reported outcomes for subgroups of children and adolescents with gender dysphoria, suggest there may be differences between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales).

## Appendix A PICO document

The review questions for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
3. For children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?
4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria?
5. From the evidence selected,
   a) what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?
   b) what were the ages at which participants commenced treatment with GnRH analogues?
   c) what was the duration of treatment with GnRH analogues?

### PICO table

| | |
|---|---|
| **P – Population and Indication** | Children and adolescents aged 18 years or less who have gender dysphoria, gender identity disorder or gender incongruence of childhood as defined by study:<br><br>The following subgroups of children and adolescents with gender dysphoria, gender identity disorder or gender incongruence of childhood need to be considered:<br>• Sex assigned at birth males.<br>• Sex assigned at birth females.<br>• The duration of gender dysphoria: less than 6 months, 6-24 months, and more than 24 months.<br>• The age of onset of gender dysphoria.<br>• The age at which treatment was initiated.<br>• The age of onset of puberty.<br>• Tanner stage at which treatment was initiated.<br>• Children and adolescents with gender dysphoria who have a pre-existing diagnosis of autistic spectrum disorder.<br>• Children and adolescents with gender dysphoria who had a significant mental health symptom load at diagnosis including anxiety, depression (with or without a history of self-harm and suicidality), suicide attempts, psychosis, personality disorder, Attention Deficit Hyperactivity Disorder and eating disorders. |
| **I – Intervention** | Any GnRH analogue including: triptorelin*; buserelin; histrelin; goserelin (Zoladex); leuprorelin/leuprolide (Prostap); nafarelin. |

| | |
|---|---|
| | * Triptorelin (brand names Gonapeptyl and Decapeptyl) are used in Leeds Hospital, England. The search should include brand names as well as generic names. |
| **C – Comparator(s)** | One or a combination of:<br>• Psychological support.<br>• Social transitioning to the gender with which the individual identifies.<br>• No intervention. |
| **O – Outcomes** | There are no known minimal clinically important differences and there are no preferred timepoints for the outcome measures selected.<br><br>**All outcomes should be stratified by:**<br><br>• The age at which treatment with GnRH analogues was initiated.<br>• The length of treatment with GnRH analogues where possible.<br><br>**A: Clinical Effectiveness**<br><br>*Critical to decision making*<br><br>• **Impact on Gender Dysphoria**<br>This outcome is critical because gender dysphoria in adolescents and children is associated with significant distress and problems functioning. Impact on gender dysphoria may be measured by the Utrecht Gender Dysphoria Scale. Other measures as reported in studies may be used as an alternative to the stated measure.<br><br>• **Impact on mental health**<br>Examples of mental health problems include self-harm, thoughts of suicide, suicide attempts, eating disorders, depression/low mood and anxiety. These outcomes are critical because self-harm and thoughts of suicide have the potential to result in significant physical harm and for completed suicides the death of the young person. Disordered eating habits may cause significant morbidity in young people. Depression and anxiety are also critical outcomes because they may impact on social, occupational, or other areas of functioning of children and adolescents.   The Child and Adolescent Psychiatric Assessment (CAPA) may be used to measure depression and anxiety. The impact on self-harm and suicidality (ideation and behaviour) may be measured using the Suicide Ideation Questionnaire Junior. Other measures may be used as an alternative to the stated measures.<br><br>• **Impact on Quality of Life**<br>This outcome is critical because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life. Quality of Life may be measured by the KINDL questionnaire, Kidscreen 52.  Other measures as reported in studies may be used as an alternative to the stated measure.<br><br>*Important to decision making*<br><br>• **Impact on body Image**<br>This outcome is important because some transgender young people may desire to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their desired gender. The Body Image Scale could be used as a measure. Other measures |

| | |
|---|---|
| | as reported in studies may also be used as an alternative to the stated measure.<br><br>• **Psychosocial Impact**<br>Examples of psychosocial impact are: coping mechanisms which may impact on substance misuse; family relationships; peer relationships. This outcome is important because gender dysphoria in adolescents and children is associated with internalising and externalising behaviours and emotional and behavioural problems which may impact on social and occupational functioning. The child behavioural check list (CBCL) may be used to measure the impact on psychosocial functioning. Other measures as reported in studies may be used as an alternative to the stated measure.<br><br>• **Engagement with health care services**<br>This outcome is important because patient engagement with healthcare services will impact on their clinical outcomes. Engagement with health care services may be measured using the Youth Health Care measure-satisfaction, utilization, and needs (YHC-SUN) questionnaire. Loss to follow up should also be ascertained as part of this outcome. Alternative measures to the YHC-SUN questionnaire may be used as reported in studies.<br><br>• **Transitioning surgery – Impact on extent of and satisfaction with surgery**<br>This outcome is important because some children and adolescents with gender dysphoria may proceed to transitioning surgery. Stated measures of the extent of transitioning surgery and satisfaction with surgery in studies may be reported.<br><br>• **Stopping treatment**<br>The proportion of patients who stop treatment with GnRH analogues and the reasons why. This outcome is important to patients because there is uncertainty about the short- and long-term safety and adverse effects of GnRH analogues in children and adolescents being treated for gender dysphoria.<br><br>**B: Safety**<br>• Short and long-term safety and adverse effects of taking GnRH analogues are important because GnRH analogues are not licensed for the treatment of adolescents and children with gender dysphoria. Aspects to be reported on should include:<br>  o Impact of the drug use such as its impact on bone density, arterial hypertension, cognitive development/functioning<br>  o Impact of withdrawing the drug such as, slipped upper femoral epiphysis, reversibility on the reproductive system, and any others as reported.<br><br>**C: Cost effectiveness**<br><br>Cost effectiveness studies should be reported. |
| **Inclusion criteria** | |
| **Study design** | Systematic reviews, randomised controlled trials, controlled clinical trials, cohort studies.<br>If no higher level quality evidence is found, case series can be considered. |

| **Language** | English only |
|---|---|
| **Patients** | Human studies only |
| **Age** | 18 years or less |
| **Date limits** | 2000-2020 |
| **Exclusion criteria** | |
| **Publication type** | Conference abstracts, non-systematic reviews, narrative reviews, commentaries, letters, editorials, guidelines and pre-publication prints |
| **Study design** | Case reports, resource utilisation studies |

## Appendix B Search strategy

Medline, Embase, the Cochrane Library, HTA and APA PsycInfo were searched on 23 July 2020, limiting the search to papers published in English language in the last 20 years. Conference abstracts and letters were excluded.

**Database: Medline**
Platform: Ovid
Version: Ovid MEDLINE(R) <1946 to July 21, 2020>
Search date: 23/7/2020
Number of results retrieved: 144
Search strategy:

1 Gender Dysphoria/ (485)
2 Gender Identity/ (18452)
3 "Sexual and Gender Disorders"/ (75)
4 Transsexualism/ (3758)
5 Transgender Persons/ (3143)
6 Health Services for Transgender Persons/ (136)
7 exp Sex Reassignment Procedures/ (836)
8 (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (7435)
9 (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (12678)
10 (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (102343)
11 ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (6974)
12 (male-to-female or m2f or female-to-male or f2m).tw. (114841)
13 or/1-12 (252702)
14 exp Infant/ or Infant Health/ or Infant Welfare/ (1137479)
15 (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (852400)
16 exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1913257)

17 Minors/ (2574)
18 (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (2361686)
19 exp pediatrics/ (58118)
20 (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (836269)
21 Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2024207)
22 Puberty/ (13278)
23 (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (424246)
24 Schools/ (38104)
25 Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (7199)
26 (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (468992)
27 (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (89353)
28 (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (887838)
29 or/14-28 (5534171)
30 13 and 29 (79263)
31 (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (7)
32 30 or 31 (79263)
33 Gonadotropin-Releasing Hormone/ (27588)
34 (pubert* adj3 block*).ti,ab. (78)
35 ((gonadotrophin or gonadotropin) and releasing).ti,ab. (17299)
36 (GnRH adj2 analog*).ti,ab. (2541)
37 GnRH*.ti,ab. (20991)
38 "GnRH agonist*".ti,ab. (4040)
39 Triptorelin Pamoate/ (1906)
40 triptorelin.ti,ab. (677)
41 arvekap.ti,ab. (1)
42 ("AY 25650" or AY25650).ti,ab. (1)
43 ("BIM 21003" or BIM21003).ti,ab. (0)
44 ("BN 52014" or BN52014).ti,ab. (0)
45 ("CL 118532" or CL118532).ti,ab. (0)
46 Debio.ti,ab. (83)
47 diphereline.ti,ab. (17)
48 moapar.ti,ab. (0)
49 pamorelin.ti,ab. (0)
50 trelstar.ti,ab. (3)
51 triptodur.ti,ab. (1)
52 ("WY 42422" or WY42422).ti,ab. (0)
53 ("WY 42462" or WY42462).ti,ab. (0)
54 gonapeptyl.ti,ab. (0)
55 decapeptyl.ti,ab. (210)
56 salvacyl.ti,ab. (0)
57 Buserelin/ (2119)
58 buserelin.ti,ab. (1304)

59 bigonist.ti,ab. (0)
60 ("hoe 766" or hoe-766 or hoe766).ti,ab. (69)
61 profact.ti,ab. (2)
62 receptal.ti,ab. (30)
63 suprecur.ti,ab. (4)
64 suprefact.ti,ab. (22)
65 tiloryth.ti,ab. (0)
66 histrelin.ti,ab. (55)
67 "LHRH-hydrogel implant".ti,ab. (1)
68 ("RL 0903" or RL0903).ti,ab. (1)
69 ("SPD 424" or SPD424).ti,ab. (1)
70 goserelin.ti,ab. (875)
71 Goserelin/ (1612)
72 ("ici 118630" or ici118630).ti,ab. (51)
73 ("ZD-9393" or ZD9393).ti,ab. (0)
74 zoladex.ti,ab. (379)
75 leuprorelin.ti,ab. (413)
76 carcinil.ti,ab. (0)
77 enanton*.ti,ab. (23)
78 ginecrin.ti,ab. (0)
79 leuplin.ti,ab. (13)
80 Leuprolide/ (2900)
81 leuprolide.ti,ab. (1743)
82 lucrin.ti,ab. (11)
83 lupron.ti,ab. (162)
84 provren.ti,ab. (0)
85 procrin.ti,ab. (3)
86 ("tap 144" or tap144).ti,ab. (40)
87 (a-43818 or a43818).ti,ab. (3)
88 Trenantone.ti,ab. (1)
89 staladex.ti,ab. (0)
90 prostap.ti,ab. (6)
91 Nafarelin/ (327)
92 nafarelin.ti,ab. (251)
93 ("76932-56-4" or "76932564").ti,ab. (0)
94 ("76932-60-0" or "76932600").ti,ab. (0)
95 ("86220-42-0" or "86220420").ti,ab. (0)
96 ("rs 94991 298" or rs94991298).ti,ab. (0)
97 synarel.ti,ab. (12)
98 deslorelin.ti,ab. (263)
99 gonadorelin.ti,ab. (201)
100 ("33515-09-2" or "33515092").ti,ab. (0)
101 ("51952-41-1" or "51952411").ti,ab. (0)
102 ("52699-48-6" or "52699486").ti,ab. (0)
103 cetrorelix.ti,ab. (463)
104 cetrotide.ti,ab. (41)
105 ("NS 75A" or NS75A).ti,ab. (0)
106 ("NS 75B" or NS75B).ti,ab. (0)

107    ("SB 075" or SB075).ti,ab. (0)
108    ("SB 75" or SB75).ti,ab. (63)
109    gonadoliberin.ti,ab. (143)
110    kryptocur.ti,ab. (6)
111    cetrorelix.ti,ab. (463)
112    cetrotide.ti,ab. (41)
113    antagon.ti,ab. (17)
114    ganirelix.ti,ab. (138)
115    ("ORG 37462" or ORG37462).ti,ab. (3)
116    orgalutran.ti,ab. (20)
117    ("RS 26306" or RS26306).ti,ab. (5)
118    ("AY 24031" or AY24031).ti,ab. (0)
119    factrel.ti,ab. (11)
120    fertagyl.ti,ab. (11)
121    lutrelef.ti,ab. (5)
122    lutrepulse.ti,ab. (3)
123    relefact.ti,ab. (10)
124    fertiral.ti,ab. (0)
125    (hoe471 or "hoe 471").ti,ab. (6)
126    relisorm.ti,ab. (4)
127    cystorelin.ti,ab. (18)
128    dirigestran.ti,ab. (5)
129    or/33-128 (42216)
130    32 and 129 (416)
131    limit 130 to english language (393)
132    limit 131 to (letter or historical article or comment or editorial or news or case reports) (36)
133    131 not 132 (357)
134    animals/ not humans/ (4686361)
135    133 not 134 (181)
136    limit 135 to yr="2000 -Current" (144)


**Database: Medline in-process**
Platform: Ovid
Version: Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations <1946 to July 21, 2020>
Search date: 23/7/2020
Number of results retrieved:
Search strategy: 42

1    Gender Dysphoria/ (0)
2    Gender Identity/ (0)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (0)
5    Transgender Persons/ (0)
6    Health Services for Transgender Persons/ (0)
7    exp Sex Reassignment Procedures/ (0)

8    (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (1645)

9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (2333)

10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (20884)

11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (968)

12    (male-to-female or m2f or female-to-male or f2m).tw. (15513)

13    or/1-12 (39905)

14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)

15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (80723)

16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)

17    Minors/ (0)

18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (321871)

19    exp pediatrics/ (0)

20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (119783)

21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)

22    Puberty/ (0)

23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (60264)

24    Schools/ (0)

25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)

26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (69233)

27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (10319)

28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (112800)

29    or/14-28 (525529)

30    13 and 29 (9196)

31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (3)

32    30 or 31 (9197)

33    Gonadotropin-Releasing Hormone/ (0)

34    (pubert* adj3 block*).ti,ab. (19)

35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (1425)

36    (GnRH adj2 analog*).ti,ab. (183)

37    GnRH*.ti,ab. (1695)

38    "GnRH agonist*".ti,ab. (379)

39    Triptorelin Pamoate/ (0)

40    triptorelin.ti,ab. (72)

41    arvekap.ti,ab. (0)

42    ("AY 25650" or AY25650).ti,ab. (0)

43    ("BIM 21003" or BIM21003).ti,ab. (0)

44    ("BN 52014" or BN52014).ti,ab. (0)

45    ("CL 118532" or CL118532).ti,ab. (0)

46   Debio.ti,ab. (11)
47   diphereline.ti,ab. (6)
48   moapar.ti,ab. (0)
49   pamorelin.ti,ab. (0)
50   trelstar.ti,ab. (0)
51   triptodur.ti,ab. (0)
52   ("WY 42422" or WY42422).ti,ab. (0)
53   ("WY 42462" or WY42462).ti,ab. (0)
54   gonapeptyl.ti,ab. (0)
55   decapeptyl.ti,ab. (8)
56   salvacyl.ti,ab. (0)
57   Buserelin/ (0)
58   buserelin.ti,ab. (59)
59   bigonist.ti,ab. (0)
60   ("hoe 766" or hoe-766 or hoe766).ti,ab. (3)
61   profact.ti,ab. (0)
62   receptal.ti,ab. (0)
63   suprecur.ti,ab. (1)
64   suprefact.ti,ab. (2)
65   tiloryth.ti,ab. (0)
66   histrelin.ti,ab. (9)
67   "LHRH-hydrogel implant".ti,ab. (0)
68   ("RL 0903" or RL0903).ti,ab. (0)
69   ("SPD 424" or SPD424).ti,ab. (0)
70   goserelin.ti,ab. (68)
71   Goserelin/ (0)
72   ("ici 118630" or ici118630).ti,ab. (0)
73   ("ZD-9393" or ZD9393).ti,ab. (0)
74   zoladex.ti,ab. (6)
75   leuprorelin.ti,ab. (47)
76   carcinil.ti,ab. (0)
77   enanton*.ti,ab. (1)
78   ginecrin.ti,ab. (0)
79   leuplin.ti,ab. (1)
80   Leuprolide/ (0)
81   leuprolide.ti,ab. (121)
82   lucrin.ti,ab. (4)
83   lupron.ti,ab. (10)
84   provren.ti,ab. (0)
85   procrin.ti,ab. (0)
86   ("tap 144" or tap144).ti,ab. (0)
87   (a-43818 or a43818).ti,ab. (0)
88   Trenantone.ti,ab. (1)
89   staladex.ti,ab. (0)
90   prostap.ti,ab. (0)
91   Nafarelin/ (0)
92   nafarelin.ti,ab. (5)
93   ("76932-56-4" or "76932564").ti,ab. (0)

94    ("76932-60-0" or "76932600").ti,ab. (0)
95    ("86220-42-0" or "86220420").ti,ab. (0)
96    ("rs 94991 298" or rs94991298).ti,ab. (0)
97    synarel.ti,ab. (0)
98    deslorelin.ti,ab. (14)
99    gonadorelin.ti,ab. (13)
100   ("33515-09-2" or "33515092").ti,ab. (0)
101   ("51952-41-1" or "51952411").ti,ab. (0)
102   ("52699-48-6" or "52699486").ti,ab. (0)
103   cetrorelix.ti,ab. (31)
104   cetrotide.ti,ab. (5)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)
107   ("SB 075" or SB075).ti,ab. (0)
108   ("SB 75" or SB75).ti,ab. (2)
109   gonadoliberin.ti,ab. (4)
110   kryptocur.ti,ab. (1)
111   cetrorelix.ti,ab. (31)
112   cetrotide.ti,ab. (5)
113   antagon.ti,ab. (0)
114   ganirelix.ti,ab. (8)
115   ("ORG 37462" or ORG37462).ti,ab. (0)
116   orgalutran.ti,ab. (3)
117   ("RS 26306" or RS26306).ti,ab. (0)
118   ("AY 24031" or AY24031).ti,ab. (0)
119   factrel.ti,ab. (2)
120   fertagyl.ti,ab. (1)
121   lutrelef.ti,ab. (0)
122   lutrepulse.ti,ab. (0)
123   relefact.ti,ab. (0)
124   fertiral.ti,ab. (0)
125   (hoe471 or "hoe 471").ti,ab. (0)
126   relisorm.ti,ab. (0)
127   cystorelin.ti,ab. (1)
128   dirigestran.ti,ab. (0)
129   or/33-128 (2332)
130   32 and 129 (45)
131   limit 130 to english language (45)
132   limit 131 to yr="2000 -Current" (42)

**Database: Medline epubs ahead of print**
Platform: Ovid
Version: Ovid MEDLINE(R) Epub Ahead of Print <July 21, 2020>
Search date: 23/7/2020
Number of results retrieved: 8
Search strategy:

1    Gender Dysphoria/ (0)

2    Gender Identity/ (0)

3    "Sexual and Gender Disorders"/ (0)

4    Transsexualism/ (0)

5    Transgender Persons/ (0)

6    Health Services for Transgender Persons/ (0)

7    exp Sex Reassignment Procedures/ (0)

8    (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (486)

9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (640)

10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (1505)

11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (178)

12    (male-to-female or m2f or female-to-male or f2m).tw. (2480)

13    or/1-12 (4929)

14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)

15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (15496)

16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)

17    Minors/ (0)

18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (53563)

19    exp pediatrics/ (0)

20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (22796)

21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)

22    Puberty/ (0)

23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (13087)

24    Schools/ (0)

25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)

26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (12443)

27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (1416)

28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (20166)

29    or/14-28 (88366)

30    13 and 29 (1638)

31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (1)

32    30 or 31 (1638)

33    Gonadotropin-Releasing Hormone/ (0)

34    (pubert* adj3 block*).ti,ab. (2)

35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (176)

36    (GnRH adj2 analog*).ti,ab. (30)

37    GnRH*.ti,ab. (223)

38    "GnRH agonist*".ti,ab. (49)

39    Triptorelin Pamoate/ (0)

40    triptorelin.ti,ab. (12)
41    arvekap.ti,ab. (0)
42    ("AY 25650" or AY25650).ti,ab. (0)
43    ("BIM 21003" or BIM21003).ti,ab. (0)
44    ("BN 52014" or BN52014).ti,ab. (0)
45    ("CL 118532" or CL118532).ti,ab. (0)
46    Debio.ti,ab. (2)
47    diphereline.ti,ab. (1)
48    moapar.ti,ab. (0)
49    pamorelin.ti,ab. (0)
50    trelstar.ti,ab. (0)
51    triptodur.ti,ab. (0)
52    ("WY 42422" or WY42422).ti,ab. (0)
53    ("WY 42462" or WY42462).ti,ab. (0)
54    gonapeptyl.ti,ab. (0)
55    decapeptyl.ti,ab. (0)
56    salvacyl.ti,ab. (0)
57    Buserelin/ (0)
58    buserelin.ti,ab. (7)
59    bigonist.ti,ab. (0)
60    ("hoe 766" or hoe-766 or hoe766).ti,ab. (0)
61    profact.ti,ab. (0)
62    receptal.ti,ab. (0)
63    suprecur.ti,ab. (0)
64    suprefact.ti,ab. (1)
65    tiloryth.ti,ab. (0)
66    histrelin.ti,ab. (2)
67    "LHRH-hydrogel implant".ti,ab. (0)
68    ("RL 0903" or RL0903).ti,ab. (0)
69    ("SPD 424" or SPD424).ti,ab. (0)
70    goserelin.ti,ab. (11)
71    Goserelin/ (0)
72    ("ici 118630" or ici118630).ti,ab. (0)
73    ("ZD-9393" or ZD9393).ti,ab. (0)
74    zoladex.ti,ab. (1)
75    leuprorelin.ti,ab. (13)
76    carcinil.ti,ab. (0)
77    enanton*.ti,ab. (1)
78    ginecrin.ti,ab. (0)
79    leuplin.ti,ab. (0)
80    Leuprolide/ (0)
81    leuprolide.ti,ab. (22)
82    lucrin.ti,ab. (0)
83    lupron.ti,ab. (2)
84    provren.ti,ab. (0)
85    procrin.ti,ab. (0)
86    ("tap 144" or tap144).ti,ab. (1)
87    (a-43818 or a43818).ti,ab. (0)

88    Trenantone.ti,ab. (0)
89    staladex.ti,ab. (0)
90    prostap.ti,ab. (0)
91    Nafarelin/ (0)
92    nafarelin.ti,ab. (4)
93    ("76932-56-4" or "76932564").ti,ab. (0)
94    ("76932-60-0" or "76932600").ti,ab. (0)
95    ("86220-42-0" or "86220420").ti,ab. (0)
96    ("rs 94991 298" or rs94991298).ti,ab. (0)
97    synarel.ti,ab. (0)
98    deslorelin.ti,ab. (3)
99    gonadorelin.ti,ab. (3)
100   ("33515-09-2" or "33515092").ti,ab. (0)
101   ("51952-41-1" or "51952411").ti,ab. (0)
102   ("52699-48-6" or "52699486").ti,ab. (0)
103   cetrorelix.ti,ab. (6)
104   cetrotide.ti,ab. (2)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)
107   ("SB 075" or SB075).ti,ab. (0)
108   ("SB 75" or SB75).ti,ab. (0)
109   gonadoliberin.ti,ab. (0)
110   kryptocur.ti,ab. (0)
111   cetrorelix.ti,ab. (6)
112   cetrotide.ti,ab. (2)
113   antagon.ti,ab. (1)
114   ganirelix.ti,ab. (1)
115   ("ORG 37462" or ORG37462).ti,ab. (0)
116   orgalutran.ti,ab. (0)
117   ("RS 26306" or RS26306).ti,ab. (0)
118   ("AY 24031" or AY24031).ti,ab. (0)
119   factrel.ti,ab. (0)
120   fertagyl.ti,ab. (0)
121   lutrelef.ti,ab. (0)
122   lutrepulse.ti,ab. (0)
123   relefact.ti,ab. (0)
124   fertiral.ti,ab. (0)
125   (hoe471 or "hoe 471").ti,ab. (0)
126   relisorm.ti,ab. (0)
127   cystorelin.ti,ab. (0)
128   dirigestran.ti,ab. (0)
129   or/33-128 (310)
130   32 and 129 (8)
131   limit 130 to english language (8)
132   limit 131 to yr="2000 -Current" (8)

**Database: Medline daily update**
Platform: Ovid

Version: Ovid MEDLINE(R) Daily Update <July 21, 2020>
Search date: 23/7/2020
Number of results retrieved: 1
Search strategy

1 Gender Dysphoria/ (4)
2 Gender Identity/ (38)
3 "Sexual and Gender Disorders"/ (0)
4 Transsexualism/ (2)
5 Transgender Persons/ (26)
6 Health Services for Transgender Persons/ (1)
7 exp Sex Reassignment Procedures/ (3)
8 (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (24)
9 (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (39)
10 (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (87)
11 ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (15)
12 (male-to-female or m2f or female-to-male or f2m).tw. (181)
13 or/1-12 (358)
14 exp Infant/ or Infant Health/ or Infant Welfare/ (932)
15 (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (981)
16 exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1756)
17 Minors/ (3)
18 (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3672)
19 exp pediatrics/ (75)
20 (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1658)
21 Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2006)
22 Puberty/ (8)
23 (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (732)
24 Schools/ (56)
25 Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (5)
26 (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (622)
27 (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (98)
28 (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1301)
29 or/14-28 (6705)
30 13 and 29 (130)
31 (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (0)
32 30 or 31 (130)
33 Gonadotropin-Releasing Hormone/ (11)

34    (pubert* adj3 block*).ti,ab. (0)
35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (10)
36    (GnRH adj2 analog*).ti,ab. (2)
37    GnRH*.ti,ab. (14)
38    "GnRH agonist*".ti,ab. (4)
39    Triptorelin Pamoate/ (1)
40    triptorelin.ti,ab. (1)
41    arvekap.ti,ab. (0)
42    ("AY 25650" or AY25650).ti,ab. (0)
43    ("BIM 21003" or BIM21003).ti,ab. (0)
44    ("BN 52014" or BN52014).ti,ab. (0)
45    ("CL 118532" or CL118532).ti,ab. (0)
46    Debio.ti,ab. (1)
47    diphereline.ti,ab. (0)
48    moapar.ti,ab. (0)
49    pamorelin.ti,ab. (0)
50    trelstar.ti,ab. (0)
51    triptodur.ti,ab. (0)
52    ("WY 42422" or WY42422).ti,ab. (0)
53    ("WY 42462" or WY42462).ti,ab. (0)
54    gonapeptyl.ti,ab. (0)
55    decapeptyl.ti,ab. (0)
56    salvacyl.ti,ab. (0)
57    Buserelin/ (0)
58    buserelin.ti,ab. (0)
59    bigonist.ti,ab. (0)
60    ("hoe 766" or hoe-766 or hoe766).ti,ab. (0)
61    profact.ti,ab. (0)
62    receptal.ti,ab. (0)
63    suprecur.ti,ab. (0)
64    suprefact.ti,ab. (0)
65    tiloryth.ti,ab. (0)
66    histrelin.ti,ab. (0)
67    "LHRH-hydrogel implant".ti,ab. (0)
68    ("RL 0903" or RL0903).ti,ab. (0)
69    ("SPD 424" or SPD424).ti,ab. (0)
70    goserelin.ti,ab. (1)
71    Goserelin/ (2)
72    ("ici 118630" or ici118630).ti,ab. (0)
73    ("ZD-9393" or ZD9393).ti,ab. (0)
74    zoladex.ti,ab. (0)
75    leuprorelin.ti,ab. (0)
76    carcinil.ti,ab. (0)
77    enanton*.ti,ab. (0)
78    ginecrin.ti,ab. (0)
79    leuplin.ti,ab. (0)
80    Leuprolide/ (0)
81    leuprolide.ti,ab. (0)

82 lucrin.ti,ab. (0)
83 lupron.ti,ab. (0)
84 provren.ti,ab. (0)
85 procrin.ti,ab. (0)
86 ("tap 144" or tap144).ti,ab. (0)
87 (a-43818 or a43818).ti,ab. (0)
88 Trenantone.ti,ab. (0)
89 staladex.ti,ab. (0)
90 prostap.ti,ab. (0)
91 Nafarelin/ (0)
92 nafarelin.ti,ab. (0)
93 ("76932-56-4" or "76932564").ti,ab. (0)
94 ("76932-60-0" or "76932600").ti,ab. (0)
95 ("86220-42-0" or "86220420").ti,ab. (0)
96 ("rs 94991 298" or rs94991298).ti,ab. (0)
97 synarel.ti,ab. (0)
98 deslorelin.ti,ab. (0)
99 gonadorelin.ti,ab. (0)
100 ("33515-09-2" or "33515092").ti,ab. (0)
101 ("51952-41-1" or "51952411").ti,ab. (0)
102 ("52699-48-6" or "52699486").ti,ab. (0)
103 cetrorelix.ti,ab. (0)
104 cetrotide.ti,ab. (0)
105 ("NS 75A" or NS75A).ti,ab. (0)
106 ("NS 75B" or NS75B).ti,ab. (0)
107 ("SB 075" or SB075).ti,ab. (0)
108 ("SB 75" or SB75).ti,ab. (0)
109 gonadoliberin.ti,ab. (0)
110 kryptocur.ti,ab. (0)
111 cetrorelix.ti,ab. (0)
112 cetrotide.ti,ab. (0)
113 antagon.ti,ab. (0)
114 ganirelix.ti,ab. (0)
115 ("ORG 37462" or ORG37462).ti,ab. (0)
116 orgalutran.ti,ab. (0)
117 ("RS 26306" or RS26306).ti,ab. (0)
118 ("AY 24031" or AY24031).ti,ab. (0)
119 factrel.ti,ab. (0)
120 fertagyl.ti,ab. (0)
121 lutrelef.ti,ab. (0)
122 lutrepulse.ti,ab. (0)
123 relefact.ti,ab. (0)
124 fertiral.ti,ab. (0)
125 (hoe471 or "hoe 471").ti,ab. (0)
126 relisorm.ti,ab. (0)
127 cystorelin.ti,ab. (0)
128 dirigestran.ti,ab. (0)
129 or/33-128 (23)

130 32 and 129 (1)
131 limit 130 to english language (1)
132 limit 131 to yr="2000 -Current" (1)

**Database: Embase**
Platform: Ovid
Version: Embase <1974 to 2020 July 22>
Search date: 23/7/2020
Number of results retrieved: 367
Search strategy:

1 exp Gender Dysphoria/ (5399)
2 Gender Identity/ (16820)
3 "Sexual and Gender Disorders"/ (24689)
4 Transsexualism/ (3869)
5 exp Transgender/ (6597)
6 Health Services for Transgender Persons/ (158848)
7 exp Sex Reassignment Procedures/ or sex transformation/ (3058)
8 (gender* adj3 (dysphori* or affirm* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (13005)
9 (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (22509)
10 (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (154446)
11 ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (10327)
12 (male-to-female or m2f or female-to-male or f2m).tw. (200166)
13 or/1-12 (582812)
14 exp juvenile/ or Child Behavior/ or Child Welfare/ or Child Health/ or infant welfare/ or "minor (person)"/ or elementary student/ (3437324)
15 (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (1186161)
16 (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3586795)
17 exp pediatrics/ (106214)
18 (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1491597)
19 exp adolescence/ or exp adolescent behavior/ or adolescent health/ or high school student/ or middle school student/ (105108)
20 (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (641660)
21 school/ or high school/ or kindergarten/ or middle school/ or primary school/ or nursery school/ or day care/ (103791)
22 (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (687437)
23 (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (138908)
24 (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1562903)

25    or/14-24 (7130881)
26    13 and 25 (182161)
27     (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (17)
28    26 or 27 (182161)
29    gonadorelin/ (37580)
30    (pubert* adj3 block*).ti,ab. (142)
31    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (21450)
32    (GnRH adj2 analog*).ti,ab. (4013)
33    GnRH*.ti,ab. (29862)
34    "GnRH agonist*".ti,ab. (6719)
35    exp gonadorelin agonist/ or gonadorelin derivative/ or gonadorelin acetate/ (23304)
36    Triptorelin/ (5427)
37    triptorelin.ti,ab. (1182)
38    arvekap.ti,ab. (3)
39    ("AY 25650" or AY25650).ti,ab. (1)
40    ("BIM 21003" or BIM21003).ti,ab. (0)
41    ("BN 52014" or BN52014).ti,ab. (0)
42    ("CL 118532" or CL118532).ti,ab. (0)
43    Debio.ti,ab. (185)
44    diphereline.ti,ab. (51)
45    moapar.ti,ab. (0)
46    pamorelin.ti,ab. (0)
47    trelstar.ti,ab. (5)
48    triptodur.ti,ab. (1)
49    ("WY 42422" or WY42422).ti,ab. (0)
50    ("WY 42462" or WY42462).ti,ab. (0)
51    gonapeptyl.ti,ab. (10)
52    decapeptyl.ti,ab. (307)
53    salvacyl.ti,ab. (1)
54    buserelin acetate/ or buserelin/ (5164)
55    buserelin.ti,ab. (1604)
56    bigonist.ti,ab. (1)
57    ("hoe 766" or hoe-766 or hoe766).ti,ab. (89)
58    profact.ti,ab. (4)
59    receptal.ti,ab. (37)
60    suprecur.ti,ab. (8)
61    suprefact.ti,ab. (30)
62    tiloryth.ti,ab. (0)
63    histrelin/ (446)
64    histrelin.ti,ab. (107)
65    "LHRH-hydrogel implant".ti,ab. (1)
66    ("RL 0903" or RL0903).ti,ab. (1)
67    ("SPD 424" or SPD424).ti,ab. (1)
68    goserelin.ti,ab. (1487)
69    Goserelin/ (7128)
70    ("ici 118630" or ici118630).ti,ab. (49)
71    ("ZD-9393" or ZD9393).ti,ab. (0)

72    zoladex.ti,ab. (501)
73    leuprorelin/ (11312)
74    leuprorelin.ti,ab. (727)
75    carcinil.ti,ab. (0)
76    enanton*.ti,ab. (38)
77    ginecrin.ti,ab. (1)
78    leuplin.ti,ab. (26)
79    leuprolide.ti,ab. (2788)
80    lucrin.ti,ab. (47)
81    lupron.ti,ab. (361)
82    provren.ti,ab. (0)
83    procrin.ti,ab. (11)
84    ("tap 144" or tap144).ti,ab. (63)
85    (a-43818 or a43818).ti,ab. (3)
86    Trenantone.ti,ab. (7)
87    staladex.ti,ab. (0)
88    prostap.ti,ab. (11)
89    nafarelin acetate/ or nafarelin/ (1441)
90    nafarelin.ti,ab. (324)
91    ("76932-56-4" or "76932564").ti,ab. (0)
92    ("76932-60-0" or "76932600").ti,ab. (0)
93    ("86220-42-0" or "86220420").ti,ab. (0)
94    ("rs 94991 298" or rs94991298).ti,ab. (0)
95    synarel.ti,ab. (28)
96    deslorelin/ (452)
97    deslorelin.ti,ab. (324)
98    gonadorelin.ti,ab. (338)
99    ("33515-09-2" or "33515092").ti,ab. (0)
100   ("51952-41-1" or "51952411").ti,ab. (0)
101   ("52699-48-6" or "52699486").ti,ab. (0)
102   cetrorelix/ (2278)
103   cetrorelix.ti,ab. (717)
104   cetrotide.ti,ab. (113)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)
107   ("SB 075" or SB075).ti,ab. (1)
108   ("SB 75" or SB75).ti,ab. (76)
109   gonadoliberin.ti,ab. (152)
110   kryptocur.ti,ab. (6)
111   cetrorelix.ti,ab. (717)
112   cetrotide.ti,ab. (113)
113   antagon.ti,ab. (32)
114   ganirelix/ (1284)
115   ganirelix.ti,ab. (293)
116   ("ORG 37462" or ORG37462).ti,ab. (4)
117   orgalutran/ (1284)
118   orgalutran.ti,ab. (68)
119   ("RS 26306" or RS26306).ti,ab. (6)

120 ("AY 24031" or AY24031).ti,ab. (0)
121 factrel.ti,ab. (14)
122 fertagyl.ti,ab. (20)
123 lutrelef.ti,ab. (7)
124 lutrepulse.ti,ab. (6)
125 relefact.ti,ab. (10)
126 fertiral.ti,ab. (0)
127 (hoe471 or "hoe 471").ti,ab. (4)
128 relisorm.ti,ab. (6)
129 cystorelin.ti,ab. (26)
130 dirigestran.ti,ab. (5)
131 or/29-130 (80790)
132 28 and 131 (988)
133 limit 132 to english language (940)
134 133 not (letter or editorial).pt. (924)
135 134 not (conference abstract or conference paper or conference proceeding or "conference review").pt. (683)
136 nonhuman/ not (human/ and nonhuman/) (4649157)
137 135 not 136 (506)
138 limit 137 to yr="2000 -Current" (420)
139 elsevier.cr. (25912990)
140 138 and 139 (372)
141 remove duplicates from 140 (367)

**Database: Cochrane Library – incorporating Cochrane Database of Systematic Reviews (CDSR); CENTRAL**
Platform: Wiley
Version:
CDSR – Issue 7 of 12, July 2020
CENTRAL – Issue 7 of 12, July 2020
Search date: 23/7/2020
Number of results retrieved: CDSR – 1; CENTRAL - 8.

#1 [mh ^"Gender Dysphoria"] 3
#2 [mh ^"gender identity"] 227
#3 [mh ^"sexual and gender disorders"] 2
#4 [mh ^transsexualism] 27
#5 [mh ^"transgender persons"] 36
#6 [mh ^"health services for transgender persons"] 0
#7 [mh "sex reassignment procedures"] 4
#8 (gender* NEAR/3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)):ti,ab 308
#9 (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*):ti,ab 929
#10 (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*):ti,ab 3915
#11 ((sex or gender*) NEAR/3 (reassign* or chang* or transform* or transition*)):ti,ab 493
#12 (male-to-female or m2f or female-to-male or f2m):ti,ab 489

#13 {or #1-#12} 6142
#14 [mh infant] or [mh ^"infant health"] or [mh ^"infant welfare"] 27769
#15 (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*):ti,ab 69476
#16 [mh child] or [mh "child behavior"] or [mh ^"child health"] or [mh ^"child welfare"] 42703
#17 [mh ^minors] 8
#18 (child* or minor or minors or boy* or girl* or kid or kids or young*):ti,ab 175826
#19 [mh pediatrics]661
#20 (pediatric* or paediatric* or peadiatric*):ti,ab 30663
#21 [mh ^adolescent] or [mh ^"adolescent behavior"] or [mh ^"adolescent health"] 102154
#22 [mh ^puberty] 295
#23 (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*):ti,ab 34139
#24 [mh ^schools] 1914
#25 [mh ^"Child Day Care Centers"] or [mh nurseries] or [mh ^"schools, nursery"] 277
#26 (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*):ti,ab 54723
#27 (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") NEAR/2 (year or years or age or ages or aged)):ti,ab 6710
#28 (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") NEAR/2 (year or years or age or ages or aged)):ti,ab 196881
#29 {or #14-#28} 469351
#30 #13 and #29 2146
#31 (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*):ti,ab 0
#32 #30 or #31 2146
#33 [mh ^"Gonadotropin-Releasing Hormone"] 1311
#34 (pubert* NEAR/3 block*):ti,ab 1
#35 ((gonadotrophin or gonadotropin) and releasing):ti,ab 2095
#36 (GnRH NEAR/2 analog*):ti,ab 493
#37 GnRH*:ti,ab 3764
#38 "GnRH agonist*":ti,ab 1399
#39 [mh ^"Triptorelin Pamoate"] 451
#40 triptorelin:ti,ab 451
#41 arvekap:ti,ab 4
#42 ("AY 25650" or AY25650):ti,ab 0
#43 ("BIM 21003" or BIM21003):ti,ab 0
#44 ("BN 52014" or BN52014):ti,ab 0
#45 ("CL 118532" or CL118532):ti,ab 0
#46 Debio:ti,ab 301
#47 diphereline:ti,ab 25
#48 moapar:ti,ab 0
#49 pamorelin:ti,ab 5
#50 trelstar:ti,ab 3

#51 triptodur:ti,ab 0
#52 ("WY 42422" or WY42422):ti,ab 0
#53 ("WY 42462" or WY42462):ti,ab 0
#54 gonapeptyl:ti,ab 11
#55 decapeptyl:ti,ab 135
#56 salvacyl:ti,ab 0
#57 [mh ^Buserelin] 290
#58 Buserelin:ti,ab 339
#59 bigonist:ti,ab 0
#60 ("hoe 766" or hoe-766 or hoe766):ti,ab 11
#61 profact:ti,ab 1
#62 receptal:ti,ab 4
#63 suprecur:ti,ab 0
#64 suprefact:ti,ab 28
#65 tiloryth:ti,ab 0
#66 histrelin:ti,ab 5
#67 "LHRH-hydrogel implant":ti,ab 0
#68 ("RL 0903" or RL0903):ti,ab 0
#69 ("SPD 424" or SPD424):ti,ab 0
#70 goserelin:ti,ab 761
#71 [mh ^goserelin] 568
#72 ("ici 118630" or ici118630):ti,ab 7
#73 ("ZD-9393" or ZD9393):ti,ab 1
#74 zoladex:ti,ab 318
#75 leuprorelin:ti,ab 248
#76 carcinil:ti,ab 0
#77 enanton*:ti,ab 21
#78 ginecrin:ti,ab 1
#79 leuplin:ti,ab 7
#80 [mh ^Leuprolide] 686
#81 leuprolide:ti,ab696
#82 lucrin:ti,ab 21
#83 lupron:ti,ab 77
#84 provren:ti,ab 0
#85 procrin:ti,ab 2
#86 ("tap 144" or tap144):ti,ab 24
#87 (a-43818 or a43818):ti,ab 0
#88 Trenantone:ti,ab 3
#89 staladex:ti,ab 0
#90 prostap:ti,ab 9
#91 [mh ^Nafarelin] 77
#92 nafarelin:ti,ab 114
#93 ("76932-56-4" or "76932564"):ti,ab 0
#94 ("76932-60-0" or "76932600"):ti,ab 2
#95 ("86220-42-0" or "86220420"):ti,ab 0
#96 ("rs 94991 298" or rs94991298):ti,ab 0
#97 synarel:ti,ab 10
#98 deslorelin:ti,ab 16

#99 gonadorelin:ti,ab 11
#100 ("33515-09-2" or "33515092"):ti,ab 0
#101 ("51952-41-1" or "51952411"):ti,ab 0
#102 ("52699-48-6" or "52699486"):ti,ab 0
#103 cetrorelix:ti,ab 221
#104 cetrotide:ti,ab 111
#105 ("NS 75A" or NS75A):ti,ab 0
#106 ("NS 75B" or NS75B):ti,ab 0
#107 ("SB 075" or SB075):ti,ab 0
#108 ("SB 75" or SB75):ti,ab 10
#109 gonadoliberin:ti,ab 5
#110 kryptocur:ti,ab 0
#111 cetrorelix:ti,ab 221
#112 cetrotide:ti,ab 111
#113 antagon:ti,ab 12
#114 ganirelix:ti,ab 142
#115 ("ORG 37462" or ORG37462):ti,ab 4
#116 orgalutran:ti,ab 45
#117 ("RS 26306" or RS26306):ti,ab 0
#118 ("AY 24031" or AY24031):ti,ab 0
#119 factrel:ti,ab 1
#120 fertagyl:ti,ab 0
#121 lutrelef:ti,ab 0
#122 lutrepulse:ti,ab 1
#123 relefact:ti,ab 1
#124 fertiral:ti,ab 0
#125 (hoe471 or "hoe 471"):ti,ab 3
#126 relisorm:ti,ab 0
#127 cystorelin:ti,ab 0
#128 dirigestran:ti,ab 0
#129 {or #33-#128} 6844
#130 #32 and #129 27
#131 #130 with Cochrane Library publication date Between Jan 2000 and Jul 2020, in Cochrane Reviews 1
#132 #130 27
#133 "conference":pt or (clinicaltrials or trialsearch):so 492465
#134 #132 not #133 9
#135 #134 with Publication Year from 2000 to 2020, in Trials 8

**Database: HTA**
Platform: CRD
Version: HTA
Search date: 23/7/2020
Number of results retrieved: 26
Search strategy:

1 MeSH DESCRIPTOR Gender Dysphoria EXPLODE ALL TREES 0
2 MeSH DESCRIPTOR Gender Identity EXPLODE ALL TREES 14

3       MeSH DESCRIPTOR Sexual and Gender Disorders EXPLODE ALL TREES     2

4       MeSH DESCRIPTOR Transsexualism EXPLODE ALL TREES     12
5       MeSH DESCRIPTOR Transgender Persons EXPLODE ALL TREES     3
6       MeSH DESCRIPTOR Health Services for Transgender Persons EXPLODE ALL TREES     0
7       MeSH DESCRIPTOR Sex Reassignment Procedures EXPLODE ALL TREES     1

8       ((gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)))   28
9       ((transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*))   76
10      ((trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*))   83
11      (((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)))   24
12      (male-to-female or m2f or female-to-male or f2m)   86
13      ((transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*))   0
14      #1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12 OR #13     262
15      (#1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12 OR #13) IN HTA     30

*26 results are from 200 onwards. Downloaded as a set to sift for drug terms rather than continuing with search strategy.

**Database: APA PsycInfo**
Search date: July 2020 (Week 2)
Search Strategy:
--------------------------------------------------------------------------------
1     Gender Dysphoria/ (936)
2     Gender Identity/ (8648)
3     Transsexualism/ (2825)
4     Transgender/ (5257)
5     exp Gender Reassignment/ (568)
6      (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (15471)
7     (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (13028)
8      (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (7679)
9     ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (5796)
10    (male-to-female or m2f or female-to-male or f2m).tw. (63688)
11    or/1-10 (99560)
12    exp Infant Development/ (21841)
13    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (150219)

14 Child Characteristics/ or exp Child Behavior/ or Child Psychology/ or exp Child Welfare/ or Child Psychiatry/ (23423)
15 (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (984230)
16 (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (78962)
17 Adolescent Psychiatry/ or Adolescent Behavior/ or Adolescent Development/ or Adolescent Psychology/ or Adolescent Characteristics/ or Adolescent Health/ (62142)
18 Puberty/ (2753)
19 (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (347604)
20 Schools/ or exp elementary school students/ or high school students/ or junior high school students/ or middle school students/ (113053)
21 Child Day Care/ or Nursery Schools/ (2836)
22 (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (772814)
23 (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (21475)
24 (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (285697)
25 or/12-24 (1772959)
26 11 and 25 (49612)
27 (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (14)
28 26 or 27 (49613)
29 exp Gonadotropic Hormones/ (4226)
30 (pubert* adj3 block*).ti,ab. (29)
31 ((gonadotrophin or gonadotropin) and releasing).ti,ab. (1060)
32 (GnRH adj2 analog*).ti,ab. (49)
33 GnRH*.ti,ab. (998)
34 "GnRH agonist*".ti,ab. (72)
35 triptorelin.ti,ab. (25)
36 arvekap.ti,ab. (0)
37 ("AY 25650" or AY25650).ti,ab. (0)
38 ("BIM 21003" or BIM21003).ti,ab. (0)
39 ("BN 52014" or BN52014).ti,ab. (0)
40 ("CL 118532" or CL118532).ti,ab. (0)
41 Debio.ti,ab. (7)
42 diphereline.ti,ab. (0)
43 moapar.ti,ab. (0)
44 pamorelin.ti,ab. (0)
45 trelstar.ti,ab. (0)
46 triptodur.ti,ab. (0)
47 ("WY 42422" or WY42422).ti,ab. (0)
48 ("WY 42462" or WY42462).ti,ab. (0)
49 gonapeptyl.ti,ab. (0)
50 decapeptyl.ti,ab. (3)
51 salvacyl.ti,ab. (1)

52 buserelin.ti,ab. (6)
53 bigonist.ti,ab. (0)
54 ("hoe 766" or hoe-766 or hoe766).ti,ab. (0)
55 profact.ti,ab. (0)
56 receptal.ti,ab. (0)
57 suprecur.ti,ab. (0)
58 suprefact.ti,ab. (0)
59 tiloryth.ti,ab. (0)
60 histrelin.ti,ab. (1)
61 "LHRH-hydrogel implant".ti,ab. (0)
62 ("RL 0903" or RL0903).ti,ab. (0)
63 ("SPD 424" or SPD424).ti,ab. (0)
64 goserelin.ti,ab. (30)
65 ("ici 118630" or ici118630).ti,ab. (0)
66 ("ZD-9393" or ZD9393).ti,ab. (0)
67 zoladex.ti,ab. (3)
68 leuprorelin.ti,ab. (12)
69 carcinil.ti,ab. (0)
70 enanton*.ti,ab. (1)
71 ginecrin.ti,ab. (0)
72 leuplin.ti,ab. (0)
73 leuprolide.ti,ab. (79)
74 lucrin.ti,ab. (1)
75 lupron.ti,ab. (18)
76 provren.ti,ab. (0)
77 procrin.ti,ab. (0)
78 ("tap 144" or tap144).ti,ab. (1)
79 (a-43818 or a43818).ti,ab. (0)
80 Trenantone.ti,ab. (0)
81 staladex.ti,ab. (0)
82 prostap.ti,ab. (0)
83 nafarelin.ti,ab. (1)
84 ("76932-56-4" or "76932564").ti,ab. (0)
85 ("76932-60-0" or "76932600").ti,ab. (0)
86 ("86220-42-0" or "86220420").ti,ab. (0)
87 ("rs 94991 298" or rs94991298).ti,ab. (0)
88 synarel.ti,ab. (0)
89 deslorelin.ti,ab. (8)
90 gonadorelin.ti,ab. (3)
91 ("33515-09-2" or "33515092").ti,ab. (0)
92 ("51952-41-1" or "51952411").ti,ab. (0)
93 ("52699-48-6" or "52699486").ti,ab. (0)
94 cetrorelix.ti,ab. (9)
95 cetrotide.ti,ab. (0)
96 ("NS 75A" or NS75A).ti,ab. (0)
97 ("NS 75B" or NS75B).ti,ab. (0)
98 ("SB 075" or SB075).ti,ab. (0)
99 ("SB 75" or SB75).ti,ab. (1)

100    gonadoliberin.ti,ab. (1)
101    kryptocur.ti,ab. (0)
102    cetrorelix.ti,ab. (9)
103    cetrotide.ti,ab. (0)
104    antagon.ti,ab. (0)
105    ganirelix.ti,ab. (0)
106    ("ORG 37462" or ORG37462).ti,ab. (0)
107    orgalutran.ti,ab. (0)
108    ("RS 26306" or RS26306).ti,ab. (0)
109    ("AY 24031" or AY24031).ti,ab. (0)
110    factrel.ti,ab. (0)
111    fertagyl.ti,ab. (0)
112    lutrelef.ti,ab. (0)
113    lutrepulse.ti,ab. (0)
114    relefact.ti,ab. (0)
115    fertiral.ti,ab. (0)
116    (hoe471 or "hoe 471").ti,ab. (0)
117    relisorm.ti,ab. (0)
118    cystorelin.ti,ab. (0)
119    dirigestran.ti,ab. (0)
120    or/29-119 (4869)
121    28 and 120 (130)
122    limit 121 to english language (120)
123    limit 122 to yr="2000 -Current" (93)

## Appendix C Evidence selection

The literature searches identified 525 references. These were screened using their titles and abstracts and 25 references were obtained and assessed for relevance. Of these, 9 references are included in the evidence review. The remaining 16 references were excluded and are listed in appendix D.

**Figure 1 – Study selection flow diagram**

## References submitted with Preliminary Policy Proposal

There is no preliminary policy proposal for this policy.

## Appendix D Excluded studies table

| Study reference | Reason for exclusion |
|---|---|
| Achille, C., Taggart, T., Eaton, N.R. et al. (2020) Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology 2020(1): 8 | Intervention – data for GnRH analogues not reported separately from other interventions |
| Bechard, Melanie, Vanderlaan, Doug P, Wood, Hayley et al. (2017) Psychosocial and Psychological Vulnerability in Adolescents with Gender Dysphoria: A "Proof of Principle" Study. Journal of sex & marital therapy 43(7): 678-688 | Population – no GnRH analogues at time of study |
| Chew, Denise, Anderson, Jemma, Williams, Katrina et al. (2018) Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. Pediatrics 141(4) | All primary studies included apart from 1 conference abstract |
| de Vries, Annelou L C, McGuire, Jenifer K et al. (2014) Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 134(4): 696-704 | Population – relevant population included in de Vries et al. 2011 |
| Ghelani, Rahul, Lim, Cheryl, Brain, Caroline et al. (2020) Sudden sex hormone withdrawal and the effects on body composition in late pubertal adolescents with gender dysphoria. Journal of pediatric endocrinology & metabolism: JPEM 33(1): 107-112 | Outcomes – not in the PICO |

| Study reference | Reason for exclusion |
|---|---|
| Giovanardi, G, Morales, P, Mirabella, M et al. (2019) Transition memories: experiences of trans adult women with hormone therapy and their beliefs on the usage of hormone blockers to suppress puberty. Journal of endocrinological investigation 42(10): 1231-1240 | Population – adults only |
| Hewitt, Jacqueline K, Paul, Campbell, Kasiannan, Porpavai et al. (2012) Hormone treatment of gender identity disorder in a cohort of children and adolescents. The Medical journal of Australia 196(9): 578-81 | Outcomes – no data reported for relevant outcomes |
| Jensen, R.K., Jensen, J.K., Simons, L.K. et al. (2019) Effect of Concurrent Gonadotropin-Releasing Hormone Agonist Treatment on Dose and Side Effects of Gender-Affirming Hormone Therapy in Adolescent Transgender Patients. Transgender Health 4(1): 300-303 | Outcomes – not in the PICO |
| Klaver, Maartje, de Mutsert, Renee, Wiepjes, Chantal M et al. (2018) Early Hormonal Treatment Affects Body Composition and Body Shape in Young Transgender Adolescents. The journal of sexual medicine 15(2): 251-260 | Outcomes – not in the PICO |
| Klaver, Maartje, de Mutsert, Renee van der Loos, Maria A T C et al. (2020) Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. Pediatrics 145(3) | Outcomes – not in the PICO |
| Lopez, Carla Marisa, Solomon, Daniel, Boulware, Susan D et al. (2018) Trends in the use of puberty blockers among transgender children in the United States. Journal of pediatric endocrinology & metabolism : JPEM 31(6): 665-670 | Outcomes – not in the PICO |
| Schagen, Sebastian E E, Lustenhouwer, Paul, Cohen-Kettenis, Peggy T et al. (2018) Changes in Adrenal Androgens During Puberty Suppression and Gender-Affirming Hormone Treatment in Adolescents With Gender Dysphoria. The journal of sexual medicine 15(9): 1357-1363 | Outcomes – not in the PICO |
| Swendiman, Robert A, Vogiatzi, Maria G, Alter, Craig A et al. (2019) Histrelin implantation in the pediatric population: A 10-year institutional experience. Journal of pediatric surgery 54(7): 1457-1461 | Population – less than 10% of participants had gender dysphoria; data not reported separately |
| Turban, Jack L, King, Dana, Carswell, Jeremi M et al. (2020) Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics 145(2) | Intervention – data for GnRH analogues not reported separately from other interventions |
| Vrouenraets, Lieke Josephina Jeanne Johanna, Fredriks, A Miranda, Hannema, Sabine E et al. (2016) Perceptions of Sex, Gender, and Puberty Suppression: A Qualitative Analysis of Transgender Youth. Archives of sexual behavior 45(7): 1697-703 | Outcomes – not in the PICO |
| Zucker, Kenneth J, Bradley, Susan J, Owen-Anderson, Allison et al. (2010) Puberty-blocking hormonal therapy for adolescents with gender identity disorder: A descriptive clinical study. Journal of Gay & Lesbian Mental Health 15(1): 58-82 | Intervention – data for GnRH analogues not reported separately from other interventions |

## Appendix E Evidence tables

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Brik T, Vrouenraets L, de Vries M, et al. (2020) Trajectories of adolescents treated with gonadotropin-releasing hormone analogues for gender dysphoria. Archives of Sexual Behaviour https://doi.org/10.1007/s10508-020-01660-8<br><br>Netherlands<br><br>Retrospective observational single-centre study<br><br>To document trajectories after the initiation of GnRH analogue and explore reasons for extended use and discontinuation of GnRH analogues.<br><br>Includes participants seen between November 2010 and January 1, 2018. | Inclusion criteria were adolescents with gender dysphoria, according to the DSM-5 criteria, seen at the single centre and treated with GnRH analogues between November 2010 and January 1, 2018.<br><br>The study excluded adolescents without a diagnosis of gender dysphoria, those who had coexisting problems that interfered with the diagnostic process and/or might interfere with successful treatment (not further defined), those adolescents not wanting hormones, those with ongoing diagnostic evaluation and those who did not attend appointments.<br><br>The sample consisted of 143 adolescents meeting the inclusion/exclusion criteria, 38 transfemales, 105 transmales, with median ages of 15.0 years (range 11.1 to 18.6 years) and 16.1 years | The study only reports that GnRH analogues were given, no specific drug, dose, route, or frequency of administration are reported.<br><br>No comparator cohort was used in the study.<br><br>Follow-up was at (up to) 9 years (last follow-up July 2019). | **Critical outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Psychosocial impact***<br>Not assessed.<br><br>***Engagement with health care services***<br>Not formally assessed but the study reported that out of 214 age and developmentally appropriate adolescents for potential inclusion in the study, 9 were excluded as they stopped attending appointments (4.2%).<br><br>***Stopping treatment***<br>Of the 143 adolescents, 9 (6.2%, 1 transfemale and 8 transmales) stopped taking GnRH analogues after a median duration of 0.8 years (range 0.1 to 3.0). Four adolescents (2.8%) discontinued GnRH analogues although they wanted to continue endocrine treatments for gender dysphoria:<br>• 1 transmale stopped due to increase in mood problems, suicidal thoughts and confusion attributed to GnRH analogues (later had gender-affirming hormones at an adult gender clinic)[1]<br>• 1 transmale experienced hot flushes, increased migraines, had a fear of injections, stress at school and unrelated medical issues, and | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection**<br>1. somewhat representative<br>2. no-non exposed cohort<br>3. secure record<br>4. yes<br>**Domain 2: Comparability**<br>1. no comparator<br>**Domain 3: Outcome**<br>1. record linkage<br>2. yes<br>3. complete follow-up<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Physical and psychological comorbidity was poorly reported, concomitant use of other medicines was not reported.<br><br>Source of funding: not reported. |

| | | | | |
|---|---|---|---|---|
| | (range 10.1 to 17.9 years), respectively at commencement of GnRH analogues.<br><br>Of the 143 adolescents in the study, 125 (87%, 36 transfemales and 89 transmales) subsequently started treatment with gender-affirming hormones after median 1.0 (range 0.5 to 3.8) years and 0.8 (0.3 to 3.7) years, respectively. Median age at the start of gender-affirming hormones was 16.2 years (range 14.5 to 18.6 years) in transfemales and 17.1 years (range 14.9 to 18.8 years) in transmales.<br><br>Five adolescents who used GnRH analogues had not started gender-affirming hormones at the time of data collection as they were not yet eligible for this treatment due to age. At the time of data collection, they had used GnRH analogues for a median duration of 2.1 years (range 1.6 to 2.8). Tanner stage was not reported.<br><br>Six adolescents had been referred to a gender clinic elsewhere for further | | temporarily discontinued treatment (after 4 months)[2]<br>• 1 transmale experienced mood swings 4 months after commencing GnRH analogues. After 2.2 years he developed unexplained severe nausea and rapid weight loss and due to his general condition discontinued GnRH analogues after 2.4 years[3]<br>• 1 transmale stopped GnRH analogues as his parents were unable to regularly collect medication from the pharmacy and take him to appointments for the injections[4]<br>Five adolescents (3.5%) stopped treatment as they no longer wished to continue with gender-affirming treatment.<br>• 1 adolescent had been very distressed about breast development at the start of GnRH analogues and later thought that she might want to live as a woman without breasts. She did not want to live as a boy and discontinued GnRH analogues, although dreaded breast development and menstruation.<br>• 1 adolescent experienced concurrent psychosocial problems interfering with the exploration of gender identity and did not currently want treatment.[5]<br>• 1 adolescent felt more in between male and female and therefore did not want to continue with GnRH analogues.[6]<br>• 1 adolescent made a social transition while using GnRH | |

| | | | | |
|---|---|---|---|---|
| | treatment, including 1 who had prolonged use. | | analogues and shortly after decided to discontinue treatment.[7]<br>• 1 adolescent discontinued after using GnRH analogues as the treatment allowed them to feel who they were.[8] | |

[1] The adolescent later indicated "I was already fully matured when I started GnRH analogues, menstruations were already suppressed by contraceptives. For me, it had no added value" (transmale, age 19 years).
[2] The adolescent restarted endocrine treatment (testosterone) 5 months later.
[3] The adolescent recovered over the next 2 years and subsequently started lynestrenol and testosterone treatment.
[4] The adolescent subsequently started lynestrenol to suppress menses, he was not yet eligible for testosterone treatment.
[5] The adolescent later reflected that "The decision to stop GnRH analogues to my mind was made by the gender team, because they did not think gender dysphoria was the right diagnosis. I do still feel like a man, but for me it is okay to be just me instead of a he or a she, so for now I do not want any further treatment" (adolescent assigned female sex at birth, age 16 years).
[6] The adolescent stated "At the moment, I feel more like 'I am' instead of 'I am a woman' or 'I am a man'" (adolescent assigned female sex at birth, age 16 years).
[7] The adolescent stated that "he had fallen in love with a girl and had never had such feelings, which made him question his gender identity. At subsequent visits, he indicated that he was happy living as a man.
[8] The adolescent stated "After using GnRH analogues for the first time, I could feel who I was without the female hormones, this gave me peace of mind to think about my future. It was an inner feeling that said I am a woman" (adolescent assigned female sex at birth, age 18 years).

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Costa R, Dunsford M, Skagerberg E, et al. (2015) Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. Journal of Sexual Medicine 12(11):2206-14.<br><br>United Kingdom<br><br>Prospective longitudinal observational single centre cohort study<br><br>Includes participants referred to the service between 2010 and 2014. | Adolescents with gender dysphoria who completed a 6-month diagnostic process using DSM-IV-TR criteria for gender dysphoria (comprising the gender dysphoria assessment and psychological interventions) either immediately eligible for treatment with GnRH analogues or delayed eligible for treatment with GnRH analogues (received psychological support without any physical intervention).<br><br>No exclusion criteria were reported.<br><br>The sample consisted of 201 adolescents (sex assigned at birth male to female ratio 1:1.6) | **Intervention**<br>101 individuals were assessed as being immediately eligible for use of GnRH analogues (no specific treatment, dose or route, or frequency of administration reported but all received psychological support).<br><br>**Comparison**<br>The analyses were between the immediately eligible | **Critical outcomes**<br>***Impact on gender dysphoria***<br>The Utrecht gender dysphoria scale (UGDS) was used to assess adolescents' gender dysphoria related discomfort. The Cronbach's alpha (α) for the study was reported as 0.76 to 0.88, suggesting good internal consistency. UGDS was only reported once, for 160 adolescents (50 sex assigned at birth males and 110 sex assigned at birth females). The assessment time point is not reported (baseline or follow-up) and the comparison for gender related discomfort was between sex assigned at birth males and sex assigned at birth females. Sex assigned at birth males had a mean (±SD) UGDS score of 51.6 [±9.7] versus sex assigned at birth | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection**<br>1. somewhat representative<br>2. drawn from the same community as the exposed cohort.<br>3. secure record<br>4. no<br>**Domain 2: Comparability**<br>1. partial comparator<br>**Domain 3: Outcome**<br>1. independent assessment (unclear if blinded)<br>2. yes<br>3. incomplete follow-up |

| | | | | |
|---|---|---|---|---|
| | mean (±SD) age 15.52±1.41 years) from a sampling frame of 436 consecutive adolescents referred to the service between 2010 and 2014. The mean (±SD) age (n=201) at the start of GnRH analogues was 16.48 [±1.26], range 13 to 17 years. The interval from the start of the diagnostic procedure to the start of puberty suppression took approximately 1.5 years [±0.63] from baseline.<br><br>None of the delayed eligible individuals received puberty suppression at the time of this study. Tanner stage was not reported. | and delayed eligible (n=100) adolescents,<br><br>Baseline assessment (following diagnostic procedure) was followed by follow-up at 6 months from baseline (T1), 12 months from baseline (T2) and 18 months from baseline (T3). | females score of 56.1 [±4.3], *t*-test 4.07; p<0.001.<br><br>***Impact on mental health***<br>Not assessed.<br><br>***Impact on quality of life***<br>Not assessed.<br><br>**Important outcomes**<br>***Psychosocial impact***<br>The Children's Global Assessment Scale (CGAS) was used to assess adolescents' psychosocial functioning. The CGAS was administered by psychologists, psychotherapists, and psychiatrists (intra-class correlation assessment was 0.76 ≤ Cronbach's α ≤0.94).<br>At baseline, CGAS scores were not associated with any demographic variable, in both sex assigned at birth males and sex assigned at birth females (all p>0.1).<br>In comparison with sex assigned at birth females, sex assigned at birth males had statistically significantly lower mean (±SD) baseline CGAS scores (55.4 [±12.7] versus 59.2 [11.8]; *t*-test 2.15; p=0.03).<br>There was no statistically significant difference in mean (±SD) CGAS scores at baseline (T0) between immediately eligible adolescents and delayed eligible adolescents (n=201, 58.72 [±11.38] versus 56.63 [±13.14]; *t*-test 1.21; p=0.23).<br>**Immediately eligible compared with delayed eligible participants**<br>At follow-up, there was no statistically significant difference in mean (±SD) | **Overall quality is assessed as poor.**<br><br>Other comments: Physical and psychological comorbidity was poorly reported, concomitant use of other medicines was not reported. Large unexplained loss to follow-up (64.7%) at T3.<br><br>Source of funding: not reported. |

| | | | | |
|---|---|---|---|---|
| | | | CGAS scores at any follow-up time point (T1, T2 or T3) between immediately eligible adolescents and delayed eligible adolescents:<br>• T1, n=201, 60.89 [±12.17] versus 60.29 [±12.81]; *t*-test 0.34; p=0.73<br>• T2, n=121, 64.70 [±13.34] versus 62.97 [±14.10]; *t*-test 0.69; p=0.49<br>• T3, n=71, 67.40 [±13.93] versus 62.53 [±13.54]; *t*-test 1.49; p=0.14.<br>**All participants**<br>There was a statistically significant increase in mean (±SD) CGAS scores at any follow-up time point (T1, T2 or T3) compared with baseline (T0) for the all adolescents group:<br>• T0 (n=201) versus T1 (n=201), 57.73 [±12.27] versus 60.68 [±12.47]; *t*-test 4.87; p<0.001<br>• T0 (n=201) versus T2 (n=121), 57.73 [±12.27] versus 63.31 [±14.41]; *t*-test 3.70; p<0.001<br>• T0 (n=201) versus T3 (n=71), 57.73 [±12.27] versus 64.93 [±13.85]; *t*-test 4.11; p<0.001<br>There was a statistically significant increase in mean (±SD) CGAS scores when comparing the follow-up period T1 to T3 but not for the periods T1 to T2 and T2 to T3, for all adolescents:<br>• T1 (n=201) versus T2 (n=121), 60.68 [±12.47] versus 63.31 [±14.41]; *t*-test 1.73; p<0.08<br>• T1 (n=201) versus T3 (n=71), 60.68 [±12.47] versus 64.93 [±13.85], *t*-test 2.40; p<0.02<br>• T2 (n=121) versus T3 (n=71), 63.31 [±14.41] versus 64.93 [±13.85], *t*-test 0.76; p=0.45 | |

| | | | | |
|---|---|---|---|---|
| | | | There were no statistically significant differences in CGAS scores between sex assigned at birth males and sex assigned at birth females with gender dysphoria in all the follow-up evaluations (all p>0.1). Delayed eligible and immediately eligible adolescents with gender dysphoria were not statistically significantly different for demographic variables (all p>0.1).<br>**Immediately eligible participants**<br>There was a statistically significant increase in mean (±SD) CGAS scores at follow-up times T2 and T3 compared with baseline (T0) but not for T0 versus T1, for the immediately eligible adolescents:<br>• T0 (n=101) versus T1 (n=101), 58.72 [±11.38] versus 60.89 [±12.17]; *t*-test 1.31; p=0.19<br>• T0 (n=101) versus T2 (n=60), 58.72 [±11.38] versus 64.70 [±13.34]; *t*-test 3.02; p=0.003<br>• T0 (n=101) versus T3 (n=35), 58.72 [±11.38] versus 67.40 [±13.93]; *t*-test 3.66; p<0.001<br>There was a statistically significant increase in mean (±SD) CGAS scores when comparing the follow-up period T1 to T3 with each other but not for the periods T1 to T2 and T2 to T3, for the immediately eligible adolescents:<br>• T1 (n=101) versus T2 (n=60), 60.89 [±12.17] versus 64.70 [±13.34]; *t*-test 1.85; p=0.07<br>• T1 (n=101) versus T3 (n=35), 60.89 [±12.17] versus 67.40 [±13.93], *t*-test 2.63; p<0.001 | |

| | | | | |
|---|---|---|---|---|
| | | | • T2 (n=60) versus T3 (n=35), 64.70 [±13.34] versus 67.40 [±13.93], *t*-test 0.94; p=0.35<br>The immediately eligible adolescents had a CGAS score which was not statistically significantly different compared to the sample of children/ adolescents without observed psychological /psychiatric symptoms after 12 months of puberty suppression (T3, *t*=0.01, *p*=0.99). | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| de Vries A, Steensma T, Doreleijers T, et al. (2011) Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. The Journal of Sexual Medicine 8 (8):2276-83.<br><br>Netherlands<br><br>Prospective longitudinal observational single centre before and after study. | The sample size was 70 adolescents receiving GnRH analogues (mean age [±SD] at assessment 13.6±1.8 years) from a sampling frame of 196 consecutive adolescents referred to the service between 2000 and 2008.<br>Inclusion criteria were if they subsequently started gender-affirming hormones between 2003 and 2009 (mean [±SD] age at start of GnRH analogues was 14.75 [±1.92] years)[1]. No specific exclusion criteria were described.<br><br>No diagnostic criteria or concomitant treatments were reported. Tanner stage of the included adolescents was not reported. | **Intervention**<br>70 adolescents were assessed at baseline (T0) before the start of GnRH analogues (no specific treatment, dose or route of administration reported).<br><br>**Comparison**<br>The same 70 adolescents were assessed again at follow-up (T1), shortly before starting gender-affirming hormones. Not all adolescents completed all assessments for all items[2]. | **Critical outcomes**<br>***Impact on gender dysphoria***<br>Impact on gender dysphoria was assessed using the Utrecht Gender Dysphoria Scale (UGDS).<br>• There was no statistically significant difference in UGDS scores between T0 and T1 (n=41). There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting more gender dysphoria, *F* (*df, errdf*), *P*: 15.98 (1,39), p<0.001.<br><br>***Impact on mental health***<br>Depressive symptoms were assessed using the Beck Depression Inventory (BDI-II).<br>• There was a statistically significant reduction in BDI score between T0 and T1, n=41, 8.31 [±7.12] versus 4.95 [±6.72], *F* (*df, errdf*), *P*: 9.28 (1,39), p=0.004.<br>• There was no statistically significant difference between sex assigned at | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection**<br>1. somewhat representative of children and adolescents who have gender dysphoria<br>2. no non-exposed cohort<br>3. no description<br>4. no<br>**Domain 2: Comparability**<br>1. study controls for age, age at start of treatment, IQ, and parental factors<br>**Domain 3: Outcome**<br>1. no description<br>2. no/unclear<br>3. complete<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Physical and psychological comorbidity was not reported, concomitant use of |

| | | | | |
|---|---|---|---|---|
| | | | birth males and sex assigned at birth females, *F* (*df, errdf*), *P*: 3.85 (1,39), p=0.057.<br><br>Anger and anxiety were assessed using Trait Anger and Anxiety (TPI and STAI, respectively) Scales of the State-Trait Personality Inventory.<br>• There was no statistically significant difference in anger (TPI) scale scores between T0 and T1 (n=41). There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting increased anger compared with sex assigned at birth males, *F* (*df, errdf*), *P*: 5.70 (1,39), p=0.022.<br>• Similarly, there was no statistically significant difference in anxiety (STAI) scale scores between T0 and T1 (n=41). There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting increased anxiety compared with sex assigned at birth males, *F* (*df, errdf*), *P*: 16.07 (1,39), p<0.001.<br><br>***Impact on quality of life***<br>Not assessed.<br><br>**Important outcomes**<br>***Impact on body image***<br>Impact on body image was assessed using the Body Image Scale to measure body satisfaction (BIS). | other medicines was not reported.<br><br>Source of funding: This study was supported by a personal grant awarded to the first author by the Netherlands Organization for Health Research and Development. |

| | | | | |
|---|---|---|---|---|
| | | | There was no statistically significant difference between T0 and T1 for any of the 3 BIS scores (primary sex characteristics, secondary sex characteristics or neutral characteristics, n=57). There were statistically significant differences between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting more dissatisfaction, for:<br>• primary sexual characteristics, *F* (*df, errdf*), *P*: 4.11 (1,55), p=0.047.<br>• secondary sexual characteristics, *F* (*df, errdf*), *P*: 11.57 (1,55), p=0.001.<br>But no statistically significant difference between sex assigned at birth males and sex assigned at birth females was found for neutral characteristics. However, there was a significant interaction effect between sex assigned at birth sex and the changes of gender dysphoria between T0 and T1; sex assigned at birth females became more dissatisfied with their secondary sex characteristics compared with sex assigned at birth males, *F* (*df, errdf*), *P*: 14.59 (1,55), p<0.001) and neutral characteristics, *F* (*df, errdf*), *P*: 15.26 (1,55), p<0.001).<br><br>***Psychosocial impact***<br>Psychosocial impact was assessed using both the Child Behaviour Checklist (CBCL) and the Youth Self-Report (YSR) to parents and adolescents, respectively. The Children's Global Assessment Scale was also reported.<br>There was a statistically significant decrease in mean (±SD) total, internalising, and externalising[3] parental | |

CBCL scores between T0 and T1[4] for all adolescents (n=54):

- Total score (T0 – T1) 60.70 [±12.76] versus 54.46 [±11.23], *F* (*df, errdf*), *P*: 26.17 (1,52), p<0.001.
- Internalising score (T0 – T1) 61.00 [±12.21] versus 54.56 [±10.22], *F* (*df, errdf*), *P*: 22.93 (1,52), p<0.001.
- Externalising score (T0 – T1) 58.04 [±12.99] versus 53.81 [±11.86], *F* (*df, errdf*), *P*: 12.04 (1,52), p=0.001.

There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for total and internalising CBCL score but there was a significant difference for the externalising score:

- Externalising score, *F* (*df, errdf*), *P*: 6.29 (1,52), p=0.015.

There was a statistically significant decrease in mean (±SD) total, internalising, and externalising[3] YSR scores between T0 and T1 for all adolescents (n=54):

- Total score (T0 – T1) 55.46 [±11.56] versus 50.00 [±10.56], *F* (*df, errdf*), *P*: 16.24 (1,52), p<0.001.
- Internalising score (T0 – T1) 56.04 [±12.49] versus 49.78 [±11.63], *F* (*df, errdf*), *P*: 15.05 (1,52), p<0.001.
- Externalising score (T0 – T1) 53.30 [±11.87] versus 49.98 [±9.35], *F* (*df, errdf*), *P*: 7.26 (1,52), p=0.009.

There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for total and internalising YSR score but there was a significant difference for the externalising score:

| | | | | |
|---|---|---|---|---|
| | | | • Externalising score, *F* (*df, errdf*), *P*: 9.14 (1,52), p=0.004.<br>There was a statistically significant increase in CGAS mean (±SD) score between T0 and T1 (n=41), 70.24 [±10.12] versus 73.90 [±9.63], *F* (*df, errdf*), *P*: 8.76 (1,39), p=0.005. There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting lower score for global functioning compared with sex assigned at birth males, *F* (*df, errdf*), *P*: 5.77 (1,52), p=0.021.<br>The proportion of adolescents scoring in the clinical range significantly decreased between T0 and T1, on the CBCL total problem scale (44.4% versus 22.2%, $X^2$[1] = 6.00, p=0.001), and the internalising scale (29.6% versus 11.1%, $X^2$[1] = 5.71, p=0.017) of the YSR. | |

[1] There were statistically significant mean age [±SD] differences between sex assigned at birth males and sex assigned at birth females for age at assessment (13.14 [±1.55] versus 14.10 [±1.99] years, p=0.028), age at start of GnRH analogues (14.25 [±1.79] versus 15.21 [±1.95] years, p=0.036) and age at the start of gender-affirming hormones (16.24 [±1.21] versus 16.99 [±1.09] years, p=0.008). No statistically significant differences were seen for other baseline characteristics, time between GnRH analogue and gender-affirming hormones, full scale IQ, parental marital status, education, and sexual attraction to own, other or both sexes.
[2] Independent t-tests between mean scores on the CBCL, YSR, BDI, TPI, STAI, CGAS, UGS, and BIS of adolescents who completed both assessments and mean scores of adolescents who completed only one of the assessments revealed no significant differences on all used measures, at neither T0 or at T1.
[3] The CBCL/YSR has 2 components: Internalising score which sums the anxious/depressed, withdrawn-depressed, and somatic complaints scores; externalising score which sums rule-breaking and aggressive behaviour. The total problems score is the sum of the scores of all the problem items. The YSR is a child self-report version of the CBCL.
[4] A repeated measures ANOVA (analysis of variance) was used.

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Joseph T, Ting J, Butler G. (2019) The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort. Journal of pediatric endocrinology & metabolism 32(10): 1077-1081 | Adolescents (12 to 14 years) with gender dysphoria (no diagnostic criteria described), n=70, including 31 transfemales and 39 transmales. | Treatment with a GnRH analogue for at least 1 year or ongoing until they reached 16 years. No specific treatment, dose or route of | **Critical outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Bone density: lumbar***[1]<br>**Lumbar spine bone mineral apparent density (BMAD)[2] 0 to 1 year**<br>Transfemales (mean [±SD]): | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies.<br><br>**Domain 1: Selection** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| United Kingdom<br><br>Retrospective longitudinal observational single centre study<br><br>To investigate whether there is any significant loss of bone mineral density (BMD) and bone mineral apparent density (BMAD) for up to 3 years of GnRH analogues. To investigate whether there was a significant drop after 1 year of treatment following abrupt withdrawal.<br><br>2011 to 2016 | All had been seen and assessed by a Gender Identity Development Service multi-disciplinary psychosocial health team for at least 4 assessments over a minimum of 6 months. All participants had entered puberty and all but 2 of the transmales were postmenarchal.<br>57% of the transfemales were in early puberty (G2–3 and testicular volume >4 mL) and 43% were in late puberty (G4–5).<br>Details of the sampling frame were not reported.<br>Further details of how the sample was drawn are not reported. | administration reported.<br>No concomitant treatments were reported.<br>No comparator. | 0.235 (0.030) g/cm3 at baseline, 0.233 g/cm3 (0.029) at 1 year (p=0.459); z-score 0.859 (0.154) at baseline, −0.228 (1.027) at 1 year (p=0.000)<br>Transmales (mean [±SD]):<br>0.196 (0.035) g/cm3 at baseline, 0.201 (0.033) g/cm3 at 1 year (p=0.074); z-score −0.186 (1.230) at baseline, −0.541 (1.396) at 1 year (p=0.006)<br>**Lumbar spine BMAD 0 to 2 years**<br>Transfemales (mean [±SD]):<br>0.240 (0.027) g/cm3 at baseline, 0.240 (0.030) g/cm3 at 2 years (p=0.865); z-score 0.486 (0.809) at baseline, −0.279 (0.930) at 2 years (p=0.000)<br>Transmales (mean [±SD]):<br>0.195 (0.058) g/cm3 at baseline, 0.198 (0.055) at 2 years (p=0.433); z-score −0.361 (1.439) at baseline, −0.913 (1.318) at 2 years (p=0.001)<br>**Lumbar spine bone mineral density (BMD) 0 to 1 year**<br>Transfemales (mean [±SD]):<br>0.860 (0.154) kg/m2 at baseline, 0.859 (0.129) kg/m2 at 1 year (p=0.962); z-score −0.016 (1.106) at baseline, −0.461 (1.121) at 1 year (p=0.003)<br>Transmales (mean [±SD]):<br>0.694 (0.149) kg/m2 at baseline, 0.718 (0.124) kg/m2 at 1 year (p=0.006); z-score −0.395 (1.428) at baseline, −1.276 (1.410) at 1 year (p=0.000)<br>**Lumbar spine BMD 0 to 2 years**<br>Transfemales (mean [±SD]):<br>0.867 (0.141) kg/m2 at baseline, 0.878 (0.130) kg/m2 at 2 years (p=0.395); z-score 0.130 (0.972) at baseline, −0.890 (1.075) at 2 years (p=0.000)<br>Transmales (mean [±SD]): | 1. Somewhat representative of children and adolescents who have gender dysphoria<br>2. Not applicable<br>3. Via routine clinical records<br>4. No<br>**Domain 2: Comparability**<br>1. No control group<br>**Domain 3: Outcome**<br>1. Via routine clinical records<br>2. Yes<br>3. No statement<br><br>**Overall quality is assessed as poor**.<br><br>Other comments: although the evidence is of poor quality, the results suggest a possible association between GnRH analogues and BMAD. However, the results are not reliable and could be due to bias or chance. Further details of how the sample was drawn are not reported. No concomitant treatments were reported.<br><br>Source of funding: None disclosed |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | 0.695 (0.220) kg/m2 at baseline, 0.731 (0.209) kg/m2 at 2 years (p=0.058);<br>z-score −0.715 (1.406) at baseline, −2.000 (1.384) at 2 years (p=0.000)<br><br>***Bone density: femoral***<br>**Femoral neck (hip) BMD 0 to 1 year**<br>Transfemales (mean [±SD]):<br>0.894 (0.118) kg/m2 at baseline, 0.905 (0.104) kg/m2 at 1 year (p=0.571);<br>z-score 0.157 (0.905) at baseline, −0.340 (0.816) at 1 year (p=0.002)<br>Transmales (mean [±SD]):<br>0.772 (0.137) kg/m2 at baseline, 0.785 (0.120) kg/m2 at 1 year (p=0.797);<br>z-score −0.863 (1.215) at baseline, −1.440 (1.075) at 1 year (p=0.000)<br>**Femoral neck (hip) BMD 0 to 2 years**<br>Transfemales (mean [±SD]):<br>0.920 (0.116) kg/m2 at baseline, 0.910 (0.125) kg/m2 at 2 years (p=0.402);<br>z-score 0.450 (0.781) at baseline, −0.600 (1.059) at 2 years (p=0.002)<br>Transmales (mean [±SD]):<br>0.766 (0.215) kg/m2 at baseline, 0.773 (0.197) at 2 years (p=0.604);<br>z-score −1.075 (1.145) at baseline, −1.779 (0.816) at 2 years (p=0.001) | |

[1] Lumbar spine (L1-L4) BMD was measured by yearly dual energy X-ray absorptiometry (DXA) scans at baseline (n=70), 1 year (n=70), and 2 years (n=31).
[2] BMAD is a size adjusted value of BMD incorporating body size measurements using UK norms in growing adolescents. Reported as g/cm3 and z-scores. Hip BMAD z-scores were not calculated as there were no available reference ranges.

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Khatchadourian K, Shazhan A, Metzger D. (2014) Clinical management of youth with gender dysphoria in | 27 young people with gender dysphoria who started GnRH analogues (at mean age [±SD] 14.7±1.9 years) out of 84 young | **Intervention**<br>84 young people with gender dysphoria were included. For GnRH analogues no | **Critical Outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Stopping treatment*** | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection** |

| | | | | |
|---|---|---|---|---|
| Vancouver. The Journal of Pediatrics 164 (4): 906-11.<br><br>Canada<br><br>Retrospective observational chart review single centre study | people seen at the unit between 1998 and 2011.<br>Note: the transmale and transfemale subgroups reported in the paper is discrepant, 15 transmales and 11 transfemales (n=26) reported in the outcomes section rather than the n=27 stated in the paper; complete outcome reporting is also incomplete for the transfemale group.<br>Inclusion criteria were at least Tanner stage 2 pubertal development, previous assessment by a mental health professional and a confirmed diagnosis of gender dysphoria (diagnostic criteria not specified). No exclusion criteria are specified. | specific treatment, dose or route of administration reported.<br>**Comparison**<br>No comparator. | The authors report that of 15 transmales taking GnRH analogues:<br>• 14 transitioned to testosterone treatment during the observation period<br>• 7 continued taking GnRH analogues after starting testosterone<br>• 7 discontinued GnRH analogues after a median of 3.0 years (range 0.2 to 9.2 years), of which:<br>  ○ 5 discontinued after hysterectomy and salpingo-oophorectomy<br>  ○ 1 discontinued after 2.2 years (transitioned to gender-affirming hormone)<br>  ○ 1 discontinued after <2 months due to mood and emotional lability<br>The authors report that of 11 transfemales taking GnRH analogues:<br>• 5 received oestrogen treatment during the observation period<br>• 4 continued taking GnRH analogues during oestrogen treatment<br>• 1 discontinued GnRH analogues during oestrogen treatment (no reason reported)<br>• 1 stopped GnRH analogues after a few months due to emotional lability<br>• 1 stopped GnRH analogues before oestrogen treatment (the following year delayed due to heavy smoking)<br>• 1 discontinued GnRH analogues after 13 months due to choosing not to pursue transition<br><br>***Safety***<br>Of the 27 patients treated with GnRH analogues: | 1. not reported<br>2. no non-exposed cohort<br>3. secure record<br>4. no<br>**Domain 2: Comparability**<br>1. not applicable<br>**Domain 3: Outcome**<br>1. record linkage<br>2. yes<br>3. in complete missing data<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: mental health comorbidity was reported for all participants but not for the GnRH analogue cohort separately. Concomitant use of other medicines was not reported.<br><br>Source of funding: No source of funding identified. |

| | | | | |
|---|---|---|---|---|
| | | | • 1 transmale participant developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated.<br>• 1 transmale participant developed leg pains and headaches on GnRH analogues, which eventually resolved without treatment.<br>• 1 participant gained 19 kg within 9 months of initiating GnRH analogues, although their body mass index was >85 percentile before GnRH analogues. | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of clinical endocrinology and metabolism 100(2): e270-5<br><br>Netherlands<br><br>Retrospective longitudinal observational single centre study<br><br>To assess BMD development during GnRH analogues and at age 22 years in adolescents with gender dysphoria who started treatment for gender dysphoria during adolescence. | 34 adolescents (mean age ±SD 14.9±1.9 for transfemales and 15.0±2.0 for transmales at start of GnRH analogues).<br><br>Participants were included if they met DSM-IV-TR criteria for gender identity disorder of adolescence and had been treated with GnRH analogues and gender-affirming hormones during their pubertal years. No concomitant treatments were reported. | The intervention was GnRH analogue monotherapy (triptorelin pamoate 3.75 mg subcutaneously every 4 weeks) followed by gender-affirming hormones from 16 years with discontinuation of GnRH analogue after gonadectomy.<br><br>Median duration of GnRH analogue monotherapy in transfemales was 1.3 years (range, 0.5 to 3.8 years), and in transmales was 1.5 years | **Critical outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Bone density: lumbar***<br>**Lumbar spine bone mineral apparent density (BMAD)[1]**<br>Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]): GnRH analogue: 0.22 (0.03) g/cm3, gender-affirming hormones: 0.22 (0.02) g/cm3 (NS);<br>z-score GnRH analogue: −0.44 (1.10), gender-affirming hormones: −0.90 (0.80) (p=NS)<br>Change from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]: GnRH analogue: 0.25 (0.03) g/cm3, gender-affirming hormones: 0.24 (0.02) g/cm3 (NS); | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies.<br><br>**Domain 1: Selection**<br>1. somewhat representative of children and adolescents who have gender dysphoria<br>2. not applicable<br>3. via routine clinical records<br>4. no<br>**Domain 2: Comparability**<br>1. no control group<br>**Domain 3: Outcome**<br>1. via routine clinical records<br>2. yes<br>3. follow-up rate variable across timepoints and no description of those lost<br><br>**Overall quality is assessed as poor.** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| 1998 to 2012 | | (range, 0.25 to 5.2 years). | z-score GnRH analogue: 0.28 (0.90), gender-affirming hormones: −0.50 (0.81) (p=0.004)<br>**Lumbar spine bone mineral density (BMD)[1]**<br>Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]): GnRH analogue: 0.84 (0.13) g/m2, gender-affirming hormones: 0.84 (0.11) g/m2 (NS);<br>z-score GnRH analogue: −0.77 (0.89), gender-affirming hormones: −1.01 (0.98) (NS)<br>Change from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]): GnRH analogue: 0.95 (0.12) g/m2, gender-affirming hormones: 0.91 (0.10) g/m2 (p=0.006);<br>z-score GnRH analogue: 0.17 (1.18), gender-affirming hormones: −0.72 (0.99) (p<0.001)<br><br>***Bone density; femoral***<br>**Femoral area BMAD[1]**<br>Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]), GnRH analogue: 0.28 (0.04) g/cm3, gender-affirming hormones: 0.26 (0.04) g/cm3 (NS);<br>z-score GnRH analogue: −0.93 (1.22), gender-affirming hormones: −1.57 (1.74) (p=NS)<br>Change from starting GnRH analogue | Other comments: Within person comparison. Small numbers of participants in each subgroup. No concomitant treatments or comorbidities were reported.<br><br>Source of funding: None disclosed |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]), GnRH analogue: 0.32 (0.04) g/cm3, gender-affirming hormones: 0.31 (0.04) (NS);<br>z-score GnRH analogue: 0.01 (0.70), gender-affirming hormones: −0.28 (0.74) (NS)<br>**Femoral area BMD[1]**<br>Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]), GnRH analogue: 0.88 (0.12) g/m2, gender-affirming hormones: 0.87 (0.08) (NS);<br>z-score GnRH analogue: −0.66 (0.77), gender-affirming hormones: −0.95 (0.63) (NS)<br>Change from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]), GnRH analogue: 0.92 (0.10) g/m2, gender-affirming hormones: 0.88 (0.09) (p=0.005);<br>z-score GnRH analogue: 0.36 (0.88), gender-affirming hormones: −0.35 (0.79) (p=0.001) | |

[1] BMD and BMAD of the lumbar spine and femoral region (nondominant side) measured by DXA scans at start of GnRH analogues, (n=32), start of gender-affirming hormones (n=34), and at 22 years (n=34).

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Schagen SEE, Cohen-Kettenis PT, Delemarre-van de Waal HA et al. (2016) | Adolescents with gender dysphoria (n=116), median age (range) 13.6 years (11.6 to 17.9) in transfemales and 14.2 years (11.1 to | GnRH analogue monotherapy (triptorelin pamoate 3.75 mg at 0, 2 and 4 | **Critical outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes** | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents. The journal of sexual medicine 13(7): 1125-32<br><br>Netherlands<br><br>Prospective longitudinal study<br><br>To describe the changes in Tanner stage, testicular volume, gonadotropins, and sex steroids during GnRH analogues of adolescents with gender dysphoria to evaluate the efficacy. To report on liver enzymes, renal function and changes in body composition.<br><br>1998 to 2009 | 18.6) in transmales during first year of GnRH analogues.<br>Participants were included if they met DSM-IV-TR criteria for gender dysphoria, had lifelong extreme gender dysphoria, were psychologically stable and were living in a supportive environment. No concomitant treatments were reported. | weeks followed by injections every 4 weeks, route of administration not described) for at least 3 months. | ***Other safety outcomes: liver function***<br>Glutamyl transferase was not elevated at baseline or during treatment in any subject. Mild elevations of aspartate aminotransferase (AST) and alanine aminotransferase (ALT) above the reference range were present at baseline but were not more prevalent during treatment than at baseline.<br>Glutamyl transferase, AST, and ALT levels did not significantly change from baseline to 12 months of treatment. No values or statistical analyses were reported.<br><br>***Other safety outcomes: kidney function***<br>**Change in serum creatinine between 0 and 1 year**<br>Transfemales (mean [±SD]): 70 (12) micromol/l at baseline, 66 (13) micromol/l at 1 year (p=0.20)<br><br>Transmales (mean [±SD]): 73 (8) micromol/l at baseline, 68 (13) micromol/l at 1 year (p=0.01) | **Domain 1: Selection**<br>1. somewhat representative of children and adolescents who have gender dysphoria<br>2. not applicable<br>3. via routine clinical records<br>4. no<br>**Domain 2: Comparability**<br>1. no control group<br>**Domain 3: Outcome**<br>1. via routine clinical records<br>2. yes<br>3. no statement<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Within person comparison. No concomitant treatments or comorbidities were reported.<br><br>Source of funding: Ferring pharmaceuticals (triptorelin manufacturer) |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Staphorsius A, Baudewijntje P, Kreukels P, et al. (2015) Puberty suppression and executive functioning: an fMRI-study | The inclusion criteria were diagnosed with Gender Identity Disorder according to the DSM-IV-TR and at least 12 years old and Tanner stage of at least B2 or G2 to G3 with | **Intervention**<br>GnRH analogues (triptorelin pamoate 3.75 mg every 4 weeks | **Critical Outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Psychosocial impact*** | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection domain** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| in adolescents with gender dysphoria. Psychoneuroendocrinology 565:190-9.<br><br>Netherlands<br><br>Cross-sectional (single time point) assessment single centre study | measurable oestradiol and testosterone levels in girls and boys, respectively.<br><br>For all group's exclusion criteria were an insufficient command of the Dutch language (how assessed not reported), unadjusted endocrine disorders, neurological or psychiatric disorders that could lead to deviant test results (details not reported) use of psychotropic medication, and contraindications for an MRI scan. Additionally, adolescents receiving puberty delaying medication or any form of hormones besides oral contraceptives were excluded as controls.<br>The sample size was 85 of whom 41 were adolescents (the numbers are discrepant with the number for whom outcomes are reported n=40) with gender dysphoria (20 of whom were being treated with GnRH analogues); 24 girls and 21 boys without gender dysphoria acted as controls (not further reported here). Details of the sampling frame are not reported.<br><br>The ages at which GnRH analogues were started was not reported. The mean duration of treatment was 1.6 years (SD 1.0)<br><br>Mean (±SD) Tanner stage for each group was reported:<br>• Transfemales 3.9 [±1.1]<br>• Transfemales on GnRH analogues 4.1 [±1.0] | subcutaneously or intramuscularly).<br><br>**Comparison**<br>The comparison was between adolescents with gender dysphoria receiving GnRH analogues and those without GnRH analogues. | The Child Behaviour Checklist (CBCL) was used to assess psychosocial impact. The CBCL was administered once during the study. The reported outcomes for each group were (n, mean [±SD]):<br>• Transfemales (all, n=18) 57.8 [±9.2]<br>• Transfemales on GnRH analogues (n=8) 57.4 [±9.8]<br>• Transfemales without GnRH analogues (n=10) 58.2 [±9.3]<br>• Transmales (all, n=22) 60.4 [±10.2]<br>• Transmales on GnRH analogues (n=12) 57.5 [±9.4]<br>• Transmales without GnRH analogues (n=10) 63.9 [±10.5]<br>The analysis of the CBCL data is not discussed, and statistical analysis is unclear.<br><br>***Cognitive development or functioning***<br>**IQ**[1]<br>• Transfemales (mean [±SD]) on GnRH analogues: 94.0 (10.3)<br>• Transfemales (mean [±SD]) without GnRH analogues: 109.4 (21.2)<br>• Transmales (mean [±SD]) on GnRH analogues: 95.8 (15.6)<br>• Transmales (mean [±SD]) without GnRH analogues: 98.5 (15.9)<br>**Reaction time**[2]<br>• Transfemales (mean [±SD]) on GnRH analogues: 10.9 (4.1)<br>• Transfemales (mean [±SD]) without GnRH analogues: 9.9 (3.1) | 1. somewhat representative of children and adolescents who have gender dysphoria<br>2. drawn from the same community as the exposed cohort<br>3. via routine clinical records<br>4. no<br>**Domain 2: Comparability**<br>1. study controls for age and diagnosis<br>**Domain 3: Outcome**<br>1. via clinical assessment<br>2. yes<br>3. unclear<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Physical and psychological comorbidity was not reported, concomitant use of other medicines was not reported.<br><br>Source of funding: This work was supported by an educational grant from the pharmaceutical firm Ferring BV, and by a VICI grant (453-08-003) from the Dutch Science Foundation. The authors state that funding sources did not play a role in any component of this study. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | • Transfemales without GnRH analogues 3.8 [±1.1]<br>• Transmales 4.5 [±0.9]<br>• Transmales on GnRH analogues 4.1 [±1.1]<br>Transmales without GnRH analogues 4.9 [±0.3] | | • Transmales (mean [±SD]) on GnRH analogues: 9.9 (3.1)<br>• Transmales (mean [±SD]) without GnRH analogues: 10.0 (2.0)<br>**Accuracy[3]**<br>• Transfemales (mean [±SD]) on GnRH analogues: 73.9 (9.1)<br>• Transfemales (mean [±SD]) without GnRH analogues: 83.4 (9.5)<br>• Transmales (mean [±SD]) on GnRH analogues: 85.7 (10.5)<br>• Transmales (mean [±SD]) without GnRH analogues: 88.8 (9.7) | |

[1] Estimated with 4 subscales (arithmetic, vocabulary, picture arrangement, and block design) of the Wechsler Intelligence Scale for Children, third edition (WISC-III®, Wechsler 1991) or the Wechsler Adult Intelligence Scale, third edition (WAIS-III®, Wechsler 1997), depending on the participant's age.
[2] Reaction time in seconds in the Tower of London task
[3] Percentage of correct trials in the Tower of London task

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Vlot, Mariska C, Klink, Daniel T, den Heijer, Martin et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19<br><br>Netherlands<br><br>Retrospective observational data analysis study | Adolescents with gender dysphoria, n=70.<br>Median age (range) 15.1 years (11.7 to 18.6) for transmales and 13.5 years (11.5 to 18.3) for transfemales at start of GnRH analogues.<br>Participants were included if they had a diagnosis of gender dysphoria according to DSM-IV-TR criteria who were treated with GnRH analogues and then gender-affirming hormones. No concomitant treatments were reported.<br>The study categorised | GnRH analogues (triptorelin pamoate 3.75 mg every 4 weeks subcutaneously). | **Critical outcomes**<br>No critical outcomes reported<br><br>**Important outcomes**<br>***Bone density: lumbar***<br>**Lumbar spine bone mineral apparent density (BMAD)**<br>Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of <15 years; median [range]), GnRH analogue: 0.21 (0.17 to 0.25) g/cm3, gender-affirming hormones: 0.20 (0.18 to 0.24) g/cm3 (NS); z-score GnRH analogue: −0.20 (−1.82 to 1.18), gender-affirming hormones: −1.52 (−2.36 to 0.42) (p=0.001) | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies.<br><br>**Domain 1: Selection**<br>1. Somewhat representative of children and adolescents who have gender dysphoria<br>2. Not applicable<br>3. Via routine clinical records<br>4. No<br>**Domain 2: Comparability**<br>1. No control group<br>**Domain 3: Outcome**<br>1. Via routine clinical records<br>2. Yes |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| To investigate the course of 3 bone turnover markers in relation to bonemineral density, in adolescents with gender dysphoria during GnRH analogue and gender-affirming hormones.<br><br>2001 to 2011 | participants into a young and old pubertal group, based on their bone age. The young transmales had a bone age of <14 years and the old transmales had a bone age of ≥14 years. The young transfemales group had a bone age of <15 years and the old transfemales group ≥15 years. | | Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15; median [range]), GnRH analogue: 0.22 (0.18 to 0.25) g/cm3, gender-affirming hormones: 0.22 (0.19 to 0.24) g/cm3 (NS); z-score GnRH analogue: −1.18 (−1.78 to 1.09), gender-affirming hormones: −1.15 (−2.21 to 0.08) (p≤0.1)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <15 years; median [range]), GnRH analogue: 0.23 (0.20 to 0.29) g/cm3, gender-affirming hormones: 0.23 (0.19 to 0.28) g/cm3 (NS); z-score GnRH analogue: −0.05 (−0.78 to 2.94), gender-affirming hormones: −0.84 (−2.20 to 0.87) (p=0.003)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥15; median [range]), GnRH analogue: 0.26 (0.21 to 0.29) g/cm3, gender-affirming hormones: 0.24 (0.20 to 0.28) g/cm3 (p≤0.01); z-score GnRH analogue: 0.27 (−1.60 to 1.80), gender-affirming hormones: −0.29 (−2.28 to 0.90) (p≤ 0.0001)<br><br>***Bone density; femoral***<br>**Femoral neck BMAD**<br>Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of <15 years; median [range]), GnRH analogue: 0.29 (0.20 to 0.33) g/cm3, gender-affirming hormones: 0.27 (0.20 to 0.33) g/cm3 (p≤0.1);<br>z-score GnRH analogue: −0.71 (−3.35 to | 3. Follow-up rate variable across outcomes and no description of those lost<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Within person comparison. No concomitant treatments were reported.<br><br>Source of funding: grant from Abbott diagnostics |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | 0.37), gender-affirming hormones: −1.32 (−3.39 to 0.21) ($p \leq 0.1$)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15; median [range]), GnRH analogue: 0.30 (0.26 to 0.36) g/cm3, gender-affirming hormones: 0.30 (0.26 to 0.34) g/cm3 (NS);<br>z-score GnRH analogue: −0.44 (−1.37 to 0.93), gender-affirming hormones: −0.36 (−1.50 to 0.46) (NS)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <15 years; median [range]),<br>GnRH analogue: 0.31 (0.26 to 0.36) g/cm3, gender-affirming hormones: 0.30 (0.22 to 0.35) g/cm3 (NS);<br>z-score GnRH analogue: −0.01 (−1.30 to 0.91), gender-affirming hormones: −0.37 (−2.28 to 0.47) (NS)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥15; median [range]), GnRH analogue: 0.33 (0.25 to 0.39) g/cm3, gender-affirming hormones: 0.30 (0.23 to 0.41) g/cm3 ($p \leq 0.01$);<br>z-score GnRH analogue: 0.27 (−1.39 to 1.32), gender-affirming hormones: −0.27 (−1.91 to 1.29) ($p=0.002$) | |

## Appendix F Quality appraisal checklists

### *Newcastle-Ottawa tool for cohort studies*

| **Question** | |
|---|---|
| Domain: Selection | |
| 1. Representativeness of the exposed cohort | Truly representative of the average [describe] in the community<br>Somewhat representative of the average [describe] in the community<br>Selected group of users e.g. nurses, volunteers<br>No description of the derivation of the cohort |
| 2. Selection of the non-exposed cohort | Drawn from the same community as the exposed cohort<br>Drawn from a different source<br>No description of the derivation of the non-exposed cohort |
| 3. Ascertainment of exposure | Secure record (e.g. surgical records)<br>Structured interview<br>Written self-report<br>No description |
| 4. Demonstration that outcome of interest was not present at start of study | Yes / No |
| Domain: Comparability | |
| 1. Comparability of cohorts on the basis of the design or analysis | Study controls for [select most important factor]<br>Study controls for any additional factor [this criteria could be modified to indicate specific control for a second important factor] |
| Domain: Outcome | |
| 1. Assessment of outcome | Independent blind assessment<br>Record linkage<br>Self-report<br>No description |
| 2. Was follow-up long enough for outcomes to occur | Yes [select and adequate follow up period for outcome of interest]<br>No |
| 3. Adequacy of follow up of cohorts | Complete follow up (all subjects accounted for)<br>Subjects lost to follow up unlikely to introduce bias (small number lost to follow up [select an adequate %] follow up or description provided of those lost)<br>Follow up rate [select an adequate %] and no description of those lost<br>No statement |

## Appendix G Grade profiles

### Table 2: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – gender dysphoria

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Impact on gender dysphoria*** | | | | | | | | | |
| ***Mean±SD Utrecht Gender Dysphoria Scale[1] (version(s) not reported), time point at baseline (before GnRH analogues) versus follow-up (before gender-affirming hormones, higher scores indicate more gender dysphoria)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 53.20±7.91 GnRH analogue: 53.9±17.42 *P*=0.333 | Critical | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

*1 The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The higher the UGDS score the greater the gender dysphoria.*
*2 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

### Table 3: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – mental health

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Impact on mental health*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Mean±SD Beck Depression Inventory-II, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones). (Lower scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 8.31±7.12 GnRH analogue: 4.95±6.72 *P*=0.004 | Critical | VERY LOW |
| ***Mean±SD Trait Anger (TPI), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 18.29±5.54 GnRH analogue: 17.88±5.24 *P*=0.503 | Critical | VERY LOW |
| ***Mean±SD Trait Anxiety (STAI), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 39.43±10.07 GnRH analogue: 37.95±9.38 *P*=0.276 | Critical | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

**Table 4: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – body image**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| **Study** | **Risk of bias** | **Indirectness** | **Inconsistency** | **Imprecision** | **Intervention** | **Comparator** | **Result** | | |
| ***Impact on body image*** | | | | | | | | | |
| ***Mean±SD Body Image Scale (primary sexual characteristics), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=57 | None | Baseline: 4.10±0.56 GnRH analogue: 3.98±0.71 *P*=0.145 | Important | VERY LOW |
| ***Mean±SD Body Image Scale (secondary sexual characteristics), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=57 | None | Baseline: 2.74±0.65 GnRH analogue: 2.82±0.68 *P*=0.569 | Important | VERY LOW |
| ***Mean±SD Body Image Scale (neutral characteristics), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=57 | None | Baseline: 2.41±0.63 GnRH analogue: 2.47±0.56 *P*=0.620 | Important | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

**Table 5: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – psychosocial impact**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Psychosocial impact*** | | | | | | | | | |
| ***Mean [±SD] Children's Global Assessment Scale score, at baseline, higher scores indicate benefit)*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=101 58.72 [±11.38] | n=100 56.63 [±13.14] | *P*=0.23 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, at 6 months[2] (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=101 60.89 [±12.17] | n=100 60.29 [±12.81] | *P*=0.73 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, at 12 months[3] (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=60 64.70 [±13.34] | n=61 62.97 [±14.10] | *P*=0.49 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, at 18 months[4] (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=35 67.40 [±13.93] | n=36 62.53 [±13.54] | *P*=0.14 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, participants at 6 months compared to baseline (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=101 | None | Baseline: 58.72±11.38 6 months: 60.89±12.17 *P*=0.19 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, participants at 12 months compared to baseline (higher scores indicate benefit).*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=60 | None | Baseline: 58.72±11.38 12 months: 64.70±13.34 *P*=0.003 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, participants at 18 months compared to baseline (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=35 | None | Baseline: 58.72±11.38 18 months: 67.40±13.93 *P*<0.001 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, participants at 12 months compared to 6 months (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=60 | None | 6 months: 60.89±12.17 12 months: 64.70±13.34 *P*=0.07 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, participants at 18 months compared to 6 months (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=35 | None | 6 months: 60.89±12.17 18 months: 67.40±13.93 *P*<0.001 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, participants at 18 months compared to 12 months (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=60 N=35 | None | 12 months: 64.70±13.34 18 months: 67.40±13.93 *P*=0.35 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 6 months[2] compared to baseline (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=201 | None | Baseline: 57.73±12.27 6 months: 60.68±12.47 *P*<0.001 | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 12 months[3] compared to baseline (higher scores indicate benefit).*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=121 | None | Baseline: 57.73±12.27 12 months: 63.31±14.41 *P*<0.001 | Important | VERY LOW |
| ***Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 18 months[4] compared to baseline (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=71 | None | Baseline: 57.73±12.27 18 months: 64.93±13.85 *P*<0.001 | Important | VERY LOW |
| ***Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 12 months compared to 6 months (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=121 | None | 6 months: 60.68±12.47 12 months: 63.31±14.41 *P*<0.08 | Important | VERY LOW |
| ***Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 18 months compared to 6 months (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=71 | None | 6 months: 60.68±12.47 18 months: 64.93±13.85 *P*<0.02 | Important | VERY LOW |
| ***Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 18 months compared to 12 months (higher scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=121 N=71 | None | 12 months: 63.31±14.41 18 months: 64.93±13.85 *P*<0.45 | Important | VERY LOW |
| ***Mean±SD Children's Global Assessment Scale score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, higher scores indicate benefit).*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 70.24±10.12 GnRH analogue: 73.90±9.63 *P*=0.005 | Important | VERY LOW |
| ***Mean±SD Child Behaviour Checklist (total T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 60.70±12.76 GnRH analogue: 54.46±11.23 *P*<0.001 | Important | VERY LOW |
| ***Mean±SD Child Behaviour Checklist (internalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 61.00±12.21 GnRH analogue: 52.1±9.81 *P*<0.001 | Important | VERY LOW |
| ***Mean±SD Child Behaviour Checklist (externalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 58.04±12.99 GnRH analogue: 53.81±11.86 *P*=0.001 | Important | VERY LOW |
| ***Proportion of adolescents scoring in the clinical range Child Behaviour Checklist total problem scale, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 44.4% GnRH analogue: 22,2% *P*=0.001 | Important | VERY LOW |
| ***Mean±SD Youth Self-Report (total T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormone, lower scores indicate benefit).*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 55.46±11.56 GnRH analogue: 50.00±10.56 *P*<0.001 | Important | VERY LOW |
| ***Mean±SD Youth Self-Report (internalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 56.04±12.49 GnRH analogue: 49.78±11.63 *P*<0.001 | Important | VERY LOW |
| ***Mean±SD Youth Self-Report (externalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 53.30±11.87 GnRH analogue: 49.98±9.35 *P*=0.009 | Important | VERY LOW |
| ***Proportion of adolescents scoring in the clinical range Youth Self-Report (internalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 29.6% GnRH analogue: 11.1% *P*=0.017 | Important | VERY LOW |
| ***Mean±SD Child Behaviour Checklist score, transfemales (lower scores indicate benefit*** | | | | | | | | | |
| 1 cross-sectional study Staphorsius et al 2015 | Serious limitations[6] | No serious indirectness | Not applicable | Not calculable | N=8 | N=10 | GnRH analogue: 57.4 [±9.8] No GnRH analogue: 58.2 [±9.3] | Important | VERY LOW |
| ***Mean±SD Child Behaviour Checklist score, transmales (lower scores indicate benefit)*** | | | | | | | | | |
| 1 cross-sectional study | Serious limitations[6] | No serious indirectness | Not applicable | Not calculable | N=12 | N=10 | GnRH analogues: 57.5 [±9.4] No GnRH analogue: 63.9 [±10.5] | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Staphorsius et al 2015 | | | | | | | | | |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by Costa et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*2 6 months from baseline (after 6 months of psychological support – both groups).*
*3 12 months from baseline (delayed eligible gender dysphoria [GD] adolescents, after 12 months of psychological support; immediately eligible GD adolescents, after 12 months of psychological support + 6 months of puberty suppression).*
*4 18 months from baseline (delayed eligible gender dysphoria [GD] adolescents, after 12 months of psychological support; immediately eligible GD adolescents, after 12 months of psychological support + 6 months of puberty suppression).*
*5 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*6 Downgraded 1 level - the cohort study by Staphorsius et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no randomisation).*

## Table 6: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – engagement with healthcare services

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Engagement with healthcare services*** | | | | | | | | | |
| ***Number (proportion) failing to engage with health care services (did not attend clinic), at (up to) 9 years follow-up*** | | | | | | | | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 9/214 (4.2%) | None | 9 adolescents out of 214 failed to attend clinic and were excluded from the study (4.2%) | Important | VERY LOW |
| ***Loss to follow-up*** | | | | | | | | | |
| 1 cohort study | Serious limitations[2] | No serious indirectness | Not applicable | | 201 | None | The sample size at baseline and 6 months was 201, which dropped by 39.8% to 121 after | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Costa et al 2015 | | | | Not calculable | | | 12 months and by 64.7% to 71 at 18 months follow-up. No explanation of the reasons for loss to follow-up are reported. | | |

**Abbreviations:** GnRH, gonadotrophin releasing hormone.

*1 Downgraded 1 level - the cohort study by Brik et al. (2018) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*2 Downgraded 1 level - the cohort study by Costa et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

## Table 7: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – stopping treatment

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Stopping treatment*** | | | | | | | | | |
| ***Number (proportion) stopping GnRH analogues, at (up to) 9 years follow-up*** | | | | | | | | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 9/143 (6.2%) | None | 9/143 adolescents stopped GnRH analogues (6.2%)[2] | Important | VERY LOW |
| ***Number (proportion) stopping from GnRH analogues, at (up to) 13 years follow-up*** | | | | | | | | | |
| 1 cohort study Khatchadourian et al 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | 11/27 (42%) | None | 11/26 stopped GnRH analogues (42%)[4] | Important | VERY LOW |
| ***Number (proportion) stopping GnRH analogues but who wished to continue endocrine treatment, at (up to) 9 years follow-up*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 4/143 (2.8%) | None | 4/143 adolescents stopped GnRH analogues but wished to continue treatment (2.8%) | Important | VERY LOW |
| ***Number (proportion) stopping GnRH analogues who no longer wished gender-affirming treatment, at (up to) 9 years follow-up*** | | | | | | | | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 5/143 (3.5%) | None | 5/143 adolescents stopped GnRH analogues and no longer wished to continue gender-affirming treatment (3.5%) | Important | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone.

*1 Downgraded 1 level - the cohort study by Brik et al. (2018) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

*2 Median duration of 0.8 years (range 0.1 to 3.0). Five adolescents stopped treatment because they no longer wished to receive gender-affirming treatment for various reasons. In 4 adolescents (all transmales), although they wanted to continue treatments for gender dysphoria, GnRH analogues were stopped mainly because of adverse effects (such as mood and emotional lability).*

*3 Downgraded 1 level - the cohort study by Khatchadourian et al. (2014) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up).*

*4 Because of transitioning to gender-affirming hormones or gender-affirming surgery, adverse effects (such as mood and emotional lability) or no longer wishing to pursue transition.*

**Table 8. Question 2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – bone density**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Bone density: change in lumbar BMAD*** | | | | | | | | | |
| ***Change in lumbar spine BMAD from baseline to 1 year in transfemales*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=31 | None | Mean (SD), $g/cm^3$<br>Baseline: 0.235 (0.030)<br>1 year: 0.233 (0.029)<br>p=0.459<br><br>z-score<br>Baseline: 0.859 (0.154)<br>1 year: −0.228 (1.027)<br>p=0.000 | IMPORTANT | VERY LOW |
| ***Change in lumbar spine BMAD from baseline to 1 year in transmales*** | | | | | | | | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=39 | None | Mean (SD), $g/cm^3$<br>Baseline: 0.196 (0.035)<br>1 year: 0.201 (0.033)<br>p=0.074<br><br>z-score<br>Baseline: −0.186 (1.230)<br>1 year: −0.541 (1.396)<br>p=0.006 | IMPORTANT | VERY LOW |
| ***Change in lumbar spine BMAD from baseline to 2 years in transfemales*** | | | | | | | | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Mean (SD), $g/cm^3$<br>Baseline: 0.240 (0.027)<br>2 years: 0.240 (0.030)<br>p=0.865<br><br>z-score<br>Baseline: 0.486 (0.809)<br>2 years: −0.279 (0.930)<br>p=0.000 | IMPORTANT | VERY LOW |
| ***Change in lumbar spine BMAD from baseline to 2 years in transmales*** | | | | | | | | | |
| 1 observational study | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=21 | None | Mean (SD), $g/cm^3$<br>Baseline: 0.195 (0.058)<br>2 years: 0.198 (0.055)<br>p=0.433 | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Joseph et al. (2019) | | | | | | | z-score<br>Baseline: −0.361 (1.439)<br>2 years: −0.913 (1.318)<br>p=0.001 | | |
| ***Change in lumbar BMAD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales*** | | | | | | | | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=11<br><br>N=12 | None | Mean (SD), g/cm$^3$<br>GnRH analogue: 0.22 (0.03)<br>Gender-affirming hormones: 0.22 (0.02)<br>NS<br><br>z-score<br>GnRH analogue: −0.44 (1.10)<br>Gender-affirming hormones: −0.90 (0.80)<br>p-value: NS | IMPORTANT | VERY LOW |
| ***Change in lumbar BMAD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales*** | | | | | | | | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18 | None | Mean (SD), g/cm$^3$<br>GnRH analogue: 0.25 (0.03)<br>Gender-affirming hormones: 0.24 (0.02)<br>NS<br><br>z-score<br>GnRH analogue: 0.28 (0.90)<br>Gender-affirming hormones: −0.50 (0.81)<br>p-value: 0.004 | IMPORTANT | VERY LOW |
| ***Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of <15 years)*** | | | | | | | | | |
| 1 observational study<br>Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=15 | None | Median (range), g/cm$^3$<br>GnRH analogue: 0.21 (0.17 to 0.25)<br>Gender-affirming hormones: 0.20 (0.18 to 0.24) | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | NS<br><br>z-score<br>GnRH analogue: −0.20 (−1.82 to 1.18)<br>Gender-affirming hormones: −1.52 (−2.36 to 0.42)<br>p-value: <0.01 | | |
| ***Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15)*** | | | | | | | | | |
| 1 observational study<br>Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=5 | None | Median (range), g/cm³<br>GnRH analogue: 0.22 (0.18 to 0.25)<br>Gender-affirming hormones: 0.22 (0.19 to 0.24)<br>NS<br><br>z-score<br>GnRH analogue: −1.18 (−1.78 to 1.09)<br>Gender-affirming hormones: −1.15 (−2.21 to 0.08)<br>p-value: p≤0.1 | IMPORTANT | VERY LOW |
| ***Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <14 years)*** | | | | | | | | | |
| 1 observational study<br>Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=11 | None | Median (range), g/cm³<br>GnRH analogue: 0.23 (0.20 to 0.29)<br>Gender-affirming hormones: 0.23 (0.19 to 0.28)<br>NS<br><br>z-score<br>GnRH analogue: −0.05 (−0.78 to 2.94)<br>Gender-affirming hormones: −0.84 (−2.20 to 0.87)<br>p-value: ≤0.01 | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥14)*** | | | | | | | | | |
| 1 observational study<br>Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/cm3<br>GnRH analogue: 0.26 (0.21 to 0.29)<br>Gender-affirming hormones: 0.24 (0.20 to 0.28)<br>p≤0.01<br><br>z-score<br>GnRH analogue: 0.27 (−1.60 to 1.80)<br>Gender-affirming hormones: −0.29 (−2.28 to 0.90)<br>p-value: p ≤ 0.01) | IMPORTANT | VERY LOW |
| ***Bone density: change in lumbar BMD*** | | | | | | | | | |
| ***Change in lumbar spine BMD from baseline to 1 year in transfemales*** | | | | | | | | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=31 | None | Mean (SD), kg/m2<br>Baseline: 0.860 (0.154)<br>1 year: 0.859 (0.129)<br>p=0.962<br><br>z-score<br>Baseline: −0.016 (1.106)<br>1 year: −0.461 (1.121)<br>p=0.003 | IMPORTANT | VERY LOW |
| ***Change in lumbar spine BMD from baseline to 1 year in transmales*** | | | | | | | | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=39 | None | Mean (SD), kg/m2<br>Baseline: 0.694 (0.149)<br>1 year: 0.718 (0.124)<br>p=0.006<br><br>z-score<br>Baseline: −0.395 (1.428)<br>1 year: −1.276 (1.410)<br>p=0.000 | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Change in lumbar spine BMD from baseline to 2 years in transfemales*** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Mean (SD), kg/m2<br>Baseline: 0.867 (0.141)<br>2 years: 0.878 (0.130)<br>p=0.395<br><br>z-score<br>Baseline: 0.130 (0.972)<br>2 years: −0.890 (1.075)<br>p=0.000 | IMPORTANT | VERY LOW |
| ***Change in lumbar spine BMD from baseline to 2 years in transmales*** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=21 | None | Mean (SD), kg/m2<br>Baseline: 0.695 (0.220)<br>2 years: 0.731 (0.209)<br>p=0.058<br><br>z-score<br>Baseline: −0.715 (1.406)<br>2 years: −2.000 (1.384)<br>p=0.000 | IMPORTANT | VERY LOW |
| ***Change in lumbar BMD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales*** | | | | | | | | | |
| 1 observational study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=12<br><br>N=11 | None | Mean (SD), g/m2<br>GnRH analogue: 0.84 (0.13)<br>Gender-affirming hormones: 0.84 (0.11)<br>NS<br><br>z-score<br>GnRH analogue: −0.77 (0.89)<br>Gender-affirming hormones: −1.01 (0.98)<br>NS | IMPORTANT | VERY LOW |
| ***Change in lumbar BMD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18 | None | Mean (SD), g/m2<br>GnRH analogue: 0.95 (0.12)<br>Gender-affirming hormones: 0.91 (0.10)<br>p-value: 0.006<br><br>z-score<br>GnRH analogue: 0.17 (1.18)<br>Gender-affirming hormones: −0.72 (0.99)<br>p-value: <0.001 | IMPORTANT | VERY LOW |
| ***Bone density: change in femoral neck (hip) BMD*** | | | | | | | | | |
| ***Change in femoral neck BMD from baseline to 1 year in transfemales*** | | | | | | | | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=31 | None | Mean (SD), kg/m2<br>Baseline: 0.894 (0.118)<br>1 year: 0.905 (0.104)<br>p=0.571<br><br>z-score<br>Baseline: 0.157 (0.905)<br>1 year: −0.340 (0.816)<br>p=0.002 | IMPORTANT | VERY LOW |
| ***Change from baseline to 1 year in femoral neck BMD in transmales*** | | | | | | | | | |
| 1 observational study<br>Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=39 | None | Mean (SD), kg/m2<br>Baseline: 0.772 (0.137)<br>1 year: 0.785 (0.120)<br>p=0.797<br><br>z-score<br>Baseline: −0.863 (1.215)<br>1 year: −1.440 (1.075)<br>p=0.000 | IMPORTANT | VERY LOW |
| ***Change from baseline to 2 years in femoral neck BMD in transfemales*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Mean (SD), kg/m2 Baseline: 0.920 (0.116) 2 years: 0.910 (0.125) p=0.402 z-score Baseline: 0.450 (0.781) 2 years: −0.600 (1.059) p=0.002 | IMPORTANT | VERY LOW |
| ***Change from baseline to 2 years in femoral neck BMD in transmales*** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=21 | None | Mean (SD), kg/m2 Baseline: 0.766 (0.215) 2 years: 0.773 (0.197) p=0.604 z-score Baseline: −1.075 (1.145) 2 years: −1.779 (0.816) p=0.001 | IMPORTANT | VERY LOW |
| ***Bone density: change in femoral neck (hip) BMAD*** | | | | | | | | | |
| ***Change from starting GnRH analogue to starting gender-affirming hormones in femoral neck BMAD in transfemales (bone age of <15 years)*** | | | | | | | | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=16 | None | Median (range), g/cm3 GnRH analogue: 0.29 (0.20 to 0.33) Gender-affirming hormones: 0.27 (0.20 to 0.33) p≤0.1 z-score GnRH analogue: −0.71 (−3.35 to 0.37) Gender-affirming hormones: −1.32 (−3.39 to 0.21) p≤0.1 | IMPORTANT | VERY LOW |
| ***Change in femoral neck BMAD from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15)*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=6 | None | Median (range), g/cm3 GnRH analogue: 0.30 (0.26 to 0.36) Gender-affirming hormones: 0.30 (0.26 to 0.34) NS<br><br>z-score GnRH analogue: −0.44 (−1.37 to 0.93) Gender-affirming hormones: −0.36 (−1.50 to 0.46) NS | IMPORTANT | VERY LOW |
| ***Change in femoral neck BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <14 years)*** | | | | | | | | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Median (range), g/cm3 GnRH analogue: 0.31 (0.26 to 0.36) Gender-affirming hormones: 0.30 (0.22 to 0.35) NS<br><br>z-score GnRH analogue: −0.01 (−1.30 to 0.91) Gender-affirming hormones: −0.37 (−2.28 to 0.47) NS | IMPORTANT | VERY LOW |
| ***Change in femoral neck BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥14)*** | | | | | | | | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/cm3 GnRH analogue: 0.33 (0.25 to 0.39) Gender-affirming hormones: 0.30 (0.23 to 0.41) p-value: ≤0.01<br><br>z-score | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | GnRH analogue: 0.27 (−1.39 to 1.32)<br>Gender-affirming hormones: −0.27 (−1.91 to 1.29)<br>p-value: ≤0.01 | | |
| ***Bone density: change in femoral area BMD*** | | | | | | | | | |
| ***Change in femoral BMD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales*** | | | | | | | | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=14<br><br>N=6 | None | Mean (SD), g/m2<br>GnRH analogue: 0.88 (0.12)<br>Gender-affirming hormones: 0.87 (0.08)<br>NS<br><br>z-score<br>GnRH analogue: −0.66 (0.77)<br>Gender-affirming hormones: −0.95 (0.63)<br>NS | IMPORTANT | VERY LOW |
| ***Change in femoral BMD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales*** | | | | | | | | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18<br><br>N=13 | None | Mean (SD), g/m2<br>GnRH analogue: 0.92 (0.10)<br>Gender-affirming hormones: 0.88 (0.09)<br>p-value: 0.005<br><br>z-score<br>GnRH analogue: 0.36 (0.88)<br>Gender-affirming hormones: −0.35 (0.79)<br>p-value: 0.001 | IMPORTANT | VERY LOW |
| ***Bone density: change in femoral area BMAD*** | | | | | | | | | |
| ***Change in femoral BMAD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=12<br><br>N=10 | None | Mean (SD), g/cm3<br>GnRH analogue: 0.28 (0.04)<br>Gender-affirming hormones: 0.26 (0.04)<br>NS<br><br>z-score<br>GnRH analogue: −0.93 (1.22)<br>Gender-affirming hormones: −1.57 (1.74)<br>p-value: NS | IMPORTANT | VERY LOW |
| ***Change in femoral BMAD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales*** | | | | | | | | | |
| 1 observational study<br>Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18<br><br>N=18 | None | Mean (SD), g/cm3<br>GnRH analogue: 0.32 (0.04)<br>Gender-affirming hormones: 0.31 (0.04)<br>NS<br><br>z-score<br>GnRH analogue: 0.01 (0.70)<br>Gender-affirming hormones: −0.28 (0.74)<br>NS | IMPORTANT | VERY LOW |

**Abbreviations:** BMAD, bone mineral apparent density; BMD, bone mineral density; GnRH, gonadotrophin releasing hormone; NS, not significant; SD, standard deviation.

*1 Downgraded 1 level - the cohort study by Joseph et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*2 Downgraded 1 level - the cohort study by Klink et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding, no randomisation, no control group and high number of participants lost to follow-up).*
*3 Downgraded 1 level - the cohort study by Vlot et al. (2017) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control).*

**Table 9 Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – cognitive development or functioning**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Cognitive development or functioning (1 cross-sectional study)*** | | | | | | | | | |
| ***IQ (4 subscales: arithmetic, vocabulary, picture arrangement, and block design) at a single time point between GnRH analogue treated and untreated transfemales*** | | | | | | | | | |
| 1 Cross-sectional study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=8 Mean (SD) 94.0 (10.3) | N=10 Mean (SD) 109.4 (21.2) | NR | IMPORTANT | VERY LOW |
| ***IQ (4 subscales: arithmetic, vocabulary, picture arrangement, and block design) at a single time point between GnRH analogue treated and untreated transmales*** | | | | | | | | | |
| 1 Cross-sectional study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=12 Mean (SD) 95.8 (15.6) | N=10 Mean (SD) 98.5 (15.9) | NR | IMPORTANT | VERY LOW |
| ***Reaction time at a single time point between GnRH analogue treated and untreated transfemales*** | | | | | | | | | |
| 1 Cross-sectional study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=8 Mean (SD) 10.9 (4.1) | N=10 Mean (SD) 9.9 (3.1) | NR | IMPORTANT | VERY LOW |
| ***Reaction time at a single time point between GnRH analogue treated and untreated transmales*** | | | | | | | | | |
| 1 Cross-sectional study | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=12 Mean (SD) 9.9 (3.1) | N=10 Mean (SD) 10.0 (2.0) | NR | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Staphorsius et al. 2015 | | | | | | | | | |
| ***Accuracy at a single time point between GnRH analogue treated and untreated transfemales*** | | | | | | | | | |
| 1 cohort study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=8 Mean (SD) 73.9 (9.1) | N=10 Mean (SD) 83.4 (9.5) | NR | IMPORTANT | VERY LOW |
| ***Accuracy at a single time point between GnRH analogue treated and untreated transmales*** | | | | | | | | | |
| 1 cohort study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=12 Mean (SD) 85.7 (10.5) | N=10 Mean (SD) 88.8 (9.7) | NR | IMPORTANT | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; NR, not reported; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by Staphorsius et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no randomisation).*

**Table 10: Question 2: In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – other safety outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| ***Other safety outcomes: change in serum creatinine*** | | | | | | | | | |
| ***Change in serum creatinine (micromol/l) between baseline and 1 year in transfemales*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study Schagen et al. 2016 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=28 | None | Mean (SD) Baseline: 70 (12) 1 year: 66 (13) p-value: 0.20 | IMPORTANT | VERY LOW |
| ***Change in serum creatinine (μmol/l) between baseline and 1 year in transmales*** | | | | | | | | | |
| 1 observational study Schagen et al. 2016 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=29 | None | Mean (SD) Baseline: 73 (8) 1 year: 68 (13) p-value: 0.01 | IMPORTANT | VERY LOW |
| ***Other safety outcomes: liver enzymes*** | | | | | | | | | |
| ***Presence of elevated liver enzymes (AST, ALT, and glutamyl transferase) between baseline and during treatment*** | | | | | | | | | |
| 1 observational study Schagen et al. 2016 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 39 | None | Glutamyl transferase was not elevated at baseline or during treatment in any subject. Mild elevations of AST and ALT above the reference range were present at baseline but were not more prevalent during treatment than at baseline. Glutamyl transferase, AST, and ALT levels did not significantly change from baseline to 12 months of treatment. | IMPORTANT | VERY LOW |
| ***Other safety outcomes: adverse effects*** | | | | | | | | | |
| ***Proportion of patients reporting adverse effects*** | | | | | | | | | |
| 1 cohort study Khatchadourian et al 2014 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable[2] | 27 | None | 3/27 adolescents[3] | Important | VERY LOW |

**Abbreviations:** ALT, alanine aminotransferase; AST, aspartate aminotransferase; GnRH, gonadotrophin releasing hormone; P, P-value; SD, standard deviation.

*1 Downgraded 1 level - the cohort study by Schagen et al. (2016) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control).*
*2 Downgraded 1 level - the cohort study by Khatchadourian et al. (2014) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up).*
*3 1 transmale developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated. 1 transmale developed leg pains and headaches, which eventually resolved without treatment. 1 participant gained 19 kg within 9 months of initiating GnRH analogues.*

## Table 11: Question 4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria? – critical outcomes

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| ***Subgroups: sex assigned at birth males compared with sex assigned at birth females*** | | | | | | | | | |
| ***Impact on gender dysphoria*** | | | | | | | | | |
| ***Mean [±SD] Utrecht Gender Dysphoria Scale (version(s) not reported), time point at baseline (before GnRHa) versus follow-up (just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 47.95 [±9.70] score at T1 49.67 [±9.47] | n-NR[2] score at T0 56.57 [±3.89] score at T1 56.62 [±4.0] | *F*-ratio 15.98 (*df, errdf*: 1,39), *P*<0.001 | Critical | VERY LOW |
| ***Impact on mental health*** | | | | | | | | | |
| ***Mean [±SD] Beck Depression Inventory-II, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 5.71 [±4.31] score at T1 3.50 [±4.58] | n-NR[2] score at T0 10.34 [±8.24] score at T1 6.09 [±7.93] | *F*-ratio 3.85 (*df, errdf*: 1,39), *P*=0.057 | Critical | VERY LOW |
| ***Mean [±SD] Trait Anger (TPI), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 5.22 [±2.76] score at T1 5.00 [±3.07] | n-NR[2] score at T0 6.43 [±2.78] score at T1 6.39 [±2.59] | *F*-ratio 5.70 (*df, errdf*: 1,39), *P*=0.022 | Critical | VERY LOW |
| ***Mean [±SD] Trait Anxiety (STAI), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 4.33 [±2.68] score at T1 4.39 [±2.64] | n-NR[2] score at T0 7.00 [±2.36] score at T1 6.17 [±2.69] | *F*-ratio 16.07 (*df, errdf*: 1,39), *P*<0.001 | Critical | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; NR, not reported; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*2 The overall sample size completing the outcome at both time points was 41.*

**Table 11: Question: 4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria? – important outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| **Study** | **Risk of bias** | **Indirectness** | **Inconsistency** | **Imprecision** | **Sex assigned at birth males** | **Sex assigned at birth females** | **Result** | | |
| ***Subgroups: sex assigned at birth males compared with sex assigned at birth females*** | | | | | | | | | |
| ***Impact on body image*** | | | | | | | | | |
| ***Mean [±SD] Body Image Scale (primary sexual characteristics), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 4.02 [±0.16] score at T1 3.74 [±0.78] | n-NR[2] score at T0 4.16 [±0.52] score at T1 4.17 [±0.58] | *F*-ratio 4.11 (*df, errdf*: 1,55), *P*=0.047 | Important | VERY LOW |
| ***Mean [±SD] Body Image Scale (secondary sexual characteristics), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 2.66 [±0.50] score at T1 2.39 [±0.69] | n-NR[2] score at T0 2.81 [±0.76] score at T1 3.18 [±0.42] | *F*-ratio 11.57 (*df, errdf*: 1,55), *P*=0.001[3] | Important | VERY LOW |
| ***Mean [±SD] Body Image Scale (neutral characteristics), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 2.60 [±0.58] score at T1 2.32 [±0.59] | n-NR[2] score at T0 2.24 [±0.62] score at T1 2.61 [±0.50] | *F*-ratio 0.081 (*df, errdf*: 1,55), *P*=0.777[3] | Important | VERY LOW |
| ***Psychosocial impact*** | | | | | | | | | |
| ***Mean [±SD] Children's Global Assessment Scale score, at baseline.*** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | n=not reported 55.4 [±12.7] | n=not reported 59.2 [±11.8] | *t*-test 2.15; *P*=0.03[5] | Important | VERY LOW |
| ***Mean [±SD] Children's Global Assessment Scale score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[6] score at T0 73.10 [±8.84] score at T1 77.33 [±8.69] | n-NR[6] score at T0 67.25 [±11.06] score at T1 70.30 [±9.44] | *F*-ratio 5.77 (*df, errdf*: 1,39), *P*=0.021 | Important | VERY LOW |
| ***Mean [±SD] Child Behaviour Checklist (total T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 59.42 [±11.78] score at T1 50.38 | n-NR[7] score at T0 61.73 [±13.60] | *F*-ratio 2.64 (*df, errdf*: 1,52), *P=0.110* | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| | | | | | [±10.57] | score at T1 57.73 [±10.82] | | | |
| ***Mean [±SD] Child Behaviour Checklist (internalising T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 60.00 [±9.51] score at T1 52.17 [±9.81] | n-NR[7] score at T0 61.80 [±14.12] score at T1 56.30 [±10.33] | *F*-ratio 1.16 (*df, errdf*: 1,52), *P*=0.286 | Important | VERY LOW |
| ***Mean [±SD] Child Behaviour Checklist (externalising T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 54.71 [±12.91] score at T1 48.75 [±10.22] | n-NR[7] score at T0 60.70 [±12.64] score at T1 57.87 [±11.66] | *F*-ratio 6.29 (*df, errdf*: 1,52), *P*=0.015 | Important | VERY LOW |
| ***Mean [±SD] Youth Self-Report (total T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 53.56 [±12.26] score at T1 47.84 [±10.86] | n-NR[7] score at T0 57.10 [±10.87] score at T1 51.86 [±10.11] | *F*-ratio 1.99 (*df, errdf*: 1,52), *P*=0.164 | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| ***Mean [±SD] Youth Self-Report (internalising T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 55.88 [±11.81] score at T1 49.24 [±12.24] | n-NR[7] score at T0 56.17 [±13.25] score at T1 50.24 [±11.28] | *F*-ratio 0.049 (*df, errdf*: 1,52), *P*=0.825 | Important | VERY LOW |
| ***Mean [±SD] Youth Self-Report (externalising T) score, time point at baseline (T0 before GnRHa) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 48.72 [±11.83] score at T1 46.52 [±9.23] | n-NR[7] score at T0 57.24 [±10.59] score at T1 52.97 [±8.51] | *F*-ratio 9.14 (*df, errdf*: 1,52), *P*=0.004 | Important | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; NR, not reported; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*2 The overall sample size completing the outcome at both time points was 57.*
*3 There was a significant interaction effect between sex assigned at birth and BDI between T0 and T1; sex assigned at birth females became more dissatisfied with their secondary F (df, errdf), P: 14.59 (1,55), P<0.001) and neutral F (df, errdf), P: 15.26 (1,55), P<0.001) sex characteristics compared with sex assigned at birth males.*
*4 Serious limitations – the cohort study by Costa et al. 2015 was assessed as at high risk of bias (poor quality).*
*5 At baseline, CGAS scores were not associated with any demographic variable, in both sex assigned at birth males and females. There were no statistically significant differences in CGAS scores between gender dysphoric sex assigned at birth males and females in all follow-up evaluations (P>0.1; full data not reported).*
*6 The overall sample size completing the outcome at both time points was 41*
*7 The overall sample size completing the outcome at both time points was 54.*

## Glossary

| Term | Definition |
|---|---|
| Beck Depression Inventory-II (BDI-II) | The BDI-II is a tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63. |
| Body Image Scale (BIS) | The BIS is used to measure body satisfaction. The scale consists of 30 body features, which the person rates on a 5-point scale. Each of the 30 items falls into one of 3 basic groups based on its relative importance as a gender-defining body feature: primary sex characteristics, secondary sex characteristics, and neutral body characteristics. A higher score indicates more dissatisfaction. |
| Bone mineral apparent density (BMAD) | BMAD is a size adjusted value of bone mineral density (BMD) incorporating body size measurements using UK norms in growing adolescents. |
| Child Behaviour Checklist (CBCL) | CBCL is a checklist parents complete to detect emotional and behavioural problems in children and adolescents. |
| Children's Global Assessment Scale (CGAS) | The CGAS tool is a validated measure of global functioning on a single rating scale from 1 to 100. Lower scores indicate poorer functioning. |
| Gender | The roles, behaviours, activities, attributes, and opportunities that any society considers appropriate for girls and boys, and women and men. |
| Gender dysphoria | Discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves regarding their gender) and that person's sex assigned at birth (and the associated gender role, and/or primary and secondary sex characteristics). |
| Gonadotrophin releasing hormone (GnRH) analogues | GnRH analogues competitively block GnRH receptors to prevent the spontaneous release of 2 gonadotropin hormones, Follicular Stimulating Hormone (FSH) and Luteinising Hormone (LH) from the pituitary gland. The reduction in FSH and LH secretion reduces oestradiol secretion from the ovaries in those whose sex assigned at birth was female and testosterone secretion from the testes in those whose sex assigned at birth was male. |
| Sex assigned at birth | Sex assigned at birth (male or female) is a biological term and is based on genes and how external and internal sex and reproductive organs work and respond to hormones. Sex is the label that is recorded when a baby's birth is registered. |
| Tanner stage | Tanner staging is a scale of physical development. |
| Trait Anger Spielberger scales of the State-Trait Personality Inventory (TPI) | The TPI is a validated 20-item inventory tool which measures the intensity of anger as the disposition to experience angry feelings as a personality trait. Higher scores indicate greater anger. |
| Transgender (including transmale and transfemale) | Transgender is a term for someone whose gender identity is not congruent with their birth-registered sex. A transmale is a person who identifies as male and a transfemale is a person who identifies as female. |

| Utrecht Gender Dysphoria Scale (UGDS) | The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The higher the UGDS score the greater the impact on gender dysphoria. |
|---|---|
| Youth Self-Report (YSR) | The self-administered YSR is a checklist to detect emotional and behavioural problems in children and adolescents. It is self-completed by the child or adolescent. The scales consist of a Total problems score, which is the sum of the scores of all the problem items. An internalising problem scale sums the anxious/depressed, withdrawn-depressed, and somatic complaints scores while the externalising problem scale combines rule-breaking and aggressive behaviour. |

## References

**Included studies**

- Brik T, Vrouenraets L, de Vries M et al. (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. Archives of Sexual Behaviour. [Accessed 6 August 2020]
- Costa R, Dunsford M, Skagerberg E et al. (2015) Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. Journal of Sexual Medicine. [online] Volume 12(11), Pages 2206-2214. Available at: https://doi.org/10.1111/jsm.13034 [Accessed 7 August 2020]
- de Vries A, Steensma T, Doreleijers T et al. (2011) Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. The Journal of Sexual Medicine Volume 8, Issue 8, August, Pages 2276-2283. [Accessed 11 August 2020].
- Joseph T, Ting J, Butler G (2019) The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort. Journal of pediatric endocrinology & metabolism 32(10): 1077-1081
- Khatchadourian K, Shazhan A, Metzger D. (2014) Clinical Management of Youth with Gender Dysphoria in Vancouver. The Journal of Pediatrics. Volume 164, Issue 4, April, Pages 906-911. [Accessed 14 August 2020]
- Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of clinical endocrinology and metabolism 100(2): e270-5
- Schagen SEE, Cohen-Kettenis PT, Delemarre-van de Waal HA et al. (2016) Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents. The journal of sexual medicine 13(7): 1125-32
- Staphorsius A, Baudewijntje P, Kreukels P, et al. (2015) Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology Volume 565. Pages 190-199. [Accessed 10 August 2020]

- Vlot, Mariska C, Klink, Daniel T, den Heijer, Martin et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19

**Other references**

- World Health Organisation (2018) International Classification of Diseases 11. Available from https://icd.who.int/ [online; accessed 20 August 2020]
- American Psychiatric Association. (2013). Diagnostic and statistical Manual of Mental Disorders (DSM-5) (5th ed). Washington, DC and London: American Psychiatric Publishing. pp.451-460. [accessed 20 August 2020]
- NHS England (2013). NHS Standard contract for gender identity development service for children and adolescents [accessed 20 August 2020]

**Copyright**

© NICE 2021. All rights reserved. Subject to Notice of rights



# PRESS RELEASE

## AbbVie Reports Full-Year and Fourth-Quarter 2021 Financial Results

- *Reports Full-Year Diluted EPS of $6.45 on a GAAP Basis, an Increase of 137.1 Percent; Adjusted Diluted EPS of $12.70, an Increase of 20.3 Percent*
- *Delivers Full-Year Net Revenues of $56.197 Billion on a GAAP Basis, an Increase of 22.7 Percent; Adjusted Net Revenues Were $56.122 Billion*
- *Full-Year Global Net Revenues from the Immunology Portfolio Were $25.284 Billion, an Increase of 14.1 Percent on a Reported Basis, or 13.5 Percent on an Operational Basis; U.S. Humira Net Revenues Were $17.330 Billion, an Increase of 7.6 Percent; Internationally, Humira Net Revenues Were $3.364 Billion, a Decrease of 9.6 Percent on a Reported Basis, or 12.8 Percent on an Operational Basis, Due to Biosimilar Competition; Global Skyrizi Net Revenues Were $2.939 Billion; Global Rinvoq Net Revenues Were $1.651 Billion*
- *Full-Year Global Net Revenues from the Hematologic Oncology Portfolio Were $7.228 Billion, an Increase of 8.7 Percent on a Reported Basis, or 8.3 Percent on an Operational Basis; Global Imbruvica Net Revenues Were $5.408 Billion, an Increase of 1.8 Percent, with U.S. Net Revenues of $4.321 Billion and International Profit Sharing of $1.087 Billion; Global Venclexta Net Revenues Were $1.820 Billion*
- *Full-Year Global Net Revenues from the Neuroscience Portfolio Were $5.927 Billion; Global Botox Therapeutic Net Revenues Were $2.451 Billion; Vraylar Net Revenues Were $1.728 Billion*
- *Full-Year Global Net Revenues from the Aesthetics Portfolio Were $5.233 Billion; Global Botox Cosmetic Net Revenues Were $2.232 Billion*
- *Reports Fourth-Quarter Diluted EPS of $2.26 on a GAAP Basis, an Increase of Over 100.0 Percent; Adjusted Diluted EPS of $3.31, an Increase of 13.4 Percent*
- *Delivers Fourth-Quarter Net Revenues of $14.886 Billion, an Increase of 7.4 Percent on a GAAP Basis*
- *Provides 2022 GAAP Diluted EPS Guidance Range of $9.26 to $9.46; Provides 2022 Adjusted Diluted EPS Guidance Range of $14.00 to $14.20*

**NORTH CHICAGO, Ill.,** February 2, 2022 – AbbVie (NYSE:ABBV) announced financial results for the fourth quarter and full year ended December 31, 2021.

"We delivered another year of outstanding performance in 2021 with double-digit revenue and EPS growth that were well above our initial expectations," said Richard A. Gonzalez, chairman and chief executive officer, AbbVie. "We are entering 2022 with significant momentum and expect our diverse set of growth assets, robust pipeline and excellent execution to deliver continued strong performance this year and over the long term."

Note: "Operational" comparisons are presented at constant currency rates that reflect comparative local currency net revenues at the prior year's foreign exchange rates.

**Fourth-Quarter Results**

- Worldwide net revenues were $14.886 billion, an increase of 7.4 percent on a reported basis, or 7.5 percent on an operational basis.
- Global net revenues from the immunology portfolio were $6.746 billion, an increase of 13.2 percent on a reported basis, or 13.3 percent on an operational basis.
  - Global Humira net revenues of $5.334 billion increased 3.5 percent on a reported and operational basis. U.S. Humira net revenues were $4.553 billion, an increase of 6.0 percent. Internationally, Humira net revenues were $781 million, a decrease of 9.1 percent on a reported basis, or 8.8 percent on an operational basis, due to biosimilar competition.
  - Global Skyrizi net revenues were $895 million.
  - Global Rinvoq net revenues were $517 million.
- Global net revenues from the hematologic oncology portfolio were $1.873 billion, an increase of 4.6 percent on a reported basis, or 4.7 percent on an operational basis.
  - Global Imbruvica net revenues were $1.385 billion, a decrease of 2.7 percent, with U.S. net revenues of $1.114 billion and international profit sharing of $271 million.
  - Global Venclexta net revenues were $488 million, an increase of 33.3 percent on a reported basis, or 34.0 percent on an operational basis.
- Global net revenues from the neuroscience portfolio were $1.654 billion, an increase of 19.0 percent on a reported and operational basis.
  - Global Botox Therapeutic net revenues were $671 million, an increase of 18.3 percent on a reported basis, or 18.1 percent on an operational basis.
  - Vraylar net revenues were $489 million, an increase of 21.8 percent.
  - Global Ubrelvy net revenues were $183 million.
- Global net revenues from the aesthetics portfolio were $1.407 billion, an increase of 23.3 percent on a reported basis, or 22.8 percent on an operational basis.
  - Global Botox Cosmetic net revenues were $626 million, an increase of 27.0 percent on a reported basis, or 26.6 percent on an operational basis.
  - Global Juvederm net revenues were $432 million, an increase of 30.6 percent on a reported basis, or 29.8 percent on an operational basis.
- On a GAAP basis, the gross margin ratio in the fourth quarter was 71.0 percent. The adjusted gross margin ratio was 83.6 percent.
- On a GAAP basis, selling, general and administrative expense was 21.9 percent of net revenues. The adjusted SG&A expense was 22.2 percent of net revenues.
- On a GAAP basis, research and development expense was 12.3 percent of net revenues. The adjusted R&D expense was 12.1 percent of net revenues, reflecting funding actions supporting all stages of our pipeline.
- On a GAAP basis, the operating margin in the fourth quarter was 34.1 percent. The adjusted operating margin was 49.3 percent.
- On a GAAP basis, net interest expense was $571 million.
- On a GAAP basis, the tax rate in the quarter was 5.3 percent. The adjusted tax rate was 12.5 percent.
- Diluted EPS in the fourth quarter was $2.26 on a GAAP basis. Adjusted diluted EPS, excluding specified items, was $3.31.

Note: "Operational" comparisons are presented at constant currency rates that reflect comparative local currency net revenues at the prior year's foreign exchange rates.

**Recent Events**

- AbbVie confirmed prior revenue guidance of greater than $15 billion in combined Skyrizi (risankizumab) and Rinvoq (upadacitinib) risk-adjusted sales in 2025. AbbVie expects each asset to deliver risk-adjusted sales of greater than $7.5 billion in 2025. Skyrizi is part of a collaboration between Boehringer Ingelheim and AbbVie, with AbbVie leading development and commercialization globally.

- AbbVie announced that the U.S. Food and Drug Administration (FDA) approved Rinvoq for the treatment of moderate to severe atopic dermatitis (AD) in adults and children 12 years of age and older whose disease did not respond to previous treatment and is not well controlled with other pills or injections, including biologic medicines, or when use of other pills or injections is not recommended. The approval includes two dose strengths (15 mg and 30 mg, once daily) and is supported by efficacy and safety data from one of the largest registrational Phase 3 programs for AD with more than 2,500 patients evaluated across three studies. This milestone marked the third FDA-approved indication for Rinvoq.

- AbbVie announced the FDA approved Rinvoq (15 mg, once daily) for the treatment of adults with active psoriatic arthritis (PsA) who have had an inadequate response or intolerance to one or more tumor necrosis factor (TNF) blockers. The approval is supported by two Phase 3 clinical studies where Rinvoq showed efficacy across multiple measures of disease activity in active PsA with a safety profile consistent with that seen in rheumatoid arthritis (RA). This milestone marked the second FDA-approved indication for Rinvoq.

- AbbVie announced the FDA approved Skyrizi for the treatment of adults with active PsA. The approval is supported by two Phase 3 clinical studies where Skyrizi demonstrated significant improvement in joint symptoms, including swollen, tender and painful joints, compared to placebo. This milestone marked the second FDA-approved indication for Skyrizi.

- AbbVie announced the European Commission (EC) approved Skyrizi alone or in combination with methotrexate (MTX), for the treatment of active PsA in adults who have had an inadequate response or who have been intolerant to one or more disease-modifying anti-rheumatic drugs (DMARDs). The positive opinion is based on data from two pivotal Phase 3 studies which evaluated the efficacy and safety of Skyrizi in adults with active PsA and marks Skyrizi's second indication in the European Union (EU).

- AbbVie announced that it submitted applications to the FDA and European Medicines Agency (EMA) seeking approval for Rinvoq (15 mg, once daily) for the treatment of adults with active non-radiographic axial spondyloarthritis (nr-axSpA). The submissions are supported by the Phase 3 SELECT-AXIS 2 (study 2) clinical trial in which Rinvoq demonstrated significant improvements in signs and symptoms as well as physical function and disease activity versus placebo. No new safety risks were observed compared to the known safety profile of Rinvoq. In addition, AbbVie requested label enhancements for Rinvoq in the EU to include adult patients with active AS who had an inadequate response to biologic DMARDs, based on newly generated clinical data. These data were also provided to the FDA in support of the agency's ongoing review of the supplemental New Drug Application (sNDA) for Rinvoq in AS.

- AbbVie announced that it submitted an application to the EMA seeking approval for Skyrizi (600 mg intravenous induction and 360 mg subcutaneous maintenance therapy) for the treatment of patients 16 years and older with moderate to severe Crohn's disease (CD). The submission is supported by three pivotal Phase 3 studies in which Skyrizi demonstrated significant improvements in clinical remission and endoscopic response as both induction and maintenance therapy. The overall safety findings in these pivotal studies were generally consistent with the known safety profile of Skyrizi. If approved, CD will mark the third indication for Skyrizi in the EU.

- AbbVie announced positive top-line results from the Phase 3 induction study, U-EXCEED, which showed Rinvoq (45 mg, once daily) achieved both primary endpoints of clinical remission and endoscopic response at week 12 as well as key secondary endpoints in patients with moderate to severe CD. The safety results in this study were consistent with the known profile of Rinvoq, with no new safety risks observed. U-EXCEED is the first of two Phase 3 induction studies to evaluate the safety and efficacy of Rinvoq in adults with moderate to severe CD and full results from the study will be presented at a future medical meeting and submitted for publication in a peer-reviewed journal.

**Recent Events (Continued)**

- At the American College of Rheumatology's (ACR) annual meeting, AbbVie shared 38 abstracts from across its rheumatology portfolio that underscored AbbVie's commitment to advancing its portfolio of medicines to help more people living with rheumatic diseases. Highlights included new efficacy data on Rinvoq in people with active PsA and axial involvement, new long-term analysis evaluating the sustainability of response to Rinvoq among patients with RA as well as efficacy and safety data from the KEEPsAKE 1 and KEEPsAKE 2 trials evaluating Skyrizi in adults with PsA treated through 24 weeks.

- AbbVie announced that the FDA granted Breakthrough Therapy Designation (BTD) to investigational telisotuzumab vedotin (Teliso-V) for the treatment of patients with advanced/metastatic epidermal growth factor receptor (EGFR) wild type, nonsquamous non-small cell lung cancer (NSCLC) with high levels of c-Met overexpression whose disease has progressed on or after platinum-based therapy. The BTD is supported by interim data from the ongoing Phase 2 LUMINOSITY study and a Phase 3 study is planned to begin in the first half of 2022.

- At the American Society of Hematology Annual Meeting (ASH), AbbVie presented results from nearly 30 abstracts across 8 types of cancer. Highlights included data from the Phase 2 CAPTIVATE and Phase 3 GLOW studies evaluating minimal residual disease (MRD) and disease-free survival outcomes with fixed duration treatment in patients with chronic lymphocytic leukemia (CLL)/small lymphocytic leukemia (SLL) who received the Imbruvica (ibrutinib) + Venclexta (venetoclax) combination regimen; results from several studies evaluating Venclexta in approved and investigational indications; as well as data evaluating ABBV-383, epcoritamab and lemzoparlimab. Venetoclax is being developed by AbbVie and Roche and is jointly commercialized by AbbVie and Genentech, a member of the Roche Group, in the U.S. and by AbbVie outside of the U.S. Imbruvica is jointly developed and commercialized with Janssen Biotech, Inc. Epcoritamab is being co-developed by Genmab and AbbVie. Lemzoparlimab is being developed through a collaboration with AbbVie and I-Mab.

- Allergan Aesthetics announced the successful completion of its acquisition of Soliton, Inc. The addition of Soliton and its technology complements Allergan Aesthetics' portfolio of non-invasive body contouring treatments to now include a proven treatment for the appearance of cellulite.

- At the American Society for Dermatologic Surgery meeting, Allergan Aesthetics presented 6 abstracts from its leading portfolio of aesthetic treatments and products, which highlighted its approach to innovative science and commitment to bring new and impactful treatments to customers and patients globally. Highlights included two Botox Cosmetic (OnabotulinumtoxinA) abstracts that were recognized as "Best of Cosmetic Oral Abstracts".

- AbbVie announced the FDA approved Vuity (pilocarpine HCl ophthalmic solution) 1.25% for the treatment of presbyopia, commonly known as age-related blurry near vision, in adults. Vuity is the first and only FDA-approved eye drop to treat this common and progressive eye condition that affects nearly half of the U.S. adult population. The approval is supported by two pivotal Phase 3 studies that demonstrated Vuity works in as early as 15 minutes and lasts for up to 6 hours, as measured on day 30, to improve near and intermediate vision without impacting distance vision.

- At the American Academy of Ophthalmology Annual Meeting (AAO), AbbVie presented new data from its leading eye care portfolio. Highlights included new pooled post-hoc analyses and patient-reported outcomes of Vuity 1.25%, analyses on Durysta (bimatoprost intracameral implant) and 3 real-world data studies on the glaucoma patient journey.

- AbbVie announced that it has extended its preclinical oncology research collaboration agreement with the University of Chicago through 2025. Under the agreement, the organizations will continue working together to advance research in several areas, focusing on oncology, and AbbVie gains an option for an exclusive license to certain University of Chicago discoveries made as part of the collaboration.

**Full-Year 2022 Outlook**

AbbVie is issuing its GAAP diluted EPS guidance for the full-year 2022 of $9.26 to $9.46. AbbVie expects to deliver adjusted diluted EPS for the full-year 2022 of $14.00 to $14.20. The company's 2022 adjusted diluted EPS guidance excludes $4.74 per share of intangible asset amortization expense, non-cash charges for contingent consideration adjustments and other specified items.

**About AbbVie**

AbbVie's mission is to discover and deliver innovative medicines that solve serious health issues today and address the medical challenges of tomorrow. We strive to have a remarkable impact on people's lives across several key therapeutic areas: immunology, oncology, neuroscience, eye care, virology, women's health and gastroenterology, in addition to products and services across its Allergan Aesthetics portfolio. For more information about AbbVie, please visit us at www.abbvie.com. Follow @abbvie on Twitter, Facebook or LinkedIn.

**Conference Call**

AbbVie will host an investor conference call today at 8:00 a.m. Central time to discuss our fourth-quarter performance. The call will be webcast through AbbVie's Investor Relations website at investors.abbvie.com. An archived edition of the call will be available after 11:00 a.m. Central time.

**Non-GAAP Financial Results**

Financial results for 2021 and 2020 are presented on both a reported and a non-GAAP basis. Reported results were prepared in accordance with GAAP and include all revenue and expenses recognized during the period. Non-GAAP results adjust for certain non-cash items and for factors that are unusual or unpredictable, and exclude those costs, expenses, and other specified items presented in the reconciliation tables later in this release. AbbVie's management believes non-GAAP financial measures provide useful information to investors regarding AbbVie's results of operations and assist management, analysts, and investors in evaluating the performance of the business. Non-GAAP financial measures should be considered in addition to, and not as a substitute for, measures of financial performance prepared in accordance with GAAP. The company's 2022 financial guidance is also being provided on both a reported and a non-GAAP basis.

**Forward-Looking Statements**

Some statements in this news release are, or may be considered, forward-looking statements for purposes of the Private Securities Litigation Reform Act of 1995. The words "believe," "expect," "anticipate," "project" and similar expressions, among others, generally identify forward-looking statements. AbbVie cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in the forward-looking statements. Such risks and uncertainties include, but are not limited to, the failure to realize the expected benefits of AbbVie's acquisition of Allergan or to promptly and effectively integrate Allergan's business, challenges to intellectual property, competition from other products, difficulties inherent in the research and development process, adverse litigation or government action, and changes to laws and regulations applicable to our industry. Additional information about the economic, competitive, governmental, technological and other factors that may affect AbbVie's operations is set forth in Item 1A, "Risk Factors," of AbbVie's 2020 Annual Report on Form 10-K, which has been filed with the Securities and Exchange Commission, as updated by its Quarterly Reports on Form 10-Q and in other documents that AbbVie subsequently files with the Securities and Exchange Commission that update, supplement or supersede such information. AbbVie undertakes no obligation to release publicly any revisions to forward-looking statements as a result of subsequent events or developments, except as required by law.

**Media:**

Frank Benenati

(224) 668-4169

**Investors:**

Liz Shea

(847) 935-2211

Todd Bosse

(847) 936-1182

Jeffrey Byrne

(847) 938-2923

**AbbVie Inc.**
**Key Product Revenues**
**Quarter Ended December 31, 2021**
**(Unaudited)**

| | Net Revenues (in millions) | | | % Change vs. 4Q20 Reported | | | Operational[a] | |
|---|---|---|---|---|---|---|---|---|
| | U.S. | Int'l. | Total | U.S. | Int'l. | Total | Int'l. | Total |
| **NET REVENUES** | **$11,677** | **$3,209** | **$14,886** | **9.5%** | **0.5%** | **7.4%** | **0.9%** | **7.5%** |
| **Immunology** | **5,696** | **1,050** | **6,746** | **14.2** | **8.3** | **13.2** | **9.0** | **13.3** |
| Humira | 4,553 | 781 | 5,334 | 6.0 | (9.1) | 3.5 | (8.8) | 3.5 |
| Skyrizi | 761 | 134 | 895 | 68.6 | 82.1 | 70.5 | 84.8 | 70.9 |
| Rinvoq | 382 | 135 | 517 | 57.1 | >100.0 | 84.4 | >100.0 | 85.2 |
| **Hematologic Oncology** | **1,363** | **510** | **1,873** | **(0.7)** | **22.5** | **4.6** | **23.1** | **4.7** |
| Imbruvica[b] | 1,114 | 271 | 1,385 | (4.3) | 4.6 | (2.7) | 4.6 | (2.7) |
| Venclexta | 249 | 239 | 488 | 19.4 | 51.8 | 33.3 | 53.5 | 34.0 |
| **Aesthetics** | **877** | **530** | **1,407** | **21.1** | **27.1** | **23.3** | **25.8** | **22.8** |
| Botox Cosmetic | 397 | 229 | 626 | 31.3 | 20.3 | 27.0 | 19.3 | 26.6 |
| Juvederm Collection | 180 | 252 | 432 | 22.8 | 36.8 | 30.6 | 35.3 | 29.8 |
| Other Aesthetics | 300 | 49 | 349 | 9.1 | 15.3 | 9.9 | 13.9 | 9.7 |
| **Neuroscience** | **1,440** | **214** | **1,654** | **21.1** | **7.1** | **19.0** | **7.0** | **19.0** |
| Botox Therapeutic | 561 | 110 | 671 | 18.9 | 15.4 | 18.3 | 14.1 | 18.1 |
| Vraylar | 489 | — | 489 | 21.8 | n/a | 21.8 | n/a | 21.8 |
| Duodopa | 29 | 99 | 128 | 0.1 | (2.0) | (1.5) | (0.7) | (0.5) |
| Ubrelvy | 183 | — | 183 | >100.0 | n/a | >100.0 | n/a | >100.0 |
| Other Neuroscience | 178 | 5 | 183 | (19.9) | 42.0 | (18.9) | 34.3 | (19.0) |
| **Eye Care** | **672** | **288** | **960** | **7.6** | **(4.7)** | **3.6** | **(3.8)** | **3.9** |
| Lumigan/Ganfort | 72 | 77 | 149 | 6.2 | (9.2) | (2.4) | (9.0) | (2.3) |
| Alphagan/Combigan | 102 | 39 | 141 | 9.0 | (4.3) | 4.9 | (3.6) | 5.1 |
| Restasis | 350 | 14 | 364 | 4.9 | 28.1 | 5.7 | 32.8 | 5.9 |
| Other Eye Care | 148 | 158 | 306 | 14.2 | (4.8) | 3.6 | (3.7) | 4.2 |
| **Women's Health** | **216** | **7** | **223** | **(12.5)** | **(18.4)** | **(12.7)** | **(22.1)** | **(12.8)** |
| Lo Loestrin | 123 | 5 | 128 | (10.6) | 16.1 | (10.0) | 9.9 | (10.1) |
| Orilissa/Oriahnn | 37 | 2 | 39 | 3.6 | 44.1 | 4.8 | 37.2 | 4.6 |
| Other Women's Health | 56 | — | 56 | (24.2) | (75.9) | (26.2) | (75.8) | (26.2) |
| **Other Key Products** | **1,146** | **283** | **1,429** | **0.9** | **(8.6)** | **(1.1)** | **(6.8)** | **(0.7)** |
| Mavyret | 197 | 230 | 427 | (10.9) | (11.6) | (11.3) | (9.4) | (10.1) |
| Creon | 327 | — | 327 | 7.8 | n/a | 7.8 | n/a | 7.8 |
| Lupron | 148 | 44 | 192 | 6.1 | 5.4 | 6.0 | 5.5 | 6.0 |
| Linzess/Constella | 278 | 9 | 287 | 0.1 | 20.4 | 0.6 | 17.4 | 0.5 |
| Synthroid | 196 | — | 196 | 0.9 | n/a | 0.9 | n/a | 0.9 |

[a] "Operational" comparisons are presented at constant currency rates that reflect comparative local currency net revenues at the prior year's foreign exchange rates.

[b] Reflects profit sharing for Imbruvica international revenues.

n/a = not applicable

# AbbVie Inc.
## Key Product Revenues
## Twelve Months Ended December 31, 2021
## (Unaudited)

| | Net Revenues (in millions) | | | % Change vs. 12M20 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Reported | | | Comparable Operational[a, b] | | |
| | U.S. | Int'l. | Total | U.S. | Int'l. | Total | U.S. | Int'l. | Total |
| **ADJUSTED NET REVENUES[c]** | **$43,435** | **$12,687** | **$56,122** | **24.6%** | **16.1%** | **22.6%** | **12.3%** | **4.7%** | **10.5%** |
| **Immunology** | **21,087** | **4,197** | **25,284** | **16.2** | **4.8** | **14.1** | **16.2** | **1.2** | **13.5** |
| Humira | 17,330 | 3,364 | 20,694 | 7.6 | (9.6) | 4.3 | 7.6 | (12.8) | 3.7 |
| Skyrizi | 2,486 | 453 | 2,939 | 79.6 | >100.0 | 84.9 | 79.6 | >100.0 | 84.0 |
| Rinvoq | 1,271 | 380 | 1,651 | 94.8 | >100.0 | >100.0 | 94.8 | >100.0 | >100.0 |
| **Hematologic Oncology** | **5,255** | **1,973** | **7,228** | **2.8** | **28.0** | **8.7** | **2.8** | **26.2** | **8.3** |
| Imbruvica[d] | 4,321 | 1,087 | 5,408 | 0.4 | 7.7 | 1.8 | 0.4 | 7.7 | 1.8 |
| Venclexta | 934 | 886 | 1,820 | 16.1 | 66.2 | 36.1 | 16.1 | 60.9 | 34.0 |
| **Aesthetics** | **3,350** | **1,883** | **5,233** | **>100.0** | **>100.0** | **>100.0** | **44.7** | **52.2** | **47.3** |
| Botox Cosmetic* | 1,424 | 808 | 2,232 | >100.0 | 90.0 | >100.0 | 57.4 | 42.6 | 51.8 |
| Juvederm Collection* | 658 | 877 | 1,535 | >100.0 | >100.0 | >100.0 | 53.6 | 61.3 | 57.9 |
| Other Aesthetics* | 1,268 | 198 | 1,466 | 90.2 | >100.0 | 93.0 | 29.2 | 56.9 | 32.1 |
| **Neuroscience** | **5,061** | **866** | **5,927** | **76.8** | **36.7** | **69.5** | **23.0** | **10.6** | **21.1** |
| Botox Therapeutic* | 2,012 | 439 | 2,451 | 74.3 | 89.0 | 76.7 | 20.5 | 22.8 | 20.9 |
| Vraylar* | 1,728 | — | 1,728 | 81.7 | n/a | 81.7 | 24.5 | n/a | 24.5 |
| Duodopa | 102 | 409 | 511 | (1.0) | 4.6 | 3.4 | (1.0) | (0.1) | (0.3) |
| Ubrelvy* | 552 | — | 552 | >100.0 | n/a | >100.0 | >100.0 | n/a | >100.0 |
| Other Neuroscience* | 667 | 18 | 685 | 26.3 | 77.4 | 27.2 | (17.7) | 14.2 | (17.2) |
| **Eye Care** | **2,403** | **1,164** | **3,567** | **65.9** | **58.2** | **63.3** | **5.6** | **2.2** | **4.5** |
| Lumigan/Ganfort* | 273 | 306 | 579 | 64.7 | 44.1 | 53.1 | (0.1) | (10.2) | (5.6) |
| Alphagan/Combigan* | 373 | 156 | 529 | 66.5 | 52.5 | 62.1 | 5.7 | 1.7 | 4.5 |
| Restasis* | 1,234 | 56 | 1,290 | 63.3 | 75.3 | 63.8 | 4.1 | 24.9 | 4.9 |
| Other Eye Care* | 523 | 646 | 1,169 | 72.7 | 66.1 | 69.0 | 12.9 | 7.6 | 10.0 |
| **Women's Health** | **771** | **25** | **796** | **19.1** | **(1.6)** | **18.3** | **(16.0)** | **(33.7)** | **(16.6)** |
| Lo Loestrin* | 423 | 14 | 437 | 21.9 | 43.3 | 22.5 | (18.5) | (4.9) | (18.2) |
| Orilissa/Oriahnn | 139 | 6 | 145 | 15.4 | 57.7 | 16.7 | 15.4 | 47.6 | 16.4 |
| Other Women's Health* | 209 | 5 | 214 | 16.2 | (57.5) | 11.7 | (24.8) | (73.9) | (27.7) |
| **Other Key Products** | **4,322** | **1,167** | **5,489** | **10.3** | **(3.9)** | **6.9** | **2.8** | **(7.1)** | **0.6** |
| Mavyret | 754 | 956 | 1,710 | (4.0) | (8.5) | (6.5) | (4.0) | (10.8) | (7.8) |
| Creon | 1,191 | — | 1,191 | 6.9 | n/a | 6.9 | 6.9 | n/a | 6.9 |
| Lupron | 604 | 179 | 783 | 0.5 | 18.0 | 4.0 | 0.5 | 15.0 | 3.4 |
| Linzess/Constella* | 1,006 | 32 | 1,038 | 55.1 | 77.3 | 55.7 | 8.0 | 9.9 | 8.1 |
| Synthroid | 767 | — | 767 | (0.6) | n/a | (0.6) | (0.6) | n/a | (0.6) |

[a] "Comparable Operational" comparisons include full-period current year and prior year results for Allergan products, as if the acquisition closed on January 1, 2019, and are presented at constant currency rates that reflect comparative local currency net revenues at the prior year's foreign exchange rates.

[b] All historically reported Allergan revenues have been recast to conform to AbbVie's revenue recognition accounting policies and reporting conventions for certain rebates and discounts. Historically reported Allergan revenues also exclude Zenpep and Viokace product revenues, which were both divested as part of the acquisition, as well as specified items.

[c] Adjusted net revenues exclude specified items. Refer to the Reconciliation of GAAP Reported to Non-GAAP Adjusted Information for further details. Percentage change is calculated using adjusted net revenues.

[d] Reflects profit sharing for Imbruvica international revenues.

* Represents product(s) acquired as part of the Allergan acquisition.

n/a = not applicable

**AbbVie Inc.**
**Consolidated Statements of Earnings**
**Quarter and Twelve Months Ended December 31, 2021 and 2020**
**(Unaudited) (In millions, except per share data)**

| | Fourth Quarter Ended December 31 | | Twelve Months Ended December 31 | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| Net revenues | $ 14,886 | $ 13,858 | $ 56,197 | $ 45,804 |
| Cost of products sold | 4,320 | 4,684 | 17,446 | 15,387 |
| Selling, general and administrative | 3,260 | 3,231 | 12,349 | 11,299 |
| Research and development | 1,827 | 1,890 | 7,084 | 6,557 |
| Acquired in-process research and development | 405 | 300 | 962 | 1,198 |
| Other operating expense, net | — | — | 432 | — |
| Total operating costs and expenses | 9,812 | 10,105 | 38,273 | 34,441 |
| Operating earnings | 5,074 | 3,753 | 17,924 | 11,363 |
| Interest expense, net | 571 | 618 | 2,384 | 2,280 |
| Net foreign exchange loss | 16 | 17 | 51 | 71 |
| Other expense, net | 216 | 4,625 | 2,500 | 5,614 |
| Earnings (loss) before income tax expense | 4,271 | (1,507) | 12,989 | 3,398 |
| Income tax expense (benefit) | 226 | (1,545) | 1,440 | (1,224) |
| Net earnings | 4,045 | 38 | 11,549 | 4,622 |
| Net earnings attributable to noncontrolling interest | 1 | 2 | 7 | 6 |
| Net earnings attributable to AbbVie Inc. | $ 4,044 | $ 36 | $ 11,542 | $ 4,616 |
| Diluted earnings per share attributable to AbbVie Inc. | $ 2.26 | $ 0.01 | $ 6.45 | $ 2.72 |
| Adjusted diluted earnings per share[a] | $ 3.31 | $ 2.92 | $ 12.70 | $ 10.56 |
| Weighted-average diluted shares outstanding | 1,778 | 1,776 | 1,777 | 1,673 |

[a] Refer to the Reconciliation of GAAP Reported to Non-GAAP Adjusted Information for further details. Weighted-average diluted shares outstanding includes the effect of dilutive securities.

# AbbVie Inc.
## Reconciliation of GAAP Reported to Non-GAAP Adjusted Information
## Quarter Ended December 31, 2021
## (Unaudited) (In millions, except per share data)

1. Specified items impacted results as follows:

| | 4Q21 | | |
|---|---|---|---|
| | Earnings | | Diluted |
| | Pre-tax | After-tax[a] | EPS |
| **As reported (GAAP)** | **$ 4,271** | **$ 4,044** | **$ 2.26** |
| Adjusted for specified items: | | | |
| Intangible asset amortization | 1,806 | 1,490 | 0.84 |
| Acquisition and integration costs | (191) | (212) | (0.12) |
| Acquired IPR&D | 405 | 405 | 0.23 |
| Change in fair value of contingent consideration | 232 | 232 | 0.13 |
| Litigation matters | 200 | 167 | 0.09 |
| Impacts related to tax law changes | — | (265) | (0.15) |
| Other | 41 | 58 | 0.03 |
| **As adjusted (non-GAAP)** | **$ 6,764** | **$ 5,919** | **$ 3.31** |

[a] Represents net earnings attributable to AbbVie Inc.

Acquisition and integration costs reflect a recovery of certain Allergan acquisition-related regulatory fees partially offset by Allergan-related integration costs and Soliton acquisition costs. Acquired IPR&D represents initial costs to acquire rights to in-process R&D projects through R&D collaborations, licensing arrangements or other asset acquisitions. Other primarily includes COVID-19 related expenses and tax related items.

2. The impact of the specified items by line item was as follows:

| | 4Q21 | | | | |
|---|---|---|---|---|---|
| | Cost of products sold | SG&A | R&D | Acquired IPR&D | Other expense, net |
| **As reported (GAAP)** | **$ 4,320** | **$ 3,260** | **$ 1,827** | **$ 405** | **$ 216** |
| Adjusted for specified items: | | | | | |
| Intangible asset amortization | (1,806) | — | — | — | — |
| Acquisition and integration costs | (43) | 250 | (16) | — | — |
| Acquired IPR&D | — | — | — | (405) | — |
| Change in fair value of contingent consideration | — | — | — | — | (232) |
| Litigation matters | — | (200) | — | — | — |
| Other | (23) | (3) | (13) | — | (2) |
| **As adjusted (non-GAAP)** | **$ 2,448** | **$ 3,307** | **$ 1,798** | **$ —** | **$ (18)** |

3. The adjusted tax rate for the fourth quarter of 2021 was 12.5 percent, as detailed below:

| | 4Q21 | | |
|---|---|---|---|
| | Pre-tax earnings | Income taxes | Tax rate |
| **As reported (GAAP)** | **$ 4,271** | **$ 226** | **5.3 %** |
| Specified items | 2,493 | 618 | 24.8 % |
| **As adjusted (non-GAAP)** | **$ 6,764** | **$ 844** | **12.5 %** |

App.0447

# AbbVie Inc.
## Reconciliation of GAAP Reported to Non-GAAP Adjusted Information
## Quarter Ended December 31, 2020
## (Unaudited) (In millions, except per share data)

1. Specified items impacted results as follows:

| | 4Q20 | | |
|---|---|---|---|
| | Earnings (Loss) | | Diluted |
| | Pre-tax | After-tax[a] | EPS |
| **As reported (GAAP)** | **$ (1,507)** | **$ 36** | **$ 0.01** |
| Adjusted for specified items: | | | |
| Intangible asset amortization | 1,838 | 1,444 | 0.81 |
| Acquisition and integration costs | 467 | 399 | 0.22 |
| Milestones and other R&D expenses | 48 | 39 | 0.02 |
| Acquired IPR&D | 300 | 296 | 0.16 |
| Change in fair value of contingent consideration | 4,675 | 4,671 | 2.63 |
| Tax audit settlements | — | (140) | (0.08) |
| Impacts related to tax law changes | — | (1,492) | (0.84) |
| Other | 92 | (28) | (0.01) |
| **As adjusted (non-GAAP)** | **$ 5,913** | **$ 5,225** | **$ 2.92** |

[a] Represents net earnings attributable to AbbVie Inc.

Acquisition and integration costs reflect integration costs and amortization of the acquisition date fair value step-up for inventory related to the Allergan acquisition. Milestones and other R&D expenses include milestone payments for previously announced collaborations. Acquired IPR&D represents initial costs to acquire rights to in-process R&D projects through R&D collaborations, licensing arrangements or other asset acquisitions. Other primarily includes tax related items and COVID-19 related expenses.

2. The impact of the specified items by line item was as follows:

| | 4Q20 | | | | |
|---|---|---|---|---|---|
| | Cost of products sold | SG&A | R&D | Acquired IPR&D | Other expense, net |
| **As reported (GAAP)** | **$ 4,684** | **$ 3,231** | **$ 1,890** | **$ 300** | **$ 4,625** |
| Adjusted for specified items: | | | | | |
| Intangible asset amortization | (1,838) | — | — | — | — |
| Acquisition and integration costs | (272) | (126) | (69) | — | — |
| Milestones and other R&D expenses | — | — | (48) | — | — |
| Acquired IPR&D | — | — | — | (300) | — |
| Change in fair value of contingent consideration | — | — | — | — | (4,675) |
| Other | (51) | (16) | (22) | — | (3) |
| **As adjusted (non-GAAP)** | **$ 2,523** | **$ 3,089** | **$ 1,751** | **$ —** | **$ (53)** |

3. The adjusted tax rate for the fourth quarter of 2020 was 11.6 percent, as detailed below:

| | 4Q20 | | |
|---|---|---|---|
| | Pre-tax earnings (loss) | Income taxes | Tax rate |
| **As reported (GAAP)** | **$ (1,507)** | **$ (1,545)** | **102.5 %** |
| Specified items | 7,420 | 2,231 | 30.1 % |
| **As adjusted (non-GAAP)** | **$ 5,913** | **$ 686** | **11.6 %** |

# AbbVie Inc.
## Reconciliation of GAAP Reported to Non-GAAP Adjusted Information
## Twelve Months Ended December 31, 2021
## (Unaudited) (In millions, except per share data)

1. Specified items impacted results as follows:

| | 12M21 | | |
|---|---|---|---|
| | Earnings | | Diluted |
| | Pre-tax | After-tax[a] | EPS |
| **As reported (GAAP)** | **$ 12,989** | **$ 11,542** | **$ 6.45** |
| Adjusted for specified items: | | | |
| Intangible asset amortization | 7,718 | 6,419 | 3.60 |
| Acquisition and integration costs | 344 | 215 | 0.12 |
| Milestones and other R&D expenses | 359 | 307 | 0.17 |
| Acquired IPR&D | 962 | 948 | 0.53 |
| Calico collaboration | 500 | 500 | 0.28 |
| Change in fair value of contingent consideration | 2,679 | 2,677 | 1.50 |
| Litigation matters | 307 | 253 | 0.14 |
| Impacts related to tax law changes | — | (265) | (0.15) |
| Other | 88 | 100 | 0.06 |
| **As adjusted (non-GAAP)** | **$ 25,946** | **$ 22,696** | **$ 12.70** |

[a] Represents net earnings attributable to AbbVie Inc.

Acquisition and integration costs reflect Allergan integration costs, Soliton acquisition costs as well as amortization of the acquisition date fair value step-up for inventory related to the Allergan acquisition partially offset by a recovery of certain Allergan acquisition-related regulatory fees. Milestones and other R&D expenses include milestone payments for previously announced collaborations and the purchase of FDA priority review vouchers from third parties. Acquired IPR&D represents initial costs to acquire rights to in-process R&D projects through R&D collaborations, licensing arrangements or other asset acquisitions. Other primarily includes COVID-19 related expenses, restructuring charges associated with streamlining global operations and tax related items, offset by milestone revenue under an existing collaboration agreement.

2. The impact of the specified items by line item was as follows:

| | 12M21 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Net revenues | Cost of products sold | SG&A | R&D | Acquired IPR&D | Other operating expense, net | Other expense, net |
| **As reported (GAAP)** | **$ 56,197** | **$ 17,446** | **$ 12,349** | **$ 7,084** | **$ 962** | **$ 432** | **$ 2,500** |
| Adjusted for specified items: | | | | | | | |
| Intangible asset amortization | — | (7,718) | — | — | — | — | — |
| Acquisition and integration costs | — | (215) | (25) | (104) | — | — | — |
| Milestones and other R&D expenses | — | — | — | (359) | — | — | — |
| Acquired IPR&D | — | — | — | — | (962) | — | — |
| Calico collaboration | — | — | — | — | — | (500) | — |
| Change in fair value of contingent consideration | — | — | — | — | — | — | (2,679) |
| Litigation matters | — | — | (307) | — | — | — | — |
| Other | (75) | (88) | (53) | (103) | — | 68 | 13 |
| **As adjusted (non-GAAP)** | **$ 56,122** | **$ 9,425** | **$ 11,964** | **$ 6,518** | **$ —** | **$ —** | **$ (166)** |

3. The adjusted tax rate for the full-year 2021 was 12.5 percent, as detailed below:

| | 12M21 | | |
|---|---|---|---|
| | Pre-tax earnings | Income taxes | Tax rate |
| **As reported (GAAP)** | **$ 12,989** | **$ 1,440** | **11.1 %** |
| Specified items | 12,957 | 1,803 | 13.9 % |
| **As adjusted (non-GAAP)** | **$ 25,946** | **$ 3,243** | **12.5 %** |

App.0449

**AbbVie Inc.**
**Reconciliation of GAAP Reported to Non-GAAP Adjusted Information**
**Twelve Months Ended December 31, 2020**
**(Unaudited) (In millions, except per share data)**

1. Specified items impacted results as follows:

| | 12M20 | | |
|---|---|---|---|
| | Earnings | | Diluted |
| | Pre-tax | After-tax[a] | EPS |
| **As reported (GAAP)** | **$ 3,398** | **$ 4,616** | **$ 2.72** |
| Adjusted for specified items: | | | |
| Intangible asset amortization | 5,805 | 4,805 | 2.87 |
| Acquisition and integration costs | 3,366 | 3,023 | 1.81 |
| Milestones and other R&D expenses | 273 | 241 | 0.14 |
| Acquired IPR&D | 1,198 | 1,194 | 0.71 |
| Change in fair value of contingent consideration | 5,753 | 5,749 | 3.43 |
| Tax audit settlements | — | (200) | (0.12) |
| Impacts related to tax law changes | — | (1,689) | (1.02) |
| Other | 239 | 42 | 0.02 |
| **As adjusted (non-GAAP)** | **$ 20,032** | **$ 17,781** | **$ 10.56** |

[a] Represents net earnings attributable to AbbVie Inc.

Acquisition and integration costs reflect transaction and financing costs, compensation expense and other integration costs as well as amortization of the acquisition date fair value step-up for inventory related to the Allergan acquisition. Milestones and other R&D expenses include milestone payments for previously announced collaborations and the purchase of an FDA priority review voucher from a third party. Acquired IPR&D represents initial costs to acquire rights to in-process R&D projects through R&D collaborations, licensing arrangements or other asset acquisitions. Other primarily includes tax related items and COVID-19 related charitable contributions and expenses.

2. The impact of the specified items by line item was as follows:

| | 12M20 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Net revenues | Cost of products sold | SG&A | R&D | Acquired IPR&D | Interest expense, net | Net foreign exchange loss | Other expense, net |
| **As reported (GAAP)** | **$ 45,804** | **$ 15,387** | **$ 11,299** | **$ 6,557** | **$ 1,198** | **$ 2,280** | **$ 71** | **$ 5,614** |
| Adjusted for specified items: | | | | | | | | |
| Intangible asset amortization | — | (5,805) | — | — | — | — | — | — |
| Acquisition and integration costs | — | (1,292) | (1,416) | (384) | — | (274) | — | — |
| Milestones and other R&D expenses | — | — | — | (273) | — | — | — | — |
| Acquired IPR&D | — | — | — | — | (1,198) | — | — | — |
| Change in fair value of contingent consideration | — | — | — | — | — | — | — | (5,753) |
| Other | (20) | (115) | (80) | (70) | — | — | 9 | (3) |
| **As adjusted (non-GAAP)** | **$ 45,784** | **$ 8,175** | **$ 9,803** | **$ 5,830** | **$ —** | **$ 2,006** | **$ 80** | **$ (142)** |

3. The adjusted tax rate for the full-year 2020 was 11.2 percent, as detailed below:

| | 12M20 | | |
|---|---|---|---|
| | Pre-tax earnings | Income taxes | Tax rate |
| **As reported (GAAP)** | **$ 3,398** | **$ (1,224)** | **(36.0)%** |
| Specified items | 16,634 | 3,469 | 20.9 % |
| **As adjusted (non-GAAP)** | **$ 20,032** | **$ 2,245** | **11.2 %** |

App.0450



ELSEVIER

Journal of Clinical Epidemiology 66 (2013) 151−157

Journal of Clinical Epidemiology

# GRADE guidelines: 11. Making an overall rating of confidence in effect estimates for a single outcome and for all outcomes

Gordon Guyatt[a,j,*], Andrew D. Oxman[b], Shahnaz Sultan[c], Jan Brozek[d], Paul Glasziou[e], Pablo Alonso-Coello[f], David Atkins[g], Regina Kunz[h,i], Victor Montori[j], Roman Jaeschke[k], David Rind[l], Philipp Dahm[m], Elie A. Akl[n], Joerg Meerpohl[o,p], Gunn Vist[b], Elise Berliner[q], Susan Norris[r], Yngve Falck-Ytter[r], Holger J. Schünemann[a]

[a]*Departments of Clinical Epidemiology and Biostatistics and Medicine, McMaster University, Hamilton, Ontario L8N 3Z5, Canada*
[b]*Norwegian Knowledge Centre for the Health Services, PO Box 7004, St. Olavs plass, 0130 Oslo, Norway*
[c]*Department of Medicine, Division of Gastroenterology, Hepatology, and Nutrition, University of Florida, Gainesville, FL, USA*
[d]*University of Oxford, Oxford, United Kingdom*
[e]*Iberoamerican Cochrane Centre, CIBERESP-IIB Sant Pau, Barcelona 08041, Spain*
[f]*QUERI Program, Office of Research and Development, Department of Veterans Affairs, Washington, DC, USA*
[g]*Academy of Swiss Insurance Medicine (asim) University Hospital Basel Petergraben 4 CH-4031, Basel, Switzerland*
[h]*The Basel Institute of Clinical Epidemiology, University Hospital Basel Hebelstrasse 10, 4031 Basel, Switzerland*
[i]*Knowledge and Evaluation Research Unit, Mayo Clinic, Rochester, MN, USA*
[j]*Department of Medicine, McMaster University, Hamilton, Ontario L8N 3Z5, Canada*
[k]*Harvard Medical School, UpToDate, Boston, USA*
[l]*Department of Urology, University of Florida, Gainesville, FL, USA*
[m]*Department of Medicine, State University of New York at Buffalo, Buffalo, NY, USA*
[n]*German Cochrane Center, Institute of Medical Biometry and Medical Informatics, University Medical Center Freiburg, 79104 Freiburg, Germany*
[o]*Division of Pediatric Hematology and Oncology, Department of Pediatric and Adolescent Medicine, University Medical Center Freiburg, 79106 Freiburg, Germany*
[p]*Technology Assessment Program, Center for Outcomes and Evidence, Agency for Healthcare Research and Quality, 540 Gaither Road, Rockville, MD 20850, USA*
[q]*Oregon Health and Science University, Department of Medical Informatics and Clinical Epidemiology, Portland, OR 97239-3098, USA*
[r]*Division of Gastroenterology, Case and VA Medical Center, Case Western Reserve University, Cleveland, OH 44106, USA*

Accepted 15 January 2012; Published online 27 April 2012

**Abstract**

GRADE requires guideline developers to make an overall rating of confidence in estimates of effect (quality of evidence—high, moderate, low, or very low) for each important or critical outcome. GRADE suggests, for each outcome, the initial separate consideration of five domains of reasons for rating down the confidence in effect estimates, thereby allowing systematic review authors and guideline developers to arrive at an outcome-specific rating of confidence. Although this rating system represents discrete steps on an ordinal scale, it is helpful to view confidence in estimates as a continuum, and the final rating of confidence may differ from that suggested by separate consideration of each domain.

An overall rating of confidence in estimates of effect is only relevant in settings when recommendations are being made. In general, it is based on the critical outcome that provides the lowest confidence. © 2013 Elsevier Inc. All rights reserved.

*Keywords:* GRADE; Quality of evidence; Confidence in estimates; Guideline methodology; Systematic review methodology; Values and preferences

The GRADE system has been developed by the GRADE Working Group. The named authors drafted and revised this article. A complete list of contributors to this series can be found on the JCE Web site.

* Corresponding author. Gordon H. Guyatt, CLARITY Research Group, Department of Clinical Epidemiology & Biostatistics, Room 2C12, 1200 Main Street West Hamilton, ON, L8N 3Z5, Canada. Tel.: +905-525-9140; fax: +905-523-8781.

*E-mail address*: guyatt@mcmaster.ca (G. Guyatt).

0895-4356/$ - see front matter © 2013 Elsevier Inc. All rights reserved.
http://dx.doi.org/10.1016/j.jclinepi.2012.01.006

## 1. Introduction

In prior studies in this series devoted to exploring GRADE's approach to rating confidence in estimates of effect (quality of evidence) and grading strength of recommendations (guidance for practice) we have dealt with issues of framing the question [1]; introduced GRADE's

**What is new?**

**Key points**

GRADE requires a rating of confidence in effect estimates (quality of evidence) for each outcome.

Rating of confidence of evidence requires a gestalt that simultaneously considers all eight domains (risk of bias, precision, consistency, and so forth)

Guideline developers using GRADE will subsequently make an overall rating of confidence in effect estimates across all outcomes based on those outcomes they consider critical to their recommendation.

Optimal application of GRADE requires making the reasons for key judgments transparent.

conceptual approach to rating the confidence in a body of evidence [2]; and presented five reasons for rating down the confidence in effect estimates (risk of bias [3], imprecision [4], inconsistency [5], indirectness [6], and publication bias [7]) and three reasons for rating up the confidence in effect estimates [8] (a large magnitude of effect, a dose-response gradient, and a situation in which plausible biases, if present, would serve to increase our confidence in the effect estimate), as well as dealing with issues specific to resource use. This 11th article in the series will focus on (1) summarizing the confidence in effect estimates across a single outcome for each important or critical outcome and (2) determining the confidence in effect estimates across all critical outcomes.

## 2. Summarizing the confidence in effect estimates for individual outcomes

GRADE's approach to rating down (or not) with respect to each of five criteria and to rating up (or not) with respect to three others is sometimes straightforward and enhances the transparency of the system. Most commonly, authors will be comfortable with the rating of confidence in estimate of effect that results from considering each criterion separately. Not infrequently, however, if ratings are applied in a blanket or rote fashion without considering context and the relation of one criterion to another, the confidence rating could be problematic. Specifically, ratings of individual domains could result in an overall rating of confidence in effect estimates on a particular outcome that does not correspond well to an integrated assessment or the gestalt of confidence in estimates of effect. In such instances, an adjustment in the final rating based on that gestalt is required.

Consider a systematic review of randomized trials of flavonoids for the treatment of hemorrhoids that produced a pooled estimate of a relative risk of persisting symptoms (lack of improvement) of 0.42 (95% confidence interval [CI] 0.28–0.61) [9]. Table 1 presents an evidence profile summarizing the evidence regarding two outcomes: persisting symptoms and adverse effects of the intervention. The profile presents the number of studies and patients, considerations related to the five possible reasons for rating down confidence in effect estimates (summarized in the table with expansions in the associated footnotes), and the best estimates and CIs around relative and absolute effects.

Consider now the possible reasons for rating down confidence in effect estimates. In most studies, the published articles left uncertainty whether allocation was concealed (though blinding in most suggests the likelihood of concealment), and all studies used unvalidated measures of symptoms. Given these limitations, one could reasonably argue either for or against rating down for risk of bias.

Fig. 1 presents a forest plot depicting the results of the review. The point estimates from individual studies are quite variable, and some of the CIs overlap little. The test for heterogeneity is highly significant and the $I^2$ large. All these observations suggest rating down for inconsistency among studies. On the other hand, all point estimates suggest benefit, and one might argue that it is inappropriate to rate down for inconsistency when the only uncertainty appears to be whether the magnitude of the treatment effect is moderate or very large. For instance, if undesirable consequences of an intervention are minimal, even a modest treatment effect may warrant a strong recommendation in favor of that treatment. If, in such a circumstance, the basis of doubt is whether the true effect is modest or large, rating down for inconsistency may well be inappropriate.

All available randomized trials were of small or moderate size (from 40 to 234 patients), and all were industry funded. This is a situation that raises the possibility of publication bias. In addition, one could interpret the funnel plot as suggesting the possibility of publication bias, with three small, very positive studies and no corresponding studies with small or negligible effects (Fig. 2). This line of reasoning would suggest rating down confidence in the estimate for publication bias. On the other hand, the number of studies is insufficient to meet rigorous criteria for creating a funnel plot [10] and one could argue that the case for publication bias is speculative in which case one would not rate down.

Thus, for three of the five domains in which one might rate down confidence in effect estimates (risk of bias, inconsistency, and publication bias) one could reasonably make the case for rating down or for not doing so. The situation is further complicated by the magnitude of effect: the relative risk of persisting symptoms (0.41) is slightly less than 0.5, raising the possibility of rating confidence up for the magnitude of effect. A generous reviewer, who in each case is inclined to view the results favorably, would interpret the body of evidence from these flavonoid studies as high quality (i.e., would not rate down the quality). A less generous reviewer, who decides to rate down the

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224



**Table 1.** GRADE Evidence Profile: flavonoids for patients with symptomatic hemorrhoids (question: flavonoids for patients with symptomatic hemorrhoids?; setting: outpatients)

| Quality assessment | | | | | | Summary of findings | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | No. of patients | | | Absolute risk | | |
| **No of studies (design)** | **Risk of bias** | **Inconsistency** | **Indirectness** | **Imprecision** | **Publication bias** | **No treatment** | **Flavonoids** | **Relative risk (95% CI)** | **Control rate** | **Risk difference (95% CI)** | **Quality** |
| **Persisting symptoms/lack of improvement** | | | | | | | | | | | |
| Nine (RCT) | Concealment not clear in most studies Outcome measures not validated[a] | P-value on test for heterogeneity < 0.0001 $I^2$ 70.4[b] | No serious indirectness | No serious imprecision | All studies industry funded?[c] | 218/384 | 93/398 | RR 0.41 (0.27–0.62) | 551/1,000 | 226 fewer per 1,000 (149–342) | Moderate quality because of publication bias[d] |
| **Adverse effects** | | | | | | | | | | | |
| 13 (RCT) | Lack of concealment and unvalidated questionnaires[a] | No serious inconsistency | No serious indirectness | CI includes reduction to doubling of adverse effects[e] | All studies industry funded[c] | 20/681 | 28/704 | RR 1.22 (0.69–2.15) | 60/1,000 | Not significant | Low quality because of publication bias and imprecision |

*Abbreviations:* CI, confidence interval; RR, relative risk; RCT, randomized controlled trial.

The table highlights the three questionable criteria in which reviewers might either rate down or not—study limitations, inconsistency, and publication bias—and how the final judgments could vary if one came to positive judgments on all three (e.g., for persisting symptoms, high-quality evidence) or negative judgments on all three (e.g., for persisting symptoms, very low-quality evidence).

[a] Allocation concealment unclear in most studies though blinding suggests the likelihood of concealment in most. The outcomes summarized here was failure to improve symptoms and side effects. These were measured by unvalidated questionnaires in each study. The questions, however, were simple and straightforward, final decision was not to rate down for risk of bias.

[b] Although the $I^2$ is large and the test for heterogeneity very highly significant, all studies but one suggest benefit, and uncertainty appears to be the magnitude of effect rather than whether there is an effect. Final decision not to rate down for inconsistency.

[c] Not only are all studies industry funded, but they are all of small or moderate size. Furthermore, the funnel plot (Fig. 2) could be interpreted as suggesting the possibility of publication bias. Final decision: rate down for likelihood of publication bias.

[d] We rated down for publication bias. Although there also was concern about a high risk of bias and inconsistency, we did not further rate down the quality of evidence because not every criterion appeared to justify rating down by one level.

[e] The lower boundary of the CI would suggest no treatment-induced adverse effects, whereas the upper boundary suggests more than a doubling of adverse effects relative to placebo.

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

| Reference | Log[RR]* | RR (random) | Weight (%) | RR (random) |
|---|---|---|---|---|
| Up to 7 days | | | | |
| 36 | −2·4079(1·2947) | | 3·52 | 0·09 (0·01, 1·14) |
| 33 | −1·8971(0·5716) | | 9·88 | 0·15 (0·05, 0·46) |
| 37 | −0·1863(0·3765) | | 13·13 | 0·83 (0·40, 1·74) |
| 39 | −1·0788(0·4878) | | 11·21 | 0·34 (0·13, 0·88) |
| Subtotal | | | 52·91 | 0·29 (0·14, 0·59) |
| Test for heterogeneity: $\chi^2 = 12{\cdot}12$, 4 d.f. ($P = 0{\cdot}02$), $I^2 = 67{\cdot}0\%$ | | | | |
| Test for overall effect: $Z = 3{\cdot}37$ ($P<0{\cdot}001$) | | | | |
| Up to 4 weeks | | | | |
| 41 | −1·2040(0·5689) | | 9·92 | 0·30 (0·10, 0.91) |
| 44 | −1·8326(1·0629) | | 4·76 | 0·16 (0·02, 1.28) |
| 42 | −2·3026(1·0945) | | 4·56 | 0·10 (0·01, 0.85) |
| 43 | −0·3147(0·1881) | | 16·20 | 0·73 (0·50, 1.06) |
| Subtotal | | | 35·45 | 0·36 (0·14, 0.88) |
| Test for heterogeneity: $\chi^2 = 6{\cdot}78$, 3 d.f. ($P = 0{\cdot}08$), $I^2 = 55{\cdot}8\%$ | | | | |
| Test for overall effect: $Z = 2{\cdot}23$ ($P = 0{\cdot}03$) | | | | |
| More than 4 weeks | | | | |
| 35 | −1·6094(0·4623) | | 11·64 | 0·20 (0·08, 0·49) |
| Subtotal | | | 11·64 | 0·20 (0·08, 0·49) |
| Test for heterogeneity: not applicable | | | | |
| Test for overall effect: $Z = 3{\cdot}48$ ($P<0{\cdot}001$) | | | | |
| Total | | | 100·00 | 0·30 (0·17, 0·51) |
| Test for heterogeneity: $\chi^2 = 30{\cdot}42$, 9 d.f. ($P<0{\cdot}001$), $I^2 = 70{\cdot}4\%$ | | | | |
| Test for overall effect: $Z = 4{\cdot}46$ ($P<0{\cdot}001$) | | | | |

0·001 0·01 0·1 1 10 100 1000

Favours treatment    Favours placebo

**Fig. 1.** Forest plot of the results of a systematic review of flavonoids for the treatment of hemorrhoids for the outcome of persisting symptoms or lack of improvement.

evidence in each case and rejects rating up for magnitude of effect, would judge the evidence warranting very low confidence. Both reviewers, having made judgments for individual criteria, might be dismayed that the overall rating (high or very low) does not really capture their confidence in effect estimates.

This example highlights the fact that each criterion for rating quality of evidence up or down reflects not discrete categories but a continuum from minimal limitations to very serious limitations. When the body of evidence is intermediate with respect to a particular criterion, the decision whether a study falls above or below the threshold for rating confidence up or down (by one or two levels) may be arbitrary. In such instances, it is particularly desirable to describe the rationale for the final decisions.

**Fig. 2.** Funnel plot of studies of flavonoids for ameliorating symptoms in patients with hemorrhoids.

In the case of flavonoids for hemorrhoids, both reviewers—charitable and harsh with respect to individual domains—may, taking a broad look at the evidence, agree that overall it lies on the border of moderate to low quality evidence (which was the conclusion of the authors of the review) [9]. In that case, reviewers may pick one or two domains (risk of bias, inconsistency, or publication bias) of limitations that would explain their reasoning. For example, the associated explanation could read: "We rated down for publication bias. Although there was also concern about a high risk of bias and inconsistency, we did not further rate down confidence in effect estimates because not every criterion appeared to justify rating down by one level." This reflects the necessity to take an overall or gestalt view of the body of evidence. In the evidence profile presentation (Table 1), the final decision is that the body of evidence warrants of moderate confidence, and the chosen reason for rating down confidence is likely publication bias.

Having difficulties about placing the evidence in either the moderate or low confidence category emphasizes that

the overall confidence rating also is a continuum, and contextual decisions are necessary when confidence is near the threshold between categories. The authors of the review acknowledged this by suggesting that ratings of either moderate or low confidence would be reasonable.

We encourage review and guideline authors to be explicit when they encounter similar situations, acknowledging borderline decisions in one or more domains. The evidence profile (Table 1) demonstrates such a presentation (note in particular footnote d).

Despite the limitations of breaking continua into discrete categories, treating each domain for rating confidence up or down as a discrete category enhances transparency. Indeed, the example highlights once again that the great merit of GRADE is not that it necessarily ensures reproducible judgments (observers will inevitably differ in close-call situations when rating up or down for individual domains or for the overall confidence per outcome) but that it achieves explicit and transparent judgment. In such close-call situations, apparent disagreement about whether to rate confidence up or down may represent very little disagreement on a continuum if that disagreement occurs near a threshold between categories (i.e., the threshold between rating down and not rating down). Furthermore, when the overall confidence is near a threshold (e.g., moderate or low confidence), systematic reviewers and guideline developers using GRADE may reduce their angst by recognizing that the disagreement, when the confidence rating is viewed as a continuum, is small.

## 3. Determining the confidence in effect estimates across outcomes

GRADE is the first formal system of rating quality of evidence to acknowledge that quality may differ across outcomes and to explicitly address this issue. For systematic reviews that are not associated with recommendations, and therefore do not require an overall confidence rating across outcomes, we suggest presenting confidence ratings for each important outcome and not determining the confidence in effect estimates across outcomes.

Such systematic reviews may, however, subsequently inform guidelines that do require implicit or explicit judgments about the overall confidence in effect estimates. It is better to be explicit, and it is logical that the overall confidence in effect estimates cannot be higher than the lowest confidence in effect estimates for any outcome that is critical for a decision. We therefore suggest applying the lowest confidence rating of the critical outcomes as the overall confidence associated with a recommendation. This requires distinguishing between outcomes that are critical and ones that are important but not critical.

Consider a systematic review of alternative strategies for Whipple resection for pancreatic cancer, one of which preserves the pylorus and the other, the standard approach, which does not [11]. The evidence in this review for different outcomes varied from moderate to very low confidence in effect estimates (Table 2). In cases such as this, guideline developers must consider whether undesirable consequences of therapy are important but not critical to the decision regarding the optimal management strategy or whether they are critical. If an outcome for which evidence is of lower quality is a critical outcome for decision making, then the rating of overall quality of the evidence must reflect this lower quality evidence. If the outcome for which confidence is lower is an important but not critical outcome, the overall rating will reflect the higher confidence in estimates from the critical outcomes.

Thus, for this example, if those making recommendations felt that gastric emptying problems were critical, the overall rating of the confidence in effect estimates would be very low. If gastric emptying were important but not critical, the overall confidence would be low (on the basis of results from the clearly critical perioperative mortality) despite the presence of moderate confidence regarding 5-year survival.

## 4. Which outcomes are critical may depend on the evidence

The overall confidence in effect estimates may not come from the outcomes judged critical at the beginning of the guideline development process—that is, judgments about what is critical may change when considering the results. For instance, a particular adverse event (e.g., severe nausea and vomiting) may be considered critical at the outset. If it turns out, however, that the event occurs very infrequently—say, less than 3% of patients—the final decision may be that the adverse effect is important but not critical.

Consider, once again, the flavonoids for hemorrhoids review (Table 1) [9]. In addition to the risk of bias (concealment not explicit, questionnaires not validated) and publication bias problems associated with the primary outcome of persisting symptoms, the adverse effect outcome suffers from imprecision. Therefore, whatever judgment of confidence one might make about persisting symptoms, adverse effects would warrant lower confidence. However, even assuming the boundary of the CI associated with the largest increase in adverse effects (an approximate doubling in comparison to placebo) represented the true impact of treatment, the adverse effects would still be relatively infrequent (approximately 6.3%) and minor in nature. Despite these considerations, some might consider the adverse effects critical and thus rate the overall confidence in effect estimates low. Others would not and may therefore rate the overall confidence in effect as moderate.

Consider the choice facing individuals without documented coronary heart disease (CHD) but at high risk (e.g., male smokers over 60 with hypertension, elevated

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

**Table 2.** GRADE Evidence Profile: different resection strategies for pancreatic carcinoma associated with different evidence quality of different outcomes (question: pylorus-preserving pancreaticoduodenectomy vs. standard Whipple pancreaticoduodenectomy in pancreatic or periampullary cancer?; setting: inpatients)

| Quality assessment | | | | | | Summary of findings | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | No. of patients | | | Absolute effect | | |
| No of studies (design) | Limitations | Inconsistency | Indirectness | Imprecision | Publication bias | SWPD | PPPD | RR[a] (95% CI) | Control rate | Risk difference (95% CI) | Quality |
| **Mortality at 5 years** | | | | | | | | | | | |
| Three (RCT) | Serious limitations[b] | No serious inconsistency | No serious indirectness | No serious imprecision | Undetected | 94/114 | 93/115 | RR 0.98 (0.87–1.11) | 825/1,000 | 20 fewer per 1,000 (−120 to +80) | ⊕⊕⊕○ Moderate |
| **In-hospital mortality** | | | | | | | | | | | |
| Six (RCT) | Serious limitations[b] | No serious inconsistency | No serious indirectness | Serious imprecision[c] | Undetected | 12/244 | 4/246 | RR 0.40 (0.14–1.13) | 49/1,000 | 20 fewer per 1,000 (−50 to +10) | ⊕⊕○○ Low |
| **Biliary leaks** | | | | | | | | | | | |
| Three (RCT) | Serious limitations[b] | No serious inconsistency | No serious indirectness | Serious imprecision[c] | Undetected | 0/133 | 2/135 | RR 4.77 (0.23–97.96) | 0/1,000 | 20 more per 1,000 (−20 to +50) | ⊕⊕○○ Low |
| **Delayed gastric emptying** | | | | | | | | | | | |
| Five (RCT) | Serious limitations[b] | Serious inconsistency[d] | No serious indirectness | Serious imprecision[c] | Undetected | 56/220 | 66/222 | RR 1.52 (0.74–3.14) | 255/1,000 | 110 more per 1,000 (−80 to +290) | ⊕○○○ Very low |
| **Blood transfusions (units)**[e] | | | | | | | | | Best estimate SWPD group | WMD (95% CI) | |
| Five (RCT) | Serious limitations[b] | No serious inconsistency | No serious indirectness | No serious imprecision | Undetected | 320 | | —[e] | 2.45 | WMD −0.66 (−1.16 to −0.25) | ⊕⊕⊕○ Moderate |
| **Hospital stay (days)**[e] | | | | | | | | | | | |
| Five(RCT) | Serious limitations[b] | No serious inconsistency | No serious indirectness | Serious imprecision[c] | Undetected | 446 | | —[e] | 19.17 | WMD −1.45 (−3.28 to +0.38) | ⊕⊕○○ Low |

*Abbreviations:* SWPD, standard Whipple pancreaticoduodenectomy; PPPD, Pylorus-preserving pancreaticoduodenectomy; WMD, weighted mean difference.

[a] All data based on random effect models.

[b] Unclear allocation concealment in all studies, patients blinded in only one study, outcome assessors not blinded in any study, >20% loss to follow-up in three studies, not analyzed using intention to treat in one study.

[c] CI includes possible benefit from both surgical approaches.

[d] Unexplained heterogeneity; $I^2 = 72.6\%$, $P = 0.006$.

[e] Continuous outcome, therefore no relative effect is given.

cholesterol despite attempts at reduction with diet, diabetes, and a family history of CHD): should they use statins to lower their risk of cardiovascular events? A meta-analysis of rigorous randomized trials in such individuals demonstrated consistent, statistically significant reductions in major CHD events and stroke but nonsignificant reductions in CHD deaths [12]. Serious adverse effects were unusual, and all adverse effects were readily reversible with drug discontinuation [13].

Guideline developers considering a recommendation for or against statins in high-risk individuals are likely to start the process of arriving at a recommendation considering all four outcomes (i.e., death from cardiovascular causes, myocardial infarction, stroke, and adverse effects) as critical. In reviewing the evidence, they find that for three of the four outcomes (myocardial infarction, stroke, and toxicity) the evidence warrants high confidence. For CHD deaths, however, because of imprecision, evidence warrants moderate confidence. Should the overall confidence rating across outcomes be high or moderate?

The judgments made at the beginning of the review process suggest that the answer is ‘‘moderate.’’ Most patients, however, once it is established that their risk of stroke and major coronary events decreases with statins, would find compelling reason to use the medication. Whether CHD mortality decreases is (as long as it is very unlikely it increases) no longer relevant to the decision. Considering this, the overall confidence rating is most appropriately designated as high confidence.

The principle is that if there is higher confidence in some critical outcomes to support a decision in favor of an intervention (i.e., benefits on critical outcomes clearly outweigh undesirable effects of the intervention, for which there also is high-quality evidence) one need not rate down confidence because of lower confidence in other critical outcomes that support the same recommendation. To put it another way: an outcome is no longer critical if, across the range of possible effect of the intervention on that outcome, the recommendation or its strength would remain unchanged. Such judgments require careful consideration and are probably rare.

## 5. Conclusions

GRADE defines criteria for rating the confidence in effect estimates for a given outcome, thereby allowing systematic review authors and guideline developers to arrive at an outcome-specific confidence in effect estimates rating. Although this rating system represents discrete steps on an ordinal scale, it is helpful to view confidence in effect estimates as a continuum. An overall confidence in effect estimates rating across outcomes is only relevant in settings when recommendations are being made. In general, it is based on the critical outcome that provides the lowest confidence in effect estimates.

## References

[1] Guyatt GH, Oxman AD, Kunz R, Atkins D, Brozek J, Vist G, et al. GRADE guidelines: 2. Framing the question and deciding on important outcomes. J Clin Epidemiol 2011;64:395—400.

[2] Balshem H, Helfand M, Schunemann HJ, Oxman AD, Kunz R, Brozek J, et al. GRADE guidelines: 3. Rating the quality of evidence. J Clin Epidemiol 2011;64:401—6.

[3] Guyatt GH, Oxman AD, Vist G, Kunz R, Brozek J, Alonso-Coello P, et al. GRADE guidelines: 4. Rating the quality of evidence—study limitations (risk of bias). J Clin Epidemiol 2011;64:407—15.

[4] Guyatt G, Oxman AD, Kunz R, Brozek J, Alonso-Coello P, Rind D, et al. GRADE guidelines 6. Rating the quality of evidence-imprecision. J Clin Epidemiol 2011;64:1283—93.

[5] Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al. GRADE guidelines: 7. Rating the quality of evidence-inconsistency. J Clin Epidemiol 2011;64:1294—302.

[6] Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al. GRADE guidelines: 8. Rating the quality of evidence-indirectness. J Clin Epidemiol 2011;64:1303—10.

[7] Guyatt GH, Oxman AD, Montori V, Vist G, Kunz R, Brozek J, et al. GRADE guidelines: 5. Rating the quality of evidence-publication bias. J Clin Epidemiol 2011;64:1277—82.

[8] Guyatt GH, Oxman AD, Sultan S, Glasziou P, Akl EA, Alonso-Coello P, et al. GRADE guidelines: 9. Rating up the quality of evidence. J Clin Epidemiol 2011;64:1311—6.

[9] Alonso-Coello P, Zhou Q, Martinez-Zapata MJ, Mills E, Heels-Ansdell D, Johanson JF, et al. Meta-analysis of flavonoids for the treatment of haemorrhoids. Br J Surg 2006;93:909—20.

[10] Lau J, Ioannidis JP, Terrin N, Schmid CH, Olkin I. The case of the misleading funnel plot. BMJ 2006;333:597—600.

[11] Karanicolas PJ, Davies E, Kunz R, Briel M, Koka HP, Payne DM, et al. The pylorus: take it or leave it? Systematic review and meta-analysis of pylorus-preserving versus standard whipple pancreaticoduodenectomy for pancreatic or periampullary cancer. Ann Surg Oncol 2007;14:1825—34.

[12] Thavendiranathan P, Bagai A, Brookhart MA, Choudhry NK. Primary prevention of cardiovascular diseases with statin therapy: a meta-analysis of randomized controlled trials. Arch Intern Med 2006;166:2307—13.

[13] Armitage J. The safety of statins in clinical practice. Lancet 2007;370:1781—90.



Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

ELSEVIER

Journal of Clinical Epidemiology 64 (2011) 401–406

Journal of Clinical Epidemiology

# GRADE guidelines: 3. Rating the quality of evidence

Howard Balshem[a,*], Mark Helfand[a,b], Holger J. Schünemann[c], Andrew D. Oxman[d], Regina Kunz[e], Jan Brozek[c], Gunn E. Vist[d], Yngve Falck-Ytter[f], Joerg Meerpohl[g,h], Susan Norris[i], Gordon H. Guyatt[c]

[a]*Oregon Evidence-based Practice Center, Oregon Health and Science University, 3181 SW Sam Jackson Park Rd., Portland, OR 97239, USA*

[b]*Portland VA Medical Center, Portland, OR, USA*

[c]*Department of Clinical Epidemiology and Biostatistics, McMaster University, Hamilton, Ontario L8N 3Z5, Canada*

[d]*Norwegian Knowledge Centre for the Health Services, PO Box 7004, St Olavs plass, 0130 Oslo, Norway*

[e]*Basel Institute of Clinical Epidemiology, University Hospital Basel, Hebelstrasse 10, 4031 Basel, Switzerland*

[f]*Division of Gastroenterology, Case Medical Center and VA, Case Western Reserve University, Cleveland, OH 44106, USA*

[g]*German Cochrane Center, Institute of Medical Biometry and Medical Informatics, University Medical Center Freiburg, 79104 Freiburg, Germany*

[h]*Division of Pediatric Hematology and Oncology, Department of Pediatric and Adolescent Medicine, University Medical Center Freiburg, 79106 Freiburg, Germany*

[i]*Department of Medical Informatics and Clinical Epidemiology, Oregon Health and Science University, Portland, OR 97239-3098, USA*

Accepted 30 July 2010

**Abstract**

This article introduces the approach of GRADE to rating quality of evidence. GRADE specifies four categories—high, moderate, low, and very low—that are applied to a body of evidence, not to individual studies. In the context of a systematic review, quality reflects our confidence that the estimates of the effect are correct. In the context of recommendations, quality reflects our confidence that the effect estimates are adequate to support a particular recommendation. Randomized trials begin as high-quality evidence, observational studies as low quality. "Quality" as used in GRADE means more than risk of bias and so may also be compromised by imprecision, inconsistency, indirectness of study results, and publication bias. In addition, several factors can increase our confidence in an estimate of effect. GRADE provides a systematic approach for considering and reporting each of these factors. GRADE separates the process of assessing quality of evidence from the process of making recommendations. Judgments about the strength of a recommendation depend on more than just the quality of evidence. © 2011 Elsevier Inc. All rights reserved.

*Keywords:* Quality assessment; Body of evidence; Imprecision; Indirectness; Inconsistency; Publication bias

## 1. Introduction

In the two previous articles in this series, we introduced GRADE; provided an overview of the GRADE process for developing recommendations and the final outputs of that process, the evidence profile, and Summary of Findings table; and described the process for framing questions and identifying outcomes [1,2]. In this third article, we will introduce GRADE's approach to rating the quality of evidence. The goal is to provide a conceptual overview of the approach. A more detailed description, accompanied by examples, will follow in articles dealing with factors that may lead to rating down or rating up the quality of evidence [3–7].

## 2. What we do not mean by quality of evidence

In discussions of quality of evidence, confusion often arises between evidence and opinion and between quality of evidence and strength of recommendations. We, therefore, begin by explaining what we do not mean by quality of evidence.

## 3. Opinion is not evidence

In the absence of high-quality evidence, clinicians must look to lower quality evidence to guide their decisions.

The GRADE system has been developed by the GRADE Working Group. The named authors drafted and revised this article. A complete list of contributors to this series can be found on the *Journal of Clinical Epidemiology* Web site.

* Corresponding author. Oregon Evidence-based Practice Center, OHSU-BICC, 3181 SW Sam Jackson Park Rd., Portland, OR 97239, USA. Tel.: 503-220-8262 x54487; fax: 503-418-3332.

*E-mail address*: balshemh@ohsu.edu (H. Balshem).

0895-4356/$ - see front matter © 2011 Elsevier Inc. All rights reserved.
doi: 10.1016/j.jclinepi.2010.07.015

**Key Points**

- GRADE provides a framework for assessing quality that encourages transparency and an explicit accounting of the judgments made.
- GRADE distinguishes between quality assessment conducted as part of a systematic review and that undertaken as part of guideline development.
- The optimal application of GRADE requires systematic review of the impact of alternative management strategies on all patient-important outcomes.
- Information about study limitations, imprecision, inconsistency, indirectness, and publication bias is necessary for decision makers, clinicians, and patients to understand and have confidence in the assessment of quality and estimate of effect size.

Confusion arises when, in such situations, guideline developers classify "expert opinion" as a type of evidence. Developing recommendations always requires the opinion of experts, the basis of which includes experience with patients, an understanding of biology and mechanism, and knowledge and understanding of preclinical and early clinical research as well as of the results of randomized clinical trials and observational studies. Guideline developers should always engage experts to help understand the evidence; they must also uncover and make clear the evidence that underlies the experts' opinions and rate the quality of that evidence, not the opinions that follow from the evidence and its interpretation.

An example illustrates the difference between evidence and expert opinion. Suppose that during attending rounds with medical students and residents, an endocrinologist explains the rationale for tight glycemic control in diabetes. Table 1 shows the two assertions he makes and the evidence he cites to support them. The evidence he cites for opinion 1 is exclusively his personal clinical experience. For opinion 2, he cites his own experience and refers (with no more than a general statement) to evidence from clinical research.

It seems highly plausible that opinion 1 might reasonably be based on careful observation. If patients who complain of fatigue, polyuria, or other symptoms return in a few days saying they are better, initiation of treatment is the likeliest explanation. The phenomenon of a patient who had no complaints returning, a few days later, to say how much better she is would be particularly memorable. Unfortunately, there are many other potential explanations of these observations. The endocrinologist's impression of the extent of patients' reports of benefit may be inaccurate, he may be forgetting many patients who failed to improve, or the apparent improvement in some patients may be because of natural history, placebo effects, leading questions on the part of the clinician, or the patient's desire to please. Without, at the very least, a rigorous and structured approach to data collection, we could consider the endocrinologist's report of his clinical experience (but not the opinion that he arrived at from his interpretation of that experience) as evidence from an uncontrolled case series and classify it as very low quality.

Whereas the implicit study design underlying the evidence for opinion 1 is a before−after study, opinion 2 suggests a parallel group comparison, which in this case has serious problems. If indeed his memory is accurate (patients with tighter control in his practice do achieve better outcomes), the reason may be that their success in controlling their glucose reflects differences in their underlying disease strongly associated with their likelihood of suffering complications. This risk of bias from unrecognized prognostic imbalance, as well as from the uncertainty and imprecision associated with the endocrinologist's memory of the events, would lead us again to classify his observations as very low quality evidence.

## 4. A particular quality of evidence does not necessarily imply a particular strength of recommendation

A second area of confusion relates to the distinction between assessing the quality of evidence and making a recommendation. Later articles in this series will provide a detailed discussion of GRADE's approach to deciding on the direction and strength of recommendations. We note here the importance of GRADE's explicit separation of the process for assessing the quality of a body of evidence from the process for making recommendations based in part on those assessments. Although higher quality evidence is more likely to be associated with strong recommendations than lower quality evidence, a particular level of quality does not imply a particular strength of recommendation. Sometimes, low or very low quality evidence can lead to a strong recommendation.

For instance, consider the decision to administer aspirin or acetaminophen to children with chicken pox. Observational studies have observed an association between aspirin administration and Reye's syndrome [8−11]. Because aspirin and acetaminophen are similar in their analgesic and antipyretic effects, the low-quality evidence regarding the potential harms of aspirin does not preclude a strong recommendation for acetaminophen.

Similarly, high-quality evidence does not necessarily imply strong recommendations. For example, faced with a first deep venous thrombosis (DVT) with no obvious provoking factor patients must, after the first months of anticoagulation, decide whether to continue taking warfarin long term. High-quality randomized controlled trials show that continuous warfarin will decrease the risk of recurrent thrombosis but at the cost of increased risk of bleeding and inconvenience [12−15]. Because patients with varying values and

Table 1
Expert opinion vs. evidence

| Expert opinion | Evidence |
|---|---|
| Tight control will make a patient feel better | "In my 20 years in practice I have started treatment for newly diagnosed diabetes many times. I almost always see these patients back a week or so after starting treatment, and the great majority say they feel much better than they did before. Even a patient who denied having any complaints or symptoms will come back and say she has more energy, particularly in the afternoons, and will marvel at how much better she feels in general." |
| Tight control will reduce the long-term risk of developing kidney disease, neuropathy, and blindness | "I institute tight control on every patient—I believe they all deserve the best possible treatment—so I have a lot of experience with this. I have many patients who have been with me for a decade, or even several decades, and who take their medicine faithfully and have great blood sugars. These patients also have very few complications. On the other hand, I have a lot of patients who have terrible control and develop complications early on. Also, there are a lot of studies showing that tight control reduces the risk of complications." |

preferences are likely to make different choices, guideline panels addressing whether patients should continue or terminate warfarin may—despite the high-quality evidence—offer a weak recommendation.

## 5. So what do we mean by "quality of evidence"?

GRADE distinguishes between quality assessment conducted as part of a systematic review and that undertaken in the process of guideline development. We, therefore, provide two definitions of "quality of evidence."

The optimal application of GRADE requires systematic reviews of the impact of alternative management approaches on all patient-important outcomes [1]. In the context of a systematic review, the ratings of the quality of evidence reflect the extent of our confidence that the estimates of the effect are correct. In the context of making recommendations, the quality ratings reflect the extent of our confidence that the estimates of an effect are adequate to support a particular decision or recommendation.

The reason for the different definitions is that the conduct of systematic reviews does not include processes required for making rigorous recommendations. In particular, unless the systematic review team includes members who will use the review as part of guideline development, authors of systematic reviews are, generally, not in a position to weigh the trade-offs between the desirable and undesirable consequences of adhering to a recommendation. Relevant stakeholders are in a better position to make these judgments. For example, in the DVT case described earlier, a systematic review might provide reliable estimates of the magnitude of effect and associated confidence intervals (CIs) for symptomatic thromboembolism and bleeding and the mortality associated with both of these events, but the reviewers who wrote it would not be able to provide reliable judgments about whether the benefit of warfarin treatment is worth the risk. Such judgments must also include considerations of values, cost, and pertinent stakeholder input.

On the other hand, a guideline (or a clinician applying the evidence from a systematic review) must assess the quality of the evidence in the context of the decision regarding anticoagulation. In considering this trade-off, a guideline panel must decide whether or not to recommend anticoagulation (and the strength of that recommendation) in light of the effect on the risk of symptomatic thromboembolism, their confidence in the effect estimates, and the corresponding risks and confidence in estimates of serious bleeding. Although the processes for assessing quality are the same, authors of systematic reviews and authors of guidelines will apply the criteria differently. We will highlight this different application of criteria in the fifth article in this series, which addresses the assessment of precision in rating the quality of the evidence [5].

## 6. Quality in GRADE means more than risk of bias

In the clinical epidemiological literature, when used at all, "quality" commonly refers to a judgment on the internal validity (i.e., risk of bias) of an individual study. To arrive at a rating, reviewers consider features in controlled trials such as randomization, allocation concealment, blinding, and use of intention to treat analysis. In observational studies, they consider appropriate measurement of exposure and outcome as well as appropriate control of confounding; in both controlled trials and observational studies, they consider loss to follow-up and may consider other aspects of design, conduct, and analysis that influence the risk of bias.

GRADE judgments refer not to individual studies but to a body of evidence, and quality, as used in GRADE, means more than risk of bias. A body of evidence (for instance, a number of well-designed and executed trials) may be associated with a low risk of bias, but our confidence in effect estimates may be compromised by a number of other factors (imprecision, inconsistency, indirectness, and publication bias). There are also factors, particularly relevant to observational studies, that may lead to rating up quality, including the magnitude of treatment effect and the presence of a dose−response gradient.

GRADE's specific uses of the terms "quality" and "risk of bias" (labeled "study limitations" in previous GRADE publications) require authors to take care in using these terms when they describe their findings and reasoning in

Table 2
Significance of the four levels of evidence

| Quality level | Current definition | Previous definition |
|---|---|---|
| High | We are very confident that the true effect lies close to that of the estimate of the effect | Further research is very unlikely to change our confidence in the estimate of effect |
| Moderate | We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different | Further research is likely to have an important impact on our confidence in the estimate of effect and may change the estimate |
| Low | Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect | Further research is very likely to have an important impact on our confidence in the estimate of effect and is likely to change the estimate |
| Very low | We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect | Any estimate of effect is very uncertain |

the context of a systematic review or guideline. Well-conducted studies may be part of a body of evidence rated low quality because they only provide indirect or imprecise evidence for the question of interest. Although clinical epidemiologists and others have attributed other meanings to the word "quality" (typically risk of bias), we believe the meaning described here corresponds more closely to the common and nontechnical understanding of "quality."

## 7. GRADE specifies four categories for the quality of a body of evidence

Although the quality of evidence represents a continuum, the GRADE approach results in an assessment of the quality of a body of evidence as high, moderate, low, or very low. Table 2 presents what GRADE means by each of these four categories and contrasts their current definition with the previous definition [16], which focused on the implications of the levels of evidence for future research (the lower the quality, the more likely further research would change our confidence in the estimates, and the estimates themselves). The earlier characterization has been criticized—we believe legitimately—because there are many situations in which we cannot expect higher quality evidence to be forthcoming. We, nevertheless, consider the prior characterization of quality to provide an alternative under circumstances when obtaining new compelling evidence is plausible.

## 8. Arriving at a quality rating

When we speak of evaluating quality, we are referring to an overall rating for each important outcome across studies. As discussed in the previous article in this series that addressed the framing of the question [2], before assessing the quality of the evidence, systematic reviewers and guideline developers should identify all potential patient-important outcomes, including benefits, harms, and costs. Reviewers will then assess the quality of evidence for each important outcome.

Table 3 summarizes GRADE's approach to rating the quality of evidence, which begins with the study design (trials or observational studies) and then addresses five reasons to possibly rate down the quality of evidence and three to possibly rate up the quality. Subsequent articles in this series will address, in detail, the meaning and use of each of these criteria. Here, we discuss why these criteria, in particular, have been identified as important in assessing the quality of a body of evidence.

Table 3
A summary of GRADE's approach to rating quality of evidence

| Study design | Initial quality of a body of evidence | Lower if | Higher if | Quality of a body of evidence |
|---|---|---|---|---|
| Randomized trials | High ⇒ | Risk of Bias<br>−1 Serious<br>−2 Very serious<br>Inconsistency<br>−1 Serious<br>−2 Very serious | Large effect<br>+1 Large<br>+2 Very large<br>Dose response<br>+1 Evidence of a gradient | High (four plus: ⊕⊕⊕⊕)<br>Moderate (three plus: ⊕⊕⊕○) |
| Observational studies | Low ⇒ | Indirectness<br>−1 Serious<br>−2 Very serious<br>Imprecision<br>−1 Serious<br>−2 Very serious<br>Publication bias<br>−1 Likely<br>−2 Very likely | All plausible residual confounding<br>+1 Would reduce a demonstrated effect<br>+1 Would suggest a spurious effect if no effect was observed | Low (two plus: ⊕⊕○○)<br>Very low (one plus: ⊕○○○) |

## 9. Rationale for using GRADE's definition of quality

To be useful to decision makers, clinicians, and patients, systematic reviews must provide not only an estimate of effect for each outcome but also the information needed to judge whether these estimates are likely to be correct. What information about the studies in a review affects our confidence that the estimate of an effect is correct?

To answer this question, consider an example. Suppose you are told that a recent Cochrane review reported that, in patients with chronic pain, the number needed to treat (NNT) for clinical success with topical salicylates was 6 (95% CI = 4–13) compared with placebo. What additional information would you seek to help you decide whether to believe this estimate and how to apply it?

The most obvious questions might be the following: how many studies were pooled to get this estimate; how many patients did they include; and how wide were the CIs around the effect estimate? Were they randomized controlled trials? Did the studies have important limitations, such as lack of blinding or large or differential loss to follow-up in the compared groups? The questions thus far relate to GRADE categories of imprecision and risk of bias.

But there are also other important questions. Is there evidence that more studies of this treatment were conducted, but some were inaccessible to the reviewers? If so, how likely is it that the results of the review reflect the overall experience with this treatment? Did the trials have similar or widely varying results? Was the outcome measured at an appropriate time, or were the studies too short in duration to have much relevance? What part of the body was involved in the interventions (and thus, to what part of the body can we confidently apply these results)? These latter questions refer to the GRADE categories of publication bias, inconsistency, and indirectness. Without answers to (or at least information about) these questions, it is not possible to determine how much confidence to attach to the reported NNT and CIs.

GRADE identified its five categories—risk of bias, imprecision, inconsistency, indirectness, and publication bias—because they address nearly all issues that bear on the quality of evidence. For any given question, moreover, information about each of these categories is likely to be essential to judge whether the estimate is likely to be correct. These categories were arrived at through a case-based process by members of GRADE, who identified a broad range of issues and factors related to the assessment of the quality of studies. All potential factors were considered, and through an iterative process of discussion and review, concerns were scrutinized and solutions narrowed by consensus to these five categories.

GRADE's approach to quality implies that every systematic review should provide information about each of the categories (and any other pertinent issues in a particular case). Decision makers, whether they are guideline developers or clinicians, find it difficult to use a systematic review that does not provide this information. Good systematic reviews and clinical practice guidelines have commonly emphasized appraisal of the risk of bias (study limitations) using explicit criteria. Often, however, the focus has been on assessments across outcomes for each study rather than on each important outcome across studies. Assessment of other factors that determine how much confidence can be placed in estimates of effect has often been lacking. Before the adoption of GRADE, standards for reporting systematic reviews have not made clear how this information should be presented. GRADE provides a structure for systematic reviews and clinical practice guidelines to ensure they address the key questions that are pertinent to rating the quality of the evidence for all outcomes relevant to a particular question in a consistent systematic manner.

## 10. Conclusion

In closing, we caution against a mechanistic approach toward the application of the criteria for rating the quality of the evidence up or down. Although GRADE suggests the initial separate consideration of five categories of reasons for rating down the quality of evidence, and three categories for rating up, with a yes/no decision regarding rating up or down in each case, the final rating of overall evidence quality occurs in a continuum of confidence in the validity, precision, consistency, and applicability of the estimates. Fundamentally, the assessment of evidence quality is a subjective process, and GRADE should not be seen as obviating the need for or minimizing the importance of judgment or as suggesting that quality can be objectively determined.

As we repeatedly stress throughout this series, use of GRADE will not guarantee consistency in assessment, whether of the quality of evidence or of the strength of recommendations. There will be cases in which competent reviewers will have honest and legitimate disagreement about the interpretation of evidence. In such cases, the merit of GRADE is that it provides a framework that guides one through the critical components of this assessment and an approach to analysis and communication that encourages transparency and an explicit accounting of the judgments involved.

## References

[1] Guyatt GH, Oxman AD, Kunz R, Vist GE, Brozek J, Norris S, et al. GRADE guidelines: 1. Introduction—GRADE evidence profiles and summary of findings tables. J Clin Epidemiol 2011;64:383–94 [in this issue].

[2] Guyatt GH, Oxman AD, Kunz R, Atkins D, Brozek J, Vist GE, et al. GRADE guidelines: 2. Framing the question and deciding on important outcomes. J Clin Epidemiol 2011;64:395–400 [in this issue].

[3] Guyatt GH, Oxman AD, Vist GE, Kunz R, Brozek J, Alonso-Coello, et al. GRADE guidelines: 4. Rating the quality of evidence—study limitations (risk of bias). J Clin Epidemiol 2011;64:407–15.

[4] Guyatt GH, Oxman AD, Montori V, Vist GE, Kunz R, Brozek J, et al. GRADE guidelines: 5. Rating the quality of evidence - publication bias. J Clin Epidemiol. In press.

[5] Guyatt GH, Oxman AD, Kunz R, Brozek J, Alonso-Coello P, Rind D, et al. GRADE guidelines: 6. Rating the quality of evidence—imprecision (random error). J Clin Epidemiol. In press.

[6] Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al. GRADE guidelines: 7. Rating the quality of evidence—inconsistency. J Clin Epidemiol. In press.

[7] Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al. GRADE guidelines: 8. Rating the quality of evidence—indirectness. J Clin Epidemiol. In press.

[8] Waldman RJ, Hall WN, McGee H, Van Amburg G. Aspirin as a risk factor in Reye's syndrome. JAMA 1982;247:3089–94.

[9] Starko KM, Ray CG, Dominguez LB, Stromberg WL, Woodall DF. Reye's syndrome and salicylate use. Pediatrics 1980;66:859–64.

[10] Halpin TJ, Holtzhauer FJ, Campbell RJ, Hall LJ, Correa-Villasenor A, Lanese R, et al. Reye's syndrome and medication use. JAMA 1982;248: 687–91.

[11] Hurwitz ES, Barrett MJ, Bregman D, Gunn WJ, Pinsky P, Schonberger LB, et al. Public health service study of Reye's syndrome and medications: report of the main study. JAMA 1987;257: 1905–11.

[12] Kearon C, Gent M, Hirsh J, Weitz J, Kovacs MJ, Anderson DR, et al. A comparison of three months of anticoagulation with extended anticoagulation for a first episode of idiopathic venous thromboembolism. N Engl J Med 1999;340:901.

[13] Campbell IA, Bentley DP, Prescott RJ, Routledge PA, Shetty HGM, Williamson IJ. Anticoagulation for three versus six months in patients with deep vein thrombosis or pulmonary embolism, or both: randomised trial. BMJ 2007;334:674.

[14] Kearon C, Ginsberg JS, Anderson DR, Kovacs MJ, Wells P, Julian JA, et al. Comparison of 1 month with 3 months of anticoagulation for a first episode of venous thromboembolism associated with a transient risk factor. J Thromb Haemost 2004;2:743–9.

[15] Agnelli G, Prandoni P, Santamaria MG, Bagatella P, Iorio A, Bazzan M, et al. Three months versus one year of oral anticoagulant therapy for idiopathic deep venous thrombosis. N Engl J Med 2001; 345:165.

[16] Guyatt GH, Oxman AD, Vist GE, Kunz R, Falck-Ytter Y, Alonso-Coello P, et al. GRADE: an emerging consensus on rating quality of evidence and strength of recommendations. BMJ 2008; 336:924–6.

# Sexology Today!

News and commentary from the fascinating science of sex, by Dr. James Cantor.

17 October 2018

## American Academy of Pediatrics policy and trans- kids: Fact-checking

The American Academy of Pediatrics (AAP) recently published a policy statement entitled, *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents* (Rafferty, 2018). It was quite a remarkable document: Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping GD children, the AAP statement rejected that consensus, endorsing only *gender affirmation.* With AAP taking such a dramatic departure from other professional associations, I was immediately curious about what evidence led them to that conclusion. (Extraordinary claims require extraordinary evidence, and all that.) As I read the works on which they based their policy however, I was pretty surprised…rather alarmed, actually: These documents simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing *watchful waiting*.

The AAP statement was also remarkable in what it left out—namely, the outcomes research on GD children. There have been eleven follow-up studies of GD children, of which AAP cited one [Wallien & Cohen Kettenis (2008)], doing so without actually mentioning the outcome data it contained. The literature on outcomes was neither reviewed, summarized, nor subjected to meta-analysis to be considered in the aggregate—It was merely disappeared. (I have presented the complete list of the outcome studies on this blog before; they appear again at the bottom of this page together with their results, for reference.) As they make clear, *every* follow-up study of GD children, without exception, found the same thing: By puberty, the majority of GD children ceased to want to transition. AAP is, of course, free to establish whatever policy it likes on whatever basis it likes. But any assertion that their policy is based on evidence is demonstrably false, as detailed below.

AAP divided clinical approaches into three types—conversion therapy, watchful waiting, and gender affirmation. It rejected the first two and endorsed *gender affirmation* as the only acceptable alternative. Most readers will likely be familiar already with attempts to use conversion therapy to change sexual orientation. With regard to gender identity, AAP wrote:

> "[C]onversion" or "reparative" treatment models are used to prevent children and adolescents from identifying as transgender or to dissuade them from exhibiting gender-diverse expressions….Reparative approaches have been proven to be not only unsuccessful[38] but also deleterious and are considered outside the mainstream of traditional medical practice.[29, 39–42]
>
> AAP's citations are:
>
> 38. Haldeman DC. The practice and ethics of sexual orientation conversion therapy. J Consult Clin Psychol. 1994;62(2):221–227
> 29. Adelson SL; American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. J Am Acad Child Adolesc Psychiatry. 2012;51 (9):957–974
> 39. Byne W. Regulations restrict practice of conversion therapy. LGBT Health. 2016;3(2):97–99
> 40. Cohen-Kettenis PT, Delemarrevan de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: changing insights. J Sex Med. 2008;5(8):1892–1897

**Welcome to *Sexology Today!***

*Sexology Today!* brings to readers new research findings in the fascinating science of sex, translating the often technical language of science into plain-language summaries. The Internet has no shortage of political opinion about sexuality, but very little scientific opinion. Despite the enormous public interest in our work, professional scientists often stick to publishing in technical journals in technical language, and with publishing houses charging $35 and more per download, the general public has little opportunity to be exposed to new scientific findings in sex research. I hope Sexology Today helps to bridge that gap.

People seeking sex therapy or professional consultation services should contact the Toronto Sexuality Centre at www.TorontoSexuality.ca.

**Topics**

- Asexuality
- Diagnosis
- Fetishes
- Hebephilia
- Homosexuality
- Hypersexuality ("sex addiction")
- Letters
- Paraphilia
- Pedophilia
- Sex offenders
- Sexology
- Students
- Transgender

**Author**

**James M. Cantor, PhD**

Dr. Cantor is a clinical psychologist and sexual behavior scientist. He has been studying and

41. Bryant K. Making gender identity disorder of childhood: historical lessons for contemporary debates. Sex Res Soc Policy. 2006;3(3):23–39
42. World Professional Association for Transgender Health. WPATH De-Psychopathologisation Statement. Minneapolis, MN: World Professional Association for Transgender Health; 2010. Available at: https://www.wpath.org/policies. Accessed April 16, 2017

These claims struck me as odd because *there are no studies of conversion therapy for gender identity.* Studies of conversion therapy have been limited to *sexual orientation*—specifically, the sexual orientation *of adults*—not *gender identity,* and not *children* in any case. The article AAP cited to support their claim (reference number 38) is indeed a classic and well-known review, but it is a review of *sexual orientation* research only. Neither gender identity, nor even children, received even a single mention in it. Indeed, the narrower scope of that article should be clear to anyone reading even just its title: "The practice and ethics of *sexual orientation* conversion therapy" (Haldeman, 1994, p. 221, italics added).

AAP continued, saying that conversion approaches for GD children have already been rejected by medical consensus, citing five sources. This claim struck me just as odd, however—I recalled associations banning conversion therapy for sexual orientation, but not for gender identity, exactly because there is no evidence for generalizing from adult sexual orientation to childhood gender identity. So, I started checking AAP's citations for that, and these sources too pertained only to sexual orientation, not gender identity (specifics below). What AAP's sources *did* repeatedly emphasize was that:

(1) Sexual orientation of adults is unaffected by conversion therapy and any other [known] intervention;
(2) Gender dysphoria in childhood before puberty desists in the majority of cases, becoming (cis-gendered) homosexuality in adulthood, again regardless of any [known] intervention; and
(3) Gender dysphoria in childhood persisting after puberty tends to persist entirely.

That is, in the context of GD children, it simply makes no sense to refer to externally induced "conversion": The majority of children "convert" to cisgender or "desist" from transgender *regardless* of any attempt to change them. "Conversion" only makes sense with regard to adult sexual orientation because (unlike childhood gender identity), adult homosexuality never or nearly never spontaneously changes to heterosexuality. Although gender identity and sexual orientation may often be analogous and discussed together with regard to social or political values and to civil rights, they are nonetheless distinct—with distinct origins, needs, and responses to medical and mental health care choices. Although AAP emphasized to the reader that "gender identity is not synonymous with 'sexual orientation'" (Rafferty, 2018, p. 3), they went ahead to treat them as such nonetheless.

To return to checking AAP's fidelity to its sources: Reference 29 was a practice guideline from the Committee on Quality Issues of the American Academy of Child and Adolescent Psychiatry (AACAP). Despite AAP applying this source to *gender identity,* AACAP was quite unambiguous regarding their intent to speak to *sexual orientation* and only to *sexual orientation:* "Principle 6. Clinicians should be aware that there is no evidence that *sexual orientation* can be altered through therapy, and that attempts to do so may be harmful. There is no established evidence that change in a predominant, enduring *homosexual* pattern of development is possible. Although sexual fantasies can, to some degree, be suppressed or repressed by those who are ashamed of or in conflict about them, sexual desire is not a choice. However, behavior, social role, and—to a degree—identity and self-acceptance are. Although operant conditioning modifies sexual fetishes, it does not alter *homosexuality.* Psychiatric efforts to alter *sexual orientation* through 'reparative therapy' *in adults* have found little or no change in *sexual orientation,* while causing significant risk of harm to self-esteem" (AACAP, 2012, p. 967, italics added).

Whereas AAP cites AACAP to support gender affirmation as the only alternative for treating GD children, AACAP's actual view was decidedly neutral, noting the lack of evidence: "Given the lack of empirical evidence from randomized, controlled trials of the efficacy of treatment aimed at eliminating gender discordance, the potential risks of treatment, and longitudinal evidence that gender discordance persists in only a small minority of untreated cases arising in childhood, further research is needed on predictors of persistence and desistence of childhood gender discordance as well as the long-term risks and benefits of intervention before any treatment to

teaching sexology, especially atypical sexualities, for over 20 years. His studies have been published in *Psychological Bulletin*, the *Journal of Abnormal Psychology*, and the *Journal of Consulting and Clinical Psychology*, and he served as Editor-in-Chief of *Sexual Abuse: A Journal of Research and Treatment*. He has appeared to discuss sexological issues on *CNN*, the *BBC*, *The New York Times*, and Dan Savage's *Savage Love*. He is Director of the Toronto Sexuality Centre and Associate Professor of Psychiatry at the University of Toronto. Summaries of his research and other projects are available at JamesCantor.org.

**Top Posts**

*Do trans- kids stay trans- when they grow up?*

Statistics faulty on how many trans- kids grow up to stay trans-?

On Russo's *Is there something unique about the transgender brain?* Well, yes and no.

*How do I cure my pedophilia?*

*What's the difference between autogynephilia and trans women?*

**Receive new posts by email:**

Email address... Submit

**Currently, on twitter...**

Tweets by @JamesCantorPhD

James Cantor Retweeted

Helen Joyce
@HJJoyceEcon

This is disgraceful. Imagine knowingly - or ignorantly- misrepresenting research on of all things Children's wellbeing. Weapons-grade professional malfeasance

2h

James Cantor Retweeted

Vote MidTerms Nov.6
@___lor__

Replying to @JamesCantorPhD @AmerAcadPeds

What's going on? I took two minutes to read it and the AAP policy contradicted the very materials it used as its reference. #ReadIt sexologytoday.org/2018/10/americ… @jrommel @Child_Neurology @TXProChild @ETRorg @Scott_Wiener @Prashaantpawar @KammMcKenzieOB @McMSchools @StressFreeKids

Embed View on Twitter

eliminate gender discordance can be endorsed" (AACAP, 2012, p. 969). Moreover, whereas AAP rejected watchful waiting, what AACAP recommended was: "In general, it is desirable to help adolescents who may be experiencing gender distress and dysphoria to defer sex reassignment until adulthood" (AACAP, 2012, p. 969). So, not only did AAP attribute to AACAP something AACAP never said, but also AAP withheld from readers AACAP's actual view.

Next, in reference 39, Byne (2016) also addressed only sexual orientation, doing so very clearly: "Reparative therapy is a subset of conversion therapies based on the premise that *same-sex attraction* are reparations for childhood trauma. Thus, practitioners of reparative therapy believe that exploring, isolating, and repairing these childhood emotional wounds will often result in reducing *same-sex attractions*" (Byne, 2016, p. 97). Byne does not say this of gender identity, as the AAP statement misrepresents.

In AAP reference 40, Cohen-Kettenis et al. (2008) did finally pertain to gender identity; however, this article never mentions conversion therapy. (!) Rather, in this study, the authors presented that clinic's lowering of their minimum age for cross-sex hormone treatment from age 18 to 16, which they did on the basis of a series of studies showing the high rates of success with this age group. Although it did strike me as odd that AAP picked as support against conversion therapy an article that did not mention conversion therapy, I could imagine AAP cited the article as an example of what the "mainstream of traditional medical practice" consists of (the logic being that conversion therapy falls outside what an 'ideal' clinic like this one provides). However, what this clinic provides is the very *watchful waiting* approach that AAP rejected. The approach espoused by Cohen-Kettenis (and the other clinics mentioned in the source—Gent, Boston, Oslo, and now formerly, Toronto) is to make puberty-halting interventions available at age 12 because: "[P]ubertal suppression may give adolescents, together with the attending health professional, more time to explore their gender identity, without the distress of the developing secondary sex characteristics. The precision of the diagnosis may thus be improved" (Cohen-Kettenis et al., 2008, p. 1894).

Reference 41 presented a very interesting history spanning the 1960s–1990s about how feminine boys and tomboyish girls came to be recognized as mostly pre-homosexual, and how that status came to be entered into the DSM at the same time as homosexuality was being *removed* from the DSM. Conversion therapy is never mentioned. Indeed, to the extent that Bryant mentions treatment at all, it is to say that treatment is entirely irrelevant to his analysis: "An important omission from the *DSM* is a discussion of the kinds of treatment that GIDC children should receive. (This omission is a general orientation of the DSM and not unique to GIDC)" (Bryant, 2006, p. 35). How this article supports AAP's claim is a mystery. Moreover, how AAP could cite a 2006 history discussing events of the 1990s and earlier to support a claim about the *current* consensus in this quickly evolving discussion remains all the more unfathomable.

Cited last in this section was a one-paragraph press release from the World Professional Association for Transgender Health. Written during the early stages of the American Psychiatric Association's (APA's) update of the DSM, the statement asserted simply that "The WPATH Board of Directors strongly urges the de-psychopathologisation of gender variance worldwide." Very reasonable debate can (and should) be had regarding whether gender dysphoria should be removed from the DSM as homosexuality was, and WPATH was well within its purview to assert that it should. Now that the DSM revision process is years completed however, history has seen that APA ultimately retained the diagnostic categories, rejecting WPATH's urging. This makes AAP's logic entirely backwards: That WPATH's request to depathologize gender dysphoria was *rejected* suggests that it is *WPATH's* view—and therefore, AAP policy—which fall "outside the mainstream of traditional medical practice." (!)

AAP based this entire line of reasoning on their belief that conversion therapy is being used "to prevent children and adolescents from identifying as transgender" (Rafferty, 2018, p. 4). That claim is left without citation or support. In contrast, what is said by AAP's sources is "delaying affirmation should *not* be construed as conversion therapy or an attempt to change gender identity" in the first place (Byne, 2016, p. 2). Nonetheless, AAP seems to appear to be doing exactly that: Simply relabeling non-gender affirmation models as conversion clinics.

Although AAP (and anyone else) may reject (what they label to be) conversion therapy purely on the basis of political or personal values, there is no evidence to back the AAP's stated claim about the existing science on gender identity at all, never mind gender identity of children.

AAP also rejected the watchful waiting approach, repeatedly calling it "outdated." The criticisms AAP provided, however, again defied the existing evidence, with even its own sources repeatedly calling that model the current standard. According to AAP:

> [G]ender affirmation is in contrast to the outdated approach in which a child's gender-diverse assertions are held as "possibly true" until an arbitrary age (often after pubertal onset) when they can be considered valid, an approach that authors of the literature have termed "watchful waiting." This outdated approach does not serve the child because critical support is withheld. Watchful waiting is based on binary notions of gender in which gender diversity and fluidity is pathologized; in watchful waiting, it is also assumed that notions of gender identity become fixed at a certain age. The approach is also influenced by a group of early studies with validity concerns, methodologic flaws, and limited follow-up on children who identified as TGD and, by adolescence, did not seek further treatment ("desisters").[45,47]
>
> <u>The citations from AAP's reference list are:</u>
>
> 45. Ehrensaft D, Giammattei SV, Storck K, Tishelman AC, Keo-Meier C. Prepubertal social gender transitions: what we know; what we can learn—a view from a gender affirmative lens. Int J Transgend. 2018;19(2):251–268
> 47. Olson KR. Prepubescent transgender children: what we do and do not know. J Am Acad Child Adolesc Psychiatry. 2016;55(3):155–156.e3

I was surprised first by the AAP's claim that pubertal onset was somehow "arbitrary." The literature, including AAP's sources, repeatedly indicated the pivotal importance of puberty, noting that outcomes strongly diverge at puberty. According to AAP reference 29, in "*prepubertal* boys with gender discordance—including many without any mental health treatment—the cross gender wishes usually fade over time and do not persist into adulthood, with only 2.2% to 11.9% continuing to experience gender discordance" (Adelson & AACAP, 2012, p. 963, italics added), whereas "when gender variance with the desire to be the other sex is present *in adolescence,* this desire usually does persist through adulthood" (Adelson & AACAP, 2012, p. 964, italics added). Similarly, according to AAP reference 40, "Symptoms of GID *at prepubertal ages* decrease or even disappear in a considerable percentage of children (estimates range from 80–95%). Therefore, any intervention in childhood would seem premature and inappropriate. However, GID persisting *into early puberty* appears to be highly persistent" (Cohen-Kettenis et al., 2008, p. 1895, italics added). That follow-up studies of prepubertal transition differ from postpubertal transition is the very meaning of non-arbitrary. AAP gave readers exactly the reverse of what was contained its own sources. If AAP were correct in saying that puberty is an arbitrarily selected age, then AAP will be able to offer another point with as much empirical backing as puberty has.

Next, it was not clear on what basis AAP could say that watchful waiting withholds support—AAP cited no support for its claim. The people in such programs often receive substantial support during this period. Also unclear is on what basis AAP could already know exactly which treatments are "critical" and which are not—Answering that question is the very purpose of this entire endeavor. Indeed, the logic of AAP's claim appears entirely circular: If one were pre-convinced that the gender affirmation model is the only acceptable one, then watchful waiting withholds critical support only in the sense that it delays gender affirmation, the method one has already decided to be critical.

Although AAP's next claim did not have a citation appearing at the end of its sentence, binary notions of gender was mentioned both in references 45 and 47. Specifically, both pointed out that existing outcome studies have been about people transitioning from one sex to the other, rather than from one sex to an in-between or combination of masculine/feminine features. Neither reference presented this as a reason to reject the results from the existing studies of complete transition however (which is how AAP cast it). Although it is indeed true that the outcome data have been about complete transition, some future study showing that partial transition shows a different outcome for them would not invalidate what is known about complete transition. Indeed, data showing that partial transition gives better outcomes than

complete transition would, once again, support the watchful waiting approach which AAP rejected.

Next was a vague reference alleging concerns and criticisms about early studies. Had AAP indicated what those alleged concerns and flaws were (or which studies they were), then it would be possible to evaluate or address them. Nonetheless, the argument is a red herring: Because all of the later studies showed the same result as did the early studies, any such allegation is necessarily moot.

Reference 47 was a one-and-a-half page commentary which off-handedly mentions criticisms previously made of three of the eleven outcome studies of GD children, but does not provide any analysis or discussion (Olsen, 2016). The only specific claim was that studies (whether early or late) had limited follow-up periods—the logic being that had outcome researchers lengthened the follow-up period, then people who seemed to have desisted might have returned to the clinic as cases of "persistence-after-interruption." Although one could debate the merits of that prediction, AAP (and Olson) instead simply withheld from the reader the result from testing that prediction directly: Steensma and Cohen-Kettenis (2015) conducted another analysis of their cohort, by then ages 19–28 (mean age 25.9 years), and found that 3.3% (5 people of the sample of 150) later returned. That is, the childhood sample showing 70.0% desistence instead showed 66.7% desistance in long-term follow-up. It is up to the reader to decide whether that difference challenges the aforementioned conclusion that that majority of GD children cease to want to transition by puberty or represents a grasping at straws.

Reference

Steensma, T. D., & Cohen-Kettenis, P. T. (2015). More than two developmental pathways in children with gender dysphoria? *Journal of the American Academy of Child& Adolescent Psychiatry, 52,* 147–148.

Reference 45 did not support the claim that watchful-waiting is "outdated." Indeed, that source said the very opposite, referring to watchful waiting as the *current* approach: "Put another way, if clinicians are straying from SOC 7 guidelines for social transitions, not abiding by the watchful waiting model *favored by the standards,* we will have adolescents who have been consistently living in their affirmed gender since age 3, 4, or 5" (Ehrensaft et al., 2018, p. 255). Moreover, Ehrensaft et al. said there are cases in which they too would still use watchful waiting: "When a child's gender identity is unclear, the watchful waiting approach can give the child and their family time to develop a clearer understanding and is not necessarily in contrast to the needs of the child." Ehrensaft et al. are indeed critical of the watchful waiting model (which they feel is applied too conservatively), but they do not come close to the position the AAP policy espouses. Where Ehrensaft summarizes the potential benefits and potential risks both to transitioning and not transitioning, the AAP presents an ironically binary narrative.

In its policy statement, AAP told neither the truth nor the whole truth, committing sins both of commission and of omission, asserting claims easily falsified by anyone caring to do any fact-checking at all. AAP claimed, "This policy statement is focused specifically on children and youth that identify as TGD rather than the larger LGBTQ population" (p. 1); however, much of that evidence was about sexual orientation, not gender identity. AAP claimed, "Current available research and expert opinion from clinical and research leaders…will serve as the basis for recommendations" (p. 1-2); however, they provided recommendations entirely unsupported and even in direct opposition to that research and opinion.

AAP is advocating for something far in excess of mainstream practice and medical consensus. In the presence of compelling evidence, that would be exactly called for. The problems in Rafferty (2018), however, do not constitute merely a misquote, a misinterpretation of an ambiguous statement, or missing a reference or two. Rather, AAP's statement is a systematic exclusion and misrepresentation of entire literatures. Not only did AAP fail to provide *extraordinary* evidence, it failed to provide the evidence at all. Indeed, AAP's recommendations are *despite* the existing evidence.

---

**Outcome Studies of GD Children and Their Results**

| Count Group | Study |
| --- | --- |

| Outcome | Study |
|---|---|
| 2/16 gay<br>4/16 trans-/crossdress<br>10/16 straight/uncertain | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128,* 1283–1289. |
| 2/16 trans-<br>2/16 uncertain<br>12/16 gay | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19,* 363–369. |
| 0/9 trans-<br>9/9 gay | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41. |
| 2/45 trans-/crossdress<br>10/45 uncertain<br>33/45 gay | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. |
| 1/10 trans-<br>2/10 gay<br>3/10 uncertain<br>4/10 straight | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15,* 511–517. |
| 1/44 trans-<br>43/44 cis- | Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality*. New Haven, CT: Yale University Press. |
| 0/8 trans-<br>8/8 cis- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146,* 565–569. |
| 21/54 trans-<br>33/54 cis- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47,* 1413–1423. |
| 3/25 trans-<br>6/25 lesbian/bi-<br>16/25 straight | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44*, 34–45. |
| 17/139 trans-<br>122/139 cis- | Singh, D. (2012). *A follow-up study of boys with gender identity disorder*. Unpublished doctoral dissertation, University of Toronto. |
| 47/127 trans-<br>80/127 cis- | Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590. |

*For brevity, the list uses “gay” for “gay and cis-”, “straight” for “straight and cis-”, etc.

## 2 comments:

**Hontas** 18 October 2018 at 10:51

I am not a psychologist but as an academic citing sources that don't support what is being claimed should be reason for the retraction of a paper. I agree with what AAP is trying to do but this is not how to go about it. Academic integrity has to mean something. Could they be trying to reduce harm to those who DO turn out to be transgender as teens and adults, and their parents? In my humble opinion, "affirm" and give hormones probably isn't right either.

Hear me out.

Think of how the average, at least a little transphobic, parent is likely to implement "watchful waiting". Consider as an example the movie "Ma Vie En Rose". It could be said what they were doing in the beginning of the movie was a watchful waiting approach. "It's normal until about age 7," and all that. They were fine with Ludo dressing like a girl and having dolls and all of that until then.

The parents were told that if they watchfully waited the kid would likely "normally" stop. What happens when the kid does not stop? They loose it. They try to force them to stop being different. In real life that is often how trans gender youths end up as wards of the state. Part of watchful waiting has probably been a hope that the kid would not be trans in the end.

A month ago a well known transgender model posted a video about a frank discussion with her mother. When she had surgery her mother felt like her son "went on vacation then never came back". Her mother mourned. She still hoped somehow it wouldn't go that far.

That is the danger of watchful waiting for those who DO turn out to be transgender IF the people around them agreed in the hope they would desist.

Reply

**Unknown** 18 October 2018 at 12:21

@Hontas This is a mental health issue. Any medical interventions to treat mental health issues have huge risks, known and unknown, and are not "cures" for gender dysphoria. Medical action should never be positioned as the ultimate "end game" strategy for those who suffer--but that's not what you find in social media today, especially for children. If medical action is, after careful consideration, taken, some see a great reduction in their gender dsyphoria, some gain relief for a while before it returns in waves leading to more medical interventions b/c the last one was "not enough", and some get worse, some much worse. It depends. The motivations for the behavior are as varied as there are people, and the problem is that the AAP's take on "affirmation only" assumes only one action is correct. It's like saying all depressed people are depressed for the same reason and this is the one way to treat it. Basically, the AAP are guilty of being Distinction Deniers, and fail to see the harm they are exposing to others. How?

Well, for instance, the problem for us parents with teens with rapid onset gender dysphoria (ROGD) is that this is a social contagion highly influenced by social media. Teens and young adults have relatively easy--meaning no mental or medical health analysis required--access to cross sex hormones. Some can get them by mail. Some Planned Parenthoods have started giving out hormones with informed consent forms.

I'm sure there are some parents who are transphobic, but I'm more than sure that many parents do not want their child to take drastic medical interventions for something of dubious benefit when they want to give their child the gift of time to work things through and treat any underlying comorbid conditions.

Ironically, if your arguing that what AAP is doing is protecting that small number of children who will not desist after puberty (childhood GD is different from ROGD), you must also recognize that this will result in many false positives which encompasses ROGD teens and young adults. As the greatest predictor of persistence in an identity is social transition and that is fully endorsed in the affirmation model--and leads many of the afflicted to go on and seek medical "cures." Regrets will be many. These drugs are off-label use and do harm, visable and invisable. These kids are the experiment.

Reply

Enter your comment...
Comment as:
Google Accour
Publish
Preview

## Links to this post

Create a Link

Home Older Post

Subscribe to: Post Comments (Atom)

---

The opinions expressed here are my own and do not necessarily reflect those of any institution or organization with which I am affiliated.

James M. Cantor ©

Simple theme. Theme images by Ollustrator. Powered by Blogger.

Psychology of Sexual Orientation and Gender Diversity
2017, Vol. 4, No. 3, 341–353

© 2017 American Psychological Association
2329-0382/17/$12.00 http://dx.doi.org/10.1037/sgd0000235

# Suicide in Trans Populations: A Systematic Review of Prevalence and Correlates

Jay McNeil
Lancaster University

Sonja J. Ellis
Australian Catholic University

Fiona J. R. Eccles
Lancaster University

Trans people experience high rates of attempted suicide and suicidal ideation. No study to date has collated the various findings concerning correlates of trans suicide. This systematic review aimed to summarize the available data and provide recommendations based on this evidence. Articles were included if they were published before November 2016, were in English, were peer reviewed, and presented data concerning trans people's suicide attempts or ideation. Nine databases were searched, and 30 articles were selected. Discrimination emerged as strongly related to suicidal ideation and attempts, whereas positive social interactions and timely access to interventions appeared protective. Limitations included differences in how articles defined trans people or measured suicide and in their largely cross-sectional nature, making assumptions about causality in reference to lifetime ideation or attempts impossible. However, results clearly indicated a need to work at both individual and structural levels to reduce society- and service-level discrimination, enhance peer support, and ensure access to required interventions. The review highlights the need to explore suicidality in the trans population both in relation to general suicide models and in relation to models of minority stress.

***Public Significance Statement***
The findings presented here suggest that suicidality among trans people is complex, comprising a mix of individual, systemic, and structural factors. This article therefore highlights the importance of interpreting suicidal behavior in relation to specific models of minority stress and of working to address this issue across these different levels.

*Keywords:* transgender, suicidal ideation, suicide attempts, systematic review

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

The term *trans* is used to refer to a diverse range of people whose personal experience of gender is different from the conventional construction of gender as associated with the sex they were assigned at birth. Many people may be included under the umbrella term *trans,* such as trans men (those assigned female at birth but who identify as primarily masculine or male), trans women (those assigned male at birth but who identify as primarily feminine or female), those who define their gender as nonbinary (e.g., "bigender," "androgyne," "polygender"), and those who do not define their gender at all (e.g., "neutrois"). Trans people may have a fluid gender identity and may use more than one identity label at a time (e.g., *trans woman* and *genderqueer*) or a range of labels over time. Although some trans people may undergo medical interventions (e.g., hormone therapy, gender confirmation surgery) in relation to their gender identity, others may not. Similarly, some may socially transition (i.e., change their name and/or gender presentation).

Research and anecdotal evidence would seem to suggest that trans (or gender-diverse) people are at particular risk of suicide. For example, one United Kingdom study indicated that the lifetime prevalence of suicidal ideation may be as high as 84% (McNeil, Bailey, Ellis, Morton, & Regan, 2012), with 48% of ideators having attempted suicide (Bailey, Ellis, & McNeil, 2014). Similarly, del pozo de Bolger, Jones, Dunstan, and Lykins (2014) reported that within their sample 35% of trans people had attempted suicide in their lifetime. Rates have also been reported to be high in studies measuring suicidal ideation and attempts over the preceding year (e.g., Bauer, Pyne, Francino, & Hammond, 2013). Although there is a dearth of definitive data, rates of suicidal ideation and attempts in the trans population would appear to be substantially higher than the general population (e.g., 9.2%:

This article was published Online First July 24, 2017.

Jay McNeil, Division of Health Research, Lancaster University; Sonja J. Ellis, School of Psychology, Australian Catholic University; Fiona J. R. Eccles, Division of Health Research, Lancaster University.

This article is based on the doctoral thesis of Jay McNeil (now based at Lancaster, UK). The thesis was co-supervised by Sonja J. Ellis (at the time based at Sheffield Hallam University) and Fiona J. R. Eccles.

Correspondence concerning this article should be addressed to Fiona J. R. Eccles, Doctorate in Clinical Psychology, Furness College, Lancaster University, Lancaster LA1 4YG, United Kingdom. E-mail: jay@traverse-research.com

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Nock et al., 2008; 5%: International Association for Suicide Prevention, 2012). These rates would also appear to be considerably higher than for other marginalized groups. For example, when compared to lesbian, gay, and bisexual (LGB) people, trans people were reported to be "162% more likely to have ever seriously considered committing suicide" (Irwin, Coleman, Fisher, & Marasco, 2014, p. 1181).

In the general population, the rate of suicidal ideation and attempts is related to the rate of completed suicide. In reviewing risk factors for suicide, Mościcki (2001) highlighted how having a history of suicide attempt is a substantial risk factor for later completed suicide. However, rates of completed suicide are difficult to ascertain for the trans population. It would be highly unusual for a person's trans status to be recorded on a death certificate; it is therefore not possible to ascertain trans suicide rates from coronial data. Conversely, because the trans population is hard to reach, published studies have tended to consist of limited, and typically self-selecting, samples, making it difficult to assess the extent of suicidality in the trans population as a whole. For example, the majority of studies have adopted a gender-binary approach to trans people, sampling only trans men and/or trans women, thus excluding nonbinary trans people. In other cases, sample selection is restricted to highly specific subgroups of the trans population, such as "trans gender women with a history of sex work" (e.g., Nemoto, Bödeker, & Iwamoto, 2011, p. 1) or solely those undergoing surgical intervention (e.g., Heylens, Verroken, De Cock, T'Sjoen & De Cuypere, 2014). Together these factors contribute to partial information and potential underreporting of suicide rates in trans populations (Bauer, Scheim, Pyne, Travers, & Hammond, 2015; Haas et al., 2010).

The negative impact that prejudice and discrimination have on the mental health and well-being (including increased risk of suicide) of individuals from marginalized groups has been well established (e.g., see Friedman, 1999; Meyer, 2003). Given the structural dominance of gender in society, trans people have a heightened consciousness of the extent to which their bodies and physical presentation do or do not conform to gender norms. Recent studies have shown that not only are trans people at significant risk of transphobic victimization but they have a heightened perception of this risk (Ellis, Bailey, & McNeil, 2016) and go to great lengths to avoid being victimized (Ellis, McNeil, & Bailey, 2014). In addition to social stigma, there are a number of personal challenges that trans people need to negotiate that also have a negative bearing on mental health and well-being. Factors such as distress in relation to gender, fears about transitioning, and delays or refusals in accessing gender confirmation interventions all contribute negatively to trans people's well-being, and these are viewed by many trans people as key factors in suicidality (e.g., see Bailey et al., 2014). As highlighted by Clements-Nolle, Marx, and Katz (2006), in LGB populations a clear link has been established between gender nonconformity and suicidality. Given that gender (as opposed to sexuality) is directly at stake for trans people, it is reasonable to assume that this would play a central part in placing trans people at risk of suicide.

Meyer's (2003) minority stress hypothesis (MSH) offers a more complex explanation for poor mental health in minority groups; it encompasses issues of social capital and microaggressions in its dividing of minority stressors into proximal and distal factors. In relation to suicide, minority populations experience the same risk

factors as do majority group members (e.g., low income, not being married; Nock et al., 2008); however, they are also subject to additional stressors specific to their minority experience, which has an additive negative effect on mental health. Testa, Habarth, Peta, Balsam, and Bockting (2015) adapted the model for use with trans and gender-nonconforming people. They highlighted that trans-specific distal (external) factors would include gender-related discrimination, rejection and victimization, and nonaffirmation of someone's gender identity. Proximal (or internal) factors might include internalized transphobia, negative expectations, or concealment. The authors finally highlighted resilience or protective factors, including community connectedness and pride. Thus, the factors identified by Meyer (2003) have been easily adapted for trans populations. Although Meyer's minority stress hypothesis has recently been criticized for not considering the institutionalized nature of stressors affecting LGB and transgender (LGBT) individuals (e.g., see Riggs & Treharne, 2017) it still provides a useful framework for understanding suicidality at an individual level and is widely used in other studies.

Given the high rates of suicidal ideation and attempt among trans people, it is important to understand the factors contributing to this, and theories such as MSH offer a way of understanding how these factors may lead to such an outcome. Although research has explored trans people's suicidality, and a review that explores prevalence rates of suicidal ideation and attempt in these populations exists (E. Marshall, Claes, Bouman, Witcomb, & Arcelus, 2016), no systematic reviews have focused on collating the current evidence concerning correlates of these. Despite limitations in the breadth of samples (i.e., the bias toward binary trans participants), over the past 15 years there has been a proliferation of survey-based studies interfacing with trans suicide. Therefore, now is an appropriate time to undertake a cross-study examination of the determinants of suicide in trans populations. This review aims to summarize the evidence concerning factors that correlate with suicidal ideation and attempt in trans populations. The review also aims to provide recommendations for enhancing the future evidence base for supporting trans mental health.

## Method

### Inclusion and Exclusion Criteria

Studies included in this review consisted of those employing quantitative data about factors relating to suicidal ideation and/or attempts in trans people and that were published in English. Studies were excluded if they were qualitative or if they aggregated data about trans people with other populations (e.g., combining trans and LGB people's data).

### Search Strategy

A literature search using a range of databases relevant to psychology and health sciences was conducted in November 2016. These databases included AHMED, Academic Search Complete, CINAHL, PsycInfo, PsycArticles, Web of Science, Scopus, OVID-EMBASE, and PubMed.

The following search terms, combined via the operator *OR,* were used to refer to trans people: *gender dysphoria, transgender, transsexual, gender variant, nonbinary, genderqueer, genderfluid,*

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

*gender nonconformity, agender, two-spirit, kathoey, M2F, MTF, F2M, FTM, trans m*, trans w*, male to female, female to male, androgyne, bigender, gender neutral, neutrois, bissu, kinnar, khusra, gender identity disorder.* The identity-related terms rather than diagnostic-related terms originated from different potential descriptions of trans people that were included in McNeil et al. (2012). In that study, gender-related options were determined by an advisory panel that included representation from different cultural trans communities, including researchers and clinicians with extensive theoretical and/or practical experience. Searches were conducted using free text terms rather than MeSH headings, because these headings did not return a sufficiently wide variety of the different terms that may be used to represent trans people.

The terms *attempted suicide, suicide prevention, suicide**, and *suicidal ideation* were used to search specifically in relation to suicide. These terms were separated by the operator *OR*. The trans- and suicide-related search terms were then conjoined using the *AND* operator. Where it was possible, search terms were exploded and were unrestricted.

## Selection

The process of screening the articles is presented in Figure 1. Initial searches returned 2,765 articles. Articles were screened by title, then abstract, leaving only 89 articles after duplicates were removed. Finally, full-text screening resulted in 30 articles, with no further articles matching all the criteria being identified from their references.

The articles identified during full-text screening were excluded if (a) they replicated data from the same sample as in another included study (e.g., Testa, Jimenez, & Rankin, 2014), (b) they were conference abstracts, or (c) the measures of suicidal ideation and attempt were unclear.

## Quality Appraisal

The quality of reporting of the selected studies was established using criteria from the Strengthening the Reporting of Observa-

*Figure 1.* Flow diagram representing the number of articles removed at different stages of the review process. LGB = lesbian, gay, bisexual. See the online article for the color version of this figure.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

tional Studies in Epidemiology (STROBE) checklist (Vandenbroucke et al., 2007), and the percentage of the relevant criteria met for each article was calculated. The quality of reporting among the articles varied considerably, from a low of 18% (Xavier, Bobbin, Singer, & Budd, 2005) to a high of 76% (Bauer et al., 2015). Most articles scored high for study design, methodology, and conclusions. Criteria that few met broadly related to how data were treated and analyzed and the provision of sufficient detail at each stage.

## Results

### Description of the Studies

Table 1 describes the main characteristics of the 30 studies reviewed here. The majority of studies ($n = 21$) were carried out in the United States, and among the remaining studies, two were carried out in Japan, two in South America (one in Argentina and one in Brazil), one in Canada, one in the United Kingdom, and the remaining three in countries of continental Europe (one in Belgium; one in Italy; and one in the Netherlands, Belgium, Germany, and Norway).

A key demographic for this study relates to gender. The articles varied in how they conceptualized their populations, with some representing only those who met diagnostic criteria for gender identity disorder (e.g., Heylens, Elaut, et al., 2014; Heylens, Verroken, et al., 2014; Lobato et al., 2007) and others allowing people to self-define their gender (e.g., Maguen & Shipherd, 2010; Nemoto et al., 2011). The definitions that participants could ascribe to were sometimes unclear; however, where stated, they differed between studies. For example, Goldblum et al. (2012) defined trans people as those

> having lived or wanting to live full-time in a gender opposite to their birth or physical sex; having or wanting to physically modify their body to match who they feel they really are inside; or having or wanting to wear the clothing of the opposite sex, in order to express an inner, cross-gender identity. (p. 470)

Alternatively, Nuttbrock et al. (2010) defined trans women as assigned "'male' at birth with a later conception of one's self as not 'completely male' in all situations or roles" (p. 14). For some articles, it was unclear how their population was defined or how participants were identified as trans (e.g., Colton Meier, Fitzgerald, Pardo, & Babcock, 2011). One article focused solely on trans men (Colton Meier et al., 2011), and four articles on trans women (Nemoto et al., 2011; Nuttbrock et al., 2010; Operario & Nemoto, 2005; E. C. Wilson, Chen, Arayasirikui, Wenzel, & Raymond, 2015). Sample sizes for individual studies varied from fewer than 100 (Grossman & D'Augelli, 2007) to over 4,000 (Miller & Grollman, 2015).

The reported demographic details varied substantially across studies. Age and some form of gender variable were provided by all articles. Given the importance and possible confounding nature of ethnicity or race and of sexual orientation, it is surprising that many articles omitted these variables. This, together with heterogeneity between articles concerning important variables (e.g., gender identity, country or culture of origin, how suicidal ideation and attempts were assessed), makes drawing conclusions across studies difficult. This level of variation needs to be borne in mind when considering the findings presented next.

### Prevalence of Suicidal Ideation and Attempts

Prevalence rates among all studies varied; however, rates remained higher than for the general population, consistent with other studies. In the 17 articles that reported suicidal ideation, rates ranged from 37% (Mathy, 2003) to 83% (Testa et al., 2012). Rates of suicide attempt varied widely, ranging from 9.8% in a mixed trans group (Heylens, Verroken, et al., 2014) to 43% among trans men only (Colton Meier et al., 2011) and 44% in a mixed sample (Miller & Grollman, 2015). High prevalence rates are not entirely surprising for this population group, given the extent to which trans people routinely experience minority stress. Recent research (e.g., Grossman, Park, & Russell, 2016; Lehavot, Simpson, & Shipherd, 2016; Tebbe & Moradi, 2016) has indicated a strong association between minority stressors—for example, prejudice or discrimination, internalized anti-trans attitudes, fear of anti-trans stigma—and suicidality. As Tebbe and Moradi (2016) suggested, this highlights the importance of considering minority stressors (in addition to general factors) as risk factors for suicide in the trans population.

It is worth noting that the range reported in gender clinics varied from 9.8% (Heylens, Verroken, et al., 2014) to 21.2% (Colizzi, Costa, & Todarello, 2015), whereas for others it was 11.2% (Bauer et al., 2015) to 44% (Miller & Grollman, 2015). The highest rate from a gender clinic was recorded using a self-report questionnaire (Colizzi et al., 2015), as opposed to being gathered through interviews with clinicians directly determining care, which appeared to be the case for the other clinic articles. Suicide attempt may be underreported in gender clinics, because individuals are often aware that it may preclude access to medical transition interventions (Ellis, Bailey, & McNeil, 2015).

### Correlates of Suicidal Ideation and Attempts

A number of demographic variables were associated with higher rates of suicide attempt, variables such as having a history of incarceration (Clements-Nolle et al., 2006) and lower socioeconomic status (e.g., Goldblum et al., 2012), whereas being in stable housing significantly decreased the odds of a lifetime suicide attempt (Lehavot et al., 2016; B. D. Marshall et al., 2016). Household income (Perez-Brumer, Hatsenbuehler, Oldenburg, & Bockting, 2015), relationship status (Maguen & Shipherd, 2010), sexual orientation (Clements-Nolle et al., 2006), and location (e.g., urban vs. rural area; Goldblum et al., 2012; B. D. Marshall et al., 2016; Perez-Brumer et al., 2015) were unrelated to suicide attempt. Variables unrelated to suicidal ideation included religion (Bauer et al., 2015) and relationship status (Terada et al., 2011). For other demographic variables, however, relationships appeared mixed or contradictory and are thus considered in more detail; these included gender, assigned sex, educational attainment, employment, age, and ethnicity.

The relationship between suicidal ideation and attempt and gender was complex. House, Van Horn, Coppeans, and Stepleman

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 1
*Reviewed Articles Exploring Factors Related to Suicide in Trans Populations*

| Article | Author(s) | Location | Aim | Sample size and composition |
|---|---|---|---|---|
| 1 | Bauer et al. (2015) | Canada | Identify intervenable social factors associated with a reduction in suicide risk | $N$ = 380; trans women (47.4%), trans men (52.6%) |
| 2 | Clements-Nolle et al. (2006) | United States | Explore whether victimization and discrimination are independently associated with attempted suicide | $N$ = 515; MTFs ($n$ = 392) and FTMs ($n$ = 123) |
| 3 | Colizzi et al. (2015) | Italy | Explore prevalence of dissociative disorders and symptoms before and after hormone therapy | $N$ = 118; MTFs ($n$ = 82), FTMs ($n$ = 36) |
| 4 | Colton Meier et al. (2011) | Mainly United States | Provide evidence concerning the impact of testosterone on trans men's psychological state | $N$ = 369; FTM transsexual-only sample |
| 5 | Effrig et al. (2011) | United States | Explore rates of harassment and discrimination, as well as mental health of college students, comparing those seeking treatment and those not | Sample 1 (not in or seeking counseling services): $n$ = 21,686: trans people (gender unknown) and others ($n$ = 68), cis women ($n$ = 13,244), cis men ($n$ = 7,191); Sample 2 (clinical sample seeking or receiving counseling services): $n$ = 27,616: trans people (gender unknown; $n$ = 40), cis women ($n$ = 16,615), cis men ($n$ = 9,141). |
| 6 | Goldblum et al. (2012) | United States | Explore the relation between gender-based victimization during school and attempted suicide | $N$ = 290; trans women ($n$ = 147; 33 with no plans to transition "full time"), trans men ($n$ = 81; 29 with no transition plans) |
| 7 | Grossman and D'Augelli (2007) | United States | Explore whether "life-threatening behaviors" relate to parental reactions to participant's gender and feelings about their bodies | $N$ = 55; young people: MTF ($n$ = 31) and FTM ($n$ = 24) |
| 8 | Grossman et al. (2016) | United States | Explore suicidal ideation and attempt in relation to perceived burdensomeness and thwarted belongingness | $N$ = 129; young people: MTF ($n$ = 44), FTM ($n$ = 40), MTDG ($n$ = 14), FTDG ($n$ = 31) |
| 9 | Heylens, Elaut, et al. (2014) | The Netherlands, Belgium, Germany, Norway | Obtain rates of psychiatric diagnoses in people seeking gender reassignment who had also been diagnosed with gender identity disorder | $N$ = 305; MTFs ($n$ = 182) and FTMs ($n$ = 123) diagnosed with gender identity disorder attending a gender clinic |
| 10 | Heylens, Verroken, et al. (2014) | Ghent, Belgium | Explore the psychological impact of different stages of medical gender reassignment interventions | $N$ = 57; MTFs ($n$ = 46) and FTMs ($n$ = 11) undergoing gender confirmation surgery in a gender clinic |
| 11 | Hoshiai et al. (2010) | Japan | Investigate psychiatric comorbidity and life events in people attending the gender clinic | $N$ = 579; MTF type ($n$ = 230) and FTM type ($n$ = 349) attending a gender clinic |
| 12 | House et al. (2011) | United States | Explore whether discrimination and interpersonal trauma relates to suicidal behaviors and self-injury in LGBT people | $N$ = 1,126 LGBT people (164 trans people: 135 women or feminine people, 29 men or masculine people) |
| 13 | Kenagy and Bostwick (2005) | United States | Discuss trans community needs assessment findings | $N$ = 138; MTFs ($n$ = 78), FTMs ($n$ = 33) |
| 14 | Lehavot et al. (2016) | United States | Explore correlates of suicidal ideation and suicide risk in transgender veterans | $N$ = 212; trans women ($n$ = 186), trans men ($n$ = 26) |
| 15 | Lobato et al. (2007) | Brazil | Discuss the psychosocial characteristics of people using a clinic in Brazil | $N$ = 138; MTFs ($n$ = 122), FTMs ($n$ = 16) |
| 16 | Maguen and Shipherd (2010) | United States | Report the frequency and predictive factors related to suicide in trans groups | $N$ = 153; 125 people assigned male at birth (6% of whom had a male gender identity, 45% with a somewhat or entirely female identity), 28 people assigned female at birth (7% of whom had a female gender identity, 83% with a somewhat or entirely male identity) |
| 17 | B. D. Marshall et al. (2016) | Argentina | Examine the prevalence and correlates of suicide attempts in Argentinian trans people | $N$ = 482; trans women ($n$ = 438), trans men ($n$ = 44) |

(*table continues*)

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 1 (*continued*)

| Article | Author(s) | Location | Aim | Sample size and composition |
|---|---|---|---|---|
| 18 | Mathy (2003) | United States | Explore whether trans people are at increased risk of suicide, with LGB trans people being at an increased risk compared to heterosexual trans people; also explore whether suicidal trans people are more likely than nonsuicidal trans people to use support services and have compulsivity issues | $N$ = 2,991; whole sample separated and reduced to comparison groups: heterosexual trans people ($n$ = 29), nonheterosexual trans people ($n$ = 44), heterosexual cis women ($n$ = 1,083), lesbian cis women ($n$ = 256), heterosexual cis men ($n$ = 1,077), gay cis men ($n$ = 356), psychosocially matched cis women ($n$ = 73), psychosocially matched cis men ($n$ = 73) |
| 19 | Miller and Grollman (2015) | United States | Explore whether perceived gender nonconformity is related to major and everyday transphobic discrimination and whether transphobic discrimination is related to attempted suicide; also explore whether transphobic discrimination mediates any relation between nonconformity and attempted suicide | $N$ = 4,115; trans men ($n$ = 1,601), trans women ($n$ = 2,514). |
| 20 | Nemoto et al. (2011) | United States | Describe the impact of violence, transphobic events, and social support in trans women with a history of sex work, in relation to their ethnic or racial identity | $N$ = 573; trans women with a history of sex work who identified as African American ($n$ = 253), API ($n$ = 110), Latina ($n$ = 110), or White ($n$ = 118) |
| 21 | Nuttbrock et al. (2010) | United States | Establish the impact of gender-related abuse across the lifetime, in particular its impact on depression and suicide | $N$ = 571; MTF transgender people only |
| 22 | Operario and Nemoto (2005) | United States | Estimate HIV risk behaviors in API trans women | $N$ = 110; API MTF transgender people |
| 23 | Perez-Brumer et al. (2015) | United States | Explore the relation between both individual and structural stigma and attempted suicide in a mixed trans group | $N$ = 1,229; sample separated and coded as MTF ($n$ = 697) or FTM ($n$ = 532) |
| 24 | Rood et al. (2015) | United States | Explore whether transition, violence, and discrimination relate to suicidal ideation and whether transition and discrimination interact | $N$ = 350; transgender women or MTF ($n$ = 229), transgender men or FTM ($n$ = 121) |
| 25 | Skagerberg et al. (2013) | United Kingdom | Describe suicidal behaviors and self-harm in young people prior to attending a gender clinic | $N$ = 125; assigned natal male at birth ($n$ = 68), assigned natal female at birth ($n$ = 57) |
| 26 | Tebbe and Moradi (2016) | United States | Test the relation of minority stress and internalized transphobia with depression and suicide risk | $N$ = 335; trans men ($n$ = 90), trans women ($n$ = 110), nonbinary ($n$ = 128) |
| 27 | Terada et al. (2011) | Japan | Describe risk factors for suicidal ideation and self-harm in people attending a gender clinic | $N$ = 500; MTF type ($n$ = 189), FTM type ($n$ = 311) |
| 28 | Testa et al. (2012) | United States | Explore whether physical violence and sexual assault relate to suicide and substance misuse | $N$ = 271; trans women ($n$ = 179), trans men ($n$ = 92) |
| 29 | E. C. Wilson et al. (2015) | United States | Explore the impact that using different physical transition-related interventions has on the mental health of trans women | $N$ = 314; trans women only |
| 30 | Xavier et al. (2005) | United States | Discuss trans community needs assessment findings | $N$ = 248; assigned natal male at birth or MTFs ($n$ = 188), and assigned natal female at birth or FTMs ($n$ = 60) |

*Note.* MTF = male to female; FTM = female to male; MTDG = male to different gender; FTDG = female to different gender; LGBT = lesbian, gay, bisexual, transgender; API = Asian/Pacific Islander. The terms used by the included studies to describe their samples have been reproduced here verbatim, and do not in all cases represent the terminology which the authors of this paper would endorse or use. The original terminology has been included to inform readers of the context in which trans people are considered in those studies.

(2011) reported that trans people and cis[1] women had higher rates of lifetime suicide attempt than did cis men and suggested that because most of their trans sample were women (82.3%), findings may reflect an effect of being female over being male. Similarly, Mathy (2003) found that suicidal ideation in trans people (although again greater than for cis people) was not different from that for psychosocially matched cis women or cis lesbians. It is unclear what the authors of that article intended in separating cis lesbians from cis women in general; however, it could be assumed that the intended demarcation was between cis lesbian women and cis

[1] cis refers to people whose gender identity is the same as the sex they were assigned at birth.

This document is copyrighted by the American Psychological Association or one of its allied publishers. This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

heterosexual women. Furthermore, Goldblum et al. (2012); Lehavot et al. (2016), and Maguen and Shipherd (2010) found that trans men were more likely to attempt suicide than were others, with Perez-Brumer et al. (2015) highlighting decreased odds for trans women compared with trans men. However, other studies found no differences between different gender identities in terms of ideation (Heylens, Elaut, et al., 2014; Hoshiai et al., 2010) or attempts (Clements-Nolle et al., 2006; Maguen & Shipherd, 2010; B. D. Marshall et al., 2016), and House et al. (2011) found trans women were more at risk of suicide attempt. There are important differences between the studies in terms of how participants were defined, where and how data were collected and gathered, the sizes of different trans populations included, and issues with comparing disaggregated cis people to mixed trans groups. Thus, although trans people consistently had higher rates of suicidal ideation and attempt than did cis people as a group, this relationship was not simple, and variations existed in subpopulations of each group.

Being assigned female rather than male at birth related to higher levels of suicidal ideation (Xavier et al., 2005) and suicide attempt (Goldblum et al., 2012; Maguen & Shipherd, 2010). However, in Skagerberg, Parkinson, and Carmichael's (2013) study, sex assigned at birth was not found not to be related to suicide attempt. However, these data were from clinic records rather than from participants, which may have affected the results in that participants may have purposefully minimized any difficulties out of concern for a potential impact on their access to treatment. Furthermore, their population was children and young people, who may not have made as many attempts as have adults. If being female assigned at birth relates to suicidal ideation and attempt, this may relate to the findings mentioned earlier, perhaps implying that others' perceptions of gender (regardless of an individual's identity) may lead to distressing experiences. However, there are differences in the assigned sex composition of the samples in these articles that make it difficult to draw firm conclusions.

Educational status appeared unrelated to suicidal ideation (Clements-Nolle et al., 2006) or suicide attempt (Clements-Nolle et al., 2006; B. D. Marshall et al., 2016); however, Perez-Brumer et al. (2015) did find that greater educational attainment related to decreased odds of lifetime suicide attempt. This may be an artifact of differences in the way educational attainment was coded, and further exploration would be useful.

Clements-Nolle et al. (2006) found that unemployment related to greater risk of suicide attempt; however, B. D. Marshall et al. (2016) and Terada et al. (2011) found that it was not related to suicide attempt or suicidal ideation, respectively. As such, the relationship between unemployment and suicide is unclear.

Age was another factor where there appeared to be considerable variation in findings. In terms of suicide attempt, B. D. Marshall et al. (2016) and Perez-Brumer et al. (2015) found no relationship with age, whereas Goldblum et al. (2012), Maguen and Shipherd (2010), and Nuttbrock et al. (2010) all found that younger age related to an increase in risk of suicide attempt. However, this relationship was not apparent for suicidal ideation. Terada et al. (2011) found that ideation was related to younger age among trans women, but age was unrelated in trans men. This may be at least partly explained by the results of Xavier et al. (2005), which demonstrated that suicidal ideation was high among those who were 13–19, then decreased substantially until around the age of 30, when it increased again. In Terada et al.'s sample, 58% of the trans women were over 30, compared to 26% of the trans men. Furthermore, only 26% of the trans women were under 24, whereas 42% of the trans men were under 24. Across all articles, the age profiles of participants differed, which may have contributed to the differences in findings, given that the relationship between age and suicidal ideation and attempt does not appear to be linear.

The relationship between suicidal ideation and ethnicity or race was relatively straightforward. Being White related to the highest levels of suicidal ideation (Kenagy & Bostwick, 2005; Nemoto et al., 2011), and African Americans were significantly less likely than others to disclose ideation (Xavier et al., 2005). For suicide attempt, the evidence was conflicted, with one study finding an increase related to being White (Clements-Nolle et al., 2006), whereas others found that multiracial and "other" groups, that is, those who were "non-White," reporting higher rates of suicide attempt than did White people (Goldblum et al., 2012; Perez-Brumer et al., 2015). Furthermore Maguen and Shipherd (2010) and Nemoto et al. (2011) found no relationship between ethnicity and suicide attempt, and the relationship highlighted in Perez-Brumer et al. (2015) for lifetime attempts was not present for attempts within the past 12 months. There may be differences between the samples that could affect these findings. For example, having a larger White cohort in one study (Goldblum et al., 2012) may have influenced the outcomes when compared to a study with a smaller White group and greater representation of people from other races (Clements-Nolle et al., 2006). However, one study that found no relationship between ethnicity and suicide attempt utilized a sample that was almost exclusively White (Maguen & Shipherd, 2010; 97% White).

## Suicidality and Mental Health

Increased risks for ideation were seen in those who had a history of abuse (Grossman & D'Augelli, 2007) and in people with past or current use of either psychotherapy or medication (Mathy, 2003). Suicide attempt was related to having a history of drug or alcohol treatment (Clements-Nolle et al., 2006) and to psychiatric hospitalization even when demographic factors had been accounted for (Maguen & Shipherd, 2010), although a history of hospitalization predicted variance in attempts only once victimization-related variables were accounted for in the model. Higher rates of suicide attempt were evident in people with a diagnosis of dissociative identity disorder (Colizzi et al., 2015) and in those with low self-esteem (Clements-Nolle et al., 2006). No relationship was found between impulse-control difficulties and either suicidal ideation and attempt (Mathy, 2003) or having a diagnosed disorder (from Axis II of the *Diagnostic and Statistical Manual of Mental Disorders* (4th ed.; American Psychiatric Association, 2000) and suicide risk (Heylens, Elaut, et al., 2014). Depression was related to increased suicidal ideation (Nemoto et al., 2011) and suicide attempt (Clements-Nolle et al., 2006). Help-seeking for distress was increased in those who were experiencing suicidal ideation; however, in terms of suicide attempt, there were no differences between those seeking help for distress and those not seeking treatment (Effrig, Bieschke, & Locke, 2011). House et al. (2011) found that psychiatric comorbidity was related to increased ideation in trans men but not in trans women; however, the sample

comprised a substantially larger group of trans men than trans women.

## Trans-Related Variables and Suicidality

Many of the variables studied related to experiences that people had as a direct consequence of being trans. Suicide negativity (an index formed of questions relating to suicidal thoughts or feelings in relation to being LGBT; Grossman & D'Augelli, 2007) was associated with higher rates of suicidal ideation. Conformity with behaviors consistent with those expected based on the sex someone was assigned at birth (Grossman & D'Augelli, 2007) and age of onset of "gender dysphoria" (Heylens, Elaut, et al., 2014, p. 152) were not associated with suicidal ideation and attempt.

There was a complicated relationship between suicidal ideation and attempt and social support, which was mainly explored in Bauer et al. (2015). Having high levels of support was found to be strongly related to decreased suicidal ideation and attempt. When explored in more detail, there was no relationship between suicidal ideation and social support from people who were not the participants' parents; however, support from parents was related to decreased ideation. Unexpectedly, the authors found a positive relationship between higher levels of social support from leaders (e.g., employers or teachers) and increased suicide attempt, which they suggested may be due to attempts instigating increased support from those around the person, rather than causing it.

Bauer et al. (2015) demonstrated no relationship between undergoing some form of social transition and suicidal ideation. They did, however, find that having changed identity documents to match the gender someone identified as did relate to decreased suicidal ideation and attempt. When *transition* was defined as "living full-time in your gender of choice" (Rood, Puckett, Pantalone, & Bradford, 2015, p. 271), those planning to transition socially or who had already socially transitioned had elevated odds of reporting suicidal ideation compared to those who had no intention of transitioning. There was, however, a significant interaction between stage of transition and experiences of discrimination, whereby the greatest odds of reporting lifetime ideation resulted from planning to or having undergone transition and experiencing discrimination, whereas the lowest odds were among those who did not plan to transition and who did not experience discrimination.

Medical transition was similarly complex. Accessing transition-related medical care (or not) did not appear to relate to suicide attempt among trans women (E. C. Wilson et al., 2015). Heylens, Verroken, et al. (2014) also reported that in those who attended a gender clinic and underwent a medical transition, lifetime suicide attempt was not affected. However, this may be because lifetime rates are historical and cannot decrease. That they did not increase suggests that the interventions may have had an impact. However, one person did complete suicide during the pre- and postintervention measurements, which was not explored by the authors, because the person's data were excluded. It is important that findings from the gender clinics be considered with reference to their context as mediating access to medical interventions. In contrast, however, Bauer et al. (2015) reported less suicidal ideation for those undergoing a medical transition compared to those who were considering it. They further found that among those who were contemplating suicide, rates of suicide attempt increased during transition compared to other stages. There are differences in how *medical transition* was defined within these articles, which may account for some of this discrepancy; however, the samples were drawn from different populations (in terms of country location, as well as community vs. clinic), which may also limit comparison. Finally, being in a later stage of therapy (referring to an individual's medical process of transition) when presenting for an initial appointment at a gender clinic was related to increased suicidal ideation among trans women but not trans men (Terada et al., 2011).

In terms of the specific medical interventions that people might undergo, Colton Meier et al. (2011) found a small but nonsignificant decrease in lifetime prevalence of suicide attempt among a group of trans men who were taking hormones compared to those who were not. E. C. Wilson et al. (2015) found that hormones related to a significantly lower rate of suicidal ideation in trans women receiving them compared to those who were not. Overall, Bauer et al. (2015) reported that receiving hormones was associated with decreased suicidal ideation in a mixed group compared to those who had not started hormone therapy. E. C. Wilson et al. also studied breast augmentation among trans women and found that it related to lower levels of ideation in those who had undergone the procedure compared to those who had not, whereas whether genital surgery had been undertaken or not was unrelated to suicide attempt.

## Negative Interpersonal Experiences

In general, experiencing lower levels of internalized transphobia related to lower levels of ideation (Bauer et al., 2015) and attempts (Bauer et al., 2015; B. D. Marshall et al., 2016; Perez-Brumer et al., 2015; although for Perez-Brumer et al., 2015, the relationship between internalized transphobia and suicide attempt became nonsignificant when referring to attempts within the past 12 months). Experiences of gender-related discrimination related to increased odds of suicidal ideation (Rood et al., 2015), although there was an interaction with transition (as discussed earlier) and suicide attempt (Clements-Nolle et al., 2006; Miller & Grollman, 2015). Lower levels of external transphobia related to lower levels of suicidal ideation and attempt (Bauer et al., 2015), whereas experiencing verbal victimization (Clements-Nolle et al., 2006) and gender-based victimization in school (Grossman & D'Augelli, 2007) all related to an increased risk of suicide attempt. For example, discrimination from health care staff and from the police related to increased odds of a lifetime attempt, although this did not hold when it was part of a multivariate model where internalized stigma remained significant (B. D. Marshall et al., 2016). Structural stigma (e.g., an environment with nonequal legislation for trans people) was also related to increased odds of lifetime attempts; however, it was not related to attempts within the past 12 months.

It is interesting that being seen by others as gender-nonconforming was significantly related to increased odds of lifetime suicide attempt, even when other variables were accounted for. However, this relationship was not present when transphobic discrimination was incorporated into the model. Thus, transphobic discrimination at least partly mediated the relationship between gender nonconformity and lifetime suicide attempt (Miller & Grollman, 2015).

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Being victimized verbally (Clements-Nolle et al., 2006) or subjected to sexual violence (Clements-Nolle et al., 2006; Testa et al., 2012) or physical violence (Clements-Nolle et al., 2006; Maguen & Shipherd, 2010; Testa et al., 2012) also related to an increased risk of suicide attempt. However, Testa et al. (2012) found that the relationship between violence and identity may be more nuanced for suicidal ideation. Specifically, that for trans women physical violence related to increased ideation, whereas sexual violence did not; however, for trans men the converse was true, with sexual violence relating to increased ideation and there being no relationship with physical violence. Having experienced either physical or sexual violence related to suicidal ideation in Rood et al. (2015), with experiences of both associated with the highest odds of reporting ideation.

## Discussion

The purpose of this article was to systematically review the published research on suicidality (i.e., suicidal ideation and attempt) in trans populations. The literature reviewed here consistently reported rates of suicide among trans people as being substantially higher than for the general population, although reported rates vary considerably between studies.

Across the literature reviewed, some demographic variables typically associated with suicidal ideation and attempts in the general population were not found to be associated with suicidality in trans people. For example, in the general population a relationship has been found between suicidal ideation and factors such as religious affiliation, relationship status, and lower levels of education (e.g., see Dervic et al., 2004; Lorant, Kunst, Huisman, Costa, & Mackenbach, 2005; Nock et al., 2008), yet in the studies reviewed there is limited evidence that these factors are related to suicidal ideation. There was also considerable inconsistency between the findings of different studies as to whether there was a relationship between suicidality and variables such as gender identity, sex assigned at birth, employment, age, and ethnicity.

The extent to which these findings appear contradictory suggest that a more nuanced exploration of the relationship between these factors and suicidality in the trans population is warranted. In particular, there is a lack of clarity around the extent to which particular risk factors may differentially impact on trans people as a function of key gender-related variables (e.g., sex assigned at birth, stage of transition). For example, some trans people whose gender identity and/or appearance is less congruent with established social norms may face ostracization and/or victimization due to others' intolerance of this, and these experiences may leave them at increased risk of suicide.

In relation to mental health, high rates of psychiatric diagnoses have been identified as associated with increased suicide risk in many populations (e.g., Qin, Agerbo, & Mortensen, 2003), including mixed LGBT groups (Irwin et al., 2014). Mental health related factors showed similar relationships here. For example, hospitalization is a significant suicide risk factor in the general population (Bostwick & Pankratz, 2000) and was also identified as a risk factor for suicide attempt in the trans population. In addition, a recent study (Tebbe & Moradi, 2016) has suggested that in the trans population depression is a mediating factor for suicide risk due to minority stress.

The complex and sometimes contradictory findings concerning demographic and mental health variables in these studies suggests that their relationships with suicidal ideation and attempt in trans communities are either different or more complex among trans people than for many other groups. This may be because of the additional pressures facing trans people conferred by virtue of their gender minority status.

In line with models of minority stress (Meyer, 2003; Riggs & Treharne, 2017), these findings highlight that discrimination and violence were consistently related to suicidal ideation and attempt in trans populations. Clements-Nolle et al. (2006) noted that many variables relating to suicide were similar to those with LGB people: "Societal risk factors such as [trans-related] gender-based discrimination and victimization are independently associated with attempted suicide" (p. 63). Furthermore, discrimination accounted for the relationship found between being perceived as gender-nonconforming and suicide attempt (Miller & Grollman, 2015) and was a factor in the relationship between suicidal ideation and transition status (Rood et al., 2015). The relationship between discrimination and negative outcomes was present at both the individual level (e.g., through interpersonal victimization) and the structural environmental level (e.g., through policy and legislation). However, as with other variables, gender differences did emerge, with physical and sexual trans-related violence having different impacts for trans men and trans women. Even so, gender differences in suicidality within the trans population have been underexplored, and where they were studied, explanations for these patterns have been unclear.

Testa et al., (2015) highlighted how distal variables such as discrimination may involve different stressors for trans people when compared to LGB people—for example, difficulties accessing legal recognition documents, accessing gender-appropriate medical care, or being unsafe in gendered spaces. They further posited an additional variable: "nonaffirmation" of identity. In relation to these factors, supporting people to live in a manner consistent with their gender, or affirming their identities legally through the provision of documentation or access to needed interventions, tended to relate to decreased suicidal ideation and attempt. However, it may be that people who were less distressed were more able to facilitate the changes they wished to make. Some aspects of physical transition were more complex; for example, although being in the process of transition was related to suicide attempts, this relationship involved other factors, such as discrimination. The variation in specific types of interventions that are either protective (e.g., hormone therapy; Bauer et al., 2015) or nonrelated (e.g., genital surgery; E. C. Wilson et al., 2015) may be a reflection of those that help the person interact in the world on a daily basis as the gender they are, compared to those that are more about internal consistency (thus the difference between the impact of hormones vs. genital surgery). Rood et al. (2015) demonstrated that undergoing or having undergone transition related to greater risks of lifetime ideation than for those not wanting to undergo transition. The authors suggested that their finding of an interaction between transition and discrimination may imply that transition confers a vulnerability to increased discrimination, thus explaining this interaction. Similarly, Bauer et al. (2015) suggested that although transition ultimately reduced risk, while undergoing it participants may face significant challenges that could add to their overall stress burden. This is commensurate with other re-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

search (Bailey et al., 2014) showing that having undergone transition or being in the process of transition reflected a lower risk than did being prevented from transitioning.

Protective factors in the minority stress model largely relate to feeling connected to and part of a community, having social support, and having a sense of "identity pride." Here, identity development–related factors were unrelated to suicide (e.g., childhood gender conformity; Grossman & D'Augelli, 2007), although knowing people who were trans when first identifying as such seemed to be of some benefit, possibly through providing a positive concept of trans identities (Goldblum et al., 2012). Furthermore, having high levels of social support generally, and in particular parental social support, were protective in terms of suicide risk (Bauer et al., 2015). This finding echoes other research with trans populations, which found that rejection from family and peers increased the risk of suicide attempt (Haas, Rodgers, & Herman, 2014), and findings from studies with many other marginalized populations (e.g., Compton, Thompson, & Kaslow, 2005; Farrell, Bolland, & Cockerham, 2015).

## Limitations and Considerations for Research and Policy

Distal stressors and social support have been studied in relation to suicidal ideation and attempt among trans groups, and the findings so far are consistent with those suggested by Meyer's (2003) minority stress theory. However, it would be useful to explore other minority stress factors, such as proximal factors (e.g., internalized transphobia, concealment) and protective factors (e.g., identity pride) to identify whether these variables can support a more cohesive understanding of suicide risk among trans people. That a substantial number of trans-specific and gender-based victimization variables have related to suicidal ideation and attempt (as protective and risk factors) demonstrates the added complexity of suicide risk in trans people over and above that experienced by the general population. Although models of minority stress (e.g., Meyer, 2003; Riggs & Treharne, 2017) offer valuable insights into additional factors impacting on trans suicide, the inclusion of other suicide models (e.g., interpersonal psychological theory or the clinical model; see Plöderl et al., 2014) may help in better understanding the impact of nonminority specific factors on suicidality in trans people and offer opportunities for more accurate comparison with general population samples.

One of the main barriers to understanding trans suicidality is the wide variation of samples and measures across the set of studies reviewed. For example, studies frequently used a mixture of validated (although it was not clear whether these had been validated for trans people) and researcher-designed measures; and data collection varied from interviewer-delivered surveys to computer-based delivery and clinical diagnostic assessments. Similarly, with some studies targeting samples from specific subgroups of the whole trans community and others aggregating data from across the trans population as a whole, there was a great deal of inconsistency in the samples. This level of variation adds too much complexity to the field, making it difficult to draw firm conclusions by cross-study comparison. Furthermore, the lack of clarity around correlates of suicidality, particularly gender, in the trans population suggests that a key consideration for future research is the avoidance of aggregating all trans people together. There has been ample research evidence that different subgroups have variable experiences of the world as a function of factors such as gender identity and stage of transition (e.g., see Ellis et al., 2014, 2016). It is also important to ensure that the experiences of trans people with nonbinary gender identities are appropriately included. Typically, nonbinary people have been either omitted from the research or subsumed into other categories. Given the central role that binary gender plays in the organization of the cis-centric society, specific attention to gender—and the experiences of those with a nonbinary gender identity in particular—could make a substantive contribution to the understanding of suicidality in the trans population as a whole.

As with the majority of work in the field of suicidality, the articles reviewed here focused on suicidal ideation and attempt rather than completed attempts. Gathering reliable data on completed suicides within the trans population would provide a more complete picture of trans suicide, perhaps shedding light on which subgroups of the trans population are at greatest risk. Currently data on completed trans suicides is not readily available, because a person's trans status is seldom recorded in coronial data.

In terms of the review methodology, only English-language articles were included, and within the studies there was a bias toward English-speaking participants and locations—and toward the United States in particular. These issues may have impacted upon the data; for example, Hjelmeland (2011) emphasized the need to take culture into account within suicide research. There are also differences in how trans people are viewed and treated (socially, legally, and medically) depending on location, which makes it difficult to draw comparisons. Ideally future research should involve liaison and joint working with trans organizations from a range of locations and countries to explore the cultural meanings of trans people's experiences.

Finally, an important consideration in light of the studies herein relates to cisnormativity (the tendency to assume that being cisgender is normative and that being transgender is therefore abnormal). Many articles referred to trans people by their assigned gender, which is disrespectful of the individuals the authors purported to be concerned with. Trans people were also compared to "men" and "women" rather than cis men or cis women, making their identities as men, women, or other nonbinary identities "other" to the "norm." Othering constitutes a microaggression, which ironically forms part of the complex interaction of factors contributing to poor mental health in trans people (e.g., Nadal, 2013). Therefore, greater care needs to be taken in future research both to refer to gender appropriately and, of importance, to specifically explore the part that othering and "misgendering" potentially play in mental well-being.

For future policy development, it is clear that lived experiences of discrimination and victimization have a substantial and devastating impact on trans people's lives. There are many areas where policy must be amended to improve inclusion and reduce discrimination of trans people. In particular, health policy needs reviewing, to enable trans people to more readily self-identify and access the support that they need (see Bailey et al., 2014; McNeil et al., 2012). This is important for commissioners, who also need to consider wider sources of research (e.g., research coming from the trans communities themselves) to avoid being exposed to only one dominant perspective that does not necessarily reflect the identities and realities of those for whom they may commission services.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

## Implications for Mental Health Practitioners

For psychologists, counselors, and others working with trans clients in the mental health space, these findings highlight the need to respond effectively and in a timely manner to suicidality. Rather than being an indicator of an underlying mental illness, suicidality in the trans population would appear to be attributable to unbearable stress resulting from a complex mix of risk factors (e.g., discrimination and victimization, social exclusion, identity concealment, internalized transphobia, decompensation) and a relative absence of protective factors (cf. Jobes, 2006). The focus of therapy therefore needs to be on working collaboratively with trans clients, focusing specifically on these issues and supporting them to develop resistance. However, given the substantial and potentially immediate risk of suicidality in this population, it is essential to gain an understanding of these underlying issues and assess suicide risk at the earliest opportunity. The collaborative assessment and management of suicidality (CAMS) model (Jobes, 2006) is a well-fitted approach to risk assessment and treatment planning in cases of this kind. An ecological approach to therapy (e.g., see E. R. Wilson, 2012) would also be useful for working with clients to build resilience and coping.

Although much can be accomplished in working with gender-diverse people at an individual level, it is important to also facilitate structural change. It may therefore be helpful to move beyond one-to-one work and therapeutic interventions that locate difficulties within the individual to also work creatively in fostering social support and in tackling the social causes of these disparities, which lie almost exclusively outside individual members of the trans community. Therapists have an ethical duty to challenge practice that may cause harm, such as delaying access to interventions to support gender affirmation or offering reparative or "conversion" therapies in relation to gender, and to ensure therapy does not inadvertently recreate the minority stressors experienced by trans clients in other settings (cf. Ellis et al., 2015).

Our recommendations are further echoed by professional practice guidance from the United States and the United Kingdom. Both the American Psychological Association's (2015) Guidelines for Psychological Practice With Transgender and Gender Nonconforming People and the British Psychological Society's (2012) Guidelines and Literature Review for Psychologists Working Therapeutically With Sexual and Gender Minority Clients place a similar emphasis on the importance of practicing in a trans-affirmative and culturally competent manner. In working with gender-diverse people, this would include recognition of and value for nonbinary identities, the importance of intersectionality, the value of reflection on one's own biases (and the potential impact of those biases), challenging social inequalities and enhancing trans-affirmative environments. Clearly, then, both the current evidence base and professional best practice point to the necessity of working at all levels, above that of one-to-one work directly with the individual, as an important strategy in improving individual client and community outcomes.

## Conclusion

The findings presented here suggest that suicidality among trans people is incredibly complex, relating to multiple individual, systemic, and structural factors. It cannot be located solely within the individual, and any exploration of this must consider intersectional sources of oppression to fully capture its nuances.

To progress the understanding of suicidality in trans people, models such as Testa et al.'s (2015) adapted minority stress hypothesis and Riggs and Treharne's (2017) theory of decompensation offer a good starting point. However, a great deal more high-quality, thoughtful, and well-described research is required. In particular, greater attendance to group differences within the trans population is needed to help resolve some of the apparent contradictions between studies in the existing literature.

Ultimately the use of models around trans suicidality, and the consideration of factors that may or may not contribute to it, is useful practically only if it has a real-world impact in reducing distress and suicidality among gender-diverse people. It is clear at this stage that discrimination and victimization, both interpersonally and at a societal level, have a substantial role in suicidality. Steps must be taken to effect positive change, improve resilience factors such as access to and inclusion in trans organizations, and potentially save lives.

## References

References marked with an asterisk are those that are included in the systematic review.

American Psychiatric Association. (2000). *Diagnostic and statistical manual of mental disorders* (4th ed., text rev.). Washington, DC: Author.

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist, 70,* 832–864. http://dx.doi.org/10.1037/a0039906

Bailey, L., Ellis, S. J., & McNeil, J. (2014). Suicide risk in the UK trans population and the role of gender transition in decreasing suicidal ideation and suicide attempt. *Mental Health Review, 19,* 209–220. http://dx.doi.org/10.1108/MHRJ-05-2014-0015

Bauer, G. R., Pyne, J., Francino, M. C., & Hammond, R. (2013). La suicidabilité parmi les personnes transe en Ontario: Implications en travail social et en justice sociale [Suicidality among trans people in Ontario: Implications for social work and social justice. *Service Social, 59,* 35–62. http://dx.doi.org/10.7202/1017478ar

*Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. *BMC Public Health, 15,* 525. http://dx.doi.org/10.1186/s12889-015-1867-2

Bostwick, J. M., & Pankratz, V. S. (2000). Affective disorders and suicide risk: A reexamination. *American Journal of Psychiatry, 157,* 1925–1932. http://dx.doi.org/10.1176/appi.ajp.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

British Psychological Society. (2012). *Guidelines and literature review for psychologists working therapeutically with sexual and gender minority clients*. Retrieved February 23, 2016, from http://shop.bps.org.uk/guidelines-and-literature-review-for-psychologists-working-therapeutically-with-sexual-and-gender-minority-clients.html

*Clements-Nolle, K., Marx, R., & Katz, M. (2006). Attempted suicide among transgender persons: The influence of gender-based discrimination and victimization. *Journal of Homosexuality, 51,* 53–69. http://dx.doi.org/10.1300/J082v51n03_04

*Colizzi, M., Costa, R., & Todarello, O. (2015). Dissociative symptoms in individuals with gender dysphoria: Is the elevated prevalence real? *Psychiatry Research, 226,* 173–180. http://dx.doi.org/10.1016/j.psychres.2014.12.045

*Colton Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatments on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health, 15,* 281–299. http://dx.doi.org/10.1080/19359705.2011.581195

Compton, C. T., Thompson, N. J., & Kaslow, N. J. (2005). Social environment factors associated with suicide attempt among low-income African Americans: The protective role of family relationships and social support. *Social Psychiatry and Psychiatric Epidemiology, 40,* 175–185. http://dx.doi.org/10.1007/s00127-005-0865-6

del pozo de Bolger, A., Jones, T., Dunstan, D., & Lykins, A. (2014). Australian trans men: Development, sexuality, and mental health. *Australian Psychologist, 49,* 395–402. http://dx.doi.org/10.1111/ap.12094

Dervic, K., Oquendo, M. A., Grunebaum, M. F., Ellis, S., Burke, A. K., & Mann, J. J. (2004). Religious affiliation and suicide attempt. *American Journal of Psychiatry, 161,* 2303–2308. http://dx.doi.org/10.1176/appi.ajp.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

*Effrig, J. C., Bieschke, K. J., & Locke, B. D. (2011). Examining victimization and psychological distress in transgender college students. *Journal of College Counseling, 14,* 143–157. http://dx.doi.org/10.1002/j.2161-1882.2011.tb00269.x

Ellis, S. J., Bailey, L. B., & McNeil, J. (2015). Trans people's experiences of mental health and gender identity services: A UK study. *Journal of Gay & Lesbian Mental Health, 19,* 4–20. http://dx.doi.org/10.1080/19359705.2014.960990

Ellis, S. J., Bailey, L., & McNeil, J. (2016). Transphobic victimisation and perceptions of future risk: A large-scale study of the experiences of trans people in the UK. *Psychology and Sexuality, 7,* 211–224. http://dx.doi.org/10.1080/19419899.2016.1181669

Ellis, S. J., McNeil, J., & Bailey, L. (2014). Gender, stage of transition and situational avoidance: A UK study of trans people's experiences. *Sexual and Relationship Therapy, 29,* 351–364.

Farrell, C. T., Bolland, J. M., & Cockerham, W. C. (2015). The role of social support and social context on the incidence of attempted suicide among adolescents living in extremely impoverished communities. *Journal of Adolescent Health, 56,* 59–65. http://dx.doi.org/10.1016/j.jadohealth.2014.08.015

Friedman, R. C. (1999). Homosexuality, psychopathology, and suicidality. *Archives of General Psychiatry, 56,* 887–888. http://dx.doi.org/10.1001/archpsyc.56.10.887

*Goldblum, P., Testa, R. J., Pflum, S., Hendricks, M. L., Bradford, J., & Bongar, B. (2012). The relationship between gender-based victimization and suicide attempts in transgender people. *Professional Psychology: Research and Practice, 43,* 468–475. http://dx.doi.org/10.1037/a0029605

*Grossman, A. H., & D'Augelli, A. R. (2007). Transgender youth and life-threatening behaviors. *Suicide and Life-Threatening Behavior, 37,* 527–537. http://dx.doi.org/10.1521/suli.2007.37.5.527

*Grossman, A. H., Park, J. Y., & Russell, S. T. (2016). Transgender youth and suicidal behaviors: Applying the interpersonal psychological theory of suicide. *Journal of Gay & Lesbian Mental Health, 20,* 329–349. http://dx.doi.org/10.1080/19359705.2016.1207581

Haas, A. P., Eliason, M., Mays, V. M., Mathy, R. M., Cochran, S. D., D'Augelli, A. R., . . . Clayton, P. J. (2010). Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: Review and recommendations. *Journal of Homosexuality, 58,* 10–51. http://dx.doi.org/10.1080/00918369.2011.534038

Haas, A. P., Rodgers, P. L., & Herman, J. L. (2014). *Suicide attempts among transgender and gender non-conforming adults: Findings of the National Transgender Discrimination Survey*. Retrieved July 1, 2015, from http://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf

*Heylens, G., Elaut, E., Kreukels, B. P. C., Paap, M. C. S., Cerwenka, S., Richter-Appelt, H., . . . De Cuypere, G. (2014). Psychiatric characteristics in transsexual individuals: Multicentre study in four European countries. *British Journal of Psychiatry, 204,* 151–156. http://dx.doi.org/10.1192/bjp.bp.112.121954

*Heylens, G., Verroken, C., De Cock, S., T'Sjoen, G., & De Cuypere, G. (2014). Effects of different steps in gender reassignment therapy on psychopathology: A prospective study of persons with a gender identity disorder. *Journal of Sexual Medicine, 11,* 119–126. http://dx.doi.org/10.1111/jsm.12363

Hjelmeland, H. (2011). Cultural context is crucial in suicide research and prevention. *Crisis: The Journal of Crisis Intervention and Suicide Prevention, 32,* 61–64. http://dx.doi.org/10.1027/0227-5910/a000097

*Hoshiai, M., Matsumoto, Y., Sato, T., Ohnishi, M., Okabe, N., Kishimoto, Y., . . . Kuroda, S. (2010). Psychiatric comorbidity among patients with gender identity disorder. *Psychiatry and Clinical Neurosciences, 64,* 514–519. http://dx.doi.org/10.1111/j.1440-1819.2010.02118.x

*House, A. S., Van Horn, E., Coppeans, C., & Stepleman, L. M. (2011). Interpersonal trauma and discriminatory events as predictors of suicidal and nonsuicidal self-injury in gay, lesbian, bisexual, and transgender persons. *Traumatology, 17,* 75–85. http://dx.doi.org/10.1177/1534765610395621

International Association for Suicide Prevention. (2012). *World suicide prevention day: Facts and figures*. Retrieved from www.iasp.info/wspd/pdf/2012_wspd_facts_and_figures.pdf

Irwin, J. A., Coleman, J. D., Fisher, C. M., & Marasco, V. M. (2014). Correlates of suicide ideation among LGBT Nebraskans. *Journal of Homosexuality, 61,* 1172–1191. http://dx.doi.org/10.1080/00918369.2014.872521

Jobes, D. A. (2006). *Managing suicidal risk: A collaborative approach*. New York, NY: Guilford Press.

*Kenagy, G. P., & Bostwick, W. B. (2005). Health and social service needs of transgender people in Chicago. *International Journal of Transgenderism, 8,* 57–66. http://dx.doi.org/10.1300/J485v08n02_06

*Lehavot, K., Simpson, T. L., & Shipherd, J. C. (2016). Factors associated with suicidality among a national sample of transgender veterans. *Suicide and Life-Threatening Behavior, 46,* 507–524. http://dx.doi.org/10.1111/sltb.12233

*Lobato, M. I., Koff, W. J., Schestatsky, S. S., de Vasconcellos Chaves, C. P., Petry, A., Crestana, T., . . . Henriques, A. A. (2007). Clinical characteristics, psychiatric comorbidities and sociodemographic profile of transsexual patients from an outpatient clinic in Brazil. *International Journal of Transgenderism, 10,* 69–77. http://dx.doi.org/10.1080/15532730802175148

Lorant, V., Kunst, A. E., Huisman, M., Costa, G., & Mackenbach, J. (2005). Socio-economic inequalities in suicide: A European comparative study. *British Journal of Psychiatry, 187,* 49–54. http://dx.doi.org/10.1192/bjp.187.1.49

*Maguen, S., & Shipherd, J. (2010). Suicide risk among transgender individuals. *Psychology and Sexuality, 1,* 34–43. http://dx.doi.org/10.1080/19419891003634430

*Marshall, B. D., Socías, M. E., Kerr, T., Zalazar, V., Sued, O., & Arístegui, I. (2016). Prevalence and correlates of lifetime suicide attempts among transgender persons in Argentina. *Journal of Homosexuality, 63,* 955–967. http://dx.doi.org/10.1080/00918369.2015.1117898

Marshall, E., Claes, L., Bouman, W. P., Witcomb, G. L., & Arcelus, J. (2016). Non-suicidal self-injury and suicidality in trans people: A systematic review of the literature. *International Review of Psychiatry, 28,* 58–69. http://dx.doi.org/10.3109/09540261.2015.1073143

*Mathy, R. M. (2003). Transgender identity and suicidality in a nonclinical sample. *Journal of Psychology & Human Sexuality, 14,* 47–65. http://dx.doi.org/10.1300/J056v14n04_03

McNeil, J., Bailey, L., Ellis, S. J., Morton, J., & Regan, M. (2012). *Trans Mental Health Study 2012*. Retrieved from http://www.traverse-research.com/wp-content/uploads/2012/12/Trans-Mental-Health-2012.pdf

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129,* 674–697. http://dx.doi.org/10.1037/0033-2909.129.5.674

*Miller, L. R., & Grollman, E. A. (2015). The social costs of gender nonconformity for transgender adults: Implications for discrimination

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

and health. *Sociological Forum, 30,* 809–831. http://dx.doi.org/10.1111/socf.12193

Mościcki, E. K. (2001). Epidemiology of completed and attempted suicide: Toward a framework for prevention. *Clinical Neuroscience Research, 1,* 310–323. http://dx.doi.org/10.1016/S1566-2772(01)00032-9

Nadal, K. L. (2013). *That's so gay! Microaggressions and the lesbian, gay, bisexual, and transgender community*. http://dx.doi.org/10.1037/14093-000

*Nemoto, T., Bödeker, B., & Iwamoto, M. (2011). Social support, exposure to violence and transphobia, and correlates of depression among male-to-female transgender women with a history of sex work. *American Journal of Public Health, 101,* 1980–1988. http://dx.doi.org/10.2105/AJPH.2010.197285

Nock, M. K., Borges, G., Bromet, E. J., Alonso, J., Angermeyer, M., Beautrais, A., . . . Williams, D. (2008). Cross-national prevalence and risk factors for suicidal ideation, plans and attempts. *British Journal of Psychiatry, 192,* 98–105. http://dx.doi.org/10.1192/bjp.bp.107.040113

*Nuttbrock, L., Hwahng, S., Bockting, W., Rosenblum, A., Mason, M., Macri, M., & Becker, J. (2010). Psychiatric impact of gender-related abuse across the life course of male-to-female transgender persons. *Journal of Sex Research, 47,* 12–23. http://dx.doi.org/10.1080/00224490903062258

*Operario, D., & Nemoto, T. (2005). Sexual risk behavior and substance use among a sample of Asian Pacific Islander transgendered women. *AIDS Education and Prevention, 17,* 430–443. http://dx.doi.org/10.1521/aeap.2005.17.5.430

*Perez-Brumer, A., Hatzenbuehler, M. L., Oldenburg, C. E., & Bockting, W. (2015). Individual- and structural-level risk factors for suicide attempts among transgender adults. *Behavioral Medicine, 41,* 164–171. http://dx.doi.org/10.1080/08964289.2015.1028322

Plöderl, M., Sellmeier, M., Fartacek, C., Pichler, E.-M., Fartacek, R., & Kralovec, K. (2014). Explaining the suicide risk of sexual minority individuals by contrasting the minority stress model with suicide models. *Archives of Sexual Behavior, 43,* 1559–1570. http://dx.doi.org/10.1007/s10508-014-0268-4

Qin, P., Agerbo, E., & Mortensen, P. B. (2003). Suicide risk in relation to socioeconomic, demographic, psychiatric, and familial factors: A national register-based study of all suicides in Denmark, 1981–1997. *American Journal of Psychiatry, 160,* 765–772. http://dx.doi.org/10.1176/appi.ajp.160.4.765

Riggs, D. W., & Treharne, G. J. (2017). Decompensation: A novel approach to accounting for stress arising from the effects of ideology and social norms. *Journal of Homosexuality, 64,* 592–605. http://dx.doi.org/10.1080/00918369.2016.1194116

*Rood, B. A., Puckett, J. A., Pantalone, D. W., & Bradford, J. B. (2015). Predictors of suicidal ideation in a statewide sample of transgender individuals. *LGBT Health, 2,* 270–275. http://dx.doi.org/10.1089/lgbt.2013.0048

*Skagerberg, E., Parkinson, R., & Carmichael, P. (2013). Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. *International Journal of Transgenderism, 14,* 86–92. http://dx.doi.org/10.1080/15532739.2013.817321

*Tebbe, E. A., & Moradi, B. (2016). Suicide risk in trans populations: An application of minority stress theory. *Journal of Counseling Psychology, 63,* 520–533. http://dx.doi.org/10.1037/cou0000152

*Terada, S., Matsumoto, Y., Sato, T., Okabe, N., Kishimoto, Y., & Uchitomi, Y. (2011). Suicidal ideation among patients with gender identity disorder. *Psychiatry Research, 190,* 159–162. http://dx.doi.org/10.1016/j.psychres.2011.04.024

Testa, R., Habarth, J., Peta, J., Balsam, K., & Bockting, W. (2015). Development of the Gender Minority Stress and Resilience measure. *Psychology of Sexual Orientation and Gender Diversity, 2,* 65–77. http://dx.doi.org/10.1037/sgd0000081

Testa, R. J., Jimenez, C. L., & Rankin, S. (2014). Risk and resilience during transgender identity development: The effects of awareness and engagement with other transgender people on affect. *Journal of Gay & Lesbian Mental Health, 18,* 31–46. http://dx.doi.org/10.1080/19359705.2013.805177

*Testa, R. J., Sciacca, L. M., Wang, F., Hendricks, M. L., Goldblum, P., Bradford, J., & Bongar, B. (2012). Effects of violence on transgender people. *Professional Psychology: Research and Practice, 43,* 452–459. http://dx.doi.org/10.1037/a0029604

Vandenbroucke, J. P., von Elm, E., Altman, D. G., Gøtzsche, P. C., Mulrow, C. D., Pocock, S. J., . . . Egger, M. (2007). Strengthening the Reporting of Observational Studies in Epidemiology (STROBE): Explanation and elaboration. *Epidemiology, 18,* 805–835. http://dx.doi.org/10.1097/EDE.0b013e3181577511

*Wilson, E. C., Chen, Y.-H., Arayasirikul, S., Wenzel, C., & Raymond, H. F. (2015). Connecting the dots: Examining transgender women's utilization of transition-related medical care and associations with mental health, substance use, and HIV. *Journal of Urban Health, 92,* 182–192. http://dx.doi.org/10.1007/s11524-014-9921-4

Wilson, E. R. (2012). Assessment, diagnosis and treatment planning from the ecological perspective. In E. P. Cook (Ed.), *Understanding people in context: The ecological perspective in counselling* (pp. 179–206). Alexandria, VA: American Counseling Association.

*Xavier, J. M., Bobbin, M., Singer, B., & Budd, E. (2005). A needs assessment of transgendered people of color living in Washington, DC. *International Journal of Transgenderism, 8,* 31–47. http://dx.doi.org/10.1300/J485v08n02_04

Received February 7, 2017
Revision received June 1, 2017
Accepted June 3, 2017 ■



ELSEVIER

Journal of Clinical Epidemiology 66 (2013) 726−735

Journal of Clinical Epidemiology

# GRADE guidelines: 15. Going from evidence to recommendation—determinants of a recommendation's direction and strength

Jeffrey C. Andrews[a,*], Holger J. Schünemann[b,c], Andrew D. Oxman[d], Kevin Pottie[e], Joerg J. Meerpohl[f,g], Pablo Alonso Coello[h,i], David Rind[j], Victor M. Montori[k], Juan Pablo Brito[k], Susan Norris[l], Mahmoud Elbarbary[m], Piet Post[n], Mona Nasser[o], Vijay Shukla[p], Roman Jaeschke[c], Jan Brozek[b], Ben Djulbegovic[q,r], Gordon Guyatt[b,c]

[a]*Vanderbilt Evidence-based Practice Center, Vanderbilt University, #27166-719 Thompson Lane, Nashville, TN 37204-3195, USA*
[b]*Department of Clinical Epidemiology and Biostatistics, McMaster University, Hamilton, Ontario L8N 3Z5, Canada*
[c]*Department of Medicine, McMaster University, Hamilton, Ontario L8N 3Z5, Canada*
[d]*Norwegian Knowledge Centre for the Health Services, PO Box 7004, St. Olavs plass, Oslo 0130, Norway*
[e]*Department of Family Medicine, University of Ottawa, Ottawa, Canada*
[f]*German Cochrane Center, Institute of Medical Biometry and Medical Informatics, University Medical Center Freiburg, Berliner Allee 29, 79110 Freiburg, Germany*
[g]*Division of Pediatric Hematology and Oncology, Center for Pediatrics and Adolescent Medicine, University Medical Center Freiburg, Mathildenstrasse 1, 79106 Freiburg, Germany*
[h]*Iberoamerican Cochrane Center, CIBER de Epidemiología y Salud Pública, IIB, Sant Pau, Barcelona 08041, Spain*
[i]*Epidemiology and Public Health CIBER (CIBERESP), Hospital de la Sant Pau, Creu i Sant Pau, Barcelona 08041, Spain*
[j]*Harvard Medical School, Beth Israel Deaconess Medical Center, Healthcare Associates-E/Shapiro 6, 330 Brookline Aveen, Boston, MA 02215, USA*
[k]*Mayo Clinic, 200 1st SW St, Rochester, MN 55905, USA*
[l]*Department of Medical Informatics and Clinical Epidemiology, Oregon Health and Science University, Portland, OR 97239-3098, USA*
[m]*King Saud University for Health Sciences, Riyadh, Saudi Arabia*
[n]*Post Voor Zorg, Delft, The Netherlands*
[o]*Peninsula College of Medicine and Dentistry, Universities of Exeter and Plymouth, The John Bull Building, Tamar Science Park, Plymouth, PL68BU, UK*
[p]*Canadian Agency for Drugs and technologies in Health (CADTH), 600-865 Carling Avenue, Ottawa, Ontario K1S 5S8, Canada*
[q]*Division and Center for Evidence-Based Medicine and Health Outcomes Research, University of South Florida, Tampa, FL, USA*
[r]*H. Lee Moffitt Cancer Center & Research Institute, Tampa, FL, USA*

Accepted 3 February 2013; Published online 6 April 2013

**Abstract**

In the GRADE approach, the strength of a recommendation reflects the extent to which we can be confident that the composite desirable effects of a management strategy outweigh the composite undesirable effects.

This article addresses GRADE's approach to determining the direction and strength of a recommendation. The GRADE describes the balance of desirable and undesirable outcomes of interest among alternative management strategies depending on four domains, namely estimates of effect for desirable and undesirable outcomes of interest, confidence in the estimates of effect, estimates of values and preferences, and resource use. Ultimately, guideline panels must use judgment in integrating these factors to make a strong or weak recommendation for or against an intervention. © 2013 Elsevier Inc. All rights reserved.

*Keywords:* GRADE; Quality of evidence; Strength of evidence; Guideline development; Recommendation; Evidence

## 1. Introduction

In prior articles in this series devoted to the GRADE approach to systematic reviews and practice guidelines, we have dealt with the process before developing recommendations, namely framing the question and choosing critical and important outcomes [1], rating the confidence in effect estimates for each outcome [2−8], dealing with resource

The GRADE system has been developed by the GRADE Working Group. The named authors drafted and revised this article. A complete list of contributors to this series can be found on the *Journal of Clinical Epidemiology* web site.

* Corresponding author. Tel.: (615) 343-5700.
*E-mail address*: jeff.andrews@vanderbilt.edu (J.C. Andrews).

0895-4356/$ - see front matter © 2013 Elsevier Inc. All rights reserved.
http://dx.doi.org/10.1016/j.jclinepi.2013.02.003

use [9], rating the confidence in effect estimates across outcomes [10], and creating an evidence profile and a Summary of Findings table [11–13]. The immediately previous article described GRADE's approach to classifying the strength and direction of recommendations and discussed the implications of strong and weak recommendations, and the options for presentation and wording [14]. The present article presents GRADE's approach to moving from evidence to recommendations. As we did in the previous article, we will refer to guideline developers as "the panel."

### 1.1. Globalizing evidence and localizing decisions

The pithy summary by Eisenberg [15] on the relationship between evidence and recommendations, "globalize the evidence, localize the decisions," provides fundamental guidance for those working to produce evidence-based recommendations [15]. Summaries of evidence regarding alternative management strategies from the medical literature should ideally be very similar, no matter the site of the application of the recommendation.

Rating of confidence in estimates of effect (quality of evidence) may, however, differ for a variety of reasons. First, desirable and undesirable outcomes may be valued differently, leading to different thresholds of acceptability. This could lead to different judgments regarding imprecision, as we have highlighted in the article in this series dealing with imprecision [5].

Second, differences in values and preferences could lead to differences in the overall balance of desirable and undesirable outcomes and the rating of confidence in estimates: an outcome judged as critical by one panel (and thus included in the rating of overall confidence in estimates) may be judged important but not critical by another (and thus not included in the overall rating).

Finally, ratings of confidence may also differ as a result of uncertainties in the risk profile of untreated populations (baseline risk). We may be very confident of baseline risk in one setting but not at all confident in another. This could lead to rating down confidence in estimates for indirectness.

Continued rapid uptake of GRADE by organizations that produce systematic summaries of evidence will greatly facilitate the production of transparent evidence summaries. If organizations work together to produce summaries, there will be an enormous gain in efficiency [16]—even if, in the end, judgments about confidence in estimates will differ across settings, for reasons described in the preceding paragraphs.

We now turn to a systematic presentation of the determinants of direction and strength of recommendations.

## 2. Determinants of direction and strength of recommendations

GRADE has identified six determinants of the direction and strength of recommendations, namely the magnitude of estimates of effect of the interventions on important outcomes, confidence in those estimates, estimates of typical values and preferences, confidence in those estimates, variability of values and preferences, and resource use. In the presentation here, we will present these six determinants in four domains. We package magnitude of effect and typical values and preferences together with the label balance of desirable and undesirable consequences or "trade-offs." We also include uncertainty regarding typical values, and variability in values, in a single domain (Table 1).

Alternative groupings may work better, depending on the circumstances. We believe that the approach we present here is best for presenting the rationale for the recommendations to the guideline consumer audience. In developing recommendations, panels may want to keep all six determinants separate or group the three values and preferences determinants together.

Ultimately, guideline panels must integrate these six determinants to make a strong or weak recommendation for or against an intervention. Table 2 illustrates how the elements of the GRADE framework for moving from evidence to recommendations can be applied in making strong and weak recommendations, and Table 3 provides an example of the application in the management of chronic obstructive pulmonary disease.

### 2.1. Trade-offs between desirable and undesirable consequences of alternative management strategies

When we consider the balance between desirable and undesirable outcomes ("trade-offs"), we are considering two domains. The first is our best estimates of the magnitude of desirable effects and the undesirable effects. If a guideline panel has adhered to the GRADE process, they will find the best estimates of effect in the evidence profiles that they have prepared or accessed.

The second element that determines the balance among desirable and undesirable outcomes is the typical values that patients—or a population—apply to those outcomes. This can be otherwise conceptualized as the relative preferences for those outcomes—and thus the term we generally use, values and preferences (Box 1).

Ideally, to inform estimates of typical patient values and preferences, guideline panels will conduct or identify systematic reviews of relevant studies of patient values and preferences [18]. Given the paucity of empirical examinations of patients' values and preferences, however, well-resourced guideline panels will usually complement such studies with consultation with individual patients and patients' groups. The panel should discuss whose values these people represent, namely representative patients, a defined subset of patients, or representatives of the general population.

For example, the Canadian Collaboration for Immigrant and Refugees Health (CCIRH) guidelines sought to advance understanding of immigrant patient perspectives in

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

**Table 1.** Domains that contribute to the strength of a recommendation

| Domains that contribute to the strength of a recommendation | Comment |
|---|---|
| Balance between desirable and undesirable outcomes (estimated effects), with consideration of values and preferences (estimated typical) (trade-offs) | The larger the differences between the desirable and undesirable consequences, the more likely a strong recommendation is warranted. The smaller the net benefit and the lower certainty for that benefit, the more likely a weak recommendation is warranted |
| Confidence in the magnitude of estimates of effect of the interventions on important outcomes (overall quality of evidence for outcomes) | The higher the quality of evidence, the more likely a strong recommendation is warranted |
| Confidence in values and preferences and variability | The greater the variability in values and preferences, or uncertainty in values and preferences, the more likely a weak recommendation is warranted |
| Resource use | The higher the costs of an intervention (the more resources consumed), the less likely a strong recommendation is warranted |

two ways, namely they searched and synthesized evidence for immigrant perspectives in relation to each health condition, and worked closely with a community-based organization representing 18 ethnic groups to inform perceptions of immigrant patient perspectives [19]. Less well-resourced panels, without systematic reviews of values and preferences or consultation with patients and patient groups, must rely on unsystematic reviews of the available literature and their clinical experience of interactions with patients. How well such estimates correspond to true typical values and preferences is likely, in any particular situation, to be uncertain.

Whatever the source of estimates of typical values and preferences, explicit, transparent statements of the panel's choices are imperative. For example, in their recommendation regarding unmet contraceptive needs, the CCIRH attributed more value to supporting informed choice (empowerment) and less value to concern about causing couple and family discord [19]. Clinicians recognizing a family in which avoiding discord is paramount will therefore be aware that the recommendation is in that instance not appropriate.

Maximal explicitness requires quantification. For example, in the ninth iteration of the American College of Chest Physicians Antithrombotic Guidelines, the panel specified that they considered typical patients would value preventing one stroke equivalent to avoiding three serious gastrointestinal bleeds [18,20].

Having established their best estimates of typical values and preferences, a panel is in a position to assess the trade-off between the desirable and undesirable outcomes of an intervention vs. a comparator. The larger the gradient between the desirable and undesirable effects, the higher the likelihood that a panel will provide a strong recommendation. For example, the very large gradient between the benefits of low dose aspirin on reductions in death and

**Table 2.** Examples of strong and weak recommendation determinants

| Factor | Example of strong recommendation | Example of weak recommendation |
|---|---|---|
| Balance between desirable and undesirable consequences of alternative management strategies. The closer the balance, the less likely a strong recommendation | Aspirin following myocardial infarction reduces mortality with minimal toxicity, inconvenience, and cost | Anticoagulation vs. aspirin in patients with atrial fibrillation with a $CHADS_2$ score of 1 (moderate risk of stroke); benefit in stroke reduction closely balanced with increased bleeding risk |
| Confidence in estimates of effect (quality of evidence). The lower the confidence, the less likely a strong recommendation | Many high quality randomized trials have shown the benefit of inhaled steroids in asthma | Only case series have examined the utility of pleurodesis in pneumothorax |
| Uncertainty or variability in values and preferences. The less the confidence in estimates of typical values and preferences, and the greater the variability, the less likely a strong recommendation | Relative confidence: evidence from empirical studies shows that patients place a substantially higher value on avoiding a debilitating stroke than on avoiding a serious gastrointestinal bleed | Uncertainty: there is no empirical evidence regarding the relative value patients place on avoiding a postoperative bleed that requires reoperation vs. a postoperative serious but nonfatal pulmonary embolus |
| | Little variability: young patients with lymphoma will invariably place a higher value on the life-prolonging effects of chemotherapy than on avoiding treatment toxicity | Greater variability: some older patients with lymphoma will place a higher value on the life-prolonging effects of chemotherapy than on avoiding treatment toxicity but others will not |
| Resource use. The higher the resource use, the less likely a strong recommendation | The low cost of aspirin vs. no antithrombotic prophylaxis against stroke in patients with transient ischemic attacks | The high cost of clopidogrel and of combination dipyridamole and aspirin vs. aspirin as prophylaxis against stroke in patients with transient ischemic attacks |

**Table 3.** Evidence to recommendation framework: enhancing transparency when moving from evidence to recommendations

| **Question/recommendation: Should pulmonary rehabilitation vs. usual community care be used for COPD with recent exacerbation?** | | | |
|---|---|---|---|
| **Population: Patients with COPD and recent exacerbation of their disease** | | | |
| **Intervention: Pulmonary rehabilitation vs. no rehabilitation** | | | |
| **Setting (if relevant): Outpatient** | | | |
| **Decision domain** | **Judgment** | **Reason for judgment** | **Subdomains influencing judgment** |
| Balance of desirable and undesirable outcomes<br>Given the best estimate of typical values and preferences, are you confident that the benefits outweigh the harms and burden or vice versa? | Yes ☒ No ☐ | The desirable consequences are substantial (including substantial reduction in hospitalization, small but important reduction in mortality, and improvement in quality of life that exceeds the minimal important difference) and valued highly. The undesirable consequences, inconvenience, and burden are relatively minor and associated with minimal disutility. | Baseline risk for desirable and undesirable outcomes:<br>• Is the baseline risk similar across subgroups?<br>• Should there be separate recommendations for subgroups?<br>Relative risk for benefits and harms:<br>• Are the relative benefits large?<br>• Are the relative harms large?<br>Requirement for modeling:<br>• Is there a lot of extrapolation and modeling required for these outcomes?<br>Typical values:<br>• What are the typical values?<br>• Are there differences in the relative value of the critical outcomes? |
| Confidence in estimates of effect (quality of evidence)<br>Is there high or moderate quality evidence? | Yes ☒ No ☐ | ⊕⊕⊕O<br>There is moderate-(mortality, function, and quality-of-life outcomes)-to-high (hospitalizations) quality evidence for the desirable consequences, and quality evidence for the undesirable (burden) | Confidence in estimates of benefits and downsides, confidence in estimates of resource use. Consider all critical outcomes, including the possibility that some may not be measured.<br>Key reasons for rating evidence down or rating up |
| Values and preferences<br>Are you confident about the typical values and preferences and are they similar across the target population? | Yes ☒ No ☐ | We can be confident that patients place a high value on avoiding hospitalizations and mortality as well as improving quality of life and a low value on avoiding the inconvenience associated with rehabilitation.<br>We can be confident that these values vary little among patients with chronic respiratory disease. | Source of typical values (panel or study of general population or patients)<br>Source of estimates of variability and extent of variability<br>Method for determining values satisfactory for this recommendation |
| Resource implications<br>Are the resources worth the expected net benefit from following the recommendation? | Yes ☒ No ☐ | There are resources required to provide pulmonary rehabilitation but these are balanced by decreased resource needs as a result of decreased hospitalizations and net cost is well worth it given the desirable outcomes. | What are the costs per resource unit?<br>Feasibility:<br>• Is this intervention generally available?<br>Opportunity cost:<br>• Is this intervention and its effects worth withdrawing or not allocating resources from other interventions<br>Differences across settings:<br>• Is there lots of variability in resource requirements across settings? |
| Overall strength of recommendation | Strong | The guideline panel recommends that patients with recent exacerbations of their COPD undergo pulmonary rehabilitation (Note: this is a hypothetical recommendation developed for this article and not intended for clinical decision making). | |
| Evidence to recommendation synthesis | The moderate-to-high confidence in the moderate-to-large magnitude of effects on highly valued outcomes, and the moderate-to-high confidence that undesirable outcomes are modest and their avoidance not highly valued suggest a strong recommendation. | | |

*Abbreviation:* COPD, chronic obstructive pulmonary disease.

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

**Box 1 Terminology for "values and preferences"**

Values and preferences is an overarching term that includes patients' perspectives, beliefs, expectations, and goals for health and life [17]. More precisely, they refer to the processes that individuals use in considering the potential benefits, harms, costs, limitations, and inconvenience of the management options in relation to one another. For some, the term "values" has the closest connotation to these processes. For others, the connotation of "preferences" best captures the notion of choice. Thus, we use both words together to convey the concept.

recurrent myocardial infarction (MI) after an MI [21] and the undesirable consequences of minimal side effects and costs make a strong recommendation very likely (Table 2).

In contrast, the narrower the magnitude of the gradient between desirable and undesirable consequences, the higher the likelihood that a guideline panel will make a weak recommendation. For instance, consider the choice of immunomodulating agents, namely cyclosporine and tacrolimus in kidney transplant recipients [22]. Tacrolimus results in better graft survival (a highly valued outcome), but at the important cost of a higher incidence of diabetes (the long-term complications of which can be devastating).

Table 2 presents a second example of a close trade-off in which patients with atrial fibrillation typically are more stroke averse than bleeding averse. If, however, the risk of stroke is sufficiently low, the trade-off between stroke reduction and increase in bleeding risk with anticoagulants is closely balanced.

Without considering the associated values and preferences, assessing large vs. small magnitude of effects may be misleading. For instance, in patients with cancer, chemotherapeutic agents may have large (albeit temporary) adverse effects such as nausea, fatigue, hair loss, and paresthesias. The chemotherapy may have only a small effect on reducing mortality. Despite the discrepancy in magnitude of effect, most patients may choose chemotherapy because of the very high value they place on a small mortality reduction.

### 2.2. *Uncertainty and variability in values and preferences*

We have noted that systematic study of patients' values and preferences are very limited. As a result, panels will often be uncertain about typical values and preferences. The greater is that uncertainty, the more likely they will make a weak recommendation.

Given the sparse systematic study of patients' values and preferences, one could argue that large uncertainty always exists about the patients' perspective. On the other hand, some systematic study of values and preferences and decision making has been completed, and clinicians' experience with patients may provide considerable additional insight.

Indeed, on occasion, panels will, on the basis of clinical experience, be confident regarding typical patient's values and preferences. Pregnant women's strong aversion to even a small risk of important fetal abnormalities may be one such situation [20].

A second concern that may make a weak recommendation more likely is large variability in values and preferences. To the extent large variability exists, it is less likely that a single recommendation would apply uniformly across all patients, and the right course of action is likely to differ between patients.

Empirical evidence may inform estimates of variability in recommendations. For instance, Devereaux et al. [23] asked patients at risk of atrial fibrillation how many serious gastrointestinal bleeds they would tolerate and still be willing to use an anticoagulant to prevent a stroke. Although most patients placed a high value on avoiding a stroke and were ready to accept a bleeding risk of 22% to reduce their chances of having a stroke by 8%, diversity in values and preferences was also apparent. A few patients were ready to accept only a small risk of bleeding to reduce their stroke risk by 8%. These data, consistent with other studies of values and preferences regarding anticoagulation in atrial fibrillation [18], suggest that only in patients at appreciable risk of stroke would a strong recommendation for warfarin be warranted.

Although systematic study will lead to the highest confidence, panelists may express confidence in their estimates of variability in values and preference on the basis of clinical experience. In the example cited earlier, clinicians may be confident not only that the typical expectant mother will have a strong aversion to even a small risk of important fetal abnormalities but also that these values and preferences are virtually uniform across the population.

On the other hand, clinical experience may leave a panel confident that values and preferences differ widely among patients. For example, clinical experience makes it clear that an expectant couples' desire to undergo a genetic test that increases the risk of spontaneous miscarriage will differ greatly depending on their willingness to act on knowledge about a fetal anomaly and their attitude toward the loss of a normal pregnancy. Situations such as these when recommendations are particularly dependent on differing values and preferences may dictate, in addition to making a weak recommendation, including descriptions of how varying values and preferences will determine the optimal decision [14].

A hopeful patient may place more emphasis on a small chance of benefit, whereas a pessimistic, risk-averse patient may place more emphasis on avoiding the risks associated with a potentially beneficial therapy. Some patients may

have a belief that even if the risk of an adverse event is low, they will be the person who will suffer such an adverse effect.

For example, in patients with idiopathic pulmonary fibrosis, evidence for the benefit of steroids warrants only low confidence, whereas we can be very confident of a wide range of adverse effects associated with steroids. The hopeful patient with pulmonary fibrosis may be enthusiastic about use of steroids, whereas the risk-averse patient is likely to decline.

### 2.3. *Confidence in estimates of effect (quality of evidence)*

Another determinant of the direction and strength of recommendations is our confidence in the estimates of effect. Typically, a strong recommendation is associated with high, or at least moderate, confidence in the effect estimates for critical outcomes. If one has high confidence for some critical outcomes (typically, benefits of an intervention), but low confidence for other outcomes considered critical (often long-term harms), then a weak recommendation is likely warranted. The more closely balanced the trade-offs between desirable and undesirable outcomes, the more likely that low confidence for any critical outcome will result in a weak recommendation.

Even when an apparently large gradient exists in the balance of desirable vs. undesirable outcomes, panels will be appropriately reluctant to offer a strong recommendation if their confidence in effect estimates is low. This is in part because when confidence in the estimate of effect is lower, choice is more preference dependent.

For instance, the GRADE approach provides insight into how guideline panels should have handled the decision regarding hormone replacement therapy (HRT) in postmenopausal women in the 1990s when observational studies suggested a substantial reduction in cardiovascular risk [24] (which randomized trials subsequently proved false [25], at least in women appreciably past the menopause), and equally low quality evidence suggested an increase in the risk of breast cancer (which proved true [26]).

Guideline panels during the 1990s made recommendations that were presented, or at least interpreted, as strong recommendations. Many primary care physicians, responding to these recommendations, enthusiastically encouraged their postmenopausal patients to use HRT. Appropriately considering the lack of confidence in estimates, women with a low level of risk aversion might indeed have been inclined to use HRT. Those with a high level of risk aversion would, however, have declined HRT. Clearly, a weak recommendation for (or perhaps even against) HRT would have been warranted.

For some questions, investigators may not have directly measured critical outcomes (in particular quality of life). In such instances, even if surrogates are available, confidence in estimates is very likely to be low.

#### 2.3.1. *Low confidence in effect estimates may, rarely, be tied to strong recommendations*

In general, we discourage guideline panels from making strong recommendations when their confidence in estimates of effect for critical outcomes is low or very low. We have identified five paradigmatic situations, however, in which strong recommendations may be warranted despite low or very low quality of evidence (Table 4). These situations can be conceptualized as ones in which a panel would have a low level of regret if subsequent evidence showed that their recommendation was misguided.

One paradigmatic situation occurs when panels have low confidence regarding the benefit of an intervention in a life or death situation. Consider patients suffering from life-threatening disseminated blastomycosis [27]. High quality evidence suggests that amphotericin is more toxic than itraconazole, and low quality evidence that it reduces mortality in this context. When considering the subpopulation of patients with life-threatening blastomycosis, panels may reason that all or virtually all patients would choose the more toxic therapy given the very high risk of death and the possibility that amphotericin may decrease that risk. If they did so, they would make a strong recommendation for amphotericin.

In a second paradigmatic situation, panels may make a strong recommendation against an intervention when there is uncertainty of benefits, but they are confident about adverse effects and resource use. For example, it remains very uncertain whether whole-body computed tomography scan or magnetic resonance imaging screening confers benefits in terms of reduction of cancer risk, but there is no doubt that such tests generate false positives that result in anxiety and possibly invasive tests with their own discomfort and complications [28]. Such tests also consume scarce resources. Despite the low confidence with regard to benefits, guideline panels might legitimately make strong recommendations against screening imaging.

A third situation occurs when we have low quality evidence regarding relative benefit, but high quality evidence of lower harm for one of the competing alternatives. For instance, in patients who have early-stage, low-grade, *Helicobacter pylori*–positive gastric mucosa-associated lymphoid tissue lymphoma, low quality evidence suggests that initial *H. pylori* eradication therapy results in similar rates of complete response (50–80%) in comparison with the alternatives of radiation therapy or gastrectomy [29]. The evidence warrants high confidence in the increased morbidity associated with either radiation or gastrectomy vs. pharmacologic therapy. Furthermore, in patients without complete response, there is the option of later use of the higher risk alternatives. Thus, despite low confidence in estimates of effects, a strong recommendation for *H. pylori* eradication therapy appears appropriate.

In a fourth situation, panels may make strong recommendations for one of the two competing alternatives if they are confident of similarity of benefits, but have only

**Table 4.** Paradigmatic situations in which a strong recommendation may be warranted despite low or very low confidence in effect estimates

| Situation | Condition | Example |
|---|---|---|
| 1 | When low quality evidence suggests benefit in a life-threatening situation (evidence regarding harms can be low or high) | Fresh frozen plasma or vitamin K in a patient receiving warfarin with elevated INR and an intracranial bleed. Only low quality evidence supports the benefits of limiting the extent of the bleeding |
| 2 | When low quality evidence suggests benefit and high quality evidence suggests harm or a very high cost | Head-to-toe CT/MRI screening for cancer. Low quality evidence of benefit of early detection but high quality evidence of possible harm and/or high cost (strong recommendation against this strategy) |
| 3 | When low quality evidence suggests equivalence of two alternatives, but high quality evidence of less harm for one of the competing alternatives | *Helicobacter pylori* eradication in patients with early stage gastric MALT lymphoma with *H. pylori* positive. Low quality evidence suggests that initial *H. pylori* eradication results in similar rates of complete response in comparison with the alternatives of radiation therapy or gastrectomy; high quality evidence suggests less harm/morbidity |
| 4 | When high quality evidence suggests equivalence of two alternatives and low quality evidence suggests harm in one alternative | Hypertension in women planning conception and in pregnancy. Strong recommendations for labetalol and nifedipine and strong recommendations against angiotensin converting enzyme (ACE) inhibitors and angiotensin receptor blockers (ARB)—all agents have high quality evidence of equivalent beneficial outcomes, with low quality evidence for greater adverse effects with ACE inhibitors and ARBs |
| 5 | When high quality evidence suggests modest benefits and low/very low quality evidence suggests possibility of catastrophic harm | Testosterone in males with or at risk of prostate cancer. High quality evidence for moderate benefits of testosterone treatment in men with symptomatic androgen deficiency to improve bone mineral density and muscle strength. Low quality evidence for harm in patients with or at risk of prostate cancer |

*Abbreviations:* INR, international normalized ratio; CT, computed tomography; MRI, magnetic resonance imaging; MALT, mucosa-associated lymphoid tissue.

low or very low confidence regarding increased harm for one alternative. Reasoning that there is nothing to lose, and possibly a lot to gain in terms of a lower incidence of adverse effects, guideline panels may reasonably make a strong recommendation for the agent apparently free from serious toxicity. For instance, consider the management of hypertension in women who are planning conception and who are pregnant. There is high quality evidence of equivalent effectiveness for labetalol, nifedipine, angiotensin-converting enzyme (ACE) inhibitors, and angiotensin receptor blockers (ARBs). There is low quality evidence of harms for ACE inhibitors and ARBs. Panels have appropriately made strong recommendations for labetalol and nifedipine and strong recommendations against ACE inhibitors and ARBs [30].

A fifth paradigmatic situation occurs when we have moderate-to-high confidence about an intervention's modest benefits, but remain uncertain about its likelihood of causing catastrophic harm. For example, high quality evidence supports the inference that testosterone is beneficial for men with symptomatic androgen deficiency, improving their quality of life and markers of bone and muscle strength. However, low quality evidence links testosterone use to an increased risk of prostate cancer. As a result, a panel of endocrinologists formulated a strong recommendation against testosterone use in men with prostate cancer and in men pending evaluation of palpable prostate nodule or induration or prostate-specific antigen (PSA) level of 4 ng/mL or PSA level of 3 ng/mL in men at high risk of prostate cancer [31].

### 2.4. Resource use

Panels may or may not consider resource use in their judgments about the direction and strength of recommendations. Reasons for not considering resource use include a lack of reliable data, the intervention is not useful and the effort of calculating resource use can be spared, the desirable effects so greatly outweigh any undesirable effects that resource considerations would not alter the final judgment, or they have elected (or been instructed) to leave resource considerations up to other decision makers.

Once again, panels should be explicit about the decision they made not to consider resource utilization and the reason for their decision. If they elect to include resource utilization when making a recommendation, but have not included resource use as a consequence when preparing an evidence profile, they should be explicit about what types of resource use they considered when making the recommendation and whatever logic or evidence was used in their judgments.

For example, a panel making a recommendation about oseltamivir for treatment of patients hospitalized with avian influenza (H5N1) in nonpandemic situations considered the cost of oseltamivir, but did not explicitly consider the quality of the evidence for resource use. Overall, the quality of

the underlying evidence for all recommendations was rated as very low because it was based on small case series of H5N1 patients, on extrapolation from preclinical studies, and high quality studies of seasonal influenza. A strong recommendation to treat H5N1 patients with oseltamivir was made in part because of the severity of the disease. With only very low quality evidence of the beneficial and adverse effects of oseltamivir for avian influenza, the panel decided not to consider quality of evidence for resource use. The panel summarized their thinking regarding resource use as a factor in making their recommendation by stating: ''The cost is not high for treatment of sporadic cases'' [32].

We discuss special challenges related to rating the confidence in estimates for resource use in another article in this series [9].

## 3. Special considerations of the determinants of direction and strength of recommendations

### 3.1. Baseline risk (control event rate) can influence the balance

Table 3 presents an example of how guideline panels can move from evidence to recommendations in an explicit and transparent way. The final column in Table 3 presents the issues (if one calls the four determinants domains, then one might call these issues subdomains) that guideline panels should consider under each domain. One of these subdomains, which may be critical in the decision, is baseline risk.

Because, we usually determine absolute risk differences through applying the relative risk reduction to a baseline risk [11], large baseline risk differences will result in large absolute risk differences. For example, recommendations for duration of anticoagulation in patients with deep venous thrombosis will differ depending on the likelihood of recurrent thrombosis. The likelihood of recurrent thrombosis differs in those with and without clear precipitating factors for the original thrombotic event—in particular, patients whose deep venous thrombosis is precipitated by a surgical procedure have a low risk of recurrence. Anticoagulation is associated with inconvenience and a risk of serious bleeding. Therefore, indefinite anticoagulation will seldom be appropriate in those at low risk of recurrence whose absolute benefit with anticoagulation is small, but may well be mandated in patients at much higher risk. Thus, the strength of recommendations—and likely the direction—will differ in high- and low-risk groups [33].

### 3.2. Recommendations may differ by setting and perspective

In our introductory discussion of globalizing evidence, localizing recommendations, we noted that we do not expect uniformity of recommendations across settings. Here, we expand the reasons for the anticipated diversity, and how differences in perspective can contribute.

The impact of an intervention may differ across geographic settings depending on the risk of adverse events in untreated population (e.g., risk of coronary events is much lower in low income countries), or the capacity to deliver the intervention (e.g., monitoring of anticoagulant therapy).

Values and preferences may differ among cultures, even if those cultures appear very similar. For example, after viewing the same evidence, American and New Zealand guideline developers came to different conclusions about the trade-offs associated with colon cancer screening [34–36].

Values may also differ in subcultures vs. mainstream culture within a population. For example, in formulating the CCIRH guidelines, the panel's awareness of immigrant populations' vulnerability to family disruption and possible deportation supported the recommendation against routine screening for intimate partner violence [37].

Finally, resource implications and opportunity cost may differ. For instance, a year's supply of an expensive drug may cost the equivalent of a single nurse's salary in the United States, 4 nurses' salaries in Poland, and 20 nurses' salaries in China.

In the face of the same evidence, recommendations may also differ according to perspective. Our discussion in this article has addressed, almost exclusively, guideline panels making recommendations from the perspective of patients and the health care providers looking after those patients. Sometimes, however, a panel may make recommendations from a public health or societal perspective.

For example, panels making recommendations about H1N1, avian, or seasonal influenza may place a large value on outcomes that may not be directly critical or important to individual patients, such as reducing the spread of disease [32,38]. Other times, a panel may make recommendations from the perspective of the government or a private insurance company, placing a large value on costs (or alternative uses of resources) within a fixed budget. Equity, feasibility, and burden of illness may be other considerations important to public policy decision making, but of much less relevance to individual decision making. Panels should explicitly state the perspective they are taking, particularly when they are not taking a patient-centered perspective.

### 3.3. Evidence to recommendations synthesis

As in Table 3, GRADE suggests that guideline panels present a synthesis of their judgments about the domains determining direction and strength of recommendations, and how this synthesis informs the recommendation. Disagreement between panels is common [39–41], and disagreement may be a result of variability in judgments about the domains or of how panels synthesize those judgments. Presentation and publication of frameworks

summarizing the rationale for recommendations can support transparency in the decision process and be used for stakeholder engagement (Table 3).

Consider, for example, views expressed in the literature concerning the merits of perioperative use of beta-blockers in patients undergoing noncardiac surgery. Some assert that lower doses of beta-blockers administered well before surgery could prevent the documented increase in stroke risk with beta-blockers [42,43]. Others do not agree [44]. An evidence to action synthesis from the former group would emphasize the heterogeneity of results from trials that used different doses and different periods of administration of beta-blockers before surgery, and the latter would not.

Alternatively, disagreement in recommendations might be because they have different views of the relative value of reducing the risk of MI with beta-blocker use (approximately 1.5% in those at 5% baseline risk) vs. the increase in stroke risk (approximately 0.5% in those at 0.5% baseline risk of stroke). Both may agree that patients value preventing stroke more than preventing MI, but the synthesis from a panel recommending against beta-blockers would emphasize that the patients generally place very high value in avoiding disabling stroke and the asymptomatic nature of many perioperative MIs.

## 4. Conclusion

Patients, clinicians, and policy makers will all be better served by a more systematic and transparent system for judging the direction and strength of recommendations. Explicit presentation of how panels view the four domains to consider in the direction and strength of recommendations could play an important role in improving the transparency of panel decisions (Table 3).

## References

[1] Guyatt G, Oxman A, Kunz R, Atkins D, Brozek J, Vist G, et al. GRADE guidelines: 2. Framing the question and deciding on important outcomes. J Clin Epidemiol 2011;64:395–400.
[2] Balshem H, Helfand M, Schunemann HJ, Oxman AD, Kunz R, Brozek J, et al. GRADE guidelines: 3. Rating the quality of evidence. J Clin Epidemiol 2011;64:401–6.
[3] Guyatt GH, Oxman AD, Vist G, Kunz R, Brozek J, Alonso-Coello P, et al. GRADE guidelines: 4. Rating the quality of evidence—study limitations (risk of bias). J Clin Epidemiol 2011;64:407–15.
[4] Guyatt GH, Oxman AD, Montori V, Vist G, Kunz R, Brozek J, et al. GRADE guidelines: 5. Rating the quality of evidence-publication bias. J Clin Epidemiol 2011;64:1277–82.
[5] Guyatt G, Oxman AD, Kunz R, Brozek J, Alonso-Coello P, Rind D, et al. GRADE guidelines 6. Rating the quality of evidence—imprecision. J Clin Epidemiol 2011;64:1283–93.
[6] Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al. GRADE guidelines: 7. Rating the quality of evidence-inconsistency. J Clin Epidemiol 2011;64:1294–302.
[7] Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al. GRADE guidelines: 8. Rating the quality of evidence-indirectness. J Clin Epidemiol 2011;64:1303–10.
[8] Guyatt GH, Oxman AD, Sultan S, Glasziou P, Akl EA, Alonso-Coello P, et al. GRADE guidelines: 9. Rating up the quality of evidence. J Clin Epidemiol 2011;64:1311–6.
[9] Brunetti M, Shemilt I, Pregno S, Vale L, Oxman A, Lord J, et al. GRADE guidelines: 10. Considering resource use and rating the quality of economic evidence. J Clin Epidemiol 2013;66:140–50.
[10] Guyatt GH, Oxman AD, Sultan S, Brozek J, Glasziou P, Alonso-Coello P, et al. GRADE guidelines: 11. Making an overall rating of confidence in effect estimates for a single outcome and for all outcomes. J Clin Epidemiol 2013;64:151–7.
[11] Guyatt GH, Oxman AD, Santesso N, Helfand M, Vist G, Kunz R, et al. GRADE guidelines: 12. Preparing summary of findings tables: binary outcomes. J Clin Epidemiol 2013;66:158–72.
[12] Guyatt GH, Thorlund K, Oxman AD, Walter S, Patrick D, Furukawa TA, et al. GRADE guidelines: 13. Preparing summary of findings tables: continuous outcomes. J Clin Epidemiol 2013;66:173–83.
[13] Guyatt G, Oxman A, Akl E, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol 2011;64:383–94.
[14] Andrews J, Guyatt G, Oxman AD, Alderson P, Dahm P, Falck-Ytter Y, et al. GRADE guidelines: 14. Going from evidence to recommendations: the significance and presentation of recommendations. J Clin Epidemiol 2013;66:719–25.
[15] Eisenberg JM. Globalize the evidence, localize the decision: evidence-based medicine and international diversity. Health Aff (Millwood) 2002;21(3):166–8.
[16] Schunemann HJ, Woodhead M, Anzueto A, Buist S, Macnee W, Rabe KF, et al. A vision statement on guideline development for respiratory disease: the example of COPD. Lancet 2009;373:774–9.
[17] Montori V, Devereaux P, Straus S, Haynes B, Guyatt G. Decision making and the patient. In: Guyatt G, editor. The users' guides to the medical literature: a manual for evidence-based clinical practice. 2nd ed. New York, NY: McGraw-Hill; 2008.
[18] McLean S, Mulla S, Akl EA, Jankowski M, Vandvik P, Ibrahim S, et al. Patient values and preferences in decision making for antithrombotic therapy: a systematic review. Antithrombotic therapy and prevention of thrombosis, 9th ed.: American College of Chest physicians Evidence-Based Clinical Practice Guidelines. Chest 2012; 141(2 Suppl):e1S–23S.
[19] Pottie K, Greenaway C, Feightner J, Welch V, Swinkels H, Rashid M, et al. Evidence-based clinical guidelines for immigrants and refugees. CMAJ 2011;183(12):E824–925.
[20] Bates S, Greer I, Middeldorp S, Veenstra D, Prabulos A, Vandvik P, et al. VTE, thrombophilia, antithrombotic therapy, and pregnancy: Antithrombotic therapy and prevention of thrombosis, 9th ed.: American College of Chest physicians Evidence-Based Clinical Practice Guidelines. Chest 2012;141(2 Suppl):e691S–736S.
[21] Goodman SG, Menon V, Cannon CP, Steg G, Ohman EM, Harrington RA. Acute ST-segment elevation myocardial infarction: American College of Chest physicians evidence-based clinical practice guidelines (8th Edition). Chest 2008;133(6 Suppl):708S–75S.
[22] Webster A, Woodroffe R, Taylor R, Chapman J, Craig J. Tacrolimus versus cyclosporin as primary immunosuppression for kidney transplant recipients. Cochrane Database Syst Rev 2006;4:CD003961.
[23] Devereaux PJ, Anderson DR, Gardner MJ, Putnam W, Flowerdew GJ, Brownell BF, et al. Differences between perspectives of physicians and patients on anticoagulation in patients with atrial fibrillation: observational study. BMJ 2001;323:1218–22.
[24] Guidelines for counseling postmenopausal women about preventive hormone therapy. American College of Physicians. Ann Intern Med 1992;117:1038–41.
[25] Hulley S, Grady D, Bush T, Furberg C, Herrington D, Riggs B, et al. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. Heart and Estrogen/progestin Replacement Study (HERS) Research Group. JAMA 1998;280:605–13.

[26] Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. JAMA 2002;288: 321—33.
[27] Chapman SW, Dismukes WE, Proia LA, Bradsher RW, Pappas PG, Threlkeld MG, et al. Clinical practice guidelines for the management of blastomycosis: 2008 update by the Infectious Diseases Society of America. Clin Infect Dis 2008;46:1801—12.
[28] Lauenstein TC, Semelka RC. Emerging techniques: whole-body screening and staging with MRI. J Magn Reson Imaging 2006; 24(3):489—98.
[29] Malfertheiner P, Megraud F, O'Morain C, Bazzoli F, El-Omar E, Graham D, et al. Current concepts in the management of Helicobacter pylori infection: the Maastricht III Consensus Report. Gut 2007;56(6):772—81.
[30] Magee LA, Helewa M, Moutquin JM, van Dadelszen P, for the Hypertension Guideline Committee. Diagnosis, evaluation, and management of the hypertensive disorders of pregnancy. SOGC Clinical Practice Guideline, No. 206, March 2008. J Obstet Gynaecol Can 2008;30: S1—48.
[31] Bhasin S, Cunningham G, Hayes F, Matsumoto A, Snyder P, Swerdloff R, et al. Testosterone therapy in men with androgen deficiency syndromes: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2010;95:2536—59.
[32] Schunemann HJ, Hill SR, Kakad M, Bellamy R, Uyeki TM, Hayden FG, et al. WHO Rapid Advice Guidelines for pharmacological management of sporadic human infection with avian influenza A (H5N1) virus. Lancet Infect Dis 2007;7:21—31.
[33] Kearon C, Akl EA, Comerota AJ, Prandoni P, Bounameaux H, Goldhaber SZ, et al. Antithrombotic therapy for VTE disease: antithrombotic therapy and prevention of thrombosis, 9th ed.: American College of Chest physicians Evidence-Based Clinical Practice Guidelines. Chest 2012;141(2 Suppl):e419S—94S.
[34] Screening for colorectal cancer: U.S. Preventive Services Task Force recommendation statement. Ann Intern Med 2008;149:627—37.
[35] Levin B, Lieberman DA, McFarland B, Andrews KS, Brooks D, Bond J, et al. Screening and surveillance for the early detection of colorectal cancer and adenomatous polyps, 2008: a joint guideline from the American Cancer Society, the US Multi-Society Task Force on Colorectal Cancer, and the American College of Radiology. Gastroenterology 2008;134(5):1570—95.
[36] Guidance on surveillance for people at increased risk of colorectal cancer. Wellington, New Zealand: New Zealand Guidelines Group; 2012.
[37] Tugwell P, Pottie K, Welch V, Ueffing E, Chambers A, Feightner J. Evaluation of evidence-based literature and formulation of recommendations for the clinical preventive guidelines for immigrants and refugees in Canada. CMAJ 2011;183(12):E933—8.
[38] Schunemann HJ, Hill SR, Kakad M, Vist GE, Bellamy R, Stockman L, et al. Transparent development of the WHO rapid advice guidelines. PLoS Med 2007;4(5):e119.
[39] Oxman AD, Glasziou P, Williams JW Jr. What should clinicians do when faced with conflicting recommendations? BMJ 2008;337:a2530.
[40] Georg G, Colombet I, Durieux P, Menard J, Meneton P. A comparative analysis of four clinical guidelines for hypertension management. J Hum Hypertens 2008;22(12):829—37.
[41] Matthys J, De Meyere M, van Driel ML, De Sutter A. Differences among international pharyngitis guidelines: not just academic. Ann Fam Med 2007;5(5):436—43.
[42] Kaafarani HM, Atluri PV, Thornby J, Itani KM. beta-Blockade in noncardiac surgery: outcome at all levels of cardiac risk. Arch Surg 2008;143:940—4. discussion 944.
[43] van Lier F, Schouten O, van Domburg RT, van der Geest PJ, Boersma E, Fleisher LA, et al. Effect of chronic beta-blocker use on stroke after noncardiac surgery. Am J Cardiol 2009;104:429—33.
[44] Bangalore S, Wetterslev J, Pranesh S, Sawhney S, Gluud C, Messerli FH. Perioperative beta blockers in patients having noncardiac surgery: a meta-analysis. Lancet 2008;372:1962—76.



The BMJ

jblock@bmj.com

Cite this as: *BMJ* 2023;380:p382
http://dx.doi.org/10.1136/bmj.p382
Published: 23 February 2023

BMJ INVESTIGATION

# Gender dysphoria in young people is rising—and so is professional disagreement

**More children and adolescents are identifying as transgender and are being offered medical treatment, especially in the US—but some providers and European authorities are urging caution because of a lack of strong evidence. Jennifer Block reports**

Jennifer Block *investigations reporter*

Last October the American Academy of Pediatrics (AAP) gathered inside the Anaheim Convention Center in California for its annual conference. Outside, several dozen people rallied to hear speakers including Abigail Martinez, a mother whose child began hormone treatment at age 16 and died by suicide at age 19. Supporters chanted the teen's given name, Yaeli; counter protesters chanted, "Protect trans youth!" For viewers on a livestream, the feed was interrupted as the two groups fought for the camera.

The AAP conference is one of many flashpoints in the contentious debate in the United States over if, when, and how children and adolescents with gender dysphoria should be medically or surgically treated. US medical professional groups are aligned in support of "gender affirming care" for gender dysphoria, which may include gonadotrophin releasing hormone analogues (GnRHa) to suppress puberty; oestrogen or testosterone to promote secondary sex characteristics; and surgical removal or augmentation of breasts, genitals, or other physical features. At the same time, however, several European countries have issued guidance to limit medical intervention in minors, prioritising psychological care.

The discourse is polarised in the US. Conservative politicians, pundits, and social media influencers accuse providers of pushing "gender ideology" and even "child abuse," lobbying for laws banning medical transition for minors. Progressives argue that denying access to care is a transphobic violation of human rights. There's little dispute within the medical community that children in distress need care, but concerns about the rapid widespread adoption of interventions and calls for rigorous scientific review are coming from across the ideological spectrum.[1]

## The surge in treatment of minors

More adolescents with no history of gender dysphoria—predominantly birth registered females[2]—are presenting at gender clinics. A recent analysis of insurance claims by Komodo Health found that nearly 18 000 US minors began taking puberty blockers or hormones from 2017 to 2021, the number rising each year.[3,4] Surveys aiming to measure prevalence have found that about 2% of high school aged teens identify as "transgender."[5] These young people are also more likely than their cisgender peers to have concurrent mental health and neurodiverse conditions including depression, anxiety, attention deficit disorders, and autism.[6] In the US, although Medicaid coverage varies by state and by treatment, the Biden administration has warned states that not covering care is in violation of federal law prohibiting discrimination.[7] Meanwhile, the number of private clinics that focus on providing hormones and surgeries has grown from just a few a decade ago to more than 100 today.[4]

As the number of young people receiving medical transition treatments rises, so have the voices of those who call themselves "detransitioners" or "retransitioners," some of whom claim that early treatment caused preventable harm.[8] Large scale, long term research is lacking,[9] and researchers disagree about how to measure the phenomenon, but two recent studies suggest that as many as 20-30% of patients may discontinue hormone treatment within a few years.[10,11] The World Professional Association for Transgender Health (WPATH) asserts that detransition is "rare."[12]

Chloe Cole, now aged 18, had a double mastectomy at age 15 and spoke at the AAP rally. "Many of us were young teenagers when we decided, on the direction of medical experts, to pursue irreversible hormone treatments and surgeries," she read from her tablet at the rally, which had by this time moved indoors to avoid confrontation. "This is not informed consent but a decision forced under extreme duress."

Scott Hadland, chief of adolescent medicine at Massachusetts General Hospital and Harvard Medical School, dismissed the "handful of cruel protesters" outside the AAP meeting in a tweet that morning. He wrote, "Inside 10 000 pediatricians stand in solidarity for trans & gender diverse kids & their families to receive evidence-based, lifesaving, individualized care."[13]

## Same evidence, divergent recommendations

Three organisations have had a major role in shaping the US's approach to gender dysphoria care: WPATH, the AAP, and the Endocrine Society (see box). On 15 September 2022 WPATH published the eighth edition of its Standards of Care for the Health of Transgender and Gender Diverse People, with new chapters on children and adolescents and no minimum age requirements for hormonal and surgical treatments.[2,12] GnRHa treatment, says WPATH, can

BMJ: first published as 10.1136/bmj.p382 on 23 February 2023. Downloaded from http://www.bmj.com/ on 6 April 2023 by guest. Protected by copyright.

be initiated to arrest puberty at its earliest stage, known as Tanner stage 2.

The Endocrine Society also supports hormonal and surgical intervention in adolescents who meet criteria in clinical practice guidelines published in 2009 and updated in 2017.[14] And the AAP's 2018 policy statement, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, says that "various interventions may be considered to better align" a young person's "gender expression with their underlying identity."[15] Among the components of "gender affirmation" the AAP names social transition, puberty blockers, sex hormones, and surgeries. Other prominent professional organisations, such as the American Medical Association, have issued policy statements in opposition to legislation that would curtail access to medical treatment for minors.[16-19]

These documents are often cited to suggest that medical treatment is both uncontroversial and backed by rigorous science. "All of those medical societies find such care to be evidence-based and medically necessary," stated a recent article on transgender healthcare for children published in *Scientific American*.[20] "Transition related healthcare is not controversial in the medical field," wrote Gillian Branstetter, a frequent spokesperson on transgender issues currently with the American Civil Liberties Union, in a 2019 guide for reporters.[21] Two physicians and an attorney from Yale recently opined in the *Los Angeles Times* that "gender-affirming care is standard medical care, supported by major medical organizations . . . Years of study and scientific scrutiny have established safe, evidence-based guidelines for delivery of lifesaving, gender-affirming care."[22] Rachel Levine, the US assistant secretary for health, told National Public Radio last year regarding such treatment, "There is no argument among medical professionals."[23]

Internationally, however, governing bodies have come to different conclusions regarding the safety and efficacy of medically treating gender dysphoria. Sweden's National Board of Health and Welfare, which sets guidelines for care, determined last year that the risks of puberty blockers and treatment with hormones "currently outweigh the possible benefits" for minors.[24] Finland's Council for Choices in Health Care, a monitoring agency for the country's public health services, issued similar guidelines, calling for psychosocial support as the first line treatment.[25] (Both countries restrict surgery to adults.)

Medical societies in France, Australia, and New Zealand have also leant away from early medicalisation.[26,27] And NHS England, which is in the midst of an independent review of gender identity services, recently said that there was "scarce and inconclusive evidence to support clinical decision making"[28] for minors with gender dysphoria[29] and that for most who present before puberty it will be a "transient phase," requiring clinicians to focus on psychological support and to be "mindful" even of the risks of social transition.[30]

**Box: The origins of paediatric gender medicine in the United States**

The World Professional Association for Transgender Health (WPATH) began as a US based advocacy group and issued the first edition of the Standards of Care in 1979, when it was serving a small population of mostly adult male-to-female transsexuals. "WPATH became the standard because there was nobody else doing it," says Erica Anderson, a California based clinical psychologist and former WPATH board member. The professional US organisations that lined up in support "looked heavily to WPATH and the Endocrine Society for their guidance," she told *The BMJ*.

The Endocrine Society's guidance for adolescents grew out of clinicians' research in the Netherlands in the late 1990s and early 2000s. Peggy Cohen-Kettenis, a Utrecht gender clinic psychologist, collaborated with endocrinologists in Amsterdam, one of whom had experience of prescribing gonadotrophin releasing hormone analogues, relatively new at the time. Back then, gender dysphoric teens had to wait until the age of majority for sex hormones, but the team proposed that earlier intervention could benefit carefully selected minors.[40]

The clinic treated one natal female patient with triptorelin, published a case study and feasibility proposal, and began treating a small number of children at the turn of the millennium. The Dutch Protocol was published in 2006, referring to 54 children whose puberty was being suppressed and reporting preliminary results on the first 21.[41] The researchers received funding from Ferring Pharmaceuticals, the manufacturer of triptorelin.

In 2007 the endocrinologist Norman Spack began using the protocol at Boston Children's Hospital and joined Cohen-Kettenis and her Dutch colleagues in writing the Endocrine Society's first clinical practice guideline.[42] When that was published in 2009, puberty had been suppressed in just over 100 gender dysphoric young people.[40]

American Academy of Pediatrics (AAP) committee members began discussing the need for a statement in 2014, four years before publication, says Jason Rafferty, assistant professor of paediatrics and psychiatry at Brown University, Rhode Island, and the statement's lead author. "The AAP recognised that it had a responsibility to provide some clinical guidance, but more importantly to come out with a statement that said we need research, we need to integrate the principles of gender affirmative care into medical education and into child health," he says. "What our policy statement is not meant to be is a protocol or guidelines in and of themselves."

## "Don't call them evidence based"

"The brief history of guidelines is that, going back more than 30 years ago, experts would write articles and so on about what people should do. But formal guidelines as we think of them now were seldom or non-existent," says Gordon Guyatt, distinguished professor in the Department of Health Research Methods, Evidence, and Impact at McMaster University, Ontario.

That led to the movement towards developing criteria for what makes a "trustworthy guideline," of which Guyatt was a part.[31] One pillar of this, he told *The BMJ*, is that they "are based on systematic review of the relevant evidence," for which there are also now standards, as opposed to a traditional narrative literature review in which "a bunch of experts write whatever they felt like using no particular standards and no particular structure."

Mark Helfand, professor of medical informatics and clinical epidemiology at Oregon Health and Science University, says, "An evidence based recommendation requires two steps." First, "an unbiased, thorough, critical systematic review of all the relevant evidence." Second, "some commitment to link the strength of the recommendations to the quality of the evidence."

The Endocrine Society commissioned two systematic reviews for its clinical practice guideline, *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*: one on the effects of sex steroids on lipids and cardiovascular outcomes, the other on their effects on bone health.[32,33] To indicate the quality of evidence underpinning its various guidelines, the Endocrine Society employed the GRADE system (grading of recommendations assessment, development, and evaluation) and judged the quality of evidence for all recommendations on adolescents as "low" or "very low."

Guyatt, who co-developed GRADE, found "serious problems" with the Endocrine Society guidelines, noting that the systematic reviews

BMJ: first published as 10.1136/bmj.p382 on 23 February 2023. Downloaded from http://www.bmj.com/ on 6 April 2023 by guest. Protected by copyright.

didn't look at the effect of the interventions on gender dysphoria itself, arguably "the most important outcome." He also noted that the Endocrine Society had at times paired strong recommendations—phrased as "we recommend"—with weak evidence. In the adolescent section, the weaker phrasing "we suggest" is used for pubertal hormone suppression when children "first exhibit physical changes of puberty"; however, the stronger phrasing is used to "recommend" GnRHa treatment.

"GRADE discourages strong recommendations with low or very low quality evidence except under very specific circumstances," Guyatt told *The BMJ*. Those exceptions are "very few and far between," and when used in guidance, their rationale should be made explicit, Guyatt said. In an emailed response, the Endocrine Society referenced the GRADE system's five exceptions, but did not specify which it was applying.

Helfand examined the recently updated WPATH Standards of Care and noted that it "incorporated elements of an evidence based guideline." For one, WPATH commissioned a team at Johns Hopkins University in Maryland to conduct systematic reviews.[34,35] However, WPATH's recommendations lack a grading system to indicate the quality of the evidence—one of several deficiencies. Both Guyatt and Helfand noted that a trustworthy guideline would be transparent about all commissioned systematic reviews: how many were done and what the results were. But Helfand remarked that neither was made clear in the WPATH guidelines and also noted several instances in which the strength of evidence presented to justify a recommendation was "at odds with what their own systematic reviewers found."

For example, one of the commissioned systematic reviews found that the strength of evidence for the conclusions that hormonal treatment "may improve" quality of life, depression, and anxiety among transgender people was "low," and it emphasised the need for more research, "especially among adolescents."[35] The reviewers also concluded that "it was impossible to draw conclusions about the effects of hormone therapy" on death by suicide.

Despite this, WPATH recommends that young people have access to treatments after comprehensive assessment, stating that the "emerging evidence base indicates a general improvement in the lives of transgender adolescents."[12] And more globally, WPATH asserts, "There is strong evidence demonstrating the benefits in quality of life and well-being of gender-affirming treatments, including endocrine and surgical procedures," procedures that "are based on decades of clinical experience and research; therefore, they are not considered experimental, cosmetic, or for the mere convenience of a patient. They are safe and effective at reducing gender incongruence and gender dysphoria."[12]

Those two statements are each followed by more than 20 references, among them the commissioned systematic review. This stood out to Helfand as obscuring which conclusions were based on evidence versus opinion. He says, "It's a very strange thing to feel that they had to cite some of the studies that would have been in the systematic review or purposefully weren't included in the review, because that's what the review is for."

For minors, WPATH contends that the evidence is so limited that "a systematic review regarding outcomes of treatment in adolescents is not possible." But Guyatt counters that "systematic reviews are always possible," even if few or no studies meet the eligibility criteria. If an entity has made a recommendation without one, he says, "they'd be violating standards of trustworthy guidelines." Jason Rafferty, assistant professor of paediatrics and psychiatry at Brown University, Rhode Island, and lead author of the AAP statement, remarks that the AAP's process "doesn't quite fit the definition of systematic review, but it is very comprehensive."

Sweden conducted systematic reviews in 2015 and 2022 and found the evidence on hormonal treatment in adolescents "insufficient and inconclusive."[24] Its new guidelines note the importance of factoring the possibility that young people will detransition, in which case "gender confirming treatment thus may lead to a deteriorating of health and quality of life (i.e., harm)."

Cochrane, an international organisation that has built its reputation on delivering independent evidence reviews, has yet to publish a systematic review of gender treatments in minors. But *The BMJ* has learnt that in 2020 Cochrane accepted a proposal to review puberty blockers and that it worked with a team of researchers through 2021 in developing a protocol, but it ultimately rejected it after peer review. A spokesperson for Cochrane told *The BMJ* that its editors have to consider whether a review "would add value to the existing evidence base," highlighting the work of the UK's National Institute for Health and Care Excellence, which looked at puberty blockers and hormones for adolescents in 2021. "That review found the evidence to be inconclusive, and there have been no significant primary studies published since."

In 2022 the state of Florida's Agency for Health Care Administration commissioned an overview of systematic reviews looking at outcomes "important to patients" with gender dysphoria, including mental health, quality of life, and complications. Two health research methodologists at McMaster University carried out the work, analysing 61 systematic reviews and concluding that "there is great uncertainty about the effects of puberty blockers, cross-sex hormones, and surgeries in young people." The body of evidence, they said, was "not sufficient" to support treatment decisions.

Calling a treatment recommendation "evidence based" should mean that a treatment has not just been systematically studied, says Helfand, but that there was also a finding of high quality evidence supporting its use. Weak evidence "doesn't just mean something esoteric about study design, it means there's uncertainty about whether the long term benefits outweigh the harms," Helfand adds.

"Evidence itself never tells you what to do," says Guyatt. That's why guidelines must make explicit the values and preferences that underlie the recommendation.

The Endocrine Society acknowledges in its recommendations on early puberty suppression that it is placing "a high value on avoiding an unsatisfactory physical outcome when secondary sex characteristics have become manifest and irreversible, a higher value on psychological well-being, and a lower value on avoiding potential harm."[14]

WPATH acknowledges that while its latest guidelines are "based upon a more rigorous and methodological evidence-based approach than previous versions," the evidence "is not only based on the published literature (direct as well as background evidence) but also on consensus-based expert opinion." In the absence of high quality evidence and the presence of a patient population in need—who are willing to take on more personal risk—consensus based guidelines are not unwarranted, says Helfand. "But don't call them evidence based."

## An evidence base under construction

In 2015 the US National Institutes of Health awarded a $5.7m (£4.7m; €5.3m) grant to study "the impact of early medical treatment in transgender youth."[36] The abstract submitted by applicants said that the study was "the first in the US to evaluate longitudinal

BMJ: first published as 10.1136/bmj.p382 on 23 February 2023. Downloaded from http://www.bmj.com/ on 6 April 2023 by guest. Protected by copyright.

outcomes of medical treatment for transgender youth and will provide essential evidence-based data on the physiological and psychosocial effects and safety" of current treatments. Researchers are following two groups, one of participants who began receiving GnRHa in early puberty and another group who began cross sex hormone treatment in adolescence. The study doesn't include a concurrent no-treatment control group.

Robert Garofalo, chief of adolescent medicine at the Lurie Children's Hospital in Chicago and one of four principal investigators, told a podcast interviewer in May 2022 that the evidence base remained "a challenge . . . it is a discipline where the evidence base is now being assembled" and that "it's truly lagging behind [clinical practice], I think, in some ways." That care, he explained, was "being done safely. But only now, I think, are we really beginning to do the type of research where we're looking at short, medium, and long term outcomes of the care that we are providing in a way that I think hopefully will be either reassuring to institutions and families and patients or also will shed a light on things that we can be doing better."[37]

While Garofalo was doing the research he served as "contributor" on the AAP's widely cited 2018 policy statement, which recommends that children and adolescents "have access to comprehensive, gender-affirming, and developmentally appropriate health care," including puberty blockers, sex hormones, and, on a case-by-case basis, surgeries.[15]

Garofalo said in the May interview, "There is universal support for gender affirming care from every mainstream US based medical society that I can think of: the AMA, the APA, the AAP. I mean, these organisations never agree with one another." Garofalo declined an interview and did not respond to *The BMJ*'s requests for comment.

## The rush to affirm

Sarah Palmer, a paediatrician in private practice in Indiana, is one of five coauthors of a 2022 resolution submitted to the AAP's leadership conference asking that it revisit the policy after "a rigorous systematic review of available evidence regarding the safety, efficacy, and risks of childhood social transition, puberty blockers, cross sex hormones and surgery." In practice, Palmer told *The BMJ*, clinicians define "gender affirming" care so broadly that "it's been taken by many people to mean go ahead and do anything that affirms. One of the main things I've seen it used for is masculinising chest surgery, also known as mastectomy in teenage patients." The AAP has told *The BMJ* that all policy statements are reviewed after five years and so a "revision is under way," based on its experts' own "robust evidence review."

Palmer says, "I've seen a quick evolution, from kids with a very rare case of gender dysphoria who were treated with a long course of counselling and exploration before hormones were started," to treatment progressing "very quickly—even at the first visit to gender clinic—and there's no psychologist involved anymore."

Laura Edwards-Leeper, a clinical psychologist who worked with the endocrinologist Norman Spack in Boston and coauthored the WPATH guidelines for adolescents, has observed a similar trend. "More providers do not value the mental health component," she says, so in some clinics families come in and their child is "pretty much fast tracked to medical intervention." In a study of teens at Seattle Children's Hospital's gender clinic, two thirds were taking hormones within 12 months of the initial visit.[38]

The British paediatrician Hilary Cass, in her interim report of a UK review into services for young people with gender identity issues, noted that some NHS staff reported feeling "under pressure to adopt an unquestioning affirmative approach and that this is at odds with the standard process of clinical assessment and diagnosis that they have been trained to undertake in all other clinical encounters."

Eli Coleman, lead author of WPATH's Standards of Care and former director of the Institute for Sexual and Gender Health at the University of Minnesota, told *The BMJ* that the new guidelines emphasised "careful assessment prior to any of these interventions" by clinicians who have appropriate training and competence to assure that minors have "the emotional and cognitive maturity to understand the risks and benefits." He adds, "What we know and what we don't know has to be explained to youth and their parents or caregivers in a balanced way which really details that this is the evidence that we have, that we obviously would like to have more evidence, and that this is a risk-benefit scenario that you have to consider."

Joshua Safer, director of the Center for Transgender Medicine and Surgery at Mount Sinai Hospital in New York and coauthor of the Endocrine Society guidelines, told *The BMJ* that assessment is standard practice at the programme he leads. "We start with a mental health evaluation for anybody under the age of 18," he says. "There's a lot of talking going on—that's a substantial element of things." Safer has heard stories of adolescents leaving a first or second appointment with a prescription in hand but says that these are overblown. "We really do screen these kids pretty well, and the overwhelming majority of kids who get into these programmes do go on to other interventions," he says.

Without an objective diagnostic test, however, others remain concerned. The demand for services has led to a "perfunctory informed consent process," wrote two clinicians and a researcher in a recent issue of the *Journal of Sex and Marital Therapy*,[39] in spite of two key uncertainties: the long term impacts of treatment and whether a young person will persist in their gender identity. And the widespread impression of medical consensus doesn't help. "Unfortunately, gender specialists are frequently unfamiliar with, or discount the significance of, the research in support of these two concepts," they wrote. "As a result, the informed consent process rarely adequately discloses this information to patients and their families."

For Guyatt, claims of certainty represent both the success and failure of the evidence based medicine movement. "Everybody now has to claim to be evidence based" in order to be taken seriously, he says—that's the success. But people "don't particularly adhere to the standard of what is evidence based medicine—that's the failure." When there's been a rigorous systematic review of the evidence and the bottom line is that "we don't know,'" he says, then "anybody who then claims they do know is not being evidence based."

This feature has been funded by the BMJ Investigations Unit. For details see bmj.com/investigations.

Competing interests: I have read and understood BMJ policy on declaration of interests and have no relevant interests to declare.

Provenance: commissioned; externally peer reviewed.

1 Parker K, Horowitz JM, Brown A. Americans' complex views on gender identity and transgender issues. Pew Research Center's Social & Demographic Trends Project. 2022. https://www.pewresearch.org/social-trends/2022/06/28/americans-complex-views-on-gender-identity-and-transgender-issues/

2 Block J. US transgender health guidelines leave age of treatment initiation open to clinical judgment. *BMJ* 2022;378:. doi: 10.1136/bmj.o2303 pmid: 36167353

3 Respaut R, Terhune C. Number of transgender children seeking treatment surges in US. *Reuters* 2022 Oct 6. https://www.reuters.com/investigates/special-report/usa-transyouth-data/

4 Terhune C, Respaut R, Conlin M. As children line up at gender clinics, families confront many unknowns. *Reuters* 2022 Oct 6. https://www.reuters.com/investigates/special-report/usa-transyouth-care/

BMJ: first published as 10.1136/bmj.p382 on 23 February 2023. Downloaded from http://www.bmj.com/ on 6 April 2023 by guest. Protected by copyright.

5 Johns MM, Lowry R, Andrzejewski J, etal. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students—19 States and large urban school districts, 2017. *MMWR Morb Mortal Wkly Rep* 2019;68:-71. . doi: 10.15585/mmwr.mm6803a3 pmid: 30677012

6 Becerra-Culqui TA, Liu Y, Nash R, etal. Mental health of transgender and gender nonconforming youth compared with their peers. *Pediatrics* 2018;141:e20173845. doi: 10.1542/peds.2017-3845 pmid: 29661941

7 Gomez I, Ranji U, Salganicoff A, et al. Update on Medicaid coverage of gender-affirming health services. KFF. 2022 https://www.kff.org/womens-health-policy/issue-brief/update-on-medicaid-coverage-of-gender-affirming-health-services/

8 Littman L. Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: a survey of 100 detransitioners. *Arch Sex Behav* 2021;50:-69. doi: 10.1007/s10508-021-02163-w pmid: 34665380

9 Respaut R, Terhune C, Conlin M. Why detransitioners are crucial to the science of gender care. *Reuters* 2022 Dec 22. https://www.reuters.com/investigates/special-report/usa-transyouth-outcomes/

10 Boyd I, Hackett T, Bewley S. Care of Transgender Patients: A General Practice Quality Improvement Approach. *Healthcare (Basel)* 2022;10:. doi: 10.3390/healthcare10010121. pmid: 35052285

11 Roberts CM, Klein DA, Adirim TA, Schvey NA, Hisle-Gorman E. Continuation of Gender-affirming Hormones Among Transgender Adolescents and Adults. *J Clin Endocrinol Metab* 2022;107:-43. doi: 10.1210/clinem/dgac251. pmid: 35452119

12 Coleman E, Radix AE, Bouman WP, etal. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health* 2022;23(Suppl 1):-259. doi: 10.1080/26895269.2022.2100644 pmid: 36238954

13 Hadland S. A handful of cruel protesters outside the #AAP2022 meeting, but inside 10 000 pediatricians stand in solidarity for trans & gender-diverse kids & their families to receive evidence based, lifesaving, individualized care between patients, parents & their doctor. @AmerAcadPeds: pic.twitter.com/b2K2JdRnX9. Twitter. 2022. https://twitter.com/DrScottHadland/status/1578815082590400512

14 Hembree WC, Cohen-Kettenis PT, Gooren L, etal. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab* 2017;102:-903. doi: 10.1210/jc.2017-01658 pmid: 28945902

15 Rafferty JCommittee on Psychosocial Aspects of Child and Family HealthCommittee on AdolescenceSection on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics* 2018;142:e20182162. doi: 10.1542/peds.2018-2162 pmid: 30224363

16 American Academy of Child and Adolescent Psychiatry. AACAP statement responding to efforts to ban evidence-based care for transgender and gender diverse. https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx

17 American Medical Association. March 26, 2021: State advocacy update. 2021. https://www.ama-assn.org/health-care-advocacy/advocacy-update/march-26-2021-state-advocacy-update

18 American Psychological Association. Resolution on supporting sexual/gender diverse children and adolescents in schools. 2020. https://www.apa.org/pi/lgbt/resources/policy/gender-diverse-children

19 American Psychiatric Association. Position statement on treatment of transgender (trans) and gender diverse youth. 2020. https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-Transgender-Gender-Diverse-Youth.pdf

20 Boerner H. What the science on gender-affirming care for transgender kids really shows. *Sci Am* 2022 (published online 12 May). https://www.scientificamerican.com/article/what-the-science-on-gender-affirming-care-for-transgender-kids-really-shows/

21 Branstetter G. Transgender youth & health care: a guide for reporters. *Medium* 2019. https://gillbranstetter.medium.com/transgender-youth-health-care-a-guide-for-reporters-820f8fbaff21

22 Olezeski C, McNamara M, Alstott A. Op-ed: Denying trans youth gender-affirming care is an affront to science and medical ethics. *Los Angeles Times* 2022. https://www.latimes.com/opinion/story/2022-06-13/trans-youth-healthcare-state-bans

23 Simmons-Duffin S. Rachel Levine calls state anti-LGBTQ bills disturbing and dangerous to trans youth. *NPR* 2022 Apr 29. https://www.npr.org/sections/health-shots/2022/04/29/1095227346/rachel-levine-calls-state-anti-lgbtq-bills-disturbing-and-dangerous-to-trans-you

24 Socialstyrelsen: National Board of Health and Welfare. Care of children and adolescents with gender dysphoria. Report 2022-3-7799. 2022. https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

25 Palveluvalikoima (Council for Choices in Health Care in Finland). Medical treatment methods for gender dysphoria in non-binary adults—recommendation. Jun 2020. https://palveluvalikoima.fi/documents/1237350/22895623/Summary_non-binary_en.pdf/8e5f9035-6c98-40d9-6acd-7459516d6f92/Summary_non-binary_en.pdf?t=1592318035000

26 Académie Nationale de Médecine. La médecine face à la transidentité de genre chez les enfants et les adolescents [Medicine and gender transidentity in children and adolescents. 25 Feb 2022. https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en (In French and English)

27 Royal Australian and New Zealand College of Psychiatrists. Recognising and addressing the mental health needs of people experiencing gender dysphoria/gender incongruence. 2021. https://www.ranzcp.org/news-policy/policy-and-advocacy/position-statements/gender-dysphoria

28 NHS England. Implementing advice from the Cass review. https://www.england.nhs.uk/commissioning/spec-services/npc-crg/gender-dysphoria-clinical-programme/implementing-advice-from-the-cass-review/

29 Cass Review. NICE evidence reviews. 2021. https://cass.independent-review.uk/nice-evidence-reviews/

30 NHS England. Interim service specification: specialist service for children and young people with gender dysphoria (phase 1 providers). Oct 2022. https://www.engage.england.nhs.uk/specialised-commissioning/gender-dysphoria-services/user_uploads/b1937-ii-specialist-service-for-children-and-young-people-with-gender-dysphoria-1.pdf

31 Institute of MedicineBoard on Health Care ServicesCommittee on Standards for Developing Trustworthy Clinical Practice Guidelines. *Clinical practice guidelines we can trust* . National Academies Press, 2011. https://play.google.com/store/books/details?id=b_RTRs8SEOYC

32 Maraka S, Singh Ospina N, Rodriguez-Gutierrez R, etal. Sex steroids and cardiovascular outcomes in transgender individuals: a systematic review and meta-analysis. *J Clin Endocrinol Metab* 2017;102:-23. doi: 10.1210/jc.2017-01643 pmid: 28945852

33 Singh-Ospina N, Maraka S, Rodriguez-Gutierrez R, etal. Effect of sex steroids on the bone health of transgender individuals: a systematic review and meta-analysis. *J Clin Endocrinol Metab* 2017;102:-13. doi: 10.1210/jc.2017-01642 pmid: 28945851

34 Wilson LM, Baker KE, Sharma R, Dukhanin V, McArthur K, Robinson KA. Effects of antiandrogens on prolactin levels among transgender women on estrogen therapy: A systematic review. *Int J Transgend Health* 2020;21:-402. doi: 10.1080/15532739.2020.1819505 pmid: 34993517

35 Baker KE, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *J Endocr Soc* 2021;5:bvab011.

36 National Institutes of Health. The impact of early medical treatment in transgender youth. NIH Reporter. https://reporter.nih.gov/project-details/8965408

37 Northwestern University Feinberg School of Medicine. Evidence-based gender-affirming care for young adults with Robert Garofalo, MD, MPH. 20 May 2022. https://www.feinberg.northwestern.edu/research/news/podcast/2022/evidence-based-gender-affirming%20-care-for-young-adults-with-robert-Garofalo-md-mph.html

38 Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Netw Open* 2022;5:e220978. doi: 10.1001/jamanetworkopen.2022.0978 pmid: 35212746

39 Levine SB, Abbruzzese E, Mason JW. Reconsidering informed consent for trans-identified children, adolescents, and young adults. *J Sex Marital Ther* 2022;48:-27. doi: 10.1080/0092623X.2022.2046221 pmid: 35300570

40 Biggs M. The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence. *J Sex Marital Ther* 2022:-21. doi: 10.1080/0092623X.2022.2121238 pmid: 36120756

41 Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinol* 2006;155(Supp 1):-7. https://academic.oup.com/ejendo/article/155/Supplement_1/S131/6695708doi: 10.1530/eje.1.02231.

42 Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, etalEndocrine Society. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 2009;94:-54. doi: 10.1210/jc.2009-0345 pmid: 19509099

BMJ: first published as 10.1136/bmj.p382 on 23 February 2023. Downloaded from http://www.bmj.com/ on 6 April 2023 by guest. Protected by copyright.

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

*Journal of the Endocrine Society*, 2021, Vol. 5, No. 4, 1–16
doi:10.1210/jendso/bvab011
Meta-Analysis

Meta-Analysis

# Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review

**Kellan E. Baker,[1,3] Lisa M. Wilson,[1,3] Ritu Sharma,[1,3] Vadim Dukhanin,[1,3] Kristen McArthur,[1,3] and Karen A. Robinson[2,3]**

[1]Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD 21205, USA; [2]Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD, USA; and [3]Johns Hopkins Evidence-Based Practice Center, 615 North Wolfe Street, Baltimore, MD 21205, USA

**ORCiD number:** 0000-0002-9716-7936 (K. E. Baker).

**Abbreviations:** BDI, Beck Depression Inventory; ENIGI, European Network for the Investigation of Gender Incongruence; GnRH, gonadotropin-releasing hormone; HADS, Hospital Anxiety and Depression Scale; QOL, quality of life; RCT, randomized controlled trial; SF-36, Short Form-36 Health Survey; WPATH, World Professional Association for Transgender Health.

Received: 5 October 2020; Editorial Decision: 25 January 2021; First Published Online: 2 February 2021; Corrected and Typeset: 19 February 2021.

## Abstract

We sought to systematically review the effect of gender-affirming hormone therapy on psychological outcomes among transgender people. We searched PubMed, Embase, and PsycINFO through June 10, 2020 for studies evaluating quality of life (QOL), depression, anxiety, and death by suicide in the context of gender-affirming hormone therapy among transgender people of any age. We excluded case studies and studies reporting on less than 3 months of follow-up. We included 20 studies reported in 22 publications. Fifteen were trials or prospective cohorts, one was a retrospective cohort, and 4 were cross-sectional. Seven assessed QOL, 12 assessed depression, 8 assessed anxiety, and 1 assessed death by suicide. Three studies included trans-feminine people only; 7 included trans-masculine people only, and 10 included both. Three studies focused on adolescents. Hormone therapy was associated with increased QOL, decreased depression, and decreased anxiety. Associations were similar across gender identity and age. Certainty in this conclusion is limited by high risk of bias in study designs, small sample sizes, and confounding with other interventions. We could not draw any conclusions about death by suicide. Future studies should investigate the psychological benefits of hormone therapy among larger and more diverse groups of transgender people using study designs that more effectively isolate the effects of hormone treatment.

**Key Words:** Transgender, hormone therapy, sex hormones, mental health, systematic review

ISSN 2472-1972

© The Author(s) 2021. Published by Oxford University Press on behalf of the Endocrine Society.
This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs licence (http://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial reproduction and distribution of the work, in any medium, provided the original work is not altered or transformed in any way, and that the work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

App.0500

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

Transgender people are those whose gender identity is different from the sex they were assigned at birth. Estimates of the size of the transgender population vary depending on how the data are collected [1]. In studies that rely on clinical records, estimates range between 1 and 30 people per 100 000 (0.001% to 0.03%) [2]. Studies that focus instead on self-report among nonclinical populations find estimates that range between 0.1% and 2% [2].

Many transgender people seek medical services to affirm their gender identity. According to the *Standards of Care for Transsexual, Transgender, and Gender Non-Conforming People* maintained by the World Professional Association for Transgender Health (WPATH), gender-affirming medical care is different for each individual and may include a variety of services and procedures, such as psychological support, hormone therapy, and surgeries [3]. Hormone therapy, which typically involves estrogens and anti-androgens for transgender women and other trans-feminine people and testosterone for transgender men and other trans-masculine people, is a common component of medical gender affirmation [4]. Because hormone treatment can have a powerful effect on physical appearance, it is often a priority for transgender people seeking medical gender affirmation [5]. Gender-affirming hormone therapy can be managed for most patients by primary care providers, as it typically involves long-term maintenance on doses similar to those used for cisgender patients with conditions such as hypogonadism [6, 7]. Some clinicians require a minimum period of psychological counseling before hormone therapy can be initiated, while others provide hormone therapy on the basis of informed consent [8].

The need for gender-affirming care is often characterized using psychiatric diagnoses such as gender dysphoria, which replaced gender identity disorder in the fifth edition of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM-5) [9]. The 11th International Classification of Diseases (ICD-11) replaces these terms with a diagnosis called gender incongruence (codes: HA60, HA61, HA6Z), which is located in a new chapter on sexual health. These changes clarify that the target of gender-affirming medical interventions is not the person's gender identity itself but rather the clinically significant distress that can accompany a misalignment between gender identity and sex assigned at birth [10]. Some countries have further underscored that transgender identity is not a pathology by recognizing gender affirmation as fundamental to the human right to self-definition and removing requirements that transgender people seeking gender-affirming medical care present with a diagnosis such as gender dysphoria [11].

Several previous reviews have indicated that gender-affirming hormone therapy is associated with psychological benefits that include reductions in depression and anxiety and improvements in quality of life (QOL) among transgender people [12-17]. Most of these reviews did not require a minimum duration of hormone therapy [14-17]. One review that did impose a minimum follow-up requirement is 10 years old [12]. The other that required a minimum of 3 months of therapy included only uncontrolled prospective cohorts, which resulted in a sample of only 3 studies [13]. A comprehensive review without a minimum follow-up period assessed gender-affirming hormone therapy and surgeries only in adolescents [17]. By requiring a minimum duration of hormone treatment but considering all ages and a variety of study designs, we sought to update and more completely summarize the growing evidence base regarding the relationship between gender-affirming hormone therapy and psychological outcomes in transgender people.

## Search Strategy and Selection Criteria

This review is one of a series of systematic reviews on gender-affirming care conducted for WPATH to inform the eighth revision of the *Standards of Care*. The protocol is registered on PROSPERO (CRD42018115379) [18], and we followed the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) guidelines in reporting our findings [19].

We searched PubMed, Embase, and PyscINFO from inception to October 2018 and updated the search through June 10, 2020, for studies assessing QOL, depression, anxiety, and death by suicide among transgender participants of any age in the context of gender-affirming hormone therapy [20]. We also reviewed the reference lists of previous reviews and hand-searched the *International Journal of Transgenderism*. Using DistillerSR [21], 2 reviewers independently screened titles, abstracts, and full-text articles. Differences were resolved through consensus adjudication.

We included studies that evaluated the psychological effects of any testosterone, estrogen, or anti-androgen formulation used for gender affirmation. We also considered gonadotropin-releasing hormone (GnRH) analogues used as anti-androgens or for puberty delay. Study participants must have been on hormone therapy for at least 3 months in order to reflect a minimum time for expected onset of effects [3]. Health care provider supervision was not required. We excluded studies that did not state therapy type and duration, including the range for cross-sectional studies. We included studies regardless of language (the search terms were in English) and country of origin, and we accepted any study design except case reports.

We created standardized forms for data extraction using the Systematic Review Data Repository system. The data extracted included participant demographics; study design

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

and methods; hormone therapy type, dose, and duration; potential confounders such as gender-affirming surgery status; outcome scales [20]; and psychological outcomes. From studies that used the Short Form-36 Health Survey (SF-36) to measure QOL, we extracted scores in all domains [22]. For studies that used measures with depression or anxiety subscales, we extracted only the subscale scores corresponding to the psychological outcomes of interest (eg, the depression subscale of the Minnesota Multiphasic Personality Inventory [MMPI]). We extracted comparisons with cisgender controls or general population norms only when longitudinal findings in a transgender population or comparisons with an untreated transgender control group were not reported. We used WebPlotDigitizer to extract data reported only in figures [23].

Two reviewers independently assessed risk of bias [20]. For randomized controlled trials (RCTs), we used the revised Cochrane tool [24]. For non-randomized studies, we used the Cochrane Risk of Bias Assessment Tool for Non-Randomized Studies of Interventions (ROBINS-I) [25]. One reviewer graded strength of evidence for each outcome using the Agency for Healthcare Research and Quality Methods Guide for Conducting Comparative Effectiveness Reviews [26]. We considered the directionality and magnitude of effects reported in cross-sectional studies as additional context for our evaluation of evidence from trials and prospective and retrospective cohorts. Each strength of evidence assessment was confirmed by a second reviewer.

WPATH provided the research question and reviewed the protocol, evidence tables, and report. WPATH had no role in study design, data collection, analysis, interpretation, or drafting. The corresponding author had full access to all the data and had final responsibility for the decision to submit for publication. The authors are responsible for all content, and statements in this report do not necessarily reflect the official views of or imply endorsement by WPATH.

## Results

We retrieved 1753 nonduplicate studies for the broader systematic review project of which this review was a part (Fig. 1). After screening and full-text review for the specific research question on the psychological effects of gender-affirming hormone therapy, 20 studies reported in 22 publications were included (Table 1): 1 RCT [27], 2 before-after trials [28, 29], 12 prospective cohorts reported in 13 publications [30-42], 1 retrospective cohort reported in 2 publications [43, 44], and 4 cross-sectional studies [45-48]. De Vries (2014) [35] reported on a subset of the participants in de Vries (2011) [34] who continued in care. We counted these publications as a single study but extracted and reported data separately because the characteristics of the study's adolescent population changed substantially in the period between the 2 publications. Similarly, Asscheman (2011) [44] reported on an extension of Asscheman (1989) [43]; we counted these as a single study but extracted data separately. In Table 1 and in the subsequent tables for each outcome, studies are ordered first by study design (RCTs, before-after trials, prospective cohorts, retrospective cohorts, and cross-sectional studies); within these categories, studies are presented in the following order according to how the study results were reported: adult transgender women only, adult transgender men only, adult transgender women and transgender men together, and transgender adolescents (no study reported separate results by gender identity for transgender youth). Where multiple studies shared the same study design and population, they are additionally ordered chronologically.

The time frame covered in the included studies began in 1972 [43], but most studies dated from post-2000. Eight studies were conducted in Italy [27-29, 31, 32, 36, 39, 41]; 2 each in Belgium [37, 48], the Netherlands [34, 35, 43, 44], the United States [30, 47], and Spain [38, 45]; and 1 in the United Kingdom [33], Turkey [42], and France [46]. One study recruited participants from Switzerland and Germany [40]. One study was part of the European Network for the Investigation of Gender Incongruence (ENIGI), which is a research collaborative between clinics providing gender-affirming care to transgender people in Ghent (Belgium), Amsterdam (Netherlands), Oslo (Norway), and Hamburg (Germany). The ENIGI study included in this review drew participants only from the Ghent clinic [37].

The study sizes ranged from 20 to 1331, although most had fewer than 60 participants. Fourteen studies reported on testosterone formulations in adult transgender men [27, 29, 31-33, 36, 39-46, 48]. These formulations were typically injectable testosterone cypionate or enanthate, although some studies used long-acting injectable testosterone undecanoate or daily transdermal gels. Ten studies reported on estrogen formulations in adult transgender women, usually in conjunction with an anti-androgen such as cyproterone acetate or spironolactone [28, 31, 33, 36, 37, 39, 43-47]. Estrogen formulations included transdermal, oral, or injectable estradiol (commonly estradiol valerate) or conjugated estrogens. Three studies reported on the psychological effects of GnRH therapy for puberty delay among mixed-gender groups of transgender adolescents [30, 34, 35, 38]. No study reported on hormone therapy among nonbinary people.

All studies that reported information about recruitment drew their participants largely or exclusively from specialized clinics dedicated to providing gender-affirming care for transgender people. These clinics were typically part of larger systems such as university hospitals. Clinic-based

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Figure 1.** PRISMA flow diagram.

studies often applied strict eligibility criteria that included a period of psychiatric evaluation and a formal diagnosis of gender dysphoria before hormone therapy was initiated. Some studies also reported that psychological counseling was either available or required during the course of hormone therapy. In many cases, hormone therapy was considered a prerequisite for gender-affirming surgeries. The type and timing of gender-affirming surgeries and the proportion of participants for whom hormone therapy and surgeries were assessed simultaneously varied widely: some studies assessed only participants who had not had any type of gender-affirming surgery [27, 28, 30-32, 34, 36, 38-40, 42, 46, 47], while in others some or all participants underwent gender-affirming surgeries during the study period [29, 33, 35, 43-45, 48].

## Quality of Life

Seven studies, including 1 RCT [27], 2 before-after trials [28, 29], 2 prospective cohorts [30, 39], and 2 cross-sectional studies [46, 48], assessed QOL (Table 2). An RCT found an improvement of approximately 5.5 points on a 10-point measure of life satisfaction across 3 groups of transgender men (n = 15 each) after 1 year of testosterone treatment ($P < 0.05$) [27]. A before-after trial similarly reported that life satisfaction scores almost

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 1.** Studies Reporting Effects of Gender-Affirming Hormone Therapy on Psychological Outcomes Among Transgender People

| Author, year Location Study name | Study design | Start year | Transgender population | Overall N | Age in years | Baseline HT status | Outcomes | GAS status | Risk of bias |
|---|---|---|---|---|---|---|---|---|---|
| Pelusi, 2014 [27] Italy | Randomized controlled trial[a] | NR | Men | 45 | Mean: 29.5 | No previous HT | QOL | No GAS before or during study | High |
| Gava, 2016 [28] Italy | Before-after trial | NR | Women | 40 | Mean: 3.2 (range, 19–55) | No previous HT | QOL, Depression | No GAS before or during study | Low |
| Gava, 2018 [29] Italy | Before-after trial[a] | NR | Men | 50 | Mean: 30.1 (range, 21–42) | No previous HT | QOL | 72% (n = 36) had gonadectomy during study | Serious |
| Fuss, 2015 [37] Belgium ENIGI (NCT01072825) | Prospective cohort | 2010 | Women | 20 | Mean: 33.9 (range, 17–48) | No previous HT | Anxiety | NR | Serious |
| Costantino, 2013 [32] Italy | Prospective cohort | 2001 | Men | 50 | Mean: 29.8 | No previous HT | Depression | No GAS before or during study | Serious |
| Motta, 2018 [41] Italy | Prospective cohort | 2013 | Men | 52 | Mean: 28.3 | No previous HT | Anxiety | NR | Moderate |
| Turan, 2018 [42] Turkey | Prospective cohort[b] | NR | Men | 37 | Mean: 24.6 | No previous HT | Depression, Anxiety | No GAS before or during study | Moderate |
| Metzger, 2019 [40] Switzerland, Germany | Prospective cohort[b] | 2013 | Men | 23 | Mean: 27.2 (range, 18–51) | No previous HT | Depression | No GAS before or during study | Moderate |
| Colizzi, 2014 [31] Italy | Prospective cohort | 2008 | Women and men | 107 | Mean: 29.2 | No previous HT | Depression, Anxiety | No GAS before or during study | Low |
| Manieri, 2014 [39] Italy | Prospective cohort | NR | Women and men | 83 | Mean: 32.7 (women), 30.2 (men) | No previous HT | QOL | No GAS before or during study | Moderate |
| Fisher, 2016 [36] Italy | Prospective cohort | 2012 | Women and men | 54 | Mean: 32.5 (women), 26.3 (men) | No previous HT | Depression | No GAS before or during study | Low |
| Defreyne, 2018 [33] UK | Prospective cohort | 2012 | Women and men | 155 | Median: 27 (range, 18–52) | No previous HT | Depression, Anxiety | Some had GAS during study; % and type NR | Serious |
| Asscheman, 1989 [43] Netherlands | Retrospective cohort[b,d] | 1972 | Women and men | 425 | Median: 32 (women, range, 16–67); 25.4 (men, range, 16–54) | Previous HT for at least 6 months | Death by suicide | 78% (n = 235) of transgender women had GAS during study; data NR for transgender men | Serious |

App.0504

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 1.** Continued

| Author, year Location Study name | Study design | Start year | Transgender population | Overall N | Age in years | Baseline HT status | Outcomes | GAS status | Risk of bias |
|---|---|---|---|---|---|---|---|---|---|
| Asscheman, 2011 [44] Netherlands | Retrospective cohort[b,d] | 1975 | Women and men | 1331 | Mean: 31.4 (women, range, 16–76); 26.1 (men, range, 16–57) | Previous HT for at least 1 year | Death by suicide | 87% (n = 834) of transgender women and 94% (n = 343) of transgender men had GAS during study | Serious |
| Leavitt, 1980 [47] US | Cross-sectional | 1976 | Women | 41 | Range, 18–35 | 54% (n = 22) on HT | Depression | No previous GAS | Serious |
| Wierckx, 2011 [48] Belgium | Cross-sectional[b] | 2009 | Men | 47 | Mean: 37 (range, 22–54) | 100% on HT | QOL | 100% had GAS, but not within previous year | Serious |
| Gómez-Gil, 2012 [45] Spain | Cross-sectional | NR | Women and men | 187 | Mean: 29.9 (range, 15–61) | 64% (n = 120) on HT | Depression, Anxiety | 42% (n = 79) of all participants and 64% (n = 77) of participants on HT had previous GAS | Serious |
| Gorin-Lazard, 2012 [46] France | Cross-sectional[b] | NR | Women and men | 61 | Mean: 34.7 | 72% (n = 44) on HT | QOL | No previous GAS | Serious |
| de Vries, 2011 [34] Netherlands | Prospective cohort | 2000 | Girls and boys | 70 | Mean: 14.8 (range, 11.3–18.6) | No previous HT | Depression, Anxiety | No GAS before or during study | Moderate |
| de Vries, 2014 [35] Netherlands | Prospective cohort[b,c] | 2000 | Girls and boys | 55 | Mean: 14.8 (range, 11.5–18.5) | No previous HT | Depression, Anxiety | 100% had GAS during study | Serious |
| Achille, 2020 [30] US | Prospective cohort | 2013 | Girls and boys | 50 | Mean: 16.2 | No previous HT | QOL, Depression | No GAS before or during study | Moderate |
| López de Lara, 2020 [38] Spain | Prospective cohort[b] | 2018 | Girls and boys | 23 | Mean: 16 (range, 14-18) | No previous HT | Depression, Anxiety | No GAS before or during study | Moderate |

Abbreviations: ENIGI, European Network for the Investigation of Gender Incongruence; GAS, gender-affirming surgery; HT, hormone therapy; NR, not reported; QOL, quality of life.

[a]25 participants were included in both Pelusi [27] and Gava (2018) [29]

[b]Included a cisgender control group or a comparison to general population norms

[c]All participants were also included in de Vries (2011) [34]

[d]An unknown number of participants were included in both Asscheman (1989) [43] and Asscheman (2011) [44]

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 2.** Effects of Gender-Affirming Hormone Therapy on Quality of Life Among Transgender People

| Author, year Study design | Transgender population | Treatment / comparison (n) | QOL measures | Length of treatment | Findings |
|---|---|---|---|---|---|
| Pelusi, 2014 [27] RCT[a] | Men | Testoviron depot (15) vs testosterone gel (15) vs testosterone undecanoate (15) | VAS (general life satisfaction) | 54 weeks | Mean QOL scores increased from 2.8 to 8.5 ($P < 0.05$) in the testoviron depot arm, from 3.2 to 8.9 ($P < 0.05$) in the testosterone gel arm, and from 2.6 to 8.0 ($P < 0.05$) in the testosterone undecanoate arm.[d] There was no difference across arms. |
| Gava, 2016 [28] Before-after trial | Women | Cyproterone acetate + estradiol (20) vs leuprolide acetate + estradiol (20) | VAS (general life satisfaction) SF-36 | 12 months | Mean QOL scores did not change in either arm. No comparisons across arms were reported. |
| Gava, 2018 [29] Before-after trial[a] | Men | Testosterone undecanoate (25)[c] vs testosterone enanthate (25)[c] | VAS (general satisfaction) | 5 years | Mean QOL scores increased from 4.3 ± 3.1 to 8.1 ± 1.8 ($P < 0.001$) in the testosterone undecanoate arm and from 4.3 ± 3.8 to 8.3 ± 1.7 ($P < 0.001$) in the testosterone enanthate arm. No comparisons across arms were reported. |
| Manieri, 2014 [39] Prospective cohort | Women | HT (56) | WHOQOL | 12 months | Mean QOL scores increased from 62.5 to 72.2 ($P < 0.05$).[d] |
| Manieri, 2014 [39] Prospective cohort | Men | HT (27) | WHOQOL | 12 months | Mean QOL scores did not change. |
| Wierckx, 2011 [48] Cross-sectional[b] | Men | HT (47)[c] | SF-36 | At least 3 years | Mean QOL scores on the VT and MH subscales were lower for transgender men than cisgender men (VT subscale: 62.1 ± 20.7 vs 71.9 ± 18.3, $P = 0.002$; MH subscale: 72.6 ± 19.2 vs 79.3 ± 16.4, $P = 0.020$). There were no other differences between transgender men and either cisgender men or cisgender women. |
| Gorin-Lazard, 2012 [46] Cross-sectional[b] | Women and men | HT (44) vs no HT (17) | SF-36 | Median: 20 months (range, 12–42 months) | Mean QOL scores were generally higher in the group receiving HT vs the group not receiving HT (MCS: 51.0 ± 7.7 vs 39.8 ± 12.7, $P = 0.003$; MH subscale: 76.4 ± 14.1 vs 59.1 ± 19.6, $P = 0.004$; RE subscale: 88.6 ± 22.7 vs 54.9 ± 40.7, $P = 0.001$; SF subscale: 83.2 ± 23.3 vs 69.9 ± 24.2, $P = 0.026$). There were no differences in the other subscales. |
| Achille, 2020 [30] Prospective cohort | Girls and boys | GnRH treatment + HT (47) | Q-LES-Q-SF | 12 months | Mean QOL scores did not change. |

Abbreviations: GnRH, gonadotropin-releasing hormone; HT, hormone therapy; MCS, Mental Component Summary; MH, mental health; QOL, quality of life; RCT, randomized controlled trial; RE, role functioning/emotional; SF, social functioning; SF-36, Short Form-36 Health Survey; VAS, visual analog scale; VT, vitality; WHOQOL, World Health Organization Quality of Life measure.

[a] 10 participants on testosterone enanthate and 15 participants on testosterone undecanoate were included in both Pelusi [27] and Gava (2018) [29]

[b] Included a cisgender control group or a comparison to general population norms

[c] Included participants who had undergone gender-affirming surgery/surgeries, or surgery status not reported

[d] No standard deviations reported

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

doubled among transgender men (n = 50) over 5 years [29]. A prospective study found a 16% improvement in QOL scores among transgender women (n = 56) after 1 year of treatment ($P < 0.05$) but no change among transgender men (n = 27) [39]. Another before-after trial reported no difference in SF-36 scores among 2 groups of transgender women (n = 20 each) after 1 year [28]. Among adolescents, a mixed-gender prospective cohort (n = 50) showed no difference in QOL scores after a year of endocrine interventions, which included combinations of GnRH analogues and estrogen or testosterone formulations [30]. No study found that hormone therapy decreased QOL scores. We conclude that hormone therapy may improve QOL among transgender people. The strength of evidence for this conclusion is low due to concerns about bias in study designs, imprecision in measurement because of small sample sizes, and confounding by factors such as gender-affirming surgery status.

## Depression

Twelve studies, including 1 before-after trial [28], 9 prospective cohorts [30-36, 38, 40, 42], and 2 cross-sectional studies [45, 47], assessed depression (Table 3). A prospective study found that the proportion of transgender men and transgender women (n = 107) showing symptoms of depression decreased from 42% to 22% over 12 months of treatment ($P < 0.001$) [31]. In 2 other prospective cohorts, Beck Depression Inventory (BDI-II) scores improved by more than half among both transgender men (n = 26) and transgender women (n = 28) after 24 months of therapy ($P < 0.001$) [36] and improved from 15.7 ± 12.3 to 8.1 ± 6.2 among transgender men (n = 23) after 6 months ($P < 0.001$) [40]. A fourth prospective study reported improvements of 1.05 points (95% CI: −1.87, −0.22) and 1.42 points (95% CI: −2.61, −0.24) on the 21-point Hospital Anxiety and Depression Scale (HADS) among 91 transgender women and 64 transgender men after 12 months ($P = 0.013$ and $P = 0.019$, respectively) [33]. A before-after trial, however, found no change in BDI-II scores among 2 groups of transgender women (n = 20 each) after 1 year [28]. Two prospective studies reported no difference among transgender men (n = 37) after 24 weeks [42] or among transgender men (n = 50) after 12 months [32], although in the latter study this outcome did not change from a baseline median of 0.0 (“not at all depressed”) on an unvalidated 4-point scale. Among adolescents, 2 mixed-gender prospective cohorts (n = 50 and n = 23, respectively) showed improvements in depression scores after 1 year of treatment with GnRH analogues and estrogen or testosterone formulations (both $P < 0.001$) [30, 38]. Another prospective study reported that BDI scores improved almost by half among adolescents (n = 41) after a mean of 1.88 years of treatment with GnRH analogues to delay puberty ($P = 0.004$) [34]. The overall improvement after several subsequent years of testosterone or estrogen therapy in this cohort (n = 32) was smaller, however, resulting in no significant change from baseline [35]. No study found that hormone therapy increased depression. We conclude that hormone therapy may decrease depression among transgender people. The strength of evidence for this conclusion is low due to concerns about study designs, small sample sizes, and confounding.

## Anxiety

Eight studies, including 7 prospective cohorts [31, 33-35, 37, 38, 41, 42] and 1 cross-sectional study [45], assessed anxiety (Table 4). One prospective study found that Symptom Checklist 90-Revised scores indicating a probable anxiety disorder among a mixed-gender group of adults (n = 107) improved from borderline to normal over 12 months ($P < 0.001$) [31]. Another prospective study, however, did not find a difference in HADS anxiety scores among either transgender men (n = 64) or transgender women (n = 91) after 1 year [33], and a third study reported no change in the number of transgender men (6/52, 12%) with a diagnosed anxiety disorder after 7 months [41]. Likewise, 2 other prospective studies found no difference in anxiety scores among transgender men (n = 37) after 24 weeks of treatment [42] or transgender women (n = 20) after 12 months [37], although this latter finding represented no change from a baseline median score of 0 (answering “no” to the question, “do you feel anxious?”) on an unvalidated 3-point scale. Among adolescents, 1 prospective study saw mean anxiety scores in a mixed-gender group (n = 23) improve from 33.0 ± 7.2 to 18.5 ± 8.4 after 1 year ($P < 0.001$) [38], but another reported no changes in anxiety after approximately 2 years of puberty delay treatment with GnRH analogues and 4 years of hormone therapy (n = 32) [35]. No study found that hormone therapy increased anxiety. We conclude that hormone therapy may decrease anxiety among transgender people. The strength of evidence for this conclusion is low due to concerns about study designs, small sample sizes, and confounding.

## Death by Suicide

One retrospective study reported in 2 publications assessed death by suicide (Table 5) [43, 44]. The first publication reported that 3 transgender women in the Amsterdam gender dysphoria study cohort (n = 303) died by suicide between 1972 and 1986 [43]. The authors calculated the number of suicide deaths expected in an age-matched stratum of

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

**Table 3.** Effects of Gender-Affirming Hormone Therapy on Depression Among Transgender People

| Author, year Study design | Transgender population | Treatment / comparison (n) | Depression measures | Length of treatment | Findings |
|---|---|---|---|---|---|
| Gava, 2016 [28] Before-after trial | Women | Cyproterone acetate + estradiol (20) vs Leuprolide acetate + estradiol (20) | BDI-II | 12 months | Mean depression scores did not change in either arm. No comparisons across arms were reported. |
| Fisher, 2016 [37] Prospective cohort | Women | HT (28) | BDI-II | 24 months | Mean depression score decreased from 10.12 to 4.58 ($P < 0.001$).[d, e] |
| Defreyne, 2018 [33] Prospective cohort | Women | HT (91)[c] | HADS (depression subscale) | 1 year | Median depression score decreased by 1.05 (95% CI: −1.87, −0.22) on a 21-point scale ($P = 0.013$). |
| Costantino, 2013 [32] Prospective cohort | Men | HT (50) | Ad hoc questionnaire | 12 months | Depression score did not change from a median of 0.0 at baseline (IQR: 0.0, 1.0). |
| Fisher, 2016 [36] Prospective cohort | Men | HT (26) | BDI-II | 24 months | Mean depression score decreased from 9.31 to 4.25 ($P < 0.001$).[d, e] |
| Defreyne, 2018 [33] Prospective cohort | Men | HT (64)[c] | HADS (depression subscale) | 1 year | Median depression score decreased by 1.42 (95% CI: −2.61, −0.24) on a 21-point scale ($P = 0.019$). |
| Turan, 2018 [42] Prospective cohort[b] | Men | HT (37) | SCL-90-R (depression subscale) | 24 weeks | Mean depression score did not change. |
| Metzger, 2019 [40] Prospective cohort[b] | Men | HT (23) | BDI-II | 6 months | Mean depression score decreased from 15.7 ± 12.3 to 8.1 ± 6.2 ($P < 0.001$). |
| Colizzi, 2014 [31] Prospective cohort | Women and men | HT (107) | Zung SDS SCL-90-R (depression subscale) | 12 months | Mean Zung SDS score improved from 48.40 ± 10.5 to 39.98 ± 10.79 ($P < 0.001$), and the proportion with Zung SDS scores indicating mild, moderate, or severe depression (vs no depression) decreased from 42% to 22% ($\chi^2 = 19.05$, $P < 0.001$). Mean SCL-90-R score decreased from 0.83 ± 0.74 to 0.51 ± 0.49 ($P < 0.001$), which represents an improvement from possible borderline depression to no depression. |
| Leavitt, 1980 [47] Cross-sectional | Women | HT (22) vs No HT (19) | MMPI (depression subscale) | At least 12 months | Mean depression score was lower in the group receiving HT vs the group not receiving HT (53.1 ± 14.7 vs 65.7 ± 11.2, $P = 0.004$). |

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 3.** Continued

| Author, year Study design | Transgender population | Treatment / comparison (n) | Depression measures | Length of treatment | Findings |
|---|---|---|---|---|---|
| Gómez-Gil, 2012 [45] Cross-sectional | Women and men | HT (120)[c] vs No HT (67)[c] | HADS (depression subscale) | Mean: 11.0 years (women, range, 1–46 years); 4.7 years (men, range, 1–22 years) | Mean depression score was lower in the group receiving HT vs the group not receiving HT (3.3 ± 3.2 vs 5.2 ± 4.2, $P = 0.002$).[f] The proportion with scores indicating depression (vs no depression) was larger in the group not receiving HT (31% vs 8%, $\chi^2 = 16.46$, $P = 0.001$).[f] |
| de Vries, 2011 [34] Prospective cohort | Girls and boys | GnRH treatment (41) | BDI | 1.88 years | Mean depression score decreased from 8.31 ± 7.12 to 4.95 ± 6.72 ($P = 0.004$). |
| de Vries, 2014 [35] Prospective cohort[a,b] | Girls and boys | GnRH treatment + HT (32)[c] | BDI | 5.9 years | Mean depression score did not change. |
| Achille, 2020 [30] Prospective cohort | Girls and boys | GnRH treatment + HT (47) | CESD-R, PHQ-9 (modified for adolescents) | 12 months | Mean CESD-R score decreased from 21.4 to 13.9 ($P < 0.001$);[d] a score of <16 indicates no clinical depression. Mean PHQ-9 score decreased from 9.0 to 5.4 ($P < 0.001$).[d] |
| López de Lara, 2020 [38] Prospective cohort[b] | Girls and boys | GnRH treatment + HT (23) | BDI-II | 1 year | Mean depression score decreased from 19.3 ± 5.5 to 9.7 ± 3.9 ($P < 0.001$). |

Abbreviations: BDI/BDI-II, Beck Depression Inventory; GAS, gender-affirming surgery; GnRH, gonadotropin-releasing hormone; HADS, Hospital Anxiety and Depression Scale; HT, hormone therapy; IQR, interquartile range; MMPI, Minnesota Multiphasic Personality Inventory; NA, not applicable; SCL-90-R, Symptom Checklist 90-Revised; Zung SDS, Zung Self-Rating Depression Scale.

[a] All participants were also included in de Vries (2011) [34]

[b] Included a cisgender control group or a comparison to general population norms

[c] Included participants who had undergone gender-affirming surgery/surgeries, or surgery status not reported

[d] No standard deviations reported

[e] Adjusted for age, gender role, and surgery status

[f] Adjusted for age, gender, and education level

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 4.** Effects of Gender-Affirming Hormone Therapy on Anxiety Among Transgender People

| Author, year | Transgender population | Treatment / comparison (n) | Anxiety measures | Length of treatment | Findings |
|---|---|---|---|---|---|
| Fuss, 2015 [37] Prospective cohort | Women | HT (20)[c] | Ad hoc questionnaire | 12 months | Anxiety score did not change from a median of 0.0 at baseline. |
| Defreyne, 2018 [33] Prospective cohort | Women | HT (91)[c] | HADS (anxiety subscale) | 1 year | Median anxiety score did not change. |
| Defreyne, 2018 [33] Prospective cohort | Men | HT (64)[c] | HADS (anxiety subscale) | 1 year | Median anxiety score did not change. |
| Motta, 2018 [41] Prospective cohort | Men | HT (46)[c] | DSM | 7 months | Proportion diagnosed with an anxiety disorder (6/46, 12%) did not change. |
| Turan, 2018 [42] Prospective cohort[b] | Men | HT (37) | SCL-90-R (anxiety subscale) | 24 weeks | Mean anxiety score did not change. |
| Colizzi, 2014 [31] Prospective cohort | Women and men | HT (107) | SCL-90-R (anxiety subscale) Zung SAS | 12 months | Mean SCL-90-R score decreased from 1.05 ± 0.95 to 0.54 ± 0.56 ($P < 0.001$), which represents an improvement from borderline anxiety disorder to no anxiety disorder. Mean Zung SAS score improved from 44.91 ± 9.59 to 37.90 ± 8.97 ($P < 0.001$), and the proportion with Zung SAS scores indicating mild, moderate, or severe anxiety (vs no anxiety) decreased from 50% to 17% ($\chi^2 = 33.03$, $P < 0.001$). |
| Gómez-Gil, 2012 [45] Cross-sectional | Women and men | HT (120)[c] vs No HT (67)[c] | HADS (anxiety subscale) SADS | Mean: 11.0 years (women, range, 1-46 years); 4.7 years (men, range, 1-22 years) | Mean HADS and SADS scores were lower in the group receiving HT vs the group not receiving HT (6.4 ± 3.7 vs 9.0 ± 4.0, $P = 0.001$; 8.5 ± 7.8 vs 11.0 ± 7.3, $P = 0.038$, respectively).[d] The proportion with scores indicating anxiety (vs no anxiety) was higher in the group not receiving HT ($\chi^2 = 14.46$, $P < 0.001$).[d] |
| de Vries, 2011 [34] Prospective cohort | Girls and boys | GnRH treatment (41) | STAI (trait subscale) | 1.88 years | Mean anxiety score did not change. |
| de Vries, 2014 [35] Prospective cohort[a,b] | Girls and boys | GnRH treatment + HT (32)[c] | STAI (trait subscale) | 5.9 years | Mean anxiety score did not change. |
| López de Lara, 2020 [38] Prospective cohort[b] | Girls and boys | GnRH treatment + HT (23) | STAI (trait subscale) | 1 year | Mean anxiety score decreased from 33.0 ± 7.2 to 18.5 ± 8.4 ($P < 0.001$). |

Abbreviations: BAI, Beck Anxiety Inventory; DSM, Diagnostic and Statistical Manual of Mental Disorders; GAS, gender-affirming surgery; GnRH, gonadotropin-releasing hormone; HADS, Hospital Anxiety and Depression Scale; HT, hormone therapy; IQR, interquartile range; SADS, Social Avoidance and Distress Scale; SCL-90-R, Symptom Checklist 90-Revised; STAI, State-Trait Anxiety Inventory; Zung SAS, Zung Self-Rating Anxiety Scale.

[a]All participants were also included in de Vries (2011) [34]

[b]Included a cisgender control group or a comparison to general population norms

[c]Included participants who have undergone gender-affirming surgery/surgeries, or surgery status not reported

[d]Adjusted for age, gender, and education level

the general male Dutch population over this period to be 0.208. No data were reported for transgender men (n = 122). An update to this study reported 17 deaths by suicide among transgender women (n = 966) and 1 among transgender men (n = 365) between 1975 and 2007 [44]. The age- and sex-stratified standardized mortality ratios were 5.70 (95% CI: 4.93, 6.54) and 2.22 (95% CI: 0.53, 6.18), respectively. The risk of bias for this study was serious due to the difficulty of identifying appropriate comparison groups and uncontrolled confounding by surgery

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 5.** Effects of Gender-Affirming Hormone Therapy on Death by Suicide Among Transgender People

| Author, year | Transgender population | Treatment / comparison (n) | Measures | Length of treatment | Findings |
|---|---|---|---|---|---|
| Asscheman, 1989 [43] Retrospective cohort[a,b] | Women | HT (303)[c] | Death by suicide (confirmed by autopsy report) | Median: 4.4 years (range, 6 months to 13 years) | 3 transgender women (1%) died by suicide between 1972 and 1986. The adjusted number of suicide deaths expected among the general Dutch male population was 0.208. |
| Asscheman, 2011 [44] Retrospective cohort[a,b] | Women | HT (966)[c] | Death by suicide (confirmed by medical report or physician information) | Median: 18.6 years (range, 0.7–44.5 years) | 17 transgender women (2%) died by suicide between 1975 and 2007. The age-stratified SMR compared to the general Dutch male population was 5.70 (95% CI: 4.93, 6.54). |
| Asscheman, 1989 [43] Retrospective cohort[a,b] | Men | HT (122)[c] | Death by suicide (confirmation procedure NR) | Median: 3.6 years (range, 6 months to 13 years) | No deaths by suicide among transgender men were reported during the study period. |
| Asscheman, 2011 [44] Retrospective cohort[a,b] | Men | HT (365)[c] | Death by suicide (confirmed by medical report or physician information) | Median: 18.4 years (range, 4.7–42.6 years) | 1 transgender man (0.3%) died by suicide between 1975 and 2007. The age-stratified SMR compared to the general Dutch female population was 2.22 (95% CI: 0.53, 6.18). |

Abbreviations: HT, hormone therapy; NR, not reported; SMR, standardized mortality ratio.
[a]An unknown number of participants were included in both Asscheman (1989) [43] and Asscheman (2011) [44]
[b]Included a cisgender control group or a comparison to general population norms
[c]Includes participants who had undergone gender-affirming surgery/surgeries, or surgery status not reported

status and socioeconomic variables such as unemployment. We cannot draw any conclusions on the basis of this single study about whether hormone therapy affects death by suicide among transgender people.

## Discussion

This systematic review of 20 studies found evidence that gender-affirming hormone therapy may be associated with improvements in QOL scores and decreases in depression and anxiety symptoms among transgender people. Associations were similar across gender identity and age. The strength of evidence for these conclusions is low due to methodological limitations (Table 6). It was impossible to draw conclusions about the effects of hormone therapy on death by suicide.

Uncontrolled confounding was a major limitation in this literature. Many studies simultaneously assessed different types of gender-affirming care and did not control for gender-affirming surgery status, making it difficult to isolate the effects of hormone therapy. Others failed to report complete information about surgery status. Additional factors that may influence both access to care and psychological outcomes, including extent of social or legal gender affirmation and exposure to determinants of health such as discrimination, were typically not considered. In addition, some evidence indicates that cyproterone acetate, a common anti-androgen assessed in many studies alongside estrogen therapy, may increase depression, which may be a source of confounding [49].

Another source of potential bias was recruitment of participants from specialized clinics that impose strict diagnostic criteria as a prerequisite for gender-affirming care. The dual role of clinicians and researchers as both gatekeepers and investigators may force transgender study participants to over- or understate aspects of their mental health in order to access gender-affirming care [8]. Similarly, transgender clinic patients may feel that they cannot opt out of research-related activities, which is a serious concern for the validity of psychological outcome measurements.

Clinic-based recruitment also overlooks transgender people who cannot access these clinics for financial or other reasons and misses those whose need for gender affirmation does not fit into current medical models. This is a particular concern for nonbinary and other gender-diverse people, for whom a model of gender affirmation as a linear transition from one binary gender to another is inaccurate [50].

Most studies used well-known scales for measuring psychological outcomes. None of these scales, however, have been specifically validated for use in transgender populations [51]. Furthermore, many scales are normed

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

**Table 6.** Strength of Evidence of Studies that Evaluate the Psychological Effects of Hormone Therapy Among Transgender People

| Outcome | Number of studies (n) | Strength of evidence | Summary[a] |
|---|---|---|---|
| Quality of life | 1 randomized controlled trial [27] (45)[b]<br>2 before-after trials [28, 29] (65)[b]<br>2 prospective cohorts [30, 39] (133)<br>2 cross-sectional studies [46, 48] (108) | Low[e] | Hormone therapy may improve quality of life among transgender people.[g] |
| Depression | 1 before-after trial [28] (40)<br>9 prospective cohorts [30-36, 38, 40, 42] (569)[c]<br>2 cross-sectional [45, 47] (228) | Low[e] | Hormone therapy may alleviate depression among transgender people.[g] |
| Anxiety | 7 prospective cohorts [31, 33-35, 37, 38, 41, 42] (464)[c]<br>1 cross-sectional [45] (187) | Low[e] | Hormone therapy may alleviate anxiety among transgender people.[g] |
| Death by suicide | 1 retrospective cohort [43, 44] (1756)[d] | Insufficient[f] | There is insufficient evidence to draw a conclusion about the effect of hormone therapy on death by suicide among transgender people. |

[a]Due to similarity of findings, the summary is the same for transgender men and transgender women and for adolescents and adults
[b]25 participants are included in both Pelusi [27] and Gava (2018) [29] and are counted once
[c]All 55 participants in de Vries (2014) [35] were also included among the 70 participants in de Vries (2011) [34] and are counted once
[d]An unknown number of participants were included in both Asscheman (1989) [43] and Asscheman (2011), [44] so the unique sample size is smaller than indicated here
[e]Evidence downgraded due to study limitations, including uncontrolled confounding, and imprecision because of small sample sizes
[f]Evidence downgraded due to study limitations, including confounding and a lack of meaningful comparison groups, and imprecision in measurement of a rare event
[g]The body of cross-sectional evidence tended to align with the conclusion

separately for (presumed cisgender) men and women [52]. Inconsistency in identification of appropriate general population norms hinders comparisons between transgender and cisgender groups, which is a major related research question that requires further investigation.

Beyond methodological concerns in the studies we assessed, our review has other limitations. First, it is likely subject to publication bias, as we may have missed studies not published in the peer-reviewed literature. Second, a number of potentially relevant studies could not be included because the authors did not report on a minimum of 3 months of treatment or did not clearly state the type and/or duration of therapy, including the range for cross-sectional studies [53-65]. Finally, even where outcome measurements were similar across studies, heterogeneity in study designs, study populations, intervention characteristics, and reporting of results (ie, some studies reported results separately by gender identity, while others did not), prevented us from quantitatively pooling results.

More research is needed to further explore the relationship between gender-affirming hormone therapy and QOL, death by suicide, and other psychological outcomes, especially among adolescents. Future studies should investigate these outcomes in larger groups of diverse participants recruited outside clinical settings. Studies assessing the relationship between gender-affirming hormone therapy and mental health outcomes in transgender populations should be prospective or use strong quasi-experimental designs; consistently report type, dose, and duration of hormone therapy; adjust for possible confounding by gender-affirming surgery status; control for other variables that may independently influence psychological outcomes; and report results separately by gender identity. Despite the limitations of the available evidence, however, our review indicates that gender-affirming hormone therapy is likely associated with improvements in QOL, depression, and anxiety. No studies showed that hormone therapy harms mental health or quality of life among transgender people. These benefits make hormone therapy an essential component of care that promotes the health and well-being of transgender people.

## Acknowledgments

***Financial Support:*** This review was partly funded by the World Professional Association for Transgender Health.

***Author Contributions:*** R.S. developed and implemented the search strategy with input from K.B., L.W., and K.R. K.B., L.W., R.S., V.D., K.M., and K.R. screened and assessed studies, extracted data, and graded strength of evidence. K.B. wrote the report, which was reviewed by all co-authors.

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

## Additional Information

*Correspondence:* Kellan E. Baker, MPH, MA, Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, 624 North Broadway, Baltimore, MD 21205, USA. Email: kbaker39@jhu.edu.

*Disclosure Summary:* This review was partially funded by the World Professional Association for Transgender Health (WPATH). The authors of this manuscript are responsible for its content. Statements in the manuscript do not necessarily reflect the official views of or imply endorsement by WPATH.

*Data Availability:* Some or all data generated or analyzed during this study are included in this published article or in the data repository listed in the References.

## References

1. Collin L, Reisner SL, Tangpricha V, Goodman M. Prevalence of transgender depends on the "case" definition: a systematic review. *J Sex Med*. 2016;**13**(4):613-626.
2. Goodman M, Adams N, Corneil T, Kreukels B, Motmans J, Coleman E. Size and distribution of transgender and gender nonconforming populations: a narrative review. *Endocrinol Metab Clin North Am*. 2019;**48**(2):303-321.
3. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism*. 2012;**13**(4):165-232.
4. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. 2017;**102**(11):3869-3903.
5. James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. *The Report of the 2015 U.S. Transgender Survey*. National Center for Transgender Equality; 2016.
6. Deutsch MB, ed. Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people. 2016. Accessed December 19, 2020. https://transcare.ucsf.edu/guidelines
7. Wylie K, Knudson G, Khan SI, Bonierbale M, Watanyusakul S, Baral S. Serving transgender people: clinical care considerations and service delivery models in transgender health. *Lancet*. 2016;**388**(10042):401-411.
8. Schulz SL. The informed consent model of transgender care: an alternative to the diagnosis of gender dysphoria. *J Humanist Psychol*. 2018;**58**(1):72-92.
9. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 5th ed. American Psychiatric Association; 2013.
10. Robles R, Fresán A, Vega-Ramírez H, et al. Removing transgender identity from the classification of mental disorders: a Mexican field study for ICD-11. *Lancet Psychiatry*. 2016;**3**(9):850-859.
11. Arístegui I, Radusky PD, Zalazar V, Romero M, Schwartz J, Sued O. Impact of the Gender Identity Law in Argentinean transgender women. *Int J Transgenderism*. 2017;**18**(4):446-456.
12. Murad MH, Elamin MB, Garcia MZ, et al. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clin Endocrinol (Oxf)*. 2010;**72**(2):214-231.
13. White Hughto JM, Reisner SL. A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgend Health*. 2016;**1**(1):21-31.
14. Costa R, Colizzi M. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. *Neuropsychiatr Dis Treat*. 2016;**12**:1953-1966.
15. Nobili A, Glazebrook C, Arcelus J. Quality of life of treatment-seeking transgender adults: a systematic review and meta-analysis. *Rev Endocr Metab Disord*. 2018;**19**(3):199-220.
16. Rowniak S, Bolt L, Sharifi C. Effect of cross-sex hormones on the quality of life, depression and anxiety of transgender individuals: a quantitative systematic review. *JBI Database System Rev Implement Rep*. 2019;**17**(9):1826-1854.
17. Mahfouda S, Moore JK, Siafarikas A, et al. Gender-affirming hormones and surgery in transgender children and adolescents. *Lancet Diabetes Endocrinol*. 2019;**7**(6):484-498.
18. Sharma R, Robinson K, Wilson L, Baker KE. Effects of hormone therapy in transgender people. Accessed December 19, 2020. https://www.crd.york.ac.uk/prospero/display_record.php?RecordID=115379
19. Moher D, Liberati A, Tetzlaff J, Altman DG; PRISMA Group. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *BMJ*. 2009;**339**:b2535.
20. Baker KE, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. Data associated with the publication: Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *Johns Hopkins Univ Data Arch*. **V1**. doi: 10.7281/T1/E70MXR.
21. *Evidence Partners*. DistillerSR [software]; 2020.
22. Ware JE Jr, Kosinski M, Bayliss MS, McHorney CA, Rogers WH, Raczek A. Comparison of methods for the scoring and statistical analysis of SF-36 health profile and summary measures: summary of results from the Medical Outcomes Study. *Med Care*. 1995;**33**(4 Suppl):AS264-AS279.
23. Rohatgi A. WebPlotDigitizer: an HTML5-based online tool for to extract numerical data from plot images. 2020. https://automeris.io/WebPlotDigitizer/index.html
24. Sterne JAC, Savović J, Page MJ, et al. RoB 2: a revised tool for assessing risk of bias in randomised trials. *BMJ*. 2019;**366**:l4898.
25. Sterne JA, Hernán MA, Reeves BC, et al. ROBINS-I: a tool for assessing risk of bias in non-randomised studies of interventions. *BMJ*. 2016;**355**:i4919.
26. Berkman ND, Lohr KN, Ansari MT, et al. Grading the strength of a body of evidence when assessing health care interventions: an EPC update. *J Clin Epidemiol*. 2015;**68**(11):1312-1324.
27. Pelusi C, Costantino A, Martelli V, et al. Effects of three different testosterone formulations in female-to-male transsexual persons. *J Sex Med*. 2014;**11**(12):3002-3011.
28. Gava G, Cerpolini S, Martelli V, Battista G, Seracchioli R, Meriggiola MC. Cyproterone acetate vs leuprolide acetate in combination with transdermal oestradiol in transwomen: a comparison of safety and effectiveness. *Clin Endocrinol (Oxf)*. 2016;**85**(2):239-246.
29. Gava G, Mancini I, Cerpolini S, Baldassarre M, Seracchioli R, Meriggiola MC. Testosterone undecanoate and testosterone

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

enanthate injections are both effective and safe in transmen over 5 years of administration. *Clin Endocrinol (Oxf)*. 2018;**89**(6):878-886.
30. Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol*. 2020;**2020**:8.
31. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*. 2014;**39**:65-73.
32. Costantino A, Cerpolini S, Alvisi S, Morselli PG, Venturoli S, Meriggiola MC. A prospective study on sexual function and mood in female-to-male transsexuals during testosterone administration and after sex reassignment surgery. *J Sex Marital Ther*. 2013;**39**(4):321-335.
33. Defreyne J, T'Sjoen G, Bouman WP, Brewin N, Arcelus J. Prospective evaluation of self-reported aggression in transgender persons. *J Sex Med*. 2018;**15**(5):768-776.
34. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;**8**(8):2276-2283.
35. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;**134**(4):696-704.
36. Fisher AD, Castellini G, Ristori J, et al. Cross-sex hormone treatment and psychobiological changes in transsexual persons: two-year follow-up data. *J Clin Endocrinol Metab*. 2016;**101**(11):4260-4269.
37. Fuss J, Hellweg R, Van Caenegem E, et al. Cross-sex hormone treatment in male-to-female transsexual persons reduces serum brain-derived neurotrophic factor (BDNF). *Eur Neuropsychopharmacol*. 2015;**25**(1):95-99.
38. López de Lara D, Pérez Rodríguez O, Cuellar Flores I, et al. Evaluación psicosocial en adolescentes transgénero. *An Pediatría*. 2020;**93**(1):41-48.
39. Manieri C, Castellano E, Crespi C, et al. Medical treatment of subjects with gender identity disorder: the experience in an Italian Public Health Center. *Int J Transgenderism*. 2014;**15**(2):53-65.
40. Metzger NY, Boettger S. The effect of testosterone therapy on personality traits of trans men: a controlled prospective study in Germany and Switzerland. *Psychiatry Res*. 2019;**276**:31-38.
41. Motta G, Crespi C, Mineccia V, Brustio PR, Manieri C, Lanfranco F. Does testosterone treatment increase anger expression in a population of transgender men? *J Sex Med*. 2018;**15**(1):94-101.
42. Turan Ş, Aksoy Poyraz C, Usta Sağlam NG, et al. Alterations in body uneasiness, eating attitudes, and psychopathology before and after cross-sex hormonal treatment in patients with female-to-male gender dysphoria. *Arch Sex Behav*. 2018;**47**(8):2349-2361.
43. Asscheman H, Gooren LJ, Eklund PL. Mortality and morbidity in transsexual patients with cross-gender hormone treatment. *Metabolism*. 1989;**38**(9):869-873.
44. Asscheman H, Giltay EJ, Megens JA, de Ronde WP, van Trotsenburg MA, Gooren LJ. A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. *Eur J Endocrinol*. 2011;**164**(4):635-642.
45. Gómez-Gil E, Zubiaurre-Elorza L, Esteva I, et al. Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology*. 2012;**37**(5):662-670.
46. Gorin-Lazard A, Baumstarck K, Boyer L, et al. Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *J Sex Med*. 2012;**9**(2):531-541.
47. Leavitt F, Berger JC, Hoeppner JA, Northrop G. Presurgical adjustment in male transsexuals with and without hormonal treatment. *J Nerv Ment Dis*. 1980;**168**(11):693-697.
48. Wierckx K, Van Caenegem E, Elaut E, et al. Quality of life and sexual health after sex reassignment surgery in transsexual men. *J Sex Med*. 2011;**8**(12):3379-3388.
49. Heinemann LA, Will-Shahab L, van Kesteren P, Gooren LJ; Collaborating Centers. Safety of cyproterone acetate: report of active surveillance. *Pharmacoepidemiol Drug Saf*. 1997;**6**(3):169-178.
50. Reisner SL, Hughto JMW. Comparing the health of non-binary and binary transgender adults in a statewide non-probability sample. *Plos One*. 2019;**14**(8):e0221583.
51. Thompson HM, Reisner SL, VanKim N, Raymond HF. Quality-of-life measurement: assessing the WHOQOL-BREF scale in a sample of high-HIV-risk transgender women in San Francisco, California. *Int J Transgend*. 2015;**16**(1):36-48.
52. Webb A, Heyne G, Holmes J, Peta J. Assessment norms for gender and implications for transgender, nonbinary populations. *Division 44 Newsletter*. 2016. Accessed June 9, 2020. https://www.apadivisions.org/division-44/publications/newsletters/division/2016/04/nonbinary-populations
53. Heylens G, Verroken C, De Cock S, T'Sjoen G, De Cuypere G. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *J Sex Med*. 2014;**11**(1):119-126.
54. Gorin-Lazard A, Baumstarck K, Boyer L, et al. Hormonal therapy is associated with better self-esteem, mood, and quality of life in transsexuals. *J Nerv Ment Dis*. 2013;**201**(11):996-1000.
55. Gómez-Gil E, Vidal-Hagemeijer A, Salamero M. MMPI-2 characteristics of transsexuals requesting sex reassignment: comparison of patients in prehormonal and presurgical phases. *J Pers Assess*. 2008;**90**(4):368-374.
56. Oda H, Kinoshita T. Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. *BMC Psychiatry*. 2017;**17**(1):256.
57. Elaut E, De Cuypere G, De Sutter P, et al. Hypoactive sexual desire in transsexual women: prevalence and association with testosterone levels. *Eur J Endocrinol*. 2008;**158**(3):393-399.
58. Warmuz-Stangierska I, Stangierski A, Ziemnicka K, et al. Emotional functions in transsexuals after the first step in physical transformation. *Endokrynol Pol*. 2015;**66**(1):47-52.
59. Colton Meier SL, Fitzgerald KM, Pardo ST, Babcock J. The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *J Gay Lesbian Ment Health*. 2011;**15**(3):281-299.

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

60. Davis SA, Colton Meier S. Effects of testosterone treatment and chest reconstruction surgery on mental health and sexuality in female-to-male transgender people. *Int J Sex Health*. 2014;**26**(2):113-128.
61. Keo-Meier CL, Herman LI, Reisner SL, Pardo ST, Sharp C, Babcock JC. Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. *J Consult Clin Psychol*. 2015;**83**(1):143-156.
62. Newfield E, Hart S, Dibble S, Kohler L. Female-to-male transgender quality of life. *Qual Life Res*. 2006;**15**(9):1447-1457.
63. Gooren LJ, Sungkaew T, Giltay EJ, Guadamuz TE. Cross-sex hormone use, functional health and mental well-being among transgender men (Toms) and Transgender Women (Kathoeys) in Thailand. *Cult Health Sex*. 2015;**17**(1):92-103.
64. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ. Mortality and morbidity in transsexual subjects treated with cross-sex hormones. *Clin Endocrinol (Oxf)*. 1997;**47**(3):337-342.
65. Wiepjes CM, den Heijer M, Bremmer MA, et al. Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972-2017). *Acta Psychiatr Scand*. 2020;**141**(6):486-491.

Downloaded from https://academic.oup.com/jes/article/5/4/bvab011/6126016 by guest on 31 March 2023

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/333516085

# Debate: Different strokes for different folks

**Article** *in* Child and Adolescent Mental Health · May 2019

DOI: 10.1111/camh.12330

CITATIONS
6

READS
1,059

**1 author:**

Kenneth J. Zucker
University of Toronto

282 PUBLICATIONS 14,078 CITATIONS

SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

Project DSM-5 Workgroup on Sexual and Gender Identity Disorders, 2008-2013 View project

Project World Professional Association for Transgender Health View project

All content following this page was uploaded by Kenneth J. Zucker on 03 June 2019.

The user has requested enhancement of the downloaded file.



*Child and Adolescent Mental Health* Volume **, No. *, 2019, pp. **–** doi:10.1111/camh.12330

# Debate: Different strokes for different folks

**Kenneth J. Zucker**

*Department of Psychiatry, University of Toronto, Toronto, ON, Canada*

A gender social transition in prepubertal children is a form of psychosocial treatment that aims to reduce gender dysphoria, but with the likely consequence of subsequent (lifelong) biomedical treatments as well (gender-affirming hormonal treatment and surgery). Gender social transition of prepubertal children will increase dramatically the rate of gender dysphoria persistence when compared to follow-up studies of children with gender dysphoria who did not receive this type of psychosocial intervention and, oddly enough, might be characterized as iatrogenic. Parents who bring their children for clinical care hold different philosophical views on what is the best way to help reduce the gender dysphoria, which require both respect and understanding.

**Keywords:** Gender identity; gender dysphoria; psychosocial treatment

The proverbial saying 'Different strokes for different folks' (The Oxford Dictionary of Phrase and Fable, 2006) reflects well the contemporary clinical debate on best-practice therapeutics for children with gender dysphoria. It reflects not only the variation in the philosophical and theoretical perspectives of front-line clinicians, but also variation in the philosophical belief systems of parents who bring their children to mental health professionals for clinical advice and care.

For prepubertal children with gender dysphoria, I would argue that there are three main approaches to therapeutics, which I list here in chronological/historical order: (a) active psychosocial treatment to reduce gender dysphoria so that the child's eventual gender identity is more congruent with her or his biological sex (thus obviating the necessity for what some now call 'gender-affirming' hormonal and surgical treatment); (b) 'wait-and-see' or 'watchful waiting', which makes the assumption that it is difficult to predict what the long-term outcome will be and so, well, the clinician should not recommend very much one way or the other; and (c) gender social transition, in which the child's 'social' gender identity is shifted from the gender assigned at birth to the putative desired gender (e.g., change in name, change in pronoun usage, and change in other phenotypic social attributes, such as hair-style and clothing-style that mark one's gender to significant others). Dreger (2009) characterized the first approach the 'therapeutic' model and the third approach the 'accommodation' model.

These rather marked variations in the type of psychosocial treatment considered to be in the best interest of the child reflect deep structure variations in theoretical perspectives on the nature and nurture of psychosexual differentiation (see the edited volume by Drescher & Byne, 2012). On the one hand, the first approach assumes that, for young children with gender dysphoria, gender identity is not fixed or 'locked in' at an early age and that there is a much greater degree of malleability and plasticity than might be the case for both adolescents and adults with gender dysphoria. On the other hand, the third approach assumes that gender identity is fixed and locked in at a very early age because of underlying biological mechanisms. One of the most well-known children with gender dysphoria, 'Jazz Jennings', has promulgated this view in her book, written for children, 'I Am Jazz' (Herthel & Jennings, 2014) where Jazz writes 'I have a girl brain but a boy body....I was born this way!'

As noted in several guideline reviews on clinical practice for the treatment of children with gender dysphoria (AACAP Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents, 2012; American Psychological Association, 2015; Byne et al., 2012), the field suffers from a vexing problem: There are no randomized controlled trials (RCT) of different treatment approaches, so the front-line clinician has to rely on lower-order levels of evidence in deciding on what the optimal approach to treatment might be. One quote is sufficient to document this point: 'Different clinical approaches have been advocated for childhood gender discordance.... There have been no randomized controlled trials of any treatment....the proposed benefits of treatment to eliminate gender discordance...must be carefully weighed against... possible deleterious effects' (AACAP Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents, 2012, pp. 968–969). Given the cautious conclusions that these types of reviews have reached, it is of interest how, in recent years, so many clinicians have embraced the treatment approach that recommends an early gender social transition. Chen, Edwards-Leeper, Stancin, and Tishelman (2018) observed that 'Over the last decade, we have seen a sea change in approach to pediatric transgender care, with the gender affirmative model now widely adopted as preferred practice' (p. 74).

In my view, there are reasons to be skeptical about the merit in recommending an early gender social transition as a first-line treatment. One should recognize that if one peruses carefully the follow-up studies of young children with gender dysphoria (or traits of gender dysphoria), the majority of such children do not have gender

© 2019 Association for Child and Adolescent Mental Health
Published by John Wiley & Sons Ltd, 9600 Garsington Road, Oxford OX4 2DQ, UK and 350 Main St, Malden, MA 02148, USA

Case: 23-2366 Document: 39-2 Filed: 08/31/2023 Pages: 224

dysphoria when followed up in adolescence or adulthood (Zucker, 2018). In these studies, one can say with reasonable confidence that when these children had treatment (and not all did), the one type of treatment they did not receive was in the form of a prepubertal gender social transition. As I argued elsewhere (Zucker, 2018), if one conceptualizes gender social transition as a type of psychosocial treatment, it should come as no surprise that the rate of gender dysphoria persistence will be much higher as these children are followed into their adolescence and young adulthood (see Rae et al., 2019). If this is, in fact, the case, one might ask why would one recommend a first-line treatment that is, in effect, iatrogenic.

Even if there was a team of researchers motivated to design an RCT, the implementation of such a study would be formidable. For example, some parents would decline to place their child into a psychosocial treatment arm that would attempt to reduce the child's gender dysphoria so as to be more congruent with the gender assigned at birth; other parents would decline to place their child into a psychosocial treatment arm that would attempt to reduce the child's gender dysphoria by 'affirming' their felt gender vis-a-vis a social transition. Perhaps parents who prefer one of these two approaches would agree to 'wait-and-see' at least for a while, before deciding on a more intensive therapeutic approach. This variation in parental preferences reflects, as noted earlier, differences in underlying theoretical and philosophical perspectives which need to be respected. As the field moves forward and more follow-up data become available, we will learn more about the developmental course of gender dysphoria in particular and well-being and mental health in general.

## Acknowledgements

The author has declared that he has no competing or potential conflict of interest.

## Ethical information

No ethical approval was required for this article.

## Correspondence

Kenneth J. Zucker, Department of Psychiatry, University of Toronto, Toronto, ON M5T 1R8, Canada; Email: ken.zucker@utoronto.ca

## References

American Academy of Child and Adolescent Psychiatry. (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry*, *51*, 957–974.

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, *70*, 832–864.

Byne, W., Bradley, S.J., Coleman, E., Eyler, A.E., Green, R., Menvielle, E.J., ... & Tompkins, D.A. (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. *Archives of Sexual Behavior*, *41*, 759–796.

Chen, D., Edwards-Leeper, L., Stancin, T., & Tishelman, A. (2018). Advancing the practice of pediatric psychology with transgender youth: State of the science, ongoing controversies, and future directions. *Clinical Practice in Pediatric Psychology*, *6*, 73–83.

Dreger, A. (2009). Gender identity disorder in childhood: Inconclusive advice to parents. *Hastings Center Report*, *39*, 26–29.

Drescher, J., & Byne, W. (2012). Introduction to the Special Issue on "The Treatment of Gender Dysphoria/Gender Variant Children and Adolescents". *Journal of Homosexuality*, *59*, 295–300.

Herthel, J., & Jennings, J. (2014). *I am Jazz*. New York: Penguin Group.

Rae, J.R., Gulgoz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K.R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, https://doi.org/10.1177/0956797619830649.

The Oxford Dictionary of Phrase and Fable. (2006). Oxford: Oxford University Press.

Zucker, K.J. (2018). The myth of persistence: Response to "A Critical Commentary on Follow-Up Studies and Desistance Theories about Transgender and Gender Non-Conforming Children" by Temple Newhook et al. (2018). *International Journal of Transgenderism*, *19*, 231–245.

*Accepted for publication: 18 March 2019*

© 2019 Association for Child and Adolescent Mental Health

View publication stats

# Gender Identity 5 Years After Social Transition

Kristina R. Olson, PhD,[a] Lily Durwood, PhD,[b] Rachel Horton, BS,[a] Natalie M. Gallagher, PhD,[a] and Aaron Devor, PhD[c]

abstract

**BACKGROUND AND OBJECTIVES:** Concerns about early childhood social transitions among transgender youth include that these youth may later change their gender identification (ie, retransition), a process that could be distressing. The current study aimed to provide the first estimate of retransitioning and to report the current gender identities of youth an average of 5 years after their initial social transitions.

**METHODS:** The current study examined the rate of retransition and current gender identities of 317 initially transgender youth (208 transgender girls, 109 transgender boys; $M = 8.1$ years at start of study) participating in a longitudinal study, the Trans Youth Project. Data were reported by youth and their parents through in-person or online visits or via e-mail or phone correspondence.

**RESULTS:** We found that an average of 5 years after their initial social transition, 7.3% of youth had retransitioned at least once. At the end of this period, most youth identified as binary transgender youth (94%), including 1.3% who retransitioned to another identity before returning to their binary transgender identity. A total of 2.5% of youth identified as cisgender and 3.5% as nonbinary. Later cisgender identities were more common among youth whose initial social transition occurred before age 6 years; their retransitions often occurred before age 10 years.

**CONCLUSIONS:** These results suggest that retransitions are infrequent. More commonly, transgender youth who socially transitioned at early ages continued to identify that way. Nonetheless, understanding retransitions is crucial for clinicians and families to help make retransitions as smooth as possible for youth.

Increasing numbers of children are socially transitioning to live in line with their gender identity, rather than the gender assumed by their sex at birth, a process that typically involves changing a child's pronouns, first name, hairstyle, and clothing. Some concerns about childhood social transitions have been raised,[1] including that these children may not continue to identify as transgender, rather they might "retransition" (also called a "detransition" or "desistence"), which some suggest could be distressing for youth.[1–3] Research has suggested that ages 10 to 13 years may be particularly key times for retransition and that identity may be more stable after this period for youth who show early gender nonconformity.[3]

Other clinicians argue that early social transitions can be beneficial for some gender-diverse youth.[4–6] Some clinicians and scholars who support early childhood social transitions encourage families to remain open to later retransitions,[7,8] which are seen by some as part of a youth's exploration of their gender.[9]

Unfortunately, very few data about retransitions exist in the scientific literature. We have been able to find limited data on the number of youth

[a]Department of Psychology, Princeton University, Princeton, New Jersey; [b]Department of Psychology, University of Washington, Seattle, Washington; and [c]Department of Sociology, University of Victoria, Victoria, BC, Canada

Dr Olson conceptualized the current study, supervised data collection, carried out the initial analyses, and drafted the initial manuscript. Dr Durwood and Dr Devor conceptualized the current study and provided extensive revisions on the manuscript. Ms Horton acquired and compiled the data and tables and provided feedback on the manuscript. Dr Gallagher acquired, compiled, and analyzed the data and provided feedback on the manuscript. All authors approved the manuscript as submitted and agree to be accountable for all aspects of the work.

**DOI:** https://doi.org/10.1542/peds.2021-056082

Accepted for publication Apr 22, 2022

Address correspondence to: Kristina Olson, PhD, Department of Psychology, Princeton University, Peretsman Scully Hall, Princeton, NJ 08540. E-mail: krolson@princeton.edu

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2022 by the American Academy of Pediatrics

**FUNDING:** The collection of data in this report and some of the authors' time (Dr Olson, Ms Horton, and Dr Gallagher) over the course of this project have been supported by National Institutes of Health grant HD092347; National Science Foundation grants BCS-1523632, SMA-1837857, and SMA-2041463; an Arcus Foundation grant (all to Dr Olson); and a National Science Foundation GRFP grant to Dr Durwood. In addition, Dr Olson receives financial support from the MacArthur Foundation. The funders played no role in determining the research questions asked nor have they seen the results before review.

**CONFLICT OF INTEREST DISCLOSURES:** The authors have indicated that they have no potential conflicts of interest to disclose.

**To cite:** Olson KR, Durwood L, Horton R, et al. Gender Identity 5 Years After Social Transition. *Pediatrics.* 2022;150(2):e2021056082

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf by guest

who socially transition in childhood and then go on to retransition afterward. One paper included 4 youth who socially transitioned; none of them had retransitioned 7 years later.[10] We know of 3 mentions of early-transitioning youth who retransition.[8,9] However, these papers include no mention of how many other youth the same clinical team saw who did not retransition, making it impossible to guess a retransition rate.

In the present paper, we aimed to compute an estimate of retransition among a cohort of more than 300 early-transitioning children. Here, we report the retransition rate an average of 5 years after initial (binary) social transition, as well as how many of these participants are living as binary transgender youth, nonbinary youth, and cisgender youth at the same timepoint.

## METHODS

A total of 317 binary socially transitioned transgender children ($M_{age}$ = 8.07; SD = 2.36; 208 initially transgender girls, 109 initially transgender boys; see Table 1 for additional demographics) joined this longitudinal study (The Trans Youth Project) between July 2013 and December 2017. For inclusion in The Trans Youth Project, children had to be between 3 and 12 years of age and had to have made a "complete" binary social transition,[10] including changing their pronouns to the binary gender pronouns that differed from those used at their births.

As part of the larger longitudinal study, parents and youth were regularly asked about whether they had begun using puberty blockers and/or gender-affirming hormones. At most visits, they were not asked about whether puberty had begun, though our available data suggests that because these youth had socially transitioned at such early ages, most participants were followed by an endocrinologist well before puberty began. The endocrinologists helped families identify the onset of Tanner 2 (the first stage of puberty) and prescribed puberty blockers within a few months of this time; therefore, the onset of puberty blockers is used as our proxy for the onset of puberty in youth who received blockers. Of the youth in this sample, 37 (11.7%) had begun puberty blockers before beginning this study.

This study did not assess whether participants met criteria for the Diagnostic and Statistical Manual of Mental Disorders, Fifth edition, diagnosis of gender dysphoria in children. Many parents in this study did not believe that such diagnoses were either ethical or useful, even if they had been diagnosed, and some children did not experience the required distress criterion after transitioning. Based on data collected at their initial visit, these participants showed signs of gender identification and gender-typed preferences commonly associated with their gender, not their sex assigned at birth.[11] Further, parent report using the Gender Identity Questionnaire for Children[12] indicated that youth showed significant "cross-sex" identification and preferences (when scored based on sex at birth).[12]

Final identity classification for these analyses was based on our most recent interaction with the child and/or their parent before January 1, 2021. Because some families have not participated recently, we also separately report (Table 2) the results of the $n$ = 291 youth with whom the research team had an interaction within the 2 years before that deadline. This additional analysis allows us to assess whether those who retransitioned were more likely to have missed their more recent appointments with our team. Importantly, only 1 of the 26 families with whom we did not meet in the past 2 years has formally dropped out of the study; the others often did not complete participation during these 2 years because of personal circumstances at the time we attempted re-recruitment. We anticipate that many in this group will participate again in the future.

**TABLE 1** Participant Demographics ($N$ = 317)

| Demographics | % |
|---|---|
| Race | |
| White, non-Hispanic | 69 |
| White, Hispanic | 9 |
| Black | 2 |
| Asian | 3 |
| Native American | <1 |
| Multiracial | 17 |
| Annual household income, $ | |
| <25 000 | 3 |
| 25 001–50 000 | 10 |
| 50 001–75 000 | 21 |
| 75 001–125 000 | 31 |
| >125 000 | 35 |
| Location | |
| Northeast | 15 |
| Midwest/Upper Plains | 21 |
| Southeast | 15 |
| Mountain West | 13 |
| Pacific Northwest | 20 |
| Pacific South | 16 |

Based on pronouns at follow-up, participants were classified as binary transgender (pronouns associated with the other binary assigned sex), nonbinary (they/them pronouns or, $n$ = 3, a mix of they/them and binary pronouns), or cisgender (pronouns associated with their assigned sex). We confirmed this classification by reviewing other information available to the research team (eg, child's self-categorization in an interview or survey, e-mail communications with the parents). Only 1 classification was debatable; this participant was classified by pronouns (and in this paper) as nonbinary but could have been

App.0520

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf by guest

**TABLE 2** Participant Information and Current Identity at Last Visit Before January 1, 2021, Overall, for Those With Recent Visits Only, and by Initial Social Transition and Gender

| | Total Sample | Recent Sample (With Visits in 2019 or 2020) | Sample Who Initially Socially Transitioned Before Age 6 | Sample Who Initially Socially Transitioned at Age 6 or Later | Transgender Girls (At Recruitment) | Transgender Boys (At Recruitment) |
|---|---|---|---|---|---|---|
| Sample size | 317 | 291 | 124 | 193 | 208 | 109 |
| Assigned male at birth, % | 65.6 | 65.3 | 73.4 | 60.6 | 100 | 0 |
| Mean age at first transition, y | 6.5 | 6.4 | 4.3 | 7.9 | 6.2 | 7.1 |
| Mean age at start of study, y | 8.1 | 8.0 | 5.9 | 9.5 | 7.7 | 8.7 |
| Average time since start of study, y | 3.8 | 4.1 | 3.8 | 3.8 | 3.9 | 3.7 |
| Average time since first transition, y | 5.4 | 5.7 | 5.4 | 5.4 | 5.5 | 5.3 |
| Current identity, *n* (%) | | | | | | |
| Binary transgender | 298 (94.0) | 276 (94.8) | 112 (90.3) | 186 (96.4) | 194 (93.3) | 104 (95.4) |
| Cisgender | 8 (2.5) | 6 (2.1) | 7 (5.6) | 1 (0.5) | 7 (3.40) | 1 (0.9) |
| Nonbinary | 11 (3.5) | 9 (3.1) | 5 (4.0) | 6 (3.1) | 7 (3.40) | 4 (3.7) |

classified as binary transgender (and not retransitioned).

This study has been approved by the University of Washington and Princeton University institutional review boards.

## RESULTS

The overall rate of retransition was 7.3%. An average of 5.37 years (SD = 1.74 years) after their initial binary social transition, most participants were living as binary transgender youth (94.0%; Table 2). Included in this group were 4 individuals (1.3% of the total sample) who retransitioned twice (to nonbinary then back to binary transgender). Some youth (3.5%) were currently living as nonbinary, including one who had retransitioned first to cisgender then to nonbinary. Finally, 2.5% were using pronouns associated with their sex at birth and could be categorized as cisgender at the time of data collection, including one who first retransitioned to live as nonbinary. Similar percentages were observed when examining the 291 youth who were in touch with the research team in the past 2 years (Table 2), when examining only those 280 youth who had not begun puberty blockers at the start of the study (Table 3), or if we examine only the 200 youth who had gone at least 5 years since their initial transition (Table 3).

We observed 1 potential (post hoc) age effect. Youth who initially socially transitioned before age 6 ($n = 124$), were more likely to be living as cisgender ($n = 7$; 5.6%) than youth who transitioned at age 6 or later ($n = 1$ of 193; 0.5%), Fisher exact test (comparing binary, cisgender, nonbinary; before vs. age 6 years or later), $P = .02$, although low rates of retransition were seen in both groups. In Table 2, we also report the results separately for children assigned male versus female at birth; this distinction was not significantly associated with later identity, $P = .47$, Fisher exact test. Finally, for exploratory purposes, in Table 3, we report outcomes separately for several subsets of our participants, including youth who had started puberty blockers, youth who had used puberty blockers and gender-affirming hormones, and youth who are at least 14 years old (the age at which past work[3] has suggested retransitions will be less likely).

## DISCUSSION

Five years after an initial binary social transition, 7% of youth had retransitioned at least once. Most youth (94%) were living as binary transgender youth at the time of data analysis, including 1.3% who retransitioned initially to cisgender or nonbinary and then retransitioned back to binary trans identities. A small number of youth were living as cisgender youth (2.5%) or nonbinary youth (3.5%). We observed comparable rates when examining all participants who began the study ($n = 317$), those who had been in touch with the research team in the last two years ($n = 291$), those who had gone at least 5 years since initial social transition ($n = 200$), and

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf by guest

**TABLE 3** Participant Information and Current Identity at Last Visit Before January 1, 2021, as a Function of Stages of Medical Transition and/or Age

| | Total Sample | Sample of Youth Who Had Not Begun Blockers at Start of the Study | Sample of Youth Who Have Begun Blockers (and Not Gender-Affirming Hormones) at the End of the Study | Sample of Youth Who Have Begun Gender-Affirming Hormones at the End of the study | Sample of Youth 5+ y of Age Since Initial Binary Social Transition | Sample of Youth Who Are Currently 14+ y of Age |
|---|---|---|---|---|---|---|
| Sample size | 317 | 280 | 92 | 98 | 200 | 70 |
| Assigned male at birth, % | 65.6 | 69.6 | 57.6 | 58.2 | 69.0 | 52.9 |
| Mean age at first transition, y | 6.5 | 6.1 | 6.6 | 8.4 | 6.2 | 8.9 |
| Mean age at start of study, y | 8.1 | 7.6 | 8.3 | 10.2 | 8.0 | 10.8 |
| Average time since start of study, y | 3.8 | 3.9 | 4 | 4.3 | 4.5 | 4.4 |
| Average time since first transition | 5.4 | 5.5 | 5.8 | 6.1 | 6.4 | 6.3 |
| Current identity | | | | | | |
| Binary transgender | $n$ = 298; 94.0% | $n$ = 263; 93.9% | $n$ = 88; 95.7% | $n$ = 97; 99.0% | $n$ = 190; 95.0% | $n$ = 69; 98.6% |
| Cisgender | $n$ = 8; 2.5% | $n$ = 8; 2.9% | $n$ = 1; 1.1% | $n$ = 0 | $n$ = 4; 2.0% | $n$ = 1; 1.4% |
| Nonbinary | $n$ = 11; 3.5% | $n$ = 9; 3.2% | $n$ = 3; 3.3% | $n$ = 1, 1.0% | $n$ = 6; 3.0% | $n$ = 0 |

those who started the study before beginning puberty blockers ($n$ = 280). We found no differences as a function of participant sex at birth. We observed slightly higher rates of retransition, and particularly later cisgender identity, among youth who initially socially transitioned before age 6 years. However, even in these youth, retransition rates were very low.

Among those who had begun puberty blockers and/or gender-affirming hormones, only 1 had retransitioned to live as cisgender (and this youth had begun blockers, but not gender-affirming hormones). One likely reason so few retransitions to cisgender occurred among those accessing medical transition is that most retransitioning in this cohort happened at early ages. All but 1 of the 8 cisgender youth had retransitioned by age 9 years (the last retransition was at age 11 years). Some of these youth are still not eligible for blockers because they are still prepubertal; we anticipate that those who identify as cisgender are unlikely to seek blockers or hormones, but that the participants who have not begun puberty and who identify as binary transgender or nonbinary likely will.

Past work has suggested that the ages 10 to 13 years are an especially critical time for retransition.[3] In our sample, many of the youth who retransitioned did so before that time frame, particularly the cisgender youth. In the nonbinary group, however, 6 of 11 retransitioned between ages 10 and 13 years, with the remainder retransitioning before age 10. Importantly, our sample differed from the past work on which this age range was determined in several key ways, including that our participants socially transitioned at earlier ages (perhaps pushing retransitions earlier, too), had undergone complete social transitions including pronouns and names (not just hairstyle and clothing changes as in most cases in previous studies[3]), and are living at a different historic time in a different country. Any, or all, of these may turn out to be key differences related to age of retransition.

Our observed low retransition rate is consistent with a study in which 4 youth who had completely socially transitioned had not retransitioned 7 years later.[10] That finding is in the same ballpark as our study's estimate of ~2.5% if we examine the percentage living as cisgender at the end of the study (ie, those "desisting" from gender-diverse outcomes). Together, these papers suggest this outcome is relatively rare in this group.

Our observation that few youth who have begun medical intervention have retransitioned to live as cisgender is consistent with findings in the literature. Several studies reporting on outcomes among transgender youth receiving blockers and gender-affirming hormones have reported relatively low rates of regret or stopping treatment,[13] which are potential indicators of retransition, though stopping treatment can occur for other reasons as well (eg, side

App.0522

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf
by guest

effects), as can regret (eg, experiences of transphobia).

Our key finding, that there was a relatively low rate of retransition about 5 years after initial social transition, may, on the surface, appear contradictory with past clinic-based research on what is sometimes called persistence and desistence[3] of childhood gender dysphoria. Several large studies attempted to recontact adolescents and adults who had previously been evaluated for gender dysphoria in childhood.[14–17] Many of those were formally diagnosed with what was, at the time, called gender identity disorder. Those studies reported that a minority of youth later identified in a way that might indicate a transgender identity by today's definition.

Interpretation of those results, and especially comparison with the present work, is difficult for several reasons. First, in past studies, when asked "are you a boy or a girl?" about 90% of the children supplied answers that aligned with their sex at birth,[18] leading some to question whether the majority of those children were the equivalent of transgender children today or not.[19–21] Second, participants in those studies were children between the 1960s and the 1990s, and many features of society have changed since then, including greater rates of acceptance and acknowledgment of transgender identities. Third, the parents of the youth in the current study support their children's identities, as indicated by their approval of their social transitions, whereas many of the parents of youth in past studies explicitly discouraged gender nonconformity or "cross-gender" identification.[15,22] In addition, it would have been exceedingly rare for youth in those studies to socially transition, especially completely.[1,10] Finally, there were substantial drop-out rates in all of the previous studies,[14,15,17] making the true estimates of persistence or desistence difficult to obtain.[19,21] Because there are so many possible contributors to differences in rates of persistence (in past work) and retransition in the current work, we urge caution about overinterpreting differences, or overconfidence about which contributing factors explain the differences.

There are also some reasons why we might have had such a low retransition rate. First, on average, participants had socially transitioned 1.6 years before joining our study. It is possible that some youth initially try socially transitioning and then change their minds quickly. Such youth would be unlikely to be enrolled in this study because their eligibility period would have been quite short and therefore the odds of finding the study and completing it would have been low. This means the children in our study may have been especially unlikely, compared with all children who transition, to retransition because they had already lived and presumably been fairly content with that initial transition for more than a year. Second, it is possible that families who failed to participate in the past 2 years of our study ($n = 26$) were disproportionately those whose children retransitioned and who were therefore hesitant to participate again. If true, their exclusion could have reduced our retransition rate. We are skeptical of this possibility for a few reasons. First, 4 of these participants did retransition and had told us about that outcome, so it does not appear that hesitancy in telling us was widespread in this group. Second, many of these families continue to be in touch with our research team and only missed participation because of ongoing personal issues (eg, COVID-19, emergency family circumstances). We anticipate that most of these families will be able to participate as we continue to follow these youth. Finally, from the beginning of the study, the research team has been clear in discussing with the families that we are open to any outcome in their youth.

As with past work, the present work has several key limitations. First, this is a volunteer community sample, meaning there could be biases in the kinds of families who sign up to participate. We know, for example, that unlike many samples of transgender youth, this sample of youth have normative levels of depression and only slight elevations in anxiety.[23] The parents of the participants in this study are disproportionately higher income and went to college at higher rates than the general population. We do not know whether these potential biases in the sample reflect biases in the cohort of children who socially transitioned in the mid-2010s in the United States and Canada. Therefore, whether the results generalize to youth without these characteristics is unknown.

Another potential limitation is that we used pronouns as the criterion for retransitions. Not everyone who, for example, uses they/them pronouns identifies as nonbinary and someone might identify as transgender even if they are currently using pronouns associated with their sex at birth. However, examination of other data provided by families suggests that our pronoun-based criteria were largely consistent with classification that would have arisen from other types of information provided to the research team (eg, labels used in an interview). Only 1 of the youth categorized as "retransitioned" might, by some other criteria, not meet that definition. However, because pronouns were the initial

App.0523

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf by guest

inclusion criterion (that is, to be in the study children had to be using pronouns not associated with their sex at birth), they were the most consistent route of classification.

A related potential concern with these analyses is that we classified a change from using, for example, binary transgender to nonbinary as a retransition. Not everyone would categorize this change as a retransition. Many nonbinary people consider themselves to be transgender.[24] If we had used a stricter criterion of retransition, more similar to the common use of terms like detransition or desistence, referring only to youth who are living as cisgender, then our retransition rate would have been lower (2.5%).

One additional limitation in the present work is that the initial sample was disproportionately made up of trans girls. This is counter to recent reports that more peri- and postpubertal transgender youth seeking clinical services recently are transmasculine.[25–27] Historically, and consistent with our data, samples of parent-identified prepubertal gender nonconforming youth have included more assigned males at birth.[15,16,22] Importantly, we did not observe a significant gender effect in terms of rates of retransition, so we do not predict any change in pattern of results if we had a different ratio of participants by sex at birth.

We anticipate continuing to follow this cohort into adolescence and adulthood. This continued follow-up is necessary because it is possible that as more youth move into adolescence and adulthood, their identities could change. As we already saw, some youth will retransition more than once, so the present identities should not be interpreted as final.

As more youth are coming out and being supported in their transitions early in development, it is increasingly critical that clinicians understand the experiences of this cohort and not make assumptions about them as a function of older data from youth who lived under different circumstances. Though we can never predict the exact gender trajectory of any child, these data suggest that many youth who identify as transgender early, and are supported through a social transition, will continue to identify as transgender 5 years after initial social transition. These results also suggest that retransitions to one's gender assumed at birth (cisgender) might be likely to occur before age 10 years among those who socially transition at the earliest ages (before age 6 years), though retransitions are still unlikely in this group. These data suggest that parents and clinicians should be informed that not all youth will continue the same trajectory over time. Further understanding of how to support youth's initial and later transitions is needed.

## ACKNOWLEDGMENTS

The authors thank the families for their participation in this research.

## REFERENCES

1. Steensma TD, Cohen-Kettenis PT. Gender transitioning before puberty? *Arch Sex Behav.* 2011;40(4):649–650
2. de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex.* 2012;59(3):301–320
3. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clin Child Psychol Psychiatry.* 2011; 16(4):499–516
4. Ashley F. Thinking an ethics of gender exploration: against delaying transition for transgender and gender creative youth. *Clin Child Psychol Psychiatry.* 2019;24(2):223–236
5. Sherer I. Social transition: supporting our youngest transgender children. *Pediatrics.* 2016;137(3):e20154358
6. Temple Newhook J, Pyne J, Winters K, et al. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *Int J Transgenderism.* 2018; 19(2):212–224
7. Leibowitz S. Social gender transition and the psychological interventions. In: Janssen A, Leibowitz S, eds. *Affirmative Mental Health Care for Transgender and Gender Diverse Youth.* New York: Springer International Publishing; 2018:31–47
8. Edwards-Leeper L, Spack NP. Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. *J Homosex.* 2012;59(3):321–336
9. Menvielle E. A comprehensive program for children with gender variant behaviors and gender identity disorders. *J Homosex.* 2012;59(3):357–368
10. Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry.* 2013;52(6):582–590
11. Gülgöz S, Glazier JJ, Enright EA, et al. Similarity in transgender and cisgender children's gender development. *Proc Natl Acad Sci USA.* 2019;116(49):24480–24485
12. Johnson LL, Bradley SJ, Birkenfeld-Adams AS, et al. A parent-report gender identity questionnaire for children. *Arch Sex Behav.* 2004;33(2):105–116
13. Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics.* 2020;145(4):e20193006
14. Drummond KD, Bradley SJ, Peterson-Badali M, Zucker KJ. A follow-up study of girls with gender identity disorder. *Dev Psychol.* 2008;44(1):34–45
15. Green R. *The Sissy Boy Syndrome: The Development of Homosexuality.* New Haven, CT: Yale University Press; 1987

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf by guest

16. Singh D, Bradley SJ, Zucker KJ. A follow-up study of boys with gender identity disorder. *Front Psychiatry.* 2021;12:632784

17. Wallien MS, Cohen-Kettenis PT. Psychosexual outcome of gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry.* 2008; 47(12):1413–1423

18. Zucker KJ, Bradley SJ, Sullivan CB, Kuksis M, Birkenfeld-Adams A, Mitchell JN. A gender identity interview for children. *J Pers Assess.* 1993;61(3):443–456

19. Ashley F. The clinical irrelevance of "desistance" research for transgender and gender creative youth [published online ahead of print 2021]. *Psychol Sex Orientat Gend Divers.* 10.1037/sgd0000504

20. Olson KR. Prepubescent transgender children: what we do and do not know. *J Am Acad Child Adolesc Psychiatry.* 2016;55(3):155–156

21. Temple Newhook J, Pyne J, Winters K, et al. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *Int J Transgenderism.* 2018;19(2):212–224

22. Zucker K, Bradley S. Gender identity disorder and psychosexual problems. In: *Children and Adolescents.* New York: Guilford Press; 1995

23. Gibson DJ, Glazier JJ, Olson KR. Evaluation of anxiety and depression in a community sample of transgender youth. *JAMA Netw Open.* 2021;4(4):e214739

24. Darwin H. Challenging the cisgender/transgender binary: nonbinary people and the transgender label. *Gend Soc.* 2020;34(3):357–380

25. Aitken M, Steensma T, Blanchard R, et al. Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *J Sex Med.* 2015;12(3):756–763

26. de Graaf NM, Carmichael P, Steensma TD, Zucker KJ. Evidence for a change in the sex ratio of children referred for gender dysphoria: data from the Gender Identity Development Service in London (2000-2017). *J Sex Med.* 2018;15(10):1381–1383

27. Meyenburg B, Renter-Schmidt K, Schmidt G. Transidentität in Jugend und Adoleszenz: Zur Veränderung der Sexratio und der Prävalenz in den letzten eineinhalb Jahrzehnten [Changes of sex ratio and prevalence in transgender teenagers over the past 15 years]. *Z Kinder Jugendpsychiatr Psychother.* 2021;49(2):93–100

Downloaded from http://publications.aap.org/pediatrics/article-pdf/150/2/e2021056082/1344022/peds_2021056082.pdf
by guest