No. 23-2366

---

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

K.C., et al.,

*Plaintiffs-Appellees,*

v.

INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:23-cv-00595-JPH-KMB

---

**APPENDIX TO BRIEF OF ALLIANCE DEFENDING FREEDOM
AS AMICUS CURIAE IN SUPPORT OF
APPELLANTS AND FOR REVERSAL**

**VOLUME 3 OF 3**

---

JACOB P. WARNER
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jwarner@ADFlegal.org

JOHN J. BURSCH
JAMES A. CAMPBELL
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org
jcampbell@ADFlegal.org

*Attorneys for Amicus Curiae*

## Appendix Table of Contents

| Document Name | App. No. |
|---|---|
| **VOLUME 1** ||
| Alexis D. Light et al., *Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning*, 124:6 Obstetrics & Gynecology 1120 (2014) | 1-8 |
| Angela Leung et al., *Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine*, 112:5 Fertility & Sterility 858 (2019) | 9-16 |
| Annette L. Cantu et al., *Changes in Anxiety & Depression from Intake to First Follow-Up Among Transgender Youth in a Pediatric Endocrinology Clinic*, 5:3 Transgender Health 196 (2020) | 17-21 |
| Brett A. Stark & Evelyn Mok-Lin, *Fertility preservation in transgender men without discontinuation of testosterone*, 3:2 Fertil Steril Rep 153 (2022) | 22-25 |
| C. Haupt et al., Cochrane Library, *Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women (Review)* (2020) | 26-47 |
| C.M. Wiepjas et al., *Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972-2017)*, 141 Acta Psychiatrica Scandinavica 486 (2020) | 48-53 |
| *Care of children & adolescents with gender dysphoria*, Socialstyrelsen (2022) | 54-59 |
| Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, 6:2 PLOS ONE 1 (2011) | 60-67 |

| David L. Sackett et al., *Evidence based medicine: what it is and what it isn't*, 312 BMJ 71 (1996) | 68-69 |
|---|---|
| Diane Chen et al., *Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth*, 5:4 Transgender Health 246 (2020) | 70-81 |
| E. Abbruzzese et al., *The Myth of 'Reliable Research' in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed*, J. Sex & Marital Therapy (2023) | 82-109 |
| E. Elenis et al., *Early initiation of anti-androgen treatment is associated with increased probability of spontaneous conception leading to childbirth in women with polycystic ovary syndrome: a population-based multiregistry cohort study in Sweden*, 36:5 Human Reproduction 1427 (2021) | 110-118 |
| Elizabeth Hisle-Gorman et al., *Mental Healthcare Utilization of Transgender Youth Before & After Affirming Treatment*, 18 J. Sexual Med. 1444 (2021) | 119-129 |
| *Endo Reports Fourth-Quarter & Full-Year 2021 Financial Results*, ENDO (2022) | 130-150 |
| *Evidence review: Gender-affirming hormones for children & adolescents with gender dysphoria*, NICE (2020) | 151-306 |
| **VOLUME 2** | |
| *Evidence review: Gonadotrophin releasing hormone analogues for children & adolescents with gender dysphoria*, NICE (2020) | 307-437 |
| *Financial Release*, AbbVie (2021) | 438-450 |
| Gordon Guyatt et al., *GRADE guidelines: 11. Making an overall rating of confidence in effect estimates for a single outcome and for all outcomes*, 66 J. Clinical Epidemiology 151 (2013) | 451-457 |

| | |
|---|---|
| Howard Balshem et al., *GRADE guidelines: 3. Rating the quality of evidence*, 64 J. Clinical Epidemiology 401 (2011) | 458-463 |
| James M. Cantor, *American Academy of Pediatrics policy and trans- kids: Fact-checking*, Sexology Today! (2018) | 464-471 |
| Jay McNeil et al., *Suicide in Trans Populations: A Systematic Review of Prevalence and Correlates*, 4:3 Psychology of Sexual Orientation & Gender Diversity 341 (2017) | 472-484 |
| Jeffrey C. Andrews et al., *GRADE guidelines: 15. Going from evidence to recommendation— determinants of a recommendation's direction and strength*, 66 J. Clinical Epidemiology 726 (2013) | 485-494 |
| Jennifer Block, *Gender dysphoria in young people is rising—and so is professional disagreement*, BMJ (2023) | 495-499 |
| Kellan E. Baker et al., *Hormone Therapy, Mental Health, & Quality of Life Among Transgender People: A Systematic Review*, 5:4 J. Endocrine Soc'y 1 (2021) | 500-515 |
| Kenneth J. Zucker, *Debate: Different strokes for different folks*, Child & Adolescent Mental Health (2019) | 516-518 |
| Kristina R. Olson et al., *Gender Identity 5 Years After Social Transition*, 150:2 Pediatrics 3 (2022) | 519-525 |
| **VOLUME 3** | |
| Laura E. Kuper et al., *Body Dissatisfaction & Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145:4 Pediatrics 1 (2020) | 526-536 |
| *Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation*, Council for Choices in Health Care in Finland (2020) | 537-538 |

| | |
|---|---|
| Melinda Chen & Erica A. Eugster, *Central Precocious Puberty: Update on Diagnosis & Treatment*, 17:4 Paediatr Drugs 273 (2015) | 539-553 |
| Michael Biggs, *The Dutch Protocol for Juvenile Transsexuals: Origins & Evidence*, J. Sex & Marital Therapy (2022) | 554-575 |
| Polly Carmichael et al., *Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK*, 16:2 PLOS ONE 1 (2021) | 576-601 |
| Riittakerttu Kaltiala et al., *Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria*, 74:3 Nordic J. Psychiatry 213 (2020) | 602-609 |
| Riittakerttu Kaltiala-Heino et al., *Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development*, 9 Child & Adolescent Psychiatry & Mental Health 6 (2015) | 610-618 |
| Romina Brignardello-Petersen & Wojtek Wiercioch, *Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence* (2022) | 619-688 |
| Stephen B. Levine et al., *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, & Young Adults*, J. Sex & Marital Therapy (2022) | 689-711 |
| Susan Maxwell et al., *Pregnancy Outcomes After Fertility Preservation in Transgender Men*, 129:6 Obstetrics & Gynecology 1031 (2017) | 712-715 |
| Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinial Practice Guideline*, 102:11 J. Clinical Endocrinal Metab. 3869 (2017) | 716-750 |
| Deposition excerpts of Armand Antommaria, *Boe v. Marshall* | 751-752 |

# Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy

Laura E. Kuper, PhD,a,b Sunita Stewart, PhD,a,b Stephanie Preston, MD,b May Lau, MD, MPH,a,b Ximena Lopez, MDa,b

abstract

**OBJECTIVES:** Our first aim was to examine baseline differences in body dissatisfaction, depression, and anxiety symptoms by gender, age, and Tanner (ie, pubertal) stage. Our second aim was to test for changes in youth symptoms over the first year of receiving gender-affirming hormone therapy. Our third aim was to examine potential differences in change over time by demographic and treatment characteristics. Youth experiences of suicidal ideation, suicide attempt, and nonsuicidal self-injury (NSSI) are also reported.

**METHODS:** Participants ($n$ = 148; ages 9–18 years; mean age 14.9 years) were receiving gender-affirming hormone therapy at a multidisciplinary program in Dallas, Texas ($n$ = 25 puberty suppression only; $n$ = 123 feminizing or masculinizing hormone therapy). Participants completed surveys assessing body dissatisfaction (Body Image Scale), depression (Quick Inventory of Depressive Symptoms), and anxiety (Screen for Child Anxiety Related Emotional Disorders) at initial presentation to the clinic and at follow-up. Clinicians completed the Quick Inventory of Depressive Symptoms and collected information on youth experiences of suicidal ideation, suicide attempt, and NSSI.

**RESULTS:** Affirmed males reported greater depression and anxiety at baseline, but these differences were small ($P < .01$). Youth reported large improvements in body dissatisfaction ($P < .001$), small to moderate improvements in self-report of depressive symptoms ($P < .001$), and small improvements in total anxiety symptoms ($P < .01$). No demographic or treatment-related characteristics were associated with change over time. Lifetime and follow-up rates were 81% and 39% for suicidal ideation, 16% and 4% for suicide attempt, and 52% and 18% for NSSI, respectively.

**CONCLUSIONS:** Results provide further evidence of the critical role of gender-affirming hormone therapy in reducing body dissatisfaction. Modest initial improvements in mental health were also evident.



aChildren's Health Systems of Texas, Dallas, Texas; and bUniversity of Texas Southwestern Medical Center, Dallas, Texas

Dr Kuper oversaw data collection, conducted data analysis, and drafted the manuscript; Drs Stewart, Lau, and Lopez conceptualized and designed the study and provided feedback on manuscript drafts; Dr Preston assisted with drafting the manuscript; and all authors contributed to the development of study aims, approved the final manuscript as submitted, and agree to be accountable for all aspects of the work.

**DOI:** https://doi.org/10.1542/peds.2019-3006

Accepted for publication Dec 6, 2019

Address correspondence to Laura E. Kuper, PhD, Department of Endocrinology, Children's Health Systems of Texas, 1935 Medical District Dr, Mail Code F4.05, Dallas, TX 75235. E-mail: laura.kuper@childrens.com

**WHAT'S KNOWN ON THIS SUBJECT:** Guidelines exist for providing gender-affirming hormone therapy (ie, puberty suppression and masculinizing or feminizing hormone therapy) to transgender youth; however, little research has been conducted on the impact of treatment on body dissatisfaction and mental health and factors that may influence this impact.

**WHAT THIS STUDY ADDS:** One year of receiving gender-affirming hormone therapy resulted in large reductions in youth body dissatisfaction and modest improvements in mental health. No demographic or treatment-related factors were associated with change over time.

**To cite:** Kuper LE, Stewart S, Preston S, et al. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics.* 2020; 145(4):e20193006

App.0526

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

ARTICLE

Two influential longitudinal studies from the Netherlands have helped establish guidelines for providing gender-affirming hormone therapy (ie, puberty suppression and masculinizing or feminizing hormone therapy) to transgender youth with gender dysphoria.[1,2] De Vries et al[3] conducted a prospective study with 70 youth who received puberty suppression (ie, medication to stop the progression of puberty). After 2 years, internalizing, externalizing, and depressive symptoms improved along with global functioning, but there was no improvement in body dissatisfaction or anxiety symptoms. A subset of the same cohort ($n = 55$) was reassessed after masculinizing or feminizing hormone therapy and gender-affirming surgery (vaginoplasty or mastectomy and hysterectomy), at which point there was a sustained improvement in global functioning and most measures of mental health. Gender dysphoria and body dissatisfaction also improved, and self-reported quality of life was similar to the Dutch population.[4] However, patients were not evaluated after masculinizing or feminizing hormone therapy alone.

In the only other longitudinal study of youth, participants seen in a gender clinic in the United Kingdom ($n = 35$) demonstrated improvement in clinician assessment of psychosocial functioning after 12 months of receiving puberty suppression.[5] Only 1 cross-sectional study has included a subset of transgender youth ($n = 82$ of 202). In comparison with those who had not started treatment, individuals who received both puberty suppression and/or masculinizing or feminizing hormone therapy as well as surgery had more favorable body image but not those who received puberty suppression and/or masculinizing or feminizing hormone therapy only.[6] Within this study, youth and adults as well as those receiving puberty suppression and/or masculinizing or

feminizing hormone therapy were combined.

The benefits of gender-affirming treatment are better described in adults. A recent review of 5 longitudinal and 2 cross-sectional studies found that receipt of masculinizing or feminizing hormone therapy alone was associated with improved depression in 5 of 7 studies, improved anxiety in 2 of 2 studies, and better quality of life in 3 of 3 studies.[7] Two studies also found lower rates of body uneasiness in adults who received masculinizing or feminizing hormone therapy alone (ie, dissatisfaction with body parts and negative body-related experiences, such as avoidance and self-monitoring).[8,9]

Understanding the impact of gender-affirming hormone therapy on the mental health of transgender youth is critical given the health disparities documented in this population. Within samples of transgender youth presenting for gender-affirming hormone therapy, estimates of clinically significant depressive symptoms or diagnoses have averaged in the range of 30% to 60%,[10–13] and estimates of clinically significant anxiety symptoms or diagnoses have averaged in the range of 20% to 30%.[11,14–16] Lifetime history of suicidal ideation (average range 30%–50%),[10,11,16] suicide attempt (average range 15%–30%),[10,11,13] and nonsuicidal self-injury (NSSI) (average range 20%–40%)[12,13,16] also appear common.

There is also some evidence that rates of mental health concerns may vary by gender, but no clear pattern has emerged.[11,14,15,17] Two studies have found higher levels of body dissatisfaction among affirmed females (ie, individuals assigned male at birth who identify as female) in comparison with affirmed males (ie, individuals assigned female at birth who identify as male).[6,18] Changes

associated with puberty, as reflected in age and/or Tanner stage (ie, stage of puberty), may exacerbate body dissatisfaction and mental health concerns. Fewer studies have examined differences by age; however, one study found greater symptoms of depression but not anxiety among older adolescents,[16] and one study found higher levels of body dissatisfaction.[4] None have specifically examined the impact of Tanner stage.

Our first aim in this study was to explore how transgender youth baseline body dissatisfaction, depression, and anxiety symptoms vary on the basis of their gender, age at initial assessment, and Tanner stage at first medical visit. Consistent with our earlier article examining differences in mental health functioning using the Child Behavior Checklist and Youth Self-Report,[14] we hypothesized that affirmed males will report greater symptoms of depression and anxiety. We also hypothesized that older age and greater Tanner stage will be associated with higher ratings of body dissatisfaction and more symptoms of depression and anxiety.

Our second aim was to examine how transgender youth body dissatisfaction, depression, and anxiety symptoms change over the first year of receiving gender-affirming hormone therapy. We anticipated improvements in each of these domains but did not have any a priori hypotheses regarding which domains would demonstrate the greatest improvements.

Our third aim was to explore how any changes over time vary by affirmed gender, Tanner stage, age, type of treatment, months on masculinizing or feminizing hormone therapy, mental health treatment received, and whether chest (ie, "top") surgery was also obtained (among those assigned female at birth). We hypothesized that older age, greater Tanner stage,

App.0527

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021
KUPER et al

receipt of puberty suppression only, fewer months on masculinizing or feminizing hormone therapy, and lack of chest surgery will be associated with fewer changes over time. Lastly, for descriptive purposes, we report information on lifetime and follow-up rates of suicidal ideation, suicide attempts, NSSI, and mental health treatment.

## METHODS

### Participants and Procedure

Participants are youth who received gender-affirming hormone therapy with a multidisciplinary program in Dallas, Texas. Before initiating care, participants and their families participated in an initial assessment with the program's psychologist, psychiatrist, and/or clinical therapist after parents completed a phone intake survey and provided a referral letter from a licensed therapist or counselor documenting the presence of gender dysphoria (this letter is no longer required). Approximately 34% of families did not follow-up after the phone intake. Initial assessments occurred between August 2014 and March 2018, with most occurring in 2017 (41%) or 2016 (37%). At home before this visit, participants completed self-report measures of depression, anxiety, and body dissatisfaction. During the visit, clinicians also completed a report of depressive symptoms and collected information regarding lifetime and recent suicidal ideation, suicide attempts, and NSSI as well as current participation in therapy and support groups and use of psychiatric medication(s).

After the assessment, participants were discussed by the multidisciplinary team of providers from psychology, social work, pediatric endocrinology, pediatric and adolescent gynecology, and adolescent medicine. The Endocrine Society Clinical Practice Guidelines[2] guided the initiation of hormone therapy. Chest surgery was not performed within the program, but participants were provided with referrals when requested.

Approximately 1 year after this initial assessment (range: 11–18 months), all patients were asked to participate in a yearly reassessment visit. Participants were readministered self-report measures, and clinicians again completed a report of depressive symptoms and documented information about suicidal ideation, suicide attempts, NSSI, and mental health treatment.

Survey and clinician data were entered into a research database for analysis along with demographic and treatment-related information (ie, Tanner stage at first medical visit, treatment start and end dates, and chest surgery date extracted from physicians' notes). All participants provided consent, or assent with parent consent, to allow this information to be used for research. The study was approved by the institutional review board at the University of Texas Southwestern Medical Center.

### Measures

Participants were asked to self-report their gender identity (all ages) and sexual orientation (age 12 and older). These responses were recorded verbatim by the clinician and entered into the research database. Gender identities were coded into the following categories: (1) male, boy, or man; (2) male spectrum (eg, "trans masculine" or "masculine nonbinary"); (3) female, girl, or woman; (4) female spectrum (eg, "mostly female, slightly nonbinary"); and (5) nonbinary (eg, "agender" or "part girl, part boy").

To assess body dissatisfaction, participants aged 12 years and older rated their degree of dissatisfaction with 29 areas of the body using the Body Image Scale (BIS).[19] Participants of all ages completed the Screen for Child Anxiety Related Emotional Disorders (SCARED), which produces a total score as well as subscale scores for panic-related, social, separation-related, generalized, and school avoidance–related anxiety symptoms,[20] as well as the Quick Inventory of Depressive Symptoms (QIDS)[21] to measure symptoms of depression that reflect the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* criteria for major depressive disorder.[22] The QIDS produces a total score that can also be grouped into clinical categories: not elevated (0–5), mild (6–10), moderate (11–15), and severe (16–27). Clinicians also completed the clinician version of the QIDS. When the percentage of missing values for each total score and subscale score was ≤15%, missing values were imputed by using the mean of nonmissing values.

### Analyses

To examine baseline differences in depression (QIDS self and clinician), anxiety (SCARED), and body dissatisfaction (BIS), bivariate correlation coefficients were first examined by using Pearson's r for age, Spearman's ρ for Tanner stage, and point biserial for gender. Variables with significant correlations were then simultaneously entered into a linear regression for each outcome, and Cohen's $f^2$ was calculated as a measure of effect size (0.1 = small, 0.25 = moderate, and 0.4 = large).[23]

To examine change over time, QIDS (self and clinician), SCARED, and BIS scores were first tested for normality by using the Kolmogorov-Smirnov test. Changes in normally distributed variables were examined by using paired $t$ tests, and the Wilcoxon rank test was used when the Kolmogorov-Smirnov value was significant. Cohen's $d$ was used as a measure of effect size (0.2 = small, 0.5 = moderate, and 0.8 = large).[23] Changes

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

App.0528

in clinical groupings on the QIDS were also examined by using the Wilcoxon rank test. For both baseline and longitudinal analyses, we planned to first examine the SCARED total score then test for differences in subscale scores only if this change was significant.

To test for associations between change scores and demographic and treatment characteristics, change scores were calculated by subtracting baseline scores from follow-up scores for variables that exhibited a significant change over time. Bivariate correlation coefficients were then examined by using Pearson's r for age and months on feminizing or masculinizing hormone therapy, Spearman's ρ for Tanner stage and therapy frequency, and point biserial for gender, treatment type, psychiatric medication use, support group participation, and chest surgery receipt (for those assigned female at birth). We planned to include any variables with significant correlations in a linear regression. $P < .01$ was significant for all statistical tests to help account for the overall number of tests. Confidence intervals (CIs) are reported at the 95% level.

## RESULTS

Figure 1 presents a flow diagram of participants who were due for follow-up (≥18 months since initial assessment), participants with follow-up data, and the reasons why follow-up data were not available or excluded. The mean number of months between initial assessment and reassessments was 14.9 (SD 2.1). Table 1 presents demographic information on participants. At the initial assessment, patients ranged in age from 9 to 18 years (mean 15.4; SD 2.0). All but 1 participant met *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* criteria for gender dysphoria. This participant



**FIGURE 1**
Flow diagram.

subsequently met criteria at a follow-up visit and was started on treatment. Participants who started puberty suppression only did so at a mean age of 13.7 years (range 9.8–14.9; SD 1.5), and participants started feminizing or masculinizing hormone therapy at a mean age of 16.2 years (range 13.2–18.6; SD 1.2). For participants who were on masculinizing or feminizing hormone therapy, the mean length of time receiving treatment before follow-up was 10.9 months (range 1–18; SD 3.3). During the follow-up period, 2 participants stopped puberty suppression without starting masculinizing or feminizing hormone therapy, and no participants stopped masculinizing or feminizing hormone therapy. Fifteen affirmed males obtained chest surgery at an average age of 17.1 years (range 15.2–18.7; SD 1.2) and at an average of

9.2 months from baseline (range 3.0–16.0; SD 3.3).

Table 2 presents means, SDs, and ranges for QIDS, SCARED, and BIS scores at initial assessment and follow-up for the full sample as well as by gender and treatment type. At baseline, affirmed females had greater clinician-reported depressive symptoms (CI −3.76 to −0.81), self-reported depressive symptoms (CI −4.46 to −0.79), total anxiety symptoms (CI −14.94 to −3.99), panic symptoms (CI −5.88 to −1.78), and school avoidance symptoms (CI −1.81, to −0.36) in comparison with affirmed females. However, Cohen's $f^2$ effect sizes were all in the small range (0.07, 0.06, 0.09, 0.10, and 0.07, respectively). No differences were found by age or Tanner stage.

Within the full sample, a significant decrease in body dissatisfaction (CI

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

App.0529

KUPER et al

TABLE 1 Participant Demographics

|  | n (%) |
|---|---|
| Gender identity |  |
| Male, boy, or guy | 81 (55) |
| Male spectrum | 9 (6) |
| Female, girl, or woman | 52 (35) |
| Female spectrum | 2 (1) |
| Something else[a] | 3 (2) |
| Assigned sex |  |
| Male | 55 (37) |
| Female | 94 (63) |
| Sexual orientation[b] |  |
| Pansexual | 25 (20) |
| Straight | 24 (19) |
| Bisexual | 15 (12) |
| Gay | 12 (10) |
| Unsure | 12 (10) |
| No label | 11 (9) |
| Asexual | 10 (8) |
| Something else | 10 (8) |
| Lesbian | 6 (5) |
| Race |  |
| White | 137 (95) |
| African American | 3 (2) |
| Multiracial | 3 (2) |
| American Indian | 1 (1) |
| Ethnicity |  |
| Hispanic | 24 (17) |
| Non-Hispanic | 120 (83) |
| Tanner stage |  |
| I | 3 (2) |
| II | 6 (4) |
| III | 5 (4) |
| IV | 32 (23) |
| V | 94 (67) |
| Treatment type[c] |  |
| Puberty suppression only | 25 (17) |
| Masculinizing or feminizing therapy only | 93 (63) |
| Both treatments | 30 (20) |

[a] Excluded from gender analyses.
[b] Age 12 and older.
[c] Masculinizing or feminizing therapy only and both treatments were collapsed for analysis by treatment type.

14.74 to 21.90), self-reported depressive symptoms (CI 1.24 to 2.97), and total anxiety symptoms (CI 1.05 to 6.70) was observed during the follow-up period. Decreases in generalized, separation, and school-related anxiety symptoms were significant at the $P < .05$ level but not the $P < .01$ level. No change in clinician report of depressive symptoms was found. Cohen's $d$ effect sizes were large for change in BIS scores (1.04), small to moderate for change in QIDS self-report scores (0.44), and small for change in SCARED total scores (0.27). Table 3 reports the percentage of the sample that fell into each clinical category on the QIDS at initial assessment and follow-up. A significant change was also found in self-reported depressive symptom categories ($P < .001$) but not clinician-reported categories. No correlations were found between change scores and demographic and treatment-related characteristics. Although change scores were generally higher for participants who received chest surgery, no correlations were significant.

Table 4 presents descriptive data on mental health treatment, and Table 5 presents data on suicidal ideation, suicide attempt, and NSSI. During the follow-up period, the distribution of therapy frequency was as follows: none (16%), less than every 3 months (15%), every 2 to 3 months (12%), monthly (22%), every other week (21%), and weekly (14%). Of those who experienced suicidal ideation during the follow-up period, 94% had a lifetime history. These figures were 67% for suicide attempt and 87% for NSSI.

## DISCUSSION

Youth reported large improvements in body dissatisfaction during the 1-year follow-up period. The amount of improvement was not related to treatment type. These findings are consistent with a handful of studies that have documented improvements in body dissatisfaction within samples of adults receiving feminizing or masculinizing hormone therapy[8,9] but contrast with the 2 existing studies of youth. Within the longitudinal cohort from Amsterdam, puberty suppression alone was not associated with improvements in body dissatisfaction,[3] and within a cross-sectional study with a mixed sample of youth and adults, puberty suppression and/or feminizing or masculinizing hormone therapy was not associated with more favorable body image.[6] In contrast to the Amsterdam sample, youth in the current study were younger when starting puberty suppression (age: mean 12.5 and range 9.8–14.9 versus mean 13.7 and range 11.1–17.0).

Age, puberty stage, length of time receiving feminizing or masculinizing hormone therapy, and receipt of chest surgery were also not associated with amount of improvement. However, the sample size of participants receiving puberty suppression only and chest surgery were small, and variations in months on feminizing or masculinizing hormone therapy may not have been meaningful enough in the relatively short follow-up period.

App.0530

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

**TABLE 2** Body Dissatisfaction, Depression, and Anxiety Symptoms at Baseline and Follow-up

| | n | Range[a] | Baseline, Mean (SD) | Follow-up, Mean (SD) |
|---|---|---|---|---|
| Body dissatisfaction (BIS) | | 0–116 | | |
| Full sample[b] | 96 | | 69.9 (15.6) | 51.7 (18.4) |
| Affirmed males | 66 | | 71.1 (13.4) | 52.9 (16.8) |
| Affirmed females | 30 | | 67.5 (19.5) | 49.0 (21.6) |
| Puberty suppression | 10 | | 64.1 (18.2) | 53.8 (20.1) |
| Feminine or masculine hormone therapy | 86 | | 70.7 (15.2) | 51.4 (18.3) |
| Depressive symptoms (QIDS, self report)[c] | | 0–27 | | |
| Full sample[b] | 118 | | 9.4 (5.2) | 7.3 (4.6) |
| Affirmed males | 76 | | 10.4 (5.0) | 7.5 (4.5) |
| Affirmed females | 40 | | 7.5 (4.9) | 6.6 (4.4) |
| Puberty suppression | 13 | | 8.2 (6.1) | 7.0 (5.6) |
| Feminine or masculine hormone therapy | 105 | | 9.6 (5.0) | 7.4 (4.5) |
| Depressive symptoms (QIDS, clinician report)[c] | | 0–27 | | |
| Full sample | 125 | | 5.8 (4.2) | 5.9 (3.9) |
| Affirmed males | 78 | | 6.7 (4.4) | 6.2 (4.1) |
| Affirmed females | 45 | | 4.2 (3.2) | 5.4 (3.4) |
| Puberty suppression | 19 | | 5.3 (4.9) | 5.5 (4.8) |
| Feminine or masculine hormone therapy | 106 | | 5.9 (4.1) | 6.0 (3.8) |
| Anxiety symptoms (SCARED), total score[c] | | 0–82 | | |
| Full sample[d] | 102 | | 32.4 (16.3) | 28.6 (16.1) |
| Affirmed males | 65 | | 35.4 (16.5) | 29.8 (15.5) |
| Affirmed females | 33 | | 26.4 (14.2) | 24.3 (15.4) |
| Puberty suppression | 22 | | 31.8 (16.6) | 29.3 (17.1) |
| Feminine or masculine hormone therapy | 80 | | 32.6 (16.3) | 28.4 (15.9) |
| Panic symptoms (SCARED)[c] | | 0–26 | | |
| Full sample | 104 | | 8.2 (6.3) | 7.1 (6.3) |
| Affirmed males | 66 | | 9.3 (6.5) | 7.9 (6.5) |
| Affirmed females | 34 | | 5.7 (4.9) | 5.1 (4.9) |
| Puberty suppression | 22 | | 8.7 (6.5) | 7.2 (5.7) |
| Feminine or masculine hormone therapy | 82 | | 8.1 (6.3) | 7.1 (6.5) |
| Generalized anxiety symptoms (SCARED) | | 0–18 | | |
| Full sample | 104 | | 9.7 (5.1) | 8.7 (5.1) |
| Affirmed males | 66 | | 10.4 (5.0) | 9.0 (5.1) |
| Affirmed females | 34 | | 8.6 (5.1) | 8.0 (5.1) |
| Puberty suppression | 22 | | 8.5 (5.2) | 8.2 (5.4) |
| Feminine or masculine hormone therapy | 82 | | 10.0 (5.1) | 8.8 (5.0) |
| Social anxiety symptoms (SCARED) | | 0–14 | | |
| Full sample | 104 | | 8.0 (4.1) | 7.6 (4.3) |
| Affirmed males | 66 | | 8.5 (4.0) | 7.8 (4.1) |
| Affirmed females | 34 | | 7.1 (3.9) | 6.8 (4.4) |
| Puberty suppression | 22 | | 6.3 (3.6) | 7.3 (4.7) |
| Feminine or masculine hormone therapy | 82 | | 8.5 (4.1) | 7.7 (4.2) |
| Separation anxiety symptoms (SCARED)[e] | | 0–16 | | |
| Full sample | 103 | | 4.0 (3.4) | 3.3 (2.7) |
| Affirmed males | 65 | | 4.2 (3.4) | 3.4 (2.6) |
| Affirmed females | 34 | | 3.4 (3.3) | 2.7 (2.3) |
| Puberty suppression | 22 | | 5.8 (4.0) | 4.2 (3.1) |
| Feminine or masculine hormone therapy | 81 | | 3.5 (3.0) | 3.1 (2.5) |
| School avoidance symptoms (SCARED)[c] | | 0–8 | | |
| Full sample | 102 | | 2.6 (2.2) | 2.0 (2.1) |
| Affirmed males | 65 | | 2.9 (2.3) | 2.0 (2.3) |
| Affirmed females | 33 | | 1.8 (1.7) | 1.9 (2.1) |
| Puberty suppression | 22 | | 2.6 (2.7) | 2.4 (2.4) |
| Feminine or masculine hormone therapy | 80 | | 2.6 (2.1) | 2.0 (2.0) |

[a] Absolute range.
[b] Significant change from initial assessment to follow-up ($P < .001$).
[c] Significant difference in baseline scores by gender ($P < .01$).
[d] Significant change from initial assessment to follow-up ($P < .01$).
[e] Significant difference in baseline scores by age ($P < .01$).

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

App.0531

KUPER et al

**TABLE 3** Depressive Symptoms (QIDS) Scoring Ranges

| | Range | Self-Report[a] | | Clinician Report | |
|---|---|---|---|---|---|
| | | Baseline, N (%) | Follow-up, N (%) | Baseline, N (%) | Follow-up, N (%) |
| Not elevated | 0–5 | 33 (25) | 51 (40) | 73 (53) | 67 (49) |
| Mild | 6–10 | 46 (35) | 48 (37) | 44 (32) | 49 (36) |
| Moderate | 11–15 | 29 (22) | 22 (17) | 15 (11) | 16 (12) |
| Severe | 16–27 | 24 (18) | 8 (6) | 5 (4) | 4 (3) |

[a] Significant change from initial assessment to follow-up ($P < .001$).

Most participants (90%) were also in advanced stages of puberty (Tanner stage IV or V) when presenting for care. Limitations associated with collecting data within a busy clinical setting with multiple providers also resulted in missing data. Nonetheless, results suggest that youth receiving gender-affirming hormone therapy experience meaningful short-term improvements in body dissatisfaction, and no participants discontinued feminizing or masculinizing hormone therapy. These results provide additional support for the incorporation of these treatments into the standards of care for transgender youth experiencing gender dysphoria.[1,2]

Youth also reported modest improvements in mental health functioning during the follow-up period. These results are consistent with the existing longitudinal studies of youth.[3–5] Several factors may help explain why improvements were not greater than what was observed. Although physical changes associated with feminizing or masculinizing hormone therapy often start within the first 3 months, changes continue over the course of several years. Furthermore, environmental stressors associated with one's transgender status may not improve after hormone therapy and could potentially worsen should they increase the youth's visibility as a transgender person. Research has consistently documented higher rates of bullying among transgender youth in comparison with nontransgender youth.[24,25] Within the current study, rates of school avoidance–related anxiety did not improve over the follow-up period.

The larger political context is also important to consider. Within Texas, where the current study was conducted, a well-publicized "bathroom bill" was introduced during the study period that prohibited transgender people from using a restroom that was different from the sex on their birth certificate, although the bill ultimately failed to pass.[26] As a whole, the mental health functioning of youth from the present clinic as well as youth from a handful of other US- and European-based clinics appears poorer than the mental health functioning of youth from the Amsterdam clinic.[11,14,17] Previous studies have attributed this difference to Amsterdam's social and political climate, which is known to be more supportive of the lesbian, gay, bisexual, and transgender population.[17]

Consistent with our study examining baseline differences in mental health functioning as measured by the Child Behavior Checklist and Youth Self-Report,[14] affirmed males reported greater symptoms of depression and several forms of anxiety in comparison with affirmed females. However, the effect size of these differences was smaller within the current study in comparison with the former. Differences in measurement approach may help explain the mixed findings regarding gender differences in mental health functioning across youth clinics.[11,15,17] Although some research suggests that nonclinic samples of affirmed male youth report more experiences of bullying,[24] affirmed females are thought to experience greater stigma regarding expression of femininity. Consistent with the current sample, the sex ratio of youth presenting to clinics also appears to be shifting from more affirmed females to more affirmed males presenting for care.[27] Although causes of this shift are largely unknown, they may be associated with other shifts in clinical presentations (eg, mental health and psychosocial functioning).

## CONCLUSIONS

The current study is the largest longitudinal study of youth receiving gender-affirming hormone therapy to date and documents important improvements in body dissatisfaction over the first year of treatment. Continued longitudinal study of this

**TABLE 4** Mental Health Treatment

| | At Initial Assessment, n (%) | Follow-up Period, n (%) |
|---|---|---|
| Psychiatric medication | 67 (47) | 80 (61) |
| Therapist or counselor | 144 (97) | 114 (84) |
| Support group[a] | 60 (43) | 45 (35) |

[a] Participation by parents and/or youth (eg, transgender family support organization; lesbian, gay, bisexual, and transgender youth center; or school-based Gay-Straight Alliance).

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

App.0532

TABLE 5 Suicidal Ideation, Suicide Attempt, and NSSI

| | Lifetime, $n$ (%) | 1–3 mo Before Initial Assessment,[a] $n$ (%) | Follow-up Period, $n$ (%) |
|---|---|---|---|
| Passive ideation | 105 (81) | 33 (25) | 51 (38) |
| Suicide attempt | 20 (15) | 3 (2) | 6 (5) |
| NSSI | 68 (52) | 13 (10) | 23 (17) |

[a] One month for passive ideation and 3 months for NSSI and suicide attempt(s).

population will increase the field's understanding of the benefits of gender-affirming hormone therapy and assist providers in better anticipating needs. Follow-up periods of several years or more will help document the full impact of the physical changes with feminizing or masculinizing hormone therapy, and larger sample sizes will improve the ability to examine the specific impacts of treatment type and chest surgery. Greater consideration of intersectionality and sociocultural context will further strengthen these efforts.

## ACKNOWLEDGMENT

Rong Huang, MS, provided consultation on the data analysis.

## ABBREVIATIONS

BIS: Body Image Scale
CI: confidence interval
NSSI: nonsuicidal self-injury
QIDS: Quick Inventory of Depressive Symptoms
SCARED: Screen for Child Anxiety Related Emotional Disorders

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2020 by the American Academy of Pediatrics

**FINANCIAL DISCLOSURE:** The authors have indicated they have no financial relationships relevant to this article to disclose.

**FUNDING:** Research reported in this publication was supported by Children's Health. The content is solely the responsibility of the authors and does not necessarily represent the official views of Children's Health. The Research Electronic Data Capture database was funded by the Clinical and Translational Science Awards program National Insitutes of Health grant UL1-RR024982 awarded to the UT Southwestern Center For Translational Medicine.

**POTENTIAL CONFLICT OF INTEREST:** Dr Lopez has participated as a member of an advisory board for Endo International; the other authors have indicated they have no potential conflicts of interest to disclose.

## REFERENCES

1. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism*. 2012;13(4):165–232

2. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(11):3869–3903

3. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;8(8):2276–2283

4. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;134(4):696–704

5. Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J Sex Med*. 2015;12(11):2206–2214

6. Becker I, Auer M, Barkmann C, et al. A cross-sectional multicenter study of multidimensional body image in adolescents and adults with gender dysphoria before and after transition-related medical interventions. *Arch Sex Behav*. 2018;47(8):2335–2347

7. Rowniak S, Bolt L, Sharifi C. Effect of cross-sex hormones on the quality of life, depression and anxiety of transgender individuals: a quantitative systematic review. *JBI Database Syst Rev Implement Rep*. 2019;17(9):1826–1854

8. Turan Ş, Aksoy Poyraz C, Usta Sağlam NG, et al. Alterations in body uneasiness, eating attitudes, and psychopathology before and after cross-sex hormonal treatment in patients with female-to-male gender dysphoria. *Arch Sex Behav*. 2018;47(8):2349–2361

9. Fisher AD, Castellini G, Ristori J, et al. Cross-sex hormone treatment and psychobiological changes in transsexual persons: two-year follow-up data. *J Clin Endocrinol Metab*. 2016;101(11):4260–4269

10. Olson J, Schrager SM, Belzer M, Simons LK, Clark LF. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. *J Adolesc Health*. 2015;57(4):374–380

11. Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health*. 2015;56(3):274–279

12. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

App.0533

KUPER et al

a pediatric medical center. *Pediatrics.* 2012;129(3):418–425

13. Peterson CM, Matthews A, Copps-Smith E, Conard LA. Suicidality, self-harm, and body dissatisfaction in transgender adolescents and emerging adults with gender dysphoria. *Suicide Life Threat Behav.* 2017;47(4):475–482

14. Kuper LE, Mathews S, Lau M. Baseline mental health and psychosocial functioning of transgender adolescents seeking gender-affirming hormone therapy. *J Dev Behav Pediatr.* 2019; 40(8):589–596

15. de Vries AL, Doreleijers TA, Steensma TD, Cohen-Kettenis PT. Psychiatric comorbidity in gender dysphoric adolescents. *J Child Psychol Psychiatry.* 2011;52(11):1195–1202

16. Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: demographics and associated difficulties. *Clin Child Psychol Psychiatry.* 2016;21(1):108–118

17. de Graaf NM, Cohen-Kettenis PT, Carmichael P, et al. Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: a clinical comparison study between four clinics. *Eur Child Adolesc Psychiatry.* 2018;27(7):909–919

18. Fisher AD, Ristori J, Castellini G, et al. Psychological characteristics of Italian gender dysphoric adolescents: a case-control study. *J Endocrinol Invest.* 2017; 40(9):953–965

19. Lindgren TW, Pauly IB. A body image scale for evaluating transsexuals. *Arch Sex Behav.* 1975;4(6):639–656

20. Birmaher B, Brent DA, Chiappetta L, Bridge J, Monga S, Baugher M. Psychometric properties of the Screen for Child Anxiety Related Emotional Disorders (SCARED): a replication study. *J Am Acad Child Adolesc Psychiatry.* 1999;38(10):1230–1236

21. Rush AJ, Trivedi MH, Ibrahim HM, et al. The 16-Item Quick Inventory of Depressive Symptomatology (QIDS), clinician rating (QIDS-C), and self-report (QIDS-SR): a psychometric evaluation in patients with chronic major depression. *Biol Psychiatry.* 2003;54(5):573–583

22. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*, 5th ed. Washington, DC: American Psychiatric Association; 2013

23. Cohen J. *Statistical Power Analysis for the Behavioral Sciences*, 2nd ed. Mahwah, NJ: Lawrence Erlbaum Associates; 1988

24. Eisenberg ME, Gower AL, McMorris BJ, Rider GN, Shea G, Coleman E. Risk and protective factors in the lives of transgender/gender nonconforming adolescents. *J Adolesc Health.* 2017; 61(4):521–526

25. Clark TC, Lucassen MF, Bullen P, et al. The health and well-being of transgender high school students: results from the New Zealand adolescent health survey (Youth'12). *J Adolesc Health.* 2014;55(1):93–99

26. Wikipedia. Bathroom bill. Available at: https://en.wikipedia.org/wiki/Bathroom_bill. Accessed August 15, 2019

27. Aitken M, Steensma TD, Blanchard R, et al. Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *J Sex Med.* 2015; 12(3):756–763

App.0534

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

**Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy**

Laura E. Kuper, Sunita Stewart, Stephanie Preston, May Lau and Ximena Lopez

*Pediatrics* 2020;145;
DOI: 10.1542/peds.2019-3006 originally published online March 27, 2020;

| | |
|---|---|
| **Updated Information & Services** | including high resolution figures, can be found at:<br>http://pediatrics.aappublications.org/content/145/4/e20193006 |
| **References** | This article cites 24 articles, 2 of which you can access for free at:<br>http://pediatrics.aappublications.org/content/145/4/e20193006#BIBL |
| **Subspecialty Collections** | This article, along with others on similar topics, appears in the following collection(s):<br>**Adolescent Health/Medicine**<br>http://www.aappublications.org/cgi/collection/adolescent_health:medicine_sub<br>**Psychiatry/Psychology**<br>http://www.aappublications.org/cgi/collection/psychiatry_psychology_sub<br>**LGBTQ+**<br>http://www.aappublications.org/cgi/collection/lgbtq |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at:<br>http://www.aappublications.org/site/misc/Permissions.xhtml |
| **Reprints** | Information about ordering reprints can be found online:<br>http://www.aappublications.org/site/misc/reprints.xhtml |



American Academy of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN®

App.0535

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021



Body Dissatisfaction and Mental Health Outcomes of Youth on
Gender-Affirming Hormone Therapy

Laura E. Kuper, Sunita Stewart, Stephanie Preston, May Lau and Ximena Lopez

*Pediatrics* 2020;145;
DOI: 10.1542/peds.2019-3006 originally published online March 27, 2020;

The online version of this article, along with updated information and services, is
located on the World Wide Web at:
http://pediatrics.aappublications.org/content/145/4/e20193006

Pediatrics is the official journal of the American Academy of Pediatrics. A monthly publication, it
has been published continuously since 1948. Pediatrics is owned, published, and trademarked by
the American Academy of Pediatrics, 345 Park Avenue, Itasca, Illinois, 60143. Copyright © 2020
by the American Academy of Pediatrics. All rights reserved. Print ISSN: 1073-0397.




American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN®

App.0536

Downloaded from www.aappublications.org/news at GERSTEIN SCIENCE INFO CTR on March 13, 2021

Summary of a recommendation by COHERE    16.6.2020
Finland

# Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation

*In its meeting on 11 June 2020, the Council for Choices in Health Care in Finland (COHERE Finland) adopted a recommendation on medical treatment methods for dysphoria associated with variations in the gender identity of minors*

The recommendation clarifies the roles of different healthcare operators in a situation where a minor is uncertain about their gender identity. The recommendation presents the medical treatment methods that fall within the range of public healthcare services when it comes to the medical treatment of gender dysphoria in minors.

In COHERE's view, psychosocial support should be provided in school and student healthcare and in primary healthcare for the treatment of gender dysphoria due to variations in gender identity in minors, and there must be sufficient competency to provide such support. Consultation with a child or youth psychiatrist and the necessary psychiatric treatment and psychotherapy should be arranged locally according to the level of treatment needed. If a child or young person experiencing gender-related anxiety has other simultaneous psychiatric symptoms requiring specialised medical care, treatment according to the nature and severity of the disorder must be arranged within the services of their own region, as no conclusions can be drawn on the stability of gender identity during the period of disorder caused by a psychiatric illness with symptoms that hamper development.

In Finland, the diagnostics of gender identity variation, the assessment of the need for medical treatments and the planning of their implementation are centralised by law in the multi-professional research clinics of Helsinki University Central Hospital (HUS) and Tampere University Hospital (TAYS). The consultation, evaluation periods and treatments provided by the TAYS or HUS working group on the gender identity of minors shall be carried out in accordance with the following principles.

Children who have not started puberty and are experiencing persistent, severe anxiety related to gender conflict and/or identification as the other sex may be sent for a consultation visit to the research group on the gender identity of minors at TAYS or HUS.  Any need for support beyond the consultation visit or need for other psychiatric treatment should be addressed by local services according to the nature and severity of the problem.

If a child is diagnosed prior to the onset of puberty with a persistent experience of identifying as the other sex and shows symptoms of gender-related anxiety, which increases in severity in puberty, the child can be guided at the onset of puberty to the research group on the gender identity of minors at TAYS or HUS for an assessment of the need for treatment to suppress puberty. Based on these assessments, puberty suppression treatment may be initiated on a case-by-case basis after careful consideration and appropriate diagnostic examinations if the medical indications for the treatment are present and there are no contraindications. Therapeutic amenorrhea, i.e. prevention of menstruation, is also medically possible.

A young person who has already undergone puberty can be sent to the research clinic on the gender identity of minors at TAYS or HUS for extensive gender identity studies if the variation in gender identity and related dysphoria do not reflect the temporary search for identity typical of the development stage of adolescence and do not subside once the young person has had the opportunity to reflect on their identity but rather their identity and personality development appear to be stable.

PO BOX 33 (Meritullinkatu 8, Helsinki)   Tel   0295 16001   e-mail:
00023 Government, Finland                                     palveluvalikoima@stm.fi
www.palveluvalikoima.fi


App.0537

Summary of a recommendation by COHERE    16.6.2020
Finland

Based on thorough, case-by-case consideration, the initiation of hormonal interventions that alter sex characteristics may be considered before the person is 18 years of age only if it can be ascertained that their identity as the other sex is of a permanent nature and causes severe dysphoria. In addition, it must be confirmed that the young person is able to understand the significance of irreversible treatments and the benefits and disadvantages associated with lifelong hormone therapy, and that no contraindications are present.

If a young person experiencing gender-related anxiety has experienced or is simultaneously experiencing psychiatric symptoms requiring specialised medical care, a gender identity assessment may be considered if the need for it continues after the other psychiatric symptoms have ceased and adolescent development is progressing normally. In this case, a young person can be sent by the specialised youth psychiatric care in their region for an extensive gender identity study by the TAYS or HUS research group on the gender identity of minors, which will begin the diagnostic studies. Based on the results of the studies, the need for and timeliness of medically justified treatments will be assessed individually.

Surgical treatments are not part of the treatment methods for dysphoria caused by gender-related conflicts in minors. The initiation and monitoring of hormonal treatments must be centralised at the research clinics on gender identity at HUS and TAYS.

Research data on the treatment of dysphoria due to gender identity conflicts in minors is limited. COHERE considers that, moving forward, multi-professional clinics specialising in the diagnostics and treatment of gender identity conflicts at HUS and TAYS should collect extensive information on the diagnostic process and the effects of different treatment methods on the mental wellbeing, social capacity and quality of life of children and youth. There is also a need for more information on the disadvantages of procedures and on people who regret them.

Link to the COHERE website: https://palveluvalikoima.fi/en/frontpage

*The Council for Choices in Health Care in Finland (COHERE Finland) works in conjunction with the Ministry of Social Affairs and Health, and its task is to issue recommendations on services that should be included in the range of public health services. Further information: www.palveluvalikoima.fi.*

PO BOX 33 (Meritullinkatu 8, Helsinki)    Tel    0295 16001    e-mail:
00023 Government, Finland    palveluvalikoima@stm.fi
www.palveluvalikoima.fi



App.0538

# HHS Public Access

Author manuscript

*Paediatr Drugs*. Author manuscript; available in PMC 2018 March 27.

Published in final edited form as:

*Paediatr Drugs*. 2015 August ; 17(4): 273–281. doi:10.1007/s40272-015-0130-8.

# Central Precocious Puberty: Update on Diagnosis and Treatment

**Melinda Chen**[1] and **Erica A. Eugster**[1]

[1]Section of Pediatric Endocrinology, Department of Pediatrics, Riley Hospital for Children, Indiana University School of Medicine, 705 Riley Hospital Drive, Room # 5960, Indianapolis, IN 46202, USA

## Abstract

Central precocious puberty (CPP) is characterized by the same biochemical and physical features as normally timed puberty but occurs at an abnormally early age. Most cases of CPP are seen in girls, in whom it is usually idiopathic. In contrast, ~50 % of boys with CPP have an identifiable cause. The diagnosis of CPP relies on clinical, biochemical, and radiographic features. Untreated, CPP has the potential to result in early epiphyseal fusion and a significant compromise in adult height. Thus, the main goal of therapy is preservation of height potential. The gold-standard treatment for CPP is go-nadotropin-releasing hormone (GnRH) analogs (GnRHa). Numerous preparations with a range of delivery systems and durations of action are commercially available. While the outcomes of patients treated for CPP have generally been favorable, more research about the psychological aspects, optimal monitoring, and long-term effects of all forms of GnRHa treatment is needed. Several potential therapeutic alternatives to GnRHa exist and await additional investigation.

## 1 Introduction

Central precocious puberty (CPP) refers to premature activation of the hypothalamic–pituitary–gonadal (HPG) axis, resulting in early development of secondary sexual characteristics. Although the exact threshold defining "normal" pubertal timing has been disputed, commonly used cutoffs to define CPP are 8 years of age for females (7.5 years for Hispanics and African Americans) and 9 years of age for males [1]. The earliest clinical manifestation of central puberty in girls is usually breast development (thelarche), followed by pubic hair (pub-arche). The pubertal growth spurt typically occurs during Tanner stage II–III, with the first menstrual period, known as menarche, usually occurring at Tanner stage IV. In boys, the initial clinical sign of central puberty is testicular enlargement and the pubertal growth spurt happens later than in girls [2, 3].

Although the precise mechanisms triggering the onset of puberty are unclear, the earliest known biochemical change during puberty is increased production of kisspeptin in the hypothalamus. While kisspeptin itself has several proposed stimulatory and inhibitory signals, which have not yet been clearly elucidated, it has been shown that increased

---

Correspondence to: Melinda Chen.

**Conflict of interest** Dr. Chen has no conflicts of interest to disclose. Dr. Eugster participates in clinical trials investigating treatment of CPP, funded by Endo Pharmaceuticals. No sources of funding were used to support the writing of this article.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

kisspeptin production results in increased gonadotropin-releasing hormone (GnRH) release. Thus, a rise in kisspeptin is widely acknowledged as the seminal event that initiates HPG axis activation during puberty [2]. Inhibition of the GnRH pulse generator decreases first during sleep, resulting in an increase of nighttime luteinizing hormone (LH) pulse amplitude during early and mid-puberty. As puberty progresses, LH pulse amplitude increases during daytime hours as well, and estrogen and testosterone levels rise accordingly.

## 2 Etiology

CPP, for unknown reasons, is found predominantly in girls. In an observational study of the incidence of CPP in Spain, females were approximately ten times more likely to be affected than males [4], and other sources have cited a female-to-male ratio as high as 20:1 [5]. In addition, the etiology of CPP differs between the genders. While the majority of girls will have idiopathic CPP, boys are more likely to have a pathological source [1, 6]. Risk factors for CPP include a history of international adoption, as well as congenital or acquired central nervous system insults, such as hypothalamic hamartoma, septo-optic dysplasia, tumor, trauma, infection, or ischemia. Several genetic syndromes, including neurofibromatosis type 1, tuberous sclerosis, and Sturge–Weber syndrome, are associated with CPP [2]. Apart from recognized genetic syndromes, anywhere from 5.2 to 27.5 % of cases have been reported to be familial [7, 8].

Specific genetic causes of CPP have been described relatively recently. A substitution mutation in the G-protein coupled kisspeptin receptor gene *KISS1R* (formerly known as *GPR54*) was found in a patient with CPP and was associated with delayed degradation of the ligand–receptor complex within the cell membrane. This was further linked to an extended period of downstream signaling, postulated to result in increased amplitude of GnRH pulsatility [9]. An additional *KISS1R* polymorphism in the promoter region has been described in Chinese girls with CPP, though a detailed knowledge of whether or how this variant impacts the expression or function of the gene is as yet unknown [10].

A mutation in *KISS1*, encoding the ligand kisspeptin, has also been described within an amino-terminal sequence associated with protein degradation [11]. The mutated li-gand–receptor complex similarly demonstrates resistance to degradation. However, the low population frequency associated with this mutation suggests that it is a relatively uncommon cause of CPP.

More recently, ten separate heterozygous mutations in *MKRN3*, encoding makorin RING-finger protein 3, have been found in association with both sporadic and familial CPP [12–14]. *MKRN3* is a paternally expressed imprinted gene located within the region typically affected in Prader–Willi syndrome. Although the exact function of *MKRN3* in humans is as yet unknown, studies in mice have illustrated that mkrn3 mRNA is expressed in the hypothalamic arcuate nucleus, and that a decline in mkrn3 expression is temporally correlated with the rise in kiss1 expression. Other studies have postulated that down-regulation of *MKRN3* is permissive for increased GnRH pulses during puberty [13]. Thus, deficiency of this protein would be expected to result in a loss of inhibition of HPG axis activation. These mutations are thought to result in loss of function of the abnormal gene

product. In familial cases, all affected subjects have inherited mutations from their fathers. Interestingly, there was an almost equal gender distribution of CPP among affected family members [12].

Other molecular defects have been identified with less clear or weaker associations. These include single nucleotide polymorphisms (SNPs) in the *FSHB* gene and the *LHB* gene, though the resulting molecular mechanisms that cause CPP have not been identified [15]. Mutations in the Y1 subtype receptor for neuropeptide Y (*NPY*) could theoretically cause precocious puberty, as *NPY* is thought to be an inhibitor of pulsatile GnRH secretion. However, the only currently described mutation has not correlated well with an effect on function or with CPP [16]. Additional studies have investigated genes involved in hypothalamic hamartomas and have identified several with increased expression in patients with CPP [17]. *LIN28B*, which is postulated to have a role in determining the timing of pubertal development, has also been proposed as a genetic target in CPP. However, its exact role in humans is not yet clear. In addition, study findings have been contradictory, and no clinically significant mutations have yet been observed that cause a functional deficit at a molecular level [18, 19].

## 3 Diagnosis

### 3.1 Clinical Features

On initial examination of the child with CPP, bilateral testicular enlargement ( 4 cc in volume) will be apparent in males, in contrast to patients with peripheral forms of precocious puberty. Girls usually present with both breast development and pubic hair, in contrast to nonpathological entities such as premature thelarche or premature adrenarche. Other signs of pathological precocious puberty include a rapid tempo of progression and linear growth acceleration. Bone age will typically be advanced, though this is certainly not exclusive to CPP and may be seen to a milder degree in numerous other conditions [2].

### 3.2 Biochemical Features

A GnRH stimulation test has long been considered the gold standard for the diagnosis of CPP. However, lack of availability of synthetic GnRH in the USA has led to the use of GnRH analogs (GnRHa) for this purpose instead. While precise cutoffs are difficult to establish, a peak stimulated LH of >~8 mIU/mL after GnRH and >~5 IU/L after GnRHa are considered indicative of CPP [2, 20]. An LH/FSH [luteinizing hormone/follicle-stimulating hormone] ratio of 2 is also consistent with CPP. However, the results should always be interpreted in light of the specific assay performed and the available sensitivity limits. An alternative diagnostic approach has been measurement of basal ultrasensitive LH, which is typically <0.3 IU/L in prepubertal children. However, basal ultrasensitive LH is often prepubertal in early CPP and thus may be falsely reassuring [1]. Measurement of basal or stimulated sex steroids, while never sufficient alone, can be helpful in evaluation of suspected CPP. This is particularly true of testosterone, whereas random estradiol levels are often unmeasurable even when advanced pubertal development is present. Even if the laboratory evaluation is unremarkable, patients should continue to be monitored over time and retested as indicated if clinical suspicion is high [1, 2, 20].

App.0541

## 4 Imaging

Pelvic ultrasound has been found to be a useful adjunct to support the diagnosis of CPP over other forms of puberty in girls, especially in equivocal situations. Uterine and ovarian dimensions have a stronger association with bone age than with chronological age and are correlated with CPP up to the age of 8 years [21]. While proposed cutoffs for uterine and ovarian volumes exist, these have been somewhat variable, and other studies have suggested a considerable overlap between patients with and without CPP, making reliable parameters difficult to establish. For those who present for evaluation after the age of 8 years, ultrasound parameters become even more difficult to interpret, as there is an even greater overlap in uterine and ovarian dimensions between prepubertal and early pubertal girls [21–24]. The finding of small ovarian follicles on a pelvic ultrasound is normal even in prepubertal girls [25]. Clinicians should further keep in mind that ultrasound results may be technician dependent.

The role of brain magnetic resonance imaging (MRI) in the evaluation of patients with CPP has been debated. Boys are more likely to have a pathological cause, making diagnostic imaging for intracranial pathology an essential tool in their evaluation [6]. However, controversy exists regarding recommendations in girls. When female CPP patients without neurological symptoms are screened with MRI, the incidence of positive findings is approximately 15 % [26, 27]. However, some of the abnormalities that are found may be incidental and unrelated to the CPP. In one study, 86 % of 182 girls had normal MRIs, 11 % had mild abnormalities believed to be unrelated to CPP, and 3 % had hamartomas, leading the authors to conclude that routine screening was not indicated in this population, particularly in girls older than 6 years [26]. This is in contrast to a prior study of 67 girls, in whom six of ten with MRI findings had hamartomas, while the remainder were diagnosed with an astrocytoma, teratoma, arachnoid cyst, and pineal cyst. Three of the ten had lesions requiring surgical intervention, leading the authors to conclude that MRI should be part of routine evaluation in CPP regardless of age [27]. Investigations into clinical and biochemical features of patients with intracranial pathology have suggested that younger age at onset, more rapid tempo, and higher levels of sex steroids or gonadotropins are predictive features. However, these overlap to such an extent that no specific cutoff has been identified that can be used to determine whether or not to obtain an MRI in any individual patient. For this reason, many institutions include a brain MRI as a universal part of the evaluation in all children diagnosed with CPP [26–29].

## 5 Treatment

The primary goal of CPP treatment is to preserve final adult height. However, it should be recognized that some patients will have a nonprogressive or slowly progressive form of CPP, and these patients can achieve normal adult height without any intervention [20]. Therefore, a period of observation is usually appropriate prior to starting treatment. In patients who do show progression of CPP, there is significant variability in the degree of height gained after discontinuation of treatment, even among patients with the same bone age [30–32]. Numerous studies have demonstrated that the greatest gain in final height is achieved in girls with onset of puberty before 6 years of age, although girls with onset between 6 and 8 years

Chen and Eugster

of age may still reap some benefit from treatment. In contrast, girls aged   8 years have not been found to benefit from intervention in terms of height. Thus, treatment in this age group is usually not indicated. An additional issue is that outcomes of treatment are typically defined as the difference between predicted adult height at baseline and the actual height achieved. Unfortunately, height prediction methods are notoriously flawed [33] and have often been found to overpredict height in the setting of early puberty. Therefore, it is impossible to predict the precise amount of additional height that will be gained by an individual patient as a result of putting puberty on hold. While preliminary evidence suggests that electronic methods of bone age assessment may be more accurate, there is minimal information available thus far about their use in precocious puberty [34]. Evidence regarding treatment benefit in males is more limited, as they comprise a relatively small proportion of patients with CPP. The existing data suggest a significant improvement in final height after treatment of CPP in boys [35], though the same measurement and prediction limitations exist.

Concerns about psychosocial functioning are often used as a justification for treatment of CPP. However, the existing data regarding the psychological aspects of CPP are limited and inconsistent. Insufficient controls and methodological problems render many studies difficult to interpret, compounded by the use of several different assessments, which make comparisons difficult. The current data do not consistently support problems in regard to body image, self-esteem, or sexual behavior in patients with CPP. Differences, where found, tend to be modest and suggest that patients with CPP may engage in psychosexual behaviors only slightly earlier than children with on-time puberty. The prevalence of psychopathology does not seem to differ from that in the general population [36]. Similarly, one study of girls with CPP and their mothers at the time of diagnosis found no difference in psychological distress as compared with girls who had early normal puberty, even prior to treatment [37]. At this point, there is no consensus regarding whether CPP is associated with psychological distress and/or whether treatment ameliorates these problems, and more data in this area are needed [20].

GnRHa are well established as a standard of care for the treatment of CPP worldwide. While numerous delivery systems and routes of administration exist, depot intramuscular injections or sustained-release preparations have been most widely used. These drugs are believed to work by providing a steady concentration of GnRH activity instead of the pulsatile variation in levels characteristic of native GnRH release, which results in paradoxical down-regulation and suppression of the HPG axis. Monthly depot leuprolide acetate has been the most common form of injection therapy used in the USA. Although extended-release 3-monthly depot leuprolide preparations have been available in Europe and elsewhere for many years, they have been approved by the US Food and Drug Administration (FDA) only recently and are available in 11.25 and 30 mg dosage forms. Although patients on 11.25 mg 3-monthly injections have consistently been shown to have higher stimulated LH and FSH levels than patients receiving 7.5 mg monthly injections or 22.5 mg 3-monthly injections, this has not been accompanied by significant differences in sex steroid levels or clinical parameters [38, 39]. Additional information about these preparations has been derived from a phase III open-label study involving patients receiving 3-monthly depot leuprolide acetate at 11.25 and 30 mg doses for 36 months [40]. Of 72 patients, only two discontinued therapy prior to 36

Author Manuscript

months because of treatment failure, while 20 discontinued therapy to undergo age-appropriate puberty and 24 continued to receive 3-monthly depot leuprolide for the full study period. As in previous studies, LH escape was seen in a minority of patients on stimulation testing, but this did not correlate with clinical features suggesting lack of suppression. Thus, 3-monthly depot leuprolide seems to be both safe and effective for long-term use [38–40].

Adverse effects are similar for 1- and 3-monthly depot injections and include local reactions and pain at the injection site. Sterile abscess formation has been reported after administration of long-acting injection formulations. Although children who experience sterile abscess formation from long-acting preparations have subsequently been treated successfully with daily leuprolide, there are reported cases in the adult literature of resistance to GnRHa following sterile abscesses [41].

A popular alternative approach to depot GnRHa injections is the histrelin implant, which was approved by the FDA in 2007. This nonbiodegradable implant is made of a flexible hydrogel containing 50 mg of the potent GnRHa histrelin and is placed subcutaneously, usually in the inner aspect of the upper arm. The initial histrelin implant was first developed for treatment of metastatic prostate cancer, where it was found to successfully suppress LH and testosterone levels for up to 1 year. The implant was later reformulated to release histrelin at a higher dose of 65 lg/day for use in children with CPP. An initial pilot study in 11 girls previously treated with depot triptorelin showed satisfactory maintenance of LH and FSH suppression on stimulation tests. This was accompanied by clinical evidence of pubertal suppression, including regression of breast development, a decrease in growth velocity, and a decline in bone age advancement over 15 months. In addition to satisfactory clinical benefit, parents reported less discomfort and lifestyle interference overall than with monthly injections [42]. Following this initial report, a phase III study in 36 patients with CPP demonstrated profound suppression of the HPG axis within 1 month of implantation whether subjects were naïve or previously treated with a GnRHa [43]. The long-term extension phase of this study has now been completed and demonstrated significant improvements in predicted adult height after up to 6 years of sequential annual histrelin implants [44]. Reassuringly, body mass index (BMI) z-scores remained normal throughout the treatment interval.

A significant refinement of the histrelin implant as a therapeutic option has been the recognition that a single implant lasts at least 2 years. Given the known rate of release of 65 mcg of histrelin per day, a 50 mg implant should theoretically last 2 years. That this is indeed the case was demonstrated in a prospective study in 33 children with CPP in whom a single implant was left in place for 2 years. Peak stimulated LH levels at 12 and 24 months were equivalent, and clinical indices of CPP improved progressively. Use of a single implant for 2 years has the potential to significantly decrease costs and numbers of surgical procedures in children treated with this modality [45].

The most common adverse event associated with the histrelin implant is breakage and/or difficulty with localization of the device. These events occur only during explantation and have been noted to take place in 15–39 % of procedures, with a higher likelihood of

breakage when the implant is left in place for 2 years [44–47]. Additional reported adverse events include local reactions, which are, for the most part, minor and self-limited. Sterile abscess formation [41], keloids [44], site infection [45], and implant extrusion [42] have rarely been reported. Placement and removal of the implant requires a minor surgical procedure. This is typically accomplished in an outpatient setting, using local anesthesia with the addition of conscious sedation if necessary [47]. In rare cases of difficulty with implant localization, ultrasound has proved to be a useful modality. Characteristics of the most frequently used GnRHa are summarized in Table 1.

# 6 Adjunctive Treatments

## 6.1 Nonaromatizable Anabolic Steroids

Oxandrolone has been used to improve growth in patients for other indications. The exact mechanism has not been elucidated, but a stimulatory effect on the growth plate has been postulated. A small nonrandomized study of ten patients receiving oxandrolone in addition to GnRHa for severe deceleration of growth velocity during treatment for CPP suggested that this combination might improve adult height, compared with GnRHa alone. However, larger randomized studies have not been performed [48].

## 6.2 Growth Hormone

Small and nonrandomized studies have demonstrated a significant improvement in final adult height over pre-treated predicted adult height in patients treated with GnRHa and growth hormone (GH) as compared with patients treated with GnRHa alone. However, larger randomized studies are currently lacking, and routine use of GH in this setting is not recommended [49].

## 6.3 Aromatase Inhibitors

Aromatase inhibitors have the potential to attenuate estrogenic effects on skeletal maturation and to delay epiphyseal fusion. A small randomized study suggested slower bone age advancement and improved adult height in Chinese boys with CPP receiving letrozole [50]. However, in general, the experience with these compounds in CPP has been very limited.

# 7 Monitoring

Children who are being treated for CPP should receive regular follow-up during which pubertal progression or suppression can be followed and documented. Tanner staging, determination of growth velocity, and assessment of skeletal maturation via bone age radiographs are all important indices of suppression. Whether laboratory testing should be routinely included during follow-up is controversial. While several different strategies for biochemical testing exist, no gold standard for how best to monitor children undergoing treatment for CPP has been established. A GnRH- or leuprolide-stimulated peak LH should be <4 IU/L in adequately suppressed children, and random serum gonadotropin levels should theoretically be in the prepubertal range (ultrasensitive LH <0.3 IU/L). However, random ultrasensitive LH levels have been noted to be elevated above prepubertal levels in children who are well suppressed on GnRHa therapy across all forms of treatment, including

Author Manuscript

the histrelin implant [51, 52]. Therefore, the utility of measuring random LH levels in children undergoing treatment for CPP is highly questionable.

## 8 Resumption of the Native Hypothalamic–Pituitary–Gonadal Axis

In studies following patients beyond discontinuation of treatment, the mean time from cessation of injectable depot GnRHa to menses has been found to be $1.5 \pm 0.5$ years. Some studies have found a slightly shorter time to menses in girls who experienced menarche before treatment than in those who did not. Although less is known about boys, the existing data suggest that clinicians can expect advancement of the Tanner stage within 6 months of discontinuation of treatment [52].

Because use of the histrelin implant is more recent, the data are somewhat more limited but thus far seem to indicate similar results, with the average time from explantation to menarche being 12.75 (95 % confidence interval 9.6–15.9) months, with a range of 2–36 months. Likewise, in males, resumption of pubertal progression was seen on examination within 1 year. A negative trend has been noted between the total duration of GnRHa therapy and the time to menarche, whereas the age at explantation and the time to menarche were significantly inversely correlated [53].

## 9 Outcomes

Girls with CPP have been found to have a higher BMI than their peers at diagnosis. However, this observation is confounded by the natural increase in BMI during puberty. Indeed, some authors have found that while BMI increases in general during treatment, the overall BMI standard deviation score (SDS) does not change. When BMI is evaluated after GnRHa treatment has been completed, there does not appear to be an adverse effect of treatment on BMI in girls with CPP, nor does there appear to be a large impact of CPP itself on BMI at adult height [31, 54, 55].

Results regarding the incidence of polycystic ovary syndrome (PCOS) in GnRHa-treated patients have been quite variable and contradictory, with some authors finding markedly increased rates of PCOS and other authors finding little or no difference. These results are even more difficult to interpret, as multiple criteria for the diagnosis of PCOS exist. Currently, no consensus exists on whether CPP or treatment with GnRHa results in an increased risk of PCOS [2, 54, 56].

Although bone mineral density (BMD) has been seen to be slightly reduced during treatment in girls, these changes do not appear to be sustained. This decrease is thought to be secondary to suppression of ovarian function. However, after treatment is discontinued and ovarian activity resumes, BMD is regained, and so girls are not significantly different from their peers without CPP, according to evaluation at adult height [31].

## 10 Reproductive Function and Fertility

Limited information exists regarding the long-term effects of treatment for CPP on endocrine and reproductive function. In one study of 49 females receiving monthly depot

Author Manuscript

leuprolide, 20 were followed to adulthood (age 18–26 years). Of these, 80 % reported regular menstrual cycles. Seven of 20 women reported a total of 12 pregnancies, with six live births, five spontaneous or elective terminations, one ongoing pregnancy, and no reports of stillbirth [52]. Though achievement of short-term treatment goals and resumption of puberty seem to be similar in girls treated with 3-monthly leuprolide and the histrelin implant, it remains to be seen whether similar long-term results can be expected. In addition, long-term data are notably lacking for all forms of treatment with regard to fertility and endocrine function beyond the third decade, as well as the timing of menopause.

## 11 Future Directions

Although multiple preparations now exist for GnRHa treatment of CPP, further options are under investigation or may be considered. A 6-month formulation of triptorelin, for example, is currently under investigation, providing the potential for even less frequent dosing for those who do not wish to undergo a procedure for the histrelin implant [57].

Other targets for therapy could also be considered. Because GnRH agonists work by stimulation of receptors, leading to desensitization, there is an initial period of increased stimulation, leading to an LH flare, which sometimes precipitates vaginal bleeding in girls with advanced pubertal development before suppression takes place. A GnRH antagonist, however, would theoretically forego this initial phase by disrupting LH pulsatility without an initial flare. Kisspeptin agonists and antagonists, by acting upstream of GnRH, would be expected to have effects similar to those of GnRH agonist and antagonist therapies, respectively. However, since kisspeptin analogs would not work directly at the gonadotropin receptor, they would have the additional theoretical benefit of interrupting pulsatile GnRH and gonadotropin secretion without lowering gonadotropin release below basal secretory levels. Therefore, sex steroid levels under treatment with these agents could be expected to more closely mimic normal physiology [58]. Though use of kisspeptin antagonists in humans has not yet been studied, animal studies have suggested that kisspeptin analogs are able to cross the blood–brain barrier and suppress puberty [58].

Because existing biochemical markers can be unreliable, monitoring of treatment is also a worthwhile area of research. Markers under investigation include free alpha-subunit (FAS), which rises with suppression of the HPG axis. Though GnRHa levels decrease gradually with discontinuation of depot intramuscular injections, FAS levels are seen to acutely decrease within days of histrelin implant removal, preceding LH, FSH, and estradiol rises by weeks. In one case, elevated FAS levels beyond the expected time period were attributable to retained histrelin implant fragments and fell only after all fragments had been removed, highlighting the utility of FAS as a target for relatively rapid assessment of HPG axis recovery. A short "rebound" elevation in FAS can be seen in patients 3–8 weeks after histrelin implant removal. This effect is short lived and self limited, although the reasons for it are unclear [59].

Author Manuscript

Chen and Eugster

## 12 Conclusion

CPP is seen most often in girls and is associated with a multitude of conditions. A substantial proportion (over a quarter) of cases are familial, and genetic causes have begun to be elucidated. The diagnosis is based on a combination of clinical and biochemical factors. Treatment with a GnRHa provides the greatest potential benefit for patients who are younger at the time of onset of CPP. Multiple treatment options are available, and more recent options have the benefit of less frequent dosing, with potential for improved compliance. Though several adjunctive treatments have been proposed, evidence supporting these treatments is generally sparse in CPP, and thus they cannot be recommended for routine use. Biochemical markers, bone age, and growth velocity should be followed during treatment to ensure efficacy. The available evidence shows that GnRHa are safe and effective, and long-term data suggest that reproductive function is satisfactory after discontinuation of treatment. However, long-term data, particularly regarding the newer formulations, are still lacking. Continued pharmacological and molecular genetic investigation and rigorously conducted prospective studies will continue to enhance knowledge and optimize treatment in children with CPP.

## Acknowledgments

None.

## References

1. Nebesio TD, Eugster EA. Current concepts in normal and abnormal puberty. Curr Probl Pediatr Adolesc Health Care. 2007; 37(2):50–72. DOI: 10.1016/j.cppeds.2006.10.005 [PubMed: 17223057]

2. Fuqua JS. Treatment and outcomes of precocious puberty: an update. J Clin Endocrinol Metab. 2013; 98(6):2198–207. DOI: 10.1210/jc.2013-1024 [PubMed: 23515450]

3. Tanner JM, Davies PSW. Clinical longitudinal standards for height and height velocity for North American children. J Pediatr. 1985; 107(3):317–29. DOI: 10.1016/s0022-3476(85)80501-1 [PubMed: 3875704]

4. Soriano-Guillen L, Corripio R, Labarta JI, Canete R, Castro-Feijoo L, Espino R, et al. Central precocious puberty in children living in Spain: incidence, prevalence, and influence of adoption and immigration. J Clin Endocrinol Metab. 2010; 95(9):4305–13. DOI: 10.1210/jc.2010-1025 [PubMed: 20554707]

5. Lee PA, Neely EK, Fuqua J, Yang D, Larsen LM, Mattia-Gold-berg C, et al. Efficacy of leuprolide acetate 1-month depot for central precocious puberty (CPP): growth outcomes during a prospective, longitudinal study. Int J Pediatr Endocrinol. 2011; 2011(1):7.doi: 10.1186/1687-9856-2011-7 [PubMed: 21860633]

6. Choi KH, Chung SJ, Kang MJ, Yoon JY, Lee JE, Lee YA, et al. Boys with precocious or early puberty: incidence of pathological brain magnetic resonance imaging findings and factors related to newly developed brain lesions. Ann Pediatr Endocrinol Metab. 2013; 18(4):183–90. DOI: 10.6065/apem.2013.18.4.183 [PubMed: 24904875]

7. de Vries L, Kauschansky A, Shohat M, Phillip M. Familial central precocious puberty suggests autosomal dominant inheritance. J Clin Endocrinol Metab. 2004; 89(4):1794–800. DOI: 10.1210/jc.2003-030361 [PubMed: 15070947]

8. Rohn R, Rousonelos G. Familial sexual precocity. Am J Dis Child. 1986; 140(8):741–2. DOI: 10.1001/archpedi.1986.02140220023017

9. Teles MG, Bianco SD, Brito VN, Trarbach EB, Kuohung W, Xu S, et al. A GPR54-activating mutation in a patient with central precocious puberty. N Engl J Med. 2008; 358(7):709–15. DOI: 10.1056/NEJMoa073443 [PubMed: 18272894]

App.0548

10. Luan X, Yu H, Wei X, Zhou Y, Wang W, Li P, et al. GPR54 polymorphisms in Chinese girls with central precocious puberty. Neuroendocrinology. 2007; 86(2):77–83. DOI: 10.1159/000107511 [PubMed: 17700012]

11. Silveira LG, Noel SD, Silveira-Neto AP, Abreu AP, Brito VN, Santos MG, et al. Mutations of the KISS1 gene in disorders of puberty. J Clin Endocrinol Metab. 2010; 95(5):2276–80. DOI: 10.1210/jc.2009-2421 [PubMed: 20237166]

12. Abreu AP, Dauber A, Macedo DB, Noel SD, Brito VN, Gill JC, et al. Central precocious puberty caused by mutations in the imprinted gene MKRN3. N Engl J Med. 2013; 368(26):2467–75. DOI: 10.1056/NEJMoa1302160 [PubMed: 23738509]

13. Macedo DB, Abreu AP, Reis AC, Montenegro LR, Dauber A, Beneduzzi D, et al. Central precocious puberty that appears to be sporadic caused by paternally inherited mutations in the imprinted gene makorin ring finger 3. J Clin Endocrinol Metab. 2014; 99(6):E1097–103. DOI: 10.1210/jc.2013-3126 [PubMed: 24628548]

14. Settas N, Dacou-Voutetakis C, Karantza M, Kanaka-Gantenbein C, Chrousos GP, Voutetakis A. Central precocious puberty in a girl and early puberty in her brother caused by a novel mutation in the MKRN3 gene. J Clin Endocrinol Metab. 2014; 99(4):E647–51. DOI: 10.1210/jc.2013-4084 [PubMed: 24438377]

15. Zhao Y, Chen T, Zhou Y, Li K, Xiao J. An association study between the genetic polymorphisms within GnRHI, LHbeta and FSHbeta genes and central precocious puberty in Chinese girls. Neurosci Lett. 2010; 486(3):188–92. DOI: 10.1016/j.neulet.2010.09.049 [PubMed: 20869425]

16. Freitas KC, Ryan G, Brito VN, Tao YX, Costa EM, Mendonca BB, et al. Molecular analysis of the neuropeptide Y1 receptor gene in human idiopathic gonadotropin-dependent precocious puberty and isolated hypogonadotropic hypogonadism. Fertil Steril. 2007; 87(3):627–34. DOI: 10.1016/j.fertnstert.2006.07.1519 [PubMed: 17140570]

17. Parent AS, Matagne V, Westphal M, Heger S, Ojeda S, Jung H. Gene expression profiling of hypothalamic hamartomas: a search for genes associated with central precocious puberty. Horm Res. 2008; 69(2):114–23. DOI: 10.1159/000111815 [PubMed: 18059092]

18. Park SW, Lee ST, Sohn YB, Cho SY, Kim SH, Kim SJ, et al. LIN28B polymorphisms are associated with central precocious puberty and early puberty in girls. Korean J Pediatr. 2012; 55(10):388–92. DOI: 10.3345/kjp.2012.55.10.388 [PubMed: 23133486]

19. Silveira-Neto AP, Leal LF, Emerman AB, Henderson KD, Piskounova E, Henderson BE, et al. Absence of functional LIN28B mutations in a large cohort of patients with idiopathic central precocious puberty. Horm Res Paediatr. 2012; 78(3):144–50. DOI: 10.1159/000342212 [PubMed: 22964795]

20. Carel JC, Eugster EA, Rogol A, Ghizzoni L, Palmert MR, et al. Group E-LGACC. Consensus statement on the use of gonado-tropin-releasing hormone analogs in children. Pediatrics. 2009; 123(4):e752–62. DOI: 10.1542/peds.2008-1783 [PubMed: 19332438]

21. Eksioglu AS, Yilmaz S, Cetinkaya S, Cinar G, Yildiz YT, Aycan Z. Value of pelvic sonography in the diagnosis of various forms of precocious puberty in girls. J Clin Ultrasound. 2013; 41(2):84–93. DOI: 10.1002/jcu.22004 [PubMed: 23124596]

22. Badouraki M, Christoforidis A, Economou I, Dimitriadis AS, Katzos G. Evaluation of pelvic ultrasonography in the diagnosis and differentiation of various forms of sexual precocity in girls. Ultrasound Obstetr Gynecol. 2008; 32(6):819–27. DOI: 10.1002/uog.6148

23. de Vries L, Horev G, Schwartz M, Phillip M. Ultrasonographic and clinical parameters for early differentiation between precocious puberty and premature thelarche. Eur J Endocrinol. 2006; 154(6):891–8. DOI: 10.1530/eje.1.02151 [PubMed: 16728550]

24. Herter LD, Golendziner E, Flores JAM, Moretto M, Di Domenico K, Becker E, et al. Ovarian and uterine findings in pelvic sonography: comparison between prepubertal girls, girls with isolated thelarche, and girls with central precocious puberty. J Ultrasound Med. 2002; 21(11):1237–46. [PubMed: 12418765]

25. Pienkowski C, Cartault A, Carfagna L, Ernoult P, Vial J, Lemasson F, et al. Ovarian cysts in prepubertal girls. Endocr Dev. 2012; 22:101–11. DOI: 10.1159/000326627 [PubMed: 22846524]

26. Pedicelli S, Alessio P, Scire G, Cappa M, Cianfarani S. Routine screening by brain magnetic resonance imaging is not indicated in every girl with onset of puberty between the ages of 6 and 8

years. J Clin Endocrinol Metab. 2014; 99(12):4455–61. DOI: 10.1210/jc.2014-2702 [PubMed: 25238205]

27. Ng SM. Cranial MRI scans are indicated in all girls with central precocious puberty. Arch Dis Child. 2003; 88(5):414–8. DOI: 10.1136/adc.88.5.414 [PubMed: 12716713]

28. Chalumeau M, Hadjiathanasiou CG, Ng SM, Cassio A, Mul D, Cisternino M, et al. Selecting girls with precocious puberty for brain imaging: validation of European evidence-based diagnosis rule. J Pediatr. 2003; 143(4):445–50. DOI: 10.1067/s0022-3476(03)00328-7 [PubMed: 14571217]

29. Mogensen SS, Aksglaede L, Mouritsen A, Sorensen K, Main KM, Gideon P, et al. Pathological and incidental findings on brain MRI in a single-center study of 229 consecutive girls with early or precocious puberty. PloS One. 2012; 7(1):e29829.doi: 10.1371/journal.pone.0029829 [PubMed: 22253792]

30. Carel JC, Roger M, Ispas S, Tondu F, Lahlou N, Blumberg J, et al. Final height after long-term treatment with triptorelin slow release for central precocious puberty: importance of statural growth after interruption of treatment. French Study Group of Decapeptyl in Precocious Puberty. J Clin Endocrinol Metab. 1999; 84(6):1973–8. DOI: 10.1210/jcem.84.6.5647 [PubMed: 10372696]

31. Pasquino AM, Pucarelli I, Accardo F, Demiraj V, Segni M, Di Nardo R. Long-term observation of 87 girls with idiopathic central precocious puberty treated with gonadotropin-releasing hormone analogs: impact on adult height, body mass index, bone mineral content, and reproductive function. J Clin Endocrinol Metab. 2008; 93(1):190–5. DOI: 10.1210/jc.2007-1216 [PubMed: 17940112]

32. Lazar L, Padoa A, Phillip M. Growth pattern and final height after cessation of gonadotropin-suppressive therapy in girls with central sexual precocity. J Clin Endocrinol Metab. 2007; 92(9):3483–9. DOI: 10.1210/jc.2007-0321 [PubMed: 17579199]

33. Carel JC, Lahlou N, Roger M, Chaussain JL. Precocious puberty and statural growth. Hum Reprod Update. 2004; 10(2):135–47. DOI: 10.1093/humupd/dmh012 [PubMed: 15073143]

34. Thodberg HH. Clinical review: an automated method for determination of bone age. J Clin Endocrinol Metab. 2009; 94(7):2239–44. DOI: 10.1210/jc.2008-2474 [PubMed: 19401365]

35. Mul D, Bertelloni S, Carel JC, Saggese G, Chaussain JL, Oostdijk W. Effect of gonadotropin-releasing hormone agonist treatment in boys with central precocious puberty: final height results. Horm Res. 2002; 58(1):1–7. DOI: 10.1159/000063209

36. Walvoord EC, Mazur T. Behavioral problems and idiopathic central precocious puberty: fact or fiction? Pediatr Endocrinol Rev. 2007; 4(S3):306–12.

37. Schoelwer MJ, Donahue KL, Bryk K, Didrick P, Berenbaum SA, Eugster EA. Psychological assessment of mothers and their daughters at the time of diagnosis of precocious puberty. Int J Pediatr Endocrinol. 2015; 2015(1):5.doi: 10.1186/s13633-015-0001-7 [PubMed: 25780366]

38. Badaru A, Wilson DM, Bachrach LK, Fechner P, Gandrud LM, Durham E, et al. Sequential comparisons of one-month and three-month depot leuprolide regimens in central precocious puberty. J Clin Endocrinol Metab. 2006; 91(5):1862–7. DOI: 10.1210/jc.2005-1500 [PubMed: 16449344]

39. Fuld K, Chi C, Neely EK. A randomized trial of 1- and 3-month depot leuprolide doses in the treatment of central precocious puberty. J Pediatr. 2011; 159(6):982–7.e1. doi:10.1016/j.jpeds.2011.05.036. [PubMed: 21798557]

40. Lee PA, Klein K, Mauras N, Lev-Vaisler T, Bacher P. 36-month treatment experience of two doses of leuprolide acetate 3-month depot for children with central precocious puberty. J Clin Endocrinol Metab. 2014; 99(9):3153–9. DOI: 10.1210/jc.2013-4471

41. Miller BS, Shukla AR. Sterile abscess formation in response to two separate branded long-acting gonadotropin-releasing hormone agonists. Clin Ther. 2010; 32(10):1749–51. DOI: 10.1016/j.clinthera.2010.09.009 [PubMed: 21194598]

42. Hirsch HJ, Gillis D, Strich D, Chertin B, Farkas A, Lindenberg T, et al. The histrelin implant: a novel treatment for central precocious puberty. Pediatrics. 2005; 116(6):e798–802. DOI: 10.1542/peds.2005-0538 [PubMed: 16322137]

43. Eugster EA, Clarke W, Kletter GB, Lee PA, Neely EK, Reiter EO, et al. Efficacy and safety of histrelin subdermal implant in children with central precocious puberty: a multicenter trial. J Clin En-docrinol Metab. 2007; 92(5):1697–704. DOI: 10.1210/jc.2006-2479

App.0550

44. Silverman, LA., Neely, EK., Kletter, GB., Lewis, K., Chitra, S., Terleckyj, O., Eugster, EA. J Clin Endocrinol Metab. Long-term continuous suppression with once-yearly histrelin subcutaneous implants for the treatment of central precocious puberty: a final report of a phase 3 multicenter trial. Epub 2015 Mar 24

45. Lewis KA, Goldyn AK, West KW, Eugster EA. A single histrelin implant is effective for 2 years for treatment of central precocious puberty. J Pediatr. 2013; 163(4):1214–6. DOI: 10.1016/j.jpeds. 2013.05.033 [PubMed: 23809043]

46. Rahhal S, Clarke WL, Kletter GB, Lee PA, Neely EK, Reiter EO, et al. Results of a second year of therapy with the 12-month histrelin implant for the treatment of central precocious puberty. Int J Pediatr Endocrinol. 2009; 2009:812517.doi: 10.1155/2009/812517 [PubMed: 19956699]

47. Davis JS, Alkhoury F, Burnweit C. Surgical and anesthetic considerations in histrelin capsule implantation for the treatment of precocious puberty. J Pediatr Surg. 2014; 49(5):807–10. DOI: 10.1016/j.jpedsurg.2014.02.067 [PubMed: 24851775]

48. Vottero A, Pedori S, Verna M, Pagano B, Cappa M, Loche S, et al. Final height in girls with central idiopathic precocious puberty treated with gonadotropin-releasing hormone analog and oxandrolone. J Clin Endocrinol Metab. 2006; 91(4):1284–7. DOI: 10.1210/jc.2005-1693 [PubMed: 16449342]

49. Pucarelli I, Segni M, Ortore M, Arcadi E, Pasquino AM. Effects of combined gonadotropin-releasing hormone agonist and growth hormone therapy on adult height in precocious puberty: a further contribution. J Pediatr Endocrinol Metab. 2003; 16(7):1005–10. [PubMed: 14513877]

50. Zhao X, Zhang Q. Clinical efficacy of letrozole in boys with idiopathic central precocious puberty. Chin J Contemp Pediatr. 2014; 16(4):397–400. DOI: 10.7499/j.issn.1008-8830.2014.04.018

51. Lewis KA, Eugster EA. Random luteinizing hormone often remains pubertal in children treated with the histrelin implant for central precocious puberty. J Pediatr. 2013; 162(3):562–5. DOI: 10.1016/j.jpeds.2012.08.038 [PubMed: 23040793]

52. Neely EK, Lee PA, Bloch CA, Larsen L, Yang D, Mattia-Goldberg C, et al. Leuprolide acetate 1-month depot for central precocious puberty: hormonal suppression and recovery. Int J Pediatr Endocrinol. 2010; 2010:398639.doi: 10.1155/2010/398639 [PubMed: 21437000]

53. Fisher MM, Lemay D, Eugster EA. Resumption of puberty in girls and boys following removal of the histrelin implant. J Pediatr. 2014; 164(4):912–6.e1. DOI: 10.1016/j.jpeds.2013.12.009 [PubMed: 24433825]

54. Magiakou MA, Manousaki D, Papadaki M, Hadjidakis D, Le-vidou G, Vakaki M, et al. The efficacy and safety of go-nadotropin-releasing hormone analog treatment in childhood and adolescence: a single center, long-term follow-up study. J Clin Endocrinol Metab. 2010; 95(1):109–17. DOI: 10.1210/jc.2009-0793 [PubMed: 19897682]

55. Poomthavorn P, Suphasit R, Mahachoklertwattana P. Adult height, body mass index and time of menarche of girls with id-iopathic central precocious puberty after gonadotropin-releasing hormone analogue treatment. Gynecol Endocrinol. 2011; 27(8):524–8. DOI: 10.3109/09513590.2010.507289 [PubMed: 21501002]

56. Franceschi R, Gaudino R, Marcolongo A, Gallo MC, Rossi L, Antoniazzi F, et al. Prevalence of polycystic ovary syndrome in young women who had idiopathic central precocious puberty. Fertil Steril. 2010; 93(4):1185–91. DOI: 10.1016/j.fertnstert.2008.11.016 [PubMed: 19135667]

57. Dajani, T., Reiner, B., Salem, G., Shea, H., Rappaport, M., Alzohaili, O., Van Meter, Q., Domek, D., Bethin, K., Kaplowitz, P., Klein, K., Merritt, D., Rose, S., Kletter, G., Aisenberg, J., Brenner, D., Rogers, D., Silverman, L., Lee, P., Gomez, R., Cassorla, F., Yang, J., Eugster, E., Flores, O., Wright, N. ClinicalTrials.gov [Internet]. National Library of Medicine (US), Bethesda (MD): 2014. Efficacy, safety, and pharmacokinetics (PK) of triptorelin 6-month formulation in patients with central precocious puberty. https://clinicaltrials.gov/ct2/show/NCT01467882

58. Pinilla L, Aguilar E, Dieguez C, Millar RP, Tena-Sempere M. Kisspeptins and reproduction: physiological roles and regulatory mechanisms. Physiol Rev. 2012; 92(3):1235–316. DOI: 10.1152/physrev.00037.2010 [PubMed: 22811428]

59. Hirsch HJ, Lahlou N, Gillis D, Strich D, Rosenberg-Hagen B, Chertin B, et al. Free alpha-subunit is the most sensitive marker of gonadotropin recovery after treatment of central precocious puberty with the histrelin implant. J Clin Endocrinol Metab. 2010; 95(6):2841–4. DOI: 10.1210/jc. 2009-2078 [PubMed: 20339028]

App.0551

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

---

**Key Points**

Molecular genetic etiologies of central precocious puberty (CPP) are beginning to be elucidated.

Evaluation of CPP should be based on a combination of clinical and biochemical factors, as each parameter has specific limitations.

The gold-standard treatment for CPP is gonadotropin-releasing hormone (GnRH) analogs (GnRHa).

GnRHa provide sustained high concentrations of GnRH, resulting in downregulation of the hypothalamic–pituitary–gonadal axis.

Multiple formulations of GnRHa exist. Although minor differences in gonadotropin levels are observed, all available GnRHa appear to be equally effective in terms of clinical parameters.

Long-term outcomes of children treated with GnRHa for CPP are reassuring with regard to fertility, body mass index, and bone mineral density.

---

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

App.0552

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Chen and Eugster

Page 15

**Table 1**

**Characteristics of the most frequently prescribed gonadotropin-releasing hormone analogs for the treatment of central precocious puberty**

| Treatment | Administration | Frequency | Dose | Adverse effects | Advantages | Disadvantages |
|---|---|---|---|---|---|---|
| Leuprolide acetate | Intramuscular | Monthly | 7.5 mg 11.25 mg 15 mg | Local reactions; pain at injection site; sterile abscess | | Frequent injections |
| | | 3-monthly | 11.25 mg 30 mg | | Less frequent dosing | |
| Triptorelin (available only in Europe) | Intramuscular | Monthly 3-monthly | 3.75 mg 11.25 mg | Local reactions; pain at injection site; sterile abscess | Less frequent dosing | Frequent injections |
| Histrelin implant | Subcutaneous | 1–2 years | 50 mg implants (65 mcg/day) | Discomfort at implant site; local reactions; sterile abscess; implant extrusion | Infrequent replacement; minimal opportunity for noncompliance | Conscious or general sedation may be required; implant breakage makes removal difficult |

*Paediatr Drugs*. Author manuscript; available in PMC 2018 March 27.

App.0553





## Journal of Sex & Marital Therapy

ISSN: (Print) (Online) Journal homepage: https://www.tandfonline.com/loi/usmt20

# The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence

## Michael Biggs

**To cite this article:** Michael Biggs (2022): The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2022.2121238

**To link to this article:** https://doi.org/10.1080/0092623X.2022.2121238



© 2022 The Author(s). Published with license by Taylor & Francis Group, LLC.

Published online: 19 Sep 2022.

Submit your article to this journal 🖉

View related articles 🔗

View Crossmark data 🔗

App.0554

JOURNAL OF SEX & MARITAL THERAPY
https://doi.org/10.1080/0092623X.2022.2121238



 OPEN ACCESS      Check for updates

# The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence

Michael Biggs

Department of Sociology, University of Oxford, Oxford, UK

**ABSTRACT**

It has been a quarter of a century since Dutch clinicians proposed puberty suppression as an intervention for "juvenile transsexuals," which became the international standard for treating gender dysphoria. This paper reviews the history of this intervention and scrutinizes the evidence adduced to support it. The intervention was justified by claims that it was reversible and that it was a tool for diagnosis, but these claims are increasingly implausible. The main evidence for the Dutch protocol came from a longitudinal study of 70 adolescents who had been subjected to puberty suppression followed by cross-sex hormones and surgery. Their outcomes shortly after surgery appeared positive, except for the one patient who died, but these findings rested on a small number of observations and incommensurable measures of gender dysphoria. A replication study conducted in Britain found no improvement. While some effects of puberty suppression have been carefully studied, such as on bone density, others have been ignored, like on sexual functioning.

The use of Gonadotropin-Releasing Hormone agonist (GnRHa) drugs to suppress puberty in "juvenile transsexuals" was first proposed in print in the mid-1990s (Gooren & Delemarre-van de Waal, 1996). Developed by three clinicians at Utrecht and Amsterdam, this intervention became known as the Dutch protocol. It rapidly became standard practice in the treatment of adolescents diagnosed with gender dysphoria (HBIGDA, 2001). This intervention has been described in several manifestos by its proponents (e.g. de Vries & Cohen-Kettenis, 2012; Delemarre-van de Waal, 2014; Delemarre-van de Waal & Cohen-Kettenis, 2006) and subjected to brief critical commentaries (Byng et al., 2018; Laidlaw et al., 2019; Levine et al., 2022). The aim of this paper to provide an historical account of the invention of the Dutch protocol and a critical review of the evidence that has accumulated in the quarter of a century since it was proposed.

Before proceeding, some definitions are in order. Gender dysphoria will be used here to describe a persistent desire to become the opposite sex (Zucker, 2010). Medical terminology has changed over time, from "gender identity disorder" and "transsexualism" (both introduced in the *Diagnostic and Statistical Manual of Mental Disorders–III* in 1980) to "gender dysphoria" (as renamed in the 2013 *DSM–5*) and "gender incongruence" (as renamed in the 2019 *International Classification of Diseases–11*). There is no need to dwell on these diagnostic criteria because the condition in practice is defined by the patient's wish for endocrinological and surgical interventions. In the nomenclature of transgender medicine, "puberty blockers" denote GnRHa drugs (alternatively known as Luteinizing Hormone-Releasing Hormone agonists) which stop the production of sex hormones.[1] Drugs in this class include triptorelin (branded Decapeptyl or

**CONTACT** Michael Biggs ✉ michael.biggs@sociology.ox.ac.uk 🏛 Department of Sociology, University of Oxford, UK

© 2022 The Author(s). Published with license by Taylor & Francis Group, LLC.
This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivatives License (http://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited, and is not altered, transformed, or built upon in any way.

App.0555

Gonapeptyl), which is used in the Netherlands and Britain, and leuprorelin (branded Lupron) in North America. GnRHa drugs are licensed to treat several medical conditions including precocious puberty in children; endometriosis and uterine fibroids in women; and advanced prostate cancer and sexual deviance in men. The drugs have never been licensed as a treatment for gender dysphoria.

The paper begins by describing how puberty suppression was invented, primarily by the psychologist Peggy Cohen-Kettenis, in the 1990s. It reveals the gap between the protocol described in formal manifestos and actual clinical practice. The second section examines the rationale for this intervention, focusing on two claims—that GnRHa is reversible and that it serves as diagnosis—and two omissions—the association between gender dysphoria and homo-sexuality and the effect of GnRHa on sexual development. The third section traces the international adoption of the Dutch protocol. The fourth section scrutinizes evidence from an early cohort of 70 adolescents subjected to puberty suppression at the Amsterdam clinic (de Vries et al., 2011, 2014). This cohort provides the only significant evidence that GnRHa followed by cross-sex hormones and surgery results in improved psychological function and reduced gender dysphoria. The evidence is less persuasive than it appears: the number of observations was considerably fewer than 70, the reported reduction in gender dysphoria depended on incommensurable scales, and the outcomes omit one patient who died because puberty suppression dictated a riskier vaginoplasty. The fifth section pursues the British study designed to replicate the Dutch one; it was withheld from publication for some years, presumably because puberty suppression in this sample failed to improve gender dysphoria or psychological functioning. The poor quality of American studies is also noted. The final section evaluates evidence for the side effects of GnRHa. The negative effect on the accrual of bone mass is well studied, while there is increasing evidence for negative effects on cognitive and emotional development and on sexual functioning.

## Origins of the Dutch protocol

Transsexualism as a concept emerged in the mid-twentieth century, following the discovery of cross-sex hormones and advances in plastic surgery (Hausman, 1995). Novel physical interventions were justified by the new theoretical construct of "gender identity" invented by American psychologists and psychiatrists, most notably John Money (1994). Gender identity was conceived as developing in infancy (e.g. Green, 1968), but physical interventions for transsexuals under the age of 18 were vanishingly rare. Money in 1973 advised a doctor to prescribe testosterone to a 15-year-old girl and even to consider mastectomy—but he was unusually reckless and there is no evidence that his advice was followed (Gill-Peterson, 2018, pp. 163–164). Specialist clinics for children and adolescents with gender identity problems were founded in Toronto in 1975, in Utrecht in 1987, and in London in 1989. They provided counseling. Cross-sex hormones had to wait until the patient was referred to an adult clinic, at an age ranging from 16 to 18 (Bradley & Zucker, 1990). Surgeries were not performed under the age of 18 (Petersen & Dickey, 1995). Referrals of children were rare. The London clinic—the only specialized clinic for children with gender dysphoria in the United Kingdom—over its first decade accepted an annual average of 14 patients (Di Ceglie, 2018). In its first seven years the Utrecht clinic averaged 9 per year (Cohen-Kettenis, 1994).

Lowering the age of intervention was driven by the founder of the Utrecht children's clinic, Peggy Cohen-Kettenis. She had established herself in the field of gender medicine in the 1980s, presenting research to international conferences of the Harry Benjamin International Gender Dysphoria Association (HBIGDA), which had been formed by clinicians and academics. She eventually became professor of psychology in the Department of Child and Adolescent Psychiatry at University Medical Center Utrecht (Everaerd et al., 2014). She was closely connected to clinicians at VU Medical Center Amsterdam (affiliated with Vrije Universiteit Amsterdam), which housed the country's clinic for adult transsexuals.

App.0556

Cohen-Kettenis believed that transsexuals would experience better outcomes if they started treatment before adulthood. By the mid-1990s, she was referring some patients aged 16 and 17 to the Amsterdam clinic for endocrinological intervention prior to cross-sex hormones (Cohen-Kettenis, 1994). Males were given an antiandrogen, cyproterone acetate, which prevented erections and caused breast tissue to grow; females were given progestin to stop menstruation (Gooren & Delemarre-van de Waal, 1996). Johanna, for example, "fulfilled all necessary requirements for early treatment": she did not favor girly things (though neither did her sisters), she was fond of soccer, she never dated in school (perhaps not surprising given that she was homosexual), and her parents discovered her wearing a tight t-shirt to conceal her breasts (Cohen-Kettenis et al., 1998, p. 124). Brought to the clinic at 17, she was prescribed progestin for four months and then testosterone. Within two years Jaap (as Johanna had become) underwent mastectomy, hysterectomy, and oophorectomy, and obtained a new birth certificate. Evidence to support such early treatment came from the first 22 patients from the Utrecht clinic, interviewed in their twenties, from one to five years after surgery (Cohen-Kettenis & van Goozen, 1997; Kuiper & Cohen-Kettenis, 1988). They were compared to a larger group of transsexuals who had transitioned later in adulthood in previous decades (Kuiper and Cohen-Kettenis 1988). Her former patients showed better psychological functioning and "more easily pass in the desired gender role" (Cohen-Kettenis & van Goozen, 1997, p. 270). One problem with the comparison is that they had transitioned in a more tolerant era. Another is the fact that they were still young; most had no sexual partner. Moreover they had not reached an age at which they might regret their inability to conceive children. (This group has not since been followed up.) Cohen-Kettenis' initiative was praised by Money: he singled out her contribution to a conference in London as "the bravest" (1998, p. xviii).

Cohen-Kettenis had two collaborators at Amsterdam. One was Henriette Delemarre-van de Waal, a pediatric endocrinologist. She had expertise using the new GnRHa drugs—developed in the 1980s—to treat precocious puberty and other conditions (e.g. Schroor et al. 1995). The other was Louis Gooren, a psychiatrist and endocrinologist who was installed as the world's first professor of transsexuality in 1989. His inaugural professorial lecture was addressed by Cohen-Kettenis and by Money, who flew over from Johns Hopkins University (Nederlands Tijdschrift voor Geneeskunde 1989). Like the pioneering generation who created transsexualism, Gooren saw gender dysphoria as an intersex condition: "there is a contradiction between the genetic, gonadal and genital sex on the one hand, and the brain sex on the other" and therefore "we must provide them with reassignment treatment which meets their needs" (Gooren, 1993, p. 238). This hypothesis was apparently vindicated when he coauthored an article in *Nature* showing that the volume of the central subdivision of the bed nucleus of the stria terminalis in six male-to-female transsexuals was closer to the volume found in females than in males (Zhou et al., 1995). "Unfortunately," as he recently acknowledged, "the research has never been replicated" (Gooren, 2021, p. 50; see also Kreukels & Burke, 2020).

GnRHa was introduced as a treatment for gender dysphoria in two articles. Gooren and Delemarre-van de Waal (1996) proposed the "Feasibility of Endocrine Interventions in Juvenile Transsexuals." More influential was a case study of the first "adolescent transsexual" treated with GnRHa (Cohen-Kettenis and van Goozen 1998). From the age of 5, FG "had made it very clear that I was supposed to be a boy" (FG, 2021, p. 131). It later transpired that FG was sexually attracted to women. FG's father, an Italian with traditional views on gender, disapproved of his daughter's masculinity, and serious conflict ensued. Extensive psychotherapy did not improve matters; FG wrote a suicide note at the age of 12. When FG was 13, Delemarre-van de Waal prescribed triptorelin.[2] Three years later, around 1990, FG came to the Utrecht gender clinic, and Cohen-Kettenis was impressed by FG's "boyish appearance" (Cohen-Kettenis, 2021, p. 115). The clinic provided therapy and introduced FG to other adolescent girls who identified as transsexual. (Whether FG was introduced to any adolescents who identified as lesbian is not recorded.) FG's puberty suppression continued until the age of 18, when testosterone commenced, followed by multiple surgeries: mastectomy, hysterectomy, oophorectomy, and

metaidoioplasty. Awaiting the last surgery at the age of 20, FG was "happy with his life" and "never felt any regrets"; gender dysphoria was apparently cured (Cohen-Kettenis & van Goozen, 1998, p. 247).

Puberty suppression remained exceptional for some years. By 2000, GnRHa had been administered to only 7 children under the age of 16 (Cohen-Kettenis et al., 2000). The new treatment regime was codified at VU Medical Center in Amsterdam, where Cohen-Kettenis was appointed professor of medical psychology in 2002, moving with her clinic. The "Dutch protocol" was published in an influential article in 2006, supported financially by Ferring Pharmaceuticals, the manufacturer of triptorelin (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. S137). GnRHa could be administered to transsexuals as young as Tanner stage 2—marked by the first growth of pubic hair and for girls by budding breasts and for boys by growing testicles—as long as they had reached the age of 12. The adolescent would usually then begin "to live permanently in the role of their desired sex" (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. S132). After some years of puberty suppression, the youth would start cross-sex hormones at the age of 16 and then surgeries at the age of 18. Eligibility criteria for puberty suppression appeared strict. First, gender dysphoria should have begun early in childhood, and dysphoria should have worsened with the onset of puberty. Second, the patient should be psychologically stable, and not suffer from other mental health problems. Third, the patient should have support from their family. As the protocol was formalized, the number of children undergoing puberty suppression increased markedly. Between 2000 and 2008, GnRHa was prescribed to 111 children, about one per month (de Vries et al., 2011). One of them was Valentijn de Hingh, the subject of a television documentary (Nietsch, 2007). After a teacher was disconcerted by the boy's passion for dolls, de Hingh at the age of 5 was diagnosed with gender dysphoria by Cohen-Kettenis (de Hingh, 2021). GnRHa was administered from the age of 12 in 2002.

The protocol as published was not always strictly followed by the clinicians. The minimum age of 12 for puberty suppression was not observed in every case (de Vries, 2010, p. 104). De Hingh had regular endocrinological checkups from the age of 10, presumably so that puberty suppression could commence as soon as Tanner stage 2 was reached. Likewise, cross-sex hormones sometimes started before the age of 16, as young as 13.9 years (de Vries et al., 2011, p. 2278). Family support was not essential, as the clinic administered GnRHa to a 14-year-old—who was institutionalized due to a physical handicap—against the parents' objections (Cohen-Kettenis and Pfäfflin 2003). A British television documentary from the mid-1990s provides a glimpse of actual practice (Morse, 1996). *The Wrong Body* took three English young people to Amsterdam and Utrecht, to see transgender medicine at its most advanced. Fredd Foley, aged 13, met Gooren to learn about puberty suppression; this was around the time it was proposed in the medical literature (Gooren and Delemarre-van de Waal 1996). After returning to England and being refused GnRHa by the London clinic, Foley's mother telephoned Gooren who agreed to write a three-month prescription of triptorelin. "If your child knows for sure he is transsexual," he said, "I would not let puberty happen." Gooren's willingness to prescribe drugs for a child in another country, met briefly in front of the cameras, against the wishes of the child's own psychiatrist, hints that the assessment process was not always as rigorous as portrayed in the published literature. As Cohen-Kettenis said in the documentary, "it's very difficult to give exact criteria, in some cases you have the feeling that the adolescent has thought about it and knows pretty well what she or he is doing."

## The Dutch protocol scrutinized

The Dutch protocol comprised not just a drug (GnRHa) and a treatment regime (from age 12 or Tanner stage 2) but also two discursive claims. The first was reversibility. The initial article declared GnRHa to be "fully reversible; in other words, no lasting undesired effects are to be expected" (Gooren & Delemarre-van de Waal, 1996, p. 72). The phrasing hinted at the lack of actual evidence. Suppressing puberty for a short time, on the order of months, might be expected

to have a negligible effect on a child's development. Yet the Dutch protocol entailed suppression for up to four years (from age 12 to 16); for FG it lasted at least five years (from 13 to 18). It was implausible to claim that suppressing puberty for so many years would have no lasting effect if the child were to stop GnRHa and restart their natal sex hormones. On occasion this was acknowledged, as when Delemarre-van de Waal and Cohen-Kettenis' (2006, p. S137) manifesto stated that "It is not clear yet how pubertal suppression will influence brain development." Ten years later, however, Cohen-Kettenis still claimed that puberty suppression was "completely reversible" (Cohen-Kettenis, 2016; see also de Vries et al., 2016). The postulate of reversibility, however implausible, helped to avoid the question of whether a child aged 12 (or below) could give consent to this endocrinological experiment. HBIGDA's Standards of Care warned that cross-sex hormones "are not, or are not readily, reversible" (HBIGDA, 1985, p. 83). By pronouncing GnRHa to be reversible, the Dutch protocol demarcated a boundary between one endocrinological intervention and another.

The second claim was that puberty suppression was a diagnostic tool. The case study of FG described GnRHa as an "aid in diagnosis and treatment" (Cohen-Kettenis & van Goozen, 1998). This echoed the conception of cross-sex hormones as "both therapeutic and diagnostic in that the patient requesting such therapy either reports satisfaction or dissatisfaction regarding the results" (HBIGDA, 1985, p. 85). GnRHa was posited to provide space for therapeutic exploration of gender identity, without the pressure of the physical changes accompanying puberty (Delemarre-van de Waal & Cohen-Kettenis, 2006). This claim was plausible, though it was also plausible that stopping normal cognitive, emotional, and sexual development would impede such exploration. In the event, the Dutch clinicians found that the diagnostic test invariably yielded the same result: "none of the [54] patients who were selected for pubertal suppression has decided to stop taking GnRHa" (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. S136). This might be explained by a rigorous selection process. An alternative explanation is that puberty suppression becomes a self-fulfilling prophecy. Subsequent experience in the Netherlands and in other countries confirms the fact that 96%–98% of children who undergo puberty suppression continue to cross-sex hormones (Brik et al., 2020; Carmichael et al., 2021; Wiepjes et al., 2018).

The framing of GnRHa as diagnostic circumvented a problem recognized in the earliest articles. "Not all children with GID [Gender Identity Disorder] will turn out to be transsexuals after puberty," acknowledged Cohen-Kettenis and Gooren (1999, p. 319). "Prospective studies of GID boys show that this phenomenon is more closely related to later homosexuality than to later transsexualism." They cited three longitudinal studies of feminine boys (Green, 1987; Money & Russo, 1979; Zuger, 1984).[3] The best known is Richard Green's attempt at "studying pretranssexuals" by selecting a group of "sissy boys" (Green, 1987, p. 12). After fifteen years, to his surprise, only one out of 44 was contemplating transsexuality, whereas two thirds had become bisexual or homosexual men. Given such studies, Cohen-Kettenis concluded that "most GID children under 12 will not grow up to become transsexuals" (Cohen-Kettenis & van Goozen, 1997, p. 246). These findings were downplayed in subsequent publications; the key manifestos for the Dutch protocol did not mention homosexuality and did not cite any study of feminine boys (Cohen-Kettenis et al., 2008; Delemarre-van de Waal & Cohen-Kettenis, 2006). The assertion that "GID persisting into early puberty appears to be highly persistent" rested on slender evidence (Cohen-Kettenis et al., 2008, p. 1895). The only relevant cited source described adolescents who had been first assessed at ages ranging from 13 to 18, a range extending well beyond early puberty (Smith et al., 2001). This source did not support the hypothesis that the probability of gender dysphoria persisting to adulthood jumped suddenly on the cusp of age 12, from under 50% to virtually 100%. What is known is that most adolescents subjected to puberty suppression were homosexual. Of the first 70 adolescents referred to the Amsterdam clinic from 2000 to 2008 and given GnRHa, 62 were homosexual while only 1 was heterosexual (de Vries et al., 2011).

The crucial advantage of puberty suppression was creating "individuals who more easily pass in to the opposite gender role" (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. 155). The emphasis was on external appearance, especially height.[4] That word appears 23 times in

Delemarre-van de Waal's review of puberty suppression (Delemarre-van de Waal, 2014). There is one cursory reference to "loss of fertility." The words orgasm, libido, and sexuality do not appear. This is curious because it was well known that men taking GnRHa for prostate cancer experience complete loss of erotic interest (Marumo et al., 1999). The drug is therefore licensed to chemically castrate men with sexual obsessions. Gooren was an early advocate for this usage. He warned that the side effects "may be very uncomfortable" for men with paraphilias (Gijs & Gooren, 1996, p. 279); no such warning accompanied his recommendation of the same drug for adolescents experiencing gender dysphoria. The Dutch clinicians did not ask whether blocking the normal development of erotic desire would affect their patients' understanding of their own body and their interest in future sexual and romantic relationships.

One significant disadvantage of puberty suppression for males was not mentioned in the 2006 manifesto for the Dutch protocol, though it had been raised at a conference in the previous year (GIRES, 2005). Stopping sexual development meant the penis did not grow, and so "the genital tissue available for vaginoplasty may be less than optimal" (Cohen-Kettenis et al., 2008, p. 1895). This made it more likely that the orifice would need to be lined with a portion of the patient's intestine rather than the inverted penis (van de Grift et al., 2020). Out of 49 patients at Amsterdam who started GnRHa at Tanner stage 2 or 3, 71% required intestinal vaginoplasty (van der Sluis et al., 2021). This procedure is more invasive, requiring a second surgical site, and it entails greater risk of complications such as rectal fistula. Surgical techniques have been refined so that the "possible occurrence of intestinal discharge could be kept under control" (Bouman, 2021, p. 141), but one quarter of the patients need further corrective surgeries (Bouman et al., 2016).

## International adoption of the Dutch protocol

The Dutch protocol immediately attracted interest in other countries. Cohen-Kettenis and Gooren were already prominent in the field of transgender medicine, exemplified by their election to the Board of Directors of HBIGDA (the former served two four-year terms from 1995 and 2003, while the latter served one term from 1999). Puberty suppression soon entered HBIGDA's Standards of Care in the Sixth Version, approved in 2001. It closely followed the Dutch protocol, but did not specify any minimum age. It was "recommended that the adolescent experience the onset of puberty in his or her biologic sex, at least to Tanner stage Two," while also allowing earlier intervention on the recommendation of more than one psychiatrist (HBIGDA, 2001, p. 10). Recall that the published evidence for the benefits of puberty suppression then comprised a single case study of one patient—FG—awaiting final surgery.

In the United States, adoption was led by Norman Spack, a pediatric endocrinologist. More than once he recalled "salivating" at the prospect of treating patients with GnRHa (Hartocollis 2015; Spack 2008, xi). In 2007 he cofounded the Gender Management Service at Boston Children's Hospital, which was the first dedicated clinic for transgender children in America. Its program was based on the Dutch model; the hospital sent a psychologist to Amsterdam to be trained by Cohen-Kettenis (Tishelman et al., 2015). From the outset the Boston clinic offered GnRHa at Tanner stage 2 or 3 with no minimum age (Spack et al. 2012). Spack joined Cohen-Kettenis, Gooren, and Delemarre-van de Waal on the Endocrine Society's committee tasked with writing their first clinical guidelines for "transsexual persons," which recommended GnRHa for children at Tanner stage 2 or 3 (Hembree et al., 2009). "There was an attitudinal shift to be able to say that the Endocrine Society supports this," he later recalled (Ruttimann, 2013, p. 19). The shift is visible in data from 43 children's hospitals on prescriptions of one GnRHa drug (histrelin acetate): it was never prescribed for gender dysphoria between 2004 and 2009 and was then prescribed to 92 patients from 2010 to 2016, most in the final years of the period (Lopez et al., 2018).

Oprah Winfrey Television broadcast the documentary *I Am Jazz: A Family in Transition* in 2011 (Stocks, 2011). Its dramatic structure was similar to *The Wrong Body*, focusing on the

App.0560

looming threat of puberty as Jazz Jennings reached the age of 11. Jennings had been diagnosed with gender dysphoria at the age of 3 and had appeared on national television at the age of 7, when the family created the TransKids Purple Rainbow Foundation (Jennings & Jennings, 2016). The documentary showed the family consulting with a pediatric endocrinologist, who confirmed that Tanner stage 2 had been reached. The denouement was not shown, but Jenning's mother was clear: "you have to kinda nip puberty in the bud, you want to block it" (Stocks, 2011). Jennings did indeed commence puberty suppression some months later. The number of clinics for "gender-nonconforming children and adolescents" multiplied, and within a few years 32 of them advertised puberty blockers (Hsieh & Leininger, 2014).

England provides an example of adoption driven by patients rather than clinicians. *The Wrong Body* had promoted the Dutch approach to 3 million viewers (Nataf, 1999). Dissatisfaction at the cautious policy of the London clinic—still headed by its founder, Domenico Di Ceglie—became increasingly vocal. Sustained pressure came from the parents of children who identified as transgender, organized in the Gender Identity Research and Education Society (GIRES) and Mermaids. GIRES obtained funding from medical charities to organize an international symposium in London in 2005 to develop consensus guidelines for endocrinological intervention, which was attended by Cohen-Kettenis, Delemarre-van de Waal, and Spack. GIRES (2006) warned that "those who can in any way afford to do so have to consider taking their children to the USA." The first was Susie Green, later the chief executive of Mermaids. In 2007 she took her son Jackie, aged 12, to Boston to obtain GnRHa from Spack (Sloan, 2011). A presentation at Mermaids instructed parents in this medical tourism (Mermaids, 2007). Spack treated seven more British children over the next few years (Glass, 2012). The conflict between parents and clinicians climaxed in 2008, with two clashing conferences. The Royal Society of Medicine organized a meeting on adolescent gender dysphoria, which drew criticism for the lack of overseas speakers advocating for puberty blockers, even though it had invited Delemarre-van de Waal. The cofounder of GIRES, whose child had transitioned in their late teens two decades earlier, used the new epithet "transphobic" to describe the cautious clinicians (Groskop, 2008). Richard Green—the author of *Sissy Boys*, then in London as a visiting professor—quickly organized a rival conference to demand puberty suppression (Green, 2008). Speakers included the usual cast of clinicians, including Spack, and also patients and their parents, including two Dutch transgender adolescents. The demand for puberty suppression was becoming irresistible.

Di Ceglie was soon replaced as director of the London clinic (renamed the Gender Identity Development Service and located at the Tavistock and Portman NHS Foundation Trust) by Polly Carmichael, a clinical psychologist. The clinic in 2011 began to offer GnRHa from the age of 12, initially as part of an experimental study (Biggs, 2019b, 2019c). Before any outcomes were published, Carmichael declared success: "Now we've done the study and the results thus far have been positive we've decided to continue with it" (Manning and Adams, 2014). She even appeared on BBC Children's Television to promote puberty suppression, in a documentary about a 13-year-old girl who wanted to be a boy, Leo. Carmichael reassured Leo about GnRHa: "the good thing about it is, if you stop the injections, it's like pressing a start button and the body just carries on developing as it would if you hadn't taken the injection" (Niland, 2014). In 2015 the National Health Service adopted a policy of offering GnRHa for adolescents at Tanner stage 2, without age restriction (NHS England, 2015).

## Evidence from the Amsterdam clinic

By the mid-2010s, then, the Dutch protocol was established as the standard for transgender medicine. It was apparently vindicated when longitudinal data was published on a cohort of 70 adolescents referred to the clinic between 2000 and 2008 and then subjected to puberty suppression. The lead author, Annelou de Vries, received her doctorate under the supervision of Cohen-Kettenis. Outcomes were initially measured as the patient was transitioning from GnRHa to cross-sex hormones, at ages ranging from 14 to 19. "Behavioral and emotional problems and

depressive symptoms decreased, while general functioning improved" (de Vries et al., 2011, p. 2276). Outcomes were subsequently measured soon after the patient's final surgery (vaginoplasty or mastectomy and hysterectomy with oophorectomy), at ages ranging from 19 to 22. The authors concluded that "gender dysphoria had resolved, psychological functioning had steadily improved, and well-being was comparable to same-age peers" (de Vries et al., 2014, p. 696).

When scrutinized, however, the evidence is less persuasive. The sample was small: final outcome measures were available for subsets of patients numbering between 32 and 55. The finding that gender dysphoria had resolved depended on the Utrecht Gender Dysphoria Scale and the Body Image Scale, which have separate questionnaires for each sex. The researchers switched versions over the course of the study (Levine et al., 2022). A boy who wanted to become a girl, for example, answered the male questionnaires at baseline before puberty suppression, and then the female versions following surgery—so would be rating agreement with the statement "I hate menstruating because it makes me feel like a girl" (C. Schneider et al., 2016) and satisfaction with "ovaries-uterus" (Lindgren & Pauly, 1975). The inclusion of such meaningless questions compromises the measurement of change in gender dysphoria. The results after surgery exclude eight patients who refused to participate in the follow-up or were ineligible for surgery, and one patient killed by necrotizing fasciitis during vaginoplasty. The authors did not mention the fact that this death was a consequence of puberty suppression: the patient's penis, prevented from developing normally, was too small for the regular vaginoplasty and so surgery was attempted with a portion of the intestine, which became infected (Negenborn et al., 2017). A fatality rate exceeding 1% would surely halt any other experimental treatment on healthy teenagers.

One inevitable limitation of the study was the measurement of results soon after surgery, which repeated the problem with the first study of adolescent transsexuals (Cohen-Kettenis & van Goozen, 1997). As Cohen-Kettenis notes, "a truly proper follow-up needs to span a minimum period of 20 years" (Cohen-Kettenis, 2021, pp. 117–118). A subsequent follow-up of this cohort is in preparation (Bazelon, 2022). The only long-term outcome published in the literature is that of the very first patient, FG, who was followed up again at the age of 35. FG did not regret transition, but scored high on the measure for depression. Owing to "shame about his genital appearance and his feelings of inadequacy in sexual matters," he could not sustain a romantic relationship with a girlfriend (Cohen-Kettenis et al., 2011, p. 845). Ironically, a "strong dislike of one's sexual anatomy" is one of the diagnostic criteria for gender dysphoria in children (according to DSM-5), and so in this respect it is not clear how the dysphoria had been resolved. The clinicians were more interested in FG's height, which they compared punctiliously to the Italian as well as the Dutch height distribution. Cohen-Kettenis concluded that "the negative side effects are limited" (Cohen-Kettenis et al., 2011, p. 843). Delemarre-van de Waal's (2014, p. 194) summary was even more optimistic: "He was functioning well psychologically, intellectually, and socially." Now aged 48, FG has given two recent interviews. FG's situation seems to have improved, and he now has a serious girlfriend. He describes puberty suppression as "life-saving" in his case (FG, 2021, p. 132) but also recommends that it should require a significant assessment process (Bazelon, 2022). In a recent interview, Valentijn de Hingh, who at the age of 31 now identifies as non-binary, emphasizes that "diagnosis and treatment at a young age were not wrong." At the same time, de Hingh wonders "wasn't that very young? To have been seeing a psychologist, having been examined and diagnosed from the age of five" (de Hingh, 2021, p. 182).

## Replicating the Dutch results

An international study of puberty suppression—involving London and Boston as well as Amsterdam—was first mooted in 2005 (GIRES, 2005). The Boston clinic dropped out, but eventually an experiment along Dutch lines was begun in London in 2010. The entry criteria were "consistent with the protocol used at the Amsterdam Gender Clinic" (Viner et al., 2010, p. 6) and the outcome measures replicated those used by the Amsterdam longitudinal study (de

Vries et al., 2011, 2014). From 2011 to 2014, 44 adolescents aged from 12 to 15 years commenced puberty suppression. Outcomes for all subjects after two years on GnRHa were thus collected by 2016. Preliminary results were presented to the World Professional Association for Transgender Health (as HBIGDA had been renamed) in Amsterdam. In her keynote address, Carmichael observed that "our results have been different to the Dutch" (Carmichael, 2016). According to one presentation, adolescents after one year of GnRHa "report an increase in internalising problems and body dissatisfaction, especially natal girls" (Carmichael et al., 2016). Another presentation was also negative: "Expectations of improvement in functioning and relief of the dysphoria are not as extensive as anticipated, and psychometric indices do not always improve nor does the prevalence of measures of disturbance such as deliberate self harm improve" (Butler, 2016). These conference papers were not published as articles, following the typical fate of medical experiments that fail to produce positive results (Johnson & Dickersin, 2007).

Instead, the London clinic published an article claiming that "adolescents receiving also puberty suppression had significantly better psychosocial functioning after 12 months of GnRHa … compared with when they had received only psychological support" (Costa et al., 2015, p. 2206). The group subjected to puberty suppression were aged between 13 and 17, and must have included some of the 44 experimental subjects. This group comprised 101 adolescents at the outset, diminishing to 35 after twelve months. This high rate of attrition was not explained in the article. Anyway, the data showed no statistically significant difference between the group given GnRHa and counseling and the group given only counseling (Biggs, 2019a).

The full outcomes from the experiment were published following a protracted campaign involving publicity in newspapers and television (e.g. Tominey & Walsh, 2019), complaints to the ethics committee which approved the research (Health Research Authority, 2019), a Parliamentary question (Blackwood of North Oxford, 2019), and a judicial review (Keira Bell and Mrs A v Tavistock NHS Trust, 2020). Out of the 44 subjects in the experiment, all but one transitioned to cross-sex hormones. Outcomes were taken after 12 months of puberty suppression for all patients, and after 24 months for the subset waiting to reach the age of 16 when they could start cross-sex hormones. The headline finding was that "GnRHa treatment brought no measurable benefit nor harm to psychological function in these young people," and gender dysphoria likewise did not improve (Carmichael et al., 2021, p. 20). This is all the more surprising because a placebo response would be expected in patients who had volunteered to pioneer this intervention in Britain (Kirsch, 2019). There was no disaggregation by sex, which is unfortunate because outcomes were evidently worse for natal girls than for boys (Biggs, 2020; Carmichael et al., 2016).

The researchers did not compare their findings to the outcomes from the Amsterdam clinic after puberty suppression (de Vries et al., 2011). Comparison is undertaken here, using available data on two question batteries.[5] The Youth Self-Report (YSR) enables the adolescent to describe their problems, while the Child Behavior Checklist (CBCL) provides a parent's assessment. YSR and CBCL each yield three *T*-scores: one for Internalizing Problems like anxiety; one for Externalizing Problems like anger; and a Total Problem score, combining these two along with other problems such as social isolation (Achenbach & Rescorla, 2001). *T*-scores are normalized relative to reference scores (for males and for females aged 12–18), with a mean of 50 and standard deviation of 10. The Amsterdam clinic reported these measures for 54 subjects, compared to 41 for the London clinic. The two samples were similar at the outset of puberty suppression: the mean age at Amsterdam was 14.8, the median at London was 13.6; females comprised 53% of the Amsterdam sample, 43% of the London one. Figure 1 depicts the mean scores at baseline before the commencement of puberty suppression, along with the 95% confidence interval. There was no discernible difference between the Amsterdam and London samples in any component of CBCL or YSR. At the Amsterdam clinic, the subjects completed the questionnaires again when they transitioned to cross-sex hormones, after a mean of 1.9 years. At the London clinic, the questionnaires were completed at 12-month intervals, and so I take the latest available before the end of puberty suppression; the mean duration is 1.4 years. Figure 2



**Figure 1.** Psychological functioning before puberty suppression with GnRHa. The circle shows the mean *T*-score at baseline. The line traces the 95% confidence interval. *N* = 54 at Amsterdam, 41 at London. Data from de Vries et al. (2011, Table 2) and Carmichael et al. (2021).



**Figure 2.** Change in psychological functioning after puberty suppression with GnRHa. The bar shows the change in *T*-score from baseline; negative values indicate reduced problems. The line traces the 95% confidence interval. *N* = 54 at Amsterdam, 41 at London. Data reported from de Vries et al. (2011, Table 2) and Carmichael et al. (2021).

shows how the scores changed since baseline. The Amsterdam sample improved—fewer problems were reported by the subjects and their parents—on all six measures (*p* = .000004 … .003). The London sample, by contrast, experienced no discernible change (*p* = .16 … .82). With one exception (YSR Externalizing Problems), the differences between the change in Amsterdam and the change in London are statistically significant (*p* = .0006 … .03, assuming equal variance).

   The London clinic's failure to replicate the positive results found by the Amsterdam clinic after puberty suppression demonstrates that the Dutch results cannot be extrapolated to other countries. The reason for the failure to replicate could perhaps lie in the quality of care offered by the clinics or in the characteristics of their patients. Although the two samples had indistinguishable baseline scores on YSR and CBCL, on another measure of psychological functioning—the Children's Global Assessment Scale (CGAS), which is scored by the clinician—the adolescents attending the London clinic were significantly worse at the outset. This fits the general pattern in adolescents referred to European gender clinics: those at Amsterdam have fewer psychological problems and better peer relationships than those at London (de Graaf et al., 2018). The failure

JOURNAL OF SEX & MARITAL THERAPY  11

to replicate could simply exemplify a general phenomenon in medicine (and science generally): a large effect found in a nonrandomized study with a small sample usually either declines in magnitude or disappears altogether in subsequent studies (e.g. Ioannidis, 2005). Given the London clinic's failure to find favorable results after puberty suppression, it has no incentive to follow up the 43 subjects who transitioned to cross-sex hormones and potential surgery. It loses track of all its patients after the age of 18, blaming "the frequent change in nominal and legal identity, including NHS number in those referred on to adult services" (Butler et al., 2018, p. 635).

One other clinic has published a comparable longitudinal study of puberty suppression. The Hamburg Gender Identity Service followed 11 adolescents who were administered GnRHa for an average of one year, but such a tiny sample provides insufficient statistical power for any conclusions (Becker-Hebly et al., 2021). Three American studies of puberty suppression have been published: from Stony Brook (Achille et al., 2020), Dallas (Kuper et al., 2020), and Seattle (Tordoff et al., 2022).[6] None tried to replicate the Amsterdam and London longitudinal studies, choosing completely different measures, with one exception (BIS is used by Kuper et al., 2020). Each introduced a different set of measures: Quick Inventory of Depressive Symptoms, Screen for Child Anxiety Related Emotional Disorders, Center for Epidemiologic Studies Depression Scale, Quality of Life Enjoyment and Satisfaction Questionnaire, Generalized Anxiety Disorder 7-item scale, and the Patient Health Questionnaire 9-item scale. The last scale was common to two studies, but even they were not comparable: one used the version for teenagers, the other the adult version which the researchers chose to dichotomize. All the samples were tiny: 19, 23 (including an unspecified number of males given anti-androgens and females given medroxy-progesterone rather than GnRHa), and 25. Results were reported inconsistently: sometimes the outcomes for the sample subjected to puberty suppression were combined with a much larger sample on cross-sex hormones; sometimes the parameters of complex multivariate models were reported while the within-subject change during puberty suppression was concealed (Singal, 2022). Finally, some results were vitiated by high—and unexplained—rates of attrition: 47% of the subjects in one study were excluded because they failed to fill in the questionnaires at three points in time (Achille et al., 2020). What is frustrating is that if these researchers had simply followed the methods of de Vries et al. (2011), these three small samples would have contributed to cumulative knowledge. Finally, a large-scale American study recruited 90 subjects for puberty suppression—from Boston, Chicago, Los Angeles, and San Francisco—between 2016 and 2018 (Olson-Kennedy et al., 2019). Outcomes after 24 months have evidently been collected, but only baseline results have been published (Chen et al., 2021).

## Evidence on side effects

On the side effects of puberty suppression, there is most evidence on bone density. That GnRHa would cause "an insufficient formation of bone mass" was initially dismissed "of no great concern" (Gooren & Delemarre-van de Waal, 1996, p. 72). Then it was recognized that patients could "end with a decreased bone density, which is associated with a high risk of osteoporosis" (Delemarre-van de Waal & Cohen-Kettenis, 2006, p. S134). The detrimental effect of GnRHa on the accrual of normal bone mass has been documented in several longitudinal studies from the Amsterdam clinic (Klink et al., 2015; Schagen et al., 2020; Stoffers et al., 2019; Vlot et al., 2017), the London clinic (Biggs, 2021; Joseph et al., 2019), and a clinic in Ottawa (Navabi et al., 2021). Less obviously, adolescents who seek GnRHa for gender dysphoria have a lower distribution of bone density compared to the population of the same sex and age (see also Lee et al., 2020). This reflects in part the high prevalence of eating disorders.

Bone mineral density (BMD) is measured by a dual energy X-ray absorptiometry scan over the spine and the hip. The absolute value of BMD is standardized as a $Z$-score, expressing this individual's BMD relative to the population of the same sex and age. BMD can be adjusted for height to derive the volumetric bone mineral apparent density (BMAD), which is likewise standardized as a $Z$-score. A $Z$-score below $-2$ is considered low; it indicates bone density in the

lowest 2.3% of the population. The salience of this threshold is revealed by the London clinic's protocol which required both spine and hip $Z$-scores to exceed −2 to be eligible for GnRHa (Viner et al., 2010). This was subsequently relaxed "in exceptional circumstances" if clinicians "feel that on the balance of risks, pubertal suppression is an appropriate option despite risks of osteoporosis in later adult life" and patients "understand the risks of GnRH analogue treatment for bone density (i.e. risks of later osteoporosis)" (Viner et al., 2012).

Most studies of bone density after puberty suppression summarize the distribution of $Z$-scores by mean and standard deviation; only two provide information on the lower tail of the distribution, which is what matters clinically. At the Amsterdam clinic, 56 transgender adolescents were treated with GnRHa, commencing at ages ranging from 11 to 18, for an average duration of 1.7 years. After puberty suppression, the minimum $Z$-score for spine BMAD was −2.4, and the minimum hip BMAD was −3.4 (Vlot et al., 2017). Normally we would expect to find a $Z$-score below −3 in only 0.13% of the population—1 in 741. At the London clinic, 24 adolescents were treated with GnRHa, commencing at ages ranging from 12 to 14, for a duration of 24 months. After puberty suppression, the hip BMD $Z$-score was below −2 for 7 patients. The spine BMD $Z$-score was below −2 for 7 patients, including 4 patients with $Z$-score below −3; the spine BMAD $Z$-score was below −2 for 8 patients, including 3 with $Z$-score below −3 (Biggs, 2021). Clearly, then, a significant minority of patients have abnormally low bone density after puberty suppression. The subsequent administration of cross-sex hormones increases bone mass, but $Z$-scores remain below the baseline recorded at the outset of puberty suppression (Klink et al., 2015; Stoffers et al., 2019; Vlot et al., 2017), with the possible exception of females who take testosterone after starting GnRHa early in puberty (Schagen et al., 2020).

What is not clear is the consequence of abnormally low bone density. Information on fractures, for example, has been published only for adults taking cross-sex hormones who had not undergone puberty suppression (Wiepjes et al., 2020). Anecdotally, a female patient at the London clinic who started GnRHa at age 12 then experienced four broken bones by the age of 16 (Bannerman, 2019). A Swedish television documentary discovered one female who was given GnRHa from age 11 to 15 by the Karolinska University Hospital in Stockholm, and now suffers from severe osteoporosis, including continual skeletal pain (SVT, 2022). This case—along with two others whose puberty suppression was terminated following concerns about bone density—led Sweden to restrict the use of GnRHa for adolescents with gender dysphoria.

The effects of puberty suppression on emotional and cognitive development are more difficult to ascertain, but more consequential as they could potentially affect the capacity to consent to cross-sex hormones and surgery. One case report of puberty suppression commencing just before age of 12 measured a drop in IQ by 10 points after 28 months (M. A. Schneider et al., 2017). A single case is insubstantial, of course, but there are similar findings from children treated with GnRHa for precocious puberty. A study of 25 children measured a drop of 7 points after two years (Mul et al., 2007); another study found a gap of 8 points between 15 treated children and a matched control group (Hayes, 2017; Wojniusz et al., 2016). Unfortunately the Amsterdam clinic's longitudinal study of puberty suppression measured IQ only at baseline and did not measure it again (de Vries et al., 2011, 2014). A small study from the clinic found that 8 adolescent males undergoing puberty suppression performed worse in a test of executive functioning than three control groups; the differences are statistically significant, but the samples are small (Staphorsius et al., 2015). Randomized control trials of non-human animals provide evidence of the substantial effects of puberty suppression. In sheep, GnRHa impairs spatial memory, and this effect remains after the treatment is stopped—thus demonstrating the irreversibility of puberty suppression (Hough et al. 2017a; 2017b). Counterintuitively, GnRHa also leads to greater differences between males and females in foraging behavior (Wojniusz et al., 2011). In mice, the effects of GnRHa vary by sex: males develop stronger preference for other males and an increased stress response; females exhibit increased anxiety and despair-like behavior (Anacker et al., 2021).

Even less is known about the effects of puberty suppression on sexual functioning. Jennings, who started on GnRHa at the age of 11, has no libido and cannot orgasm. Jennings' surgeon,

JOURNAL OF SEX & MARITAL THERAPY    13

Marci Bowers, who has performed over 2,000 vaginoplasties, acknowledges that "every single child … who was truly blocked at Tanner stage 2, has never experienced orgasm. I mean, it's really about zero" (Bowers, 2022). This remark refers to males. The effects of puberty suppression at such an early stage on females is unknown. FG is reportedly able to orgasm (de Vries et al., 2011). One patient at the London clinic who took GnRHa from the age of 12 to 16 but did not continue to cross-sex hormones has experienced no sexual desire in the two years since ceasing GnRHa (Bannerman, 2022). According to de Vries, orgasm is "a very interesting and so far not studied question" (Klotz, 2022).

## Conclusion

The use of GnRHa to suppress puberty has proved more popular than could have been envisaged in the mid-1990s. It has become the international standard for treating gender dysphoria and has attracted increasing numbers of patients. Down to 2015, the Amsterdam clinic administered GnRHa to a total of 333 youth aged under the age of 18 (Wiepjes et al., 2018). From 2012 to 2020, the London clinic administered GnRHa to 344 children under the age of 15. Both clinics were overwhelmed by referrals from the mid-2010s, and the lengthening waiting lists provided scope for unscrupulous commercial operations. GenderGP, for example, is a company registered in Singapore and owned by a Welsh doctor which will diagnose a 9-year-old with gender dysphoria over video and prescribe GnRHa on the same day (Medical Practitioners Tribunal Service, 2022). The total number of patients subjected to puberty suppression, worldwide, must run to several thousand. The proponents of GnRHa never reassessed the rationale for the intervention as the numbers multiplied. It is one thing to assert that very rare cases of extreme gender dysphoria—one per year in the Netherlands in the late 1990s—should be treated as juvenile transsexuals. It is another to make this claim for numerous adolescents—currently over a hundred a year in the Netherlands. Given the fact that gender dysphoria lacks an objective diagnosis, the potential for puberty suppression is expansive. When a recent survey in one American school district found 7% of students identifying as "gender diverse," the authors urged that all receive "access to gender affirming care," which in effect means giving GnRHa on request (Kidd et al., 2021, p. 3).[7]

Whether the availability of puberty suppression has increased demand is a question that should be raised. Taking GnRHa early in puberty promises a more passable resemblance to the opposite sex, and this is why it proved so fascinating to television audiences. It is no coincidence that media coverage of transgender youth focuses on those who suppressed puberty at a young age, most famously Jennings. Positive media coverage is known to increase referrals to gender clinics, at least over the short term (Indremo et al., 2022; Pang, de Graaf, et al., 2020). Although Dutch clinicians advise against "a complete social transition … before the very early stages of puberty" (de Vries & Cohen-Kettenis, 2012, pp. 308–309), the availability of GnRHa now makes it feasible for parents to treat a young child as the opposite sex, which guarantees that the child will experience the onset of puberty as catastrophic and thus demand endocrinological intervention. For boys, social transition prior to puberty is a powerful predictor of gender dysphoria persisting into adolescence, even controlling for the degree of dysphoria in childhood (Steensma et al., 2013). This pathway is illustrated by interviews with 30 British parents who had started raising their children as the opposite sex between the ages of 3 and 10. According to one parent, "If you don't give a child puberty-blockers there is a consequence—it's not that nothing happens. There's a massive consequence" (Horton, 2022, p. 13). Another candidly described their child's attitude to counseling at the gender clinic: "at the end of the day, he's just gonna say whatever it is, that makes you shut up, so that he can get the blocker" (Horton, 2022, p. 14).

What has happened to the majority of children with gender dysphoria who used to grow up into gay or lesbian adults? The original articles promoting GnRHa (Cohen-Kettenis & van Goozen, 1998; Gooren & Delemarre-van de Waal, 1996) hypothesized that children whose dysphoria persisted to the age of 12 were destined to become transsexual. This arbitrary age threshold

was soon forgotten. Outside the Netherlands, GnRHa was adopted with no minimum age, and has been prescribed to children as young as 8 years old.[8] Delemarre-van de Waal eventually advocated for GnRHa to be administered before Tanner stage 2, "right at the onset of puberty," followed quickly by cross-sex hormones (Delemarre-van de Waal, 2014, p. 202). And of course the transsexual pathway now begins long before puberty, with social transition and psychological diagnosis. As de Hingh observes, "a diagnosis says you've got a problem that needs to be treated … The medical process, with pills and protocols, takes over the normal process of identification formation" (de Hingh, 2021, pp. 182–183). Clinicians need to explain how they are sure that some of the adolescents being prescribed GnRHa would not have grown into gay or lesbian adults, with their sexuality and fertility intact.

The article that introduced puberty suppression to the medical literature was accurately titled: this endocrinological intervention is designed for juvenile transsexuals (Gooren & Delemarre-van de Waal, 1996). This fact should not be obscured by claiming that puberty suppression is reversible and diagnostic. It is not diagnostic because over 95% of adolescents given GnRHa will continue to cross-sex hormones, and this fraction has not declined even as the number of youths subjected to GnRHa has multiplied by two orders of magnitude. The claim for reversibility was contradicted from the outset by the unknown effect of puberty suppression on brain development. Irreversibility has now been demonstrated by randomized control trials in non-human animals. The central justification for puberty suppression was that it increases outward resemblance to the opposite sex and requires less surgical intervention. Paradoxically, however, early puberty suppression for males will most likely make subsequent genital surgery more risky—this is what killed one of the initial Dutch cohort—with worse results.

Evidence for the benefits of puberty suppression must be acknowledged as slender. Decisions made by clinicians have prevented the collection of robust evidence. The Dutch proponents of GnRHa chose not to conduct a randomized control trial, giving two reasons (de Vries et al., 2011). Firstly, adolescents would have refused to participate, which does not make sense unless they could have obtained GnRHa from another source. Secondly, it would have been unethical to withhold GnRHa from the control group, because the clinicians believed the treatment to be beneficial—this rationale is circular because discovering whether a treatment is truly beneficial requires a randomized control trial. A lesson can be drawn from the use of GnRHa to pause precocious puberty. This was supposed to mitigate short stature, as was apparently shown by small uncontrolled studies (Hayes, 2016), but this effect was called into question by a randomized control trial (Cassio et al., 1999). When the London clinic designed a study to replicate the findings from Amsterdam, the same reasons for avoiding a randomized control study were repeated, along with an argument that subjects would soon realize whether they were receiving treatment or placebo (Viner et al., 2010). Yet this had been no impediment to the trial for children with early puberty.

The decision to rely on uncontrolled studies was exacerbated by other decisions. The Dutch clinicians chose incommensurable scales to measure gender dysphoria, which calls into question their finding that dysphoria declined following cross-sex hormones and surgery. Worse still, American clinicians eschewed the measures of psychological functioning used by the Amsterdam and London clinics (YSR, CBCL, and CGAS), thus ensuring that their tiny samples could not contribute to cumulative knowledge. One final point to remember in evaluating published studies is that the field of transgender medicine is subject to the same publication bias as every other field: unsuccessful results will not be published. This bias is illustrated by the London clinic's attempt to replicate the Amsterdam clinic's findings: the lack of improvement on GnRHa appeared in print only after the clinic was taken to the High Court of Justice for England and Wales.

While the use of GnRHa to suppress puberty helped to create the juvenile transsexual, it could now be creating another "new way of being a person" (Wren, 2020): a sexless adult. This follows from the premise that natal puberty can be a kind of disease, and therefore failure to prevent an "irreversible development of secondary sex characteristics … may be considered unethical" (de Vries et al., 2011, p. 2282). Although the Dutch protocol envisages GnRHa as a

preparatory phase before cross-sex hormones—imagined as undergoing puberty of the opposite sex—the logical conclusion is that hormones of either sex can be treated as vectors of disease. An Australian girl, Phoenix, was socially transitioned into a nonbinary identity at the age of 5 and took GnRHa from age 11. Reaching the age of 16, Phoenix refused to take testosterone because "remaining in an androgynous, peripubertal state is the only way their body can truly reflect their non-binary gender identity" (Notini et al., 2020, p. 743). The clinicians agreed to provide perpetual puberty suppression, despite the known deleterious physical effects—most obviously on bone density—and despite the unknown effects on emotional and cognitive development—which would affect Phoenix's capacity to consent. Phoenix is not the only individual seeking indefinite puberty suppression (Pang, Notini, et al., 2020). Such cases are still exceptional. But cases like FG also used to be exceptional.

## Notes

1. The literature sometimes refers to GnRH (or LHRH) analogues, which is a broader classification comprising antagonists as well as agonists.
2. The pediatric endocrinologist was not named in the original article, but her identity is clear from later sources (e.g. Delemarre-van de Waal, 2014). FG is known as "B" in the published literature.
3. Bailey and Zucker (1995) had by then reviewed four additional prospective studies in the same vein as well as numerous retrospective ones. Later prospective studies demonstrated that girls who manifested cross-gender behavior as infants were also more likely to grow up as lesbian, though the association was weaker than for boys (e.g. Li et al., 2017).
4. Pediatric endocrinology's obsession with height has motivated the use of artificial estrogen to accelerate puberty in girls judged as too tall (Cohen & Cosgrove, 2009) and the use of GnRHa to delay puberty in girls judged as too short (Hayes, 2016).
5. A previous comparison (Biggs, 2020) included only 30 subjects from the London clinic and measured outcomes after 12 months. The Stata do-file is posted on Harvard dataverse at https://doi.org/10.7910/DVN/QPRCR1.
6. De Vries (2022) also cites a study from Kansas City (Allen et al., 2019) which includes an unknown number of children subjected to GnRHa before cross-sex hormones, but it took no baseline measure before puberty suppression.
7. The authors calculate the "gender diverse" proportion as 9% because they omit students who skipped the question (Kidd et al., 2021). It is more plausible to include the latter in the denominator, which yields 7%.
8. The London clinic referred a 7-year-old for endocrinological intervention, but it is not known whether GnRHa was actually prescribed before she turned 8 (Butler et al., 2022).

## Acknowledgements

Special thanks are due to Sherena Kranat, Susan Matthews, Ema Abbruzzese, and a Dutch detransitioner.

## Funding

The author(s) reported there is no funding associated with the work featured in this article.

## References

Achenbach, T. M., & Rescorla, L. (2001). *Manual for the ASEBA school-age forms and profiles: An integrated system of multi-informant assessment.* Burlington, VT: ASEBA.

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. *International Journal of Pediatric Endocrinology*, 2020(8). doi:10.1186/s13633-020-00078-2

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology*, 7, 302–311. doi:10.1037/cpp0000288

Anacker, C., Sydnor, E., Chen, B. K., LaGamma, C. C., McGowan, J. C., Mastrodonato, A., … Denny, C. A. (2021). Behavioral and neurobiological effects of GnRH agonist treatment in mice: Potential implications for puberty suppression in transgender individuals. *Neuropsychopharmacology*, 46, 882–890. doi:10.1038/s41386-020-00826-1

Bailey, J. M., & Zucker, K. J. (1995). Childhood sex-typed behavior and sexual orientation: A conceptual analysis and quantitative review. *Developmental Psychology*, 31, 43–55. doi:10.1037/0012-1649.31.1.43

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232

Bannerman, L. (2019, July 26). Puberty blocking drugs: 'For the past four years I've been stuck as a child'. *Times*. https://www.thetimes.co.uk/article/transgender-children-puberty-blocking-drugs-for-the-past-four-years-i-ve-been-stuck-as-a-child-5s6tkh7z2

Bannerman, L. (2022, June 17). 'My puberty was chemically delayed: I was their guinea pig'. *Times*. https://www.thetimes.co.uk/article/my-adolescence-was-chemically-delayed-i-was-their-guinea-pig-bbs3w00ph

Bazelon, E. (2022, June 15). The battle over gender therapy. *New York Times*. https://www.nytimes.com/2022/06/15/magazine/gender-therapy.html

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, 30, 1755–1767. doi:10.1007/s00787-020-01640-2

Biggs, M. (2019a). A letter to the editor regarding the original article by Costa et al: Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine*, 16, 2043. doi:10.1016/j.jsxm.2019.09.002

Biggs, M. (2019b). Britain's experiment with puberty blockers. In M. Moore & H. Brunskell-Evans (Eds.), *Inventing Transgender Children and Young People* (pp. 40–55). UK: Cambridge Scholars Publishing.

Biggs, M. (2019c). *The Tavistock's experiment with puberty blockers*. http://users.ox.ac.uk/~sfos0060/Biggs_ExperimentPubertyBlockers.pdf

Biggs, M. (2020). Gender dysphoria and psychological functioning in adolescents treated with GnRHa: Comparing Dutch and English prospective studies. *Archives of Sexual Behavior*, 49, 2231–2236. doi:10.1007/s10508-020-01764-1

Biggs, M. (2021). Revisiting the effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria. *Journal of Pediatric Endocrinology and Metabolism*, 34, 937–939. doi:10.1515/jpem-2021-0180

Blackwood of North Oxford, B. (2019). *Answer to written question HL15681 asked by Lord Lucas*. UK: House of Lords.

Bouman, M.-B. (2021). Interview. In A. Bakker (Ed.), *The Dutch approach: Fifty years of transgender health care at the VU Amsterdam gender clinic* (pp. 141–146). Los Angeles, CA: Boom.

Bouman, M.-B., van der Sluis, W. B., Buncamper, M. E., Özer, M., Mullender, M. G., & Meijerink, W. J. H. J. (2016). Primary total laparoscopic sigmoid vaginoplasty in transgender women with penoscrotal hypoplasia: A prospective cohort study of surgical outcomes and follow-up of 42 patients. *Plastic and Reconstructive Surgery*, 138, 614e–623e. doi:10.1097/PRS.0000000000002549

Bowers, M. (2022, March 21). Teen transitions. In *Trans and Gender Diverse Policies, Care, Practices, and Wellbeing Symposium*, Duke University. https://www.facebook.com/dukesgmhealth/videos/704267637246585/

Bradley, S. J., & Zucker, K. J. (1990). Gender identity disorder and psychosexual problems in children and adolescents. *Canadian Journal of Psychiatry*, 35, 477–486. doi:10.1177/070674379003500603

Brik, T., Vrouenraets, L. J. J. J., de Vries, M. C., & Hannema, S. E. (2020). Trajectories of adolescents treated with gonadotropin-releasing hormone analogues for gender dysphoria. *Archives of Sexual Behavior*, 49, 2611–2618. 10.1007/s10508-020-01660-8

Butler, G. (2016, June 19). *How effective is puberty suspension with GnRH analogues*. World Professional Association for Transgender Health. http://wpath2016.conferencespot.org/62620-wpathv2-1.3138789/t001-1.3140111/f001-1.3140333/0706-000441-1.3140337

Butler, G., Adu-Gyamfi, K., Clarkson, K., El Khairi, R., Kleczewski, S., Roberts, A., … Carmichael, P. (2022). Discharge outcome analysis of 1089 transgender young people referred to paediatric endocrine clinics in England 2008–2021. *Archives of Disease in Childhood*. doi:10.1136/archdischild-2022-324302

Butler, G., De Graaf, N., Wren, B., & Carmichael, P. (2018). Assessment and support of children and adolescents with gender dysphoria. *Archives of Disease in Childhood*, 103, 631–636. 10.1136/archdischild-2018-314992

Byng, R., Bewley, S., Clifford, D., & McCartney, M. (2018). Gender-questioning children deserve better science. *Lancet*, 392(10163), 2435. doi:10.1016/S0140-6736(18)32223-2

Carmichael, P. (2016, June 18). *Time to reflect: Gender dysphoria in children and adolescents, defining best practice in a fast changing context*. World Professional Association for Transgender Health. http://av-media.vu.nl/VUMedia/Play/581e58c338984dafb455c72c56c0bfa31d?catalog=2d190891-4e3f-4936-a4fa-2e9766ae0d0d

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLoS One*, 16, e0243894. 10.1371/journal.pone.0243894

Carmichael, P., Phillott, S., Dunsford, M., Taylor, A., & de Graaf, N. (2016, June 19). *Gender dysphoria in younger children: Support and care in an evolving context*. World Professional Association for Transgender Health. http://wpath2016.conferencespot.org/62620-wpathv2-1.3138789/t001-1.3140111/f009a-1.3140266/0706-000523-1.3140268

Cassio, A., Cacciari, E., Balsamo, A., Bal, M., & Tassinari, D. (1999). Randomised trial of LHRH analogue treatment on final height in girls with onset of puberty aged 7.5–8.5 years. *Archives of Disease in Childhood*, 81, 329–332. 10.1136/adc.81.4.329

Chen, D., Abrams, M., Clark, L., Ehrensaft, D., Tishelman, A. C., Chan, Y.-M., … Hidalgo, M. A. (2021). Psychosocial characteristics of transgender youth seeking gender-affirming medical treatment: Baseline findings from the Trans Youth Care study. *Journal of Adolescent Health*, 68, 1104–1111. doi:10.1016/j.jadohealth.2020.07.033

Cohen, S., & Cosgrove, G. (2009). *Normal at any cost: Tall girls, short boys, and the medical industry's quest to manipulate height*. New York, NY: Penguin Publishing Group.

Cohen-Kettenis, P. (2021). Interview. In A. Bakker (Ed.), *The Dutch approach: Fifty years of transgender health care at the VU Amsterdam gender clinic* (pp. 112–118). Los Angeles, CA: Boom.

Cohen-Kettenis, P., van Goozen, S. H. M., & Cohen, L. (1998). Transsexualism during adolescence. In D. Di Ceglie & D. Freedman (Eds.), *A stranger in my own body: Atypical gender identity development and mental health* (pp. 118–125). London: Karnac Books.

Cohen-Kettenis, P. T. (1994). Die Behandlung von Kindern und Jugendlichen mit Geschlechtsidentitätsstörungen an der Universität Utrecht. *Zeitschrift für Sexualforschung*, *7*, 231–239.

Cohen-Kettenis, P. T. (2016, November 25). *Lessons Learned in 10+ Years of Experience Using Puberty Blockers at VUMC Amsterdam*. 10 ans de la Fondation Agnodice, Lausanne. https://vimeo.com/241880094/46dd8a76af

Cohen-Kettenis, P. T., Delemarre-van de Waal, H. A., & Gooren, L. J. G. (2008). The treatment of adolescent transsexuals: Changing insights. *Journal of Sexual Medicine*, *5*, 1892–1897. doi:10.1111/j.1743-6109.2008.00870.x

Cohen-Kettenis, P. T., Dillen, C. M., & Gooren, L. J. (2000). De behandeling van jonge transseksuelen in Nederland. *Nederlands Tijdschrift voor Geneeskunde*, *144*, 698–702.

Cohen-Kettenis, P. T., & Gooren, L. J. G. (1999). Transsexualism: A review of etiology, diagnosis and treatment. *Journal of Psychosomatic Research*, *46*, 315–333.

Cohen-Kettenis, P. T., & Pfäfflin, F. (2003). *Transgenderism and intersexuality in childhood and adolescence: Making choices*. Thousand Oaks, CA: Sage.

Cohen-Kettenis, P. T., Schagen, S. E. E., Steensma, T. D., de Vries, A. L. C., & Delemarre-van de Waal, H. A. (2011). Puberty suppression in a gender-dysphoric adolescent: A 22-year follow-up. *Archives of Sexual Behavior*, *40*, 843–847. doi:10.1007/s10508-011-9758-9

Cohen-Kettenis, P. T., & van Goozen, S. H. M. (1997). Sex reassignment of adolescent transsexuals: A follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *36*, 263–271. doi:10.1097/00004583-199702000-00017

Cohen-Kettenis, P. T., & van Goozen, S. H. M. (1998). Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. *European Child and Adolescent Psychiatry*, *7*, 246–248. doi:10.1007/s007870050073

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine*, *12*, 2206–2214. doi:10.1111/jsm.13034

de Graaf, N. M., Cohen-Kettenis, P. T., Carmichael, P., de Vries, A. L. C., Dhondt, K., Laridaen, J., Pauli, D., Ball, J., & Steensma, T. D. (2018). Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: A clinical comparison study between four clinics. *European Child and Adolescent Psychiatry*, *27*, 909–919. doi:10.1007/s00787-017-1098-4

de Hingh, V. (2021). Interview. In A. Bakker (Ed.), *The Dutch approach: Fifty years of transgender health care at the VU Amsterdam gender clinic* (pp. 112–118). Los Angeles, CA: Boom.

de Vries, A. L. C. (2010). *Gender dysphoria in adolescents: Mental health and treatment evaluation* (PhD Thesis), Vrije Universiteit, Amsterdam. https://research.vu.nl/en/publications/gender-dysphoria-in-adolescents-mental-health-and-treatment-evalu

de Vries, A. L. C. (2022). Ensuring care for transgender people who need it: Response to 'reconsidering informed consent for trans-identified children, adolescents and young adults'. *Journal of Sex and Marital Therapy*. doi:10.1080/0092623X.2022.2084479

de Vries, A. L. C. & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch approach. *Journal of Homosexuality*, *59*, 301–320. doi:10.1080/00918369.2012.653300

de Vries, A. L. C., Klink, D., & Cohen-Kettenis, P. T. (2016). What the primary care pediatrician needs to know about gender incongruence and gender dysphoria in children and adolescents. *Pediatric Clinics of North America*, *63*, 1121–1135. 10.1016/j.pcl.2016.07.011

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, *134*, 696–704. doi:10.1542/peds.2013-2958

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *Journal of Sexual Medicine*, *8*, 2276–2283. doi:10.1111/j.1743-6109.2010.01943.x

Delemarre-van de Waal, H. A. (2014). Early medical intervention in adolescents with gender dysphoria. In B. P. C. Kreukels, T. D. Steensma, & A. L. C. de Vries (Eds.), *Gender dysphoria and disorders of sex development* (pp. 193–203). Berlin: Springer.

Delemarre-van de Waal, H. A., & Cohen-Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology*, *155*(suppl_1), S131–S137. doi:10.1530/eje.1.02231

Di Ceglie, D. (2018). The use of metaphors in understanding atypical gender identity development and its psychosocial impact. *Journal of Child Psychotherapy*, *44*, 5–28. doi:10.1080/0075417X.2018.1443151

Everaerd, W., Swaab, H., Gooren, L., Megens, J., & van Trotsenburg, M. (2014). Preface. In B. P. C. Kreukels, T. D. Steensma, & A. L. C. De Vries (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge* (pp. vii–xxi). Berlin: Springer.

FG. (2021). Interview. In A. Bakker (Ed.), *The Dutch approach: Fifty years of transgender health care at the VU Amsterdam gender clinic* (pp. 131–132). Los Angeles, CA: Boom.

Gender Identity Research and Education Society. (2005). *Consensus Report on Symposium in May 2005*. https://www.gires.org.uk/consensus-report-on-symposium-in-may-2005/

Gender Identity Research and Education Society. (2006). *Final Report to the Nuffield Foundation*. https://www.gires.org.uk/gires-final-report-to-the-nuffield-foundation/

Gijs, L., & Gooren, L. (1996). Hormonal and psychopharmacological interventions in the treatment of paraphilias: An update. *Journal of Sex Research*, *33*, 273–290. doi:10.1080/00224499609551845

Gill-Peterson, J. (2018). *Histories of the transgender child*. Minneapolis, MN: University of Minnesota Press.

Glass, K. (2012, January 22). A boy's own story. *Sunday Times*. https://www.thetimes.co.uk/article/a-boys-own-story-2wpctfb6pxt

Gooren, L. J. G. (1993). Closing speech. In Transsexualism, medicine and law: Proceedings of the 23rd Colloquy on European Law (pp. 233–238). Council of Europe Publishing.

Gooren, L. (2021). Interview. In A. Bakker (Ed.), *The Dutch approach: Fifty years of transgender health care at the VU Amsterdam gender clinic*. Los Angeles, CA: Boom.

Gooren, L., & Delemarre-van de Waal, H. (1996). The feasibility of endocrine interventions in juvenile transsexuals. *Journal of Psychology and Human Sexuality*, *8*, 69–74. doi:10.1300/J056v08n04_05

Green, R. (1968). Childhood cross-gender identification. *Journal of Nervous and Mental Disease*, *147*, 500–509. doi:10.1097/00005053-196811000-00006

Green, R. (1987). *The sissy boy syndrome: The development of homosexuality*. London: Yale University Press.

Green, R. (2008, Autumn). A Tale of Two Conferences. *GT News*, 73.

Groskop, V. (2008, August 14). 'My body is wrong'. *Guardian*. https://www.theguardian.com/society/2008/aug/14/children.youngpeople

Harry Benjamin International Gender Dysphoria Association. (1985). Standards of care: The hormonal and surgical sex reassignment of gender dysphoric persons. *Archives of Sexual Behavior*, *14*, 79–90. doi:10.1007/BF01541354

Harry Benjamin International Gender Dysphoria Association. (2001). *Standards of Care for Gender Identity Disorders, Sixth Version*. http://www.genderpsychology.org/transsexual/hbsoc_1990.html

Hartocollis, A. (2015, June 17). The new girl in school: Transgender surgery at 18. *New York Times*. https://www.nytimes.com/2015/06/17/nyregion/transgender-minors-gender-reassignment-surgery.html

Hausman, B. L. (1995). *Changing sex: Transsexuality, technology and the idea of gender*. Durham, NC: Duke University Press.

Hayes, P. (2016). Early puberty, medicalisation and the ideology of normality. *Women's Studies International Forum*, *56*, 9–18. doi:10.1016/j.wsif.2016.01.003

Hayes, P. (2017). Commentary: Cognitive, emotional, and psychosocial functioning of girls treated with pharmacological puberty blockage for idiopathic central precocious puberty. *Frontiers in Psychology*, *8*. doi:10.3389/fpsyg.2017.00044

Health Research Authority. (2019, October 14). *Investigation into the study 'Early pubertal suppression in a carefully selected group of adolescents with gender identity disorders'*. https://www.hra.nhs.uk/about-us/governance/feedback-raising-concerns/investigation-study-early-pubertal-suppression-carefully-selected-group-adolescents-gender-identity-disorders/

Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., Spack, N. P., Tangpricha, V., & Montori, V. M. (2009). Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism*, *94*, 3132–3154. doi:10.1210/jc.2009-0345

Horton, C. (2022). "I didn't want him to disappear": Parental decision-making on access to puberty blockers for trans early adolescents. *Journal of Early Adolescence*. doi:10.1177/02724316221107076

Hough, D., Bellingham, M., Haraldsen, I. R. H., McLaughlin, M., Rennie, M., Robinson, J. E., Solbakk, A. K., & Evans, N. P. (2017). Spatial memory is impaired by peripubertal GnRH agonist treatment and testosterone replacement in sheep. *Psychoneuroendocrinology*, *75*, 173–182. doi:10.1016/j.psyneuen.2016.10.016

Hough, D., Bellingham, M., Haraldsen, I. R., McLaughlin, M., Robinson, J. E., Solbakk, A. K., & Evans, N. P. (2017). A reduction in long-term spatial memory persists after discontinuation of peripubertal GnRH agonist treatment in sheep. *Psychoneuroendocrinology*, *77*, 1–8. doi:10.1016/j.psyneuen.2016.11.029

Hsieh, S., & Leininger, J. (2014). Resource list: Clinical care programs for gender-nonconforming children and adolescents. *Pediatric Annals*, *43*, 238–244. 10.3928/00904481-20140522-11

Indremo, M., Jodensvi, A. C., Arinell, H., Isaksson, J., & Papadopoulos, F. C. (2022). Association of media coverage on transgender health with referrals to child and adolescent gender identity clinics in Sweden. *JAMA Network Open*, *5*, e2146531. doi:10.1001/jamanetworkopen.2021.46531

Ioannidis, J. P. A. (2005). Contradicted and initially stronger effects in highly cited clinical research. *Journal of the American Medical Association*, *294*, 218–228. doi:10.1001/jama.294.2.218

Jennings, J., & Jennings, J. (2016). Trans teen shares her story. *Pediatrics in Review*, *37*, 99–100. 10.1542/pir.2016-002

Johnson, R. T., & Dickersin, K. (2007). Publication bias against negative results from clinical trials: Three of the seven deadly sins. *Nature Clinical Practice Neurology*, *3*, 590–591. doi:10.1038/ncpneuro0618

JOURNAL OF SEX & MARITAL THERAPY    53 9

Joseph, T., Ting, J., & Butler, G. (2019). The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: Findings from a large national cohort. *Journal of Pediatric Endocrinology and Metabolism*, 32, 1077–1081. doi:10.1515/jpem-2019-0046

Keira Bell and Mrs A v Tavistock NHS Trust (2020). Her Majesty's High Court of Justice in England. Case [2020] EWHC 3274 (Admin).

Kidd, K. M., Sequeira, G. M., Douglas, C., Paglisotti, T., Inwards-Breland, D. J., Miller, E., & Coulter, R. W. S. (2021). Prevalence of gender-diverse youth in an urban school district. *Pediatrics*, 147, e2020049823. doi:10.1542/peds.2020-049823

Kirsch, I. (2019). Placebo effect in the treatment of depression and anxiety. *Frontiers in Psychiatry*, 10, article 407. 10.3389/fpsyt.2019.00407

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *Journal of Clinical Endocrinology and Metabolism*, 100, E270–E275. 10.1210/jc.2014-2439

Klotz, F. (2022, April 6). The fractious evolution of pediatric transgender medicine. *Undark Magazine*. https://undark.org/2022/04/06/the-evolution-of-pediatric-transgender-medicine/

Kreukels, B. P. C., & Burke, S. M. (2020). Neurobiology of pediatric gender identity. In M. Forcier, G. Van Schalkwyk, & J. L. Turban (Eds.), *Pediatric gender identity* (pp. 47–62). Berlin: Springer International Publishing. doi:10.1007/978-3-030-38909-3_4

Kuiper, B., & Cohen-Kettenis, P. (1988). Sex reassignment surgery: A study of 141 Dutch transsexuals. *Archives of Sexual Behavior*, 17, 439–457.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*, 145, e20193006. doi:10.1542/peds.2019-3006

Laidlaw, M. K., Van Meter, Q. L., Hruz, P. W., Van Mol, A., & Malone, W. J. (2019). Letter to the editor: "Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline". *Journal of Clinical Endocrinology and Metabolism*, 104, 686–687. 10.1210/jc.2018-01925

Lee, J. Y., Finlayson, C., Olson-Kennedy, J., Garofalo, R., Chan, Y.-M., Glidden, D. V., & Rosenthal, S. M. (2020). Low bone mineral density in early pubertal transgender/gender diverse youth: Findings from the Trans Youth Care Study. *Journal of the Endocrine Society*, 4, bvaa065. doi:10.1210/jendso/bvaa065

Levine, S. B., Abbruzzese, E., & Mason, J. M. (2022). Reconsidering informed consent for trans-identified children, adolescents, and young adults. *Journal of Sex and Marital Therapy*. doi:10.1080/0092623X.2022.2046221

Li, G., Kung, K. T. F., & Hines, M. (2017). Childhood gender-typed behavior and adolescent sexual orientation: A longitudinal population-based study. *Developmental Psychology*, 53, 764–777. doi:10.1037/dev0000281

Lindgren, T. W., & Pauly, I. B. (1975). A body image scale for evaluating transsexuals. *Archives of Sexual Behavior*, 4, 639–656. doi:10.1007/BF01544272

Lopez, C. M., Solomon, D., Boulware, S. D., & Christison-Lagay, E. R. (2018). Trends in the use of puberty blockers among transgender children in the United States. *Journal of Pediatric Endocrinology and Metabolism*, 31, 665–670. doi:10.1515/jpem-2018-0048

Manning, S., & Adams, S. (2014, May 17). NHS to give sex change drugs to nine-year-olds. *Mail on Sunday*. https://www.dailymail.co.uk/news/article-2631472/NHS-sex-change-drugs-nine-year-olds-Clinic-accused-playing-God-treatment-stops-puberty.html

Marumo, K., Baba, S., & Murai, M. (1999). Erectile function and nocturnal penile tumescence in patients with prostate cancer undergoing luteinizing hormone-releasing hormone agonist therapy. *International Journal of Urology*, 6, 19–23. doi:10.1046/j.1442-2042.1999.06128.x

Medical Practitioners Tribunal Service. (2022). *Record of Determinations: Dr Michael Webberley (2620107)*. https://www.mpts-uk.org/-/media/mpts-rod-files/dr-michael-webberley-25-may-22.pdf

Mermaids. (2007). Obtaining help from the Children's Hospital Boston. In Mermaids *Annual Meeting*. http://www.gires.org.uk/wp-content/uploads/2014/08/mermaids-presentation.ppt

Money, J. (1994). The Concept of gender identity disorder in childhood and adolescence after 39 years. *Journal of Sex and Marital Therapy*, 20, 163–177. doi:10.1080/00926239408403428

Money, J. (1998). Foreword. In D. Di Ceglie & D. Freedman (Eds.), *A stranger in my own body: Atypical gender identity development and mental health* (pp. xvii–xviii). London: Karnac Books.

Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role in childhood: Longitudinal follow-up. *Journal of Pediatric Psychology*, 4, 29–41. doi:10.1093/jpepsy/4.1.29

Morse, O. (Director). (1996). The wrong body. In *The Decision*. London: Windfall Films (Channel 4).

Mul, D., Versluis-den Bieman, H., Slijper, F., Oostdijk, W., Waelkens, J., & Drop, S. (2007). Psychological assessments before and after treatment of early puberty in adopted children. *Acta Paediatrica*, 90, 965–971. doi:10.1111/j.1651-2227.2001.tb01349.x

Nataf, Z. (1999). *Interview*. https://rainbowreeltokyo.com/99/English/interview/zacharynataf.html

Navabi, B., Tang, K., Khatchadourian, K., & Lawson, M. L. (2021). Pubertal suppression, bone mass, and body composition in youth with gender dysphoria. *Pediatrics*, 148, e2020039339. doi:10.1542/peds.2020-039339

Nederlands Tijdschrift voor Geneeskunde. (1989). Transseksualiteit. *Nederlands Tijdschrift voor Geneeskunde*, 133, 1475.

App.0573

Negenborn, V. L., van der Sluis, W. B., Meijerink, W. J. H. J., & Bouman, M.-B. (2017). Lethal necrotizing cellulitis caused by ESBL-producing E. coli after laparoscopic intestinal vaginoplasty. *Journal of Pediatric and Adolescent Gynecology*, 30, e19–e21. doi:10.1016/j.jpag.2016.09.005

NHS England. (2015). *NHS standard contract for Gender Identity Development Service for children and adolescents.*

Nietsch, H. (Director). (2007). *Valentijn.* Amsterdam: VARA.

Niland, P. (Director). (2014). I Am Leo. In *My Life*. London: CBBC.

Notini, L., Earp, B. D., Gillam, L., McDougall, R. J., Savulescu, J., Telfer, M., & Pang, K. C. (2020). Forever young? The ethics of ongoing puberty suppression for non-binary adults. *Journal of Medical Ethics*, 46, 743–752. doi:10.1136/medethics-2019-106012

Olson-Kennedy, J., Chan, Y.-M., Garofalo, R., Spack, N., Chen, D., Clark, L., … Rosenthal, S. (2019). Impact of early medical treatment for transgender youth: Protocol for the longitudinal, observational Trans Youth Care Study. *JMIR Research Protocols*, 8, e14434. doi:10.2196/14434

Pang, K. C., de Graaf, N. M., Chew, D., Hoq, M., Keith, D. R., Carmichael, P., & Steensma, T. D. (2020). Association of media coverage of transgender and gender diverse issues with rates of referral of transgender children and adolescents to specialist gender clinics in the UK and Australia. *JAMA Network Open*, 3, e2011161. doi:10.1001/jamanetworkopen.2020.11161

Pang, K. C., Notini, L., McDougall, R., Gillam, L., Savulescu, J., Wilkinson, D., … Lantos, J. D. (2020). Long-term puberty suppression for a nonbinary teenager. *Pediatrics*, 145, e20191606. doi:10.1542/peds.2019-1606

Petersen, M. E., & Dickey, R. (1995). Surgical sex reassignment: A comparative survey of International centers. *Archives of Sexual Behavior*, 24, 135–156. doi:10.1007/BF01541578

Ruttimann, J. (2013, January). Blocking puberty in transgender youth. *Endocrine News*, 16–20.

Schagen, S. E. E., Wouters, F. M., Cohen-Kettenis, P. T., Gooren, L. J., & Hannema, S. E. (2020). Bone development in transgender adolescents treated with GnRH analogues and subsequent gender-affirming hormones. *Journal of Clinical Endocrinology and Metabolism*, 105, e4252–e4263. doi:10.1210/clinem/dgaa604

Schneider, C., Cerwenka, S., Nieder, T. O., Briken, P., Cohen-Kettenis, P. T., De Cuypere, G., … Richter-Appelt, H. (2016). Measuring gender dysphoria: A multicenter examination and comparison of the Utrecht gender dysphoria scale and the gender identity/gender dysphoria questionnaire for adolescents and adults. *Archives of Sexual Behavior*, 45, 551–558. doi:10.1007/s10508-016-0702-x

Schneider, M. A., Spritzer, P. M., Soll, B. M. B., Fontanari, A. M. V., Carneiro, M., Tovar-Moll, F., … Lobato, M. I. R. (2017). Brain maturation, cognition and voice pattern in a gender dysphoria case under pubertal suppression. *Frontiers in Human Neuroscience*, 11, article 528. doi:10.3389/fnhum.2017.00528

Schroor, E. J., Van Weissenbruch, M. M., & Delemarre-van de Waal, H. A. (1995). Long-term GnRH-agonist treatment does not postpone central development of the GnRH pule generator in girls with idiopathic precocious puberty. *Journal of Clinical Endocrinology and Metabolism*, 80, 1696–1701. doi:10.1210/jcem.80.5.7745021

Singal, J. (2022, April 6). Researchers found puberty blockers and hormones didn't improve trans kids' mental health at their clinic, then they published a study claiming the opposite. *Singal-Minded*. https://jessesingal.substack.com/p/researchers-found-puberty-blockers

Sloan, J. (2011, October 19). I had sex swap op on my 16th birthday. *Sun*. https://www.thesun.co.uk/fabulous/851138/i-had-sex-swap-op-on-my-16th-birthday/

Smith, Y. L. S., van Goozen, S. H. M., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: A prospective follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 40, 472–481. doi:10.1097/00004583-200104000-00017

Spack, N. (2008). Foreword. In S. A. Brill & R. Pepper, *The transgender child: A handbook for families and professionals* (pp. ix–xi). Jersey City, NJ: Cleis Press.

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*, 129, 418–425. doi:10.1542/peds.2011-0907

Staphorsius, A. S., Kreukels, B. P. C., Cohen-Kettenis, P. T., Veltman, D. J., Burke, S. M., Schagen, S. E. E., … Bakker, J. (2015). Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology*, 56, 190–199. doi:10.1016/j.psyneuen.2015.03.007

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 52, 582–590. doi:10.1016/j.jaac.2013.03.016

Stocks, J. (Director). (2011). *I am Jazz: A family in transition*. Los Angeles, CA: Oprah Winfrey Network.

Stoffers, I. E., de Vries, M. C., & Hannema, S. E. (2019). Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender dysphoria. *Journal of Sexual Medicine*, 16, 1459–1468. doi:10.1016/j.jsxm.2019.06.014

SVT. (2022, February 23). *Uppdrag granskning avslöjar: Flera barn har fått skador i transvården*. SVT Nyheter. https://www.svt.se/nyheter/granskning/ug/uppdrag-granskning-avslojar-flera-barn-har-fatt-skador-i-transvarden

Tishelman, A. C., Kaufman, R., Edwards-Leeper, L., Mandel, F. H., Shumer, D. E., & Spack, N. P. (2015). Serving transgender youth: Challenges, dilemmas, and clinical examples. *Professional Psychology: Research and Practice*, 46, 37–45. doi:10.1037/a0037490

Tominey, C., & Walsh, J. (2019, March 7). NHS transgender clinic accused of covering up negative impacts of puberty blockers on children by Oxford professor. *Telegraph.* https://www.telegraph.co.uk/news/2019/03/07/nhs-transgender-clinic-accused-covering-negative-impacts-puberty/

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Network Open, 5,* e220978. 10.1001/jamanetworkopen.2022.0978

van de Grift, T. C., van Gelder, Z. J., Mullender, M. G., Steensma, T. D., de Vries, A. L. C., & Bouman, M.-B. (2020). Timing of puberty suppression and surgical options for transgender youth. *Pediatrics, 146,* e20193653. doi:10.1542/peds.2019-3653

van der Sluis, W. B., de Nie, I., Steensma, T. D., van Mello, N. M., Lissenberg-Witte, B. I., & Bouman, M.-B. (2021). Surgical and demographic trends in genital gender-affirming surgery in transgender women: 40 years of experience in Amsterdam. *British Journal of Surgery, 109,* 8–11. doi:10.1093/bjs/znab213

Viner, R., Carmichael, P., Ceglie, D. D., Butler, G., Brain, C., Holt, V., …Skagerberg, E. (2010). *An evaluation of early pubertal suppression in a carefully selected group of adolescents with gender identity disorder (v1.0).*

Viner, R., Carmichael, P., Ceglie, D. D., Butler, G., Brain, C., Holt, V., …Skagerberg, E. (2012). *An evaluation of early pubertal suppression in a carefully selected group of adolescents with gender identity disorder (v1.2).*

Vlot, M. C., Klink, D. T., den Heijer, M., Blankenstein, M. A., Rotteveel, J., & Heijboer, A. C. (2017). Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone, 95,* 11–19. doi:10.1016/j.bone.2016.11.008

Wiepjes, C. M., Blok, C. J., Staphorsius, A. S., Nota, N. M., Vlot, M. C., Jongh, R. T., & Heijer, M. (2020). Fracture risk in trans women and trans men using long-term gender-affirming hormonal treatment: A nationwide cohort study. *Journal of Bone and Mineral Research, 35,* 64–70. doi:10.1002/jbmr.3862

Wiepjes, C. M., Nota, N. M., de Blok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., …den Heijer, M. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine, 15,* 582–590. doi:10.1016/j.jsxm.2018.01.016

Wojniusz, S., Callens, N., Sütterlin, S., Andersson, S., De Schepper, J., Gies, I., …Haraldsen, I. R. (2016). Cognitive, emotional, and psychosocial functioning of girls treated with pharmacological puberty blockage for idiopathic central precocious puberty. *Frontiers in Psychology, 7,* article 1053. doi:10.3389/fpsyg.2016.01053

Wojniusz, S., Vögele, C., Ropstad, E., Evans, N., Robinson, J., Sütterlin, S., …Haraldsen, I. R. H. (2011). Prepubertal gonadotropin-releasing hormone analog leads to exaggerated behavioral and emotional sex differences in sheep. *Hormones and Behavior, 59,* 22–27. doi:10.1016/j.yhbeh.2010.09.010

Wren, B. (2020). New way of being a person? *Journal of Medical Ethics, 46,* 755–756. 10.1136/medethics-2020-106584

Zhou, J.-N., Hofman, M. A., Gooren, L. J. G., & Swaab, D. F. (1995). A sex difference in the human brain and its relation to transsexuality. *Nature, 378*(6552), 68–70. doi:10.1038/378068a0

Zucker, K. J. (2010). The DSM diagnostic criteria for gender identity disorder in children. *Archives of Sexual Behavior, 39,* 477–498. doi:10.1007/s10508-009-9540-4

Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. doi:10.1097/00005053-198402000-00005





RESEARCH ARTICLE

# Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK

**Polly Carmichael**[1]\*, **Gary Butler**[1,2,3], **Una Masic**[1], **Tim J. Cole**[3], **Bianca L. De Stavola**[3], **Sarah Davidson**[1], **Elin M. Skageberg**[1], **Sophie Khadr**[3], **Russell M. Viner**[3]

1 Gender Identity Development Service (GIDS), Tavistock and Portman NHS Foundation Trust, London, United Kingdom, 2 Paediatric Endocrine Service, University College London Hospitals NHS Foundation Trust, London, United Kingdom, 3 UCL Great Ormond Street Institute of Child Health, University College London, London, United Kingdom

\* PCarmichael@tavi-port.nhs.uk

## Abstract

### Background

In adolescents with severe and persistent gender dysphoria (GD), gonadotropin releasing hormone analogues (GnRHa) are used from early/middle puberty with the aim of delaying irreversible and unwanted pubertal body changes. Evidence of outcomes of pubertal suppression in GD is limited.

### Methods

We undertook an uncontrolled prospective observational study of GnRHa as monotherapy in 44 12–15 year olds with persistent and severe GD. Prespecified analyses were limited to key outcomes: bone mineral content (BMC) and bone mineral density (BMD); Child Behaviour CheckList (CBCL) total t-score; Youth Self-Report (YSR) total t-score; CBCL and YSR self-harm indices; at 12, 24 and 36 months. Semistructured interviews were conducted on GnRHa.

### Results

44 patients had data at 12 months follow-up, 24 at 24 months and 14 at 36 months. All had normal karyotype and endocrinology consistent with birth-registered sex. All achieved suppression of gonadotropins by 6 months. At the end of the study one ceased GnRHa and 43 (98%) elected to start cross-sex hormones.

There was no change from baseline in spine BMD at 12 months nor in hip BMD at 24 and 36 months, but at 24 months lumbar spine BMC and BMD were higher than at baseline (BMC +6.0 (95% CI: 4.0, 7.9); BMD +0.05 (0.03, 0.07)). There were no changes from baseline to 12 or 24 months in CBCL or YSR total t-scores or for CBCL or YSR self-harm indices, nor for CBCL total t-score or self-harm index at 36 months. Most participants reported



🔓 OPEN ACCESS

**Citation:** Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, et al. (2021) Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. PLoS ONE 16(2): e0243894. https://doi.org/10.1371/journal.pone.0243894

**Editor:** Geilson Lima Santana, University of Sao Paulo Medical School, BRAZIL

**Received:** February 3, 2020

**Accepted:** November 29, 2020

**Published:** February 2, 2021

**Peer Review History:** PLOS recognizes the benefits of transparency in the peer review process; therefore, we enable the publication of all of the content of peer review and author responses alongside final, published articles. The editorial history of this article is available here: https://doi.org/10.1371/journal.pone.0243894

**Copyright:** © 2021 Carmichael et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability Statement:** The data underlying this study are available from the UK Data Service (DOI: 10.5255/UKDA-SN-854413).

**Funding:** The author(s) received no specific funding for this work.

**Competing interests:** The authors have declared that no competing interests exist.

positive or a mixture of positive and negative life changes on GnRHa. Anticipated adverse events were common.

## Conclusions

Overall patient experience of changes on GnRHa treatment was positive. We identified no changes in psychological function. Changes in BMD were consistent with suppression of growth. Larger and longer-term prospective studies using a range of designs are needed to more fully quantify the benefits and harms of pubertal suppression in GD.

---

## Introduction

Gender dysphoria (GD) describes the experience of incongruence between an individual's experienced gender and the sex they were assigned at birth. GD [1] in children and young people, also known as Gender Incongruence [2] and previously known as Gender Identity Disorder (GID), is associated with considerable distress or impairment in social, school or other important areas of functioning [3,4]. Interventions include psychosocial support, therapy and medical or surgical interventions to align the body with the identified gender [3,5]. Terminology in this field can be challenging [6]. Here we use birth-registered sex to refer to the sex assigned at birth by clinicians based upon external genitalia [6]. Gender identity refers to a young person's personal sense of their gender. We use the terms 'continuation' and 'discontinuation' to refer to GD across childhood and adolescence.

GD in adolescence is highly likely to continue into adult life where gender dysphoria persists after the onset of puberty [3]. Those with earlier onset or more intense GD and those in whom the development of secondary sexual characteristics in puberty is associated with increasing gender dysphoria or psychological distress are more likely to have persistent GD [3,7]. In adolescents with severe and persistent GD, international [8] and national [9–11] guidelines recommend the use of treatments to suppress the rise in sex hormones (oestradiol or testosterone) in young people during puberty. Gonadotropin releasing hormone analogues (GnRHa) are synthetic peptides that work by stimulating gonadotropin release in a tonic fashion which desensitises the gonadotropin receptors, resulting in reversible suppression of sex hormone production.

In GD, GnRHa can be used from the early/middle stages of puberty with the aim of delaying irreversible and unwanted pubertal body changes and giving young people the opportunity to explore their gender identity during a period when puberty is not advancing [3]. This period also allows clinicians more time to assess the stability of young people's gender identity [6]. Despite this treatment being given in mid-puberty it is also called early puberty suppression, where 'early' refers to earlier than the historic practice of suppression after completion of puberty.

Pubertal suppression is currently practised in the majority of international centres across Europe, the Americas and Australasia, as evidenced by a recently published survey of 25 international centres by the European Society of Paediatric Endocrinology (ESPE) [12]. Pubertal suppression with GnRHa as monotherapy is a time-limited strategy, due to the potential for side effects with long-term use. In the UK, for those commencing under age 15 years, use of GnRHa alone ceases after 16 years when young people face a decision to return to the sex hormones produced by their body or begin cross-sex hormones [5]. There are limited data on the outcomes of pubertal suppression in the treatment of young people with GD [3,13]. A recent

systematic review included data on the physical and mental health outcomes of pubertal suppression using GnRHa in over 500 young people [4]. Longer-term follow-up data on pubertal suppression in GD are limited to individuals from four cohorts [14–19].

In 2011 a study was begun to evaluate the proximal outcomes of mid-pubertal suppression using GnRHa in young people with persistent GD (see http://gids.nhs.uk/our-early-intervention-study). Use in the UK began after mid-pubertal suppression had been incorporated into international guidelines [20] and had become available in the USA [21,22], the Netherlands [15], Australia [23] and a number of European countries. The Gender Identity Development Service (GIDS) at the Tavistock and Portman NHS Foundation Trust, London, is a national service for children and young people with GD, drawing from England, Wales and Ireland. Mid-pubertal suppression was offered by the GIDS from 2011 initially only within an ethically approved uncontrolled observational research study with prospective data collection, where all participants received GnRHa. We anticipated that we would recruit 10–15 young people per year for 3 years and follow them up to the end of monotherapy with GnRHa. At the time, a randomised controlled study was not considered feasible due to very small numbers and inability to retain participants in the control arm, as the control treatment would have resulted in progression into near complete puberty and an increasing number of UK families were accessing mid-pubertal suppression internationally. Allocation blinding was also not considered feasible in young people using a product requiring monthly injections.

Here we describe the short-term outcomes of 44 young people with GD from this research cohort, recruited aged 12–15 years and followed to the end of GnRHa monotherapy after age 16 years. This paper describes their medical, psychological and social outcomes during the GnRHa treatment pathway up to the point of decisions about whether or not to undertake further physical treatment. The aims of the study as defined at inception in 2011 were:

1. To evaluate the benefits and risks for physical and mental health and wellbeing of mid-pubertal suppression in adolescents with GD

2. To add to the evidence base regarding the efficacy of GnRHa treatment for young people with GD

3. To evaluate continuation and discontinuation of GD and the continued wish for gender reassignment within this group.

## Methods

We undertook an uncontrolled prospective observational study of GnRHa monotherapy in a highly selected group of young people with persistent and severe GD.

### Participants

The cohort consisted of 44 sequentially eligible young people, aged 12 to 15 years, who were recruited between April 2011 and April 2014 and who commenced GnRHa treatment between June 2011 and April 2015. They were all recruited from patients referred to the GIDS.

Eligibility criteria were chosen to match those used for a Netherlands cohort [24], namely that the young person:

A. is aged 12–15 years

B. Psychological criteria

1. has been seen by the GIDS for at least 6 months and attended at least 4 interviews for assessment and therapeutic exploration of their gender identity development.

2. psychological stability sufficient to withstand the stresses of medical treatment for GID.

3. fulfils the following criteria relating to GID:

    a. Throughout childhood (defined as over 5 years) the adolescent has demonstrated an intense pattern of cross-gendered behaviours and cross-gender identity.

    b. The adolescent has gender dysphoria that is significantly increased with the onset of puberty. Following assessment the clinician(s) working with the young person deem that there is a high likelihood of the young person experiencing severe psychological distress consequent on experiencing full pubertal development before pubertal suppression is implemented.

4. The young person and their parents/guardians are actively requesting pubertal suppression.

5. is able to give informed consent.

    C. Physical/medical criteria

1. is in established puberty:

    • For birth-registered males Tanner (genital and pubic hair (PH)) stage 3 and above.

    • For birth-registered females Tanner (breast and PH) stage 2 and above.
The rationale for the sex difference was that the pubertal growth spurt which early intervention aims to avoid occurs typically two years earlier in females (Tanner stage 2–3) than in males (Tanner stage 3–4), thus earlier intervention is required in females.

2. has normal endocrine function and karyotype consistent with birth registered sex.

    Note that the presence of mildly elevated androgens in birth registered females consistent with polycystic ovarian syndrome is not an exclusion criterion.
Exclusion criteria:

1. Inability to participate with full investigatory protocol e.g. needle phobia, failure to attend for tests and scans.

2. Body mass index (BMI) <2nd centile for age and birth-registered sex [20].

3. Serious psychiatric conditions (e.g. psychosis, bipolar condition, anorexia nervosa, severe body-dysmorphic disorder unrelated to GD).

4. Inability to give informed consent according to the Fraser/Gillick guidelines.

5. Low spine or hip bone mineral density (BMD) on DXA scan: more than 2 SD below expected BMD for age and birth-registered sex. In exceptional circumstances a low BMD was acceptable if:

    i. it was felt to be clinically appropriate by the treating clinicians, who felt that on the balance of risks, pubertal suppression was justified despite the later risk of osteoporosis

    ii. the young person and parents understood the risks of GnRHa treatment for bone density (i.e. potential risks of later osteoporosis)

    iii. The young person and parents consented to more frequent monitoring of BMD (repeat DXA scans 6 months after starting GnRHa and yearly thereafter while on GnRHa) despite the small DXA radiation dose

iv. The young person and parents consented to stopping treatment if raw BMD fell whilst on GnRHa.

## The treatment

The treatment under study was suppression of puberty using the GnRHa *triptorelin* together with psychosocial support and therapy, from study entry until the end of the GnRHa mono-therapy pathway at age 16 years or older. GnRHa monotherapy ceased when young people either started cross-sex hormones (and continued on GnRHa) or stopped GnRHa. Treatment duration was therefore from 1 to 4 or 5 years depending on age at study entry. Consenting young people were given triptorelin 3.75mg by intramuscular injection every 28 days during the treatment period. Two participants who found monthly injections difficult were moved to a ten-weekly preparation of 11.25mg of triptorelin. The aim of treatment was to suppress gonadotropins and sex hormones to near pre-pubertal levels [13]. Continued regular attendance for psychological support and therapy throughout the study was a precondition of GnRHa prescription. In addition local psychological services provided support for co-occuring difficulties for participants as required.

## Procedures and pathway

All young people and families attending the GIDS during the study period were provided with an information leaflet about research underway within the unit. Those wishing to find out more about the study discussed it with their GIDS clinicians and those deemed likely to be eligible were given detailed written study information. Those wanting to participate were invited to a medical clinic at UCLH for an initial discussion. At the first medical clinic, young people and families were seen by a senior paediatric endocrinology clinician together with a senior GIDS clinician, who discussed with the family the then current state of knowledge and rationale for treatment, eligibility criteria and potential risks and benefits of participation. Risks included the anticipated side-effects of GnRHa treatment including symptoms resulting from the withdrawal of sex steroids (headaches, hot flushes), fatigue, loss of libido and low mood, the potential that treatment could influence the continuation of their GD and the potential for unknown risks. It was emphasised that young people needed to continue with both regular medical and psychosocial follow-up during the study and that treatment would cease if they did not comply with the treatment or monitoring requirements. A full medical history was elicited and the clinicians also reviewed a summary of the psychological history and assessment from the GIDS. In this visit information sheets were re-provided if families had lost them or forgotten details of the study. If young people and families remained interested in participation, medical investigations were organised and families were invited for a repeat discussion and a formal evaluation of eligibility at a second medical clinic visit approximately 3 months later. Families were asked to think about the issues raised in the meeting and to discuss with their GIDS clinicians if necessary, in order to discuss further at the second visit.

At the second medical clinic visit, the same clinicians repeated the discussion of risks and benefits and explored understanding with the young person and family. A chaperoned medical examination was undertaken including pubertal assessment and the results of medical investigations were reviewed. Endocrine and GIDS clinicians jointly reviewed eligibility and offered participation in the study to those deemed eligible.

The implications of treatment for fertility were discussed at the first and second medical visits and all young people were urged to consider storing gametes before starting GnRHa. Access to storage depended on regional availability within the NHS. Note that counselling on fertility

continued across the study, and clinicians periodically checked with young people who had decided against storage whether they wished to revisit their decision.

Informed consent was obtained in writing from both the young person and a parent or carer holding parental responsibility. The ability of the young person and parents to give informed consent was assessed jointly by the senior adolescent endocrine and GIDS clinicians, informed by written notes from the GIDS team. The consent forms were read with the young person and the parent by the clinicians to be sure they fully understood the information on the forms before signing.

48 young people and families attended the medical clinics for discussion of participation in the trial, of whom 44 wished to participate. Eight young people (7 birth assigned males) were not eligible for participation at the second medical visit as they were not yet sufficiently advanced in puberty. They were followed up every 3–6 months and entered the study subsequently when sufficiently advanced in puberty (median waiting time 7 months).

The date of signing the consent form was taken as the start of study treatment, although it frequently took one to three months for GnRHa treatment to start due to administrative requirements. Participants were followed up in the endocrine clinic, 3–6 monthly in the first 18 months and 12-monthly thereafter, till the end of the treatment pathway, defined as the date on or after the 16th birthday when a decision was made to either cease GnRHa or start cross-sex hormones. The final participant completed the pathway in February 2019.

## Outcomes

The following data were collected:

   *A. Baseline explanatory variables*

1. Sex and gender: Young people were classified by their sex assigned at birth (birth-registered sex) and self-identified gender.

2. Ethnicity: Ethnicity was obtained from clinic records. For analysis, ethnicity was grouped as white, South Asian, black or mixed.

3. Puberty: Pubertal status at baseline was classified using information on genital/breast and pubic hair Tanner stages as appropriate. This was summarized into a single pubertal stage, with the breast/genital stage taking precedence if there was discrepancy between breast/genital and public hair stage.

4. Clinical data: These consisted of a) identification of normal phenotype on physical examination for birth-registered sex; b) venepuncture assessment of endocrinology (gonadotropins, prolactin, oestrogen or testosterone, adrenal androgens, thyroid function; and a short synacthen test in birth-registered females only), karyotype, full blood count, renal and liver function, calcium and vitamin D; and c) imaging including wrist bone age and (in birth-registered females only) pelvic ultrasound scan. Medical assessment at baseline and follow-up was consistent with Endocrine Society guidelines [8,20].

   *B. Study outcomes*

Study outcomes concerned domains including response to treatment, bone health, safety indicators and adverse events, psychological function; participant experience and satisfaction; and decisions regarding treatment following GnRHa. Outcome data were collected at routine clinic visits to GIDS or medical clinics at UCLH and timings therefore varied. For the purposes of these analyses, data for each participant were assigned to baseline (before treatment) and to the closest of the following outcome periods: 12, 24, 36 and 48 months on treatment. For safety and response to pubertal suppression outcomes, data were also examined at 6 months.

1. Response to pubertal suppression

Gonadotropins (LH, FSH), testosterone (in birth-registered males) and oestrogen (birth-registered females) were measured after venepuncture. Height, weight and blood pressure were recorded by trained clinic staff. BMI z-score for age and birth-registered sex was calculated [25]. Menarcheal status and presence/absence of menstrual periods was obtained by report from birth-registered females.

2. Bone health

Bone mineral content (BMC) and bone mineral density (BMD) in the lumbar (L1 to L4) spine and hip (total hip) were measured by dual energy X-ray absorptiometry (DEXA) scans using a Hologic Discovery QDR series model 010–1549 (Hologic Inc, Bedford, MA, USA). BMD z-scores for age and birth-registered sex appropriate to this machine were calculated [26]. BMD z-scores for spine and hip were further adjusted for height (height-adjusted z-scores) using published formulae [27].

3. Safety indicators and adverse events

Blood samples were collected by venepuncture for liver and renal function, full blood count, calcium and vitamin D, prolactin, adrenal androgens and thyroid function. Participants were routinely questioned about adverse events at medical clinic visits, including anticipated events such as headaches, hot flushes or fatigue plus any other unanticipated events.

4. Psychological function

Psychological outcomes included a clinical outcome routinely collected after GIDS appointments and a range of outcomes assessed using questionnaires. A standardised set of psychological questionnaires used in the GIDS clinic was completed at the time young people were deemed potentially eligible and referred to the medical clinic. Questionnaires were completed at home by the young person and parent between GIDS clinical meetings, and a research assistant followed up families to ensure their completion. Questionnaires were repeated approximately every 12 months on treatment.

i. General psychological functioning

The Child Behaviour Checklist (CBCL) (parent report) and Youth Self Report (YSR) (self-report) are general measures of psychological functioning and part of the Achenbach System of Empirically Based Assessment (ASEBA; www.aseba.org). The CBCL consists of 113 questions and is validated for children aged 6–18 years in international population samples [28]. The YSR consists of 112 questions and is validated in international populations of young people aged 11–18 years [29]. Questions in both are scored on a three-point Likert scale (0 = absent, 1 = occurs sometimes, 2 = occurs often), with the time frame for item responses being the past six months. Scoring for both instruments provides a total problems score, an internalizing problems score (items which assess anxious/depressed, withdrawn-depressed, and somatic complaints) and an externalizing score (focusing on rule-breaking and aggressive behaviours). Each questionnaire was scored with Assessment Data Manager Software using ASEBA standard norms and t-scores were generated based on reference data for birth-registered sex and broad age-ranges (here 12–18 years). Higher scores indicate greater morbidity. To account for normative change within our age-range, we used international reference data [29] to transform YSR raw scores into z-scores for year of age. As reference data from the UK were not available, reference data from both Australia and the Netherlands were used.

ii. Self-harm index

Self-harm actions and thoughts were assessed through two questions in each of the CBCL (parent report) and YSR (self-report): Item 18 (I deliberately try to hurt or kill myself) and Item 91 (I think about killing myself). Possible responses for each question were 0 = not true, 1 = somewhat or sometimes true, or 2 = very true or often true. We followed previous studies in calculating a self-harm index score to avoid multiple statistical comparisons across

correlated categorical-response variables. The index was calculated as the sum of the two items in each scale to create an index from 0 to 4 for each of the CBCL and YSR [30–32], a higher score indicating greater self-harm thoughts and behaviour.

iii. Health related quality of life (HRQoL)

This was assessed through separate young person and parent Kidscreen-52 questionnaires, each consisting of 52 items that assess HRQoL across ten dimensions: physical well-being; psychological well-being; moods and emotions; self-perception; autonomy; relations with parents and home life; social support and peers; school environment; social acceptance (bullying); and financial resources. All items use five-point Likert-style scales to assess either the frequency (never-seldom-sometimes-often-always) of certain behaviours/feelings or the intensity of an attitude (not at all–slightly-moderately-very-extremely). The measure was developed for young people aged 8–18 years, with the recall period of one week. The questionnaires provide scores in the form of continuous t-scores for the ten subscales derived from a multinational European sample [33]. Lower scores indicate lower HRQoL, i.e. greater morbidity.

iv. Body image

The Body Image Scale (BIS) is a self-report measure of 30 items used to assess body image satisfaction or dissatisfaction validated for age 12+. The instrument considers 30 body features which the respondent is asked to rate in terms of satisfaction on a five-point scale (1 = very satisfied, 2 = satisfied, 3 = neutral, 4 = dissatisfied, and 5 = very dissatisfied). The BIS provides a total score in the form of a continuous score for the total scale as well as for three subscales assessing primary sexual characteristics, secondary sexual characteristics and 'neutral' characteristics (i.e. non-sexual characteristics, e.g. nose) [34]. Higher scores represent higher degrees of body dissatisfaction.

v. Gender dysphoria

The Utrecht Gender Dysphoria Scale (UGDS) is a self-report measure used to assess the intensity of GD validated for age 12+. It comprises of 12 statements with agreement on a five-point scale (1 = agree completely, 2 = agree somewhat, 3 = neutral, 4 = disagree somewhat, and 5 = disagree completely). There are separate versions for birth-registered males and females. Items are summed to give a single total score, with higher scores indicating greater GD.

vi. Clinical outcomes

The Children's Global Assessment Scale (CGAS) is a rating of functioning in children and young people aged 6–17 years, extensively used as a routine clinical measure in child and adolescent mental health services in the UK. Treating clinicians assign young people a single score between 1 and 100, based on a clinician's assessment of a range of aspects related to a child's psychological and social functioning, with the time period being the previous month. Higher scores indicate better functioning, with categories ranging from 'extremely impaired' (1–10) to 'doing very well' (91–100) [35].

5. Participant experience and satisfaction with GnRHa

Young people were invited to participate in semi-structured qualitative interviews at 6–15 months and 15–24 months after starting GnRHa. Interviews were conducted in person or by telephone with a research assistant. If young people were unavailable, questions were posted to be completed and returned. The interview consisted of 12 questions related to changes young people had experienced in ten domains since starting on GnRHa: life overall, memory, focus, sense of direction, mood, energy levels, relationships with friends, relationships with family, gender role and sexuality. For each domain, young people were asked first about the general direction of change in that domain (whether changes were positive, neutral, negative or mixed positive and negative) and then asked for examples of changes experienced and why they assigned the chosen change rating. At the end of the interview two further questions were asked about change in any other experiences (i.e. allowing open ended responses) and whether

young people wished to continue on GnRHa treatment. Note there was no interview conducted before young people started GnRHa. Interviews were recorded in contemporaneous written notes by the researcher. The questionnaire is provided in the S1 Appendix.

6. Further treatment decisions

Decisions made at the end of the GnRHa pathway were recorded in terms of which if any further treatment for GD young people chose.

Note that other measures of gender dysphoria (Gender Identity Interview; Recalled Childhood Gender Identity Scale) were specified in our original protocol, however they were discontinued during the study as: a) they were historical instruments with poor construct validity and the binary references to male and female roles were challenging for some participants; and b) repeated questioning about gender dysphoria resulted in some distress to respondents. Our protocol had originally included the ASEBA Teacher Report Form (TRF), however we were unable to obtain data from teachers so this outcome was dropped. The Social Responsiveness Scale (SRS) was a baseline only assessment of autistic traits; these data will be analysed in the future.

## Analysis plan

Analyses were conducted according to the Statistical Analysis and Dissemination Plan, lodged with the ethics committee that approved the study before the analysis started (see S2 Appendix: Statistical Analysis Plan). The analysis plan was designed to report data on all outcomes but to minimise the likelihood of chance findings due to the large number of outcomes and small sample size. Sample sizes necessarily varied across follow-up as young people were recruited at different ages (12–15 years) but left the study soon after their 16th birthday. All 44 participants had data at 12 months follow-up. As participants necessarily left the study soon after their 16th birthday, numbers reduced after 12 months follow-up as participants could no longer remain in the study. Note this does not represent drop-out. There were 24 left at 24 months, 14 at 36 months and 4 at 48 months. In view of this, outcome reporting was restricted to change from baseline to 12, 24 and 36 months. We made no attempt to account for missing data due to the small sample size and the likelihood of the data missing not at random.

We restricted analyses to primarily descriptive statistics, with formal statistical testing of change across the study restricted to six pre-specified outcomes, i.e.:

1. Overall psychological functioning

   a. parent report: CBCL total t-score

   b. young person self-report: YSR total t-score

2. Self-harm index

   a. parent report: CBCL self-harm index

   b. young person self-report: YSR self-harm index

3. Bone health

   a. BMD and BMC for lumbar spine

   b. BMD and BMC for hip

Assessment of change was through paired t-tests for normally distributed data and the Wilcoxon matched-pairs sign-rank test for non-normal data. The number of formal statistical tests conducted in the study was 16; with overall significance at p = 0.05 and a Bonferroni correction, the appropriate threshold for statistical significance is about p = 0.003.

In our results and conclusions we refer to change in outcomes only for those that were formally tested. Reporting for other continuous outcomes was restricted to mean and 95% confidence intervals (95%CI) or median and interquartile range (IQR). For categorical outcomes, simple proportions were reported. We reported laboratory tests as normal or abnormal based upon laboratory reference data for age, with the exception of gonadotropins. We did not report data where the sample size was less than 8.

Analysis of potential predictors of outcome was confined a priori to two factors, birth-registered sex and pubertal stage at baseline. Three pre-specified continuous outcomes were examined at 12 months, namely:

1. BMD for lumbar spine

2. YSR total t-score

3. CGAS score

Associations were examined using linear regression of follow-up score on baseline score, adding each baseline factor separately to the model and considering the interaction of predictor with baseline score. All analyses were conducted using Stata 16 (Statacorp, College Station TX).

Responses to the semi-structured interview questionnaires were analysed simply for thematic content in terms of the direction and amount of change that young people experienced in each domain. This involved coding responses about experiences since starting GnRHa into categories; i.e. either positive/improving, negative/deteriorating, both positive and negative, no change or not known. The question on change in sexuality was coded as yes change, no change or not known. Wishes to continue with GnRHa were coded as yes, no or don't know.

To compare our findings with the literature, we drew upon recent reviews [3,4,6,13] and updated a recent review [4] from 1 June 2017 to 31 December 2019 using the same search terms in Medline (see S1 Appendix).

## Ethics

Ethical approval for the study was obtained from the National Research Ethics Service (NRES: reference 10/H0713/79) in February 2011. Study consent allowed the use of routinely collected clinical data (medical and psychological) as part of clinical treatment for the study. Study procedures including consent were reviewed by the UK Health Research Authority.

**Data sharing.** These are highly sensitive data from a small group of vulnerable young people treated in a single service and the risk of identification and disclosure is high. Research ethics permissions at the time the study was undertaken did not include permission to share data. After discussions with the Health Research Authority, UK, an anonymised dataset modified to remove sensitive data and minimise disclosure risk of personal information has been deposited with the UK Data Service.

## Results

Participants received psychosocial assessment and support within the GIDS before entering the study for a median of 2.0 years (IQR 1.4 to 3.2; range 0.7 to 6.6). The median time between first medical assessment at UCLH and starting treatment was 3.9 months (IQR 3.0 to 8.4; range 1.6 to 25.7). Median time in the study was 31 months (IQR 20 to 42, range 12 to 59).

Baseline characteristics of the participants by birth-registered sex are shown in Table 1. Median age at consent was 13.6 years (IQR 12.8 to 14.6, range 12.0 to 15.3). A total of 25 (57%) were birth-registered as male and 19 (43%) as female. At study entry, birth-registered males

**Table 1. Participant characteristics at baseline.**

| | | Total sample | Birth-registered sex | |
|---|---|---|---|---|
| | | n = 44 | male | female |
| | | | n = 25 | n = 19 |
| Age at consent (years) | Median (IQR) | 13.6 (12.8, 14.6) | 13.4 (12.7, 14.1) | 13.9 (13.5, 14.7) |
| Ethnic group n (%) | white | 39 (89) | 24 (96) | 15 (79) |
| | South Asian | 1 (2) | 1 (4) | 0 |
| | black | 2 (5) | 0 | 2 (11) |
| | Mixed ethnicity | 2 (5) | 0 | 2 (11) |
| Pubertal status n (%) | Stage 2 | 0 | 0 | 0 |
| | Stage 3 | 19 (43) | 17 (68) | 2 (10) |
| | Stage 4 | 16 (36) | 5 (20) | 11 (58) |
| | Stage 5 | 9 (21) | 3 (12) | 6 (32) |
| Menarcheal status n (%) | Premenarcheal | - | - | 4 (21) |
| | Post-menarcheal | - | - | 15 (79) |
| Time in study (months) | Median (IQR) | 31 (20, 42) | 37 (24, 43) | 29 (17, 36) |
| Age at end of pathway (years) | Median (IQR) | 16.1 (16.0, 16.4) | 16.1 (16.0, 16.5) | 16.1 (16.0, 16.3) |

At baseline, all participants had normal endocrinology, karyotype, imaging and clinical phenotype on physical examination for birth-registered sex and normal full blood count and liver and renal function. No participants had evidence of disorders of sexual differentiation. Eight participants (18%) had vitamin D insufficiency at baseline and were given vitamin D supplements.

https://doi.org/10.1371/journal.pone.0243894.t001

were predominantly in stage 3 puberty (68%) whilst birth-registered females were predominantly in stages 4 (58%) or 5 (32%) with 79% (15/19) post-menarcheal. 89% of participants were of white ethnicity. Birth-registered females were on average 6 months older than birth-registered males at study entry.

## Response to treatment

All participants achieved adequate suppression of gonadotropins and sex hormones by 6 months (mean LH 0.5IU/L; mean FSH 1.4IU/L) and maintained it throughout the study (see Table 2). Liver function, basic haematology and biochemistry were normal in all participants at 3–6 months. All post-menarcheal birth-registered females reported amenorrhoea in the 3 months after starting GnRHa treatment and remained so throughout treatment. No participants reported progression in pubertal development. Height and weight were normal at baseline. Height growth continued through the study but more slowly than expected for age, thus

**Table 2. Growth and gonadotropin levels at baseline, 12, 24 and 36 months.**

| Growth | | Baseline | | 12 months | | 24 months | | 36 months | |
|---|---|---|---|---|---|---|---|---|---|
| | | n | Mean (95% CI) | n | Mean (95% CI) | n | Mean (95% CI) | n | Mean (95% CI) |
| Height | z-score | 44 | 0.4 (0.1, 0.7) | 44 | 0.2 (-0.1, 0.4) | 24 | 0.0 (-0.4, 0.4) | 14 | 0.0 (-0.5, 0.5) |
| Weight | z-score | 44 | 0.8 (0.4, 1.3) | 44 | 0.8 (0.3, 1.3) | 24 | 0.6 (-0.1 1.3) | 14 | 1.0 (0.1, 1.9) |
| BMI | z-score | 44 | 0.7 (0.2, 1.1) | 44 | 0.7 (0.2, 1.2) | 24 | 0.6 (-0.1, 1.3) | 14 | 1.1 (0.3, 1.9) |
| Gonadotropins | | | | | | | | | |
| LH | IU/L | 42* | 4.2 (2.8, 5.6) | 44 | 0.60 (0.42, 0.68) | 17 | 0.40 (0.22, 0.60) | 7 | 0.30 (0.14, 0.46) |
| FSH | IU/L | 42* | 3.9 (3.2, 4.5) | 44 | 1.3 (1.0, 1.7) | 17 | 1.0 (0.6, 1.5) | 7 | 1.4 (0.7, 2.2) |

*In two participants data recorded as normal at baseline were not available.

https://doi.org/10.1371/journal.pone.0243894.t002

height z-score fell over time (Table 2). Weight and BMI z-scores were stable from baseline to 24 months but increased at 36 months.

Three participants had brief periods off GnRHa prior to their 16th birthday. In one, treatment was withdrawn by clinicians due to non-attendance at clinics and restarted 4 months later. Another requested a period off GnRHa to think further about treatment in view of other things happening in their life; they restarted 4 months later. A third, birth-registered male, stopped GnRHa for 9 months to attempt to store sperm, contrary to their earlier decision not to, and restarted afterwards.

Median age at the end of the GnRHa pathway was 16.1 years (Table 1). A quarter of participants made their decision more than six months later, either because they wished to delay due to school exams or other events or because clinicians felt they were not yet ready to make the decision. One young person decided to stop GnRHa and not start cross-sex hormones, due to continued uncertainty and some concerns about side-effects of cross-sex hormones. The remaining 43 (98%) elected to start cross-sex hormones.

**Bone mineral density.** BMD was available on 44 participants at baseline, 43 at 12 months, 24 at 24 months and 12 at 36 months (Table 3). Numbers were lower for hip than for spine as some hip scans were not done for technical reasons. The table shows mean values at baseline and 12, 24 and 36 months, along with mean baseline values corresponding to the paired samples at each time point. There was no change from baseline in spine or hip at 12 months nor in hip at 24 and 36 months, but at 24 months lumbar spine BMC and BMD were higher than at baseline, as was lumbar BMC at 36 months. Lumbar and hip BMD age-adjusted z-scores were in the normal range at baseline but point-estimates fell at 12 and 24 months but not at 36 months. Point-estimates for height-adjusted z-scores for lumbar and hip BMD also fell at 12 and 24 months but not at 36 months.

**Psychological outcomes.** For the standardised questionnaires, baseline assessments were conducted at a median of 0.5 (IQR 0.4, 0.8) years before starting treatment, and were available for all 44 participants by self-report and 43 by parental report. Data on the CBCL, YSR, Kidscreen-52, BIS and CGAS were normally distributed whilst those for UGDS and the CBCL and YSR self-harm indices were skewed.

The first psychological follow-up was at a median of 13 (IQR 12, 14) months after start of treatment, with ASEBA data available for 41 participants (parent and self-report). ASEBA data at 24 months (median 25 (21, 28)) were available on 20 young people by parent report and 15 by self-report, and at 36 months (median 36 (29, 39)) on 11 by parent report and 6 by self-report.

Formal testing was undertaken only for key ASEBA outcomes (Table 4). For the CBCL total t-scores, there was no change from baseline to 12, 24 or 36 months. Similarly for the YSR total t-score, there was no change from baseline to 12 or 24 months; YSR data at 36 months (n = 6) were not analysed. There were no significant changes in parent-report CBCL self-harm index scores from baseline to 12, 24 or 36 months, nor for self-report YSR self-harm index scores.

Other psychological outcomes are described in Table 5. Point-estimates of scores on the Kidscreen-52, BIS, UGDS and CGAS showed little change over time."

The pre-specified outcomes of BMD at lumbar spine, YSR total t-score and CGAS score at 12 months, adjusted separately for birth-registered sex and baseline pubertal status, along with the baseline level of the outcome, are shown in Table 6. None of the outcomes were associated with birth-registered sex or pubertal status, and there were no important interactions.

**Participant experience, satisfaction and side effects.** 41 participants completed interviews at 6–15 months (median 9) and 29 at 15–24 months (median 21); 3 missed both. Fig 1 shows proportions with positive or negative changes for life overall, mood and friendships, with summary data for all questions shown in S1 Appendix (S1 and S2 Tables).

**Table 3. Bone mineral density outcomes at baseline, 12, 24 and 36 months.**

| | | 12 months | | | | | | 24 months | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Baseline | | Baseline for those followed up | Follow-up | Change | p | | Baseline for those followed up | Follow-up | Change | p |
| | | n | Mean (95% CI) | n | Mean (95% CI) | Mean (95% CI) | Mean (95% CI) | | n | Mean (95% CI) | Mean (95% CI) | Mean (95% CI) | |
| Lumbar | BMC | 44 | 39.5 (35.9, 43.1) | 42 | 39.6 (35.8, 43.4) | 41.2 (38.2, 44.2) | 1.6 (0.2, 3.1) | 0.03 | 24 | 34.1 (30.3, 37.9) | 40.1 (36.7, 43.5) | 6.0 (4.0, 7.9) | <0.0001 |
| | BMD | 44 | 0.76 (0.71, 0.80) | 43 | 0.76 (0.71, 0.80) | 0.77 (0.72, 0.81) | 0.01 (-0.00, 0.03) | 0.17 | 24 | 0.68 (0.63, 0.74) | 0.73 (0.68, 0.78) | 0.05 (0.03, 0.07) | 0.0001 |
| Hip | BMC | 43 | 25.2 (23.2, 27.1) | 39 | 25.5 (23.4, 27.6) | 26.1 (24.4, 27.9) | 0.7 (-0.2, 1.5) | 0.13 | 22 | 23.9 (21.2, 26.6) | 26.3 (24.1, 28.6) | 2.4 (0.7, 4.1) | 0.008 |
| | BMD | 43 | 0.80 (0.75, 0.86) | 39 | 0.81 (0.75, 0.87) | 0.82 (0.78, 0.86) | 0.01 (-0.02, 0.05) | 0.6 | 22 | 0.76 (0.68, 0.85) | 0.79 (0.74, 0.84) | 0.03 (-0.04, 0.10) | 0.4 |
| BMD z-scores | Spine | 44 | -0.3 (-0.7, 0) | 43 | -0.3 (-0.7, 0.1) | -1.0 (-1.3, -0.7) | | | 24 | -0.5 (-1.1, 0.0) | -1.5 (-2.1, -0.8) | | |
| | HAZ spine | 44 | -0.5 (-0.8, -0.1) | 43 | -0.4 (-0.8, -0.1) | -1.0 (-1.3, -0.6) | | | 24 | -0.7 (-1.2, -0.1) | -1.3 (-1.9, -0.7) | | |
| | Hip | 43 | -0.5 (-0.9, -0.1) | 39 | -0.5 (-0.9, -0.1) | -1.0 (-1.3, -0.6) | | | 21 | -0.5 (-1.1, 0.1) | -1.4 (-2.0, -0.9) | | |
| | HAZ hip | 43 | -0.7 (-1.0, -0.3) | 39 | -0.6 (-1.0, -0.2) | -0.9 (-1.3, -0.5) | | | 21 | -0.5 (-1.1, 0.1) | -1.2 (-1.7, -0.6) | | |

| | | 36 months | | | |
|---|---|---|---|---|---|
| | | n | Baseline for those followed up Mean (95% CI) | Follow-up Mean (95% CI) | Change Mean (95% CI) | p |
| Lumbar | BMC | 12 | 37.05 (31.0, 43.1) | 42.4 (37.4, 47.4) | 5.3 (2.8, 7.8) | 0.0007 |
| | BMD | 12 | 0.72 (0.65, 0.80) | 0.76 (0.70, 0.82) | 0.03 (.00, 0.07) | 0.05 |
| Hip | BMC | 12 | 26.1 (22.1, 30.0) | 26.8 (21.2, 32.3) | 0.7 (-3.8, 5.2) | 0.7 |
| | BMD | 12 | (0.82, 0.73, 0.91) | 0.81 (0.74, 0.88) | -0.009 (-0.05, 0.03) | 0.6 |
| BMD z-scores | Spine | 12 | -0.2 (-1.0, 0.6) | -1.5 (-2.2, -0.8) | | |
| | HAZ spine | 12 | -0.4 (-1.2, 0.3) | -1.3 (-2.2, -0.5) | | |
| | Hip | 12 | -0.3 (-1.3, 0.6) | -1.1 (-1.8, -0.5) | | |
| | HAZ hip | 12 | -0.5 (-1.5, 0.5) | -1.0 (-1.8, -0.2) | | |

BMD: bone mineral density; BMC bone mineral content; HAZ height adjusted z-score.
BMD z-scores were not formally tested–see Methods.

https://doi.org/10.1371/journal.pone.0243894.t003

Most participants reported positive or a mix of positive-negative changes in their life at both time points. At 6–15 months 46% reported only positive changes, including feeling happier, relieved, less facial hair or stopping periods. A further 37% reported both positive and negative changes such as feeling happier but also experiencing hot flushes and headaches. In addition 12% reported overall negative changes namely hot flushes, tiredness, and feeling more emotional, while 5% reported no change. At 15–24 months, 55% reported solely positive changes such as feeling happier, no longer experiencing side effects and feeling more

Table 4. ASEBA outcomes at baseline, 12, 24 and 36 months.

| | | | | 12 months | | | | | 24 months | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Baseline** | Baseline for those followed up | Follow-up | Change | p | Baseline for those followed up | Follow-up | Change | p |
| | | n | mean (95% CI) | n | mean (95% CI) | mean (95% CI) | mean (95% CI) | | n | mean (95% CI) | mean (95% CI) | mean (95% CI) | |
| Parent report CBCL | Total problems t-score | 43 | 61.6(58.4, 64.7) | 41 | 61.5(58.2, 64.7) | 61.8(58.4, 65.1) | 0.3(-2.0, 2.6) | 0.8 | 20 | 61.2(56.5, 65.8) | 60.2(54.6, 65.8) | -1.0(-4.0, 2.1) | 0.5 |
| | Externalising problems t-score | 43 | 55.8(52.4, 59.3) | 41 | 55.7(52.1, 59.3) | 55.4(51.8, 59.0) | | | 20 | 55.4(49.9, 60.9) | 55.2(48.9, 61.5) | | |
| | Internalising problems t-score | 43 | 62.1(58.7, 65.5) | 41 | 61.8(58.3, 65.3) | 62.9(59.5, 66.3) | | | 20 | 60.4(55.7, 65.1) | 60.1(54.6, 65.6) | | |
| Self-report YSR | Total problems t-score | 44 | 57.9(55.0, 60.8) | 41 | 57.6(54.5, 60.6) | 58.4(54.6, 62.2) | 0.8(-3.1, 4.8) | 0.7 | 15 | 55.1(50.9, 59.2) | 56.5(50.6, 62.5) | 1.5(-3.4, 6.3) | 0.5 |
| | Total problems z-score (ref: Netherlands) | 44 | 1.01(0.67, 1.36) | 41 | 0.97(0.62, 1.33) | 0.99(0.55, 1.42) | | | 15 | 0.66(0.17,1.15) | 0.65(-0.05, 1.36) | | |
| | Total problems z-score (ref: Australia) | 44 | 0.72(0.37, 1.06) | 41 | 0.68(0.32, 1.03) | 0.68(0.24, 1.12) | | | 15 | 0.39(-0.11,0.89) | 0.37(-0.32, 1.07) | | |
| | Externalising problems t-score | 44 | 52.3(49.2, 55.5) | 41 | 52.3(49.2, 55.4) | 52.5(48.7, 56.3) | | | 15 | 53.1(48.5, 57.6) | 52.3(45.3, 59.4) | | |
| | Internalising problems t-score | 44 | 58.0(54.9, 61.2) | 41 | 57.7(54.3, 61.0) | 60.1(55.9, 64.3) | | | 15 | 53.9(49.9, 58.0) | 55.9(50.8, 61.1) | | |
| **Self-harm scores** | | | | | | | | | | | | | |
| Parent report CBCL | Median (IQR) | 43 | 0(0, 1) | 40 | 0(0, 1) | 0(0, 1) | | 0.3 | 20 | 0(0, 1) | 0(0, 1) | | >0.9 |
| Self-report YSR | Median (IQR) | 43 | 0(0, 1) | 39 | 0(0, 1) | 0(0, 2) | | 0.4 | 15 | 0(0, 0) | 0(0, 0) | | 0.3 |

| | | | 36 months | | | |
|---|---|---|---|---|---|---|
| | | | Baseline for those followed up | Follow-up | Change | **p** |
| | | | n | mean (95% CI) | mean (95% CI) | mean (95% CI) | |
| Parent report CBCL | Total problems t-score | | 11 | 62.4(55.1, 69.6) | 61.1(52.3, 69.9) | -1.3(-6.6, 4.0) | 0.6 |
| | Externalising problems t-score | | 11 | 56.8(48.0, 65.6) | 56.2(48.3, 64.1) | | |
| | Internalising problems t-score | | 11 | 60.4(53.5, 67.2) | 62.5(53.6, 71.5) | | |
| **Self-harm scores** | | | | | | | |
| Parent report CBCL | Median (IQR) | | 11 | 0(0, 1) | 0(0, 1) | | 0.8 |

https://doi.org/10.1371/journal.pone.0243894.t004

comfortable with puberty suspended. A further 17% reported both positive and negative changes including less body hair but continued growth in height, or having clearer skin but also experiencing more hunger, weight gain and tiredness. 17% reported largely negative changes such as mood swings, tiredness and hot flushes whilst 10% reported no change.

Reports of change in mood were mixed. At 6–15 months, the majority reported mood to be improved (49%), mixed changes (such as both feeling happier but experiencing some mood swings; 15%) or no change (7%), however 24% reported negative changes in mood such as

**Table 5. Other psychological outcomes at baseline, 12, 24 and 36 months.**

| | | Baseline | | 12 months | | 24 months | | 36 months | |
|---|---|---|---|---|---|---|---|---|---|
| | | n | mean (95% CI) | n | mean (95% CI) | n | mean (95% CI) | n | mean (95% CI) |
| **Kidscreen-52 HRQOL** | | | | | | | | | |
| Parent report CBCL t-scores | Physical wellbeing | 42 | 44.9(41.4, 48.5) | 36 | 40.4(37.5, 43.3) | 14 | 40.5(36.8, 44.2) | | |
| | Psychological Wellbeing | 41 | 39.8(36.7, 42.8) | 36 | 39.0(35.4, 42.6) | 14 | 42.4(36.9, 48) | | |
| | Moods and Emotions | 41 | 40.6(37.6, 43.6) | 36 | 41.2(37.3, 45.1) | 14 | 42.5(36.3, 48.7) | | |
| | Self-perception | 42 | 34.6(32.6, 36.5) | 36 | 34.8(32.0, 37.5) | 14 | 34.8(31.3, 38.2) | | |
| | Autonomy | 42 | 46.2(43.2, 49.2) | 36 | 48.2(45.0, 51.4) | 14 | 46.7(41, 52.4) | | |
| | Parent relations and home life | 42 | 48.1(44.5, 51.6) | 35 | 46.7(42.9, 50.5) | 14 | 49.5(44.1, 54.9) | | |
| | Social support and peers | 39 | 48.0(44.7, 51.4) | 36 | 51.9(48.4, 55.3) | 13 | 51.4(45.6, 57.2) | | |
| | School environment | 42 | 38.2(35.0, 41.4) | 35 | 39.4(35.3, 43.4) | 13 | 43.7(36, 51.3) | | |
| | Social acceptance | 39 | 44.7(40.7, 48.7) | 32 | 42.3(38.1, 46.4) | 13 | 43.5(35.9, 51.2) | | |
| | Financial resources | 42 | 37.9(33.9, 41.9) | 36 | 35.8(31.5, 40.2) | 14 | 36.3(26.4, 46.3) | | |
| Self-report t-scores | Physical wellbeing | 42 | 45.1(41.8, 48.5) | 36 | 41.5(38.0, 45.0) | 13 | 43.9(38.9, 48.9) | | |
| | Psychological Wellbeing | 42 | 43.0(39.6, 46.4) | 36 | 41.1(37.0, 45.2) | 14 | 51(45.8, 56.2) | | |
| | Moods and Emotions | 42 | 46.3(42.7, 49.9) | 36 | 43.9(40.4, 47.3) | 14 | 50.1(45.5, 54.7) | | |
| | Self-perception | 42 | 38.8(36.7, 40.9) | 36 | 37.9(35.1, 40.6) | 14 | 43.1(39.9, 46.2) | | |
| | Autonomy | 42 | 46.6(43.6, 49.6) | 36 | 46.7(42.9, 50.5) | 13 | 51.9(47.4, 56.4) | | |
| | Parent relations and home life | 42 | 49.7(46.2, 53.2) | 36 | 48.7(45.2, 52.3) | 14 | 58.4(53.3, 63.5) | | |
| | Social support and peers | 37 | 45.6(42.5, 48.7) | 35 | 48.1(44.6, 51.6) | 14 | 49.7(44.3, 55.1) | | |
| | School environment | 41 | 45.9(42.3, 49.4) | 36 | 44.7(39.7, 49.7) | 14 | 49(43.6, 54.3) | | |
| | Social acceptance | 41 | 47.4(43.5, 51.3) | 33 | 45.5(40.9, 50.1) | 13 | 53.6(46.3, 60.8) | | |
| | Financial resources | 42 | 42.2(38.1, 46.3) | 34 | 43.2(38.2, 48.1) | 14 | 46.3(39.1, 53.5) | | |
| **Body image scale** | Overall score | 42 | 3.1(2.8, 3.3) | 40 | 3.2(3.0, 3.4) | 16 | 3(2.7, 3.2) | 8 | 3.1(2.4, 3.7) |
| | Primary characteristics score | 42 | 4.5(4.2, 4.7) | 39 | 4.3(4.2, 4.5) | 16 | 4.5(4.3, 4.7) | 8 | 4.2(3.9, 4.5) |
| | Secondary characteristics score | 41 | 2.9(2.6, 3.1) | 40 | 3(2.8, 3.3) | 16 | 2.9(2.5, 3.2) | 8 | 2.9(2, 3.8) |
| | Neutral characteristics score | 42 | 2.5(2.203, 2.707) | 40 | 2.7(2.5, 3.0) | - | - | | |
| **Utrecht Gender dysphoria score** | Median (IQR) | 41 | 4.8(4.6, 5.0) | 40 | 4.7(4.6, 5.0) | 18 | 4.7(4.3, 5.0) | | |
| **Clinical outcome** | | | | | | | | | |
| CGAS global score | Mean (95% CI) | 42 | 62.9(59.6, 66.2) | 35 | 64.1(59.9, 68.3) | 18 | 65.7(59.6, 71.8) | 12 | 66.0(58.1, 73.9) |

Note: Change in outcomes in this Table were not formally tested.

https://doi.org/10.1371/journal.pone.0243894.t005

**Table 6. Associations between birth-registered sex and baseline pubertal status and outcomes at 12 months.**

| | | Outcomes at 12 months adjusted for baseline | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | BMD at lumbar spine | | | YSR total t-score | | | GCAS score | | |
| | | n | Coefficient (95% CI) | p | n | Coefficient (95% CI) | p | n | Coefficient (95% CI) | p |
| Birth-registered sex | | | | | | | | | | |
| Main effect (baseline value of outcome) | | 43 | 0.86 (0.75, 0.97) | <0.0001 | 41 | 0.43 (0.05, 0.82) | 0.03 | 33 | 0.74 (0.42, 1.06) | <0.0001 |
| Birth-registered sex | Male (ref) | | 0 | | | 0 | | | 0 | |
| | Female | | -0.02 (-0.05, 0.01) | 0.2 | | 2.1 (-5.2, 9.4) | 0.6 | | -3.2 (-10.0, 3.5) | 0.3 |
| Pubertal status | | | | | | | | | | |
| Main effect (baseline value of outcome) | | 43 | 0.85 (0.72, 0.97) | <0.0001 | 41 | 0.43 (0.01, 0.84) | 0.04 | 33 | 0.69 (0.37, 1.00) | <0.0001 |
| Pubertal stage at baseline | 3 | | 0.008 (-0.03, 0.04) | 0.7 | | 0.2 (-8.3, 8.7) | 0.9 | | 1.6 (-5.5, 8.8) | 0.6 |
| | 4 (ref) | | 0 | | | 0 | | | 0 | |
| | 5 | | -0.009 (-0.05, 0.03) | 0.7 | | 0.4 (-9.9, 10.8) | 0.9 | | -7.9 (-17.6, 1.8) | 0.11 |

https://doi.org/10.1371/journal.pone.0243894.t006







**Fig 1. Ratings of change in life overall, mood and friendships at 6–15 months (n = 41) and 15–24 months (n = 29).**

https://doi.org/10.1371/journal.pone.0243894.g001

experiencing more mood swings or feeling low. Findings at 15–24 months were similar. The most common negative change was reduced energy levels, reported by 29% at 6-15m and 38% at 15-24m.

Young people's reports of change in family and peer relationships were predominantly positive or neutral at both time points. Positive changes included feeling closer to the family,

**Table 7. Adverse events reported across the study.**

| Participants | 0-6m | 7-12m | 13-24m | 25+m |
|---|---|---|---|---|
| | n = 44 | n = 44 | n = 36 | n = 24 |
| | *n (%)* | *n (%)* | *n (%)* | *n (%)* |
| Mild headaches or hot flushes | 11 (25%) | 10 (23%) | 8 (22%) | 4 (17%) |
| Moderate or severe headaches and hot flushes | 2 (5%) | 4 (9%) | 1 (3%) | 0 |
| Fatigue—mild | 2 (5%) | 3 (7%) | 3 (8%) | 1 (4%) |
| Fatigue–moderate or severe | 0 | 0 | 0 | 0 |
| Mood swings | 1 (2%) | 0 | 0 | 0 |
| Weight gain | 1 (2%) | 0 | 1 (3%) | 0 |
| Sleep problems | 1 (2%) | 0 | 1 (3%) | 0 |
| Other events | 0 | 0 | 0 | 0 |
| Total events recorded* | 18 | 17 | 14 | 5 |

* individuals may have more than 1 event.

https://doi.org/10.1371/journal.pone.0243894.t007

feeling more accepted and having fewer arguments. Those reporting both positive and negative change reported feeling closer to some family members but not others. At 6–15 months, negative family changes were largely from family members not accepting their trans status or having more arguments. But by 15–24 months only one young person reported this. Improved relationships with peers related to feeling more sociable or confident and widening their circle of friends; negative changes related to bullying or disagreements at school. Again, at 15–24 months only one young person reported negative change, related to feelings of not trusting friends.

At 6–15 months, changes in gender role were reported by 66% as positive, including feeling more feminine/masculine, living in their preferred gender identity in more (or all) areas of life and feeling more secure in their gender identity, with no negative change reported. At 15–24 months, most reported no change although 41% reported positive changes including experimenting more with physical appearance and changing their details on legal documents.

All young people affirmed at each interview that they wished to continue with GnRHa treatment. Note that this was also the case when asked routinely at medical clinics (excepting those who briefly ceased GnRHa as noted above).

**Adverse events.** Adverse events are shown in Table 7. All adverse events were minor and anticipated, i.e. they were previously described in study participant information and/or noted in the triptorelin medication package inserts. Anticipated adverse events were common in the first two years, particularly mild headaches or hot flushes which were reported in 25% at 0-6m, 23% at 7-12m and 22% at 13-24m. Moderate or severe headaches and/or hot flushes were uncommon. Birth-registered females with distressing headaches or hot flushes were offered 'add-back' oestrogen therapy, and two accepted treatment briefly with very small doses of oestradiol, which was effective in reducing symptoms. Mild fatigue was reported by 5–8% over the first two years and no participants reported moderate or severe fatigue. Sleep problems, mood swings and weight gain were reported by very small numbers and in each case symptoms were mild. Adverse events were less common after 12 months of treatment.

## Discussion

We report the short and medium-term outcomes of a prospective cohort of 44 young people with persistent and severe GD treated with GnRHa resulting in pubertal suppression from mid-puberty for 1–4 years. Young people were considered for recruitment after lengthy

assessment, spending an average of 2 years and up to 6 years within the GIDS psychological service before being referred to the endocrine clinic for assessment to enter the study. Medical assessment found no endocrine abnormalities at baseline. GnRHa treatment started in the majority of participants in later stages of puberty, with 57% in puberty stages 4 and 5 and 79% of birth-registered females being post-menarcheal. After starting GnRHa all quickly achieved and maintained suppression of pubertal hormones and none experienced pubertal progression. At the end of the study, 43 (98%) chose to start cross-sex hormones whilst one young person chose to stop GnRHa and continue with puberty consistent with their birth-registered sex.

As anticipated, pubertal suppression reduced growth that was dependent on puberty hormones, i.e. height and BMD. Height growth continued for those not yet at final height, but more slowly than for their peers so height z-score fell. Similarly for bone strength, BMD and BMC increased in the lumbar spine indicating greater bone strength, but more slowly than in peers so BMD z-score fell. These anticipated changes had been discussed with all participants before recruitment to the study. Young people experienced little change in mean weight or BMI z-score in the first two years. The rise in weight and BMI z-score at 36 months may represent a trend towards greater adiposity in those on GnRHa for a prolonged period, or reflect a higher baseline in this group.

Information on side-effects was available through routine reporting in medical clinics and in the participant experience interviews. Anticipated side effects of treatment were common, particularly relating to mild symptoms directly related to suppression of sex hormones. Severe symptoms were uncommon. Fatigue or low energy was reported rarely in medical clinic assessments but frequently at interview (38% at 15-24m). The relationship of symptoms such as headaches, fatigue and sleep disturbance to GnRHa treatment is unclear as they are all very common in early adolescence [36,37], although a conservative perspective would regard them as side-effects of treatment.

Young people experienced little change in psychological functioning across the study. We found no differences between baseline and later outcomes for overall psychological distress as rated by parents and young people, nor for self-harm. Outcomes that were not formally tested also showed little change.

Participant experience of treatment as reported in interviews was positive for the majority, particularly relating to feeling happier, feeling more comfortable, better relationships with family and peers and positive changes in gender role. Smaller numbers reported having mixed positive and negative changes. A minority (12% at 6–15 months and 17% at 15–24 months) reported only negative changes, which were largely related to anticipated side effects. None wanted to stop treatment due to side effects or negative changes. We are not aware of comparative patient experience data from other cohorts.

The median age at consent in our study was very similar to that in the earliest published outcome study of mid-pubertal suppression using GnRHa treatment in Dutch young people (13.6 years) [24]. Similarly to this Dutch cohort, all but one of our participants elected to start cross-sex hormones after completing the GnRHa pathway. However they spent an average of 31 months on GnRHa compared with 23 months in the Dutch cohort [24]. In our study, the successful suppression of puberty and cessation of menses with GnRHa, the impact on height growth [4,16,38] and BMD [4,16] and the normality of liver and renal function through treatment were each consistent with previous reports [4,16].

Our findings that BMD increased over time in the lumbar spine but more slowly than in same age peers, resulting in a fall in z-score, are similar to others [4,14,39,40]. The fall in height-adjusted BMD z-score was consistent with but larger than the fall in height z-score. We found that birth-registered sex and pubertal status at baseline were not associated with later BMD. There is evidence that accretion of bone mass resumes and that BMD increases with the

start of cross-sex hormone therapy [4,14,39,41]. Future research needs to examine longer-term change in BMD in young people treated with mid-pubertal suppression.

We reported a range of adverse events previously described to be associated with pubertal suppression [42], with the exception of mild sleep disturbance although this is a known association with triptorelin use. As anticipated, the withdrawal of sex hormones produces symptoms such as headaches and lack of energy, although in the great majority (11 of 13 at 0–6 months; 10 of 14 at 7–12 months; 8 of 9 at 13–24 months) the symptoms were minor. Symptoms diminished over time as has previously been noted [4], and no young people chose to cease treatment due to the side-effects.

Our finding that 1 participant ceased pubertal suppression and did not commence cross-sex hormones is somewhat similar to the experience of one US cohort and a second Dutch cohort; Kuper et al. described that 2 of approximately 57 young people aged 10–15 years who commenced pubertal suppression treatment stopped this treatment without commencing cross-sex hormones [17]. Brik et al. reported that in a cohort of 137 young people who began GnRHa between 10 and 18 years and were followed until eligible to commence cross-sex hormones, 5 (3.6%) ceased treatment and did not later commence cross-sex hormones [19].

Three longitudinal studies from the Netherlands and the USA have examined psychological function over time in cohorts of young people treated with GnRHa and then cross-sex hormones [17,18,24], although the two US cohorts were of limited size. Our study adopted the same psychological outcome measures as the Dutch cohort, to facilitate comparison [24]. Mean baseline YSR scores in our cohort were similar to those previously reported in 141 young people aged 12–18 years from the London GIDS [43], and baseline CBCL and YSR scores were close to those at baseline from the original Dutch cohort [24]. A number of other studies have shown that young people with GD have higher scores on the CBCL or YSR than same-age population peers, and that they are similar to young people referred to clinical services for a range of mental health problems [44–46]. Population-based studies in America support higher baseline levels of mental health problems amongst young people with GD, with the prevalence of self-harm notably higher than for male or female peers [47,48]. Young people in our study had baseline YSR scores 0.7–1.0 SD higher than norms for age in comparable countries [29,46].

We found no evidence of change in psychological function with GnRHa treatment as indicated by parent report (CBCL) or self-report (YSR) of overall problems, internalising or externalising problems or self-harm. This is in contrast to the Dutch study which reported improved psychological function across total problems, externalising and internalising scores for both CBCL and YSR and small improvements in CGAS [24]. It also contrasts with a previous study from the UK GIDS of change in psychological function with GnRHa treatment in 101 older adolescents with GD (beginning > 15.5 years) which reported moderate improvements in CGAS score over 12 months of GnRHa treatment [49]. CGAS scores in this previous study increased from 61 to 67 with GnRHa treatment, similar to those (63 at baseline, 66 at 24 months) in our study. Follow-up of the Kuper et al. cohort found non-significant changes in depression and anxiety scores in those (n = 25) who had only pubertal suppression treatment, although improvements were seen in the whole sample combining these with those receiving cross-sex hormones [17]. A second US cohort reported that in 23 young people who had received pubertal suppression (using GnRHa or anti-androgens in birth-registered males and either GnRHa or medroxyprogesterone in birth-registered females), there was a reduction in depression scores in birth-registered males but not females.

A recent large US survey found that those who received pubertal suppression in early or mid adolescence had lower odds of lifetime suicidal ideation when studied in adulthood compared with those who did not, regardless of whether they later received cross-sex hormones

and after adjustment for a range of confounding factors [50]. This implies an enduring benefit of pubertal suppression on psychological function, however the cross-sectional design and retrospective exposure classification means the findings require replication. Data are also available from other conditions in which GnRHa is used to suppress puberty during adolescence. A trial of GnRHa suppression of puberty during early adolescence in young people born small-for-gestational-age (SGA) who were also treated with human growth hormone (GH) reported that those treated with GnRHa had similar cognitive and psychological function in adult life to those treated only with GH [51].

The differences between our findings and the previous GIDS study re change in psychological function may relate simply to sample size. But why our findings differ from those of the Dutch study is unclear. They may relate to the timing of assessments; we assessed young people multiple times whereas in the Dutch study the second assessment was shortly before starting cross-sex hormone treatment. Alternatively, there may have been baseline differences in the two cohorts. Whilst some aspects of psychological function were similar, as noted above, the baseline CGAS scores were notably higher in the Dutch group (indicating better function). A previous international comparison study has found that young people aged 12–18 years with GD from the UK have higher scores indicating greater problems on the CBCL and YSR than those from the Netherlands, Belgium and Switzerland [52].

Psychological distress and self-harm are known to increase across early adolescence. Normative data show rising YSR total problems scores with age from age 11 to 16 years in non-clinical samples from a range of countries [29]. Self-harm rates in the general population in the UK and elsewhere increase markedly with age from early to mid-adolescence, being very low in 10 year olds and peaking around age 16–17 years [53–56]. Our finding that psychological function and self-harm did not change significantly during the study is consistent with two main alternative explanations. The first is that there was no change, and that GnRHa treatment brought no measurable benefit nor harm to psychological function in these young people with GD. This is consonant with the action of GnRHa, which only stops further pubertal development and does not change the body to be more congruent with a young person's gender identity. The second possibility is that the lack of change in an outcome that normally worsens in early adolescence may reflect a beneficial change in trajectory for that outcome, i.e. that GnRHa treatment reduced this normative worsening of problems. In the absence of a control group, we cannot distinguish between these possibilities. We aimed to use normative reference data to examine this issue. However age- and gender-standardised t-scores for ASEBA and other outcomes cannot answer this question as they cover a very broad age range (e.g. 12–18 years). We had anticipated that z-scores on the YSR available by calendar year for two comparable countries (Netherlands; Australia) might be informative however confidence intervals were too wide to draw reliable inferences.

Gender dysphoria and body image changed little across the study. This is consistent with some previous reports [24] and was anticipated, given that GnRHa does not change the body in the desired direction, but only temporarily prevents further masculinization or feminization. Other studies suggest that changes in body image or satisfaction in GD are largely confined to gender affirming treatments such as cross-sex hormones or surgery [57]. We found that birth-registered sex and baseline pubertal status were not associated with later psychological functioning on GnRHa, consistent with previous reports [24,49].

These data correct reports from a recent letter by Biggs [58] which used preliminary data from our study which were uncleaned and incomplete data used for internal reporting. In addition there were many statistical comparisons which inflated the risk of type 1 error. Our statistical analysis plan restricted testing all outcomes for differences by sex due to the type 1

error risk. Contrary to Biggs's letter, we found no evidence of reductions over time in any psychological outcomes, and no material differences by sex.

## Strengths and limitations

Our study provides comprehensive data on this cohort during follow-up, with an anonymised dataset containing standardised scores deposited to allow other researchers to replicate our findings where data-sharing allows. The study size and uncontrolled design were key limitations. The small sample size limited our ability to identify small changes in outcomes. This was an uncontrolled observational study and thus cannot infer causality. Further, many of the outcomes studied here, including psychological function, self-harm and BMD, undergo normative changes by age and developmental stage during puberty that could confound any observed effect of GnRHa treatment in an uncontrolled study. The analysis plan aimed to take these issues into account as far as possible, however this particularly limits the potential for the study to show benefits or harms from treatment. However, some conclusions can be drawn. It is unlikely that the reported adverse events such as headaches do not relate directly to GnRHa treatment. Equally, given that there were no changes in psychological function and differences in point estimates were minimal for nearly all outcomes, it is unlikely that the treatment resulted in psychological harm. Observational studies are important sources of data on harms of treatment [59–61].

Our data are subject to a number of other limitations. This was an unfunded study undertaken within a clinical service and we were dependent on the clinical service for data collection. There were varying sample sizes for differing tests as some participants did not attend certain investigations and some follow-up medical tests were processed locally to patients; these data are reported as normal or otherwise. Missing items on psychological questionnaires resulted in some unusable data. Some young people found repeated completion of questionnaires about gender issues intrusive and refused to complete them at later follow-ups, as has been reported in other studies [62]. This questionnaire fatigue also affected parent responses. Scoring of psychological questionnaire data was rechecked at the completion of the study however this was not possible in very small numbers of participants in whom only scale scores rather than individual item data were preserved during data migration in hospital clinical information systems. In sensitivity analyses, repeat analysis of ASEBA psychological outcomes restricted to those with rescored data showed highly similar findings to the full sample (see S3 Table in S1 Appendix).

A more detailed qualitative evaluation of participant experience was not possible due to lack of interviewer time, and reporting of interview data was restricted to perceptions of positive or negative change and the giving of examples.

## Implications and conclusions

Treatment of young people with persistent and severe GD aged 12–15 years with GnRHa was efficacious in suppressing pubertal progression. Anticipated effects of withdrawal of sex hormones on symptoms were common and there were no unexpected adverse events. BMD increased with treatment in the lumbar spine and was stable at the hip, and BMD z-score fell consistent with delay of puberty. Overall participant experience of changes on GnRHa treatment was positive. We identified no changes in psychological function, quality of life or degree of gender dysphoria.

The great majority of this cohort went on to start cross-sex hormones, as was hypothesized given the severity and continuation of their GD. However one young person did not, providing some evidence that development of gender identity continues on GnRHa treatment and

confirming the importance of continuing supportive psychological therapy to allow further exploration of gender identity and a range of future pathways whilst on GnRHa.

This cohort will be followed up longer term to examine physical and mental health outcomes into early adulthood. However larger and longer-term prospective studies using a range of designs are needed to more fully quantify the harms and benefits of pubertal suppression in GD and better understand factors influencing outcomes [3]. These are beginning to be funded in a number of countries [63].(https://logicstudy.uk) Given that pubertal suppression may be both a treatment in its own right and also an intermediate step in a longer treatment pathway, it is essential for such studies to examine benefits and harms across the longer pathway including pubertal suppression and initiation of cross-sex hormones.

## Supporting information

**S1 Appendix.**
(DOCX)

**S2 Appendix. Statistical analysis plan.**
(DOCX)

## Acknowledgments

We wish to thank the young people and families who participated in the study and the clinical teams at The Tavistock and Portman NHS Foundation Trust and UCL Hospitals NHS Foundation Trust.

We wish to acknowledge the inputs of Harriet Gunn, Claudia Zitz and Domenico di Ceglie for their work in formulating the study, collecting data and advising on the manuscript.

## Author Contributions

**Conceptualization:** Polly Carmichael, Gary Butler, Elin M. Skageberg, Sophie Khadr, Russell M. Viner.

**Data curation:** Una Masic, Russell M. Viner.

**Formal analysis:** Tim J. Cole, Bianca L. De Stavola, Russell M. Viner.

**Investigation:** Gary Butler, Una Masic.

**Methodology:** Polly Carmichael, Bianca L. De Stavola, Elin M. Skageberg, Russell M. Viner.

**Writing – original draft:** Polly Carmichael, Gary Butler, Russell M. Viner.

**Writing – review & editing:** Polly Carmichael, Gary Butler, Una Masic, Tim J. Cole, Sarah Davidson, Sophie Khadr, Russell M. Viner.

## References

1. Diagnostic and statistical manual of mental disorders (DSM-V). 5th ed. Arlington, VA: American Psychiatric Association; 2013.

2. International Statistical Classification of Diseases and Related Health Problems (ICD-11). Geneva: World Health Organisation, 2019.

3. Mahfouda S, Moore JK, Siafarikas A, Zepf FD, Lin A. Puberty suppression in transgender children and adolescents. Lancet Diabetes Endocrinol. 2017; 5(10):816–26. Epub 2017/05/27. https://doi.org/10.1016/S2213-8587(17)30099-2 PMID: 28546095.

4. Chew D, Anderson J, Williams K, May T, Pang K. Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. Pediatrics. 2018; 141(4). Epub 2018/03/09. https://doi.org/10.1542/peds.2017-3742 PMID: 29514975.

5. Butler G, De Graaf N, Wren B, Carmichael P. Assessment and support of children and adolescents with gender dysphoria. Arch Dis Child. 2018; 103(7):631–6. Epub 2018/04/14. https://doi.org/10.1136/archdischild-2018-314992 PMID: 29650510.

6. Turban JL, Ehrensaft D. Research Review: Gender identity in youth: treatment paradigms and controversies. J Child Psychol Psychiatry. 2018; 59(12):1228–43. Epub 2017/10/27. https://doi.org/10.1111/jcpp.12833 PMID: 29071722.

7. Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 2013; 52(6):582–90. Epub 2013/05/25. https://doi.org/10.1016/j.jaac.2013.03.016 PMID: 23702447.

8. Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017; 102(11):3869–903. Epub 2017/09/26. https://doi.org/10.1210/jc.2017-01658 PMID: 28945902.

9. Oliphant J, Veale J, Macdonald J, Carroll R, Johnson R, Harte M, et al. Guidelines for Gender Affirming Healthcare for Gender Diverse and Transgender Children, Young People and Adults in Aotearoa, New Zealand. N Z Med J. 2018; 131(1487):86–96. Epub 2018/12/14. PMID: 30543615.

10. Telfer MM, Tollit MA, Pace CC, Pang KC. Australian standards of care and treatment guidelines for transgender and gender diverse children and adolescents. Med J Aust. 2018; 209(3):132–6. Epub 2018/06/16. https://doi.org/10.5694/mja17.01044 PMID: 29902964.

11. Rafferty J. Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. Pediatrics. 2018; 142(4). Epub 2018/09/19. https://doi.org/10.1542/peds.2018-2162 PMID: 30224363.

12. Skordis N, Butler G, de Vries MC, Main K, Hannema SE. ESPE and PES International Survey of Centers and Clinicians Delivering Specialist Care for Children and Adolescents with Gender Dysphoria. Hormone research in paediatrics. 2018; 90(5):326–31. Epub 2019/01/30. https://doi.org/10.1159/000496115 PMID: 30695784.

13. Agana MG, Greydanus DE, Indyk JA, Calles JL Jr., Kushner J, Leibowitz S, et al. Caring for the transgender adolescent and young adult: Current concepts of an evolving process in the 21st century. Dis Mon. 2019; 65(9):303–56. Epub 2019/08/14. https://doi.org/10.1016/j.disamonth.2019.07.004 PMID: 31405516.

14. Klink D, Caris M, Heijboer A, van Trotsenburg M, Rotteveel J. Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. J Clin Endocrinol Metab. 2015; 100(2):E270–5. Epub 2014/11/27. https://doi.org/10.1210/jc.2014-2439 PMID: 25427144.

15. Cohen-Kettenis PT, Schagen SE, Steensma TD, de Vries AL, Delemarre-van de Waal HA. Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. Arch Sex Behav. 2011; 40(4):843–7. Epub 2011/04/20. https://doi.org/10.1007/s10508-011-9758-9 PMID: 21503817.

16. Schagen SE, Cohen-Kettenis PT, Delemarre-van de Waal HA, Hannema SE. Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents. J Sex Med. 2016; 13(7):1125–32. Epub 2016/06/19. https://doi.org/10.1016/j.jsxm.2016.05.004 PMID: 27318023.

17. Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics. 2020; 145(4). Epub 2020/03/30. https://doi.org/10.1542/peds.2019-3006 PMID: 32220906.

18. Achille C, Taggart T, Eaton NR, Osipoff J, Tafuri K, Lane A, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. International Journal of Pediatric Endocrinology. 2020; 2020(1):8. https://doi.org/10.1186/s13633-020-00078-2 PMID: 32368216

19. Brik T, Vrouenraets L, de Vries MC, Hannema SE. Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. Arch Sex Behav. 2020; 49(7):2611–8. Epub 2020/03/11. https://doi.org/10.1007/s10508-020-01660-8 PMID: 32152785.

20. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ 3rd, Spack NP, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2009; 94(9):3132–54. Epub 2009/06/11. https://doi.org/10.1210/jc.2009-0345 PMID: 19509099.

21. Spack NP, Edwards-Leeper L, Feldman HA, Leibowitz S, Mandel F, Diamond DA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. 2012; 129 (3):418–25. Epub 2012/02/22. https://doi.org/10.1542/peds.2011-0907 PMID: 22351896.

22. Meyer WJ 3rd. Gender identity disorder: an emerging problem for pediatricians. Pediatrics. 2012; 129 (3):571–3. Epub 2012/02/22. https://doi.org/10.1542/peds.2011-3696 PMID: 22351880.

23. Hewitt JK, Paul C, Kasiannan P, Grover SR, Newman LK, Warne GL. Hormone treatment of gender identity disorder in a cohort of children and adolescents. Med J Aust. 2012; 196(9):578–81. Epub 2012/05/25. https://doi.org/10.5694/mja12.10222 PMID: 22621149.

24. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011; 8(8):2276–83. Epub 2010/07/22. https://doi.org/10.1111/j.1743-6109.2010.01943.x PMID: 20646177.

25. Cole TJ, Freeman JV, Preece MA. Body mass index reference curves for the UK, 1990. Arch Dis Child. 1995; 73(1):25–9. https://doi.org/10.1136/adc.73.1.25 PMID: 7639544

26. Kalkwarf HJ, Zemel BS, Gilsanz V, Lappe JM, Horlick M, Oberfield S, et al. The bone mineral density in childhood study: bone mineral content and density according to age, sex, and race. J Clin Endocrinol Metab. 2007; 92(6):2087–99. Epub 2007/02/22. https://doi.org/10.1210/jc.2006-2553 PMID: 17311856.

27. Zemel BS, Leonard MB, Kelly A, Lappe JM, Gilsanz V, Oberfield S, et al. Height adjustment in assessing dual energy x-ray absorptiometry measurements of bone mass and density in children. J Clin Endocrinol Metab. 2010; 95(3):1265–73. Epub 2010/01/28. https://doi.org/10.1210/jc.2009-2057 PMID: 20103654.

28. Crijnen AA, Achenbach TM, Verhulst FC. Comparisons of problems reported by parents of children in 12 cultures: total problems, externalizing, and internalizing. J Am Acad Child Adolesc Psychiatry. 1997; 36(9):1269–77. Epub 1997/09/18. https://doi.org/10.1097/00004583-199709000-00020 PMID: 9291729.

29. Verhulst FC, Achenbach TM, van der Ende J, Erol N, Lambert MC, Leung PW, et al. Comparisons of problems reported by youths from seven countries. Am J Psychiatry. 2003; 160(8):1479–85. Epub 2003/08/06. https://doi.org/10.1176/appi.ajp.160.8.1479 PMID: 12900311.

30. Aitken M, VanderLaan DP, Wasserman L, Stojanovski S, Zucker KJ. Self-Harm and Suicidality in Children Referred for Gender Dysphoria. J Am Acad Child Adolesc Psychiatry. 2016; 55(6):513–20. Epub 2016/05/31. https://doi.org/10.1016/j.jaac.2016.04.001 PMID: 27238070.

31. Van Meter AR, Algorta GP, Youngstrom EA, Lechtman Y, Youngstrom JK, Feeny NC, et al. Assessing for suicidal behavior in youth using the Achenbach System of Empirically Based Assessment. Eur Child Adolesc Psychiatry. 2018; 27(2):159–69. Epub 2017/07/28. https://doi.org/10.1007/s00787-017-1030-y PMID: 28748484.

32. Deutz MH, Geeraerts SB, van Baar AL, Dekovic M, Prinzie P. The Dysregulation Profile in middle childhood and adolescence across reporters: factor structure, measurement invariance, and links with self-harm and suicidal ideation. Eur Child Adolesc Psychiatry. 2016; 25(4):431–42. Epub 2015/08/01. https://doi.org/10.1007/s00787-015-0745-x PMID: 26226917.

33. Ravens-Sieberer U, Gosch A, Rajmil L, Erhart M, Bruil J, Power M, et al. The KIDSCREEN-52 quality of life measure for children and adolescents: psychometric results from a cross-cultural survey in 13 European countries. Value Health. 2008; 11(4):645–58. Epub 2008/01/09. https://doi.org/10.1111/j.1524-4733.2007.00291.x PMID: 18179669.

34. Lindgren TW, Pauly IB. A body image scale for evaluating transsexuals. Arch Sex Behav. 1975; 4 (6):639–56. Epub 1975/11/01. https://doi.org/10.1007/BF01544272 PMID: 1212093.

35. Shaffer D, Gould MS, Brasic J, Ambrosini P, Fisher P, Bird H, et al. A children's global assessment scale (CGAS). Arch Gen Psychiatry. 1983; 40(11):1228–31. Epub 1983/11/01. https://doi.org/10.1001/archpsyc.1983.01790100074010 PMID: 6639293.

36. Viner RM, Clark C, Taylor S, Bhui K, Klineberg E, Head J, et al. Risk factors for persistent fatigue in adolescents: A population-based study. Journal of Adolescent Health. 2006; 38(2):113–4. https://doi.org/10.1016/j.jadohealth.2005.11.080

37. Krogh AB, Larsson B, Linde M. Prevalence and disability of headache among Norwegian adolescents: A cross-sectional school-based study. Cephalalgia. 2015; 35(13):1181–91. Epub 2015/02/28. https://doi.org/10.1177/0333102415573512 PMID: 25720767.

38. Ghelani R, Lim C, Brain C, Fewtrell M, Butler G. Sudden sex hormone withdrawal and the effects on body composition in late pubertal adolescents with gender dysphoria. J Pediatr Endocrinol Metab. 2019. Epub 2019/12/14. https://doi.org/10.1515/jpem-2019-0045 PMID: 31834861.

39. Vlot MC, Klink DT, den Heijer M, Blankenstein MA, Rotteveel J, Heijboer AC. Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone. 2017; 95:11–9. Epub 2016/11/16. https://doi.org/10.1016/j.bone.2016.11.008 PMID: 27845262.

40. Joseph T, Ting J, Butler G. The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort. J Pediatr Endocrinol Metab. 2019; 32(10):1077–81. Epub 2019/09/01. https://doi.org/10.1515/jpem-2019-0046 PMID: 31472062.

41. Rothman MS, Iwamoto SJ. Bone Health in the Transgender Population. Clin Rev Bone Miner Metab. 2019; 17(2):77–85. Epub 2019/08/28. https://doi.org/10.1007/s12018-019-09261-3 PMID: 31452648.

42. Panagiotakopoulos L. Transgender medicine—puberty suppression. Rev Endocr Metab Disord. 2018; 19(3):221–5. Epub 2018/08/17. https://doi.org/10.1007/s11154-018-9457-0 PMID: 30112593.

43. Skagerberg E, Davidson S, Carmichael P. Internalizing and Externalizing Behaviors in a Group of Young People with Gender Dysphoria. Int J Transgenderism. 2013; 13(3):105–12. https://doi.org/10.1080/15532739.2013.822340

44. Zucker KJ. Adolescents with Gender Dysphoria: Reflections on Some Contemporary Clinical and Research Issues. Arch Sex Behav. 2019; 48(7):1983–92. Epub 2019/07/20. https://doi.org/10.1007/s10508-019-01518-8 PMID: 31321594.

45. Zucker KJ, Bradley SJ, Owen-Anderson A, Kibblewhite SJ, Wood H, Singh D, et al. Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. J Sex Marital Ther. 2012; 38(2):151–89. Epub 2012/03/07. https://doi.org/10.1080/0092623X.2011.611219 PMID: 22390530.

46. Levitan N, Barkmann C, Richter-Appelt H, Schulte-Markwort M, Becker-Hebly I. Risk factors for psychological functioning in German adolescents with gender dysphoria: poor peer relations and general family functioning. Eur Child Adolesc Psychiatry. 2019; 28(11):1487–98. Epub 2019/03/17. https://doi.org/10.1007/s00787-019-01308-6 PMID: 30877477.

47. Becerra-Culqui TA, Liu Y, Nash R, Cromwell L, Flanders WD, Getahun D, et al. Mental Health of Transgender and Gender Nonconforming Youth Compared With Their Peers. Pediatrics. 2018; 141(5). Epub 2018/04/18. https://doi.org/10.1542/peds.2017-3845 PMID: 29661941.

48. Taliaferro LA, McMorris BJ, Rider GN, Eisenberg ME. Risk and Protective Factors for Self-Harm in a Population-Based Sample of Transgender Youth. Arch Suicide Res. 2019; 23(2):203–21. Epub 2018/02/21. https://doi.org/10.1080/13811118.2018.1430639 PMID: 29461934.

49. Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. J Sex Med. 2015; 12(11):2206–14. Epub 2015/11/12. https://doi.org/10.1111/jsm.13034 PMID: 26556015.

50. Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics. 2020. Epub 2020/01/25. https://doi.org/10.1542/peds.2019-1725 PMID: 31974216.

51. Goedegebuure WJ, van der Steen M, de With JL, Hokken-Koelega A. Cognition, Health-Related Quality of Life, and Psychosocial Functioning After GH/GnRHa Treatment in Young Adults Born SGA. J Clin Endocrinol Metab. 2018; 103(11):3931–8. Epub 2018/08/24. https://doi.org/10.1210/jc.2018-01463 PMID: 30137415.

52. de Graaf NM, Cohen-Kettenis PT, Carmichael P, de Vries ALC, Dhondt K, Laridaen J, et al. Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: a clinical comparison study between four clinics. Eur Child Adolesc Psychiatry. 2018; 27(7):909–19. Epub 2017/12/20. https://doi.org/10.1007/s00787-017-1098-4 PMID: 29256158.

53. Nock MK, Green JG, Hwang I, McLaughlin KA, Sampson NA, Zaslavsky AM, et al. Prevalence, correlates, and treatment of lifetime suicidal behavior among adolescents: results from the National Comorbidity Survey Replication Adolescent Supplement. JAMA Psychiatry. 2013; 70(3):300–10. Epub 2013/01/11. https://doi.org/10.1001/2013.jamapsychiatry.55 PMID: 23303463.

54. Jung KY, Kim T, Hwang SY, Lee TR, Yoon H, Shin TG, et al. Deliberate Self-harm among Young People Begins to Increase at the Very Early Age: a Nationwide Study. Journal of Korean medical science. 2018; 33(30):e191. Epub 2018/07/24. https://doi.org/10.3346/jkms.2018.33.e191 PMID: 30034304.

55. Morey Y, Mellon D, Dailami N, Verne J, Tapp A. Adolescent self-harm in the community: an update on prevalence using a self-report survey of adolescents aged 13–18 in England. J Public Health (Oxf). 2017; 39(1):58–64. Epub 2016/02/20. https://doi.org/10.1093/pubmed/fdw010 PMID: 26892623.

56. Stallard P, Spears M, Montgomery AA, Phillips R, Sayal K. Self-harm in young adolescents (12–16 years): onset and short-term continuation in a community sample. BMC psychiatry. 2013; 13:328. Epub 2013/12/04. https://doi.org/10.1186/1471-244X-13-328 PMID: 24294921.

57. Becker I, Auer M, Barkmann C, Fuss J, Moller B, Nieder TO, et al. A Cross-Sectional Multicenter Study of Multidimensional Body Image in Adolescents and Adults with Gender Dysphoria Before and After Transition-Related Medical Interventions. Arch Sex Behav. 2018; 47(8):2335–47. Epub 2018/08/09. https://doi.org/10.1007/s10508-018-1278-4 PMID: 30088234.

58. Biggs M. Gender Dysphoria and Psychological Functioning in Adolescents Treated with GnRHa: Comparing Dutch and English Prospective Studies. Arch Sex Behav. 2020; 49(7):2231–6. Epub 2020/07/01. https://doi.org/10.1007/s10508-020-01764-1 PMID: 32594279.

59. Vandenbroucke JP. What is the best evidence for determining harms of medical treatment? CMAJ: Canadian Medical Association journal = journal de l'Association medicale canadienne. 2006; 174 (5):645–6. Epub 2006/03/01. https://doi.org/10.1503/cmaj.051484 PMID: 16505461.

60. Anglemyer A, Horvath HT, Bero L. Healthcare outcomes assessed with observational study designs compared with those assessed in randomized trials. The Cochrane database of systematic reviews. 2014;(4):MR000034. Epub 2014/05/02. https://doi.org/10.1002/14651858.MR000034.pub2 PMID: 24782322.

61. Golder S, Loke YK, Bland M. Meta-analyses of adverse effects data derived from randomised controlled trials as compared to observational studies: methodological overview. PLoS Med. 2011; 8(5): e1001026. Epub 2011/05/12. https://doi.org/10.1371/journal.pmed.1001026 PMID: 21559325.

62. Olson-Kennedy J, Chan YM, Rosenthal S, Hidalgo MA, Chen D, Clark L, et al. Creating the Trans Youth Research Network: A Collaborative Research Endeavor. Transgend Health. 2019; 4(1):304–12. Epub 2019/11/09. https://doi.org/10.1089/trgh.2019.0024 PMID: 31701011.

63. Olson J, Chan Y-M, Garofalo R, Spack NP, Chen D, Clark L, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. JMIR research protocols. 2019; 8(7):e14434. https://doi.org/10.2196/14434 PMID: 31290407




Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

**Nordic Journal of Psychiatry**



ISSN: 0803-9488 (Print) 1502-4725 (Online) Journal homepage: https://www.tandfonline.com/loi/ipsc20

# Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria

**Riittakerttu Kaltiala, Elias Heino, Marja Työläjärvi & Laura Suomalainen**

**To cite this article:** Riittakerttu Kaltiala, Elias Heino, Marja Työläjärvi & Laura Suomalainen (2020) Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria, Nordic Journal of Psychiatry, 74:3, 213-219, DOI: 10.1080/08039488.2019.1691260

**To link to this article:** https://doi.org/10.1080/08039488.2019.1691260

📅 Published online: 25 Nov 2019.

✎ Submit your article to this journal 🔗

📊 Article views: 224

🔍 View related articles 🔗

CrossMark View Crossmark data 🔗

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=ipsc20

App.0602

NORDIC JOURNAL OF PSYCHIATRY
2020, VOL. 74, NO. 3, 213–219
https://doi.org/10.1080/08039488.2019.1691260




ARTICLE

Check for updates

# Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria

Riittakerttu Kaltiala[a,b,c] ![ORCID], Elias Heino[b], Marja Työläjärvi[a] and Laura Suomalainen[d]

[a]Department of Adolescent Psychiatry, Tampere University Hospital, Tampere, Finland; [b]Faculty of Medicine and Health Technology, Tampere University, Tampere, Finland; [c]Vanha Vaasa Hospital, Vaasa, Finland; [d]Department of Adolescent Psychiatry, Helsinki University Hospital, Helsinki, Finland

## ABSTRACT

**Purpose:** To assess how adolescent development progresses and psychiatric symptoms develop among transsexual adolescents after starting cross-sex hormone treatment.

**Materials and methods:** Retrospective chart review among 52 adolescents who came into gender identity assessment before age 18, were diagnosed with transsexualism and started hormonal gender reassignment. The subjects were followed over the so-called real-life phase of gender reassignment.

**Results:** Those who did well in terms of psychiatric symptoms and functioning before cross-sex hormones mainly did well during real-life. Those who had psychiatric treatment needs or problems in school, peer relationships and managing everyday matters outside of home continued to have problems during real-life.

**Conclusion:** Medical gender reassignment is not enough to improve functioning and relieve psychiatric comorbidities among adolescents with gender dysphoria. Appropriate interventions are warranted for psychiatric comorbidities and problems in adolescent development.

**ARTICLE HISTORY**
Received 3 June 2019
Revised 24 October 2019
Accepted 6 November 2019

**KEYWORDS**
Gender dysphoria;
transsexualism; adolescence;
adolescent development;
cross-sex hormones

## Introduction

Adolescence starts from puberty and ends approximately ten years later with the consolidation of adulthood personality structures [1,2]. The upsurge of steroid hormones in puberty initiates the maturation of the reproductive system and secondary sexual characteristics, and also vast structural and functional developments in the brain [3]. These biological changes are accompanied by extensive cognitive, emotional and social changes characteristic of adolescent development. The psychosocial developmental tasks of adolescence comprise sexual maturation (including adopting to the sexually maturing body and becoming capable of mutually satisfying, reciprocal romantic and sexual relationships), achieving independence from parents, and assuming an identity and responsible social role [1,4–6].

Gender Dysphoria (GD) refers to a marked discrepancy between the experienced gender and biological sex, causing clinically significant distress or impairment in functioning (DSM-5) [7]. Individuals with GD often wish to obtain hormonal and surgical treatments to align their body with the experiences gender. In ICD-10 the corresponding diagnosis is Transsexualism (ICD-10) [8].

Favourably progressing adolescent development manifests in the adolescent's functioning in relation to her/his own sexually maturing body, parents, peers, romance and sexuality, and school/future career [4,9,10]. The literature exploring adolescent development and functioning among adolescents with gender dysphoria and/or transgender identity is scarce and scattered. The sexually maturing body is a core challenge for adolescents suffering from gender dysphoria. A recent review suggested that adolescent gender dysphoria/ transgender identity is associated with both negative (rejection, bullying) and positive (closer relationship, inclusion, attention) features in parent and peer relationships, both delayed and advanced for age or risky sexual behaviours, and with school-related challenges that are primarily assumed to relate to prejudice and peer rejection [10].

Psychiatric comorbidities, particularly depression, anxiety disorders and autism spectrum disorders as well as suicidality and self-harming behaviours are common among adolescents seeking gender reassignment [10]. Psychiatric comorbidities cannot automatically be assumed to be secondary to gender dysphoria [11] and do not necessarily remit due to sex reassignment [12].

During the past ten years the number of adolescents contacting gender identity services in order to seek for medical gender reassignment has increased across Western countries [13–16]. The reasons for this are not known [10].

Medical approaches to adolescent gender dysphoria may comprise halting/delaying the physical maturation (puberty blocking), and cross-sex hormonal treatments. Surgical treatments are mainly available for legal adults [17,18]. Medical gender reassignment is expected to alleviate gender dysphoria, psychiatric comorbidities and related

CONTACT Riittakerttu Kaltiala ✉ riittakerttu.kaltiala@tuni.fi 🖷 Department of Adolescent Psychiatry, Tampere University Hospital, Box 2000, Tampere, 33521, Finland

© 2019 The Nordic Psychiatric Association

App.0603

psychosocial problems. Initial studies have suggested that puberty blocking with GnRH analogues may reduce psychiatric symptoms and improve functioning in gender dysphoric adolescents [19,20], but follow-up studies assessing the effectiveness and safety of hormonal interventions initiated during the developmental years are, however, scarce and biased by methodological problems to the extent that a recent meta-analysis concluded that they must be considered experimental [21,22]. There is an urgent need for follow-up studies on the outcomes of gender identity based hormonal interventions initiated during adolescent development.

The aim of this study was to evaluate the adolescent development of young people diagnosed with transsexualism and offered cross-sex hormonal interventions in one of the two gender identity units for minors in the period 2011–2017. We set out to evaluate the psychosocial functioning and need for psychiatric treatment of this patient group during the gender identity diagnostic phase and after about a year on cross-sex hormone treatment. We expected to see improvements in psychosocial functioning and a decrease in need for psychiatric treatment after starting the hormonal treatment that results in the desired changes in secondary sexual characteristics, which expectedly alleviates gender dysphoria.

## Materials and methods

In Finland, the gender identity assessments required in order to proceed to medical sex reassignment interventions are centralized to two of the five university hospitals in the country. After the diagnostic assessments, legal sex change can take place after a period of about a year on cross-sex hormonal treatments, the so-called real-life phase of living in the desired role. Diagnostic assessments in Finnish health care take place according to ICD-10 [8]. Legal sex change and surgical treatments require the patient to have achieved legal majority (18 years). To proceed to legal sex change, the patient has to obtain a certificate from the gender identity unit that carried out the primary diagnostic assessments and from the other gender identity service (second opinion). Gender identity assessments for minors were initiated in 2011.

The study comprises a retrospective chart review of adolescents referred to one of the two gender identity service facilities for minors in Finland (Tampere University Hospital, Department of Adolescent Psychiatry) before age 18, who had been diagnosed with transsexualism and proceeded to cross-sex hormonal treatments and who had completed a follow-up of approximately a year after starting on cross-sex hormones (real-life phase).

The assessments conducted by the gender identity team comprise structured and free format assessments and interviews by a multi-disciplinary team and an evaluation of the adolescent's existing psychiatric and medical files [11]. Two of the authors (RK, MT) were involved in the clinical assessments of all the gender-referred adolescents during the study period. The research data was collected retrospectively

from the case files by a junior researcher (EH) trained and supervised by the first author. All information available after the clinical evaluations was used and the data was collected with help of a structured data collection form until the referral for the second opinion in the other adolescent gender identity unit was written. The study received approval from the ethics committee of Tampere University Hospital.

Between 2011 and 2017, 57 adolescents had been diagnosed with F64.0, transsexualism, and had been offered an opportunity to start hormonal sex reassignment. One of them did not want any treatment, two withdrew and two had started hormonal treatments but had not yet completed the real-life phase at the end of 2017. Thus, 52 patients were included in the study. Of these 11 were birth assigned males (transfemales) and 41 birth assigned females (transmales). They had a mean (sd) age of 18.1 (1.1) years at diagnosis, range 15.2–19.9 years (no difference between sexes).

### Measures

#### Indicators of adolescent development

Adolescent development was evaluated in terms of age-appropriate living arrangements, peer relationships, school/work participation, romantic involvement, competence in managing everyday matters and need for psychiatric treatment.

Living arrangements were classified as (1) living with at least one parent/guardian, (2) living in a boarding school, with an adult relative, in some form of supported accommodation or the like, where supervision and guidance by a responsible adult is provided, (3) independently alone or in a shared household with a peer, (4) with a romantic partner. In the analyses dichotomized living arrangements (a) during gender identity assessment and (b) during the real-life phase living with (a) parent(s)/guardian(s) vs. in other arrangements. In Finnish culture, minors younger than 18 years usually live in the parental home, but leaving the parental home takes place earlier than in the majority of EU countries. Of young people aged 20–24, about a fourth are living in the parental home in Finland [23,24]

Peer relationships were classified as follows: (1) socializes with friends in leisure time, outside of activities supervised by adults, (2) socializes with peers only at school or in the context of rehabilitative activity, (3) spends time close to peers, for example in school or rehabilitative activity, but does not connect with them, (4) does not meet peers at all. In the analyses, peer relationships during (a) gender identity assessment and (b) the real-life phase were dichotomized to age-appropriate (normative) [1] vs. restricted or lacking [2–4].

School/work participation was classified as (1) age appropriate participation in mainstream curriculum, progresses without difficulties, (2) participates in mainstream curriculum with difficulty, (3) participates in rehabilitative educational or work activity, (4) not involved in education and working life. Age-appropriate participation during [1] was recorded if the adolescent attended mainstream secondary education or upper secondary education at a regular rate (a class per year in comprehensive school; has not changed more than once

between tracks in upper secondary education) or had proceeded to work life after completing vocational education. Participation with difficulty [2] was recorded if the adolescent was enrolled in mainstream education but had to repeat a class, studied with special arrangements (for example, in a special small group), or followed some form of adjusted curriculum. In the analyses, school/work life during (a) gender identity assessment and (b) real-life phase was dichotomized to normative [1] vs. any other (2, 3 or 4).

Romantic involvement was recorded (1) has or has had a dating or steady relationship, not only online, (2) has had a romantic relationship only online, (3) has not had dating or steady relationships. In the analyses we compared has or has had [1] vs. has not had [2,3] a dating or steady relationship during (a) gender identity assessment and (b) real-life phase. Sexual history was recorded in more detail in case histories during gender identity assessment, and for this period we also collected the experiences of (French) kissing (yes/no), intercourse (yes/no) and experience of any genitally intimate contact with a partner (petting under clothes or naked, intercourse, oral sex) (yes/no).

In recording age-appropriate competence in managing everyday matters we expected that early adolescents (up to 14 years) would be able, for example, to do shopping and travel alone on local public transport, and to help with household duties assigned by their parents. Middle adolescents (15–17 years) were further assumed, for example, to be able make telephone calls in matters important to them (for example, when seeking a summer job), to deal with school-related issues with school personnel without parental participation, to select and start new hobbies independently and to fulfil their role in summer jobs and in similar responsibilities of young people. Late adolescents (18 + years), legally adults, were expected to have, in addition to the above, competence to talk to authorities such as professionals in health and social services, employment or educational institutions, to deal with banks or health insurance, to manage their financial issues and to manage their housekeeping if they chose to move to live independently of parents/guardians. Competence in managing everyday matters was recorded as follows: (1) the adolescent is able to cope age-appropriately outside home, (2) the adolescent needs support in age-appropriate matters outside home but functions age-appropriately in the home (manages her/his own hygiene, clothing and nutrition, participates in (younger subjects) or takes responsibility for (older subjects) housekeeping) and (3) the adolescent's functioning is inadequate both at home and outside home. In the analyses we focused on being age-appropriately able cope with matters outside of the home [1] vs. not [2,3].

Psychiatric disorders (depression, anxiety, suicidality/self-harm, conduct problems, substance abuse problems, psychoses, ADHD, autism, eating disorders) were recorded a) if they had required specialist level psychiatric treatment during or before the gender identity assessment, (i.e. the adolescent was in treatment, or treatment had been recommended but the adolescent refused it) and b) if they required specialist level psychiatric treatment during the real-life phase (i.e. the

adolescent was in treatment or the psychiatrist in the gender identity unit recorded that treatment was recommended or made a referral to psychiatric treatment irrespective of whether or not the adolescent complied with the recommendation).

### Statistical analyses

Distributions of variables illustrating adolescent development are given for (a) the time of the gender identity assessment and (b) the real-life phase. Differences in proportions displaying age-appropriate functioning were compared using chi-square statistics/Fisher's exact test as appropriate. Cross-tabulations with chi-square statistics/Fisher's exact test as appropriate were used to explore functioning on a domain during the real-life phase according to functioning therein during assessment (i.e. school/work during real-life phase according to school/work during assessment etc.).

Need for specialist level psychiatric treatment before or during the gender identity assessment and during the real-life phase was compared using cross-tabulations with chi square statistics. Similarly, need for treatment according to the nine disorder dimensions recorded was compared between the two time periods. The associations between need for specialist level psychiatric treatment a) before or during the gender identity assessment, and b) during the real life-phase and functioning in the domains studied were explored using cross-tabulation with chi-square statistics/Fisher's exact test where appropriate.

The role of sex/gender and age were analysed by logistic regression. Functioning in peer relationships, school/work, managing everyday matters and dating/going steady were entered each in turn as the dependent variable with age and sex/gender as independent variables. Odds Ratios (OR) with 95% confidence intervals (CI) were calculated.

### Results

#### Adolescent development and need for treatment during assessment and during real-life phase

During the gender identity assessment, three quarters of the adolescents lived with their parents. About three out of five displayed age-appropriate progress in school/work, four out of five functioned age-appropriately in dealing with matters outside home, and almost all had normative peer contacts. About three out of five had experienced dating/steady relationships before the end of the gender identity assessment (Table 1). In more detail about sexual development, 83% (43/52) had been in love/had a crush on someone, 56% (29/52) had experienced kissing, 8% (4/52) intercourse and 64% (33/52) any genitally intimate sexual contact with a partner by the end of the gender identity assessment.

During and before the gender identity assessment, half of the adolescents required specialist level psychiatric treatment, most commonly because of depression, anxiety, and suicidality/self-harm (Table 2).

In the end of the real-life phase, a majority had moved on to live independently of parents/guardians. The shares of

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232

**Table 1.** Functioning in different domains of adolescent development during gender identity assessment and real-life phase among 52 young people diagnosed with transsexualism after starting gender identity assessments before age 18 [% (n/N)].

| | During gender identity assessment | During real life phase | p Value |
|---|---|---|---|
| Living with parent(s)/guardians | 73% (38/52) | 40% (21/50) | 0.001 |
| Normative peer contacts | 89% (46/52) | 81% (42/52) | <0.001 |
| Progresses normatively in school/ work | 64% (33/52) | 60% (31/52) | 0.69 |
| Has had dating or steady relationships | 62% (32/50) | 58% (30/52) | 0.51 |
| Is age-appropriately able to dealt with matters outside of the home | 81% (42/52) | 81% (42/52) | 1.0 |

**Table 2.** Need for specialist level psychiatric treatment, and disorder/symptom dimensions requiring this treatment during and before gender identity assessment, and during real life phase [% (n/N)].

| | During and before gender identity assessment | During real life phase | p Value |
|---|---|---|---|
| Need for psychiatric treatment | 50% (26/52) | 46% (24/51) | 0.77 |
| Need for treatment due to … | | | |
| depression | 54% (28/52) | 15% (8/52) | <0.001 |
| anxiety | 48% (25/52) | 15% (8/52) | <0.001 |
| suicidality/self-harm | 35% (18/52) | 4% (2/52) | <0.001 |
| conduct problems/antisocial | 14% (7/52) | 6% (3/52) | 0.18 |
| psychotic symptoms/psychosis | 2% (1/52) | 4% (2/52) | 0.56 |
| substance abuse | 4% (2/52) | 2% (1/52) | 0.56 |
| autism | 12% (6/52) | 6% (3/52 | 0.30 |
| ADHD | 10% (5/52) | 2% (1/52) | 0.09 |
| eating disorder | 2% (1/52) | 2% (1/52) | 1.0 |

those progressing age-appropriately in school/work, dealing age-appropriately with matters outside of home and being involved in dating/steady relationships did not change from the assessment phase to the end of the real-life phase. The proportion of those functioning age-appropriately in peer relationships decreased from the assessment period to the real-life phase (Table 1). The share of those requiring specialist level psychiatric treatment during real-life due to any reason was similar to that during and before the assessment, but treatment needs due to depression, anxiety and suicidality/self-harm had diminished (Table 2).

### Changes within different domains of functioning

Of those adolescents with-age appropriate peer contacts during assessment (46/52), 91% (42/46) continued to have age-appropriate peer contacts during the real-life phase while 9% (4/46) no longer had these. Of those with difficulties in peer contacts (6/52), all continued to have difficulties in this field. (p < 0.001)

Of those who progressed age-appropriately at school (working life) during assessment (33/52), 85% (28/33) continued to do so during the real-life phase, but 15% (5/33) did not. Of those with problems at school (work) (19/52), 84% (16/19) continued to have problems, but 16% (3/19) ceased to have problems in this field. (p < 0.001)

Of those who had had age-appropriate skills in dealing with matters outside home (42/52), 88% (37/42) continued to be able to do so but 12% (5/42) functioned below the age-appropriate level during the real-life phase. Of those who

had had difficulties in dealing with matters outside home (10/52), half (5/10) continued to do so, but half (5/10) no longer had problems in this field (p = 0.02).

Of those who had experiences of dating/steady relationships during the assessment (32/50), 66% (21/32) had dating/steady relationships during the real-life phase, and 34% (11/32) did not. Of those who had not had any dating/steady relationships by the end of the gender identity assessment, 44% (8/18) had and 56% (10/18) did not have these during the real-life phase. (p = 0.12)

Of those not needing psychiatric treatment before or during the assessment (26/52), 73% (19/26) did not need any during the real-life phase but in 27% (7/26), a need emerged. Of those who had needed (25/51) psychiatric treatment during or before the assessment, 68% (17/25) still needed it during the follow-up but 32% (8/25) did not. (p = 0.004)

### The role of psychiatric comorbidities for functioning during real life

Need for psychiatric treatment before or during the real-life phase was not associated with functioning in peer relationships or romantic relationships during the real-life phase. Those needing psychiatric treatment before or during gender identity assessment were more likely to not function age-appropriately in school/work (47% (15/32) vs. 82% (14/17) functioned well, p = 0.02), and borderline significantly less likely to cope well with managing everyday matters outside home (72% (23/32) vs. 94% (16/17) managed well, p = 0.06) during the real-life phase.

Concurrent need for psychiatric treatment during the real-life phase was associated with a smaller proportion functioning well at school/work [42% (10/24) vs. 74% (20/27), p = 0.02] and in taking care of everyday matters [67% (16/24) vs. 93% (25/27), p = 0.02].

No associations were found between age and sex (gender) and functional outcomes.

### Discussion

The aim of this study was to assess the adolescent development of those adolescents who were diagnosed with transsexualism and offered cross-sex hormonal interventions during the subsequent real-life phase, when the cross-sex hormonal treatment was initiated and started to produce the desired changes in physical appearance. Moving to live independently, relationships with peers, romantic involvement, ability to take care of everyday issues age-appropriately outside home and need for psychiatric treatment were assessed as proxies for adolescent development. Earlier empirical research on outcomes of medical sex reassignment interventions initiated during developmental years was scarce and offered little advice on the impact of treatments on adolescent development [10,21,22].

We observed that the majority of the adolescents diagnosed with transsexualism and offered cross- sex hormonal treatments displayed age-appropriate functioning in the

domains studied during the gender identity assessment, as is to be expected given that severe psychopathology and markedly lowered functioning may complicate the possibilities to assess identity achievement and may constitute a contraindication for medical treatment. Nevertheless, a considerable share also had difficulties in different domains of functioning. What is more, even if the majority also functioned well in the domains studied during the first year on cross-sex hormones, no statistically significant improvements in functioning were observed in the group as a whole, and in the domain of peer relationships the share of those with normative contacts decreased. This is in disagreement with earlier studies suggesting improved functioning and reduced psychiatric symptoms in adolescent onset hormonal treatment of gender dysphoria [19,20], and likely due to older age, more difficult psychopathology and different intervention (cross-sex hormones vs. GnRH analogues) in our sample. Our subjects were all post-pubertal and halting of development was thus not possible.

The majority of the adolescents diagnosed with transsexualism were still living in the parental home during the gender identity assessment, which is to be expected and culturally normal as they were in the age range of 15.2–19.9 years. During the subsequent real-life phase, the share of those living in the parental home decreased. This concurs with progression of adolescent development. Given the knowledge of normative timing of leaving the parental home in Finland [21,22], the increasing proportion of those no longer living with their parents likely indicates positive progress in adolescent development instead of, for example, negative parental reactions to sex reassignment, which has also been reported in the literature [25], particularly as most of those leaving the parental home went to live with romantic partners (data not shown). Due to excellent social security benefits, moving to live independently does not necessitate regular income from employment and is therefore not a proxy for good functioning in other domains of life.

The difficulties in peer relationships commonly reported among adolescents with transgender identities have been associated with prejudice and discrimination [10,26]. Anxiety disorders, particularly social anxiety, could relate both to victimization and distress created by not being able to satisfactorily present oneself according to one's perceived gender. With the appearance of the desired physical characteristics, passing in the desired role is expected to be facilitated and self-confidence to increase. Positive changes in connection with peers could be expected. However, of those who had difficulties in peer relationships during the gender identity assessment, all continued to have them in the follow-up, and almost one in ten of those functioning well in this domain during the assessment developed difficulties in follow-up. This was contrary to our expectations and suggests that difficulties in peer relationships cannot be attributed to difficulties in passing in the desired role.

About two out of five of the adolescents diagnosed with transsexualism had experienced dating or steady relationships by the end of the gender identity assessments, and an equal share during the real-life phase. For comparison, recent

Finnish data on 15-year-old adolescents reveals that about a half of them have experienced dating/steady relationships (unpublished observation). Steady relationships in adolescence may be short and not dating/going steady exactly during the real-life phase cannot be taken as an indicator of delayed development. Earlier studies have shown that clinically referred adolescents with gender dysphoria display normative emotional development in regard to romance and dating but show slight delays in behavioural level sexual development [27,28]. Compared to earlier findings on all gender-referred adolescents, the adolescents now studied had experienced falling in love and dating/steady relationships about equally frequently but had slightly less often engaged in sexually intimate behaviours than both all gender referred adolescents and same aged adolescents in general population (Kaltiala-Heino et al. [28]). These observations do not suggest remarkable delays in sexual development. During the real-life phase, a considerable share also gained their first experiences of dating/steady relationships, which suggests favourable progression of adolescent development.

If the adolescents diagnosed with transsexualism had had difficulties at school/work as during the gender identity assessment, they mainly continued to have difficulties during the real-life phase. Only a minority moved from progressing with difficulties to progressing normatively, and equally many deteriorated during follow-up. Improved functioning as a consequence of alleviating gender dysphoria and passing better in the desired role is commonly assumed but has not previously been researched in relation to education/work. Our findings suggest that treatment of gender dysphoria does not suffice to improve functioning in education and working life. Difficulties in school adjustment and learning are common among gender-referred adolescents and often not properly addressed, on the assumption that treatment of gender dysphoria would relieve an array of problems [11,29]. Educational difficulties need to be fully addressed during adolescence regardless of gender identity.

On their developmental path towards emotional, social and economic independence from parents, adolescents gain competence in taking care of increasingly demanding matters outside home. Delays in this could be associated with gender dysphoria through psychiatric symptoms secondary to gender dysphoria and lack of self-confidence related to challenges in self-presentation. Such problems could be expected to be alleviated with gender affirming hormonal treatments. In taking care of matters at an age-appropriate level, a greater share had improved than had declined during the real-life phase. Thus, favourable progression of adolescent development was seen in the group studied, even if a fifth of the subjects continued to function on a lower than age-appropriate level during the real-life phase.

Need for treatment due to depression, anxiety and suicidality/self-harm was recorded less frequently during the real-life phase than before it. This is in line with the conclusion of a relatively recent meta-analysis [30] that in adults with gender dysphoria, cross-sex hormonal treatment alleviates anxiety, and may also reduce depression or depressive symptoms. However, need for psychiatric treatment overall did

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232

not decrease from the level before and during the gender identity assessment to the real-life phase. New needs had also emerged about as frequently as need for treatment diminished. Cross-sex hormonal treatment is not enough to alleviate psychiatric comorbidities which in adolescents with gender dysphoria may also precede gender identity concerns [11] and will likely have equally many and complex under-pinnings as they have in any population. A large-scale regis-ter study among adults likewise found that psychiatric needs were not alleviated with gender reassignment [12]. Depression, anxiety and suicidality/self-harm are often assumed to be secondary to gender dysphoria, and our find-ings may be interpreted as lending some support to that assumption among adolescents, similarly as earlier research seems to imply for adults [30].

Both earlier and concurrent need for psychiatric treatment were associated with not progressing age-appropriately at school/work and in taking care of matters outside home dur-ing the real-life phase, even though need for psychiatric treatment was, somewhat unexpectedly, not associated with functioning in peer relationships and romantic relationships. This further underlines the need to actively address psychi-atric comorbidities among adolescents with gen-der dysphoria.

The study was based on file information on all adoles-cents diagnosed with transsexualism and proceeding to cross-sex hormone treatment after entering gender identity earlier than age 18 in one of the two centralized gender identity service facilities for minors in Finland. The two gen-der identity units for minors operate on similar principles, receive equal numbers of referrals and during the study period prescribed cross-sex hormones to similar numbers of adolescents. The follow-up period was approximately only a year, which inhibits drawing conclusions on long-term out-comes. However, as during adolescence, both physical, cog-nitive, emotional and social aspects of development are in a constant state of change [3], one year is a very rele-vant period.

Collected from medical files, the data is as accurate as clinical documentation can be. Because gender identity assessments and medical gender reassignments in minors involve numerous controversies (Kaltiala-Heino et al. [10]), the documentation is likely to be done particularly metic-ulously. The study unit operates within the field of adolescent psychiatry, and particular attention is always paid to adoles-cent development illustrated in age-appropriate functioning. Data collection was carried out in a structured way, which adds to the reliability of the study. Most of the recorded issues are clear-cut and concrete (living arrangements; pro-gressing one class per year at school or having a job; social-izing with peers in leisure time; being in (an offline) steady relationship). Age-appropriate capacity taking care of matters outside home may be somewhat more abstract and difficult to quantify. Ambiguous details were discussed between the authors and rated in consensus.

The disorders that were the reason for need for psychi-atric treatment were recorded as they appeared in the docu-mentation produced by the gender identity team or were

recorded in case files obtained by the gender identity team from the adolescent's local services and classified on a robust level. They were not always systematically recorded with ICD-codes, and we were not able to ascertain the accuracy of the diagnostic work. However, the diagnoses mentioned in this paper represent problem categories that are the basis for treatment offered. A better understanding of psychiatric comorbidities could have been obtained by using structured diagnostic interviews.

## Conclusion

Among adolescents diagnosed with transsexualism, difficul-ties in adolescent development and functioning in life domains appropriate to late adolescence do not disappear with cross-sex hormone treatment. Cross-sex hormone treat-ment may alleviate depression and anxiety but does not have a positive impact on psychiatric comorbidities at large. Even deterioration as regards psychiatric treatment needs and functioning occurs during the first year of cross-sex hor-mone treatment. Not all psychiatric and psychosocial prob-lems in adolescents displaying gender dysphoria are secondary to gender identity issues and will not be relieved by medical gender reassignment. An adolescent's gender identity concerns must not become a reason for failure to address all her/his other relevant problems in the usual way.

## Disclosure statement

No potential conflict of interest was reported by the authors.

## Notes on contributors

*Riittakerttu Kaltiala*, MD, PhD, BSc, is professor of adolescent psychiatry in Tampere University and chief psychiatrist in adolescent psychiatry in Tampere University Hospital.

*Elias Heino*, cand med, studies medicine in Tampere University and par-ticipates in research on adolescent gender identity issues.

*Marja Työläjärvi*, MD, is adolescent psychiatrist in Tampere University Hospital. Her work focuses on adolescent gender identity and foren-sic issues.

*Laura Suomalainen*, MD, PhD, is chief adolescent psychiatrist in the adolescent gender identity service in Helsinki University Hospital.

## ORCID

Riittakerttu Kaltiala ⓘ http://orcid.org/0000-0002-2783-3892

## References

[1]   Blos P. The adolescent passage: developmental issues. New York: International Universities Press; 1979.
[2]   Steinberg L. Cognitive and affective development in adolescence. Trends Cogn Sci. 2005;9:69–74.
[3]   Paus T, Keshavan M, Giedd JN. Why do many psychiatric disor-ders emerge during adolescence? Nat Rev Neurosci. 2008;9: 947–957.
[4]   Havighurst RJ. Deelopmental tasks and education. Chicago (IL): University of Chicago Press; 1948.

App.0608



[5] Palombo J, Bendicksen HK, Koch BJ. Guide to psychoanalytic developmental theories. New York: Springer; 2009.

[6] Erikson EH. Childhood and society. New York: W. W. Norton; 1950.

[7] American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 5th ed. Washington (DC): American Psychiatric Association; 2013.

[8] World Health Organization. The ICD-10 classification of mental and behavioural disorders: clinical descriptions and diagnostic guidelines. Geneva: World Health Organization; 1992.

[9] Seiffge-Krenke I, Gelhaar T. Does successful attainment of developmental tasks lead to happiness and success in later developmental tasks? A test of Havighurst's (1948) theses. J Adolesc. 2008;31:33–52.

[10] Kaltiala-Heino R, Bergman H, Tyolajarvi M, et al. Gender dysphoria in adolescence: current perspectives. AHMT. 2018;9:31–41.

[11] Kaltiala-Heino R, Sumia M, Tyolajarvi M, et al. Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development. Child Adolesc Psychiatry Ment Health. 2015;9:9.

[12] Dhejne C, Lichtenstein P, Boman M, et al. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One. 2011;6:e16885.

[13] Wood H, Sasaki S, Bradley SJ, et al. Patterns of referral to a gender identity service for children and adolescents (1976-2011): age, sex ratio, and sexual orientation. J Sex Marital Ther. 2013;39:1–6.

[14] Aitken M, Steensma TD, Blanchard R, et al. Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. J Sex Med. 2015;12:756–763.

[15] Kaltiala-Heino R, Työläjärvi M, Lindberg N. Gender dysphoria in adolescent population: a 5-year replication study. Clin child psychol Psychiatry. 2019;24:379–387.

[16] Kaltiala-Heino R, Lindberg N. Gender identities in adolescent population: methodological issues and prevalence across age groups. Eur Psychiatry. 2019;55:61–66.

[17] Cohen-Kettenis PT, Klink D. Adolescents with gender dysphoria. Baillieres Best Pract Res Clin Endocrinol Metab. 2015;29:485–495.

[18] Coleman E, Bocking W, Botzer M, et al. The Standards of Care of the World Professional Association for Transgender Health, 7th version. Int J Transgend. 2012;13:165–232.

[19] Costa R, Dunsford M, Skagerberg E, et al. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med. 2015;12:2206–2214.

[20] de Vries AL, Steensma TD, Doreleijers TA, et al. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8:2276–2283.

[21] Chew D, Anderson J, Williams K, et al. Hormonal treatment in young people with gender dysphoria: a systematic review. Pediatrics. 2018;141:e20173742.

[22] Heneghan C, Mahtani K BMJ. Gender-affirming hormone in children and adolescents – evidence review. 2019 [cited 2019 Feb 25]. Available from: https://blogs.bmj.com/bmjebmspotlight/2019/02/25/gender-affirming-hormone-in-children-and-adolescents-evidence-review/

[23] Tilastokeskus a. Perheet 2014 [cited 2019 Feb 25]. Available from: https://www.tilastokeskus.fi/til/perh/2014/02/perh_2014_02_2015-11-27_tie_001_fi.html

[24] Nikander T. Nuoret muuttavat omilleen yhä nuorempina. 2009 [cited 2019 Feb 25]. Available from: https://www.stat.fi/artikkelit/2009/art_2009-03-16_004.html?s=0

[25] Mayer KH, Garofalo R, Makadon HJ. Promoting the successful development of sexual and gender minority youths. Am J Public Health. 2014;104:976–981.

[26] de Vries ALC, Steensma TD, Cohen-Kettenis PT, et al. Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis. Eur Child Adolesc Psychiatry. 2016;25:579–588.

[27] Bungener SL, Steensma TD, Cohen-Kettenis PT, et al. Sexual and romantic experiences of transgender youth before gender-affirmative treatment. Pediatrics. 2017;139:e20162283.

[28] Kaltiala-Heino R, Työläjärvi M, Lindberg N. Sexual experiences of clinically referred adolescents with features of gender dysphoria. Clin Child Psychol Psychiatry. 2019;24:365–378.

[29] Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: demographics and associated difficulties. Clin Child Psychol Psychiatry. 2016;21:108–118.

[30] Costa M, Colizzi R. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. Neuropsychiatr Dis Treat. 2016;12:1953–1966.

Kaltiala-Heino et al. Child and Adolescent Psychiatry and Mental Health (2015) 9:9
DOI 10.1186/s13034-015-0042-y



CHILD & ADOLESCENT
PSYCHIATRY & MENTAL HEALTH

RESEARCH      **Open Access**

# Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development

Riittakerttu Kaltiala-Heino[1,2*], Maria Sumia[2], Marja Työläjärvi[2] and Nina Lindberg[3,4]

## Abstract

**Background:** Increasing numbers of adolescents present in adolescent gender identity services, desiring sex reassignment (SR). The aim of this study is to describe the adolescent applicants for legal and medical sex reassignment during the first two years of adolescent gender identity team in Finland, in terms of sociodemographic, psychiatric and gender identity related factors and adolescent development.

**Methods:** Structured quantitative retrospective chart review and qualitative analysis of case files of all adolescent SR applicants who entered the assessment by the end of 2013.

**Results:** The number of referrals exceeded expectations in light of epidemiological knowledge. Natal girls were markedly overrepresented among applicants. Severe psychopathology preceding onset of gender dysphoria was common. Autism spectrum problems were very common.

**Conclusion:** The findings do not fit the commonly accepted image of a gender dysphoric minor. Treatment guidelines need to consider gender dysphoria in minors in the context of severe psychopathology and developmental difficulties.

**Keywords:** Transsexualism, Gender dysphoria, Sex reassignment, Adolescent development

## Introduction

According to the ICD-10 [1], transsexualism involves a desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make one's body as congruent as possible with one's preferred sex through surgery and hormonal treatment. The desire has to be persistent and not a symptom of a mental disorder. Gender dysphoria refers to dysphoria experienced due to the incongruence between a person's inner perception of her/his gender, and the incongruous bodily reality. The term Gender Dysphoria has also recently been adopted as the diagnostic category in DSM-5 [2]. Psychotherapeutic approaches have not proven successful in relieving gender dysphoria, and social, juridical, medical and surgical sex reassignment (SR) is nowadays the treatment of choice [3]. Sex reassignment with

hormonal and/or surgical treatments has been reported to improve social, psychological and sexual well-being and functioning.

Surveys based on the Child Behaviour Checklist [4] report that 2-5% of children aged up to seven, as reported by their parents, "behaves like opposite sex" and 1-2% "wishes to be of opposite sex", but cultural issues likely play a major role in whether a child's behavior is perceived as gender atypical. Consultations due to gender identity are generally more often sought for boys than girls, which may suggest greater gender variation in boys, but also that effeminate behaviours in boys are perceived as more of a problem than tom-boyishness in girls [5,6].

Of children with even severe gender dysphoria and cross-sex identification, about 85% do not develop a persistent transsexual identity in adolescence (reviewed in [7]). Reliable indicators are not so far available regarding which gender dysphoric children cease to be so in puberty and who develop transsexual identity [8]. Medical interventions are therefore not warranted in pre-

---

\* Correspondence: merihe@uta.fi

[1]University of Tampere, School of Medicine, 33014 University of Tampere, Tampere, Finland

[2]Department of Adolescent Psychiatry, Tampere University Hospital, 33380 Pitkäniemi, Finland

Full list of author information is available at the end of the article



© 2015 Kaltiala-Heino et al.; licensee BioMed Central. This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/4.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly credited. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated.

Kaltiala-Heino et al. Child and Adolescent Psychiatry and Mental Health (2015) 9:5

Page 2 of 9

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232

pubertal children. In light of current knowledge, transsexual identity in adolescence is persistent and medical interventions may be appropriate. According to the treatment model developed in the Netherlands (Dutch model), early treatment may include delaying puberty after its first stages with GnRh analogues, and administering cross-sex hormones from about age 16 [9,10]. This approach is recommended when childhood gender dysphoria exacerbates in puberty, no (primary) severe psychopathology is present, and the young person has appropriate developmental support and support for the process from her/his primary caregivers (parents). The rationale with GnRh analogue treatment is to prevent the undesired development of secondary sex characteristics and thereby facilitating later transition to the desired role, and postponing complicated and irreversible treatment decisions to a more mature age. Psychopathology largely attributed secondary to gender dysphoria is expected to be relieved by puberty blocking and resolved by sex reassignment [5,11,12].

In the past decade, the numbers of referrals to child and adolescent gender identity services have been on the increase across Europe (personal communications in 2013 and 2014 from UK, NL, Spain, Sweden child and adolescent gender identity teams) and in Canada [13]. It is not known whether this represents a true increase in gender dysphoria, lowered thresholds for seeking help for it or perhaps cultural developments that promote the conceptualization of developmental challenges as being rooted in sex and gender.

In Finland, the legislation stipulates that a transsexual person may be recognized in law as a member of the desired sex and have access to hormonal and surgical sex reassignment (in public health care) (act 2002/563). A psychiatric assessment by a specialized gender identity team is a prerequisite for legal as well as surgical sex reassignment, both of which have a lower age limit of 18. The specialized psychiatric assessment by a gender identity team is centralized to two university hospital psychiatric clinics, Tampere and Helsinki University Hospitals, in the country (codes 1053/2002 and 476/2010).

Since 2011, specialized adolescent psychiatric gender identity teams have been available for minors at the above mentioned two university hospitals. The excessive number of referrals, exceptional sex ratio and severity of general psychopathology among the applicants compared to what might have been anticipated on the basis of the literature called for clinical attention from the beginning of the service. The aim of this study is to describe the adolescent applicants for legal and medical sex reassignment in terms of sociodemographic, psychiatric and gender identity related factors and adolescent development in order to initiate a scientific discussion on the meaning of these observations.

## Materials and methods

The study comprises a retrospective chart review of all the SR applicants attending for assessment by one of the two adolescent gender identity services in Finland (Tampere University Hospital, Department of Adolescent Psychiatry) in 2011–2013. Altogether 49 adolescents were referred to assessment for sex reassignment and invited to their first meeting during the study periods, but two adolescents declined to start the evaluation. Thus 47 adolescents are included in this study. Of these, one was mutistic and did not provide any information; for this young person, information on personal experiences is missing but information from case records and parents could be used.

The assessments take place in an outpatient setting and comprise structured and free format assessments and interviews with an adolescent psychiatrist, a psychiatric nurse, a social worker and a psychologist. The adolescent and her/his parents/guardians are seen together and separately by all the multi-disciplinary team members. Psychiatric and medical files are requested from all previous health care contacts of the adolescent, with due permission from her/him and her/his parents. After completing all the assessments, the multi-disciplinary team discusses the diagnosis as to gender identity and mental disorders, eligibility for hormonal SR treatments and possible other needs to be met and recommendations to be given regarding gender identity needs and mental health needs when appropriate. All the below described measures were collected during all the material available after the assessment. The study received approval from the ethics committee of Pirkanmaa Hospital District.

### Measures

Sociodemographic variables collected were age, natal sex, family structure (living with both parents/one parent/neither parent) and parental education (professional/intermediate/skilled non-manual/skilled manual/unskilled or not in employment). Further background information included the reason for referral (sex reassignment, definite wish/sex reassignment, possible reassignment/other) and parental homosexuality or transsexualism (yes/no).

Throughout the discussion of our own research we use the terms "gender dysphoria" and "gender dysphoric" to refer to the experienced gender incongruence among our applicants, regardless of whether they fulfill the diagnostic criteria for Gender Dysphoria in the DSM-5. For the present study we recorded whether there had been signs of gender dysphoria/gender incongruence in childhood (before age 12) (Table 1). Age of onset of conscious gender concerns and age when the applicant was convinced that s/he is transsexual were recorded. If the adolescent was already living in the desired role (Table 1), it was recorded for how long.

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232   Page 3 of 9

Kaltiala-Heino et al. Child and Adolescent Psychiatry and Mental Health  (2015) 9:9

**Table 1 Variable descriptions for childhood gender dysphoria, bullying and social isolation**

| Gender dysphoria/gender incongruence in childhood (<12 years of age) | |
|---|---|
| Childhood gender dysphoria/incongruence present | Childhood gender dysphoria/incongruence not present |
| • explicit gender dysphoria or marked and persistent cross-gender identification on behavioural level even without explicit verbalization of one's gender related thoughts and feelings in childhood | • no signs of gender dysphoria/incongruence in childhood |
| **Gender presentation, living in desired role** | |
| Classified as living in the desired role | Not classified as living in the desired role |
| • the applicant had officially changed her/his name to a gender neutral one or arranged his/her registration in school, and being consistently called, by a name suggesting the desired sex; being always presented to new people as being of the desired sex; being treated by family, teachers/employers, friends, schoolmates as well as by new people as a member of the desired sex | • the adolescent had not made any attempt to live and be treated in the desired role |
| | • the adolescent dressed gender neutrally and asked the family to use a name indicative of the desired sex, but was actually not living in any social role outside the family due to isolation from social interactions |
| • some of these young people had explicitly "come out" in school and openly made a transition to the desired role; some, with the support of some community key adults, had adults, had totally concealed their natal sex from the school/workplace | • some of the adolescents in this group were almost totally isolated in their homes (not going to school or work, not meeting peers), some attended school but were isolated from social interactions there and elsewhere |
| **Bullying** | |
| Significantly subjected to bullying | Not subjected to bullying |
| • the applicant and/or her/his parents considered that there had been significant and traumatic victimization. | • no recollection of being bullied |
| • a) related to gender presentation or sexual identity: name-calling, spreading rumours and the like related to gender presentation/sexual identity | • if ever bullied, the adolescent described it as non-significant ("maybe sometimes", "not more than anyone else"). |
| • b) not related to gender or sexual identity: bullying was related to other issues like weight, interests, belonging or not belonging to a certain group etc. | |
| **Isolation** | |
| Periods of isolation | No isolation |
| • periods of not having contact with peers outside of arranged study-related activities at school - or not even that, if not attending school | • no interruptions in attending age appropriate daily programme (usually school), having age-appropriate contacts with peers |
| • having same-age contacts only with one's own siblings | |
| • keeping (tenuous, infrequent) contact with one or two peers only despite previously having been normatively engaged with peers | |
| • contacts outside the family only via Internet | |

Previous and current psychiatric history was recorded. Previous files were not always complete, and diagnoses were not always accurately defined in terms of ICD-10 diagnostic codes. Thus, we recorded 1) whether the young person had been in contact with psychiatric services prior to entering the gender identity service (yes/no), 2) whether the previous contact had been because of gender concerns or psychiatric symptoms (gender issues only/psychiatric symptoms only/both), 3) what kind of problems the young person had displayed (anxiety, depression, suicidal behaviours, conduct problems, autism spectrum related problems, substance abuse, psychotic symptoms, other; all recorded yes/no), and 4) the temporal relationship between psychiatric symptoms and gender dysphoria/identity concerns (psychiatric symptoms emerged earlier/gender dysphoria and gender identity concerns emerged first).

Peer-related difficulties were recorded being subjected to bullying at school (yes/no) and isolation from peers (yes/no) (Table 1). Of bullying it was recorded whether it happened before, after or both before and after of the onset of gender dysphoria, and whether it was related to gender presentation or sexual orientation. Of social isolation it was recorded whether it occurred before, after or both before and after the onset of gender dysphoria.

**Statistical analyses**

All the variables were recorded in a structured form developed for this research. Descriptive analysis was conducted using statistical methods for quantitative data. We report frequencies and means (sd) where appropriate. Between groups comparisons are made with cross-

App.0612

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232    Page 4 of 9

Kaltiala-Heino et al. Child and Adolescent Psychiatry and Mental Health (2015) 9:9

tabulations and chi-square statistics/Fisher's exact test, and with t-test where appropriate.

## Qualitative observations

The qualitative content analysis approach [14] was applied to illustrate, based on all material recorded in case histories, different groups of gender dysphoric adolescents, or different developmental pathways resulting in the adolescent now perceiving the need to apply for sex reassignment. This was carried out by condensing and extracting from all material recorded in the case histories similar and different developmental patterns and descriptions of experiences that could be used to create mutually exclusive model stories, or trajectories that would include all the studied adolescents and not allow for assigning a given adolescent to more than one trajectory. The model stories were not defined in advance but they were formed in a data-driven process, the outcome of which is presented.

## Results

### Demographics

Of the applicants included in the present study, 41 were natal girls and 6 were natal boys. Their mean age (sd) at entering assessment was 16.04 (0.57) years for natal boys and 16.66 (1.07) for natal girls (p = 0.18). Of these, 49% (23) were living with both their biological parents, 39% (18) with one biological parent, and 13 % (6) in child welfare foster placements or independently. Parental education was distributed as follows: 16% (8) professional, 5% (2) intermediate, 22% (10) skilled non-manual, 43% (20) skilled manual, and 14% (7) were unskilled or not participating in work life. None of the applicants had transsexual or homosexual parents.

### Gender dysphoria

Of the applicants, 32% (14/47) reported having started to consciously question their gender before age 12, 62% (30/47) at 12 or later, and three applicants (6%) could not define this. Most commonly (one in five) these concerns had started at age 14. There were altogether five applicants (11%) who during childhood had persistently expressed gender dysphoria and/or identified with the opposite sex, and three (6%) who during childhood had transiently displayed gender dysphoria and a desire to be of the opposite sex. A further nine applicants (19%) had been tomboyish girls but had not questioned their gender or experienced dysphoria, and as to most of the applicants (30/47, 64%), neither the young person nor her/his parents recalled gender dysphoria or cross-gender behaviors during childhood.

During the assessment process, 72% (34/47) of the applicants were sure about feeling they were of the opposite sex to their natal and about pursuing sex reassignment,

but 28% (13/47) were not sure about their feelings regarding gender identity and/or sex reassignment. There was no difference between natal girls and natal boys in this regard. Of those who felt sure about their cross-gender identity, 15% (5/34) recalled reaching the conclusion before age 12, 79% (27/34) at 12 or later, and two (6%) could not define at what age they had reached the conclusion. There was no difference between natal girls and natal boys. The time frame from first becoming aware of gender dysphoria to being sure of one's own cross-gender identity ranged from 0 to 7 years, with mean 1.6 (sd 2.1) years.

Of all the applicants, 38% (17/47) were living in the desired role when the assessment was completed, 50% (3/6) of the natal boys and 37% (15/41) of the natal girls (p = 0.41). Of those applicants who expressed certainty about being of other than their natal sex and desiring physical and legal sex reassignment, 47% (16/34) were living in the desired role. Of those who were living in the desired role, the mean (sd)/median time of living in the role was 28.3 (17.9)/24.0 months for natal boys, and 29.8 (39.2)/12 months for natal girls (p = ns).

### Peer relationship difficulties

Of the applicants, 57% (27/47) had been significantly bullied at school, 53% (25/47) in primary school (grades 1–6, ages 7–13 yrs) and 45% (21/47) in secondary school (grades 7–9, ages 13–16 yrs). Of those who had been victims of bullying, 73% (19/27) had been bullied before they came to think about their gender identity, 8% (2/27) after starting to think about gender issues, and 19% (5/27) both before and after. Of those bullied, 27% (7/26) reported that bullying had been related to gender presentation or sexual identity, and 73% (19/26) had been bullied due to some other reasons (see Table 1).

Natal girls and natal boys had been bullied equally frequently. Natal girls tended more often to report having been bullied only before the onset of gender dysphoria, and natal boys more often both before and after the onset of gender dysphoria (girls: 78% (17/23) only before, 9% (2/23) only after, 13% (3/23) before and after vs. boys: 33% (1/3) only before, none only after, 67% (2/3) both before and after, p = 0.08). Among natal boys gender presentation and/or sexual identity had always been the topic of the bullying, among natal girls 83% (19/23) had been bullied for something else and 17% (4/23) due to gender presentation/sexual identity (p = 0.01).

Of the applicants, 45% (21/47) had presented with periods of isolation from peer relationships; 32% (15/47) before and 40% (19/47) after the onset of gender dysphoria, and 43% (20/47) were socially isolated during the SR assessment. Twenty-eight per cent (13/47) were isolated in all three observed periods. Social isolation was equally common among natal boys and girls applicants.

## Psychiatric treatment and psychopathology

Seventy-five per cent of the applicants (35/47) had been or were currently undergoing child and adolescent psychiatric treatment for reasons other than gender dysphoria when they sought referral to SR assessment, and two more were contacted with general adolescent psychiatric services soon after entering the SR assessment. Sixty-four per cent (30/47) were having or had had treatment contact due to depression, 55% (26/47) due to anxiety disorders, 53% (25/47) due to suicidal and self-harming behaviours, 13% due to psychotic symptoms (6/47), 9% (4/47) due to conduct disorders, 4% (2/47) due to substance abuse, 26% (12/47) due to autism spectrum disorder, and 11% (5/47) due to ADHD. One severe case of anorexia nervosa was noted. Of the applicants, 68% (32/47) had had their first contact with psychiatric services due to other reasons than gender identity issues. Natal boys and natal girls had equally commonly been treated for psychiatric disorders except for ADHD which had been more commonly treated in natal boys (50% vs.5%, p = 0.01). The mean number of distinct psychiatric problems was 2.3 (sd 1.7), with no difference between natal girls and natal boys.

## The different groups

Five different mutually exclusive groups (a - e below) were identified that differed as to onset of gender dysphoria and cross-gender identification, psychopathology and adjustment/difficulties in social relationships, and the temporal relationships between these. They are presented in Table 2.

We carried out logistic regression analyses to detect what kind of presenting features were associated with belonging to the last, confused group of adolescents with gender dysphoria (e) when entered in the model simultaneously. This was appropriate because psychiatric symptoms and psychosocial functioning are strongly interrelated. Age and natal sex were not predictive of belonging to the confused group. Each psychiatric problem, being subjected to bullying, presenting with periods of isolation, number of different psychiatric problems, and months living in desired role were each in turn entered as independent variables, controlling for age and natal sex. When controlling for age and natal sex, group memberships was predicted by anxiety (OR 4.8, 95% CI 1.4-17.0), suicidality (OR 5.7, 95% CI 1.7-20.3), number of different psychiatric symptoms (OR

**Table 2 The different groups of gender dysphoric adolescents seeking SR**

| Early onset gender dysphoria, exacerbates in puberty | |
|---|---|
| a) with no with no significant psychopathology and developmental problems (n = 2) | b) with considerable psychopathology and developmental problems (n = 3) |
| • very mild or no psychopathology across childhood and until the assessment | • severe psychopathology that had previously and currently required specialist level child and adolescent psychiatric care (autism spectrum disorder, OCD, Tourette, anorexia nervosa, suspected psychotic episodes or psychosis high risk, specific learning difficulties) |
| Adolescent onset gender dysphoria, where transsexual identity appeared established | |
| c) without, or with only mild psychopathology and developmental difficulties (n = 10) | d) with severe psychopathology and developmental difficulties (n = 9) |
| • mild to moderate depression or anxiety, could be considered secondary to gender dysphoria, or was transient, and did not impair functioning in social relationships or school | • psychiatric problems that warranted specialist level adolescent psychiatric treatment, either in treatment at the beginning of their SR assessment, or treatment contact was arranged during the SR assessment |
| • age-appropriate social relationships and leisure time activities, participation in age-appropriate educational activities (comprehensive, vocational or upper secondary school) | • autism spectrum disorders (3), major depression (3), social phobia (5), substance abuse problems (1) or a history of conduct disorder and trauma (2) (several had two disorders); clearly more severe psychopathology than what was seen in group c |
| e) Adolescent onset gender dysphoria, identity confused development (n = 23) | |
| • In childhood, no gender dysphoria nor cross-gender behaviors | |
| • For most of their primary school years (age 7–12 years) felt excluded | |
| • Persistent experiences of bullying before the onset of gender dysphoria | |
| • In adolescence, social anxiety and depression, most often with self-harm and suicidal preoccupation if not suicide attempts | |
| • Isolated | |
| • Long periods of not attending school, or if attended school, did not engage in peer contacts outside learning situations arranged by teachers. | |
| • Did not meet with same-aged peers in leisure time, or they met with few peers and only if their parents arranged it; many in contact only with their family members. | |
| • Socially and/or academically marginalized | |
| • Very high expectations that SR would solve their problems in social, academic, occupational and mental health domains | |

1.7, 95% CI 1.1-2.6), and presenting with periods of isolation (OR 9.0, 95% CI 2.3-34.7). However, when presenting with periods of social isolation was entered into any other model, the other independent variables were leveled out, suggesting that social isolation was the strongest factor predicting membership of the problematic, identity confused group.

## Discussion

The number of referrals exceeded expectations. Given the most cited epidemiological figures among adults, 1:10 000–1:30000 MtF and 1:40 000–1:100 000 FtM [6], in Finnish population, 6–18 boy-to-girl adolescents and 2–4 girl-to-boy adolescents aged 13–18 would be expected. The number of referrals to the study unit already doubled the less conservative estimates based on adult figures. Referrals to the other adolescent gender identity unit amount to equal numbers, and the natal girl:boy ratio in referrals is also similar in the other unit (Tainio V-M, personal communication). Valid epidemiological research on incidence and prevalence of transsexualism or gender dysphoria at large among adolescents is not available [6]. The adult figures cited above are based on treatment seeking, as are the numbers presented in the present study. Gender dysphoria may be more common among adolescents than among adults, or it may be increasing in younger age cohorts.

Not all applicants could be seen as presenting with established transsexual identity, even though they suffered gender dysphoria. Excluding the confused (e) group in our data, 3 boy-to-girl and 21 girl-to-boy applicants were identified who displayed transsexual identity that appeared established, unique, and not part of more general identity confusion or secondary to severe mental disorders. Given that these numbers are based on half of the adolescent gender identity assessments in Finland, the findings further suggest that severe and persistent gender dysphoria/transsexualism in adolescence may be more common than hitherto assumed.

The natal girl:boy ratio among the adolescent SR applicants was very high. In prepubertal children referred to gender identity services, boy:girl ratio is reportedly 3–6:1, with some variation across countries presumably due to cultural reasons [5,13]. Previously a more even boy:girl ratio has been suggested in adolescents seeking sex reassignment than among child samples [13], and a recent paper from Germany reported natal boy:natal girl ratio of 0.81 among 268 minors diagnosed with gender identity disorder from 1987–2013 [15]. Among adults, there seems to be remarkable variation across countries in the ratio of natal men:natal women seeking for sex reassignment [16]. In Western countries natal male transsexuals exceed natal females transsexuals. A German study demonstrated that the natal male:natal female

ratio among transsexual people has changed to more equal towards 2000's that what it was in earlier decades [16]. However, the overrepresentation of girls on our sample differs still from these more recent trends, and it is similar in both the two Finnish centers. We have so far no explanation for this great overrepresentation of natal girls seen in our material, and equalizing of sex ratio demonstrated by others [13,15,16]. Cultural trends may somehow influence this. May be more permissive societal attitudes allow "coming out" as gender variant more easily than before. However, why this would concern primarily girls remains an open question.

Of children and adolescents, 10-15% are regularly (weekly) involved in school bullying [17]. Of the adolescent SR applicants, more than a half had been subjected to bullying. Even if in the present study it was not possible to verify exactly how frequently the applicants had been bullied, we only recorded bullying that the adolescent and her/his parents perceived as significant: particularly intensive, vicious, long-term and traumatizing. However, in more than two thirds of the cases, bullying had occurred before the onset of gender dysphoria, and was not targeted at gender or sexual identity. Bullying is an unspecific risk factor for developmental problems rather than a problem specifically related to gender identity. That natal boys were more commonly bullied because of gender presentation suggests that effeminate characteristics in boys are less tolerated than masculine self-presentation in girls.

Peer relationships are of the outmost importance during adolescent development [18-20], and social isolation from peer relationships suggests developmental difficulties and impaired mental health [21-24]. In the present sample, isolation was extremely common and also the strongest predictor of membership of the "confused" group.

More than three quarters of the adolescent SR applicants had needed and/or currently needed specialist level child and adolescent psychiatric services due to psychiatric problems other than gender dysphoria. Specialist level child and adolescent psychiatric services are provided exclusively for severe disorders in Finland [25,26]. The recorded comorbid disorders were thus severe and could seldom be considered secondary to gender dysphoria. This utterly contradicts the findings in the Dutch child and adolescent gender identity service, where two thirds of adolescent SR applicants did not have psychiatric comorbidity [27]. In a recent German study, 43% of children and adolescents seen in a specific gender identity unit suffered from major psychopathology [15]. For the time being, we are unable to explain why Finnish adolescent SR applicants appear psychiatrically much more disturbed than has been reported elsewhere, but our findings warrant attention. The

Kaltiala-Heino et al. Child and Adolescent Psychiatry and Mental Health (2015) 9:9

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232     Page 7 of 9

treatment guidelines for adolescent gender dysphoria may require extensions taking into account the needs of those with severe psychopathology and identity confusion, very unlikely currently eligible to medical SR.

The overlap between autism spectrum disorders and gender dysphoria has been recognized before [28]. In a Dutch gender identity service, 9.4% of adolescents presented with autism spectrum disorder. In our sample, 26% of the adolescent SR applicants were diagnosed to be on the autism spectrum. These diagnoses had mainly been made during the adolescents' previous psychiatric treatment in our hospital or elsewhere, but three such diagnoses were also made by our team. In our hospital, the ADOS [29] is used with the minors, and the 3Di [30] or ADI-R [31] with parents to diagnose autism spectrum disorders. We could not systematically review with which protocols the diagnoses had been made elsewhere in the country, but in our clinical opinion there was no reason to doubt them. It is currently not known why autism spectrum is overrepresented in gender dysphoric children and adolescents. The conditions could be truly co-occurring. Prenatal exposure to high levels of testosterone could be involved in the development of both conditions, especially for girls with autism spectrum disorder, but this leaves the comorbidity in males unexplained. Gender identity issues could arise from autism spectrum people's predisposition toward unusual interests, or gender dysphoria in ASD could represent OCD rather than genuine gender identity issues. The cross-gender behaviour in ASD minors could also rather represent non-normative sexual interests or unusual sensory preferences [28]. Our clinical impression is that a long-standing feeling of being different and an outsider among peers could play a role in ASD children developing gender dysphoria in adolescence. In our clinical sample of gender dysphoric adolescents, autism spectrum disorders by far exceeded the prevalence of 6/1000 suggested for general population [32], and almost three-fold that in the sample of deVries et al. [28]. Autism spectrum needs to be taken seriously in considering treatment guidelines for child and adolescent gender dysphoria. Given the nature of ASD, particularly ASD children's and adolescents' difficulties in adjusting to changes, profound changes in their own bodies with SR treatments may pose a major challenge to psychological adjustment, and ASD adolescents may be particularly rigidly unwilling to consider this in advance.

In the international literature on gender dysphoria in minors, the most often portrayed picture is that of childhood cross-gender identification/gender dysphoria, where gender dysphoria exacerbates in puberty due to the development of secondary sex characteristics. Our findings suggest that there are many more developmental pathways that may also need different treatment approaches. In our data, most of the adolescents first presented with gender dysphoria and cross-gender identification well after the onset of puberty, and the vast majority suffered significant psychopathology and broader identity confusion than gender identity issues alone. It is important to be able to openly discuss these alternative presentations of gender dysphoria in order to find appropriate treatment options.

Adolescence is a period of identity formation. From early to late adolescence, identity develops from fragmented and contextual identity experience to endogenous, permanent and integral identity that remains constant across contexts and interactions [33]. Identity is formed through diverse physical and psychological developments and in relation to other people and the social environment [34,35]. An adolescent also faces fundamental identity challenges in the domains of religion, worldview, ethnicity, sexuality and the like. Identification with various groups is often passionate during adolescence, but the object of identification may also change, even several times [34-37]. Adolescents are more suggestible and submit more readily to group pressure to gain acceptance [38]. Adolescence is a period of maturation of social cognition, and a prerequisite for the maturation of social cognition is the maturation of the central nervous system that continues to the third decade of life [39]. During puberty and adolescent development there may be some overlap between normative testing of sexuality and gender roles in the one end, and gender dysphoria as a disorder in the other end of the spectrum. This would implicate that GD in adults and in adolescence may not be the same issue in general. For these reasons it is more challenging to assess whether the gender identity of an adolescent is so firmly established that physical intervention is indicated than it is to assess this among adults.

In the majority of the applicants, gender dysphoria presented in the context of wider identity confusion, severe psychopathology and considerable challenges in the adolescent development. At this point it is not possible to predict how gender dysphoria in this group will develop: will gender dysphoria in these adolescents cease with the resolution of wider developmental problems, or perhaps consolidate later into transsexual identity, with the completion of the developmental tasks of adolescence.

## Methodological considerations

The present paper is based on information on all adolescents who entered the assessment for sex reassignment in Finland in 2011–2013 by one of the two centralized adolescent gender identity teams in the country. The basis for choosing one or another of the two centers was geographical and not likely to create bias due to subject selection. It is further known that number of referrals

during the study period well as natal girl:natal boy ratio are similar in both centers.

The data collection was systematic and structured, which adds to the reliability of the findings. The data collection took place in the form of retrospective chart review of files created during a comprehensive assessment period by a multi-disciplinary team. Thus data collection was unlikely to bias the assessments in any way. Comprehensive assessments by a multi-disciplinary team are likely to provide reliable and valid data. The multi-disciplinary team collected information from the applicants themselves, from their parents, from previous case histories and by their own psychometric measurements. The applicants themselves might be prone to interpret a variety of their problems as being a result of gender incongruence, even if the problems actually were independent of gender identity issues or even predisposing to gender incongruence. In this study we attempted to avoid bias due to subjects' interpretation by using multiple source of information.

However, the data is relatively small and does not permit complex analyses. The study remains descriptive and cannot shed light on causal relationships. Some information of interest for the research was occasionally missing in the files, because the files were primarily created for clinical purposes, not for research.

The validity of the diagnoses in previous psychiatric contacts needs to be considered with certain caution. Previous files were not always complete and did not provide diagnoses according to ICD-10, and we were not able to check in the databases of the previous treatment providers what ICD diagnoses were recorded there. Thus, we recorded reasons for previous treatment based on verbalizations in the referrals and available copies of previous files. This only allowed a rough descriptive classification to problems related to anxiety, depression, suicidal behaviours, conduct problems, autism spectrum related problems, substance abuse, psychotic symptoms and other. We only recorded these problems if the adolescent had had a psychiatric treatment contact. The data gives a picture of the primary problems in previous psychiatric treatment contacts but not of all possible symptoms. Thus, our figures for problems related to anxiety, depression etc. are likely underestimates. It was also not possible to obtain exact information of when the various symptoms and disorders had been present and for how long time, except for autism which is of course assumed a lifetime condition. However, as clinical research on adolescent SR applicants is scarce, descriptive studies are valuable in providing a basis for discussion and international comparisons that are needed in order to create optimal clinical treatment guidelines.

Psychotic symptoms in our data mainly comprise brief and limited hallucinatory experiences. Psychotic symptoms were recorded if there were descriptions of hallucinations in the files, or of the previous files mentioned "psychotic symptoms" even when not giving more detailed descriptions. However, none of the applicants had a diagnosis of schizophrenia or schizoaffective disorder. Assessing gender dysphoria in the context of schizophrenia spectrum psychoses would be inappropriate. Doctors/units primarily contacted would very unlikely refer a patient with schizophrenia or schizoaffective disorder in gender identity assessments. Current psychotic symptoms would result in the gender identity team promptly referring the young person to general adolescent psychiatric care.

The findings cannot be generalized to all adolescents experiencing gender variation. Not all gender incongruent people perceive a need to seek for SR, or find it timely during adolescence.

## Conclusion

Adolescents seeking sex reassignment represent a variety of developmental pathways differentiated by the timing of onset of gender dysphoria, psychopathology and developmental difficulties. It is important to be aware of the different groups, or developmental pathways, in gender dysphoric adolescents in order to be able to find appropriate treatment options. In the presence of severe psychopathology and developmental difficulties, medical SR treatments may not be currently advisable. Treatment guidelines need to be reviewed extended to appreciate the complex situations.

**Competing interests**
The authors declare that they have no competing interests.

**Authors' contributions**
All authors participated in designing the present study and formulating the study questions. RKH and MS collected the data from case files. RKH performed the data analysis. All the authors participated in discussing the results and writing the manuscript. All authors read and approved the final manuscript.

**Author details**
[1]University of Tampere, School of Medicine, 33014 University of Tampere, Tampere, Finland. [2]Department of Adolescent Psychiatry, Tampere University Hospital, 33380 Pitkäniemi, Finland. [3]Faculty of Medicine, University of Helsinki, BOX 3300014 Helsinki University, Helsinki, Finland. [4]Forensic Psychiatry, Helsinki University Hospital, Helsinki, Finland.

Received: 28 November 2014 Accepted: 19 March 2015
Published online: 09 April 2015

**References**
1.  World Health Association. International Statistical Classification of Diseases and Related Health Problems, 10th revision (ICD-10). Geneva: WHO; 1992.
2.  American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fifth edition DSM-5). Washington CD: American Psychiatric Publishing; 2013.
3.  Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. The Standards of Care of the World Professional Association for Transgender Health, 7th version. Int J Transgenderism. 2011;13:165–232.
4.  Achenbach TM, Edelbrock C. Manual for the Child Behavior Checklist and Revised Child Behavior Profile. Burlington, VT: University of Vermont, Department of Psychiatry; 1983.

Case: 23-2366      Document: 39-3      Filed: 08/31/2023      Pages: 232

5.   Möller B, Schreier H, Li A, Romer G. Gender identity disorder in children and adolescents. Curr Probl Pediatr Adolesc Health Care. 2009;39:117–43.

6.   Zucker KJ, Lawrence AA. Epidemiology of gender identity disorder. Int J Transgenderism. 2009;11:8–18.

7.   Steensma T. From gender variance to gender dysphoria. Psychosexual development of gender atypical children and adolescents. Academic dissertation, Vrije Universiteit Amsterdam. Ridderprint: Amsterdam, NL; 2013.

8.   Steensma DT, Biemond R, deBoer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. Clin Child Psychol Psychiatry. 2011;16:499–516.

9.   Cohen-Kettenis P, Steensma T, deVries AL. Treatment of adolescents with gender dysphoria in the Netherlands. Child Adol Psychiatric Clinics N Am. 2012;20:698–700.

10.  deVries AL, Cohen-Kettenis P. Clinical management of gender dysphoria in children and adolescents. The Dutch approach. J Homosexuality. 2012;59:301–20.

11.  Wren B. Early physical intervention for young people with atypical gender identity development. Clin Child Psychol Psychiatry. 2000;5:220–31.

12.  deVries A, Cohen-Kettenis P, Delemarre-van de Maal H. Caring for transgender adolescents in BC: suggested guidelines. Clinical management of gender dysphoria in adolescents. Vancouver, Canada: Vancouver Coastal Health, Transcend Transgender Support & Education Society and the Canadian Rainbow Health Coalition; 2006.

13.  Wood H, Sasaki S, Bradley S, Singh D, Fantus S, Owen-Anderson A, et al. Patterns of referral to a gender identity service for children and adolescents (1976–2011): age, sex ratio, and sexual orientation. J Sex Marital Ther. 2013;39:1–6.

14.  Graneheim U, Lundman B. Qualitative content analysis in nursing research: concepts, procedures and measures to achieve trustworthiness. Nurse Educ Today. 2004;24:105–12.

15.  Meyenburg B. Geschlechtsdysphorie im Jugendalter. Schwierige Behandlungsverläufe. Prax Kinderpsychol Kinderpsychiat. 2014;63:528–37.

16.  Garrels L, Kockott G, Michael N, Preuss W, Renter K, Schmidt G, et al. Sex ratio of transsexuals in Germany: the development over three decades. Acta Psychiatr Scand. 2000;102:445–8.

17.  Kaltiala-Heino R, Fröjd S. Correlation between bullying and clinical depression in adolescent patients. Adolescent Health Med Therapeutics. 2011;2:37–44.

18.  Larson R, Richards MH. Daily companionship in late childhood and early adolescence. Changing developmental contexts. Child Dev. 1991;62:284–300.

19.  Hall-Lande J, Eisenberg M, Christenson S, Neumark-Sztainer D. Social isolation, psychological health, and protective factors in adolescence. Adolescence. 2007;42:265–86.

20.  Laursen B, Hartl A. Understanding loneliness during adolescence: developmental changes that increase the risk of perceived social isolation. J Adolescence. 2013;36:1261–8.

21.  Rubin KH, Root AK, Bowker J. Parents, peers, and social withdrawal in childhood: a relationship perspective. In: Gazelle H, Rubin KH, editors. Social anxiety in childhood: bridging developmental and clinical perspectives. New Directions for Child and Adolescent Development, 127, 79–94. San Francisco: Jossey-Bass; 2010.

22.  Shevlin M, Murphy S, Mallett J, Stringer M, Murphy J. Adolescent loneliness and psychiatric morbidity in Northern Ireland. Br J Clin Psychol. 2013;52:230–4.

23.  Harris R, Qualter P, Robinson S. Loneliness trajectories from middle childhood to pre-adolescence: impact on perceived health and sleep disturbance. J Adolescence. 2013;36:1295–304.

24.  Matheson S, Vijayan H, Dickson H, Shepherd A, Carr V, Laurens K. Systematic meta-analysis of childhood social withdrawal in schizophrenia, and comparison with data from at-risk children aged 9–14 years. J Psychiatr Res. 2013;47:1061–8.

25.  Kaltiala-Heino R, Fröjd S, Autio V, Laukkanen E, Närhi P, Rantanen P. Transparent criteria for specialist level adolescent psychiatric care. Eur Child Adolesc Psychiatr. 2007;16:260–70.

26.  Isojoki I, Fröjd S, Rantanen P, Laukkanen E, Närhi P, Kaltiala-Heino R. Priority criteria tool for elective specialist level adolescent psychiatric care predicts treatment received. Eur Child Adolesc Psychiatr. 2008;17:397–405.

27.  deVries AL, Doreleijers TA, Steensma TD, Cohen-Kettenis PT. Psychiatric comorbidity in gender dysphoric adolescents. J Child Psychol Psychiatry. 2011;52:1195–202.

28.  deVries A, Noens I, Cohen-Kettenis P, van Berckelaer-Onnes I, Doreleijers T. Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord. 2010;40:930–6.

29.  Lord C, Rutter M, DiLavore PS, Risi S. Autism Diagnostic Observation Schedule (ADOS). Los Angeles, CA: Western Psychological Services; 1999.

30.  Skuse D, Warrington R, Bishop D, Chowdhury U, Lau J, Mandy W, et al. The developmental, dimensional and diagnostic interview (3Di): a novel computerized assessment for autism spectrum disorders. J Am Acad Child Adolesc Psychiatry. 2004;43:548–58.

31.  Rutter M, Le Couteur A, Lord C. Autism diagnostic interview-revised. Western Psychological Services: Los Angeles, CA; 2003.

32.  Fombonne E. Epidemiology of autistic disorder and other pervasive developmental disorders. J Clin Psychiatr. 2005;66 Suppl 10:3–8.

33.  Harter S. The construction of self. New York: Guilford Press; 1999.

34.  Erikson E. Childhood and society. Harmondsworth, UK: Penguin; 1965.

35.  Moshman D. Adolescent rationality and development. Cognition, morality, and identity. Third Edition. New York: Psychology Press; 2011.

36.  Savin-Williams RC, Ream GL. Prevalence and stability of sexual orientation components during adolescence and young adulthood. Arch Sex Behav. 2007;36:385–94.

37.  Muuss RE. Theories of adolescence (6th edition). New York: McGraw-Hill; 1965.

38.  Gardner M, Steinberg L. Peer influence on risk taking, risk preference, and risky decision making in adolescence and adulthood: an experimental study. Dev Psychol. 2005;41:625–35.

39.  Sebastian C, Burnett S, Blakemore S-J. Development of the self-concept during adolescence. Trends Cognit Sci. 2008;12:441–6.

**Submit your next manuscript to BioMed Central and take full advantage of:**

• Convenient online submission

• Thorough peer review

• No space constraints or color figure charges

• Immediate publication on acceptance

• Inclusion in PubMed, CAS, Scopus and Google Scholar

• Research which is freely available for redistribution

Submit your manuscript at
www.biomedcentral.com/submit

 **BioMed Central**

**Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence**

Romina Brignardello-Petersen, DDS, MSc, PhD

Wojtek Wiercioch, MSc, PhD

### 1. Introduction

We prepared this report to fulfill a request from the Florida Agency for Health Care Administration. This report contains three documents: 1. Main document (this document) summarizing the methodology used and the findings, 2. Methods document, which provides a detailed description of the systematic methodology used to find, prioritize, appraise, and synthesize the evidence, and 3. Results document, which describes the evidence available, the estimates of the effects of gender affirming therapies, and the certainty (also known as quality) of the evidence.

This document is organized in four parts. First, we describe the credentials and expertise of the health research methodologists conducting this evidence evaluation. Second, we summarize the methodology used. Third, we summarize the main findings. Finally, we briefly discuss strengths and limitations of our process and of the evidence.

### 2. Credentials and expertise

Two experts in health research methodology, who specialize in evidence synthesis to support decision making, prepared this report. Their relevant credentials and expertise are described below.

**Dr. Romina Brignardello-Petersen**: Assistant Professor at the Department of Health Research Methods, Evidence, and Impact, at McMaster University. Dr. Brignardello-Petersen obtained a DDS degree (University of Chile) in 2007, an MSc degree in Clinical Epidemiology and Health Care Research (University of Toronto) in 2012, and MSc in Biostatistics (University of Chile) in 2015, and a PhD in Clinical Epidemiology and Health Care Research (University of Toronto) in 2016. Dr. Brignardello-Petersen has worked in evidence synthesis projects since 2010, and her research has focused on the methodology for the development of Systematic Reviews and Clinical Practice Guidelines since 2012. Through January 2022, she has published 122 peer reviewed scientific articles (24 as a first author and 9 as a senior author). Dr. Brignardello-Petersen has acted as a research methodologist for several groups and organizations, including the World Health Organization, the Pan-American Health Organization, the American Society of Hematologists, the American College of Rheumatology, and the Society for Evidence Based Gender Medicine, among others. Her research program has been awarded over $2M CAD from the Canadian Institutes for Health Research. Dr. Brignardello-Petersen has no lived experience as a person or family member of a person with gender dysphoria, and her research interests are not in this area.

**Dr. Wojtek Wiercioch**: Postdoctoral Research Fellow at the Department of Health Research Methods, Evidence, and Impact, at McMaster University. Dr. Wiercioch obtained an MSc degree (2014, McMaster University) and a PhD degree (2020, McMaster University) in Health Research Methodology. Dr. Wiercioch has worked in evidence syntheses projects since 2011, and his research focuses on evidence synthesis, guideline development methodology, and the guideline development process. Through April

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

2022, he has published 86 peer-reviewed scientific articles. Dr. Wiercioch has acted as a guideline methodologist for several groups and organizations, including the World Health Organization, the American Society of Hematologists, the Endocrine Society (of America), and the American Association for Thoracic Surgeons, among others. Dr. Wiercioch has no lived experience as a person or family member of a person with gender dysphoria, and his research interests are not in this area.

### 3. Methods

We conducted an overview of systematic reviews. We used a reproducible approach to search, select, prioritize, appraise, and synthesize the available evidence, following high methodological standards. We describe full details of the methodology in an accompanying document.

In brief, we searched for systematic reviews published in English language in Epistemonikos, OVID Medline, and grey literature sources, through April 30, 2022. We selected systematic reviews which included studies on young individuals with a diagnosis of gender dysphoria, who received puberty blockers, cross-sex hormones, or surgeries; and in which authors reported data regarding outcomes important to patients: gender dysphoria, depression, anxiety, quality of life, suicidal ideation, suicide, adverse effects, and complications. Systematic reviews could have included any type of primary study design.

The two reviewers screened all titles and abstracts, followed by full text of potentially relevant systematic reviews. We then prioritized the most useful systematic review providing evidence for each of the outcomes, using pre-established criteria that considered date of publication, applicability, availability of outcome data, methodological quality of the systematic review, and usefulness of the data synthesis conducted in the systematic review (see methods document for details).

After abstracting data from the systematic reviews, we synthesized the best available evidence for each of the outcomes, and assessed the certainty (also known as quality) of the evidence using the Grading of Recommendations Assessment, Development, and Evaluation (GRADE) approach. We conducted GRADE assessments using the information provided by the systematic review authors (risk of bias of primary studies, characteristics of included studies, results reported by the studies). We present the all the information about outcomes in GRADE summary of findings tables.

In addition, to evaluate the robustness of our conclusions, we systematically searched for and evaluated primary studies answering the questions of interest published after the authors of the included systematic reviews conducted their searches.

### 4. Results

We included 61 systematic reviews, from which 3 addressed the effects of puberty blockers, 22 addressed the effects of cross-sex hormones, 30 addressed the effects of surgeries, and 6 addressed the effects of more than one of these interventions. After our prioritization exercise, we included information from 2 systematic reviews on puberty blockers, 4 on cross-sex hormones, and 8 on surgeries.

**4.1 Puberty blockers**

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

For most outcomes (except suicidality), there is no evidence about the effect of puberty blockers compared to not using puberty blockers. In other words, no studies compared the outcomes between a group of people with gender dysphoria using puberty blockers and another group of people with gender dysphoria not using them. Therefore, it is unknown whether people with gender dysphoria who use puberty blockers experience more improvement in gender dysphoria, depression, anxiety, and quality of life than those with gender dysphoria who do not use them. There is very low certainty about the effects of puberty blockers on suicidal ideation.

The studies included in the systematic review reported outcomes among a group of people with gender dysphoria after receiving puberty blockers. Low certainty evidence suggests that after treatment with puberty blockers, people with gender dysphoria experience a slight increase in gender dysphoria, and an improvement in depression, and anxiety. Low certainty evidence also suggests that a moderate percentage of patients experience adverse effects. The findings must be interpreted considering that these studies did not have a comparison group, and that it is unknown if people with gender dysphoria that do not use puberty blockers experience similar or different outcomes.

## 4.2 Cross sex hormones

For almost all outcomes (except breast cancer) there is no evidence about the effect of cross sex hormones compared to not using cross sex hormones. In other words, no studies compared the outcomes between a group of people with gender dysphoria using cross sex hormones and another group of people with gender dysphoria not using them. Therefore, it is unknown whether people with gender dysphoria who use cross-sex hormones experience more improvement in gender dysphoria, depression, anxiety, quality of life, and suicidality than those with gender dysphoria who do not use cross-sex hormones. There is low certainty evidence suggesting that cross-sex hormones may not increase the risk of breast cancer.

The studies included in the systematic reviews reported changes in the outcomes among a group of patients with gender dysphoria after the use of cross-sex hormones. Low certainty evidence suggests that after treatment with cross-sex hormones, people with gender dysphoria experience an improvement in gender dysphoria, depression, anxiety, and suicidality. There is very low certainty evidence about the changes in quality of life. There is moderate certainty evidence suggesting a low prevalence of venous thromboembolism after treatment with cross-sex hormones. The findings must be interpreted considering that these studies did not have a comparison group, and that it is unknown if people with gender dysphoria that do not use cross-sex hormones experience similar or different outcomes.

## 4.3 Surgeries

There were no systematic reviews and studies reporting on gender dysphoria, depression, anxiety, and suicidality. Therefore, the effects of surgeries on these outcomes (when compared to a group of patients with gender dysphoria who do not undergo surgery), or the changes in these outcomes (improvements or deterioration) among patients who undergo any gender-affirming surgery is unknown. Because of the lack of comparative studies, it is also unknown whether people with gender dysphoria who undergo surgeries experience more improvement in quality of life or less regret than those with gender dysphoria who do not undergo any surgeries. There is low certainty evidence suggesting that a low percentage of participants experience regret, and very low certainty evidence about changes in quality of life after surgery.

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

In assigned females at birth, low certainty evidence suggests that a high percentage of people are satisfied after chest surgery. There is very low certainty evidence, however, about satisfaction after bottom surgery, and about complications after both chest and bottom surgery. In assigned males at birth, low certainty evidence suggests a high percentage of people satisfied and a low percentage of people experiencing regret after vaginoplasty. There is very low certainty, however, about satisfaction with chest surgery and complications and reoperations after bottom surgery.

### 4.4 Evidence published after the systematic reviews selected
We found 10 relevant studies that were published after the systematic reviews were conducted. This evidence was not sufficient to importantly change the conclusions previously made.

### 5.  Discussion

### 5.1 Summary of the evidence
In this report, we systematically summarized the best available evidence regarding the effects of puberty blockers, cross-sex hormones, and surgeries in young people with gender dysphoria. We did not find evidence about the effect of these interventions on outcomes important to patients when compared to not receiving the intervention. We found low and very low certainty evidence suggesting improvements in gender dysphoria, depression, anxiety, and quality of life, as well as low rates of adverse events, after treatment with puberty blockers and cross-sex hormones.

### 5.2 Completeness and applicability
There are several gaps in the evidence regarding the effects of puberty blockers, cross-sex hormones, and surgeries in patients with gender dysphoria. Although we found some evidence for all the outcomes of interest, the evidence is suboptimal: several limitations included the lack of studies with a comparison group, and the risk of bias and imprecision, resulting in low or very low certainty evidence for all outcomes.

The applicability of the evidence may also be limited. Although we only rated down for indirectness when it was considered a serious problem (i.e., in evidence about the effects of surgeries, which was collected from people who were importantly older than the target population in this report), there are also potential applicability issues to consider in the evidence regarding the effects of puberty blockers and cross-sex hormones. It is not clear to what extent the people included in the studies were similar enough to the people seeking these treatment options today. For example, some of the included studies were conducted in people who had a diagnosis of gender dysphoria confirmed with strict criteria, as well as a supportive environment. It is important to take into account to what extent this may compromise the applicability of the results to people who are not in the same situation.

### 5.3 Strengths and limitations of the process for developing this report
We followed a reproducible process for developing this report. We used the highest methodological standards and the approach to evidence synthesis we generally use when supporting organizations in the development of their guidelines. This approach is based on prioritizing the sources of evidence most likely to be informative (i.e., to identify and use the evidence with the highest certainty level).

To follow the principles for evidence-based decision making, which require using the best available evidence to inform decisions, we summarized the best available evidence. Because knowing the best

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

available evidence necessitates being aware of all the available evidence, we based this report on systematic reviews of the literature. We chose the most trustworthy and relevant systematic reviews among many published reviews.

One potential limitation of the process is that, due to feasibility concerns, we relied on the information reported by the systematic reviewers. Most of the systematic reviews we used, unfortunately, were judged at moderate or low methodological quality, which may raise concerns about the trustworthiness of the evidence presented in this report. We believe, however, that the results and conclusions of this report would not be importantly different had the systematic reviews been conducted following higher methodological standards. Because there are no randomized controlled trials, well-conducted comparative observational studies, or very large case series (which include a large sample of consecutive patients who are representative of the whole population) addressing the effects of puberty blockers, cross-sex hormones, and surgeries; the certainty of the evidence about the effects of these interventions is likely to continue being low or very low, even if a few more studies are included (as observed after searching for primary studies published after the reviews were conducted) or some data points were reported inaccurately in the systematic reviews.

Also due to feasibility concerns, the scope of this report was limited to outcomes that are important to patients. Although some may question the decision of not including surrogate outcomes for which there is evidence available (e.g. bone density, blood pressure), decision makers should rarely consider these outcomes and should instead focus on outcomes that do matter to people and stakeholders (e.g., fractures, cardiovascular events).

## 5.4 Implications
The evidence evaluating the effects of puberty blockers, cross-sex hormones, and surgeries in people with gender dysphoria has important limitations. Therefore, decisions regarding their use should carefully consider other relevant factors. At a patient level, these factors include patients' values and preferences (how patients trade off the potential benefit and harms - what outcomes are more important to them), and resources needed to provide the interventions (and the availability of such resources). At a population level, in addition to these factors, it would be important to consider resources needed to implement the interventions, feasibility, acceptability by relevant stakeholders, and equity.

It is important to note that when there is low or very low certainty evidence, it is rarely appropriate to make decisions that will be applied to the majority of the patients (equivalent to strong recommendations). This implies, at the patient level, that shared decision making is a key part of the decision-making process. At a policy level, extensive debate may be needed.

## 6.  Conclusions

Due to the important limitations in the body of evidence, there is great uncertainty about the effects of puberty blockers, cross-sex hormones, and surgeries in young people with gender dysphoria. This evidence alone is not sufficient to support whether using or not using these treatments. We encourage decision makers to be explicit and transparent about which factors play an important role in their decision, and how they are weighed and traded off.

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

# Methods

To ensure completeness and feasibility of the evidence review, we used an approach in which we prioritized the types of studies according to the design that was more likely to provide the best available evidence. First, we searched for systematic reviews of the literature. Second, we appraised all existing systematic reviews to select the most trustworthy (highest methodological quality, most up-to-date, most applicable) from which to draw conclusions. Third, we used the information presented in the systematic reviews to abstract information regarding the effects of the interventions of interest. Fourth, we assessed the certainty of the evidence (also known as quality of the evidence) abstracted from the selected systematic reviews. We planned to search for primary studies if systematic reviews were not found.

**Information sources:** We searched for existing systematic reviews in:
1. Epistemonikos (https://www.epistemonikos.org), an electronic database that focuses on systematic reviews. We used a comprehensive search strategy based on the population, using the terms "gender dysphoria", "gender identity disorder" and "transgender". We conducted this search on April 23, 2022.
2. OVID Medline. We used a search strategy based on the population and the interventions of interest, as well as an adaptation of a filter for systematic reviews from the Health Information Research Unit at McMaster University.  We conducted this search on April 23, 2022.
3. Grey literature: we conducted a manual search in the websites of specific health agencies: National Institutes for Health and Care Excellence (NICE), Agency for Healthcare Research and Quality (AHRQ), Canada's Drug and Health Technology Agency (CADTH), and the website from the Society for Evidence-Based Gender Medicine (SEGM). We conducted these searches between April 27-30, 2022.

We used no date limits for the searches, but we did limit to systematic reviews published in English. Search strategies are available in Appendix 1.

**Eligibility criteria:** We included systematic reviews, which we defined as:
1. Reviews in which the authors searched for studies to include in at least one electronic database, and in which there were eligibility criteria for including studies and a methodology for assessing and synthesizing the evidence, or
2. Reviews in which the authors searched for studies to include in at least one electronic database, and although there was no description of eligibility criteria or methodology, the presentation of the results strongly suggested that the authors used systematic methods (e.g. flow chart depicting study selection, tables with the same information from all included studies, synthesis of data at the outcome level).

We screened systematic reviews using the following criteria for inclusion:

App.0624

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

- o **Type of participants:** Young individuals (< 25 years old) with a diagnosis of gender dysphoria/gender identity disorder. We included reviews in which authors used any label and diagnostic criteria for this condition. We included reviews in which the participants in the reported studies were older if it was the only evidence available for a specific question. We excluded reviews with mixed populations (i.e. with and without gender dysphoria) in which people without gender dysphoria constituted more than 20% of the total sample.

- o **Type of Interventions:** Puberty blockers, cross-sex hormones, gender affirming surgeries. We included any type of puberty blockers and cross-sex hormones, provided with any regimen. We included the following surgeries: phalloplasty, vaginoplasty, and chest surgery (mastectomy or breast implants/augmentation). We only included these when they were performed for the first time (i.e., not revision surgeries).

- o **Type of comparison:** When the systematic reviews included comparative studies, the comparator of interest was no intervention. Participants could have received psychotherapy or counselling as a cointervention (in both groups).

- o **Type of outcomes:** Gender dysphoria*,* mental health outcomes (depression and anxiety), quality of life, suicidal ideation, suicide*,* adverse effects (for puberty blockers and cross-sex hormones only), and satisfaction, complications, reoperation, and regret (for surgeries only). We included any length of follow-up. We excluded surrogate outcomes such as blood pressure, bone mineral density, kidney or liver function test values, etc.

- o **Type of studies included in the systematic reviews**: Any clinical study (studies in which the researchers recruited and measured outcomes in humans) regardless of study design. This included randomized clinical trials, comparative observational studies, and case series. Because we could not quantify effect measures, incidence, or prevalence, we excluded case reports.

We excluded systematic reviews published only in abstract format, and those that we could not retrieve in full text (no access through the McMaster University library, or open access online).

**Selection process:** The two reviewers screened all titles and abstracts independently and in duplicate, followed by screening of full texts of potentially eligible systematic reviews independently and in duplicate, using the systematic review online application Covidence (https://www.covidence.org). We solved disagreements by consensus.

To select the most useful systematic reviews among all of those that met the eligibility criteria, we used the following prioritization criteria:

1. Date of publication: we prioritized systematic reviews published within the last 3 years (2020-2022)

2. Match between eligibility criteria of the review and the question of interest: we prioritized reviews in which the authors specifically included the population, intervention, comparison, and outcomes of interest for this evidence review

3. Outcome data available: we prioritized systematic reviews in which the authors report outcome data

4. Methodological quality: we used a modified version of the items in AMSTAR 2.[1] We modified the items to ensure assessment of methodological rather than reporting quality (Table 1). We rated each systematic review as having high, moderate, low, or critically low methodological quality, according to the guidance from the developers of the tool.[1] We reached consensus on critical items that determined this rating (Table 1). We prioritized selection of systematic reviews with highest methodological quality.

For surgical interventions, in addition, we prioritized systematic reviews that covered all gender affirming surgeries (instead of focusing on a specific type of surgery).

We selected a systematic review specifically for each of the outcomes of interest. In other words, we chose the best systematic review to inform each outcome. Each systematic review, however, could inform more than one outcome.

**Table 1: Items used to rate the methodological quality of the eligible systematic reviews**

| AMSTAR Item | Modification to measure methodological quality |
|---|---|
| 1. Did the research questions and inclusion criteria for the review include the components of PICO? | Does the review have a clear question and are the eligibility criteria for studies consistent with the question? |
| 2. Did the report of the review contain an explicit statement that the review methods were established prior to the conduct of the review and did the report justify any significant deviations from the protocol? | No modification needed |
| 3. Did the review authors explain their selection of the study designs for inclusion in the review? | No modification needed |
| 4. Did the review authors use a comprehensive literature search strategy? | Did the authors search in at least 2 electronic databases, using a reproducible search strategy? |
| 5. Did the review authors perform study selection in duplicate? | No modification needed |
| 6. Did the review authors perform data extraction in duplicate? | No modification needed |
| 7. Did the review authors provide a list of excluded studies and justify the exclusions? | No modification needed |
| 8. Did the review authors describe the included studies in adequate detail? | No modification needed |
| 9. Did the review authors use a satisfactory technique for assessing the risk of bias (RoB) in individual studies that were included in the review? | No modification needed |

App.0626

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

| | |
|---|---|
| 10. Did the review authors report on the sources of funding for the studies included in the review? | Did the review authors consider conflicts of interest and how they may have affected the results of the primary studies? |
| 11. If meta-analysis was performed, did the review authors use appropriate methods for statistical combination of results? | Was the synthesis of evidence done appropriately? (outcome level, appropriate meta analysis or narrative synthesis) |
| 12. If meta-analysis was performed, did the review authors assess the potential impact of RoB in individual studies on the results of the meta-analysis or other evidence synthesis? | Did authors use subgroup or sensitivity analysis to assess the effect of risk of bias in meta-analytic results? Likely not applicable to most cases |
| 13. Did the review authors account for RoB in primary studies when interpreting/discussing the results of the review? | Did the review authors incorporate an assessment of risk of bias at the outcome level when drawing conclusions? |
| 14. Did the review authors provide a satisfactory explanation for, and discussion of, any heterogeneity observed in the results of the review? | Did the review authors incorporate an assessment of heterogeneity at the outcome level when drawing conclusions? |
| 15. If they performed quantitative synthesis did the review authors carry out an adequate investigation of publication bias (small study bias) and discuss its likely impact on the results of the review? | Did the authors address publication bias? (regardless of whether synthesis was using a meta-analysis or narrative) |
| 16. Did the review authors report any potential sources of conflict of interest, including any funding they received for conducting the review? | Did the authors report conflicts of interest and did they manage any existing conflict of interest appropriately? |

Shaded items were items considered critical.

**Data abstraction:** We abstracted outcome data from each of the systematic reviews. To ensure feasibility, we used the data as reported by the authors of the review and did not re-abstract data from the primary studies. One reviewer abstracted the data and a second reviewer checked the data for accuracy.

**Data synthesis:** Using the systematic reviews prioritized, we synthesized the evidence at the outcome level. Because of the higher likelihood of it resulting in higher certainty of evidence (details below) for each outcome, when there was comparative data (i.e. comparison of outcomes between an untreated and a treated group) and non-comparative data (i.e. changes from before to after treatment in one group, or only outcomes after treatment), we prioritized comparative data.

We prioritized numerical results (i.e. magnitudes of effect) and reported estimates and their 95% confidence intervals (CIs). When results were not reported in that way, we calculated the estimates and CIs when systematic review authors provided sufficient information. When necessary, we assumed moderate correlation coefficients for the changes between baseline and follow up (coefficient= 0.4). When this information was not available we reported narratively the effect estimates and ranges.

When a specific study reported the same outcome measured by more than one scale, we chose the scale presented first. We highlighted situations when the results obtained with other scales were importantly different.

App.0627

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

When the same outcome was reported by more than one study but we could not pool the results, we created narrative syntheses.

**Certainty of evidence:** For each outcome, we assessed the certainty of the evidence (also known as quality of the evidence) using the Grading of Recommendations Assessment, Development, and Evaluation (GRADE) approach.[2] The certainty of evidence can be rated as high, moderate, low, or very low (Table 2). For effects of interventions, the certainty of the evidence started as high and could be rated down due to serious concerns about risk of bias, inconsistency, indirectness, imprecision, and publication bias. For inferences about the effect of using a treatment versus no treatment, when there was no comparison group, we assessed risk of bias as very serious and rated down the certainty of the evidence 2 levels by default. We used the same principles when assessing the certainty of the evidence in estimates of prevalence or rates, but did not judge risk of bias as resulting in very serious concerns due to lack of a comparison group. For all assessments, we used the information presented by the authors of the systematic review (e.g. assessments of risk of bias of the included studies, effect estimates from studies).

**Table 2: GRADE levels of certainty of the evidence**

| Certainty level | Definition |
|---|---|
| High<br>⊕⊕⊕⊕ | We are very confident that the true result (effect estimate/ prevalence/ mean, etc.) lies close to that of the estimate of the result |
| Moderate<br>⊕⊕⊕◯ | We are moderately confident in the result: the true result is likely to be close to the estimate of the result, bur there is a possibility that it is substantially different |
| Low<br>⊕⊕◯◯ | Our confidence in the result is limited: the true result may be substantially different from the estimate of the result |
| Very low<br>⊕◯◯◯ | We have very little confidence in the result: the true result is likely to be substantially different from the estimate of the result |

**Presentation of results:** We created GRADE Summary of Findings tables in which we describe the evidence available for each of the outcomes, and the certainty of the evidence. These tables contain the following information:

- Outcomes: measurement method (including scales, if applicable) and follow-up
- Estimates of effect: absolute and relative estimates of effect, and their corresponding 95% CIs.
- Number of studies and participants providing evidence for the outcome
- GRADE certainty of the evidence, with a link to detailed explanations (provided at the bottom of the table) of why the certainty of the evidence was rated at a specific level
- A narrative statement about what happens with the outcome, based on the estimate of effect and certainty of evidence.

App.0628

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

**Searching for new evidence not included in the systematic reviews:** To assess if newer evidence not included in the included systematic reviews would change the conclusions importantly, we searched for and assessed primary studies answering the questions of interest that were published after the authors of such systematic reviews conducted their searches. We defined an important change in conclusions as a change in the certainty of the evidence (from low/ very low/ not available to high/ moderate).

We searched OVID Medline from January 1, 2019 through May 12, 2022, for studies published in English. We included studies if they enrolled young individuals (< 25 years old, with at least 20% of the people being this age) with a diagnosis of gender dysphoria/gender identity disorder, who received puberty blockers, cross-sex hormones, or surgeries; and measured any of the outcomes of interest.

For outcomes that should be evaluated in a comparative manner (e.g., depression, anxiety, etc.), because they are the only type of study design that would change the conclusions importantly, we selected comparative clinical studies (studies in which the researchers recruited and measured outcomes in humans, and compared a group of people who received the intervention with another one who did not receive the intervention). This included randomized clinical trials, and comparative observational studies. For outcomes that can only occur when the treatment is administered, we included non-comparative observational studies (case series). For these to change conclusions, they should have a sufficiently large sample size, and therefore we excluded case series in which the researchers reported information from <100 people.

Two reviewers screened the potentially relevant articles at title and abstract and full text screening stage. We abstracted relevant study characteristics and outcome data, and assessed risk of bias of comparative studies using the most relevant domains of the Risk of Bias for non-Randomized studies of Interventions (ROBINS-I) tool[3] (table 3). For non-comparative studies, we used a list of custom items that captured the most important potential risk of bias concerns of case series (table 4). We judged the risk of bias of each study as the highest risk of bias of any of the domains assessed (e.g., one domain judged at critical risk of bias resulted in the study judged at critical risk of bias). We summarized this information at the study and judged whether it would have changed the conclusions importantly if added to the body of evidence from the systematic reviews.

**Table 3: Domains used to assess risk of bias of comparative studies**

| Domain | Low | Critical |
|---|---|---|
| Confounding | Adjusted for all relevant confounding factors | No adjustment |
| Classification of intervention | Intervention recorded prospectively or from medical records | Asked patients to recall whether they received the intervention |
| Deviation from intended interventions | No cointerventions or cointerventions balanced between the groups | Cointerventions unbalanced between the groups |

App.0629

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

| Missing data | More than 90% of patients who started the study provided outcome data | Less thank 50% of patients who started the study provided outcome data |
| Measurement of outcome | All outcomes measured in the same way in both groups | Outcomes measured differently in both groups |

Each domain could be judged at low, moderate, serious, or critical risk of bias. In addition, information could be insufficient to make a judgment. The table describes the criteria used to judge a domain in the extreme categories.

**Table 4: Domains used to assess risk of bias of non- comparative studies**

| Domain | Low | High |
| --- | --- | --- |
| **Representativeness of the sample** | Included all consecutive patients | Highly selected sample based on specific characteristics related with the prognosis after treatment |
| **Classification of the intervention** | Intervention recorded prospectively or from medical records | Asked patients to recall whether they received the intervention |
| **Deviation from intended interventions** | No cointerventions outside what would be observed in practice (or in a small proportion of patients) | Most patients received co interventions that could influence the outcomes |
| **Missing data** | More than 90% of patients who started the study provided outcome data | Less thank 50% of patients who started the study provided outcome data |
| **Measurement of outcome** | Outcomes measured prospectively or from medical records | Outcomes reported by the patients and/ or needed to recall what happened a long time ago |

Each domain could be judged at low, moderate, or high risk of bias. In addition, information could be insufficient to make a judgment. The table describes the criteria used to judge a domain in the extreme categories.

## References

1. Shea BJ, Reeves BC, Wells G, et al. AMSTAR 2: a critical appraisal tool for systematic reviews that include randomised or non-randomised studies of healthcare interventions, or both. *Bmj* 2017;358:j4008. doi: 10.1136/bmj.j4008 [published Online First: 2017/09/25]
2. Blashem H, Helfand M, Schunemann HJ, et al. GRADE guidelines: 3. Rating the quality of the evidence. *Journal of clinical epidemiology* 2011;64:401-06.
3. Sterne JA, Hernan MA, Reeves BC, et al. ROBINS-I: a tool for assessing risk of bias in non-randomised studies of interventions. *BMJ (Clinical research ed)* 2016;355:i4919. doi: 10.1136/bmj.i4919 [published Online First: 2016/10/14]

App.0630

**Search Strategies**

**Questions Covered:**

PICO questions:

1. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **puberty blockers (gonadotrophin releasing hormone (GnRH) analogues)** compared to no puberty blockers?

2. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **cross-sex hormones** compared to no cross-sex hormones?

3. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of **gender-affirming surgeries** compared to no surgery?

**Search Strategies:**

Note: Population, puberty blocker, cross-sex hormones search blocks adapted from NICE (2020) evidence reviews. Gender-affirming search block adapted from Wernick *et al.* 2019. Systematic reviews filter adapted from McMaster University Health Information Research Unit (HIRU).

Databases: Medline, Epistemonikos
Grey Literature: CADTH, AHRQ, SEGM, NICE

*Medline*

| OVERVIEW | |
| --- | --- |
| Interface: | Ovid |
| Databases: | OVID Medline Epub Ahead of Print, In-Process & Other Non-Indexed Citations, Ovid MEDLINE(R) Daily and Ovid MEDLINE(R) 1946 to Present |
| Study Types: | Systematic Reviews |
| Search Run: | April 23, 2022 |
| **Search Strategy: search terms [number of results]** | |
| *Population* | |
| 1   exp "Sexual and Gender Minorities"/     12385 | |
| 2   Gender Dysphoria/     774 | |
| 3   Gender Identity/     20481 | |
| 4   Gender Role/   197 | |
| 5   "Sexual and Gender Disorders"/ 81 | |
| 6   Transsexualism/     4236 | |
| 7   Transgender Persons/   5303 | |
| 8   Health Services for Transgender Persons/     186 | |

9    exp Sex Reassignment Procedures/        1208
10   gender identity disorder.mp.    492
11   non-binary.mp. 566
12   transgender.mp.        9989
13   (gender* adj3 (dysphori* or disorder* or distress or nonconform* or non-conform* or atypical or incongru* or identi* or disorder* or confus* or minorit* or queer* or variant or diverse or creative or explor* or question* or expan* or fluid)).tw.   16428
14   ((sex or gender*) adj3 (reassign* or chang* or transform* or transition* or expression*)).tw.   13749
15   (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw.        19665
16   (genderfluid or genderqueer or agender).mp.    130
17   ((correct or chosen) adj3 name).mp.    591
18   (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw.   135313
19   ((sex or gender*) adj3 (reassign* or chang* or transform* or transition* or expression*)).tw.   13749
20   (male-to-female or m2f or female-to-male or f2m).tw.   148579
21   or/1-20 342948

*Cross-Sex Hormones*

22   Hormones/ad, tu, th    4676
23   exp Progesterone/ad, tu, th       11265
24   exp Estrogens/ad, tu, th 29635
25   exp Gonadal Steroid Hormones/ad, tu, th        35375
26   (progesteron* or oestrogen* or estrogen*).tw.  223307
27   ((cross-sex or crossex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw.  1488
28   exp Estradiol/ad, tu, th  11197
29   exp Testosterone/ad, tu, th       8710
30   (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw.   86509
31   (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw.   100252
32   or/22-31       345895

*Puberty Blockers*

33   Gonadotropin-Releasing Hormone/       28809
34   (pubert* adj3 block*).ti,ab.    141
35   ((gonadotrophin or gonadotropin) and releasing).ti,ab.   20121
36   (GnRH adj2 analog*).ti,ab.     2878
37   GnRH*.ti,ab.   24390
38   "GnRH agonist*".ti,ab.   4749
39   Triptorelin Pamoate/    1981
40   triptorelin.ti,ab. 821
41   arvekap.ti,ab.    1

```
42   ("AY 25650" or AY25650).ti,ab.  1
43   ("BIM 21003" or BIM21003).ti,ab.       0
44   ("BN 52014" or BN52014).ti,ab.  0
45   ("CL 118532" or CL118532).ti,ab.       0
46   Debio.ti,ab.        119
47   diphereline.ti,ab.          28
48   moapar.ti,ab.   0
49   pamorelin.ti,ab.1
50   trelstar.ti,ab.    3
51   triptodur.ti,ab.  1
52   ("WY 42422" or WY42422).ti,ab.         0
53   ("WY 42462" or WY42462).ti,ab.         0
54   gonapeptyl.ti,ab.           0
55   decapeptyl.ti,ab.           225
56   salvacyl.ti,ab.    0
57   Buserelin/        2137
58   buserelin.ti,ab.  1395
59   onist.ti,ab.        0
60   ("hoe 766" or hoe-766 or hoe766).ti,ab. 72
61   profact.ti,ab.    2
62   receptal.ti,ab.   31
63   suprecur.ti,ab.  5
64   suprefact.ti,ab. 25
65   tiloryth.ti,ab.    0
66   histrelin.ti,ab.   78
67   "LHRH-hydrogel implant".ti,ab.  1
68   ("RL 0903" or RL0903).ti,ab.        1
69   ("SPD 424" or SPD424).ti,ab.       1
70   goserelin.ti,ab.  1016
71   Goserelin/        1643
72   ("ici 118630" or ici118630).ti,ab.          51
73   ("ZD-9393" or ZD9393).ti,ab.       0
74   zoladex.ti,ab.    388
75   leuprorelin.ti,ab.          525
76   carcinil.ti,ab.    0
77   enanton*.ti,ab. 26
78   ginecrin.ti,ab.    0
79   leuplin.ti,ab.    15
80   Leuprolide/       3018
81   leuprolide.ti,ab.2004
82   lucrin.ti,ab.       16
83   lupron.ti,ab.      183
84   provren.ti,ab.    0
85   procrin.ti,ab.    3
86   ("tap 144" or tap144).ti,ab.       41
87   (a-43818 or a43818).ti,ab.         3
88   Trenantone.ti,ab.            2
89   staladex.ti,ab.   0
```

90  prostap.ti,ab.    6
91  Nafarelin/        327
92  nafarelin.ti,ab.  263
93  ("76932-56-4" or "76932564").ti,ab.      0
94  ("76932-60-0" or "76932600").ti,ab.      0
95  ("86220-42-0" or "86220420").ti,ab.      0
96  ("rs 94991 298" or rs94991298).ti,ab.    0
97  synarel.ti,ab.    13
98  deslorelin.ti,ab. 306
99  gonadorelin.ti,ab.        237
100 ("33515-09-2" or "33515092").ti,ab.      0
101 ("51952-41-1" or "51952411").ti,ab.      0
102 ("52699-48-6" or "52699486").ti,ab.      0
103 cetrorelix.ti,ab. 520
104 cetrotide.ti,ab. 52
105 ("NS 75A" or NS75A).ti,ab.       0
106 ("NS 75B" or NS75B).ti,ab.       0
107 ("SB 075" or SB075).ti,ab.       1
108 ("SB 75" or SB75).ti,ab.  67
109 gonadoliberin.ti,ab.      151
110 kryptocur.ti,ab. 7
111 cetrorelix.ti,ab. 520
112 cetrotide.ti,ab. 52
113 antagon.ti,ab.   18
114 ganirelix.ti,ab.  160
115 ("ORG 37462" or ORG37462).ti,ab.       3
116 orgalutran.ti,ab.         26
117 ("RS 26306" or RS26306).ti,ab.   5
118 ("AY 24031" or AY24031).ti,ab.   0
119 factrel.ti,ab.    13
120 fertagyl.ti,ab.   12
121 lutrelef.ti,ab.    5
122 lutrepulse.ti,ab. 3
123 relefact.ti,ab.   10
124 fertiral.ti,ab.    0
125 (hoe471 or "hoe 471").ti,ab.      6
126 relisorm.ti,ab.   4
127 cystorelin.ti,ab. 19
128 dirigestran.ti,ab.        5
129 or/33-128      47108

*Gender-affirming Surgeries*

130 virilization/      2309
131 (virilism or virili?ation or masculini?ation).mp.    5657
132 feminization/    797
133 femini?ation.mp.        3420
134 (vaginoplasty or vaginoplasties).mp.        1022

135 exp Vagina/ or *Reconstructive Surgical Procedures/     78841
136 (vaginoplasty or vaginoplasties).mp.     1022
137 (phalloplasty or phalloplasties).mp.     561
138 exp Penile Prosthesis/   1636
139 "penile reconstruction".mp.     292
140 (vagina reconstruction or vaginal reconstruction).mp.     549
141 (genitoplasty or genitoplasties).mp.     263
142 transsexualism/su [Surgery]     1007
143 sex reassignment.mp.   1668
144 sex transformation.mp. 42
145 or/130-144     91560

*Systematic Review Filter*

147 meta-analysis/  158633
148 (meta anal* or meta-anal* or metaanal*).ti,ab.  231876
149 ((systematic or evidence) adj2 (review* or overview*)).ti,ab.     279806
150 ((pool* or combined) adj2 (data or trials or studies or results)).ab.     65411
151 (search strategy or search criteria or systematic search or study selection or data extraction).ab.     70886
152 (search* adj4 literature).ab.     84593
153 or/146-152     521554

*Combine Interventions and Population*

154 32 or 129 or 145     459771
155 21 and 154     17838

*Limit to Systematic Reviews in English Language*

156 153 and 155     295
157 limit 156 to english language     288

*Epistemonikos*

| OVERVIEW | |
|---|---|
| Interface: | https://www.epistemonikos.org/ |
| Database: | Epistemonikos |
| Study Types: | Systematic Reviews |
| Search Run: | April 23, 2022 |
| **Search Strategy: search terms [number of results]** | |
| *Population*<br><br>(title:((title:(gender dysphoria) OR abstract:(gender dysphoria)) OR (title:(gender identity disorder) OR abstract:(gender identity disorder)) OR (title:(transgender) OR abstract:(transgender))) OR abstract:((title:(gender dysphoria) OR abstract:(gender dysphoria)) OR (title:(gender identity disorder) OR abstract:(gender identity disorder)) OR (title:(transgender) OR abstract:(transgender))))<br><br>*Limit to Systematic Reviews*<br><br>*Limited by publication type "systematic review" [425] | |

Canadian Agency for Drugs and Technologies in Health (CADTH)

| OVERVIEW | |
|---|---|
| Interface: | https://www.cadth.ca/ |
| Database: | CADTH |
| Study Types: | Systematic Reviews, Health Technology Reviews |
| Search Run: | April 27, 2022 |
| **Search Strategy: search terms [number of results]** | |
| "gender dysphoria" [10]<br>*Limit to Health Technology Review* [2]<br><br>"transgender" [9]<br>*Limit to Health Technology Review* [5]<br><br>"gender identity disorder" [1] | |

Agency for Healthcare Research and Quality (AHRQ)

| OVERVIEW | |
| --- | --- |
| Interface: | https://search.ahrq.gov/ |
| Database: | AHRQ |
| Study Types: | Evidence Based Practice (EPC) Centre Reports, Full Research Reports, Health Technology Assessments |
| Search Run: | April 29, 2022 |
| **Search Strategy: search terms [number of results]** | |
| *Search titles only:* "gender identity disorder" "gender dysphoria" "transgender" [7] | |

Society for Evidence-based Gender Medicine (SEGM)

| OVERVIEW | |
| --- | --- |
| Interface: | https://segm.org/news |
| Database: | SEGM News |
| Study Types: | Systematic Reviews |
| Search Run: | April 30, 2022 |
| **Search Strategy: search terms [number of results]** | |
| *Find in page:* "systematic" [5] | |

National Institute for Health and Care Excellence (NICE)

| OVERVIEW | |
| --- | --- |
| Interface: | https://www.nice.org.uk/ |
| Database: | NICE |
| Study Types: | Systematic Reviews, Guidelines with Systematic Reviews |
| Search Run: | April 30, 2022 |
| **Search Strategy: search terms [number of results]** | |
| gender dysphoria [1]<br>*Limit to Guidance* [1]<br><br>transgender [10]<br>*Limit to Guidance* [7] | |

gender identity disorder [9]
*Limit to Guidance* [8]

Search Strategies – Individual Studies

**Questions Covered:**

PICO questions:

1. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **puberty blockers (gonadotrophin releasing hormone (GnRH) analogues)** compared to no puberty blockers?

2. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **cross-sex hormones** compared to no cross-sex hormones?

3. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of **gender-affirming surgeries** compared to no surgery?

**Search Strategies:**

Note: Population, puberty blocker, cross-sex hormones search blocks adapted from NICE (2020) evidence reviews. Gender-affirming search block adapted from Wernick *et al.* 2019.

Databases: Medline

*Medline*

| OVERVIEW | |
|---|---|
| Interface: | Ovid |
| Databases: | OVID Medline Epub Ahead of Print, In-Process & Other Non-Indexed Citations, Ovid MEDLINE(R) Daily and Ovid MEDLINE(R) 1946 to Present |
| Study Types: | Any |
| Search Run: | May 12, 2022 |
| **Search Strategy: search terms [number of results]** | |

*Population*

| 1 | exp "Sexual and Gender Minorities"/ | 12631 |
|---|---|---|
| 2 | Gender Dysphoria/ | 781 |
| 3 | Gender Identity/ | 20586 |
| 4 | Gender Role/ | 204 |
| 5 | "Sexual and Gender Disorders"/ | 81 |
| 6 | Transsexualism/ | 4259 |
| 7 | Transgender Persons/ | 5371 |
| 8 | Health Services for Transgender Persons/ | 187 |
| 9 | exp Sex Reassignment Procedures/ | 1211 |
| 10 | gender identity disorder.mp. | 492 |

App.0639

11  non-binary.mp. 574

12  transgender.mp.        10079

13  (gender* adj3 (dysphori* or disorder* or distress or nonconform* or non-conform* or atypical or incongru* or identi* or disorder* or confus* or minorit* or queer* or variant or diverse or creative or explor* or question* or expan* or fluid)).ti,ab. 16546

14  ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).ti,ab.   9375

15  (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).ti,ab.     19788

16  (genderfluid or genderqueer or agender).mp.     132

17  ((correct or chosen) adj3 name).mp.     591

18  (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).ti,ab.     135744

19  (male-to-female or m2f or female-to-male or f2m).ti,ab. 149067

20  or/1-19 341083


*Cross-sex Hormones*

21  Hormones/ad, tu, th     4690

22  exp Progesterone/ad, tu, th      11270

23  exp Estrogens/ad, tu, th 29646

24  exp Gonadal Steroid Hormones/ad, tu, th      35401

25  (progesteron* or oestrogen* or estrogen*).ti,ab.          223689

26  ((cross-sex or crossex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).ti,ab.     1507

27  exp Estradiol/ad, tu, th 11200

28  exp Testosterone/ad, tu, th       8722

29  (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).ti,ab.     86670

30  (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).ti,ab.  100411

31  or/21-30          346508


*Puberty Blockers*

32  Gonadotropin-Releasing Hormone/       28845

33  (pubert* adj3 block*).ti,ab.      142

34  ((gonadotrophin or gonadotropin) and releasing).ti,ab.   20158

35  (GnRH adj2 analog*).ti,ab.       2879

36  GnRH*.ti,ab.    24437

37  "GnRH agonist*".ti,ab.  4763

38  Triptorelin Pamoate/     1983

39  triptorelin.ti,ab. 822

40  arvekap.ti,ab.   1

41  ("AY 25650" or AY25650).ti,ab.  1

42  ("BIM 21003" or BIM21003).ti,ab.       0

43  ("BN 52014" or BN52014).ti,ab. 0

44  ("CL 118532" or CL118532).ti,ab.       0

```
45  Debio.ti,ab.     119
46  diphereline.ti,ab.     28
47  moapar.ti,ab.    0
48  pamorelin.ti,ab.1
49  trelstar.ti,ab.    3
50  triptodur.ti,ab. 1
51  ("WY 42422" or WY42422).ti,ab.          0
52  ("WY 42462" or WY42462).ti,ab.          0
53  gonapeptyl.ti,ab.          0
54  decapeptyl.ti,ab.          225
55  salvacyl.ti,ab.    0
56  Buserelin/     2137
57  buserelin.ti,ab. 1396
58  onist.ti,ab.     0
59  ("hoe 766" or hoe-766 or hoe766).ti,ab. 72
60  profact.ti,ab.    2
61  receptal.ti,ab.   31
62  suprecur.ti,ab.  5
63  suprefact.ti,ab. 25
64  tiloryth.ti,ab.    0
65  histrelin.ti,ab.  78
66  "LHRH-hydrogel implant".ti,ab. 1
67  ("RL 0903" or RL0903).ti,ab.          1
68  ("SPD 424" or SPD424).ti,ab.          1
69  goserelin.ti,ab. 1017
70  Goserelin/     1644
71  ("ici 118630" or ici118630).ti,ab.          51
72  ("ZD-9393" or ZD9393).ti,ab.     0
73  zoladex.ti,ab.    388
74  leuprorelin.ti,ab.          529
75  carcinil.ti,ab.    0
76  enanton*.ti,ab. 26
77  ginecrin.ti,ab.    0
78  leuplin.ti,ab.     15
79  Leuprolide/     3018
80  leuprolide.ti,ab.2003
81  lucrin.ti,ab.     16
82  lupron.ti,ab.     183
83  provren.ti,ab.    0
84  procrin.ti,ab.    3
85  ("tap 144" or tap144).ti,ab.     41
86  (a-43818 or a43818).ti,ab.          3
87  Trenantone.ti,ab.          2
88  staladex.ti,ab.   0
89  prostap.ti,ab.    6
90  Nafarelin/     327
91  nafarelin.ti,ab. 263
92  ("76932-56-4" or "76932564").ti,ab.          0
```

93  ("76932-60-0" or "76932600").ti,ab.    0
94  ("86220-42-0" or "86220420").ti,ab.    0
95  ("rs 94991 298" or rs94991298).ti,ab.    0
96  synarel.ti,ab.    13
97  deslorelin.ti,ab. 310
98  gonadorelin.ti,ab.    238
99  ("33515-09-2" or "33515092").ti,ab.    0
100 ("51952-41-1" or "51952411").ti,ab.    0
101 ("52699-48-6" or "52699486").ti,ab.    0
102 cetrorelix.ti,ab. 520
103 cetrotide.ti,ab.  52
104 ("NS 75A" or NS75A).ti,ab.    0
105 ("NS 75B" or NS75B).ti,ab.    0
106 ("SB 075" or SB075).ti,ab.    1
107 ("SB 75" or SB75).ti,ab.  67
108 gonadoliberin.ti,ab.    152
109 kryptocur.ti,ab. 7
110 cetrorelix.ti,ab. 520
111 cetrotide.ti,ab.  52
112 antagon.ti,ab.    18
113 ganirelix.ti,ab.  161
114 ("ORG 37462" or ORG37462).ti,ab.    3
115 orgalutran.ti,ab.    26
116 ("RS 26306" or RS26306).ti,ab.   5
117 ("AY 24031" or AY24031).ti,ab.  0
118 factrel.ti,ab.    13
119 fertagyl.ti,ab.    12
120 lutrelef.ti,ab.    5
121 lutrepulse.ti,ab. 3
122 relefact.ti,ab.    10
123 fertiral.ti,ab.    0
124 (hoe471 or "hoe 471").ti,ab.    6
125 relisorm.ti,ab.    4
126 cystorelin.ti,ab. 19
127 dirigestran.ti,ab.    5
128 or/32-127    47179

*Surgery*

129 virilization/    2309
130 (virilism or virili?ation or masculini?ation).mp.    5664
131 feminization/    798
132 femini?ation.mp.    3425
133 (vaginoplasty or vaginoplasties).mp.    1032
134 (vaginoplasty or vaginoplasties).mp.    1032
135 (phalloplasty or phalloplasties).mp.    561
136 exp Penile Prosthesis/   1642
137 "penile reconstruction".mp.    292

138 (vagina reconstruction or vaginal reconstruction).mp.    550
139 (genitoplasty or genitoplasties).mp.    263
140 transsexualism/su [Surgery]    1007
141 sex reassignment.mp.    1674
142 sex transformation.mp.    42
143 or/129-142    14290

*Any intervention AND population*

144 31 or 128 or 143    386835
145 20 and 144    16516

*Limit to Humans*

146 animals/ not humans/    4972586
147 145 not 146    9281
148 limit 147 to humans    7901

*Limit to Publication Year 2019 to Current*

149 limit 148 to yr="2019 -Current"  1859

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Results

**Search results and eligible reviews:** After screening 647 records found through our searches, we found 61 eligible systematic reviews. From these, 27 were published between 2020 and 2022 (Figure 1). Overall, 4% (1/27) of the reviews were judged to be of high methodological quality, 15% (4/27) were moderate methodological quality, 37% (10/27) were low methodological quality, and 44% (12/27) were critically low methodological quality.

We  provide reasons for excluding systematic reviews in appendix 1.

App.0644

Case: 23-2366 Document: 39-3 Filed: 08/31/2023 Pages: 232

Identification of studies via databases
Identification of studies via other methods
Identification
Screening
Included
Records identified from:
Medline (n = 288)
Epistemonikos (n = 425)
Records removed before screening:
Duplicate records removed (n = 95)
Records screened (n = 618)
Records excluded (n = 515)
Reports sought for retrieval (n = 103)
Reports not retrieved (n = 2)
Reports assessed for eligibility (n = 101)
Reports excluded: 43
Wrong outcomes (n = 16)
Other surgery (e.g. voice, rib, face, hair, hands, etc.) (n = 13)
Wrong study design (n = 5)
Wrong patient population (n = 5)
Published as abstract (n = 2)
Wrong intervention (n = 2)
Records identified from:
CADTH (n = 8)
AHRQ (n = 7)
SEGM (n = 5)
NICE (n = 16)
Records removed before screening:
Duplicate records removed (n = 7)
Records screened (n = 29)
Records excluded (n = 18)
Reports sought for retrieval (n = 11)
Reports not retrieved (n = 1)
Reports assessed for eligibility (n = 10)
Reports excluded: 7
Wrong population (n = 3)
Wrong outcomes (n = 1)
Wrong study design (n = 1)
Non-English language (n = 2)
Studies included in review (n = 61)
• Puberty blockers (n = 3)
• Cross-sex hormones (n = 22)
• Gender-affirming surgery (n = 30)
• Multiple interventions (n = 6)

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 1:** PRISMA flow diagram for the selection of systematic reviews. *From:* Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ 2021;372:n71. doi: 10.1136/bmj.n71. For more information, visit: http://www.prisma-statement.org/

3

App.0646

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Outcomes:**

1. **Puberty blockers:** We found 4 systematic reviews assessing the effects of puberty blockers published between 2020 and 2022.[1-4] From these, we judged 2 as having moderate methodological quality, and 2 as having critically low methodological quality. Details of the assessment are provided in Figure 2.

   Table 1 summarizes the evidence about the effects of puberty blockers on the outcomes of interest. We used information from 2 systematic reviews.[2 3] For most outcomes (except suicidality), there is no evidence about the effect of puberty blockers compared to not using puberty blockers. In other words, no studies compared the outcomes between a group of people with gender dysphoria using puberty blockers and another not using them. Therefore, it is unknown whether people with gender dysphoria who use puberty blockers experience more improvement in gender dysphoria, depression, anxiety, and quality of life than those with gender dysphoria who do not use them. There is very low certainty about the effects of puberty blockers on suicidal ideation (see details in Table 1).

   Studies, however, reported outcomes among a group of people with gender dysphoria after receiving puberty blockers. The findings are:
   - There is low certainty evidence suggesting that treatment with puberty hormones may slightly increase gender dysphoria severity (mean change score in the Utrecht Gender Dysphoria scale, 0.7 points [95% CI, -4.2 to 5.6], range 12-60, with higher scores reflecting more severe gender dysphoria)
   - There is low certainty evidence suggesting that treatment with puberty blockers may decrease depression (mean change score in the Beck Depression Inventory, -3.4 [95% CI, -5.7 to -1.0], range 0-63, with higher scores reflecting more severe depression)
   - There is low certainty evidence suggesting that treatment with puberty blockers may decrease anxiety (mean change score in the Trait Anxiety Scale, trait subscale, -1.5 [95% CI, -4.7 to -1.8], range 0-80, with higher scores reflecting more severe anxiety)
   - There is low certainty evidence suggesting a moderate percentage of patients reporting adverse events after treatment with puberty blockers (see Table 1 for details)
   - There is very low certainty evidence about how puberty blockers affect suicidality

App.0647

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 2:** AMSTAR assessment judgements for systematic reviews addressing puberty blockers

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHRQ 2021 | | | | | | | | | | | | | | | | | MODERATE |
| NICE 2020a | | | | | | | | | | | | | | | | | MODERATE |
| Ramos 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Rew 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |

**Figure legend:**



Yes
Probably yes
Probably no
No
Not applicable

App.0648

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Gender dysphoria** assessed with: difference (effect) in gender dysphoria proportion or severity | Not reported | | | | | The effects of puberty blockers on gender dysphoria are unknown |
| **Gender dysphoria** assessed with: mean change score in the Utrecht Gender Dysphoria Scale (12-60, higher scores reflect more gender dysphoria, 40 points or more indicate a diagnosis of gender dysphoria) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | 0.7 (-4.2 to 5.6) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean gender dysphoria score may increase by 0.7 points after puberty blockers |
| **Depression** assessed with: difference (effect) in depression proportion or severity | Not reported | | | | | The effects of puberty blockers on depression are unknown |

6

App.0649

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Depression** assessed with: mean change score in Beck Depression Inventory-II scale (0-63, higher scores represent more severe depression) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | -3.4 (-5.7 to -1.0) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean depression score may decrease by 3.4 points after puberty blockers |
| **Anxiety** assessed with: difference (effect) in anxiety proportion or severity | | | Not reported | | | The effects of puberty blockers on anxiety are unknown |
| **Anxiety** assessed with: mean change score in STAI-Trait scale (0-80, higher scores represent more severe anxiety) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | -1.5 (-4.7 to 1.8) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean anxiety score may decrease by 1.5 points after puberty blockers |

7

App.0650

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Quality of life** assessed with: any measure | | Not reported | | | | The effects of puberty blockers on quality of life are unknown |
| **Suicidal ideation** difference (effect) in suicidal ideation (Rew, 2020) Follow-up: cross-sectional survey | The authors report that "compared to youth who did not receive pubertal suppression, those who did showed lower lifetime rates of suicidal ideation".. | | Not reported | 89 (1 study) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the effect of puberty blockers on suicidal ideation |
| **Adverse effects** assessed with: proportion of patients reporting adverse effects (NICE, 2020a) Follow up: mean 2.3 years (range 0.0 to 11.3 years) | NA | 11%[3] (2% to 29%) | NA | 27 (1 study) | ⊕⊕◯◯ LOW[4] | The proportion of patients reporting adverse effects after treatment with puberty blockers may be 11% |

STAI-Trait: Trait Anxiety Scale. Range: 0-80
CI: Confidence interval
NA: Not applicable

8

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Mean change rated down due to risk of bias and imprecision. According to the systematic review authors, the study had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size).
2. The authors of Rew 2020 narratively summarized the outcome of Turban et al. 2020; a cross-sectional online survey study. According to the systematic review authors, Turban et al. did not describe the study participants and the setting in detail and it was unclear whether outcomes were measured in a valid and reliable way. We therefore, downgraded the certainty of evidence by one level from low to very low due to high risk of bias.
3. The authors reported 3/27 (11%) participants treated with GnRHa developed side effects: 1 participant developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, 1 participant developed leg pains and headaches, which eventually resolved without treatment, 1 participant gained 19 kg within 9 months of initiating GnRH analogues.
4. Proportion of adverse effects rated down due to risk of bias and imprecision. According to the systematic review authors, the cohort study Khatchadourian et al. 2014 was assessed at high risk of bias due to incomplete reporting of its cohort. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size).

App.0652

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

2. **Cross-sex hormones:** We found 9 systematic reviews assessing the effects of cross-sex hormones published between 2020 and 2022.[4-12] One of these, however, included both puberty blockers and cross-sex hormones combined in their evidence synthesis as was not prioritized.[5] From the 8 remaining reviews, we judged 1 as having high methodological quality, 2 as having moderate methodological quality, 2 as having low methodological quality, and 3 as having critically low methodological quality. Details of the assessment are provided in Figure 3. Because of its eligibility criteria related to study design, the systematic review judged at high methodological quality[7] did not include any studies and therefore we could not use it to inform any outcome.

Table 2 summarizes the evidence about the effects of cross-sex hormones on the outcomes of interest. We used information from 4 systematic reviews.[6 9 11 12] For most outcomes (all except risk of breast cancer), there is no evidence about the effect of cross-sex hormones compared to not using cross-sex hormones. In other words, no studies compared the outcomes between a group of people with gender dysphoria using cross-sex hormones and another not using it. Therefore, it is unknown whether people with gender dysphoria who use cross-sex hormones experience more improvement in gender dysphoria, depression, anxiety, quality of life, and suicidality than those with gender dysphoria who do not use them. There is low certainty evidence suggesting that cross-sex hormones may not increase or decrease the risk of breast cancer (see details in Table 2).

Studies, however, reported outcomes among a group of people with gender dysphoria after receiving cross-sex hormones. The findings are:
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease gender dysphoria severity (mean change score in the Utrecht Gender Dysphoria scale, -42.4 points [95% CI, -44.1 to -40.1], range 12-60, with higher scores reflecting more severe gender dysphoria)
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease depression (measured with different scales, see Table 4 for details) and the need for treatment for depression (change in percentage, -39%)
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease anxiety (measured with different scales, see Table 4 for details) and the need for treatment for anxiety (change in percentage, -32%)
- There is very low certainty about the change in quality of life after treatment with cross-sex hormones.
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease suicidality degree (mean change score in the Ask Suicide-Screening questions scale, -0.84 points [95% CI, -1.30 to -0.44], range 0-4, with higher scores reflecting more severe suicidality) and the percentage of patients with need for treatment due to suicidality/self-harm (change in percentage, -31%). There is very low certainty evidence about the percentage of people with suicidal ideation and suicide attempts after treatment with cross-sex hormones.

App.0653

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

- There is low certainty evidence suggesting a low prevalence of venous thromboembolism after treatment with cross-sex hormones (see Table 2 for details)

App.0654

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 3:** AMSTAR assessment judgements for systematic reviews addressing cross-sex hormones

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHRQ 2021 | | | | | | | | | | | | | | | | | MODERATE |
| Baker 2021 | | | | | | | | | | | | | | | | | MODERATE |
| Fledderus 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Haupt 2020 | | | | | | | | | | | | | | | | | HIGH |
| Karalexi 2020 | | | | | | | | | | | | | | | | | LOW |
| Kotamarti 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Mattawanon 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| NICE 2021b | | | | | | | | | | | | | | | | | MODERATE |
| Totaro 2021 | | | | | | | | | | | | | | | | | LOW |



**Figure legend:**

Yes

Probably yes

Probably no

No

Not applicable

12

App.0655

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk / mean with cross-sex hormones | | | | |
| **Gender dysphoria** assessed with: difference (effect) in gender dysphoria percentage or severity | | Not reported | | | | The effects of cross-sex hormones on gender dysphoria are unknown |
| **Gender dysphoria** assessed with: mean change score in the Utrecht Gender Dysphoria Scale (12-60, higher scores reflect more gender dysphoria, 40 points or more indicate a diagnosis of gender dysphoria) (NICE, 2020b) Follow up: 1 year | NA | -42.4 (-44.1 to -40.1) | NA | 23 (1 study) | ⊕⊕◯◯ LOW[1] | The mean gender dysphoria score may decrease by 42 points after cross-sex hormones |
| **Depression** assessed with: difference (effect) in depression percentage or severity | | Not reported | | | | The effects of cross-sex hormones on depression are unknown |

13

App.0656

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk / mean with cross-sex hormones | | | | |
| **Depression** assessed with: mean change score in depression scales (higher scores represent more severe depression) (NICE, 2020b) Follow up: 1 year | NA | The mean depression score reduction was 9.6 points when using the BDI-II scale (n=23) and 7.5 when using the CESD-R scale (n=50). The authors report that both reductions were statistically significant[2] | NA | 73 (2 studies) | ⊕⊕◯◯ LOW[1] | The mean depression score may decrease after cross-sex hormones |
| **Depression** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 39% (from 54% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕◯◯ LOW[1] | The percentage of participants requiring treatment may be reduced by 39% after cross-sex hormones |
| **Anxiety** assessed with: difference (effect) in anxiety percentage or severity | Not reported | | | | | The effects of cross-sex hormones on anxiety are unknown |

14

App.0657

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk / mean with cross-sex hormones | | | | |
| **Anxiety** assessed with: mean change score in anxiety scales (higher scores represent more severe anxiety) (NICE, 2020b) Follow up: 1 year | NA | The mean anxiety score reduction was 16.5 points when using the STAI-State scale and 14.5 when using the STAI-Trait scale. The authors report that both reductions were statistically significant | NA | 23 (1 study) | ⊕⊕◯◯ LOW[1] | The mean anxiety score may decrease after cross-sex hormones |
| **Anxiety** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 32% (from 48% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕◯◯ LOW[1] | The percentage of participants requiring treatment may be reduced by 32% after cross-sex hormones |
| **Quality of life** assessed with: difference (effect) in quality of life improvement | Not reported | | | | | The effects of cross-sex hormones on quality of life are unknown |

15

App.0658

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Quality of life** assessed with: mean change score in QLES-Q-SF score (higher scores represent better quality of life) (NICE, 2020b) Follow up: 1 year | NA | The mean quality of life score improved, but the differences were not statistically significant. The magnitudes were not reported | NA | 50 (1 study) | ⊕◯◯◯ VERY LOW[3] | We are very uncertain about the quality of life change after cross-sex hormones |
| **Suicide/ suicidal ideation** assessed with: difference (effect) in suicide or suicidal ideation | | Not reported | | | | The effects of cross-sex hormones on suicide/ suicidal ideation are unknown |
| **Suicidality** assessed with: change in score from ASQ instrument (higher scores represent greater degree of suicidality) (NICE, 2020b) Mean follow up: 1 year | NA | -0.84 (-1.30 to -0.44) | NA | 39 (1 study) | ⊕⊕◯◯ LOW[1] | Suicidality scores may decrease by 0.84 points after cross-sex hormones |

16

App.0659

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk / mean with cross-sex hormones | | | | |
| **Suicidal ideation** assessed with: percentage of participants with suicidal ideation measured with PHQ-9 (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants with suicidal ideation decreased by 6% (from 10% at baseline). The authors did not conduct a statistical analysis | NA | 50 (1 study) | ⊕○○○ VERY LOW[3] | We are very uncertain about the change in percentage of patients in suicidal ideation after cross-sex hormones |
| **Suicide attempts** assessed with: not reported (NICE, 2020b) Follow up: not reported | NA | The percentage of people with lifetime suicide attempts was 15%, those with attempts 3 months before treatment was 2%, and those with attempts at follow up was 5% | NA | 130 (1 study) | ⊕○○○ VERY LOW[3] | We are very uncertain about the percentage of people with suicide attempts after cross-sex hormones |
| **Suicidality/ self-harm** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 31% (from 35% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕○○ LOW[1] | The percentage of participants requiring treatment may be reduced by 31% after cross-sex hormones |
| **Venous thromboembolism** assessed with: Risk of VTE | Not reported | | | | | The effects of cross-sex hormones on the risk of VTE are unknown |

17

App.0660

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk / mean with cross-sex hormones | | | | |
| **Venous thromboembolism** assessed with: Prevalence among assigned males at birth (Totaro, 2021) Mean follow up: 4.1 years | NA | **20 per 1,000** (10 to 30) | NA | 11,542 (18 studies) | ⊕⊕⊕◯ MODERATE[4] | The prevalence of VTE among assigned males at birth is probably 2% after cross-sex hormones |
| **Venous thromboembolism** assessed with: Prevalence among assigned females at birth (Kotamarti, 2021) Mean follow up: 5.7 years | NA | **6 per 1,000** (CI not reported)[5] | NA | 4,218 (8 studies) | ⊕⊕⊕◯ MODERATE[6] | The prevalence of VTE among assigned females at birth is probably 0.6% after cross-sex hormones |
| **Breast cancer** assessed with: Risk of breast cancer (Fledderus, 2020) Follow up: not reported | Two studies compare the risk of breast cancer between assigned females at birth using versus not using testosterone, and found no differences (0 vs 1 case [total n= 130], and 1 vs 6 [total n=1579]). A third study compared assigned females at birth with non transgender women and found a lower risk in the former (magnitude not reported) | | NA | 2,938 (3 studies) | ⊕⊕◯◯ LOW[7] | The risk of breast cancer may not increase or decrease due to the use of cross-sex hormones |

18

App.0661

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |

ASQ: Ask Suicide-Screening Questions. Range 0-4
BDI-II: Beck Depression Inventory. Range: 0-63
CESD-R: Center for Epidemiological Studies Depression Scale. Range: 0-60
CI: Confidence interval
NA: Not applicable
PHQ-9: Patient Health Questionnaire (PHQ) Modified for Teens. For suicidal ideation, it is a single question (yes/no)
QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire. Range: 15-75
STAI: State-Trait Anxiety Inventory. Range: 0-80

**GRADE Working Group grades of evidence**
High certainty: We are very confident that the true effect lies close to that of the estimate of the effect
Moderate certainty: We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
Low certainty: Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
Very low certainty: We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1.  Mean change rated down due to risk of bias and imprecision. According to the systematic review authors, the studies had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size)
2.  Similar results when this outcome was measured using the Patient Health Questionnaire (PHQ) Modified for Teens in one of the same studies
3.  Rated down due to risk of bias, imprecision, and indirectness. According to the systematic review authors, the studies had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size). Finally, 30% of the participants did not have a diagnosis of gender dysphoria.
4.  Prevalence rated down due to risk of bias. According to the systematic review authors, only 6 out of 18 studies (representing 16.5% of the weight of the studies) were at low risk of bias.

App.0662

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

5. A meta-analysis of independent studies reported in this systematic review suggested that the prevalence of VTE in non-transgender females at birth was 1.7% (based on 7 studies and 18,748 persons)

6. Prevalence rated down doe to risk of bias. According to the systematic review authors, all studies had at least one domain judged as problematic.

7. Risk rated down 2 levels because of risk of bias. The researchers did not account for confounding in any of the studies.

20

App.0663

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

3.  **Surgeries:** We found 15 systematic reviews assessing the effects of gender-affirming surgeries published between 2020 and 2022. We judged 8 as having low methodological quality and 7 as having critically low methodological quality. Details of the assessment are provided in Figure 4. We present the results regarding the effects of surgeries in three parts. First, we describe the effects of all surgeries on mental health outcomes in all patients. Second, we describe the effects of all surgeries on surgical outcomes in assigned females at birth (transgender males). Finally, we describe the effects of all surgeries on surgical outcomes in assigned males at birth (transgender females).

3.1 **Effects of surgeries on mental health outcomes:** Table 3 summarizes the evidence about the effects of all surgeries on mental health outcomes in all patients. We used information from 2 systematic reviews.[13][14] There were no systematic reviews and studies reporting on gender dysphoria, depression, anxiety, and suicidality. Therefore, the effects of surgeries on these outcomes (when compared to a group of patients with gender dysphoria who do not undergo surgery), or the changes in these outcomes (improvements or deterioration) among patients who undergo surgeries is unknown.

The systematic reviews addressed quality of life and depression, but none of the included studies included a comparison group. Thus, it is unknown whether people with gender dysphoria who undergo surgeries experience more improvement in quality of life or less regret than those with gender dysphoria who do not undergo surgeries.

Studies, however, reported the following outcomes among a group of people with gender dysphoria after undergoing surgeries. The findings are:
-   There is low certainty evidence suggesting that the percentage of people who experience regret after surgery is low (1%)
-   There is very low certainty evidence about how surgeries affect quality of life (see Table 3 for details)

App.0664

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 4:** AMSTAR assessment judgements for systematic reviews addressing gender-affirming surgery



Figure legend:
- Yes
- Probably yes
- Probably no
- No
- Not applicable

App.0665

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 3: All surgeries compared to no surgeries in young people (<21 years old) with gender dysphoria**

**Patient or population:** young people (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries
**Outcomes:** Mental health and regret

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk / mean with surgery | | | | |
| **Gender dysphoria** assessed with: any measure | | Not reported | Not reported | | | The effects of surgery on gender dysphoria, the changes in gender dysphoria severity after surgery, and the prevalence of gender dysphoria after surgery are unknown |
| **Depression** assessed with: any measure | | Not reported | Not reported | | | The effects of surgery on depression, the changes in depression severity after surgery, and the prevalence of depression after surgery are unknown |
| **Anxiety** assessed with: any measure | | Not reported | Not reported | | | The effects of surgery on anxiety, the changes in anxiety severity after surgery, and the prevalence of anxiety after surgery are unknown |
| **Suicidality** assessed with: any measure | | Not reported | Not reported | | | The effects of surgery on suicidality, the changes in anxiety severity after surgery, and the prevalence of anxiety after surgery are unknown |
| **Quality of life** assessed with: difference (effect) in quality of life | | Not reported | Not reported | | | The effects of surgery on quality of life are unknown |
| **Quality of life** assessed with: change in quality of life | | Not reported | Not reported | | | The change in quality of life after surgery is unknown |

23

App.0666

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

| Outcome | | | | № of participants (studies) | Certainty | What happens |
|---|---|---|---|---|---|---|
| **Quality of life** assessed with: mean score in the Short Form-36 Scale (0-100, higher scores reflect better quality of life) (Eftekhar Ardebili, 2020) Follow up: cross-sectional | NA | 59.17 (48.59 to 69.74)[1] | NA | 633 (5 studies) | ⊕○○○ VERY LOW[2] | We are very uncertain about the quality of life after surgeries |
| **Regret** assessed with: difference (effect) in percentage of people with regret | | Not reported | | | | The effects of surgery on regret are unknown |
| **Regret** assessed with: percentage of people with regret (Bustos, 2021) Mean follow up: 4 years | NA | 1% (0 to 2%)[3] | NA | 7928 (27 studies) | ⊕⊕○○ LOW[4] | The percentage of people who experience regret is low |

CI: Confidence interval
NA: Not applicable

**GRADE Working Group grades of evidence**
High certainty: We are very confident that the true effect lies close to that of the estimate of the effect
Moderate certainty: We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
Low certainty: Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
Very low certainty: We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Similar scores for assigned males at birth and assigned females at birth.
2. Mean score rated down for risk of bias and inconsistency. According to the systematic review authors, all studies had concerns related to risk of bias. In addition, the smaller studies showed better quality of life than the larger study.
3. Similar percentage for assigned males at birth and assigned females at birth, and for different types of surgeries (all pooled percentages below 2%).
4. Percentage rated down due to risk of bias and indirectness. According to the authors, many of the studies had moderate or high risk of bias. The mean age of the participants at the time of surgery was higher than the target population. Because it was considered to not have an important effect on the pooled estimate, we did not rate down for statistical heterogeneity

24

App.0667

3.2 **Effects of surgeries on assigned females at birth:** Table 4 summarizes the evidence about the effects of all surgeries on surgical outcomes among assigned at birth females. We used information from 3 systematic reviews.[13-17] Due to the nature of the outcomes (i.e. they can only be experienced by people who undergo surgeries), there cannot be studies comparing the outcomes between a group of people with gender dysphoria who undergo surgeries and another who does not.

Studies, therefore, assessed the outcomes among a group of people with gender dysphoria after surgery. The findings are:

- There is low certainty evidence suggesting that the percentage of people who are satisfied after chest surgery is high (92%)
- There is very low certainty evidence about the rate of surgical complications after chest surgery
- There is very low certainty evidence about the percentage of people who are satisfied, and the rate of surgical complications after bottom surgeries (see Table 4 for details)

App.0668

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population:** assigned females at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Chest surgery** | | | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied (Bustos VP, 2020b) Range of follow up: 6 weeks to 46 months[1] | NA | 92% (88% to 96%)[2] | NA | 733 (14 studies) | ⊕⊕◯◯ LOW[3] | The percentage of people who reports being satisfied may be 92% |
| **Surgical complications** assessed with: rate of complications across patients (Oles, 2022) Range of follow up: 8 weeks to 1 year | NA | 16.8% Range (5.5% to 80.0%) | NA | 1255 (7 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the rate of surgical complications |
| **Reoperation** assessed with: rate of reoperation across patients (Oles, 2022) Range of follow up: 8 weeks to 1 year | NA | 6.2% Range (0.7% to 11.2%) | NA | 1214 (6 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the rate of reoperation |
| **Bottom surgery** | | | | | | |

26

App.0669

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population:** assigned females at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk / mean with surgery | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied (Oles, 2022b) Range of follow up: 6 weeks to 46 months | NA | 89.6% (45% to 100%)[5] | NA | 1458 (27 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the percentage of people who reports being satisfied |
| **Surgical complications- Major** assessed with: percentage of people experiencing major complications (Oles, 2022b) follow up: not reported | NA | The percentage was - 2.3% (range 0 to 20%) experiencing total flap loss - 19.5% (range 0 to 72%) experiencing prosthesis issues - 24.5% (range 0 to 86%) experiencing urethral issues | NA | 3177 (42 studies)[6] | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the percentage of people who experience major surgical complications |
| **Surgical complications- Minor** assessed with: percentage of people experiencing major complications (Oles, 2022b) follow up: not reported | NA | The percentage varied from 9.3% (range 0% to 45.5%) experiencing donor site issues, to 24% (range 10 to 93%) experiencing urethral issues[7] | NA | 4466 (52 studies)[8] | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the percentage of people who experience minor surgical complications |

27

App.0670

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

### Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria

**Patient or population:** assigned females at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk / mean with surgery | | | | |
| **Reoperation** assessed with: rate of reoperation across patients (Oles, 2022b) follow up: not reported | NA | 27.6% Range (2.5% to 40%) | NA | 1624 (15 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the percentage of people who undergo reoperations |

**CI:** Confidence interval
**NA:** Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Studies used different scales to assess satisfaction
2. The percentage was similar when the analysis was done by type of surgery and by follow up time (< 1 year vs 1 year or more). Another systematic review (Oles, 2022) also investigated this outcome, and reported a very similar percentage of satisfaction (91.8%, range 73% to 100%)
3. Percentage of patients satisfied rated down due to risk of bias and indirectness. According to the systematic review authors, several studies were judged at moderate and high risk of bias. In addition, the median of the mean age of patients included in the studies was 28 years
4. Rated down due to risk of bias, inconsistency/ imprecision, and indirectness. Even though the review authors did not assess risk of bias, these studies were included in other systematic reviews in which the authors judged several of them at high risk of bias. The studies report inconsistent results (some high and other low rates). The patients are older than the target population.
5. Results for phalloplasty. Similar results for metoidioplasty (91.3%).

28

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

6. People and studies for urethral complications. 2671 people (37 studies) for prosthesis issues, and 1548 people (22 studies) for total flap loss.

7. Percentage of wound dehiscence 9.8% (range, 2.9% to 75%), percentage of infection/ partial necrosis 10.3% (range, 0 to 45.8%), percentage of prosthesis issues 14.2% (range, 1.6 to 41.9%), percentage of incontinence 15.3% (range, 5.4% to 59.1%)

8. People and studies for infection/ partial necrosis. 2389 people (31 studies) for urethral issues, 1736 people (17 studies) for wound dehiscence, 1080 (10 studies) for prosthesis issues, 1053 people (8 studies) for donor site issues, 131 people (3 studies) for incontinence

29

App.0672

3.3 **Effects of surgeries on assigned males at birth**: Table 5 summarizes the evidence about the effects of all surgeries on surgical outcomes among assigned at birth males. We used information from 3 systematic reviews.[16][18][19] Due to the nature of the outcomes (i.e. they can only be experienced by people who undergo surgeries), there cannot be studies comparing the outcomes between a group of people with gender dysphoria who undergo surgeries and another who does not.

Studies, therefore, assessed the outcomes among a group of people with gender dysphoria after surgery. The findings are:

- There is low certainty evidence suggesting that the percentage of people who are satisfied after vaginoplasty is high (91%)
- There is very low certainty evidence about the percentage of people who are satisfied, the rate of complications, and the rate of reoperations after chest surgery (see Table 5 for details)
- There is low certainty evidence suggesting that the percentage of people who have regret after vaginoplasty is low (2%)
- There is very low certainty evidence about the rate of complications and the rate of reoperations after vaginoplasty (see Table 5 for details)

App.0673

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria**

**Patient or population:** assigned males at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Chest surgery** | | | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied (Oles 2022) Range of follow up: 12 months to 17 years | NA | Range 75% (80/107) to 95% (33/35)[1] | NA | 142 (2 studies) | ⊕○○○ VERY LOW[2] | We are very uncertain about the percentage of people who report being satisfied |
| **Surgical complications** assessed with: rate of complications across patients (Oles 2022) Range of follow up: 2 weeks to 16 years | NA | The complication rates were: - 3.8% (range 0% to 5.5%) of capsular contracture - 2.2% of major hematoma - 2.2% of implant extrusion[3] | NA | 432 (5 studies) | ⊕○○○ VERY LOW[2] | We are very uncertain about the rate of surgical complications |
| **Reoperation** assessed with: rate of reoperation across patients (Oles 2022) Range of follow up: Not reported | NA | 8.6% Range (4.4% to 10.4%) | NA | 291 (2 studies) | ⊕○○○ VERY LOW[2] | We are very uncertain about the rate of reoperation |
| **Bottom surgery** | | | | | | |

31

App.0674

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria

**Patient or population:** assigned males at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied for overall outcomes (Bustos SS, 2021) Range of follow up: 1 week to 11.3 years | NA | 91% (81% to 98%)[4] | NA | 1230 (12 studies) | ⊕⊕◯◯ LOW[5] | The percentage of people who report being satisfied with overall outcomes may be 91% |
| **Regret** assessed with: percentage of people who reported regret (Bustos SS, 2021) Range of follow up: 2 months to 24.1 years | NA | 2% (1% to 3%) | NA | 1137 (15 studies) | ⊕⊕◯◯ LOW[6] | The percentage of people who report regret may be 2% |
| **Surgical complications** assessed with: rate of complications across patients (Bustos SS, 2021) Range of follow up: 3 weeks to 24.1 years | NA | The complication rates were: - 1% (95% CI, <0.1% to 2%) of fistula - 11% (95% CI, 8% to 14%) of stenosis and/or strictures - 4% (95% CI, 1% to 9%) of tissue necrosis - 3% (95% CI, 1% to 4%) of prolapse[7] | NA | 4196 (42 studies)[3] | ⊕◯◯◯ VERY LOW[8] | We are very uncertain about the rate of surgical complications |

32

App.0675

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria

**Patient or population:** assigned males at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | Nº of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Reoperation** assessed with: rate of reoperation across patients (Tay, 2021) Range of follow up: 6 weeks to 14.8 months | NA | One study reported a surgical revision rate of 9% (1/11 patients), and a second study reported that 13% (19/145) patients required repeat surgery due to complications. | NA | 156 (2 studies) | ⊕○○○ VERY LOW⁹ | We are very uncertain about the percentage of people who undergo reoperations |

**CI:** Confidence interval
**NA:** Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of the effect

*Explanations*

1. Another systematic review, Sijben 2021, reported satisfaction from 3 additional studies: 82% (113/138) were satisfied or very satisfied, 93% (32/34) were happier and more satisfied with their chest, and 79% (28/36) were very satisfied with the overall cosmetic result (very low certainty of evidence due to risk of bias, imprecision, and indirectness).
2. Rated down due to risk of bias, indirectness (the included studies were not restricted to youth or young adults), and imprecision (too few participants included, not meeting optimal information size).

33

App.0676

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

3.  Another systematic review, Sijben 2021, reported similar ranges for rates of complication requiring reoperation from 7 studies (835 patients): capsular contraction (range 0.0-5.6%), asymmetry (3.6%), hematoma (range 0.0-2.9%), infection (range 0.0-0.9%), striae distensae (0.7%), implant rupture (0.7%), abscess (0.4%), scarring (0.0%), hypersensitivity (0.0%), and numbness (0.0%) (very low certainty of evidence due to risk of bias, imprecision, and indirectness)

4.  Bustos SS et al. 2021 additionally reported on satisfaction for functional (87%, 95% CI 77% to 94%) and aesthetic (90%, 95% CI 84% to 94%) outcomes. Another systematic review and meta-analysis, Oles 2022b, similarly reported that 92.3% (range 23.1% to 100%) of patients (2410/2601) were satisfied after vaginoplasty (very low certainty of evidence due to risk of bias, imprecision, and indirectness).

5.  Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), and indirectness as the included studies were not restricted to youth or young adults. We did not rate down for imprecision or inconsistency despite high $I^2$ values as a satisfaction rate of 80% or above was deemed as a minimum threshold for clinical importance.

6.  Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), and indirectness as the included studies were not restricted to youth or young adults.

7.  Another systematic review, Oles 2022b, similarly reported the percentage of patients experiencing complications from 51 studies, ranging from 2.4% to 12.0% (range 0% to 88%) for minor complications (intraoperative injury, wound dehiscence, superficial necrosis, infection, urinary issues, vaginal prolapse, stenosis, and bleeding) and 1.6% to 2.1% (range 0% to 31%) for major complications (flap/graft necrosis and infection) after genitoplasty (very low certainty of evidence due to risk of bias, imprecision, and indirectness).

8.  Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), imprecision and inconsistency, with wide confidence intervals and $I^2$ values ranging from 65.8% to 94.3%, and indirectness as the included studies were not restricted to youth or young adults.

9.  Rated down due to risk of bias, indirectness (the age range of patients in the included studies was 24 to 39 years; the studies included were restricted to those that investigated the use of peritoneum in neovagina construction), and imprecision (too few participants included, not meeting optimal information size).

34

App.0677

Case: 23-2366          Document: 39-3          Filed: 08/31/2023          Pages: 232          App.0678

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Results from search for studies not included in the systematic reviews:** After screening 1854 records found through our searches, we found 10 eligible studies (figure 5). From these, 8 were comparative observational studies[20-27] and 2 were non- comparative[28 29]. We provide reasons for excluding studies in appendix 2.



**Figure 5:** PRISMA flow diagram for the selection of primary studies. *From:* Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ 2021;372:n71. doi: 10.1136/bmj.n71. For more information, visit: http://www.prisma-statement.org/.

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

None of the studies were judged as likely to importantly change the conclusions obtained from the systematic reviews (Tables 6 and 7). The main limitations of the comparative studies were risk of bias concerns (Figures 6 and 7) due to confounding, classification of intervention, and missing data; as well as small sample sizes. Although non-comparative studies were at lower risk of bias, because their results were consistent with those of the included evidence, they were also judged as unlikely to change the conclusions importantly.

App.0679

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 6: Characteristics of eligible comparative observational studies**

| Study ID | Sample size* | Study design | Intervention | Comparator | Outcomes measured | Likely to change conclusions | Reasons |
|---|---|---|---|---|---|---|---|
| VanDerMiesen, 2020 | 450 | Retrospective cohort study | Puberty blockers | Waiting for puberty blockers | Self-harm/ suicidality, internalizing behaviors | No | Reports a small benefit on suicidality and moderate on internalizing behaviours, but high risk of bias |
| Becker-Hebly, 2021 | 75 | Prospective cohort study | 1. Puberty blockers 2. Cross-sex hormones 3. Surgery | No medical intervention yet; psychosocial intervention only | Health-related quality of life | No | Critical risk of bias (missing data due to low response rate, and confounding). Reports small benefit in mean change score for mental and physical dimension QoL as compared to no medical treatment. Imprecision; the 95% CIs for mean change scores are wide. |
| Green, 2021 | 3235 | Cross-sectional study | Cross-sex hormones | Would like to take cross-sex hormones | Depression, suicidality | No | Critical risk of bias, no follow up of patients (measurement of current outcomes and not adjusting for baseline) |
| Tordoff, 2022 | 84 | Prospective cohort study | 1. Puberty blockers 2. Cross-sex hormones | No intervention | Depression, anxiety, suicidal thoughts | No | Moderate risk of bias, small sample size |
| Turban, 2022 | 9341 | Cross-sectional study | Cross-sex hormones | Desired but never accessed gender affirming hormones | Suicidal ideation, suicidal attempt | No | Critical risk of bias, no follow up of patients (measurement of current outcomes and not adjusting for baseline) |
| Grannis, 2021 | 47 | Cross-sectional study | Cross-sex hormones | No intervention yet | Anxiety, depression | No | Critical risk of bias, no follow up of patients, small sample size |
| Fontanari, 2020 | 350 | Cross-sectional study | 1. Cross-sex hormones 2. Cross-sex hormones or surgery | 1. Waiting for cross-sex hormones 2. No intervention | Anxiety, depression, gender distress | No | Critical risk of bias (confounding, self-reported classification of interventions). Online cross-sectional survery reported small benefit in anxiety and depression mean scores, and little to no effect on gender distress with cross-sex hormones and/or surgery. Non-randomized comparative study provides very low certainty evidence due to |

37

App.0680

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

| | | | | | | | very serious risk of bias and serious imprecision (95% CIs include little to no effect) |
|---|---|---|---|---|---|---|---|
| Castelo-Branco, 2021 | 205 | Cross-sectional study | Cross-sex hormones | No intervention | Anxiety, depression | No | Critical risk of bias due to confounding (non-adjusted analysis). Reported no difference observed in anxiety and depression mean scores (Symptom Checklist-90-Revised scale) between groups. Non-randomized comparative study provides low certainty evidence. |

*Considered the number of participants relevant to the questions of this report, not all people included in the studies

**Table 7: Characteristics of eligible non- comparative observational studies**

| Study ID | Sample size | Intervention | Outcomes measured | Likely to change conclusions | Reasons |
|---|---|---|---|---|---|
| Bordas, 2021 | 813 | FtM bottom surgery | Surgical complications, satisfaction | No | Reports rate of complications (10.5%) and satisfaction (79% totally satisfied, 20% mainly satisfied) within range of effects reported by studies already included in systematic reviews. Unlikely to reduce imprecision and inconsistency within body of evidence (3177 and 1458 people, respectively) of non-comparative studies (42 and 27, respectively) to increase certainty of evidence |
| Elias, 2022 | 110 | FtM top surgery | Complications | No | Reports rate of complications (16%) and revision surgery (5%), which is consistent with the rates reported in the studies included. Unlikely to increase the certainty of evidence |

App.0681

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 6:** Risk of bias judgements for comparative studies

| Study ID | Intervention | Confounding | Classification of the intervention | Deviations from intended interventions | Missing data | Measurement of outcome | Overall |
|---|---|---|---|---|---|---|---|
| Becker-Hebly, 2021 | Puberty blockers, cross-sex hormones, or surgery | | | | | | CRITICAL |
| Castelo-Branco, 2021 | Cross-sex hormones | | | | | | CRITICAL |
| Fontanari, 2020 | Cross-sex hormones, cross-sex hormones or surgery | | | | | | CRITICAL |
| Grannis, 2021 | Cross-sex hormones | | | | | | CRITICAL |
| Green, 2021 | Cross-sex hormones | | | | | | CRITICAL |
| Tordoff, 2022 | Puberty blockers, cross-sex hormones | | | | | | MODERATE |
| Turban, 2022 | Cross-sex hormones | | | | | | CRITICAL |
| Van Der Miesen, 2020 | Puberty blockers | | | | | | SERIOUS |

**Figure legend:**



Low
Moderate
Serious
Critical
Unclear

39

App.0682

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 7:** Risk of bias judgements for non-comparative studies

| Study ID | Intervention | Representativeness of sample | Classification of intervention | Deviation from intended interventions | Missing data | Measurement of outcome | Overall |
|---|---|---|---|---|---|---|---|
| **Bordas, 2021** | FtM bottom surgery | | | | | | LOW |
| **Elias, 2022** | FtM top surgery | | | | | | MODERATE |

**Figure legend:**



Low
Moderate
High

40

App.0683

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

References

1. Ramos GGF, Mengai ACS, Daltro CAT, et al. Systematic Review: Puberty suppression with GnRH analogues in adolescents with gender incongruity. *Journal of endocrinological investigation* 2021;44(6):1151-58. doi: https://dx.doi.org/10.1007/s40618-020-01449-5
2. Rew L, Young CC, Monge M, et al. Review: Puberty blockers for transgender and gender diverse youth-a critical review of the literature. *Child and adolescent mental health* 2021;26(1):3-14. doi: https://dx.doi.org/10.1111/camh.12437
3. Excellence NIfHaC. Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria, 2020.
4. Quality AfHRa. Topic Brief: Treatments for Gender Dysphoria in Transgender Youth, 2021.
5. Baker KE, Wilson LM, Sharma R, et al. Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. *Journal of the Endocrine Society* 2021;5(4):bvab011. doi: 10.1210/jendso/bvab011
6. Fledderus AC, Gout HA, Ogilvie AC, et al. Breast malignancy in female-to-male transsexuals: systematic review, case report, and recommendations for screening. *Breast (Edinburgh, Scotland)* 2020;53(9213011):92-100. doi: https://dx.doi.org/10.1016/j.breast.2020.06.008
7. Haupt C, Henke M, Kutschmar A, et al. Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women. *The Cochrane database of systematic reviews* 2020;11:CD013138. doi: 10.1002/14651858.CD013138.pub2
8. Karalexi MA, Georgakis MK, Dimitriou NG, et al. Gender-affirming hormone treatment and cognitive function in transgender young adults: a systematic review and meta-analysis. *Psychoneuroendocrinology* 2020;119:104721. doi: 10.1016/j.psyneuen.2020.104721
9. Kotamarti VS, Greige N, Heiman AJ, et al. Risk for Venous Thromboembolism in Transgender Patients Undergoing Cross-Sex Hormone Treatment: A Systematic Review. *The journal of sexual medicine* 2021 doi: 10.1016/j.jsxm.2021.04.006
10. Mattawanon N, Charoenkwan K, Tangpricha V. Sexual Dysfunction in Transgender People: A Systematic Review. *The Urologic clinics of North America* 2021;48(4):437-60. doi: 10.1016/j.ucl.2021.06.004
11. Totaro M, Palazzi S, Castellini C, et al. Risk of Venous Thromboembolism in Transgender People Undergoing Hormone Feminizing Therapy: A Prevalence Meta-Analysis and Meta-Regression Study. *Frontiers in endocrinology* 2021;12:741866. doi: 10.3389/fendo.2021.741866
12. Excellence NIfHaC. Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria., 2020.
13. Eftekhar Ardebili M, Janani L, Khazaei Z, et al. Quality of life in people with transsexuality after surgery: a systematic review and meta-analysis. *Health and quality of life outcomes* 2020;18(1):264. doi: 10.1186/s12955-020-01510-0
14. Bustos VP, Bustos SS, Mascaro A, et al. Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery Global open* 2021;9(3):e3477. doi: 10.1097/GOX.0000000000003477
15. Oles N, Darrach H, Landford W, et al. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-reviewed Literature and Methods of Assessing Patient-centered Outcomes (Part 2: Genital Reconstruction). *Annals of surgery* 2022;275(1):e67-e74. doi: 10.1097/SLA.0000000000004717
16. Oles N, Darrach H, Landford W, et al. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-Reviewed Literature and Methods of Assessing Patient-Centered Outcomes (Part 1: Breast/Chest, Face, and Voice). *Annals of surgery* 2022 doi: 10.1097/SLA.0000000000004728
17. Bustos VP, Bustos SS, Mascaro A, et al. Transgender and Gender-nonbinary Patient Satisfaction after Transmasculine Chest Surgery. *Plastic and reconstructive surgery Global open* 2021;9(3):e3479. doi: 10.1097/GOX.0000000000003479
18. Bustos SS, Bustos VP, Mascaro A, et al. Complications and Patient-reported Outcomes in Transfemale Vaginoplasty: An Updated Systematic Review and Meta-analysis. *Plastic and reconstructive surgery Global open* 2021;9(3):e3510. doi: 10.1097/GOX.0000000000003510
19. Tay YT, Lo CH. Use of peritoneum in neovagina construction in gender-affirming surgery: A systematic review. *ANZ journal of surgery* 2021 doi: 10.1111/ans.17147

App.0684

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

20. Becker-Hebly I, Fahrenkrug S, Campion F, et al. Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg Gender Identity Service. *European child & adolescent psychiatry* 2021;30(11):1755-67. doi: https://dx.doi.org/10.1007/s00787-020-01640-2

21. Castelo-Branco C, RiberaTorres L, Gomez-Gil E, et al. Psychopathological symptoms in Spanish subjects with gender dysphoria. A cross-sectional study. *Gynecological endocrinology : the official journal of the International Society of Gynecological Endocrinology* 2021;37(6):534-40. doi: https://dx.doi.org/10.1080/09513590.2021.1913113

22. Fontanari AMV, Vilanova F, Schneider MA, et al. Gender Affirmation Is Associated with Transgender and Gender Nonbinary Youth Mental Health Improvement. *LGBT health* 2020;7(5):237-47. doi: https://dx.doi.org/10.1089/lgbt.2019.0046

23. Grannis C, Leibowitz SF, Gahn S, et al. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology* 2021;132(7612148, qgc):105358. doi: https://dx.doi.org/10.1016/j.psyneuen.2021.105358

24. Green AE, DeChants JP, Price MN, et al. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine* 2022;70(4):643-49. doi: https://dx.doi.org/10.1016/j.jadohealth.2021.10.036

25. Tordoff DM, Wanta JW, Collin A, et al. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open* 2022;5(2):e220978. doi: https://dx.doi.org/10.1001/jamanetworkopen.2022.0978

26. Turban JL, King D, Kobe J, et al. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PloS one* 2022;17(1):e0261039. doi: https://dx.doi.org/10.1371/journal.pone.0261039

27. van der Miesen AIR, Steensma TD, de Vries ALC, et al. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine* 2020;66(6):699-704. doi: https://dx.doi.org/10.1016/j.jadohealth.2019.12.018

28. Bordas N, Stojanovic B, Bizic M, et al. Metoidioplasty: Surgical Options and Outcomes in 813 Cases. *Frontiers in endocrinology* 2021;12(101555782):760284. doi: https://dx.doi.org/10.3389/fendo.2021.760284

29. Elias N, Rysin R, Kwartin S, et al. Breaking the Binary: The Approach to Chest Masculinizing Gender-Affirming Surgery in Trangender Men. *The Israel Medical Association journal : IMAJ* 2022;24(1):20-24.

App.0685

| ID | Study | Reason |
|---|---|---|
| #534 | Abu-Ghname 2020 | Wrong population: non transgender men |
| #434 | Aires 2022 | Wrong interventions: Other type of surgery: glottoplasty |
| #514 | Angus 2021 | Wrong outcomes: It does not include any outcome of interest. Includes: serum total testosterone concentration, body fat redistribution, breast development, and facial/body hair reduction |
| #318 | Baddredine 2022 | Wrong intervention. Continuing vs stopping estrogen during perioperative period of vaginoplasty |
| #40 | Baram 2019 | Wrong outcomes: only clinical outcomes are sperm count, testicular histology, hormone levels, etc. |
| #145 | Barcelos 2022 | Wrong outcomes: sexual satisfaction, desire, and function outcomes only |
| #60 | Boczar 2021 | No outcome data |
| #386 | Bouman 2014 | Wrong population: unclear that more than 80% are transgender |
| #208 | Bustos 2021 | Wrong intervention: niple areola reconstruction |
| #54 | Connelly 2021 | Wrong outcomes: Blood pressure |
| #43 | Coon 2022 | Wrong intervention: facial gender surgery |
| #34 | D'Angelo 2018 | Wrong design: narrative review |
| #165 | Delgado-Ruiz 2019 | Wrong outcomes: bone density |
| #355 | Escandon 2022 | Other type of surgery: facial surgery |
| #129 | Fighera 2019 | Wrong outcomes: bone mass |
| #597 | Hembree 2017 | Practice guideline, does not report the methods/ results of the systematic review in details |
| #120 | Kakadekar 2021 | Wrong outcomes: histological findings |
| #451 | Kennedy 2021 | Wrong intervention: self administered hormones |
| #375 | Kloer 2021 | Wrong outcomes: sexual health and satisfaction outcomes only |
| #439 | Kovar 2019 | More than 20% participants did not have gender dysphoria |
| #297 | Kristensen 2021 | Wrong outcomes: agression and hostility |
| #637 | Leclere 2015 | Wrong design: commentary of a systematic review |
| #293 | Miranda 2021 | Published in abstract format only |
| #624 | Morrison 2016 | Wrong intervention: facial feminization surgery |
| #270 | Narayan 2021 | Wrong design: narrative review |
| #119 | Nolan 2019 | Wrong intervention: phonosurgery |
| #167 | Patel 2021 | Wrong intervention: facial hair transplantation |
| #287 | Ray 2020 | Wrong population: cisgender is the population of interest, transgender included as indirect evidence and not in a systematic manner |
| #518 | Rozga 2020 | Published in abstract format only |
| #265 | Sariyaka 2017 | Wrong population: More than 20% participants did not have gender dysphoria |
| #35 | Sayegh 2019 | Wrong intervention: facial masculinization surgery |
| #124 | Schwarz 2017 | Wrong intervention: laryngeal surgery |

| #97 | Siringo 2021 | Wrong intervention: facial feminization surgery |
| #253 | Song 2016 | Wrong intervention: phonosurgery |
| #250 | Song 2017 | Wrong intervention: phonosurgery |
| #104 | Spanos 2020 | Wrong outcomes: lean mass, fat mass or insulin resistance |
| #257 | Therattil 2017 | Wrong intervention: thyroid chartilage reduction surgery |
| #328 | Tirrell 2022 | Wrong intervention: facial feminization surgery |
| #676 | Traish 2010 | Wrong design: narrative review |
| #279 | VanDamme 2017 | Wrong intervention: voice pitch raising surgery |
| #171 | Vellho 2017 | Wrong outcomes: BMI, blood pressure, hematocrit, hemoglobin, lipid profile, and liver enzymes |
| #112 | Wilson 2020 | Wrong outcomes: prolactine related outcomes (levels, hyperprolactinemia, prolactinoma) |
| #245 | Worth 2018 | Unable to access full text |
| #122 | Ziegler 2018 | Wrong outcomes: voice parameters and satisfaction with voice |
| #499 | Zucker 2021 | Unable to access full text |

| ID | Study | Reason |
|---|---|---|
| #1458 | Al-Tamimi 2019 | Wrong patient population |
| #287 | Al-Tamimi 2020 | Wrong study design: non comparative |
| #403 | Alcon 2021 | Wrong study design: non comparative |
| #214 | Aldridge 2021 | Wrong study design: non comparative |
| #54 | Almazan 2021 | Wrong patient population |
| #1387 | Boas 2019 | Wrong patient population |
| #1323 | Branstrom 2020 | Wrong patient population |
| #1447 | Breidenstein 2019 | Wrong study design: non comparative |
| #114 | Briles 2022 | Insufficient Sample Size <100 |
| #1804 | Butler 2019 | Wrong patient population |
| #716 | Carmichael 2021 | Wrong study design: non comparative |
| #622 | Cocchetti 2021 | Wrong outcomes |
| #1067 | Coon 2020 | Wrong patient population |
| #1835 | Cristofari 2019 | Wrong patient population |
| #1486 | Cuccolo 2019 | Wrong patient population |
| #1276 | deBlok 2020 | Wrong patient population |
| #577 | deRooij 2021 | Wrong patient population |
| #1625 | DeWolf 2019 | Wrong patient population |
| #1759 | Djordjevic 2019 | Wrong patient population |
| #244 | Falcone 2020 | Insufficient Sample Size <100 |
| #258 | FosterSkewis 2021 | Wrong comparator |
| #1583 | Gallagher 2019 | Wrong patient population |
| #139 | Gumussoy 2022 | Wrong study design: non comparative |
| #515 | Hisle-Gorman 2021 | Wrong study design: non comparative |
| #350 | Hougen 2021 | Insufficient Sample Size <100 |
| #1007 | Meyer 2020 | Wrong study design: non comparative |
| #499 | Miller 2021 | Wrong patient population |
| #621 | Mullins 2021 | Wrong study design: non comparative |
| #1653 | Naeimi 2019 | Insufficient Sample Size <100 |
| #1691 | Namba 2019 | Insufficient Sample Size <100 |
| #1770 | Neuville 2019 | Insufficient Sample Size <100 |
| #623 | Neuville 2021 | Insufficient Sample Size <100 |
| #644 | Nieder 2021 | Insufficient Sample Size <100 |
| #1624 | Nikkels 2019 | Wrong patient population |
| #353 | Opsomer 2021 | Wrong patient population |
| #1306 | Papadopulos 2020 | Wrong comparator |
| #640 | Papadopulos 2021 | Insufficient Sample Size <100 |
| #1472 | Pigot 2019 | Wrong patient population |
| #899 | Pigot 2020 | Insufficient Sample Size <100 |
| #1212 | Segev-Becker 2020 | Insufficient Sample Size <100 |
| #1351 | Staples 2020 | Wrong outcomes |
| #645 | Staud 2021 | Insufficient Sample Size <100 |
| #864 | Terrier 2020 | Insufficient Sample Size <100 |
| #1083 | vanderSluis 2020 | Insufficient Sample Size <100 |





**Journal of Sex & Marital Therapy**

ISSN: (Print) (Online) Journal homepage: https://www.tandfonline.com/loi/usmt20

# Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults

Stephen B. Levine, E. Abbruzzese & Julia M. Mason

**To cite this article:** Stephen B. Levine, E. Abbruzzese & Julia M. Mason (2022): Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2022.2046221

**To link to this article:** https://doi.org/10.1080/0092623X.2022.2046221

© 2022 The Author(s). Published with license by Taylor & Francis Group, LLC.

Published online: 17 Mar 2022.

Submit your article to this journal ⧉

Article views: 2619

View related articles ⧉

View Crossmark data ⧉

App.0689



JOURNAL OF SEX & MARITAL THERAPY
https://doi.org/10.1080/0092623X.2022.2046221

REVIEW                                     OPEN ACCESS   Check for updates

# Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults

Stephen B. Levine[a], E. Abbruzzese[b] and Julia M. Mason[c]

[a]Department of Psychiatry, Case Western Reserve University, Cleveland, OH, USA; [b]Society for Evidence Based Gender Medicine (SEGM), Twin Falls, ID, USA; [c]Department of Pediatrics, Gresham, OR, USA

## ABSTRACT

In less than a decade, the western world has witnessed an unprecedented rise in the numbers of children and adolescents seeking gender transition. Despite the precedent of years of gender-affirmative care, the social, medical and surgical interventions are still based on very low-quality evidence. The many risks of these interventions, including medicalizing a temporary adolescent identity, have come into a clearer focus through an awareness of detransitioners. The risks of gender-affirmative care are ethically managed through a properly conducted informed consent process. Its elements—deliberate sharing of the hoped-for benefits, known risks and long-term outcomes, and alternative treatments—must be delivered in a manner that promotes comprehension. The process is limited by: erroneous professional assumptions; poor quality of the initial evaluations; and inaccurate and incomplete information shared with patients and their parents. We discuss data on suicide and present the limitations of the Dutch studies that have been the basis for interventions. Beliefs about gender-affirmative care need to be separated from the established facts. A proper informed consent processes can both prepare parents and patients for the difficult choices that they must make and can ease professionals' ethical tensions. Even when properly accomplished, however, some clinical circumstances exist that remain quite uncertain.

## KEYWORDS

Informed consent; ethics; gender dysphoria; gender identity; detransition

## Introduction

Reconsideration of the meanings, purposes, indications, and processes of informed consent for transgender-identified youth is urgently needed. Parents of gender atypical children are considering social transition as early as preschool or grade school. Parents of preteens and teens are considering supporting their children's wishes to present in a new gender, take puberty blockers, cross-sex hormones, and plan for surgical alterations. College-aged youth are declaring new identities for the first time and obtaining hormones and surgery without their parents' knowledge.

When uncertain parents of children and teens consult their primary care providers, they are usually referred to specialty gender services. Parents and referring clinicians assume that specialists with "gender expertise" will undertake a thorough evaluation. However, the evaluations preceding the recommendation for gender transition are often surprisingly brief (Anderson & Edwards-Leeper, 2021) and typically lead to a recommendation for hormones and surgery, known as *gender-affirmative* treatment.

**CONTACT** Stephen B. Levine ✉ sbl2@case.edu 🏢 Department of Psychiatry, Case Western Reserve University, 23425 Commerce Park #104, Cleveland, OH44106-7078, USA.

© 2022 The Author(s). Published with license by Taylor & Francis Group, LLC.

This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivatives License (http://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited, and is not altered, transformed, or built upon in any way.

App.0690

Despite the widely recognized deficiencies in the evidence supporting gender-affirmative interventions (National Institute for Health & Care Excellence, 2020a; 2020b), the process of obtaining informed consent from patients and their families has no established standard. There is no consensus about the requisite elements of evaluations, nor is there unanimity about how informed consent processes should be conducted (Byne et al., 2012). These two matters are inconsistent from practitioner to practitioner, clinic to clinic, and country to country.

Social transition, hormonal interventions, and surgery have profound implications for the course of the lives of young patients and their families. It is incumbent upon professionals that these consequences be thoroughly, patiently clarified over time prior to undertaking any element of transition. The informed consent process does not preclude transition; it merely educates the family about the state of the science underpinning the decision to transition. Social transition, hormones, and surgeries are unproven in a strict scientific sense, and as such, to be ethical, require a thorough and fully informed consent process.

## Ethical Concerns About Inadequate Informed Consent

The concept of informed consent in medicine has roots in both ethical theory and law. The ethical foundation is centered in the principles of beneficence, justice, and respect for autonomy, while the legal issues have to do with questions of malpractice (Katz et al., 2016).

Patients consenting to treatment must meet age-based and decisional capacity requirements (Katz et al., 2016). Minors less than the age of consent participate in decision-making by providing *assent*—an agreement with the intervention. The limited maturational cognitive capacities of minors are the key reason why parents serve as the ethical and legal surrogates for medical decision-making, tasked with signing an informed consent document (Grootens-Wiegers, Hein, van den Broek, & de Vries, 2017).

The informed consent process consists of three main elements: a disclosure of information about the nature of the condition and the proposed treatment and its alternatives; an assessment of patient and caregiver understanding of the information and capacity for medical decision-making; and obtaining the signatures that signify informed consent has been obtained (Katz et al., 2016). The current expectation that clinicians and institutions are required to thoroughly inform their patients about the benefits, risks, and uncertainties of a particular treatment, as well as about alternatives, has a long legal history in the United States (Lynch, Joffe, & Feldman, 2018).

Ethical concerns about inadequate informed consent for trans-identified youth have several potentially problematic sources, including *erroneous assumptions* held by professionals; *poor quality of the evaluation process*; and *incomplete and inaccurate information* that the patients and family members are given.

These concerns are amplified by the *dramatic growth* in demand for youth gender transition witnessed in the last several years that has led to a perfunctory informed consent process. A rushed process does not allow for a proper discussion of not only the benefits, but the profound risks and uncertainties associated with gender transition, especially when gender transition is undertaken before mature adulthood.

a. *Dramatic growth in demand for services threatens true informed consent*

Gender identity variations were thought to be extremely rare a generation ago. While the incidence in youth had not been officially estimated, in adults it was 2-14 per 100,000 (American Psychiatric Association, 2013, p. 454). However, around 2006, the incidence among youth began to rise, with a dramatic increase observed in 2015 (Aitken et al., 2015, de Graaf, Giovanardi, Zitz, & Carmichael, 2018). Currently, 2-9% of U.S. high school students now identify as trans-gender, while in colleges, 3% of males and 5% of females identify as gender-diverse (American College Health Association, 2021; Johns et al., 2019; Kidd et al., 2021).

Whereas previously most of the affected individuals identified as the opposite sex, there is now a growing trend toward identifying as *nonbinary*: neither male nor female or both male and female (Chew et al., 2020). A recent study reported that the majority of transgender-identifying youth (63%) now have a non-binary identity (Green, DeChants, Price, & Davis, 2021). Although the incidence of natal males asserting a trans identity in adolescence has significantly increased, the dramatic increase is driven primarily by the increase in natal females requesting services (Zucker, 2017). Many suffer from significant comorbid mental health disorders, have neurocognitive difficulties such as ADHD or autism or have a history of trauma (Becerra-Culqui et al., 2018; Kozlowska, McClure, et al., 2021).

The increase in rates of transgender identification is reflected in the numbers of youth seeking help from medical professionals. For example, according to data reported by the Tavistock gender clinic in the UK, in 2009, there were 51 requests for services (de Graaf et al., 2018); in 2019-2020, 2728 referrals were recorded—a 53-fold increase in just over a decade (Tavistock & Portman NHS Foundation Trust, 2020). The growing number of urban transgender health centers that have arisen in recent years (HRC, n.d.) reflects the increased demand for gender-related medical care among young people in North America Australia, and Europe.

This unprecedented increase has created pressure on institutions and practitioners to rapidly evaluate these youth and make recommendations about treatment. To respond to growing demand, an innovative *informed consent model of care* has been developed. Under this model, mental health evaluations are not required, and hormones can be provided after just one visit following the collection of a patient's or guardian's consent signature (Schulz, 2018). The provision of transition services under this model of care is available not just to those over 18, but for younger patients as well (Planned Parenthood League of Massachusetts, n.d.).

Although following the informed consent model of care for hormones and surgeries for youth may diminish clinicians' ethical or moral unease (Vrouenraets et al., 2020), we believe this model is the antithesis of true informed consent, as it jeopardizes the ethical foundation of patient autonomy. Autonomy is not respected when patients consenting to the treatment do not have an accurate understanding of the risks, benefits, and alternatives.

b.  *Assumptions held by professionals influence the integrity of the informed consent process*

Gender dysphoric children and teens can intensely occupy the belief that their lives will be immensely improved by transition. Clinicians who have embraced the gender-affirmative model of care operate on the assumption that children and teens know best what they need to be happy and productive (Ehrensaft, 2017). These professionals, responding to the youths' passionate pleas, see their role as validating the young person's fervent wishes for hormones and surgery and clearing the path for gender transition. In doing so, they privilege the ethical principle of respect for patient autonomy (Clark & Virani, 2021) over their obligations for beneficence and non-maleficence.

Many of the gender-affirmative clinicians subscribe to the theory of *minority stress* – the supposition that the frequently co-occurring psychiatric symptoms of gender dysphoric individuals are a result of prejudice and discrimination brought about by gender non-conformity (Rood et al., 2016; Zucker, 2019), and that gender transition will ameliorate these symptoms. Some even claim that gender-affirmative care will successfully treat not only depression and anxiety but will also resolve neurocognitive deficits frequently present in gender dysphoric individuals (Turban, 2018; Turban, King, Carswell, & Keuroghlian, 2020; Turban & van Schalkwyk, 2018). These latter assertions have proven controversial even among the proponents of gender-affirmative interventions (Strang et al., 2018; van der Miesen, Cohen-Kettenis, & de Vries, 2018). The minority stress theory as the sole explanatory mechanism for co-occurring mental health illness has also been questioned in light of the evidence that psychiatric symptoms frequently pre-date the onset of gender dysphoria (Bechard, VanderLaan, Wood, Wasserman, & Zucker, 2017; Kaltiala-Heino, Sumia, Työläjärvi, & Lindberg, 2015; Kozlowska, Chudleigh, McClure, Maguire,

& Ambler, 2021). Other clinicians recognize the limits of gender-affirmative care and are aware that youth with underlying psychiatric issues are likely to continue to struggle post-transition (Kaltiala, Heino, Työläjärvi, & Suomalainen, 2020), but, unaware of alternative approaches such as gender-exploratory psychotherapy or watchful waiting (Bonfatto & Crasnow, 2018; Churcher Clarke & Spiliadis, 2019; Spiliadis, 2019), these well-meaning professionals continue to treat youth with gender-affirmative interventions despite lingering doubts.

It is common for gender-affirmative specialists to erroneously believe that gender-affirmative interventions are a *standard of care* (Malone, D'Angelo, Beck, Mason, & Evans, 2021; Malone, Hruz, Mason, Beck, et al:, 2021). Despite the increasingly widespread professional beliefs in the safety and efficacy of pediatric gender transition, and the endorsement of this treatment pathway by a number of professional medical societies, the best available evidence suggests that the benefits of gender-affirmative interventions are of very low certainty (Clayton et al., 2021; National Institute for Health & Care Excellence, 2020a; 2020b) and must be carefully weighed against the health risks to fertility, bone, and cardiovascular health (Alzahrani et al., 2019; Biggs, 2021; Getahun et al., 2018; Hembree et al., 2017; Nota et al., 2019). Recently, emphasis has also been placed on psychosocial risks and as yet unknown medical risks (Malone, D'Angelo, et al., 2021).

Five scientific observations question and refute the assumption that an individual's experience of incongruence of sex and gender identity is best addressed by supporting the newly assumed gender identity with psychosocial and medical interventions.

1. The most foundational aspect of the diagnoses of "gender dysphoria" (DSM-5) and "gender incongruence" (ICD-11), requisite for the provision of medical treatment, is in flux, as professionals disagree on whether the presence of distress is a key diagnostic criterion, as stated in the DSM-5, or is irrelevant, as is the case according to the latest ICD-11 criteria (American Psychiatric Association, 2013; World Health Organization, 2019). Further, these diagnoses have never been properly field-tested (de Vries et al., 2021).

2. There are no randomized controlled studies demonstrating the superiority of various affirmative interventions compared to alternatives. There isn't even agreement about which outcome measures would be ideal in such studies.

3. There are few long-term follow-up studies of various interventions using predetermined outcome measures at designated intervals. Studies that have been conducted are, at best, inconsistent. Higher quality studies with longer-follow-up fail to demonstrate durable positive impacts on mental health (Bränström & Pachankis, 2020a; 2020b).

4. Rates of post-transition desistance, increased mental suffering, increased incidence of physical illness, educational failure, vocational inconstancy, and social isolation have not been established.

5. Numerous cross-sectional and prospective studies of transgender adults consistently demonstrate a high prevalence of serious mental health and social problems as well as suicide (Asscheman et al., 2011; Dhejne et al., 2011). Controversies about how to deal with trans-identified youth must consider the well described vulnerabilities of transgender adults.

It is equally important to realize that to date, research about alternative approaches, such as psychotherapy or watchful waiting, shares the scientific limitations of the research of more invasive interventions: there are no control groups, nor is there systematic follow-up at predetermined intervals with predetermined means of measurement (Bonfatto & Crasnow, 2018; Churcher Clarke & Spiliadis, 2019; Spiliadis, 2019). Parents and patients need to be informed of this as well.

Perhaps the single most problematic assumption held by some gender clinicians is that the young patients have simply been "born in the wrong body." This assumption seemingly frees clinicians from having to contend with the ethical dilemmas of recommending body-altering

interventions that are based on very low-quality evidence. Despite the principle of development that biology, psychosocial factors, and culture generate behavior, these clinicians may believe that atypical genders are created by biology. This reductionistic approach has been criticized repeatedly (Kendler, 2019).

While the origins of childhood or adolescent onset of gender incongruence have not yet been fully elucidated, brain studies of increasing technical sophistication have yet to demonstrate a distinct structure or pattern that accounts for an atypical gender identity, after statistically controlling for sexual orientation and exposure to exogenous hormones (Frigerio, Ballerini, & Valdés Hernández, 2021). Twin studies also demonstrate that while biology plays a role in one's experience of "gender incongruence," it is far from deterministic (Diamond, 2013).

A growing number of clinicians and researchers are noting that the dramatic rise of teens declaring a trans identity appears to be, at least in part, a result of peer influence (Anderson, 2022; Hutchinson, Midgen, & Spiliadis, 2020 Littman, 2018; Littman, 2020; Zucker, 2019). Some have noted yet another influx of trans-identified youth emerging during the COVID lockdowns, and have hypothesized that increased isolation coupled with heavy internet exposure may be responsible (Anderson, 2022). While the research into the phenomenon of social influence as a contributor to trans identification of youth is still in its infancy, the possibility that clinicians are providing treatments with permanent consequences to address what may be transient identities in youth poses a serious ethical dilemma.

### c.  *Poor evaluations*

There is a growing recognition that rapid evaluations which disregard factors contributing to the development of gender dysphoria in youth are problematic. In November 2021, two leaders of the World Professional Organization for Transgender Health (WPATH) warned the medical community that the "The mental health establishment is failing trans kids" (Anderson & Edwards-Leeper, 2021). Frequently, evaluations provided by gender clinicians may only ascertain the diagnosis of *gender dysphoria* (DSM-5) or its ICD-11 counterpart *gender incongruence*, and screen for conspicuous mental illness prior to recommending hormones and surgeries. These limited, abbreviated evaluations overlook, and as a result fail to address, the relevant issue of the forces that may have influenced the young person's current gender identity.

Confirming the young person's self-diagnosis of gender dysphoria or gender incongruence is easy. Clarifying the developmental forces that have influenced it and determining an appropriate intervention are not. Contextualizing these forces involves an understanding of child and adolescent developmental processes, childhood adversity, co-existing physical and cognitive disadvantages, unfortunate parental or family circumstances (Levine, 2021), as well as the role of social influence (Anderson, 2022; Anderson & Edwards-Leeper, 2021; Littman, 2018, 2021).

The poor quality of mental health evaluations has been a point of significant discontent for a growing number of parents of gender dysphoric youth. Increasingly, parents have formed dozens of support groups in North America, Europe, Australia and New Zealand, united in their objections to the idea that the best or the only treatment for their gender dysphoric children is affirmation (Genspect, 2021). These distressed parents, recognizing that their son or daughter may eventually decide to present to others as a trans person, want a psychotherapeutic investigation to understand what contributed to the development of this identity and an exploration of noninvasive treatment options. Frequently, they cannot find anyone in their community who does not recommend immediate affirmation.

The American Academy of Pediatrics' Committee of Bioethics recognizes that "parents…are better situated than others to understand the unique needs of their children and to make appropriate, caring decisions regarding their children's health care" (Katz et al., 2016). The plight of the families unable to find specialists capable of conducting thorough evaluations draws attention to the widespread acceptance of medical interventions for gender-dysphoric youth as the first line of treatment. The problem is that such care has been established through precedent rather

App.0694

than through scientific demonstrations of its efficacy. We contend that parents and patients have a right to know this, and that it is the professionals' responsibility and obligation to inform them of the state of knowledge in this arena of care.

d. *Incorrect information shared*

In sharing the information with patients and families, two key areas of uncertainty must be emphasized. The first one is the uncertain permanence of a child's or an adolescent's gender identity (Littman, 2021; Ristori & Steensma, 2016; Singh, Bradley, & Zucker, 2021; Vandenbussche, 2021; Zucker, 2017). The second is the uncertain long-term physical and psychological health outcomes of gender transition (National Institute for Health & Care Excellence, 2020a; 2020b). Unfortunately, gender specialists are frequently unfamiliar with, or discount the significance of, the research in support of these two concepts. As a result, the informed consent process rarely adequately discloses this information to patients and their families.

Problematically, it is common for gender clinicians to emphasize the risk of suicide if a young person's wish to transition gender is not immediately fulfilled. There is a significant amount of misinformation surrounding the question of suicidality of trans-identified youth (Biggs, 2022). Providers of gender-affirmative care should be careful not to unwittingly propagate misinformation regarding suicide to parents and youths. They should also be reminded that any conversations about suicide should be handled with great care, due to its socially contagious nature (Bridge et al., 2020; HHS, 2021).

i. High Rate of desistance/natural resolution of gender dysphoria in children is not disclosed

There have been eleven research studies to date indicating a high rate of resolution of gender incongruence in children by late adolescence or young adulthood without medical interventions (Cantor, 2020; Ristori & Steensma, 2016; Singh et al., 2021). An attempt has been made to discount the applicability of this research, suggesting that the studies were based on merely gender non-conforming, rather than truly gender-dysphoric, children (Temple Newhook et al., 2018). However, a reanalysis of the data prompted by this critique confirmed the initial finding: Among children meeting the diagnostic criteria for "Gender Identity Disorder" in DSM-IV (currently "Gender Dysphoria in DSM-5), 67% were no longer gender dysphoric as adults; the rate of natural resolution for gender dysphoria was 93% for children whose gender dysphoria was significant but subthreshold for the DSM diagnosis (Zucker, et al., 2018). It should be noted that high resolution of childhood-onset gender dysphoria had been recorded before the practice of social transition of young children was endorsed by the American Academy of Pediatrics (Rafferty et al., 2018). It is possible that social transition will predispose a young person to persistence of transgender identity long-term (Zucker, 2020).

The information regarding the resolution of gender dysphoria among those with adolescent-onset gender dysphoria, which is currently the predominant presentation, is less clear. A growing body of evidence suggests that for many teens and young adults, a post-pubertal onset of transgender identification can be a transient phase of identity exploration, rather than a permanent identity, as evidenced by a growing number of young detransitioners (Entwistle, 2020; Littman, 2021; Vandenbussche, 2021). Previously, the rate of detransition and regret was reported to be very low, although these estimates suffered from significant limitations and were likely undercounting true regret (D'Angelo, 2018). However, in the last several years since gender-affirmative care has become popularized, the rate of detransition appears to be accelerating.

According to a recent study from a UK adult gender clinic, 6.9% of those treated with gender-affirmative interventions detransitioned within only 16 months of starting treatment, and another 3.4% had a pattern of care suggestive of detransition, yielding a rate of probable detransition in excess of 10%. Another 21.7% of patients disengaged from the clinic without completing

their treatment plan (Hall, Mitchell, & Sachdeva, 2021). While some of these individuals later reengaged with the gender service, the authors concluded, "detransitioning might be more frequent than previously reported." Another study from a UK primary care practice found that 12.2% of those who had started hormonal treatments either detransitioned or documented regret, while the total of 20% stopped the treatments for a wider range of reasons. The mean age of their presentation with gender dysphoria was 20, and the patients had been taking gender-affirming hormones for the average 5 years (17 months-10 years) prior to discontinuing.

Comparing these much higher rates of treatment discontinuation and detransition to the significantly lower rates reported by the older studies, the researchers noted: "Thus, the detransition rate found in this population is novel and questions may be raised about the phenomenon of overdiagnosis, overtreatment, or iatrogenic harm as found in other medical fields" (Boyd, Hackett, & Bewley, 2022 p.15). Indeed, given that regret may take up to 8-11 years to materialize (Dhejne, Öberg, Arver, & Landén, 2014; Wiepjes et al., 2018), many more detransitioners are likely to emerge in the coming years. Detransitioner research is still in its infancy, but two recently published studies examining detransitioner experiences report that detransitioners from the recently-transitioning cohorts feel they had been rushed to medical gender-affirmative interventions with irreversible effects, often without the benefit of appropriate, or in some instances any, psychologic exploration (Littman, 2021; Vandenbussche, 2021).

Clinicians should also disclose to patients and parents that there is no test which can accurately predict who will persist in their transgender identification upon reaching mature adulthood (Ristori & Steensma, 2016). Families should be made aware that a period of strong cross-sex identification in childhood is commonly associated with future homosexuality (Korte et al., 2008). Research in desistance confirms that the majority of youth whose gender dysphoria resolves naturally do indeed grow up to be gay, lesbian, or bisexual adults (Cantor, 2020, Appendix; Singh et al., 2021).

ii. Implications of very low-quality evidence that underlies the practice of pediatric gender transition are not explained

The quality of evidence underlying the practice of pediatric gender transition is widely recognized to be of very low quality (Hembree et al., 2017). In 2020, the most comprehensive systematic review of evidence to date, commissioned by the UK National Health System (NHS) and conducted by the National Institute for Health and Care Excellence (NICE), concluded that the evidence for both puberty blocking and cross-sex hormones is of very low certainty (National Institute for Health & Care Excellence, 2020a; 2020b).

According to the NICE review of evidence for puberty blockers, the studies "are all small, uncontrolled observational studies, which are subject to bias and confounding, and are of very low certainty as assessed using modified GRADE [Grading of Recommendations, Assessment, Development and Evaluations]. All the included studies reported physical and mental health comorbidities and concomitant treatments very poorly" (National Institute for Health & Care Excellence, 2020a, p.13). NICE reached similar conclusions regarding the quality of the evidence for cross-sex hormones (National Institute for Health & Care Excellence, 2020b).

Problematically, the implications of administering a treatment with irreversible, life-changing consequences based on evidence that has an official designation of "very low certainty" according to modified GRADE is rarely discussed with the patients and the families. GRADE is the most widely adopted tool for grading the quality of evidence and for making treatment recommendations worldwide. GRADE has four levels of evidence, also known as certainty in evidence or quality of evidence: very low, low, moderate, and high (BMJ Best Practice, 2021). When evidence is assessed to be "very low certainty," there is a high likelihood that the patients will not experience the effects of the proposed interventions (Balshem et al., 2011).

In the context of providing puberty blockers and cross-sex hormones, the designation of "very low certainty" signals that the body of evidence asserting the benefits of these interventions is

highly unreliable. In contrast, several negative effects are quite certain. For example, puberty blockade followed by cross-sex hormones leads to infertility and sterility (Laidlaw, Van Meter, Hruz, Van Mol, & Malone, 2019). Surgeries to remove breasts or sex organs are irreversible. Other health risks, including risks to bone and cardiovascular health, are not fully understood and are uncertain, but the emerging evidence is alarming (Alzahrani et al., 2019; Biggs, 2021).

### iii.  The question of suicide is inappropriately handled

Suicide among trans-identified youth is significantly elevated compared to the general population of youth (Biggs, 2022; de Graaf et al., 2020). However, the "transition or die" narrative, whereby parents are told that their only choice is between a "live trans daughter or a dead son" (or vice-versa), is both factually inaccurate and ethically fraught. Disseminating such alarmist messages hurts the majority of trans-identified youth who are not at risk for suicide. It also hurts the minority who are at risk, and who, as a result of such misinformation, may forgo evidence-based suicide prevention intervention in the false hopes that transition will prevent suicide.

The notion that trans-identified youth are at alarmingly high risk of suicide usually stems from biased online samples that rely on self-report (D'Angelo et al., 2020; James et al., 2016; The Trevor Project, 2021), and frequently conflates suicidal thoughts and non-suicidal self-harm with serious suicide attempts and completed suicides. Until recently, little was known about the actual rate of suicide of trans-identified youth. However, a recent analysis of data from the biggest pediatric gender clinic in the world, the UK's Tavistock, found the rate of completed youth suicides to be 0.03% over a 10-year period, which translates into the annual rate of 13 per 100,000 (Biggs, 2022). While this rate is significantly elevated compared to the general population of teens, it is far from the epidemic of trans suicides portrayed by the media.

The "transition or die" narrative regards suicidal risk in trans-identified youth as a different phenomenon than suicidal risk among other youth. Making them an exception falsely promises the parents that immediate transition will remove the risk of suicidal self-harm. Trans patients themselves complain about the so-called "trans broken arm syndrome" – a frustrating pattern whereby physicians "blame" all the problems the patients are experiencing on their trans status, and a result, fail to perceive and respond to other sources of distress (Paine, 2021). Clinicians caring for trans-identified youth should be reminded that suicide risk in all patients is a multi-factorial phenomenon (Mars et al., 2019). To treat trans youths' suicidality as an exception is to deny them evidence-based care.

A recent study of three major youth clinics concluded that suicidality of trans-identifying teens is only somewhat elevated compared to that of youth referred for mental health issues unrelated to gender identity struggles (de Graaf et al., 2020). Another study found that transgender-identifying teens have relatively similar rates of suicidality compared to teens who are gay, lesbian and bisexual (Toomey, Syvertsen, & Shramko, 2018). Depression, eating disorders, autism spectrum conditions, and other mental health conditions commonly found in transgender-identifying youth (Kaltiala-Heino, Bergman, Työläjärvi, & Frisen, 2018; Kozlowska, McClure, et al., 2021; Morandini, Kelly, de Graaf, Carmichael, & Dar-Nimrod, 2021) are all known to independently contribute to the probability of suicide (Biggs, 2022; Simon & VonKorff, 1998; Smith, Zuromski, & Dodd, 2018).

The "transition or suicide" narrative falsely implies that transition will prevent suicides. Clinicians working with trans-identified youth should be aware that although in the short-term, gender-affirmative interventions can lead to improvements in some measures of suicidality (Kaltiala et al., 2020), neither hormones nor surgeries have been showed to reduce suicidality in the long-term (Bränström & Pachankis, 2020a; 2020b). Alarmingly, a longitudinal study from Sweden that covered more than a 30-year span found that adults who underwent surgical transition were 19 times more likely than their age-matched peers to die by suicide overall, with female-to-male participants' risk 40 times the expected rate (Dhejne et al., 2011, Table S1).

JOURNAL OF SEX & MARITAL THERAPY    9

Another key longitudinal study from the Netherlands concluded that suicides occur at a similar rate at all stages of transition, from pretreatment assessment to post-transition follow-up (Wiepjes et al., 2020). The data from the Tavistock clinic also did not show a statistically significant difference between completed suicides in the "waitlist" vs. the "treated" groups (Biggs, 2022). Luckily, in both groups, completed suicides were rare events (which may have been responsible for the lack of statistical significance). Thus, we consider the "transition or die" narrative to be misinformed and ethically wrong.

In our experience in working with trans-identified youth, an adolescent's suicidality can sometimes arise as a response to parental distress, resistance, skepticism, or wish to investigate the forces shaping the new gender identity before social transition and hormone therapy. When mental health professionals or other healthcare providers fail to recognize the legitimacy of parental concerns, or label the parents as transphobic, this only tends to intensify intrafamilial tension. Clinicians would be well-advised that gender transition is not an appropriate response to suicidal intent or threat, as it ignores the larger mental health and social context of the young patient's life—the entire family is often in crisis. Trans-identified adolescents should be screened for self-harm and suicidality, and if suicidal behaviors are present, an appropriate evidence-based suicide prevention plan should be put in place (de Graaf et al., 2020).

## The Dutch Study: the questionable basis for the gender affirmative model of care for youth

Few practitioners of gender-affirmative interventions, and even fewer patients and families, realize that the foundation of the practice of medically transitioning minors stems from a single Dutch proof of concept study, the outcomes of which were documented in two studies (de Vries, Steensma, Doreleijers, Cohen, & Kettenis, 2011; de Vries et al., 2014). The former (de Vries et al., 2011) reported on cases who underwent puberty blockade, while the latter (de Vries et al., 2014) reported on a subset of the cases who completed surgeries.

The Dutch study subjects' high level of psychological functioning at 1.5 years after surgery, which was the study end point, was an impressive feat. However, both of the studies suffer from a high risk of bias due to their study design, which is effectively a non-randomized case series—one of the lowest levels of evidence (Mathes & Pieper, 2017; National Institute for Health & Care Excellence, 2020a). In addition, the studies suffer from limited applicability to the populations of adolescents presenting today (de Vries, 2020). The interventions described in the study are currently being applied to adolescents who were not cross-gender identified prior to puberty, who have significant mental health problems, as well as those who have non-binary identities—all of these presentations were explicitly disqualified from the Dutch protocol. Despite these limitations, the Dutch clinical experiment has become the basis for the practice of medical transition of minors worldwide and serves as the basis for the recommendations outlined in the 2017 Endocrine Society guidelines (Hembree et al., 2017).

We contend that the Dutch studies have been misunderstood and misrepresented as providing evidence of the safety and efficacy of these interventions for all youth. It is important that both the strengths and the weaknesses of these two studies are understood, as to date, the Dutch experience presents the best available evidence behind the practice of pediatric gender transition.

### Rationale for pediatric transition

Prior to the 1990s, gender transitions were typically initiated in mature adults (Dhejne et al., 2011). However, it was noted that particularly for natal male patients, hormonal and surgical interventions failed to achieve satisfactory results, and patients had a "never disappearing masculine appearance" (Delemarre-van de Waal & Cohen-Kettenis, 2006). The lack of adequate cosmetic outcomes was thought to contribute to the frequently disappointing outcomes of medical

App.0698

gender transition, with persistently high rates of mental illness and suicidality post-transition (Delemarre-van de Waal & Cohen-Kettenis, 2006; Dhejne et al., 2011; Ross & Need, 1989).

In the mid 1990s, a team of Dutch researchers hypothesized that by carefully selecting a subset of gender dysphoric children who would likely be transgender-identified for the rest of their lives, and by medically intervening before puberty left an irreversible mark on their bodies, the cosmetic outcomes would be improved—and as a result, mental health outcomes might be improved (Gooren & Delemarre-van de Waal, 1996).

### Mixed study findings

In 2014, the Dutch research team published a key longitudinal study of mental health outcomes of 55 youths who completed medical and surgical transition (de Vries et al., 2014). The 2014 paper (sometimes referred to as the "Dutch study") reported that for youth with severe gender dysphoria that started in early childhood and persisted into mid-adolescence, a sequence of puberty blockers, cross-sex hormones, and breast and genital surgeries (including a mandatory removal of the ovaries, uterus and testes), with ongoing extensive psychological support, was associated with positive mental health and overall function 1.5 years post-surgery.

While the Dutch reported resolution of gender dysphoria post-surgery in study subjects, the reported psychological improvements were quite modest (de Vries et al., 2014). Of the 30 psychological measurements reported, nearly half showed no statistically significant improvements, while the changes in the other half were marginally clinically significant at best (Malone, D'Angelo, et al., 2021). The scores in anxiety, depression, and anger did not improve. The change in the Children's Global Assessment Scale, which measures overall function, was one of the most impressive changes—however it too remained in the same range before and after treatment (de Vries et al., 2014).

### Problematic discordance between reduced gender dysphoria and lack of meaningful improvements in psychological measures

The discordance between the marked reduction in gender dysphoria, as measured by the UGDS (Utrecht Gender Dysphoria Scale), and the lack of meaningful changes in psychological function using standard measures, warrants further examination. There are three plausible explanations for this lack of agreement. Any one of these three explanations calls into question the widely assumed notion that the medical interventions significantly improve mental health or lessen or eradicate gender dysphoria.

One possible explanation is that gender dysphoria as measured by UGDS, and psychological function, as measured by most standard instruments, are not correlated. This contradicts the primary rationale for providing gender-affirmative treatments for youth (which is to improve psychological health and functioning), and if true, ethically threatens these medical interventions. The other plausible explanation stems from the high psychological function of all the subjects at baseline; the subjects were selected because they were free from significant mental health problems (de Vries et al., 2014). As a result, there was little opportunity to meaningfully improve. This explanation highlights a key limitation in applying the study's results to the majority of today's gender dysphoric youth, who often present with a high burden of mental illness (Becerra-Culqui et al., 2018; Kozlowska, McClure, et al., 2021). The study cannot be used as evidence that these procedures have been proven to improve depression, anxiety, and suicidality.

A third possible explanation for the discordance between only minor changes in psychological outcomes but a significant drop in gender dysphoria comes from a close examination of the UGDS scale itself and how it was used by the Dutch researchers. This 12-item scale, designed by the Dutch to assess the severity of gender dysphoria and to identify candidates for hormones

JOURNAL OF SEX & MARITAL THERAPY    9

and surgeries, consists of "male" (UGDS-aM) and "female" (UGDS-aF) versions (Iliadis et al., 2020). At baseline and after puberty suppression, biological females were given the "female" scale, while males were given the "male" scale. However, post-surgery, the scales were flipped: biological females were assessed using the "male" scale, while biological males were assessed on the "female" scale (de Vries et al., 2014). We maintain that this handling of the scales may have at best obscured, and at worst, severely compromised the ability to meaningfully track how gender dysphoria was affected throughout the treatment.

Consider this example. At baseline, a gender dysphoric biological female would rate items from the "female" scale such as: "I prefer to behave like a boy" (item 1); "I feel unhappy because I have to behave like a girl" (item 6) and "I wish I had been born a boy" (item 12). Positive answers to these questions would have contributed to a high baseline gender dysphoria score. After the final surgery, however, this same patient would be asked to rate items from the "male" scale, including the following: "My life would be meaningless if I had to live as a boy" (item 1); "I hate myself because I am a boy" (item 6) and "It would be better not to live than to live as a boy" (item 12). A gender dysphoric female would not endorse these statements (at any stage of the intervention), which would lead to a lower gender dysphoria score.

Thus, the detected drop in the gender dysphoria scores for biological males and females may have had less to do with the success of the interventions, and more to do with switching the scale from the "female" to the "male" version (and vice-versa) between the baseline and post-surgical period. This, too, may explain why no changes in gender dysphoria were noted between baseline and the puberty blockade phase, and were only recorded after the final surgery, when the scale was switched.

It must be considered that had the researchers administered the "flipped" scale earlier, at the completion of the puberty blocker stage, UGDS scale could have registered the reduction in gender dysphoria. Likewise, however, one must consider the possibility that had *both sets of scales* been administered to the same individual at baseline, a "reduction" in gender dysphoria could have been registered upon switching of the scale, *well before any interventions began*. The question here is whether the diminishment of quantitative measures of gender dysphoria is largely an artifact of what scale was used.

It must be noted that the UGDS measure has been demonstrated only to effectively differentiate between clinically referred gender dysphoric individuals, non-clinically referred controls, and participants with disorders of sexual development, and was not designed to detect changes in gender dysphoria during treatment (Steensma, McGuire, Kreukels, et al. 2013). The presence of items such as "I dislike having erections" (item 11, UGDS-aM), which would have to be rated by birth-females, and "I hate menstruating because it makes me feel like a girl (item 10, UGDS-aF), which would be presented to birth-males, neither of which could be meaningfully rated by either at any stage of the interventions, further illustrates that UGDS has questionable validity for the purpose of detecting meaningful changes in gender dysphoria as a result of medical and surgical treatment.

The updated UGDS scale (UGDS-GS), developed by the Dutch after the publication of their seminal study, has eliminated the two-sex version of the scale in favor of a single battery of questions applicable to both sexes (McGuire et al., 2020). This change may lead to a more reliable measurement of treatment-associated changes in future research. Other gender dysphoria scales also exist (Hakeem, Črnčec, Asghari-Fard, Harte, & Eapen, 2016; Iliadis et al., 2020) and may or may not be better suited for the purposes of measuring the impact of medical interventions on underlying gender distress. Gender dysphoria, of course, may also prove to be a more complex concept than can be measured by any scale.

### Other limitations

The two Dutch studies were conducted without a control group (de Vries et al., 2011; de Vires et al., 2014). Nor could the researchers control for mental health interventions, which all the

subjects received in addition to hormones and surgery. The Dutch only evaluated mental health outcomes and did not assess physical health effects of hormones and surgery. The sample size was small: the final study reported the outcomes of only 55 children, and as few as 32 were evaluated on key measures of psychological outcomes.

It is important to realize that the Dutch sample was carefully selected, which introduced a source of bias, and also challenges the study's applicability. From the 196 adolescents initially referred, 111 were considered eligible to start puberty blockers, and of this group, only the 70 most mature and mentally stable that proceeded to cross-sex hormones were included in the study (de Vries et al., 2011). Of note, 97% of the selected cases were attracted to members of their natal sex at baseline. All were cross-sex identified, with no cases of non-binary identities. The final study only followed 55, rather than the original 70 cases, further excluding from reporting the outcomes of subjects who had experienced adverse events, including: one death from surgery-related complications and three cases of complications such as obesity and diabetes that rendered subjects ineligible for surgery. Three more subjects refused to be contacted or dropped out of care, which may mask adverse outcomes (de Vries et al., 2014).

There is no knowledge of the fate of 126 patients who did not participate in the Dutch study. Longer term outcomes of the subjects who did participate are lacking. We are aware of only one case of long-term follow-up for a female-to-male patient treated by the Dutch team in the 1990s. The case study describing the subject's functioning at the age of 33 found that the patient did not regret gender transition. However, he reported struggling with significant shame related to the appearance of his genitals and to his inability to sexually function; had problems maintaining long-term relationships; and experienced depressive symptoms (Cohen-Kettenis, Schagen, Steensma, de Vries, & Delemarre-van de Waal, 2011). Notably, these problems had not yet emerged when the same patient was assessed at the age of 20, when he reported high levels of satisfaction in general, and was "very satisfied with the results [of the metoidioplasty]" in particular (Cohen-Kettenis & van Goozen, 1998, p.248). Since the last round of psychological outcomes of the individuals in the Dutch study was obtained when the subjects were around 21 years of age (de Vries et al., 2014), it raises questions how they will fair in during the decade when new developmental tasks, such as, career development, forming long-term intimate relationships and friendships, or starting families come into focus.

As to the unknown outcomes of the patients rejected by the Dutch protocol, one study did report on 14 adolescents who sought gender reassignment in the same clinic, but were disqualified from treatment due to "psychological or environmental problems" (Smith, Van Goozen, & Cohen-Kettenis, 2001, p. 473). The study found that at follow-up 1-7 years after the original application, 11 of the 14 no longer wished to transition, and 2 others only slightly regretted not transitioning (Malone, D'Angelo, et al., 2021; Smith et al., 2001). This further underscores the importance of conducting research utilizing control groups and following the subjects for an extended period.

A recent attempt to replicate the results of the first Dutch study (de Vries et al., 2011) found no demonstrable psychological benefit from puberty blockade, but did find that the treatment adversely affected bone development (Carmichael et al., 2021). The final Dutch study (de Vries et al., 2014) has never been attempted to be replicated with or without a control group.

### *The scaling of the Dutch Protocol beyond original indications*

The medical and surgical sequence of Dutch protocol has been aggressively scaled worldwide without the careful evaluations and vetting practiced by the Dutch. The protocol's original investigators have recently expressed concern that the interventions they described have been widely adopted on four continents without several of the protocol's essential discriminatory features (de Vries, 2020).

App.0701

The extensive multi-year multidisciplinary evaluations of the children have been abbreviated or simply bypassed. The medical sequence is routinely used for children with post-pubertal onset of transgender identities complicated by mental health comorbidities (Kaltiala-Heino et al., 2018), and not just for those high-functioning adolescents with persistent early life cross-identifications, as was required by the Dutch protocol (de Vries & Cohen-Kettenis, 2012). Further, it has become increasingly common to socially transition children before puberty (Olson, Durwood, DeMeules, & McLaughlin, 2016), even though this was explicitly discouraged by the Dutch protocol at the time (de Vries & Cohen-Kettenis, 2012).

In addition, medical transition is frequently initiated much earlier than recommended by the original protocol (de Vries & Cohen-Kettenis, 2012). The authors of the protocol were aware that most children would have a spontaneous realignment of their gender identity with sex by going through early- to mid-stages of puberty (Cohen-Kettenis, Delemarre-van de Waal, & Gooren, 2008). The average age of initiating puberty blockade in the Dutch study was around 15. In contrast, currently the age limit has been lowered to the age of Tanner stage II, which can occur as early as 8-9 years (Hembree et al., 2017). Irreversible cross-sex hormones, initiated in the Dutch study at the average age of nearly 17, are currently commonly prescribed to 14-year-olds, and this lower age threshold has been recommended by draft recommendation by WPATH Standards of Care 8, the final version of which is due to be released in early 2022. The fact that children are transitioned before their identity is tested against the biological reality and before natural resolution of gender dysphoria has had a chance to occur is a major deviation from the original Dutch protocol. Systematic follow-up, reassessments, and tracking and publishing of outcomes are not performed.

As the lead Dutch researchers have begun to call for more research into the novel presentation of gender dysphoria in youth (de Vries, 2020; Voorzij, 2021) and question the wisdom of applying the hormonal and surgical treatment protocols to the newly presenting cases, many recently educated gender specialists mistakenly believe that the Dutch protocol proved the concept that its sequence helps all gender-dysphoric youth. Although aware of the Dutch study's importance, they seem to be unaware of its agreed upon limitations, and the Dutch clinicians' own discomfort that most new trans-identified adolescents presenting for care today significantly differ from the population the Dutch had originally studied. These facts, of course, underscore the need for a robust informed consent process.

## The recommendations for informed consent process for children, adolescents, and young adults

### Consent for all stages of gender transition should be explicit, not implied

Noninvasive medical care or care that carries little risk of harm does not require a signed informed consent document; rather, consent is implied through the act of a patient presenting for care. For example, when a parent brings in a child for a skin laceration or abscess, consent for sutures or simple incision and drainage is implied. Similarly, when a child presents with pneumonia and is hospitalized, consent for chest x-ray, IV fluids, and antibiotics is also implied. It is assumed that patients or their guardians agree to the interventions and understand the benefits and risks. When risks are greater, such as prior to surgery, chemotherapy, or another invasive procedure, an informed consent document is signed. Such situations require an explicit, or express informed consent.

In the context of interventions for gender dysphoria or gender incongruence, the uncertainties associated with puberty blocking, cross-sex hormones, and gender-affirmative surgeries are well-recognized (Manrique et al., 2018; National Institute for Health & Care Excellence, 2020a; 2020b; Wilson et al., 2018). In these cases, consent should be explicit rather than implied because of the complexity, uncertainty, and risks involved.

Informed consent for social transition represents a gray area. Evidence suggests that social transition is associated with the persistence of gender dysphoria (Hembree et al.,

2017; Steensma, McGuire, Kreukels, Beekman, & Cohen-Kettenis, 2013). This suggests that social gender transition is a form of a psychological intervention with potential lasting effects (Zucker, 2020). While the causality has not been proven, the possibility of iatrogenesis and the resulting exposure to the risks of future medical and surgical gender dysphoria treatments, qualifies social gender transition for explicit, rather than implied, consent.

### *Full unbiased disclosure of benefits, risks and alternatives is requisite*

When mental health professionals are involved in evaluations and recommendations, the informed consent process begins either as part of an extended evaluation or is integrated in a psychotherapeutic process, separately or together, with the parents and patient. When pediatricians, nurse practitioners, or primary care physicians perform the initial evaluation, the informed consent process is more likely to be labeled as such in a briefer series of meetings.

In all settings, the informed consent discussions for gender-affirmative care should include three central ideas:

1. The decision to initiate gender transition may predispose the child to persist in their transgender identity long-term.
2. Many of the physical changes contemplated and undertaken are irreversible.
3. Careful long-term studies have not been done to verify that these interventions enable better physical and mental health or improved social functioning, or that they do not cause harm.

The informed consent process, culminating with a signed document, signifies that parents and patient have been educated about the short- and long-term risks, benefits and uncertainties associated with all relevant stages of the gender-affirmative interventions. The process must also inform the patients and families about the full range of alternative treatments, including the choice of not socially or medically treating the child's or adolescent's current state of gender/body incongruence.

### *Decisional capacity to consent needs to be assessed and family should be involved*

Trans-identified youth typically present themselves as strongly desiring hormones and ultimately, surgery. It should not be assumed that their eagerness is matched with the capacity to carefully consider the consequences of their realized desires. Trans-identified youth younger than the age of consent should be part of the informed consent process, but they may not be mature enough to recognize or admit their concerns about the proposed intervention. For this reason, it is the parents who, after careful consideration, are responsible for signing an informed consent document.

The issue of the exact age at which adolescents are mature enough to consent to gender transition has proven contentious: courts have been asked to decide about competence to consent to gender-affirmative hormones for youth in the United Kingdom and Australia (Ouliaris, 2021). In the United States, the legal age for medical consent for gender-affirmative interventions varies by state.

When patients are age 18 and older, and in some jurisdictions as young as age 15 (Right to medical or dental treatment without parental consent, 2010), they do not legally require parental approval for medical procedures. But because an individual's change of gender has profound implications for parents, siblings, and other family members, it is usually prudent for clinicians to seek their input directly or indirectly during the informed consent process. This is done by requesting a meeting with the parents.

App.0703

A recent study by a Dutch research team attempted to evaluate the decisional capacity of adolescents embarking on gender transition (Vrouenraets, de Vries, de Vries, van der Miesen, & Hein, 2021). The researchers administered the MacCAT-T tool, comprised of the *understanding*, *appreciating*, *reasoning*, and *expressing a choice* domains, to 74 adolescents who were 14.7 years old on average (with the minimum age of 10). They concluded that the adolescents were competent to consent for starting pubertal suppression, calling for similar research for the <12 group, particularly because "birth-assigned girls … may benefit from puberty suppression as early as 9 years of age" (Vrouenraets et al., 2021 p.7).

This study suffers from two significant limitations involving the MacCAT-T tool. It was never designed for children. Rather, it was designed to assess medical consent capacities of adults suffering from conditions such as dementia, schizophrenia, and other psychiatric disorders. There is a fundamental lack of equivalency between consenting to treatment by adults with cognitive impairments and obtaining consent from healthy children whose age-appropriate cognitive capacities are intact, but who lack the requisite life experiences to consent to profound life-changing medical interventions. We doubt, for example, whether even highly intelligent children who have not had sexual experiences can meaningfully comprehend the loss of future sexual function and reproductive abilities.

In addition, even for adults, the MacCAT-T tool has been criticized for its exclusive focus on cognitive aspects of capacity, failing to account for the non-cognitive aspects such as values, emotions and other biographic and context specific aspects inherent in the complexity of the decision process in real life (Breden & Vollmann, 2004). Children's values and emotions undergo tremendous change during the process of maturation.

The authors' conclusion about their young patients' competence to consent should be compared with what a panel of judges wrote in the challenge to the Tavistock treatment protocol (Bell v Tavistock, 2020):

> …the clinical intervention we are concerned with here is different in kind to other treatments or clinical interventions. In other cases, medical treatment is used to remedy, or alleviate the symptoms of, a diagnosed physical or mental condition, and the effects of that treatment are direct and usually apparent. The position in relation to puberty blockers would not seem to reflect that description. [para 135]

> …we consider the treatment in this case to be in entirely different territory from the type of medical treatment which is normally being considered. [para 140]

> … the combination here of lifelong and life changing treatment being given to children, with very limited knowledge of the degree to which it will or will not benefit them, is one that gives significant grounds for concern. [para 143]

It seems clear that perceptions of children as young as 10 years of age as medically competent vary by country, state, and the institution where the doctor works, and, by clinicians' beliefs about the long-term benefits of these interventions. We maintain that the claim that kids can consent to extreme life-altering interventions is a fundamentally a philosophical claim (Clark & Virani, 2021). Our view in this matter is that consent is primarily a parental function.

### Informed consent should be viewed as a process rather than an event

Most institutions that care for transgender-identified individuals have devised obligatory consent forms that outline the risks and uncertainties of hormonal and surgical gender-affirmative interventions. However, the requisite signatures are frequently collected in a perfunctory manner (Schulz, 2018), akin to signatures collected ahead of a common surgical procedure. The purpose of such informed consent documents appears to be to protect practitioners from lawsuits, rather than attend to the primary ethical foundation of the process.

Although obtaining the signatures is important, the signed document should signify that the process of informed consent has been undertaken over an extended time period and is not simply quickly completed (Vrouenraets et al., 2021). We believe the latter approach poses an ethical concern (Levine, 2019).

The internal dynamics of the trans-identified young person and their families vary considerably. Parental capacities, their private marital and intrafamilial relationships, their cultural awareness, religious and political sensibilities all influence the amount of time necessary to undertake a thorough informed consent process. It is not prudent to suggest a specific duration for the process of informed consent, other than to emphasize that it requires a slow, patient, thoughtful question and answer period as the parents and patient contemplate the meaning of what is known and unknown and whether to embark on alternative approaches to the management of gender dysphoria before the age of full neurological maturity has been reached, mental health comorbidities have been addressed, and a true informed consent by the patient is more likely.

## Final thoughts

Sixty years of experience providing medical and surgical assistance to transgender-identified persons have seen many changes in who is treated, when they are treated, and how they are treated. Today, the emphasis has shifted to the treatment of the unprecedented numbers of youth declaring a trans identity. As adolescents pursue social, medical, and surgical interventions, health care providers may experience unease about patients' cognitive and emotional capacities to make decisions with life-changing and enduring consequences. An unrushed informed consent process helps the provider, the parents, and the patient.

Three issues tend to obscure the salience of informed consent: conspicuous mental health problems, uncertainty about the minor's personal capacity to understand the irreversible nature of the interventions, and parental disagreement. Physical and psychiatric comorbidities can contribute to the formation of a new identity, develop as its consequence, or bear no connection to it. Assessing mental health and the minor's functionality is one of the reasons why rapid affirmative care may be dangerous for patients and their families. For example, when situations involve autism, learning disorders, sexual abuse, attachment problems, trauma, separation anxiety, previous depressed or anxious states, neglect, low IQ, past psychotic illness, eating disorders or parental mental illness, clinicians must choose between ignoring these potentially causative conditions and comorbidities and providing appropriate treatment before affirmative care (D'Angelo et al., 2020).

For youth less than the age of majority, informed consent via parents provides a legal route for treatment but it does not make the decisions to transition, provide hormones, or surgically remove breasts or testes less fraught with uncertainty. The best that health professionals can do is to ensure that the consent process informs the patient and parents of the current state of science, which is sorely lacking in quality research. It is the professionals' responsibility to ensure that the benefits patients and parents seek, and the risks they are assuming, are clearly appreciated as they prepare to make this often-excruciating decision.

Young people who have reached the age of majority, but who have not reached full maturation of the brain represent a unique challenge. It is well-recognized that brain remodeling proceeds through the third decade of life, with the prefrontal cortex responsible for executive function and impulse control the last to mature (Katz et al., 2016). The growing number of detransitioners who had been old enough to legally consent to transition, but who no longer felt they were transgender upon reaching their mid-20's, raises additional concerns about this vulnerable age group (Littman, 2021; Vandenbussche, 2021).

When the clinician is uncertain whether a young person is competent to comprehend the implications of the desired treatment—that is, when informed consent cannot inform the patient—the clinician may need more time with the patient. When parents or guardians do

not agree about whether to use puberty blockers or cross-sex hormones, clinicians are in an uneasy spot (Levine, 2021). This occurs in both intact and divorced families. Australia has given legal instructions to clinicians facing these uncertainties: the court is to be asked to decide (Ouliaris, 2021). The court system in the UK has been grappling with similar issues in recent years. While it is a rare case that ends up in a courtroom, clinicians devoted to a deliberate informed consent process are still likely to encounter ethical dilemmas that they cannot resolve.

## Acknowledgments

The authors wish to thank SEGM staff for their grant and bibliographic support.

## Funding

This work was supported by the Society for Evidence based Gender Medicine.

## References

Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A., Spegg, C., Wasserman, L., Ames, M., Fitzsimmons, C. L., Leef, J. H., Lishak, V., Reim, E., Takagi, A., Vinik, J., Wreford, J., Cohen-Kettenis, P. T., de Vries, A. L. C., Kreukels, B. P. C., & Zucker, K. J. (2015). Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *The Journal of Sexual Medicine*, 12(3), 756–763. doi:10.1111/jsm.12817

Alzahrani, T., Nguyen, T., Ryan, A., Dwairy, A., McCaffrey, J., Yunus, R., Forgione, J., Krepp, J., Nagy, C., Mazhari, R., & Reiner, J. (2019). Cardiovascular disease risk factors and myocardial infarction in the transgender population. *Circulation: Cardiovascular Quality and Outcomes*, 12(4). doi:10.1161/CIRCOUTCOMES.119.005597

American College Health Association. (2021). *American College Health Association-National College Health Assessment III: Undergraduate Student Reference Group Data Report Spring 2021.* Boston: ACHA-NCHA III. https://www.acha.org/documents/ncha/NCHA-III_SPRING-2021_UNDERGRADUATE_REFERENCE_GROUP_DATA_REPORT.pdf

American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). doi:10.1176/appi.books.9780890425596

Anderson, E. (2022, January 3). Opinion: When it comes to trans youth, we're in danger of losing our way. *The San Francisco Examiner.* Retrieved January 5, 2022, from http://www.sfexaminer.com/opinion/are-we-seeing-a-phenomenon-of-trans-youth-social-contagion/

Anderson, E., Edwards-Leeper, L. (2021, November 24). The mental health establishment is failing trans kids. Washington, DC: Washington Post. Retrieved December 20, 2021, from https://www.washingtonpost.com/outlook/2021/11/24/trans-kids-therapy-psychologist/

Asscheman, H., Giltay, E. J., Megens, J. A. J., de Ronde, W. (Pim), van Trotsenburg, M. A. A., & Gooren, L. J. G. (2011). A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. *European Journal of Endocrinology*, 164(4), 635–642. doi:10.1530/EJE-10-1038

Balshem, H., Helfand, M., Schünemann, H. J., Oxman, A. D., Kunz, R., Brozek, J., Vist, G. E., Falck-Ytter, Y., Meerpohl, J., & Norris, S. (2011). GRADE guidelines: 3. Rating the quality of evidence. *Journal of Clinical Epidemiology*, 64(4), 401–406. doi:10.1016/j.jclinepi.2010.07.015

Becerra-Culqui, T. A., Liu, Y., Nash, R., Cromwell, L., Flanders, W. D., Getahun, D., Giammattei, S. V., Hunkeler, E. M., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Sandberg, D. E., Silverberg, M. J., Tangpricha, V., & Goodman, M. (2018). Mental health of transgender and gender nonconforming youth compared with their peers. *Pediatrics*, 141(5), e20173845. doi:10.1542/peds.2017-3845

Bechard, M., VanderLaan, D. P., Wood, H., Wasserman, L., & Zucker, K. J. (2017). Psychosocial and psychological vulnerability in adolescents with gender dysphoria: A "proof of principle" Study. *Journal of Sex & Marital Therapy*, 43(7), 678–688. doi:10.1080/0092623X.2016.1232325

Bell v Tavistock and Portman NHS Foundation Trust. (2020). EWHC 3274. The High Court of Justice (2020). https://www.judiciary.uk/wp-content/uploads/2020/12/Bell-v-Tavistock-Judgment.pdf

Biggs, M. (2021). Revisiting the effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria. *Journal of Pediatric Endocrinology and Metabolism.* doi:10.1515/jpem-2021-0180

Biggs, M. ( 2022). Suicide by clinic-referred transgender adolescents in the United Kingdom. *Archives of Sexual Behavior.*

App.0706

BMJ Best Practice. (2021). What is grade? Retrieved January 1, 2022, from https://bestpractice.bmj.com/info/us/toolkit/learn-ebm/what-is-grade/

Bonfatto, M., & Crasnow, E. (2018). Gender/ed identities: An overview of our current work as child psychotherapists in the Gender Identity Development Service. *Journal of Child Psychotherapy*, *44*(1), 29–46. doi:10.1080/0075417X.2018.1443150

Boyd, I., Hackett, T., & Bewley, S. (2022). Care of transgender patients: A general practice quality improvement approach. *Healthcare*, *10*(1), 121. doi:10.3390/healthcare10010121

Bränström, R., & Pachankis, J. E. (2020a). Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study. *American Journal of Psychiatry*, *177*(8), 727–734. doi:10.1176/appi.ajp.2019.19010080

Bränström, R., & Pachankis, J. E. (2020b). Correction to Bränström and Pachankis. (2020). *American Journal of Psychiatry*, *177*(8), 734–734. doi:10.1176/appi.ajp.2020.1778correction

Breden, T. M., & Vollmann, J. (2004). The Cognitive Based Approach of Capacity Assessment in Psychiatry: A Philosophical Critique of the MacCAT-T. *Health Care Analysis*, *12*(4), 273–283. doi:10.1007/s10728-004-6635-x

Bridge, J. A., Greenhouse, J. B., Ruch, D., Stevens, J., Ackerman, J., Sheftall, A. H., Horowitz, L. M., Kelleher, K. J., & Campo, J. V. (2020). Association Between the Release of Netflix's 13 Reasons Why and Suicide Rates in the United States: An Interrupted Time Series Analysis. J Am Acad Child Adolesc Psychiatry, *59*(2), 236–243. doi:10.1016/j.jaac.2019.04.020

Byne, W., Bradley, S.J., Coleman, E., Eyler, A.E., Green, R., Menvielle, E.J., Meyer-Bahlburg, H.F.L., Pleak, R.R. & Tompkins, D.A. (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Archives of Sexual Behavior, *41*(4):759–796. doi:10.1007/s10508-012-9975-x

Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP Policy. *Journal of Sex & Marital Therapy*, *46*(4), 307–313. doi:10.1080/0092623X.2019.1698481

Carmichael, P, Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLOS ONE*, *16*(2), e0243894. doi:10.1371/journal.pone.0243894

Chew, D., Tollit, M. A., Poulakis, Z., Zwickl, S., Cheung, A. S., & Pang, K. C. (2020). Youths with a non-binary gender identity: A review of their sociodemographic and clinical profile. *The Lancet Child & Adolescent Health*, *4*(4), 322–330. doi:10.1016/S2352-4642(19)30403-1

Churcher Clarke, A., & Spiliadis, A. (2019). 'Taking the lid off the box': The value of extended clinical assessment for adolescents presenting with gender identity difficulties. *Clinical Child Psychology and Psychiatry*, *24*(2), 338–352. doi:10.1177/1359104518825288

Clark, B. A., & Virani, A. (2021). This Wasn't a "split-second decision": An empirical ethical analysis of transgender youth capacity, rights, and authority to consent to hormone therapy. *Journal of Bioethical Inquiry*, *18*(1), 151–164. doi:10.1007/s11673-020-10086-9

Clayton, A., Malone, W. J., Clarke, P., Mason, J., & D'Angelo, R. (2021). Commentary: The signal and the noise—questioning the benefits of puberty blockers for youth with gender dysphoria—a commentary on Rew et al. (2021). *Child and Adolescent Mental Health*, *27*, camh.12533. doi:10.1111/camh.12533

Cohen-Kettenis, P. T., Delemarre-van de Waal, H. A., & Gooren, L. J. G. (2008). The treatment of adolescent transsexuals: Changing insights. *The Journal of Sexual Medicine*, *5*(8), 1892–1897. doi:10.1111/j.1743-6109.2008.00870.x

Cohen-Kettenis, P. T., Schagen, S. E. E., Steensma, T. D., de Vries, A. L. C., & Delemarre-van de Waal, H. A. (2011). Puberty suppression in a gender-dysphoric adolescent: A 22-year follow-up. *Archives of Sexual Behavior*, *40*(4), 843–847. doi:10.1007/s10508-011-9758-9

Cohen-Kettenis, P. T., & van Goozen, S. H. M. (1998). Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. *European Child & Adolescent Psychiatry*, *7*(4), 246–248. doi:10.1007/s007870050073

D'Angelo, R. (2018). Psychiatry's ethical involvement in gender-affirming care. *Australasian Psychiatry*, *26*(5), 460–463. doi:10.1177/1039856218775216

D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2020). One size does not fit all: In support of psychotherapy for gender dysphoria. *Archives of Sexual Behavior*, *50*, 7–16. doi:10.1007/s10508-020-01844-2

de Graaf, N. M., Giovanardi, G., Zitz, C., & Carmichael, P. (2018). Sex ratio in children and adolescents referred to the gender identity development service in the UK (2009–2016)). *Archives of Sexual Behavior*, *47*(5), 1301–1304. doi:10.1007/s10508-018-1204-9

de Graaf, N. M., Steensma, T. D., Carmichael, P., VanderLaan, D. P., Aitken, M., Cohen Kettenis, P. T., de Vries, A., Kreukels, B., Wasserman, L., Wood, H., & Zucker, K. J. (2020). Suicidality in clinic-referred transgender adolescents. *European child & adolescent psychiatry*, *31*, 67–83. doi: 10.1007/s00787-020-01663-9. Advance online publication. doi:10.1007/s00787-020-01663-9

de Vries, A. L. C. (2020). Challenges in timing puberty suppression for gender-nonconforming adolescents. *Pediatrics*, *146*(4), e2020010611. doi:10.1542/peds.2020-010611

JOURNAL OF SEX & MARITAL THERAPY ⊕ 29

de Vries, A. L. C., Beek, T. F., Dhondt, K., de Vet, H. C. W., Cohen-Kettenis, P. T., Steensma, T. D., & Kreukels, B. P. C. (2021). Reliability and clinical utility of gender identity-related diagnoses: comparisons between the ICD-11, ICD-10, DSM-IV, and DSM-5. *LGBT Health*, *8*(2), 133–142. doi:10.1089/lgbt.2020.0272

de Vries, A. L. C., & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch approach. *Journal of Homosexuality*, *59*(3), 301–320. doi:10.1080/00918369.2012.653300

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, *134*(4), 696–704. doi:10.1542/peds.2013-2958

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, *8*(8), 2276–2283. doi:10.1111/j.1743-6109.2010.01943.x

Delemarre-van de Waal, H. A., & Cohen-Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology*, *155*(suppl_1), S131–S137. doi:10.1530/eje.1.02231

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L. V., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: Cohort study in Sweden. *PLoS ONE*, *6*(2), e16885. doi:10.1371/journal.pone.0016885

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: Prevalence, incidence, and regrets. *Archives of Sexual Behavior*, *43*(8), 1535–1545. doi:10.1007/s10508-014-0300-8

Diamond, M. (2013). Transsexuality among twins: Identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism*, *14*(1), 24–38. doi:10.1080/15532739.2013.750222

Ehrensaft, D. (2017). Gender nonconforming youth: Current perspectives. *Adolescent Health, Medicine and Therapeutics*, Volume 8, 57–67. doi:10.2147/AHMT.S110859

Entwistle, K. (2020). Debate: Reality check – Detransitioner's testimonies require us to rethink gender dysphoria. *Child and Adolescent Mental Health*, *26*, 15–16. camh.12380. doi:10.1111/camh.12380

Frigerio, A., Ballerini, L., & Valdés Hernández, M. (2021). Structural, functional, and metabolic brain differences as a function of gender identity or sexual orientation: A systematic review of the human neuroimaging literature. *Archives of sexual behavior*, *50*(8), 3329–3352. doi:10.1007/s10508-021-02005-9

Genspect (2021). Retrieved December 20, 2021, from https://genspect.org/groups/

Getahun, D., Nash, R., Flanders, W. D., Baird, T. C., Becerra-Culqui, T. A., Cromwell, L., Hunkeler, E., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Silverberg, M. J., Safer, J., Slovis, J., Tangpricha, V., & Goodman, M. (2018). Cross-sex hormones and acute cardiovascular events in transgender persons: A cohort study. *Annals of Internal Medicine*, *169*(4), 205. doi:10.7326/M17-2785

Gooren, L., & Delemarre-van de Waal, H. (1996). The feasibility of endocrine interventions in juvenile transsexuals. *Journal of Psychology & Human Sexuality*, *8*(4), 69–74. doi:10.1300/J056v08n04_05

Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2021). Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. *Journal of Adolescent Health*, S1054139X21005681. doi:10.1016/j.jadohealth.2021.10.036

Grootens-Wiegers, P., Hein, I. M., van den Broek, J. M., & de Vries, M. C. (2017). Medical decision-making in children and adolescents: Developmental and neuroscientific aspects. *BMC Pediatrics*, *17*(1), 120. doi:10.1186/s12887-017-0869-x

Hakeem, A., Črnčec, R., Asghari-Fard, M., Harte, F., & Eapen, V. (2016). Development and validation of a measure for assessing gender dysphoria in adults: The Gender Preoccupation and Stability Questionnaire. *International Journal of Transgenderism*, *17*(3–4), 131–140. doi:10.1080/15532739.2016.1217812

Hall, R., Mitchell, L., & Sachdeva, J. (2021). Access to care and frequency of detransition among a cohort discharged by a UK national adult gender identity clinic: Retrospective case-note review. *BJPsych Open*, *7*(6), e184. doi:10.1192/bjo.2021.1022

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons: An endocrine society clinical practice guideline. J Clin Endocrinol Metab, *102*(11), 3869–3903. doi:10.1210/jc.2017-01658

HHS. (2021). What does "suicide contagion" mean, and what can be done to prevent it? Retrieved December 28, 2021, from https://www.hhs.gov/answers/mental-health-and-substance-abuse/what-does-suicide-contagion-mean/index.html

HRC. (n.d.). Clinical care for gender-expansive children & adolescents. Retrieved January 4, 2022, from https://www.hrc.org/resources/interactive-map-clinical-care-programs-for-gender-nonconforming-childr

Hutchinson, A., Midgen, M., & Spiliadis, A. (2020). In support of research into rapid-onset gender dysphoria. *Archives of Sexual Behavior*, *49*(1), 79–80. doi:10.1007/s10508-019-01517-9

Iliadis, S. I., Axfors, C., Friberg, A., Arinell, H., Beckman, U., Fazekas, A., Frisen, L., Sandström, L., Thelin, N., Wahlberg, J., Södersten, M., & Papadopoulos, F. C. (2020). Psychometric properties and concurrent validity

of the Transgender Congruence Scale (TCS) in the Swedish setting. *Scientific Reports*, *10*(1), 18701. doi:10.1038/s41598-020-73663-3

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The report of the 2015 U.S. Transgender Survey*. Washington, DC: National Center for Transgender Equality.

Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L., & Underwood, J. M. (2019). Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students – 19 states and large urban school districts, 2017. *MMWR. Morbidity and Mortality Weekly Report*, *68*(3), 67–71. doi:10.15585/mmwr.mm6803a3

Kaltiala, R., Heino, E., Työläjärvi, M., & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry*, *74*(3), 213–219. doi:10.1080/08039488.2019.1691260

Kaltiala-Heino, R., Bergman, H., Työläjärvi, M., & Frisen, L. (2018). Gender dysphoria in adolescence: Current perspectives. *Adolescent Health, Medicine and Therapeutics*, Volume 9, 31–41. doi:10.2147/AHMT.S135432

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health*, *9*(1), 9. doi:10.1186/s13034-015-0042-y

Katz, A. L., Macauley, R. C., Mercurio, M. R., Moon, M. R., Okun, A. L., Opel, D. J., & Statter, M. B. (2016). Informed consent in decision-making in pediatric practice. Committee on Bioethics. *Pediatrics*, *138*(2), e20161484. doi:10.1542/peds.2016-1484

Kendler K. S. (2019). From many to one to many-the search for causes of psychiatric illness. *JAMA psychiatry*, *76*(10), 1085–1091. doi:10.1001/jamapsychiatry.2019.1200

Kidd, K. M., Sequeira, G. M., Douglas, C., Paglisotti, T., Inwards-Breland, D. J., Miller, E., & Coulter, R. W. S. (2021). Prevalence of gender-diverse youth in an urban school district. *Pediatrics*, *147*(6), e2020049823. doi:10.1542/peds.2020-049823

Korte, A., Goecker, D., Krude, H., Lehmkuhl, U., Grüters-Kieslich, A., & Beier, K. M. (2008). Gender identity disorders in childhood and adolescence: Currently debated concepts and treatment strategies. *Deutsches Ärzteblatt International*, *105*(48), 834–841. doi:10.3238/arztebl.2008.0834

Kozlowska, K., Chudleigh, C., McClure, G., Maguire, A. M., & Ambler, G. R. (2021). Attachment patterns in children and adolescents with gender dysphoria. *Frontiers in Psychology*, *11*. doi:10.3389/fpsyg.2020.582688

Kozlowska, K., McClure, G., Chudleigh, C., Maguire, A. M., Gessler, D., Scher, S., & Ambler, G. R. (2021). Australian children and adolescents with gender dysphoria: Clinical presentations and challenges experienced by a multidisciplinary team and gender service. *Human Systems*, 26344041211010776. doi:10.1177/26344041211010777

Laidlaw, M. K., Van Meter, Q. L., Hruz, P. W., Van Mol, A., & Malone, W. J. (2019). Letter to the Editor: "Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society Clinical Practice Guideline"." *The Journal of Clinical Endocrinology & Metabolism*, *104*(3), 686–687. doi:10.1210/jc.2018-01925

Levine, S. B. (2021). Reflections on the clinician's role with individuals who self-identify as transgender. *Archives of Sexual Behavior*, *50*, 3527–3536. doi:10.1007/s10508-021-02142-1

Levine, S.B. (2019). Informed Consent for Transgendered Patients, *Journal of Sex and Marital Therapy*, *45*(3):218–229. doi:10.1080/0092623X.2018.1518885

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE 13*(8): e0202330. doi:10.1371/journal.pone.0202330

Littman, L. (2020). The use of methodologies in Littman (2018) is consistent with the use of methodologies in other studies contributing to the field of gender Dysphoria research: Response to Restar (2019). *Archives of Sexual Behavior*, *49*(1), 67–77. doi:10.1007/s10508-020-01631-z

Littman, L. (2021). Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. *Archives of Sexual Behavior*, *50*, 3353–3369. doi:10.1007/s10508-021-02163-w

Lynch, H.F., Joffe, S., Feldman, E. (2018). Informed consent and the role of the treating physician. NEJM *378*:25, 435–438.

Malone, W., D'Angelo, R., Beck, S., Mason, J., & Evans, M. (2021). Puberty blockers for gender dysphoria: The science is far from settled. *The Lancet Child & Adolescent Health*, *5*(9), e33–e34. doi:10.1016/S2352-4642(21)00235-2

Malone, W. J., Hruz, P. W., Mason, J. W., & Beck, S. (2021). Letter to the editor from william j. Malone et al: "Proper care of transgender and gender-diverse persons in the setting of proposed discrimination: a policy perspective"." J Clin Endocrinol Metab, *106*(8), e3287–e3288. doi:10.1210/clinem/dgab205

Manrique, O. J., Adabi, K., Martinez-Jorge, J., Ciudad, P., Nicoli, F., & Kiranantawat, K. (2018). Complications and patient-reported outcomes in male-to-female vaginoplasty–where we are today: A systematic review and meta-analysis. *Annals of Plastic Surgery*, *80*(6), 684–691. doi:10.1097/SAP.0000000000001393

Mars, B., Heron, J., Klonsky, E. D., Moran, P., O'Connor, R. C., Tilling, K., Wilkinson, P., & Gunnell, D. (2019). Predictors of future suicide attempt among adolescents with suicidal thoughts or non-suicidal self-harm: A population-based birth cohort study. *The Lancet Psychiatry*, *6*(4), 327–337. doi:10.1016/S2215-0366(19)30030-6



Mathes, T., & Pieper, D. (2017). Clarifying the distinction between case series and cohort studies in systematic reviews of comparative studies: Potential impact on body of evidence and workload. *BMC Medical Research Methodology*, *17*(1), 107. doi:10.1186/s12874-017-0391-8

McGuire, J. K., Berg, D., Catalpa, J. M., Morrow, Q. J., Fish, J. N., Nic Rider, G., Steensma, T., Cohen-Kettenis, P. T., & Spencer, K. (2020). Utrecht Gender Dysphoria Scale - gender spectrum (UGDS-GS): Construct validity among transgender, nonbinary, and LGBQ samples. *International Journal of Transgender Health*, *21*(2), 194–208. doi:10.1080/26895269.2020.1723460

Morandini, J. S., Kelly, A., de Graaf, N. M., Carmichael, P., & Dar-Nimrod, I. (2021). Shifts in demographics and mental health co-morbidities among gender dysphoric youth referred to a specialist gender dysphoria service. *Clinical Child Psychology and Psychiatry*, 135910452110468. doi:10.1177/13591045211046813

National Institute for Health and Care Excellence. (2020a). Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria. https://arms.nice.org.uk/resources/hub/1070905/attachment

National Institute for Health and Care Excellence. (2020b). Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria. https://arms.nice.org.uk/resources/hub/1070871/attachment

Nota, N. M., Wiepjes, C. M., de Blok, C. J. M., Gooren, L. J. G., Kreukels, B. P. C., & den Heijer, M. (2019). Occurrence of acute cardiovascular events in transgender individuals receiving hormone therapy: Results from a Large Cohort Study. *Circulation*, *139*(11), 1461–1462. doi:10.1161/CIRCULATIONAHA.118.038584

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics*, *137*(3), 1–16. iii.

Ouliaris, C. (2021). Consent for treatment of gender dysphoria in minors: evolving clinical and legal frameworks. *The Medical journal of Australia*, Advance online publication. doi:10.5694/mja2.51357

Paine, E. A. (2021). "Fat broken arm syndrome": Negotiating risk, stigma, and weight bias in LGBTQ healthcare. Soc Sci Med, *270*, 113609. doi:10.1016/j.socscimed.2020.113609

Planned Parenthood League of Massachusetts. (n.d.) Gender affirming hormone therapy. Retrieved December 26, 2021, from https://www.plannedparenthood.org/planned-parenthood-massachusetts/campaigns/gender-affirming-hormone-therapy

Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence, & Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4), e20182162. doi:10.1542/peds.2018-2162

Right to medical or dental treatment without parental consent, Oregon ORS Volume 3, Title 11, 109.640 (2010). https://oregon.public.law/statutes/ors_109.640

Ristori, J., & Steensma, T. D. (2016). Gender dysphoria in childhood. *International Review of Psychiatry*, *28*(1), 13–20. doi:10.3109/09540261.2015.1115754

Rood, B. A., Reisner, S. L., Surace, F. I., Puckett, J. A., Maroney, M. R., & Pantalone, D. W. (2016). Expecting rejection: Understanding the minority stress experiences of transgender and gender-nonconforming individuals. *Transgender Health*, *1*(1), 151–164. doi:10.1089/trgh.2016.0012

Ross, M. W., & Need, J. A. (1989). Effects of adequacy of gender reassignment surgery on psychological adjustment: A follow-up of fourteen male-to-female patients. *Archives of Sexual Behavior*, *18*(2), 145–153. doi:10.1007/BF01543120

Schulz, S. L. (2018). The informed consent model of transgender care: An alternative to the diagnosis of gender dysphoria. *Journal of Humanistic Psychology*, *58*(1), 72–92. doi:10.1177/0022167817745217

Simon, G. E., & VonKorff, M. (1998). Suicide mortality among patients treated for depression in an insured population. *American Journal of Epidemiology*, *147*, 155–160. doi:10.1093/oxfordjournals.aje.a009428

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). A follow-up study of boys with gender identity disorder. *Frontiers in Psychiatry*, *12*. doi:10.3389/fpsyt.2021.632784

Smith, Y. L. S., Van Goozen, S. H. M., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: A prospective Follow-up Study. J Am Acad Child Adolesc Psychiatry, *40*(4), 472–481. doi:10.1097/00004583-200104000-00017

Smith, A. R., Zuromski, K. L., & Dodd, D. R. (2018). Eating disorders and suicidality: What we know, what we don't know, and suggestions for future research. *Current Opinion in Psychology*, *22*, 63–67. doi:10.1016/j.copsyc.2017.08.023

Spiliadis, A. (2019). Towards a gender exploratory model: Slowing things down, opening things up and exploring identity development. Metalogos Systemic Therapy Journal, *35*, 1–9. https://www.ohchr.org/Documents/Issues/SexualOrientation/IESOGI/Other/Rebekah_Murphy_TowardsaGenderExploratoryModelslowingthingsdownopeningthingsupandexploringidentitydevelopment.pdf

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child & Adolescent Psychiatry*, *52*(6), 582–590. doi:10.1016/j.jaac.2013.03.016

Strang, J. F., Janssen, l, Tishelman, A., Leibowitz, S. F., Kenworthy, L., McGuire, J. K., Edwards-Leeper, L., Mazefsky, C. A., Rofey, D., Bascom, J, Caplan, R., Gomez-Lobo, V., Berg, D, Zaks, Z., Wallace, G. L., Wimms, H., Pine-Twaddell, E., Shumer, D., Register-Brown, K., … Anthony, L. G. (2018). Revisiting the link: Evidence of

the rates of autism in studies of gender diverse individuals. *Journal of the American Academy of Child and Adolescent Psychiatry*, *57*(11), 885–887. doi:10.1016/j.jaac.2018.04.023

Tavistock and Portman NHS Foundation Trust. (2020). Gender identity development service referrals in 2019–20 same as 2018–19. https://tavistockandportman.nhs.uk/about-us/news/stories/gender-identity-development-servic e-referrals-2019-20-same-2018-19/

Temple Newhook, J., Pyne, J., Winters, K., Feder, S., Holmes, C., Tosh, J., Sinnott, M.-L., Jamieson, A., & Pickett, S. (2018). A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism*, *19*(2), 212–224. doi:10.1080/1553273 9.2018.1456390

The Trevor Project. (2021). National Survey on LGBTQ Youth Mental Health 2021. Retrieved January 3, 2022, from https://www.thetrevorproject.org/survey-2021/?section=SuicideMentalHealth

Toomey, R. B., Syvertsen, A. K., & Shramko, M. (2018). Transgender Adolescent Suicide Behavior. *Pediatrics*, *142*(4). doi:10.1542/peds.2017-4218

Turban, J. L. (2018). Potentially reversible social deficits among transgender youth. *Journal of Autism and Developmental Disorders*, *48*(12), 4007–4009. doi:10.1007/s10803-018-3603-0

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). Pubertal suppression for transgender youth and risk of suicidal ideation. *Pediatrics*, *145*(2), e20191725. doi:10.1542/peds.2019-1725

Turban, J. L., & van Schalkwyk, G. I. (2018). "Gender Dysphoria" and autism spectrum disorder: is the link real? *Journal of the American Academy of Child & Adolescent Psychiatry*, *57*(1), 8–9.e2. doi:10.1016/j.jaac.2017.08.017

van der Miesen, A. I. R., Cohen-Kettenis, P. T., & de Vries, A. L. C. (2018). Is there a link between gender dysphoria and autism spectrum disorder? *Journal of the American Academy of Child & Adolescent Psychiatry*, *57*(11), 884–885. doi:10.1016/j.jaac.2018.04.022

Vandenbussche, E. (2021). Detransition-related needs and support: A cross-sectional online survey. *Journal of Homosexuality*, *20,* 1–19. doi:10.1080/00918369.2021.1919479

Voorzij. (2021). More research is urgently needed into transgender care for young people: "Where does the large increase of children come from?" Retrieved December 20, 2021, from https://www.voorzij.nl/more-researc h-is-urgently-needed-into-transgender-care-for-young-people-where-does-the-large-increase-of-chi ldren-come-from/.

Vrouenraets, L., de Vries, A., de Vries, M. C., van der Miesen, A., & Hein, I. M. (2021). Assessing medical decision-making competence in transgender youth. *Pediatrics*, *148*, e2020049643. Advance online publication. doi:10.1542/peds.2020-049643

Vrouenraets, L., Hartman, L. A., Hein, I. M., de Vries, A., de Vries, M. C., & Molewijk, B. (2020). Dealing with moral challenges in treatment of transgender children and adolescents: Evaluating the role of moral case deliberation. *Archives of sexual behavior*, *49*(7), 2619–2634. doi:10.1007/s10508-020-01762-3

Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., Blok, C. J. M., Coumou, B. J. G., & Steensma, T. D. (2020). Trends in suicide death risk in transgender people: Results from the Amsterdam Cohort of Gender Dysphoria Study (1972–2017)). *Acta Psychiatrica Scandinavica*, *141*(6), 486–491. doi:10.1111/acps.13164

Wiepjes, C. M., Nota, N. M., de Blok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M.-B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L. J. G., Kreukels, B. P. C., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets. *The Journal of Sexual Medicine*, *15*(4), 582–590. doi:10.1016/j.jsxm.2018.01.016

Wilson, S. C., Morrison, S. D., Anzai, L., Massie, J. P., Poudrier, G., Motosko, C. C., & Hazen, A. (2018). Masculinizing top surgery: A systematic review of techniques and outcomes. *Annals of Plastic Surgery*, *80*(6), 679–683. doi:10.1097/SAP.0000000000001354

World Health Organization. (2019). International statistical classification of diseases and related health problems (11th ed.). https://icd.who.int/

Zucker, K. J. (2017). Epidemiology of gender dysphoria and transgender identity. *Sexual Health*, *14*(5), 404. doi:10.1071/SH17067

Zucker, K. J. (2018). The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children" by Temple Newhook et al. (2018). *International Journal of Transgenderism*, *19*(2), 231–245. doi:10.1080/15532739.2018.1468293

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior*, *48*(7), 1983–1992. doi:10.1007/s10508-019-01518-8

Zucker, K. J. (2020). Debate: Different strokes for different folks. *Child and Adolescent Mental Health*, *25*(1), 36–37. doi:10.1111/camh.12330

Downloaded from http://journals.lww.com/greenjournal by z9H4SE/EDD4E/vo2zapa3bTrX2OIbm2zz2WVDbJ3t5EFtY0I68N0aYcISWo9Be7Zf/yk4cqET1QHq8mhT7buCbl8Z2MK0ZqdHno3Yf1nR7AUYsmwr7N/t8pH0d2+a/OLzoMQ1g1Yiq8NiKC4cLBcy8Ppz QNDVoxbqV6uymwyiVx+XzS3zx0fx= on 07/11/2023

Reproductive Endocrinology: *Case Report*

# Pregnancy Outcomes After Fertility Preservation in Transgender Men

Susan Maxwell, MD,
Nicole Noyes, MD,
David Keefe, MD,
Alan S. Berkeley, MD,
and Kara N. Goldman, MD

**BACKGROUND:** Transgender individuals, individuals whose gender identity does not align with their sex assigned at birth, undergoing gender-affirming hormonal or surgical therapies may experience loss of fertility. Assisted reproductive technologies have expanded family-building options for transgender men who were assigned female at birth.

**CASES:** Three transgender men underwent oocyte cryopreservation before gender-affirming hormonal therapy. One patient underwent fertility preservation as an adolescent. Two adult patients had children using their cryopreserved oocytes, with the pregnancies carried by their sexually intimate partners.

**CONCLUSION:** Transgender men with cryopreserved gametes can build families in a way that affirms their gender identity. Obstetrician–gynecologists should be familiar with the fertility needs of transgender patients so appropriate discussions and referrals can be made.

*(Obstet Gynecol 2017;129:1031–4)*
*DOI: 10.1097/AOG.0000000000002036*

*From the Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, New York University School of Medicine, New York, New York.*

*The authors thank the patients of NYUFC for permitting us to share their fertility preservation stories and Tiffany Cook for her expertise and review of our manuscript.*

*Each author has indicated that he or she has met the journal's requirements for authorship.*

*Corresponding author: Susan Maxwell, MD, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, New York University School of Medicine, 660 First Avenue, 5th Floor, New York, NY 10016; email: Susan.mcclelland@nyumc.org.*

**Financial Disclosure**
*The authors did not report any potential conflicts of interest.*

© 2017 by The American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. All rights reserved.
ISSN: 0029-7844/17

**Teaching Points**

1. Transgender individuals considering gender-affirming therapies should be counseled about fertility preservation.
2. Many family-building options using assisted reproductive technologies are available for transgender men.

Gender nonconformity occurs when an individual's gender identity differs from societal expectations. Transgender is an umbrella term that refers to individuals with a gender identity that does not align with their sex assigned at birth; therefore, transgender men are men who were assigned female at birth. Cisgender individuals' gender identity aligns with their sex assigned at birth. Gender dysphoria is psychological distress caused by a discrepancy between a person's gender identity and their sex assigned at birth.[1] Treatment for gender dysphoria may include psychotherapy and gender-affirming hormone and surgical therapies, which may result in loss of fertility. The World Professional Association for Transgender Health publishes guidelines for health care professionals caring for transgender individuals. They urge physicians to discuss the effect of gender-affirming treatments on fertility.[1] Physicians should be familiar with the fertility preservation options available for transgender patients.

This case series presents three transgender men who underwent oocyte cryopreservation before initiation of gender-affirming hormone therapy. Two patients returned to use their gametes and had pregnancies carried by their sexually intimate partners. Patients' preferred pronouns (ie, he and his) are used. All patients provided written permission to include their deidentified medical histories. Successful oocyte cryopreservation in an adolescent transgender boy has been documented previously; however, our case series uniquely describes the family-building options available to transgender individuals after fertility preservation.[2]

## CASE 1

The patient is a 17-year-old adolescent transgender boy, gravida 0, referred by his endocrinologist for fertility preservation before initiating androgen therapy. He was accompanied by his mother, who supported his decision to transition before attending college. After counseling, he

Copyright © by The American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

App.0712



Downloaded from http://journals.lww.com/greenjournal by zJHrSGsEGDtxkEvci2apg5iTtXO0vm2zz2WxDkJ3k5EfY7 0i6BN0aYcISWs9Bo7ZHykdcqfTQHq6tmh1T7ucOsB2ZM8ZqdHno/yf/mf7A7uVymmw/TNtBHN4z+sfOL2xM0Dg1YigHNiKC4cLBcyJ8PgZ on 07/11/2023

elected to undergo oocyte cryopreservation. Controlled ovarian hyperstimulation was performed in a routine fashion using a gonadotropin-releasing hormone antagonist protocol. A total of 21 oocytes were retrieved and 17 mature oocytes were cryopreserved with vitrification. His oocytes remain in storage.

## CASE 2

The patient is a 30-year-old single transgender man, gravida 0, who presented for fertility preservation with oocyte cryopreservation before initiating androgen therapy. Controlled ovarian hyperstimulation was performed using a low-dose leuprolide acetate protocol. Forty-five mature oocytes were obtained and cryopreserved.

After 8 years on androgen therapy, he returned with his partner, a 34-year-old cisgender woman, gravida 0. He desired embryo creation using donor sperm with transfer of embryos into his cisgender partner. On pan-ethnic carrier screening, he was found to carry a fragile X premutation. His partner underwent physical examination, saline infusion ultrasonography, and U.S. Food and Drug Administration testing, which were normal. The couple requested preimplantation genetic screening and diagnosis for aneuploidy and fragile X.

Twenty of the 45 oocytes were thawed, and 18 (90%) survived, with 17 (94%) fertilized after intracytoplasmic sperm injection. The embryos were cultured for 5–6 days, and 12 blastocysts underwent trophectoderm biopsy followed by vitrification. Comprehensive chromosomal screening using array comparative genomic hybridization resulted in six euploid embryos. Five of those were fragile X premutation carriers and one was unaffected. The endometrium was prepared using sequentially increasing doses of oral estradiol until the diameter reached 8.4 mm. Fifty milligrams of daily intramuscular progesterone in oil was started on cycle day 14. The unaffected euploid embryo was thawed and transferred on the sixth day of progesterone therapy.

On cycle day 28, her serum quantitative human chorionic gonadotropin level was 180 milli-international units/mL. First-trimester ultrasonography revealed monozygotic–diamniotic twins. The twins were delivered by cesarean at 34 weeks of gestation as a result of preterm prelabor rupture of membranes and weighed 4 pounds 13 ounces and 4 pounds 9 ounces. The infants were doing well at 4-month follow-up.

## CASE 3

The patient is a 32-year-old single transgender man, gravida 0, who presented for fertility preservation with oocyte cryopreservation. He had undergone a bilateral mastectomy and planned on initiating gender-affirming hormone therapy. Controlled ovarian hyperstimulation was performed using a low-dose leuprolide acetate protocol. Thirteen mature and six immature oocytes were retrieved and cryopreserved.

Five years later he desired creation of embryos with donor sperm and transfer of the embryos into his partner, a 45-year-old healthy cisgender woman, gravida 1 para 0010. He had been receiving androgen therapy. His partner underwent physical examination, saline infusion ultrasonography, and U.S. Food and Drug Administration testing. Endometrial preparation was performed as described previously and the diameter reached 12.5 mm. Vaginal progesterone twice daily was added on the day of oocyte thaw.

Nineteen cryopreserved oocytes were thawed with 95% survival. Fourteen were mature and 11 (79%) fertilized after intracytoplasmic sperm injection. Embryos were cultured for 5–6 days, one grade 4 Bb day 5 embryo was transferred, and the remaining five underwent vitrification. A biochemical pregnancy resulted. Two months later a frozen embryo transfer cycle was initiated with endometrial preparation. Two day 5 grade 4 Bb embryos were transferred on the sixth day of vaginal progesterone. Cycle day 28 and day 35 human chorionic gonadotropin levels were 263 and 4,384 milli-international units/mL. First-trimester ultrasonography revealed dichorionic–diamniotic twins. The twins were delivered by cesarean for preeclampsia at 35 5/7 weeks of gestation. One neonate weighed 4 pounds 9 ounces, and the second weighed 4 pounds 15 ounces. The infants were doing well at 11-month follow-up.

## DISCUSSION

Assisted reproductive technologies have greatly expanded family-building options for transgender individuals. These cases demonstrate how transgender men with cryopreserved gametes can build families in a way that affirms their gender identity. These patients were young at the time of oocyte cryopreservation and were referred for fertility preservation before undergoing gender-affirming hormonal therapy, which contributed to their successful outcomes. Obstetrician–gynecologists should be familiar with the fertility preservation options for transgender individuals and the benefits of early fertility preservation before gender-affirming therapies.

Many transgender individuals desire a family. In a survey of 50 transgender individuals in Belgium, 54% were interested in family-building. Of 11 participants with children, eight had partners who conceived with donor sperm and three conceived themselves before undergoing gender-affirming therapies. None had used assisted reproductive technology, but 37.5% would have considered fertility preservation if available.[3]

Gender-affirming hormone therapy significantly affects reproduction. Among transgender women, estrogen therapy suppresses gonadotropin levels resulting in impaired testosterone production. Reduced testosterone levels decrease sperm count and motility. Cessation of estrogen therapy may reverse these effects, but this is not well studied. Among transgender men, testosterone therapy induces amenorrhea by suppressing ovulation. The effects of testosterone on ovarian function may also be reversible after discontinuing testosterone.

Copyright © by The American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

App.0713



Downloaded from http://journals.lww.com/greenjournal by z9H4SGs4EGDhKEvd2qqe8TfXDOm2zzz0WADuJ9J5EFfY0i6N0aYrdSWs9Bo7Zf9i4cqEfOHq8mhT7buO8BZ2bMG2qdHno7gYnhf7kL0Yrvmmw1TNII8yHkl2+a/OLzxMGgYt1gHNIKC4cLBcy8Pqz on 07/11/2023

To avoid discontinuing gender-affirming hormones and the potential for compromised fertility, transgender individuals who want to maintain fertility may undergo cryopreservation of their gametes. Transgender women may cryopreserve sperm.[4] Transgender men have the option of oocyte cryopreservation or embryo banking (cryopreservation of embryos for future use) (Table 1).[2] The creation of embryos for fertility preservation using partner or donor sperm may result in improved pregnancy rates at some centers compared with the use of cryopreserved oocytes. This may have implications for the early use of donor sperm for some individuals.[5]

Gender-affirming surgical procedures involving reproductive organs cause permanent loss of fertility. Ovarian tissue cryopreservation is available for individuals undergoing oophorectomy; however, it is still considered experimental. Use of autologous transplanted ovarian tissue requires a patient to discontinue androgen therapy, and in vitro fertilization is often necessary. The number of oocytes retrieved from stimulated ovarian grafts is variable and dependent on graft function, graft size, and ovarian reserve before tissue harvesting.[6] Among transgender oophorectomized patients, frozen–thawed ovarian tissue must be grafted to a nonovary surface, which is associated with diminished pregnancy success.

Transgender men who want the option to carry a pregnancy should consider oophorectomy without hysterectomy. Ovaries are not required to maintain a pregnancy because exogenous hormones are administered. Transgender men can carry pregnancies after stopping testosterone therapy; however, discontinuing gender-affirming hormones may cause distress.[7] Alternatively, pregnancies may be carried by a partner or gestational carrier. Transgender men undergoing oophorectomy should be counseled about the requirement for long-term access to androgen or hormone therapy to prevent bone loss associated with menopause.

Gamete cryopreservation should be considered for adolescent transgender or gender-nonconforming youth initiating gender-affirming hormones. Early initiation of gender-affirming hormones prevents irreversible physical changes and reduces gender dysphoria. Gonadotropin-releasing hormone agonists are used once adolescents reach Tanner stages 2–3 of pubertal development to suppress secondary sex characteristics. This reversible therapy allows adolescents to explore their gender identity before starting gender-affirming hormones. The Endocrine Society recommends postponing gender-affirming hormones until age 16 years and surgical procedures until age 18 years, but this remains controversial.[4]

Fertility preservation among adolescent transgender boys is predominantly restricted to oocyte cryopreservation. Adolescents respond well and tolerate controlled ovarian hyperstimulation during oocyte cryopreservation. Follicular monitoring with abdominal ultrasonograms in both adolescents and adults decreases discomfort and anxiety. Given its experimental nature, ovarian tissue cryopreservation is reserved for adolescents with a concomitant medical condition such as those undergoing gonadotoxic cancer treatments.

**Table 1. Fertility Preservation Options for Adolescent Transgender Boys and Adult Transgender Men**

| Age Group (y) | Method | Advantages | Disadvantages |
|---|---|---|---|
| Younger than 18 | OC | Well-tolerated<br>Minimally invasive outpatient procedure | Must be perimenarchal or postmenarchal |
| | OTC | Available before menarche | Experimental |
| | | | Not recommended unless concomitant medical condition (ie, undergoing chemotherapy for cancer) |
| | | | Requires invasive surgical procedure |
| 18 or older | OC | More flexibility for the future use of gametes | Difficult to estimate number of oocytes needed for a live birth |
| | | | Embryo formation rates may be lower at some centers |
| | OTC | No need to stop androgen therapy before surgery<br>Performed at the time of planned oophorectomy | Experimental<br>Suboptimal graft function if tissue transplantation onto peritoneal surface, requires IVF |
| | EB | More accurate estimate of chance of live birth<br>Can perform CCS before embryo cryopreservation | Requires sperm source (donor or partner)<br>Legal implications if partners separate after creating embryos |

OC, oocyte cryopreservation; OTC, ovarian tissue cryopreservation; IVF, in vitro fertilization; EB, embryo banking; CCS, comprehensive chromosomal screening.

Copyright © by The American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

App.0714



Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232

Transgender individuals face many barriers to health care and have difficulty finding physicians familiar with their medical needs.[8] Furthermore, the cost of gender-affirming therapies and fertility preservation is rarely covered by insurance. Obstetrician–gynecologists play an important role in the reproductive health of transgender patients. They must be familiar with the types of gender-affirming therapies and fertility needs of transgender individuals so appropriate counseling and referrals are made.[8]

## REFERENCES

1. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgend 2012;13:165–232.

2. Wallace SA, Blough KL, Kondapalli LA. Fertility preservation in the transgender patient: expanding oncofertility care beyond cancer. Gynecol Endocrinol 2014;30:868–71.

3. Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D, Van de Peer F, et al. Reproductive wish in transsexual men. Hum Reprod 2012;27:483–7.

4. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ 3rd, Spack NP, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2009;94:3132–54.

5. Practice Committees of American Society for Reproductive Medicine; Society for Assisted Reproductive Technology. Mature oocyte cryopreservation: a guideline. Fertil Steril 2013;99:37–43.

6. Meirow D, Ra'anani H, Shapira M, Brenghausen M, Derech Chaim S, Aviel-Ronen S, et al. Transplantations of frozen thawed ovarian tissue demonstrate high reproductive performance and the need to revise restrictive criteria. Fertil Steril 2016;106:467–74.

7. Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. Obstet Gynecol 2014;124:1120–7.

8. Care for transgender adolescents. Committee Opinion No. 685. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017;129:e11–6.

# What's in This Month's Issue of *Obstetrics & Gynecology*? Sign up for the eTOC and find out.

The journal's electronic table of contents (eTOC) can be delivered to you each month by email. To sign up, follow these simple steps:

1. Go to www.greenjournal.org
2. Scroll to the current issue on the right hand side and click on **"Subscribe to eTOC"**
3. Enter your email address in the box that pops up
4. Click **"Continue"**
5. An email will be sent to the address you provided. Click on the link in the body of that email to confirm your eTOC subscription

*rev 6/2017*

Copyright © by The American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

App.0715

# Endocrine Treatment of Gender-Dysphoric/ Gender-Incongruent Persons: An Endocrine Society* Clinical Practice Guideline

Wylie C. Hembree,[1] Peggy T. Cohen-Kettenis,[2] Louis Gooren,[3] Sabine E. Hannema,[4] Walter J. Meyer,[5] M. Hassan Murad,[6] Stephen M. Rosenthal,[7] Joshua D. Safer,[8] Vin Tangpricha,[9] and Guy G. T'Sjoen[10]

[1]New York Presbyterian Hospital, Columbia University Medical Center, New York, New York 10032 (Retired); [2]VU University Medical Center, 1007 MB Amsterdam, Netherlands (Retired); [3]VU University Medical Center, 1007 MB Amsterdam, Netherlands (Retired); [4]Leiden University Medical Center, 2300 RC Leiden, Netherlands; [5]University of Texas Medical Branch, Galveston, Texas 77555; [6]Mayo Clinic Evidence-Based Practice Center, Rochester, Minnesota 55905; [7]University of California San Francisco, Benioff Children's Hospital, San Francisco, California 94143; [8]Boston University School of Medicine, Boston, Massachusetts 02118; [9]Emory University School of Medicine and the Atlanta VA Medical Center, Atlanta, Georgia 30322; and [10]Ghent University Hospital, 9000 Ghent, Belgium

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

**\*Cosponsoring Associations:** American Association of Clinical Endocrinologists, American Society of Andrology, European Society for Pediatric Endocrinology, European Society of Endocrinology, Pediatric Endocrine Society, and World Professional Association for Transgender Health.

**Objective:** To update the "Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline," published by the Endocrine Society in 2009.

**Participants:** The participants include an Endocrine Society–appointed task force of nine experts, a methodologist, and a medical writer.

**Evidence:** This evidence-based guideline was developed using the Grading of Recommendations, Assessment, Development, and Evaluation approach to describe the strength of recommendations and the quality of evidence. The task force commissioned two systematic reviews and used the best available evidence from other published systematic reviews and individual studies.

**Consensus Process:** Group meetings, conference calls, and e-mail communications enabled consensus. Endocrine Society committees, members and cosponsoring organizations reviewed and commented on preliminary drafts of the guidelines.

**Conclusion:** Gender affirmation is multidisciplinary treatment in which endocrinologists play an important role. Gender-dysphoric/gender-incongruent persons seek and/or are referred to endocrinologists to develop the physical characteristics of the affirmed gender. They require a safe and effective hormone regimen that will (1) suppress endogenous sex hormone secretion determined by the person's genetic/gonadal sex and (2) maintain sex hormone levels within the normal range for the person's affirmed gender. Hormone treatment is not recommended for prepubertal gender-dysphoric/gender-incongruent persons. Those clinicians who recommend gender-affirming endocrine treatments—appropriately trained diagnosing clinicians (required), a mental health provider for adolescents (required) and mental health

ISSN Print 0021-972X  ISSN Online 1945-7197
Printed in USA
Copyright © 2017 Endocrine Society
Received 24 July 2017. Accepted 24 August 2017.
First Published Online 13 September 2017

Abbreviations: BMD, bone mineral density; DSD, disorder/difference of sex development; DSM, Diagnostic and Statistical Manual of Mental Disorders; GD, gender dysphoria; GnRH, gonadotropin-releasing hormone; ICD, International Statistical Classification of Diseases and Related Health Problems; MHP, mental health professional; VTE, venous thromboembolism.

App.0716

Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

professional for adults (recommended)—should be knowledgeable about the diagnostic criteria and criteria for gender-affirming treatment, have sufficient training and experience in assessing psychopathology, and be willing to participate in the ongoing care throughout the endocrine transition. We recommend treating gender-dysphoric/gender-incongruent adolescents who have entered puberty at Tanner Stage G2/B2 by suppression with gonadotropin-releasing hormone agonists. Clinicians may add gender-affirming hormones after a multidisciplinary team has confirmed the persistence of gender dysphoria/gender incongruence and sufficient mental capacity to give informed consent to this partially irreversible treatment. Most adolescents have this capacity by age 16 years old. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to age 16 years, although there is minimal published experience treating prior to 13.5 to 14 years of age. For the care of peripubertal youths and older adolescents, we recommend that an expert multidisciplinary team comprised of medical professionals and mental health professionals manage this treatment. The treating physician must confirm the criteria for treatment used by the referring mental health practitioner and collaborate with them in decisions about gender-affirming surgery in older adolescents. For adult gender-dysphoric/gender-incongruent persons, the treating clinicians (collectively) should have expertise in transgender-specific diagnostic criteria, mental health, primary care, hormone treatment, and surgery, as needed by the patient. We suggest maintaining physiologic levels of gender-appropriate hormones and monitoring for known risks and complications. When high doses of sex steroids are required to suppress endogenous sex steroids and/or in advanced age, clinicians may consider surgically removing natal gonads along with reducing sex steroid treatment. Clinicians should monitor both transgender males (female to male) and transgender females (male to female) for reproductive organ cancer risk when surgical removal is incomplete. Additionally, clinicians should persistently monitor adverse effects of sex steroids. For gender-affirming surgeries in adults, the treating physician must collaborate with and confirm the criteria for treatment used by the referring physician. Clinicians should avoid harming individuals (via hormone treatment) who have conditions other than gender dysphoria/gender incongruence and who may not benefit from the physical changes associated with this treatment. (*J Clin Endocrinol Metab* 102: 3869–3903, 2017)

## Summary of Recommendations

### 1.0 Evaluation of youth and adults

1.1.  We advise that only trained mental health professionals (MHPs) who meet the following criteria should diagnose gender dysphoria (GD)/gender incongruence in adults: (1) competence in using the Diagnostic and Statistical Manual of Mental Disorders (DSM) and/or the International Statistical Classification of Diseases and Related Health Problems (ICD) for diagnostic purposes, (2) the ability to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (*e.g.*, body dysmorphic disorder), (3) training in diagnosing psychiatric conditions, (4) the ability to undertake or refer for appropriate treatment, (5) the ability to psychosocially assess the person's understanding, mental health, and social conditions that can impact gender-affirming hormone therapy, and (6) a practice of regularly attending relevant professional meetings. (Ungraded Good Practice Statement)

1.2.  We advise that only MHPs who meet the following criteria should diagnose GD/gender incongruence in children and adolescents: (1) training in child and adolescent developmental psychology and psychopathology, (2) competence in using the DSM and/or the ICD for diagnostic purposes, (3) the ability to make a distinction between GD/gender incongruence and conditions that have similar features (*e.g.*, body dysmorphic disorder), (4) training in diagnosing psychiatric conditions, (5) the ability to undertake or refer for appropriate treatment, (6) the ability to psychosocially assess the person's understanding and social conditions that can impact gender-affirming hormone therapy, (7) a practice of regularly attending relevant professional meetings, and (8) knowledge of the criteria for puberty blocking and gender-affirming hormone treatment in adolescents. (Ungraded Good Practice Statement)

1.3.  We advise that decisions regarding the social transition of prepubertal youths with GD/gender incongruence are made with the assistance of an MHP or another experienced professional. (Ungraded Good Practice Statement)

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

1.4. We recommend against puberty blocking and gender-affirming hormone treatment in pre-pubertal children with GD/gender incongruence. (1 l⊕⊕○○)

1.5. We recommend that clinicians inform and counsel all individuals seeking gender-affirming medical treatment regarding options for fertility preservation prior to initiating puberty suppression in adolescents and prior to treating with hormonal therapy of the affirmed gender in both adolescents and adults. (1 l⊕⊕⊕○)

## 2.0 Treatment of adolescents

2.1. We suggest that adolescents who meet diagnostic criteria for GD/gender incongruence, fulfill criteria for treatment, and are requesting treatment should initially undergo treatment to suppress pubertal development. (2 l⊕⊕○○)

2.2. We suggest that clinicians begin pubertal hormone suppression after girls and boys first exhibit physical changes of puberty. (2 l⊕⊕○○)

2.3. We recommend that, where indicated, GnRH analogues are used to suppress pubertal hormones. (1 l⊕⊕○○)

2.4. In adolescents who request sex hormone treatment (given this is a partly irreversible treatment), we recommend initiating treatment using a gradually increasing dose schedule after a multidisciplinary team of medical and MHPs has confirmed the persistence of GD/gender incongruence and sufficient mental capacity to give informed consent, which most adolescents have by age 16 years. (1 l⊕⊕○○).

2.5. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to the age of 16 years in some adolescents with GD/gender incongruence, even though there are minimal published studies of gender-affirming hormone treatments administered before age 13.5 to 14 years. As with the care of adolescents ≥16 years of age, we recommend that an expert multidisciplinary team of medical and MHPs manage this treatment. (1 l⊕○○○)

2.6. We suggest monitoring clinical pubertal development every 3 to 6 months and laboratory parameters every 6 to 12 months during sex hormone treatment. (2 l⊕⊕○○)

## 3.0 Hormonal therapy for transgender adults

3.1. We recommend that clinicians confirm the diagnostic criteria of GD/gender incongruence and

the criteria for the endocrine phase of gender transition before beginning treatment. (1 l⊕⊕⊕○)

3.2. We recommend that clinicians evaluate and address medical conditions that can be exacerbated by hormone depletion and treatment with sex hormones of the affirmed gender before beginning treatment. (1 l⊕⊕⊕○)

3.3. We suggest that clinicians measure hormone levels during treatment to ensure that endogenous sex steroids are suppressed and administered sex steroids are maintained in the normal physiologic range for the affirmed gender. (2 l⊕⊕○○)

3.4. We suggest that endocrinologists provide education to transgender individuals undergoing treatment about the onset and time course of physical changes induced by sex hormone treatment. (2 l⊕○○○)

## 4.0 Adverse outcome prevention and long-term care

4.1. We suggest regular clinical evaluation for physical changes and potential adverse changes in response to sex steroid hormones and laboratory monitoring of sex steroid hormone levels every 3 months during the first year of hormone therapy for transgender males and females and then once or twice yearly. (2 l⊕⊕○○)

4.2. We suggest periodically monitoring prolactin levels in transgender females treated with estrogens. (2 l⊕⊕○○)

4.3. We suggest that clinicians evaluate transgender persons treated with hormones for cardiovascular risk factors using fasting lipid profiles, diabetes screening, and/or other diagnostic tools. (2 l⊕⊕○○)

4.4. We recommend that clinicians obtain bone mineral density (BMD) measurements when risk factors for osteoporosis exist, specifically in those who stop sex hormone therapy after gonadectomy. (1 l⊕⊕○○)

4.5. We suggest that transgender females with no known increased risk of breast cancer follow breast-screening guidelines recommended for non-transgender females. (2 l⊕○○○)

4.6. We suggest that transgender females treated with estrogens follow individualized screening according to personal risk for prostatic disease and prostate cancer. (2 l⊕○○○)

4.7. We advise that clinicians determine the medical necessity of including a total hysterectomy and oophorectomy as part of gender-affirming surgery. (Ungraded Good Practice Statement)

App.0718

## 5.0 Surgery for sex reassignment and gender confirmation

5.1. We recommend that a patient pursue genital gender-affirming surgery only after the MHP and the clinician responsible for endocrine transition therapy both agree that surgery is medically necessary and would benefit the patient's overall health and/or well-being. (1 |⊕⊕○○)

5.2. We advise that clinicians approve genital gender-affirming surgery only after completion of at least 1 year of consistent and compliant hormone treatment, unless hormone therapy is not desired or medically contraindicated. (Ungraded Good Practice Statement)

5.3. We advise that the clinician responsible for endocrine treatment and the primary care provider ensure appropriate medical clearance of transgender individuals for genital gender-affirming surgery and collaborate with the surgeon regarding hormone use during and after surgery. (Ungraded Good Practice Statement)

5.4. We recommend that clinicians refer hormone-treated transgender individuals for genital surgery when: (1) the individual has had a satisfactory social role change, (2) the individual is satisfied about the hormonal effects, and (3) the individual desires definitive surgical changes. (1 |⊕○○○)

5.5. We suggest that clinicians delay gender-affirming genital surgery involving gonadectomy and/or hysterectomy until the patient is at least 18 years old or legal age of majority in his or her country. (2 |⊕⊕○○).

5.6. We suggest that clinicians determine the timing of breast surgery for transgender males based upon the physical and mental health status of the individual. There is insufficient evidence to recommend a specific age requirement. (2 |⊕○○○)

## Changes Since the Previous Guideline

Both the current guideline and the one published in 2009 contain similar sections. Listed here are the sections contained in the current guideline and the corresponding number of recommendations: Introduction, Evaluation of Youth and Adults (5), Treatment of Adolescents (6), Hormonal Therapy for Transgender Adults (4), Adverse Outcomes Prevention and Long-term Care (7), and Surgery for Sex Reassignment and Gender Confirmation (6). The current introduction updates the diagnostic classification of "gender dysphoria/gender incongruence." It also reviews the development of "gender identity" and summarizes its natural development. The section on

clinical evaluation of both youth and adults, defines in detail the professional qualifications required of those who diagnose and treat both adolescents and adults. We advise that decisions regarding the social transition of prepubertal youth are made with the assistance of a mental health professional or similarly experienced professional. We recommend against puberty blocking followed by gender-affirming hormone treatment of prepubertal children. Clinicians should inform pubertal children, adolescents, and adults seeking gender-confirming treatment of their options for fertility preservation. Prior to treatment, clinicians should evaluate the presence of medical conditions that may be worsened by hormone depletion and/or treatment. A multidisciplinary team, preferably composed of medical and mental health professionals, should monitor treatments. Clinicians evaluating transgender adults for endocrine treatment should confirm the diagnosis of persistent gender dysphoria/gender incongruence. Physicians should educate transgender persons regarding the time course of steroid-induced physical changes. Treatment should include periodic monitoring of hormone levels and metabolic parameters, as well as assessments of bone density and the impact upon prostate, gonads, and uterus. We also make recommendations for transgender persons who plan genital gender-affirming surgery.

## Method of Development of Evidence-Based Clinical Practice Guidelines

The Clinical Guidelines Subcommittee (CGS) of the Endocrine Society deemed the diagnosis and treatment of individuals with GD/gender incongruence a priority area for revision and appointed a task force to formulate evidence-based recommendations. The task force followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation group, an international group with expertise in the development and implementation of evidence-based guidelines (1). A detailed description of the grading scheme has been published elsewhere (2). The task force used the best available research evidence to develop the recommendations. The task force also used consistent language and graphical descriptions of both the strength of a recommendation and the quality of evidence. In terms of the strength of the recommendation, strong recommendations use the phrase "we recommend" and the number 1, and weak recommendations use the phrase "we suggest" and the number 2. Cross-filled circles indicate the quality of the evidence, such that ⊕○○○ denotes very low–quality evidence; ⊕⊕○○, low quality; ⊕⊕⊕○, moderate quality; and ⊕⊕⊕⊕, high quality. The task force has confidence that persons who receive care according to the strong recommendations will derive, on average, more benefit than harm. Weak recommendations require more careful consideration of the person's circumstances, values, and preferences to determine the best course of action. Linked to each recommendation is a description of the evidence and the

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

values that the task force considered in making the recommendation. In some instances, there are remarks in which the task force offers technical suggestions for testing conditions, dosing, and monitoring. These technical comments reflect the best available evidence applied to a typical person being treated. Often this evidence comes from the unsystematic observations of the task force and their preferences; therefore, one should consider these remarks as suggestions.

In this guideline, the task force made several statements to emphasize the importance of shared decision-making, general preventive care measures, and basic principles of the treatment of transgender persons. They labeled these "Ungraded Good Practice Statement." Direct evidence for these statements was either unavailable or not systematically appraised and considered out of the scope of this guideline. The intention of these statements is to draw attention to these principles.

The Endocrine Society maintains a rigorous conflict-of-interest review process for developing clinical practice guidelines. All task force members must declare any potential conflicts of interest by completing a conflict-of-interest form. The CGS reviews all conflicts of interest before the Society's Council approves the members to participate on the task force and periodically during the development of the guideline. All others participating in the guideline's development must also disclose any conflicts of interest in the matter under study, and most of these participants must be without any conflicts of interest. The CGS and the task force have reviewed all disclosures for this guideline and resolved or managed all identified conflicts of interest.

Conflicts of interest are defined as remuneration in any amount from commercial interests; grants; research support; consulting fees; salary; ownership interests [*e.g.*, stocks and stock options (excluding diversified mutual funds)]; honoraria and other payments for participation in speakers' bureaus, advisory boards, or boards of directors; and all other financial benefits. Completed forms are available through the Endocrine Society office.

The Endocrine Society provided the funding for this guideline; the task force received no funding or remuneration from commercial or other entities.

## Commissioned Systematic Review

The task force commissioned two systematic reviews to support this guideline. The first one aimed to summarize the available evidence on the effect of sex steroid use in transgender individuals on lipids and cardiovascular outcomes. The review identified 29 eligible studies at moderate risk of bias. In transgender males (female to male), sex steroid therapy was associated with a statistically significant increase in serum triglycerides and low-density lipoprotein cholesterol levels. High-density lipoprotein cholesterol levels decreased significantly across all follow-up time periods. In transgender females (male to female), serum triglycerides were significantly higher without any changes in other parameters. Few myocardial infarction, stroke, venous thromboembolism (VTE), and death events were reported. These events were more frequent in transgender females. However, the quality of the evidence was low. The second review summarized the available evidence regarding the effect of sex steroids on bone health in transgender individuals and identified 13 studies. In transgender males, there was no statistically significant difference in the lumbar spine, femoral neck, or total hip BMD at 12 and 24 months compared with baseline values before initiating masculinizing hormone therapy. In transgender females, there was a statistically significant increase in lumbar spine BMD at 12 months and 24 months compared with baseline values before initiation of feminizing hormone therapy. There was minimal information on fracture rates. The quality of evidence was also low.

## Introduction

Throughout recorded history (in the absence of an endocrine disorder) some men and women have experienced confusion and anguish resulting from rigid, forced conformity to sexual dimorphism. In modern history, there have been numerous ongoing biological, psychological, cultural, political, and sociological debates over various aspects of gender variance. The 20th century marked the emergence of a social awakening for men and women with the belief that they are "trapped" in the wrong body (3). Magnus Hirschfeld and Harry Benjamin, among others, pioneered the medical responses to those who sought relief from and a resolution to their profound discomfort. Although the term transsexual became widely known after Benjamin wrote "The Transsexual Phenomenon" (4), it was Hirschfeld who coined the term "transsexual" in 1923 to describe people who want to live a life that corresponds with their experienced gender vs their designated gender (5). Magnus Hirschfeld (6) and others (4, 7) have described other types of trans phenomena besides transsexualism. These early researchers proposed that the gender identity of these people was located somewhere along a unidimensional continuum. This continuum ranged from all male through "something in between" to all female. Yet such a classification does not take into account that people may have gender identities outside this continuum. For instance, some experience themselves as having both a male and female gender identity, whereas others completely renounce any gender classification (8, 9). There are also reports of individuals experiencing a continuous and rapid involuntary alternation between a male and female identity (10) or men who do not experience themselves as men but do not want to live as women (11, 12). In some countries, (*e.g.*, Nepal, Bangladesh, and Australia), these nonmale or nonfemale genders are officially recognized (13). Specific treatment protocols, however, have not yet been developed for these groups.

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

App.0720

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

Instead of the term transsexualism, the current classification system of the American Psychiatric Association uses the term gender dysphoria in its diagnosis of persons who are not satisfied with their designated gender (14). The current version of the World Health Organization's ICD-10 still uses the term transsexualism when diagnosing adolescents and adults. However, for the ICD-11, the World Health Organization has proposed using the term "gender incongruence" (15).

Treating persons with GD/gender incongruence (15) was previously limited to relatively ineffective elixirs or creams. However, more effective endocrinology-based treatments became possible with the availability of testosterone in 1935 and diethylstilbestrol in 1938. Reports of individuals with GD/gender incongruence who were treated with hormones and gender-affirming surgery appeared in the press during the second half of the 20th century. The Harry Benjamin International Gender Dysphoria Association was founded in September 1979 and is now called the World Professional Association for Transgender Health (WPATH). WPATH published its first Standards of Care in 1979. These standards have since been regularly updated, providing guidance for treating persons with GD/gender incongruence (16).

Prior to 1975, few peer-reviewed articles were published concerning endocrine treatment of transgender persons. Since then, more than two thousand articles about various aspects of transgender care have appeared.

It is the purpose of this guideline to make detailed recommendations and suggestions, based on existing medical literature and clinical experience, that will enable treating physicians to maximize benefit and minimize risk when caring for individuals diagnosed with GD/gender incongruence.

In the future, we need more rigorous evaluations of the effectiveness and safety of endocrine and surgical protocols. Specifically, endocrine treatment protocols for GD/gender incongruence should include the careful assessment of the following: (1) the effects of prolonged delay of puberty in adolescents on bone health, gonadal function, and the brain (including effects on cognitive, emotional, social, and sexual development); (2) the effects of treatment in adults on sex hormone levels; (3) the requirement for and the effects of progestins and other agents used to suppress endogenous sex steroids during treatment; and (4) the risks and benefits of gender-affirming hormone treatment in older transgender people.

To successfully establish and enact these protocols, a commitment of mental health and endocrine investigators is required to collaborate in long-term, large-scale studies across countries that use the same diagnostic and inclusion criteria, medications, assay methods, and response assessment tools (e.g., the European Network for the Investigation of Gender Incongruence) (17, 18).

Terminology and its use vary and continue to evolve. Table 1 contains the definitions of terms as they are used throughout this guideline.

## Biological Determinants of Gender Identity Development

One's self-awareness as male or female changes gradually during infant life and childhood. This process of cognitive and affective learning evolves with interactions with parents, peers, and environment. A fairly accurate timetable exists outlining the steps in this process (19). Normative psychological literature, however, does not address if and when gender identity becomes crystallized and what factors contribute to the development of a gender identity that is not congruent with the gender of rearing. Results of studies from a variety of biomedical disciplines—genetic, endocrine, and neuroanatomic—support the concept that gender identity and/or gender expression (20) likely reflect a complex interplay of biological, environmental, and cultural factors (21, 22).

With respect to endocrine considerations, studies have failed to find differences in circulating levels of sex steroids between transgender and nontransgender individuals (23). However, studies in individuals with a disorder/difference of sex development (DSD) have informed our understanding of the role that hormones may play in gender identity outcome, even though most persons with GD/gender incongruence do not have a DSD. For example, although most 46,XX adult individuals with virilizing congenital adrenal hyperplasia caused by mutations in CYP21A2 reported a female gender identity, the prevalence of GD/gender incongruence was much greater in this group than in the general population without a DSD. This supports the concept that there is a role for prenatal/postnatal androgens in gender development (24–26), although some studies indicate that prenatal androgens are more likely to affect gender behavior and sexual orientation rather than gender identity per se (27, 28).

Researchers have made similar observations regarding the potential role of androgens in the development of gender identity in other individuals with DSD. For example, a review of two groups of 46,XY persons, each with androgen synthesis deficiencies and female raised, reported transgender male (female-to-male) gender role changes in 56% to 63% and 39% to 64% of patients, respectively (29). Also, in 46,XY female-raised individuals with cloacal

---

**Table 1.    Definitions of Terms Used in This Guideline**

---

*Biological sex, biological male or female:* These terms refer to physical aspects of maleness and femaleness. As these may not be in line with each other (*e.g.*, a person with XY chromosomes may have female-appearing genitalia), the terms biological sex and biological male or female are imprecise and should be avoided.

*Cisgender:* This means not transgender. An alternative way to describe individuals who are not transgender is "non-transgender people."

*Gender-affirming (hormone) treatment:* See "gender reassignment"

*Gender dysphoria:* This is the distress and unease experienced if gender identity and designated gender are not completely congruent (see Table 2). In 2013, the American Psychiatric Association released the fifth edition of the DSM-5, which replaced "gender identity disorder" with "gender dysphoria" and changed the criteria for diagnosis.

*Gender expression:* This refers to external manifestations of gender, expressed through one's name, pronouns, clothing, haircut, behavior, voice, or body characteristics. Typically, transgender people seek to make their gender expression align with their gender identity, rather than their designated gender.

*Gender identity/experienced gender:* This refers to one's internal, deeply held sense of gender. For transgender people, their gender identity does not match their sex designated at birth. Most people have a gender identity of man or woman (or boy or girl). For some people, their gender identity does not fit neatly into one of those two choices. Unlike gender expression (see below), gender identity is not visible to others.

*Gender identity disorder:* This is the term used for GD/gender incongruence in previous versions of DSM (see "gender dysphoria"). The ICD-10 still uses the term for diagnosing child diagnoses, but the upcoming ICD-11 has proposed using "gender incongruence of childhood."

*Gender incongruence:* This is an umbrella term used when the gender identity and/or gender expression differs from what is typically associated with the designated gender. Gender incongruence is also the proposed name of the gender identity–related diagnoses in ICD-11. Not all individuals with gender incongruence have gender dysphoria or seek treatment.

*Gender variance:* See "gender incongruence"

*Gender reassignment:* This refers to the treatment procedure for those who want to adapt their bodies to the experienced gender by means of hormones and/or surgery. This is also called gender-confirming or gender-affirming treatment.

*Gender-reassignment surgery (gender-confirming/gender-affirming surgery):* These terms refer only to the surgical part of gender-confirming/gender-affirming treatment.

*Gender role:* This refers to behaviors, attitudes, and personality traits that a society (in a given culture and historical period) designates as masculine or feminine and/or that society associates with or considers typical of the social role of men or women.

*Sex designated at birth:* This refers to sex assigned at birth, usually based on genital anatomy.

*Sex:* This refers to attributes that characterize biological maleness or femaleness. The best known attributes include the sex-determining genes, the sex chromosomes, the H-Y antigen, the gonads, sex hormones, internal and external genitalia, and secondary sex characteristics.

*Sexual orientation:* This term describes an individual's enduring physical and emotional attraction to another person. Gender identity and sexual orientation are not the same. Irrespective of their gender identity, transgender people may be attracted to women (gynephilic), attracted to men (androphilic), bisexual, asexual, or queer.

*Transgender:* This is an umbrella term for people whose gender identity and/or gender expression differs from what is typically associated with their sex designated at birth. Not all transgender individuals seek treatment.

*Transgender male (also: trans man, female-to-male, transgender male):* This refers to individuals assigned female at birth but who identify and live as men.

*Transgender woman (also: trans woman, male-to female, transgender female):* This refers to individuals assigned male at birth but who identify and live as women.

*Transition:* This refers to the process during which transgender persons change their physical, social, and/or legal characteristics consistent with the affirmed gender identity. Prepubertal children may choose to transition socially.

*Transsexual:* This is an older term that originated in the medical and psychological communities to refer to individuals who have permanently transitioned through medical interventions or desired to do so.

---

exstrophy and penile agenesis, the occurrence of transgender male changes was significantly more prevalent than in the general population (30, 31). However, the fact that a high percentage of individuals with the same conditions did not change gender suggests that cultural factors may play a role as well.

With respect to genetics and gender identity, several studies have suggested heritability of GD/gender incongruence (32, 33). In particular, a study by Heylens *et al.* (33) demonstrated a 39.1% concordance rate for gender identity disorder (based on the DSM-IV criteria) in 23 monozygotic twin pairs but no concordance in 21 same-sex dizygotic or seven opposite-sex twin pairs. Although numerous investigators have sought to identify specific genes associated with GD/gender incongruence, such studies have been inconsistent and without strong statistical significance (34–38).

Studies focusing on brain structure suggest that the brain phenotypes of people with GD/gender incongruence differ in various ways from control males and females, but that there is not a complete sex reversal in brain structures (39).

In summary, although there is much that is still unknown with respect to gender identity and its expression, compelling studies support the concept that biologic factors, in addition to environmental factors, contribute to this fundamental aspect of human development.

App.0722

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

## Natural History of Children With GD/Gender Incongruence

With current knowledge, we cannot predict the psychosexual outcome for any specific child. Prospective follow-up studies show that childhood GD/gender incongruence does not invariably persist into adolescence and adulthood (so-called "desisters"). Combining all outcome studies to date, the GD/gender incongruence of a minority of prepubertal children appears to persist in adolescence (20, 40). In adolescence, a significant number of these desisters identify as homosexual or bisexual. It may be that children who only showed some gender nonconforming characteristics have been included in the follow-up studies, because the DSM-IV text revision criteria for a diagnosis were rather broad. However, the persistence of GD/gender incongruence into adolescence is more likely if it had been extreme in childhood (41, 42). With the newer, stricter criteria of the DSM-5 (Table 2), persistence rates may well be different in future studies.

## 1.0 Evaluation of Youth and Adults

Gender-affirming treatment is a multidisciplinary effort. After evaluation, education, and diagnosis, treatment may include mental health care, hormone therapy, and/or surgical therapy. Together with an MHP, hormone-prescribing clinicians should examine the psychosocial impact of the potential changes on people's lives, including mental health, friends, family, jobs, and their role in society. Transgender individuals should be encouraged to experience living in the new gender role and assess whether this improves their quality of life. Although the focus of this guideline is gender-affirming hormone therapy, collaboration with appropriate professionals responsible for each aspect of treatment maximizes a successful outcome.

### Diagnostic assessment and mental health care

GD/gender incongruence may be accompanied with psychological or psychiatric problems (43–51). It is therefore necessary that clinicians who prescribe hormones and are involved in diagnosis and psychosocial assessment meet the following criteria: (1) are competent in using the DSM and/or the ICD for diagnostic purposes, (2) are able to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (*e.g.*, body dysmorphic disorder), (3) are trained in diagnosing psychiatric conditions, (4) undertake or refer for appropriate treatment, (5) are able to do a psychosocial assessment of the patient's understanding, mental health, and social conditions that can impact gender-affirming hormone therapy, and (6) regularly attend relevant professional meetings.

Because of the psychological vulnerability of many individuals with GD/gender incongruence, it is important that mental health care is available before, during, and sometimes also after transitioning. For children and adolescents, an MHP who has training/experience in child and adolescent gender development (as well as child and adolescent psychopathology) should make the diagnosis, because assessing GD/gender incongruence in children and adolescents is often extremely complex.

During assessment, the clinician obtains information from the individual seeking gender-affirming treatment. In the case

---

**Table 2.** DSM-5 Criteria for Gender Dysphoria in Adolescents and Adults

A. A marked incongruence between one's experienced/expressed gender and natal gender of at least 6 mo in duration, as manifested by at least two of the following:
 1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics)
 2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics)
 3. A strong desire for the primary and/or secondary sex characteristics of the other gender
 4. A strong desire to be of the other gender (or some alternative gender different from one's designated gender)
 5. A strong desire to be treated as the other gender (or some alternative gender different from one's designated gender)
 6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's designated gender)

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.
Specify if:
 1. The condition exists with a disorder of sex development.
 2. The condition is posttransitional, in that the individual has transitioned to full-time living in the desired gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one sex-related medical procedure or treatment regimen—namely, regular sex hormone treatment or gender reassignment surgery confirming the desired gender (*e.g.*, penectomy, vaginoplasty in natal males; mastectomy or phalloplasty in natal females).

Reference: American Psychiatric Association (14).

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

of adolescents, the clinician also obtains information from the parents or guardians regarding various aspects of the child's general and psychosexual development and current functioning. On the basis of this information, the clinician:

- decides whether the individual fulfills criteria for treatment (see Tables 2 and 3) for GD/gender incongruence (DSM-5) or transsexualism (DSM-5 and/or ICD-10);
- informs the individual about the possibilities and limitations of various kinds of treatment (hormonal/surgical and nonhormonal), and if medical treatment is desired, provides correct information to prevent unrealistically high expectations;
- assesses whether medical interventions may result in unfavorable psychological and social outcomes.

In cases in which severe psychopathology, circumstances, or both seriously interfere with the diagnostic work or make satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues. Literature on postoperative regret suggests that besides poor quality of surgery, severe psychiatric comorbidity and lack of support may interfere with positive outcomes (52–56).

For adolescents, the diagnostic procedure usually includes a complete psychodiagnostic assessment (57) and an assessment of the decision-making capability of the youth. An evaluation to assess the family's ability to endure stress, give support, and deal with the complexities of the adolescent's situation should be part of the diagnostic phase (58).

### Social transitioning

A change in gender expression and role (which may involve living part time or full time in another gender role that is consistent with one's gender identity) may test the person's resolve, the capacity to function in the affirmed gender, and the adequacy of social, economic, and psychological supports. It assists both the individual and the clinician in their judgments about how to proceed (16). During social transitioning, the person's feelings about the social transformation (including coping with the responses of others) is a major focus of the counseling. The optimal timing for social transitioning may differ between individuals. Sometimes people wait until they start gender-affirming hormone treatment to make social transitioning easier, but individuals increasingly start social transitioning long before they receive medically supervised, gender-affirming hormone treatment.

### Criteria

Adolescents and adults seeking gender-affirming hormone treatment and surgery should satisfy certain criteria before proceeding (16). Criteria for gender-affirming hormone therapy for adults are in Table 4, and criteria for gender-affirming hormone therapy for adolescents are in Table 5. Follow-up studies in adults meeting these criteria indicate a high satisfaction rate with treatment (59). However, the quality of evidence is usually low. A few follow-up studies on adolescents who fulfilled these criteria also indicated good treatment results (60–63).

## Recommendations for Those Involved in the Gender-Affirming Hormone Treatment of Individuals With GD/Gender Incongruence

1.1. We advise that only trained MHPs who meet the following criteria should diagnose GD/gender incongruence in adults: (1) competence in using the DSM and/or the ICD for diagnostic purposes, (2) the ability to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (e.g., body dysmorphic disorder), (3) training in diagnosing psychiatric conditions, (4) the ability to undertake or refer for appropriate treatment, (5) the ability to psychosocially assess the person's understanding, mental health, and social conditions that can impact gender-affirming hormone therapy, and (6) a practice of regularly attending relevant professional meetings. (Ungraded Good Practice Statement)

1.2. We advise that only MHPs who meet the following criteria should diagnose GD/gender incongruence in children and adolescents: (1) training in child and adolescent developmental psychology and psychopathology, (2) competence in using the DSM and/or ICD for diagnostic

Table 3. ICD-10 Criteria for Transsexualism

**Transsexualism (F64.0) has three criteria:**

1. The desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make his or her body as congruent as possible with the preferred sex through surgery and hormone treatments.
2. The transsexual identity has been present persistently for at least 2 y.
3. The disorder is not a symptom of another mental disorder or a genetic, DSD, or chromosomal abnormality.

App.0724

Case: 23-2366 Document: 39-3 Filed: 08/31/2023 Pages: 232

---

**Table 4.    Criteria for Gender-Affirming Hormone Therapy for Adults**

1. Persistent, well-documented gender dysphoria/gender incongruence
2. The capacity to make a fully informed decision and to consent for treatment
3. The age of majority in a given country (if younger, follow the criteria for adolescents)
4. Mental health concerns, if present, must be reasonably well controlled

Reproduced from World Professional Association for Transgender Health (16).

---

purposes, (3) the ability to make a distinction between GD/gender incongruence and conditions that have similar features (*e.g.*, body dysmorphic disorder), (4) training in diagnosing psychiatric conditions, (5) the ability to undertake or refer for appropriate treatment, (6) the ability to psychosocially assess the person's understanding and social conditions that can impact gender-affirming hormone therapy, (7) a practice of regularly attending relevant professional meetings, and (8) knowledge of the criteria for puberty blocking and gender-affirming hormone treatment in adolescents. (Ungraded Good Practice Statement)

**Evidence**

Individuals with gender identity issues may have psychological or psychiatric problems (43–48, 50, 51, 64, 65). It is therefore necessary that clinicians making the diagnosis are able to make a distinction between GD/gender incongruence and conditions that have similar features. Examples of conditions with similar features are body dysmorphic disorder, body identity integrity disorder (a condition in which individuals have a sense that their anatomical configuration as an able-bodied person is somehow wrong or inappropriate) (66), or certain forms of eunuchism (in which a person is preoccupied with or engages in castration and/or penectomy for

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

---

**Table 5.    Criteria for Gender-Affirming Hormone Therapy for Adolescents**

**Adolescents are eligible for GnRH agonist treatment if:**
1. A qualified MHP has confirmed that:
• the adolescent has demonstrated a long-lasting and intense pattern of gender nonconformity or gender dysphoria (whether suppressed or expressed),
• gender dysphoria worsened with the onset of puberty,
• any coexisting psychological, medical, or social problems that could interfere with treatment (*e.g.*, that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start treatment,
• the adolescent has sufficient mental capacity to give informed consent to this (reversible) treatment,
2. And the adolescent:
• has been informed of the effects and side effects of treatment (including potential loss of fertility if the individual subsequently continues with sex hormone treatment) and options to preserve fertility,
• has given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process,
3. And a pediatric endocrinologist or other clinician experienced in pubertal assessment
• agrees with the indication for GnRH agonist treatment,
• has confirmed that puberty has started in the adolescent (Tanner stage ≥G2/B2),
• has confirmed that there are no medical contraindications to GnRH agonist treatment.

**Adolescents are eligible for subsequent sex hormone treatment if:**
1. A qualified MHP has confirmed:
• the persistence of gender dysphoria,
• any coexisting psychological, medical, or social problems that could interfere with treatment (*e.g.*, that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start sex hormone treatment,
• the adolescent has sufficient mental capacity (which most adolescents have by age 16 years) to estimate the consequences of this (partly) irreversible treatment, weigh the benefits and risks, and give informed consent to this (partly) irreversible treatment,
2. And the adolescent:
• has been informed of the (irreversible) effects and side effects of treatment (including potential loss of fertility and options to preserve fertility),
• has given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process,
3. And a pediatric endocrinologist or other clinician experienced in pubertal induction:
• agrees with the indication for sex hormone treatment,
• has confirmed that there are no medical contraindications to sex hormone treatment.

Reproduced from World Professional Association for Transgender Health (16).

Case: 23-2366     Document: 39-3     Filed: 08/31/2023     Pages: 232

reasons that are not gender identity related) (11). Clinicians should also be able to diagnose psychiatric conditions accurately and ensure that these conditions are treated appropriately, particularly when the conditions may complicate treatment, affect the outcome of gender-affirming treatment, or be affected by hormone use.

### Values and preferences

The task force placed a very high value on avoiding harm from hormone treatment in individuals who have conditions other than GD/gender incongruence and who may not benefit from the physical changes associated with this treatment and placed a low value on any potential benefit these persons believe they may derive from hormone treatment. This justifies the good practice statement.

    1.3. We advise that decisions regarding the social transition of prepubertal youths with GD/gender incongruence are made with the assistance of an MHP or another experienced professional. (Ungraded Good Practice Statement).

    1.4. We recommend against puberty blocking and gender-affirming hormone treatment in prepubertal children with GD/gender incongruence. (1 |⊕⊕○○)

### Evidence

In most children diagnosed with GD/gender incongruence, it did not persist into adolescence. The percentages differed among studies, probably dependent on which version of the DSM clinicians used, the patient's age, the recruitment criteria, and perhaps cultural factors. However, the large majority (about 85%) of prepubertal children with a childhood diagnosis did not remain GD/gender incongruent in adolescence (20). If children have completely socially transitioned, they may have great difficulty in returning to the original gender role upon entering puberty (40). Social transition is associated with the persistence of GD/gender incongruence as a child progresses into adolescence. It may be that the presence of GD/gender incongruence in prepubertal children is the earliest sign that a child is destined to be transgender as an adolescent/adult (20). However, social transition (in addition to GD/gender incongruence) has been found to contribute to the likelihood of persistence.

This recommendation, however, does not imply that children should be discouraged from showing gender-variant behaviors or should be punished for exhibiting such behaviors. In individual cases, an early complete social transition may result in a more favorable outcome, but there are currently no criteria to identify the

GD/gender-incongruent children to whom this applies. At the present time, clinical experience suggests that persistence of GD/gender incongruence can only be reliably assessed after the first signs of puberty.

### Values and preferences

The task force placed a high value on avoiding harm with gender-affirming hormone therapy in prepubertal children with GD/gender incongruence. This justifies the strong recommendation in the face of low-quality evidence.

    1.5. We recommend that clinicians inform and counsel all individuals seeking gender-affirming medical treatment regarding options for fertility preservation prior to initiating puberty suppression in adolescents and prior to treating with hormonal therapy of the affirmed gender in both adolescents and adults. (1 |⊕⊕⊕○)

### Remarks

Persons considering hormone use for gender affirmation need adequate information about this treatment in general and about fertility effects of hormone treatment in particular to make an informed and balanced decision (67, 68). Because young adolescents may not feel qualified to make decisions about fertility and may not fully understand the potential effects of hormonal interventions, consent and protocol education should include parents, the referring MHP(s), and other members of the adolescent's support group. To our knowledge, there are no formally evaluated decision aids available to assist in the discussion and decision regarding the future fertility of adolescents or adults beginning gender-affirming treatment.

Treating early pubertal youth with GnRH analogs will temporarily impair spermatogenesis and oocyte maturation. Given that an increasing number of transgender youth want to preserve fertility potential, delaying or temporarily discontinuing GnRH analogs to promote gamete maturation is an option. This option is often not preferred, because mature sperm production is associated with later stages of puberty and with the significant development of secondary sex characteristics.

For those designated male at birth with GD/gender incongruence and who are in early puberty, sperm production and the development of the reproductive tract are insufficient for the cryopreservation of sperm. However, prolonged pubertal suppression using GnRH analogs is reversible and clinicians should inform these individuals that sperm production can be initiated following prolonged gonadotropin suppression. This can be accomplished by spontaneous gonadotropin recovery after

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

cessation of GnRH analogs or by gonadotropin treatment and will probably be associated with physical manifestations of testosterone production, as stated above. Note that there are no data in this population concerning the time required for sufficient spermatogenesis to collect enough sperm for later fertility. In males treated for precocious puberty, spermarche was reported 0.7 to 3 years after cessation of GnRH analogs (69). In adult men with gonadotropin deficiency, sperm are noted in seminal fluid by 6 to 12 months of gonadotropin treatment. However, sperm numbers when partners of these patients conceive are far below the "normal range" (70, 71).

In girls, no studies have reported long-term, adverse effects of pubertal suppression on ovarian function after treatment cessation (72, 73). Clinicians should inform adolescents that no data are available regarding either time to spontaneous ovulation after cessation of GnRH analogs or the response to ovulation induction following prolonged gonadotropin suppression.

In males with GD/gender incongruence, when medical treatment is started in a later phase of puberty or in adulthood, spermatogenesis is sufficient for cryopreservation and storage of sperm. In vitro spermatogenesis is currently under investigation. Restoration of spermatogenesis after prolonged estrogen treatment has not been studied.

In females with GD/gender incongruence, the effect of prolonged treatment with exogenous testosterone on ovarian function is uncertain. There have been reports of an increased incidence of polycystic ovaries in transgender males, both prior to and as a result of androgen treatment (74–77), although these reports were not confirmed by others (78). Pregnancy has been reported in transgender males who have had prolonged androgen treatment and have discontinued testosterone but have not had genital surgery (79, 80). A reproductive endocrine gynecologist can counsel patients before gender-affirming hormone treatment or surgery regarding potential fertility options (81). Techniques for cryopreservation of oocytes, embryos, and ovarian tissue continue to improve, and oocyte maturation of immature tissue is being studied (82).

## 2.0 Treatment of Adolescents

During the past decade, clinicians have progressively acknowledged the suffering of young adolescents with GD/gender incongruence. In some forms of GD/gender incongruence, psychological interventions may be useful and sufficient. However, for many adolescents with GD/gender incongruence, the pubertal physical changes are unbearable. As early medical intervention may prevent

psychological harm, various clinics have decided to start treating young adolescents with GD/gender incongruence with puberty-suppressing medication (a GnRH analog). As compared with starting gender-affirming treatment long after the first phases of puberty, a benefit of pubertal suppression at early puberty may be a better psychological and physical outcome.

In girls, the first physical sign of puberty is the budding of the breasts followed by an increase in breast and fat tissue. Breast development is also associated with the pubertal growth spurt, and menarche occurs ~2 years later. In boys, the first physical change is testicular growth. A testicular volume ≥4 mL is seen as consistent with the initiation of physical puberty. At the beginning of puberty, estradiol and testosterone levels are still low and are best measured in the early morning with an ultrasensitive assay. From a testicular volume of 10 mL, daytime testosterone levels increase, leading to virilization (83). Note that pubic hair and/or axillary hair/odor may not reflect the onset of gonadarche; instead, it may reflect adrenarche alone.

2.1.  We suggest that adolescents who meet diagnostic criteria for GD/gender incongruence, fulfill criteria for treatment (Table 5), and are requesting treatment should initially undergo treatment to suppress pubertal development. (2 |⊕○○○)

2.2.  We suggest that clinicians begin pubertal hormone suppression after girls and boys first exhibit physical changes of puberty (Tanner stages G2/B2). (2 |⊕⊕○○)

### Evidence

Pubertal suppression can expand the diagnostic phase by a long period, giving the subject more time to explore options and to live in the experienced gender before making a decision to proceed with gender-affirming sex hormone treatments and/or surgery, some of which is irreversible (84, 85). Pubertal suppression is fully reversible, enabling full pubertal development in the natal gender, after cessation of treatment, if appropriate. The experience of full endogenous puberty is an undesirable condition for the GD/gender-incongruent individual and may seriously interfere with healthy psychological functioning and well-being. Treating GD/gender-incongruent adolescents entering puberty with GnRH analogs has been shown to improve psychological functioning in several domains (86).

Another reason to start blocking pubertal hormones early in puberty is that the physical outcome is improved compared with initiating physical transition after puberty has been completed (60, 62). Looking like a man or woman when living as the opposite sex creates difficult

doi: 10.1210/jc.2017-01658 https://academic.oup.com/jcem    **3881**

barriers with enormous life-long disadvantages. We therefore advise starting suppression in early puberty to prevent the irreversible development of undesirable secondary sex characteristics. However, adolescents with GD/gender incongruence should experience the first changes of their endogenous spontaneous puberty, because their emotional reaction to these first physical changes has diagnostic value in establishing the persistence of GD/gender incongruence (85). Thus, Tanner stage 2 is the optimal time to start pubertal suppression. However, pubertal suppression treatment in early puberty will limit the growth of the penis and scrotum, which will have a potential effect on future surgical treatments (87).

Clinicians can also use pubertal suppression in adolescents in later pubertal stages to stop menses in transgender males and prevent facial hair growth in transgender females. However, in contrast to the effects in early pubertal adolescents, physical sex characteristics (such as more advanced breast development in transgender boys and lowering of the voice and outgrowth of the jaw and brow in transgender girls) are not reversible.

### Values and preferences

These recommendations place a high value on avoiding an unsatisfactory physical outcome when secondary sex characteristics have become manifest and irreversible, a higher value on psychological well-being, and a lower value on avoiding potential harm from early pubertal suppression.

### Remarks

Table 6 lists the Tanner stages of breast and male genital development. Careful documentation of hallmarks of pubertal development will ensure precise timing when initiating pubertal suppression once puberty has started. Clinicians can use pubertal LH and sex steroid levels to confirm that puberty has progressed sufficiently before starting pubertal suppression (88). Reference ranges for sex steroids by Tanner stage may vary depending on the assay used. Ultrasensitive sex steroid and gonadotropin assays will help clinicians document early pubertal changes.

Irreversible and, for GD/gender-incongruent adolescents, undesirable sex characteristics in female puberty are breasts, female body habitus, and, in some cases, relative short stature. In male puberty, they are a prominent Adam's apple; low voice; male bone configuration, such as a large jaw, big feet and hands, and tall stature; and male hair pattern on the face and extremities.

> 2.3. We recommend that, where indicated, GnRH analogues are used to suppress pubertal hormones. (1 |⊕⊕○○)

### Evidence

Clinicians can suppress pubertal development and gonadal function most effectively via gonadotropin suppression using GnRH analogs. GnRH analogs are long-acting agonists that suppress gonadotropins by GnRH receptor desensitization after an initial increase of gonadotropins during ~10 days after the first and (to a lesser degree) the second injection (89). Antagonists immediately suppress pituitary gonadotropin secretion (90, 91). Long-acting GnRH analogs are the currently preferred treatment option. Clinicians may consider long-acting GnRH antagonists when evidence on their safety and efficacy in adolescents becomes available.

During GnRH analog treatment, slight development of secondary sex characteristics may regress, and in a later phase of pubertal development, it will stop. In girls, breast tissue will become atrophic, and menses will stop. In boys, virilization will stop, and testicular volume may decrease (92).

An advantage of using GnRH analogs is the reversibility of the intervention. If, after extensive exploration of his/her transition wish, the individual no longer desires transition, they can discontinue pubertal suppression. In subjects with

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

---

### Table 6.  Tanner Stages of Breast Development and Male External Genitalia

The description of Tanner stages for breast development:
1. Prepubertal
2. Breast and papilla elevated as small mound; areolar diameter increased
3. Breast and areola enlarged, no contour separation
4. Areola and papilla form secondary mound
5. Mature; nipple projects, areola part of general breast contour

For penis and testes:
1. Prepubertal, testicular volume <4 mL
2. Slight enlargement of penis; enlarged scrotum, pink, texture altered, testes 4–6 mL
3. Penis longer, testes larger (8–12 mL)
4. Penis and glans larger, including increase in breadth; testes larger (12–15 mL), scrotum dark
5. Penis adult size; testicular volume > 15 ml

Adapted from Lawrence (56).

App.0728

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

precocious puberty, spontaneous pubertal development has been shown to resume after patients discontinue taking GnRH analogs (93).

Recommendations 2.1 to 2.3 are supported by a prospective follow-up study from The Netherlands. This report assessed mental health outcomes in 55 transgender adolescents/young adults (22 transgender females and 33 transgender males) at three time points: (1) before the start of GnRH agonist (average age of 14.8 years at start of treatment), (2) at initiation of gender-affirming hormones (average age of 16.7 years at start of treatment), and (3) 1 year after "gender-reassignment surgery" (average age of 20.7 years) (63). Despite a decrease in depression and an improvement in general mental health functioning, GD/gender incongruence persisted through pubertal suppression, as previously reported (86). However, following sex hormone treatment and gender-reassignment surgery, GD/gender incongruence was resolved and psychological functioning steadily improved (63). Furthermore, well-being was similar to or better than that reported by age-matched young adults from the general population, and none of the study participants regretted treatment. This study represents the first long-term follow-up of individuals managed according to currently existing clinical practice guidelines for transgender youth, and it underscores the benefit of the multidisciplinary approach pioneered in The Netherlands; however, further studies are needed.

## Side effects

The primary risks of pubertal suppression in GD/gender-incongruent adolescents may include adverse effects on bone mineralization (which can theoretically be reversed with sex hormone treatment), compromised fertility if the person subsequently is treated with sex hormones, and unknown effects on brain development. Few data are available on the effect of GnRH analogs on BMD in adolescents with GD/gender incongruence. Initial data in GD/gender-incongruent subjects demonstrated no change of absolute areal BMD during 2 years of GnRH analog therapy but a decrease in BMD $z$ scores (85). A recent study also suggested suboptimal bone mineral accrual during GnRH analog treatment. The study reported a decrease in areal BMD $z$ scores and of bone mineral apparent density $z$ scores (which takes the size of the bone into account) in 19 transgender males treated with GnRH analogs from a mean age of 15.0 years (standard deviation = 2.0 years) for a median duration of 1.5 years (0.3 to 5.2 years) and in 15 transgender females treated from 14.9 ($\pm$1.9) years for 1.3 years (0.5 to 3.8 years), although not all changes were statistically significant (94). There was incomplete catch-up at age 22 years after sex hormone treatment from age 16.6 ($\pm$1.4) years for a median duration of 5.8 years (3.0 to 8.0 years) in transgender females and from age 16.4 ($\pm$2.3) years for 5.4 years (2.8 to 7.8 years) in transgender males. Little is known about more prolonged use of GnRH analogs. Researchers reported normal BMD $z$ scores at age 35 years in one individual who used GnRH analogs from age 13.7 years until age 18.6 years before initiating sex hormone treatment (65).

Additional data are available from individuals with late puberty or GnRH analog treatment of other indications. Some studies reported that men with constitutionally delayed puberty have decreased BMD in adulthood (95). However, other studies reported that these men have normal BMD (96, 97). Treating adults with GnRH analogs results in a decrease of BMD (98). In children with central precocious puberty, treatment with GnRH analogs has been found to result in a decrease of BMD during treatment by some (99) but not others (100). Studies have reported normal BMD after discontinuing therapy (69, 72, 73, 101, 102). In adolescents treated with growth hormone who are small for gestational age and have normal pubertal timing, 2-year GnRH analog treatments did not adversely affect BMD (103). Calcium supplementation may be beneficial in optimizing bone health in GnRH analog–treated individuals (104). There are no studies of vitamin D supplementation in this context, but clinicians should offer supplements to vitamin D–deficient adolescents. Physical activity, especially during growth, is important for bone mass in healthy individuals (103) and is therefore likely to be beneficial for bone health in GnRH analog–treated subjects.

GnRH analogs did not induce a change in body mass index standard deviation score in GD/gender-incongruent adolescents (94) but caused an increase in fat mass and decrease in lean body mass percentage (92). Studies in girls treated for precocious puberty also reported a stable body mass index standard deviation score during treatment (72) and body mass index and body composition comparable to controls after treatment (73).

Arterial hypertension has been reported as an adverse effect in a few girls treated with GnRH analogs for precocious/early puberty (105, 106). Blood pressure monitoring before and during treatment is recommended.

Individuals may also experience hot flashes, fatigue, and mood alterations as a consequence of pubertal suppression. There is no consensus on treatment of these side effects in this context.

It is recommended that any use of pubertal blockers (and subsequent use of sex hormones, as detailed below) include a discussion about implications for fertility (see recommendation 1.3). Transgender adolescents may

want to preserve fertility, which may be otherwise compromised if puberty is suppressed at an early stage and the individual completes phenotypic transition with the use of sex hormones.

Limited data are available regarding the effects of GnRH analogs on brain development. A single cross-sectional study demonstrated no compromise of executive function (107), but animal data suggest there may be an effect of GnRH analogs on cognitive function (108).

### Values and preferences

Our recommendation of GnRH analogs places a higher value on the superior efficacy, safety, and reversibility of the pubertal hormone suppression achieved (as compared with the alternatives) and a relatively lower value on limiting the cost of therapy. Of the available alternatives, depot and oral progestin preparations are effective. Experience with this treatment dates back prior to the emergence of GnRH analogs for treating precocious puberty in papers from the 1960s and early 1970s (109–112). These compounds are usually safe, but some side effects have been reported (113–115). Only two recent studies involved transgender youth (116, 117). One of these studies described the use of oral lynestrenol monotherapy followed by the addition of testosterone treatment in transgender boys who were at Tanner stage B4 or further at the start of treatment (117). They found lynestrenol safe, but gonadotropins were not fully suppressed. The study reported metrorrhagia in approximately half of the individuals, mainly in the first 6 months. Acne, headache, hot flashes, and fatigue were other frequent side effects. Another progestin that has been tested in the United States is medroxyprogesterone. This agent is not as effective as GnRH analogs in lowering endogenous sex hormones either and may be associated with other side effects (116). Progestin preparations may be an acceptable treatment for persons without access to GnRH analogs or with a needle phobia. If GnRH analog treatment is not available (insurance denial, prohibitive cost, or other reasons), postpubertal, transgender female adolescents may be treated with an antiandrogen that directly suppresses androgen synthesis or action (see adult section).

### Remarks

Measurements of gonadotropin and sex steroid levels give precise information about gonadal axis suppression, although there is insufficient evidence for any specific short-term monitoring scheme in children treated with GnRH analogs (88). If the gonadal axis is not completely suppressed—as evidenced by (for example) menses, erections, or progressive hair growth—the interval of GnRH analog treatment can be shortened or the dose increased. During treatment, adolescents should be monitored for negative effects of delaying puberty, including a halted growth spurt and impaired bone mineral accretion. Table 7 illustrates a suggested clinical protocol.

Anthropometric measurements and X-rays of the left hand to monitor bone age are informative for evaluating growth. To assess BMD, clinicians can perform dual-energy X-ray absorptiometry scans.

2.4. In adolescents who request sex hormone treatment (given this is a partly irreversible treatment), we recommend initiating treatment using a gradually increasing dose schedule (see Table 8) after a multidisciplinary team of medical and MHPs has confirmed the persistence of GD/gender incongruence and sufficient mental capacity to give informed consent, which most adolescents have by age 16 years (Table 5). (1 |⊕⊕○○)

2.5. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to the age of 16 years in some adolescents with GD/gender incongruence, even though there are minimal published studies of gender-affirming hormone treatments administered before age 13.5 to 14 years. As with the care of adolescents ≥16 years of age, we recommend that an expert multidisciplinary team of medical and MHPs manage this treatment. (1 |⊕○○○)

2.6. We suggest monitoring clinical pubertal development every 3 to 6 months and laboratory parameters every 6 to 12 months during sex hormone treatment (Table 9). (2 |⊕⊕○○)

### Table 7.    Baseline and Follow-Up Protocol During Suppression of Puberty

Every 3–6 mo
    Anthropometry: height, weight, sitting height, blood pressure, Tanner stages
Every 6–12 mo
    Laboratory: LH, FSH, E2/T, 25OH vitamin D
Every 1–2 y
    Bone density using DXA
    Bone age on X-ray of the left hand (if clinically indicated)

Adapted from Hembree et al. (118).

Abbreviations: DXA, dual-energy X-ray absorptiometry; E2, estradiol; FSH, follicle stimulating hormone; LH, luteinizing hormone; T, testosterone;

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

App:0730

Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

**Table 8.    Protocol Induction of Puberty**

Induction of female puberty with oral 17β-estradiol, increasing the dose every 6 mo:
- 5 μg/kg/d
- 10 μg/kg/d
- 15 μg/kg/d
- 20 μg/kg/d
- Adult dose = 2–6 mg/d
- *In postpubertal transgender female adolescents, the dose of 17β-estradiol can be increased more rapidly:*
  - 1 mg/d for 6 mo
  - 2 mg/d

Induction of female puberty with transdermal 17β-estradiol, increasing the dose every 6 mo (new patch is placed every 3.5 d):
- 6.25–12.5 μg/24 h (cut 25-μg patch into quarters, then halves)
- 25 μg/24 h
- 37.5 μg/24 h
- Adult dose = 50–200 μg/24 h
- *For alternatives once at adult dose, see Table 11.*
- *Adjust maintenance dose to mimic physiological estradiol levels (see Table 15).*

Induction of male puberty with testosterone esters increasing the dose every 6 mo (IM or SC):
- 25 mg/m$^2$/2 wk (or alternatively, half this dose weekly, or double the dose every 4 wk)
- 50 mg/m$^2$/2 wk
- 75 mg/m$^2$/2 wk
- 100 mg/m$^2$/2 wk
- Adult dose = 100–200 mg every 2 wk
- *In postpubertal transgender male adolescents the dose of testosterone esters can be increased more rapidly:*
  - 75 mg/2 wk for 6 mo
  - 125 mg/2 wk
- *For alternatives once at adult dose, see Table 11.*
- *Adjust maintenance dose to mimic physiological testosterone levels (see Table 14).*

Adapted from Hembree *et al.* (118).

Abbreviations: IM, intramuscularly; SC, subcutaneously.

### Evidence

Adolescents develop competence in decision making at their own pace. Ideally, the supervising medical professionals should individually assess this competence, although no objective tools to make such an assessment are currently available.

Many adolescents have achieved a reasonable level of competence by age 15 to 16 years (119), and in many countries 16-year-olds are legally competent with regard to medical decision making (120). However, others believe that although some capacities are generally achieved before age 16 years, other abilities (such as good risk assessment) do not develop until well after 18 years (121). They suggest that health care procedures should be divided along a matrix of relative risk, so that younger adolescents can be allowed to decide about low-risk procedures, such as most diagnostic tests and common therapies, but not about high-risk procedures, such as most surgical procedures (121).

Currently available data from transgender adolescents support treatment with sex hormones starting at age 16 years (63, 122). However, some patients may incur potential risks by waiting until age 16 years. These include the potential risk to bone health if puberty is suppressed

**Table 9.    Baseline and Follow-up Protocol During Induction of Puberty**

Every 3–6 mo
- •Anthropometry: height, weight, sitting height, blood pressure, Tanner stages

Every 6–12 mo
- •In transgender males: hemoglobin/hematocrit, lipids, testosterone, 25OH vitamin D
- •In transgender females: prolactin, estradiol, 25OH vitamin D

Every 1–2 y
- •BMD using DXA
- •Bone age on X-ray of the left hand (if clinically indicated)

*BMD should be monitored into adulthood (until the age of 25–30 y or until peak bone mass has been reached).*
*For recommendations on monitoring once pubertal induction has been completed, see Tables 14 and 15.*

Adapted from Hembree *et al.* (118).

Abbreviation: DXA, dual-energy X-ray absorptiometry.

App.0731

doi: 10.1210/jc.2017-01658

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

for 6 to 7 years before initiating sex hormones (*e.g.*, if someone reached Tanner stage 2 at age 9-10 years old). Additionally, there may be concerns about inappropriate height and potential harm to mental health (emotional and social isolation) if initiation of secondary sex characteristics must wait until the person has reached 16 years of age. However, only minimal data supporting earlier use of gender-affirming hormones in transgender adolescents currently exist (63). Clearly, long-term studies are needed to determine the optimal age of sex hormone treatment in GD/gender-incongruent adolescents.

The MHP who has followed the adolescent during GnRH analog treatment plays an essential role in assessing whether the adolescent is eligible to start sex hormone therapy and capable of consenting to this treatment (Table 5). Support of the family/environment is essential. Prior to the start of sex hormones, clinicians should discuss the implications for fertility (see recommendation 1.5). Throughout pubertal induction, an MHP and a pediatric endocrinologist (or other clinician competent in the evaluation and induction of pubertal development) should monitor the adolescent. In addition to monitoring therapy, it is also important to pay attention to general adolescent health issues, including healthy life style choices, such as not smoking, contraception, and appropriate vaccinations (*e.g.*, human papillomavirus).

For the induction of puberty, clinicians can use a similar dose scheme for hypogonadal adolescents with GD/gender incongruence as they use in other individuals with hypogonadism, carefully monitoring for desired and undesired effects (Table 8). In transgender female adolescents, transdermal 17$\beta$-estradiol may be an alternative for oral 17$\beta$-estradiol. It is increasingly used for pubertal induction in hypogonadal females. However, the absence of low-dose estrogen patches may be a problem. As a result, individuals may need to cut patches to size themselves to achieve appropriate dosing (123). In transgender male adolescents, clinicians can give testosterone injections intramuscularly or subcutaneously (124, 125).

When puberty is initiated with a gradually increasing schedule of sex steroid doses, the initial levels will not be high enough to suppress endogenous sex steroid secretion. Gonadotropin secretion and endogenous production of testosterone may resume and interfere with the effectiveness of estrogen treatment, in transgender female adolescents (126, 127). Therefore, continuation of GnRH analog treatment is advised until gonadectomy. Given that GD/gender-incongruent adolescents may opt not to have gonadectomy, long-term studies are necessary to examine the potential risks of prolonged GnRH analog treatment. Alternatively, in transgender male adolescents, GnRH analog treatment can be discontinued once an

adult dose of testosterone has been reached and the individual is well virilized. If uterine bleeding occurs, a progestin can be added. However, the combined use of a GnRH analog (for ovarian suppression) and testosterone may enable phenotypic transition with a lower dose of testosterone in comparison with testosterone alone. If there is a wish or need to discontinue GnRH analog treatment in transgender female adolescents, they may be treated with an antiandrogen that directly suppresses androgen synthesis or action (see section 3.0 "Hormonal Therapy for Transgender Adults").

**Values and preferences**

The recommendation to initiate pubertal induction only when the individual has sufficient mental capacity (roughly age 16 years) to give informed consent for this partly irreversible treatment places a higher value on the ability of the adolescent to fully understand and oversee the partially irreversible consequences of sex hormone treatment and to give informed consent. It places a lower value on the possible negative effects of delayed puberty. We may not currently have the means to weigh adequately the potential benefits of waiting until around age 16 years to initiate sex hormones vs the potential risks/harm to BMD and the sense of social isolation from having the timing of puberty be so out of sync with peers (128).

**Remarks**

Before starting sex hormone treatment, effects on fertility and options for fertility preservation should be discussed. Adult height may be a concern in transgender adolescents. In a transgender female adolescent, clinicians may consider higher doses of estrogen or a more rapid tempo of dose escalation during pubertal induction. There are no established treatments yet to augment adult height in a transgender male adolescent with open epiphyses during pubertal induction. It is not uncommon for transgender adolescents to present for clinical services after having completed or nearly completed puberty. In such cases, induction of puberty with sex hormones can be done more rapidly (see Table 8). Additionally, an adult dose of testosterone in transgender male adolescents may suffice to suppress the gonadal axis without the need to use a separate agent. At the appropriate time, the multidisciplinary team should adequately prepare the adolescent for transition to adult care.

## 3.0 Hormonal Therapy for Transgender Adults

The two major goals of hormonal therapy are (1) to reduce endogenous sex hormone levels, and thus reduce

Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

the secondary sex characteristics of the individual's designated gender, and (2) to replace endogenous sex hormone levels consistent with the individual's gender identity by using the principles of hormone replacement treatment of hypogonadal patients. The timing of these two goals and the age at which to begin treatment with the sex hormones of the chosen gender is codetermined in collaboration with both the person pursuing transition and the health care providers. The treatment team should include a medical provider knowledgeable in transgender hormone therapy, an MHP knowledgeable in GD/gender incongruence and the mental health concerns of transition, and a primary care provider able to provide care appropriate for transgender individuals. The physical changes induced by this sex hormone transition are usually accompanied by an improvement in mental well-being (129, 130).

3.1. We recommend that clinicians confirm the diagnostic criteria of GD/gender incongruence and the criteria for the endocrine phase of gender transition before beginning treatment. (1 |⊕⊕⊕◯)

3.2. We recommend that clinicians evaluate and address medical conditions that can be exacerbated by hormone depletion and treatment with sex hormones of the affirmed gender before beginning treatment (Table 10). (1 |⊕⊕⊕◯)

3.3. We suggest that clinicians measure hormone levels during treatment to ensure that endogenous sex steroids are suppressed and administered sex steroids are maintained in the normal physiologic range for the affirmed gender. (2 |⊕⊕◯◯)

### Evidence

It is the responsibility of the treating clinician to confirm that the person fulfills criteria for treatment. The treating clinician should become familiar with the terms and criteria presented in Tables 1–5 and take a thorough history from the patient in collaboration with the other members of the treatment team. The treating clinician must ensure that the desire for transition is appropriate; the consequences, risks, and benefits of treatment are well understood; and the desire for transition persists. They also need to discuss fertility preservation options (see recommendation 1.3) (67, 68).

### *Transgender males*

Clinical studies have demonstrated the efficacy of several different androgen preparations to induce masculinization in transgender males (Appendix A) (113, 114, 131–134). Regimens to change secondary sex characteristics follow the general principle of hormone replacement treatment of male hypogonadism (135). Clinicians can use either parenteral or transdermal preparations to achieve testosterone values in the normal male range (this is dependent on the specific assay, but is typically 320 to 1000 ng/dL) (Table 11) (136). Sustained supraphysiologic levels of testosterone increase the risk of adverse reactions (see section 4.0 "Adverse Outcome Prevention and Long-Term Care") and should be avoided.

Similar to androgen therapy in hypogonadal men, testosterone treatment in transgender males results in increased muscle mass and decreased fat mass, increased facial hair and acne, male pattern baldness in those genetically predisposed, and increased sexual desire (137).

---

**Table 10.   Medical Risks Associated With Sex Hormone Therapy**

Transgender female: estrogen
   Very high risk of adverse outcomes:
     •Thromboembolic disease
   Moderate risk of adverse outcomes:
     •Macroprolactinoma
     •Breast cancer
     •Coronary artery disease
     •Cerebrovascular disease
     •Cholelithiasis
     •Hypertriglyceridemia

Transgender male: testosterone
   Very high risk of adverse outcomes:
     •Erythrocytosis (hematocrit > 50%)
   Moderate risk of adverse outcomes:
     •Severe liver dysfunction (transaminases > threefold upper limit of normal)
     •Coronary artery disease
     •Cerebrovascular disease
     •Hypertension
     •Breast or uterine cancer

**Table 11.    Hormone Regimens in Transgender Persons**

| | |
|---|---|
| Transgender females[a] | |
|   Estrogen | |
|     Oral | |
|       Estradiol | 2.0–6.0 mg/d |
|     Transdermal | |
|       Estradiol transdermal patch | 0.025–0.2 mg/d |
|       (New patch placed every 3–5 d) | |
|     Parenteral | |
|       Estradiol valerate or cypionate | 5–30 mg IM every 2 wk |
| | 2–10 mg IM every week |
|   Anti-androgens | |
|     Spironolactone | 100–300 mg/d |
|     Cyproterone acetate[b] | 25–50 mg/d |
|   GnRH agonist | 3.75 mg SQ (SC) monthly |
| | 11.25 mg SQ (SC) 3-monthly |
| Transgender males | |
|   Testosterone | |
|     Parenteral testosterone | |
|       Testosterone enanthate or cypionate | 100–200 mg SQ (IM) every 2 wk or SQ (SC) 50% per week |
|       Testosterone undecanoate[c] | 1000 mg every 12 wk |
|     Transdermal testosterone | |
|       Testosterone gel 1.6%[d] | 50–100 mg/d |
|       Testosterone transdermal patch | 2.5–7.5 mg/d |

Abbreviations: IM, intramuscularly; SQ, sequentially; SC, subcutaneously.

[a]Estrogens used with or without antiandrogens or GnRH agonist.
[b]Not available in the United States.
[c]One thousand milligrams initially followed by an injection at 6 wk then at 12-wk intervals.
[d]Avoid cutaneous transfer to other individuals.

In transgender males, testosterone will result in clitoromegaly, temporary or permanent decreased fertility, deepening of the voice, cessation of menses (usually), and a significant increase in body hair, particularly on the face, chest, and abdomen. Cessation of menses may occur within a few months with testosterone treatment alone, although high doses of testosterone may be required. If uterine bleeding continues, clinicians may consider the addition of a progestational agent or endometrial ablation (138). Clinicians may also administer GnRH analogs or depot medroxyprogesterone to stop menses prior to testosterone treatment.

### Transgender females

The hormone regimen for transgender females is more complex than the transgender male regimen (Appendix B). Treatment with physiologic doses of estrogen alone is insufficient to suppress testosterone levels into the normal range for females (139). Most published clinical studies report the need for adjunctive therapy to achieve testosterone levels in the female range (21, 113, 114, 132–134, 139, 140).

Multiple adjunctive medications are available, such as progestins with antiandrogen activity and GnRH agonists (141). Spironolactone works by directly blocking androgens during their interaction with the androgen receptor (114, 133, 142). It may also have estrogenic activity (143). Cyproterone acetate, a progestational compound with antiandrogenic properties (113, 132, 144), is widely used in Europe. 5α-Reductase inhibitors do not reduce testosterone levels and have adverse effects (145).

Dittrich *et al.* (141) reported that monthly doses of the GnRH agonist goserelin acetate in combination with estrogen were effective in reducing testosterone levels with a low incidence of adverse reactions in 60 transgender females. Leuprolide and transdermal estrogen were as effective as cyproterone and transdermal estrogen in a comparative retrospective study (146).

Patients can take estrogen as oral conjugated estrogens, oral 17β-estradiol, or transdermal 17β-estradiol. Among estrogen options, the increased risk of thromboembolic events associated with estrogens in general seems most concerning with ethinyl estradiol specifically (134, 140, 141), which is why we specifically suggest that it not be used in any transgender treatment plan. Data distinguishing among other estrogen options are less well established although there is some thought that oral routes of administration are more thrombogenic due to the "first pass effect" than are transdermal and parenteral routes, and that the risk of thromboembolic events is dose-dependent. Injectable estrogen and sublingual

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

App.0734

Case: 23-2366 Document: 39-3 Filed: 08/31/2023 Pages: 232

estrogen may benefit from avoiding the first pass effect, but they can result in more rapid peaks with greater overall periodicity and thus are more difficult to monitor (147, 148). However, there are no data demonstrating that increased periodicity is harmful otherwise.

Clinicians can use serum estradiol levels to monitor oral, transdermal, and intramuscular estradiol. Blood tests cannot monitor conjugated estrogens or synthetic estrogen use. Clinicians should measure serum estradiol and serum testosterone and maintain them at the level for premenopausal females (100 to 200 pg/mL and <50 ng/dL, respectively). The transdermal preparations and injectable estradiol cypionate or valerate preparations may confer an advantage in older transgender females who may be at higher risk for thromboembolic disease (149).

### Values

Our recommendation to maintain levels of gender-affirming hormones in the normal adult range places a high value on the avoidance of the long-term complications of pharmacologic doses. Those patients receiving endocrine treatment who have relative contraindications to hormones should have an in-depth discussion with their physician to balance the risks and benefits of therapy.

### Remarks

Clinicians should inform all endocrine-treated individuals of all risks and benefits of gender-affirming hormones prior to initiating therapy. Clinicians should strongly encourage tobacco use cessation in transgender females to avoid increased risk of VTE and cardiovascular complications. We strongly discourage the unsupervised use of hormone therapy (150).

Not all individuals with GD/gender incongruence seek treatment as described (e.g., male-to-eunuchs and individuals seeking partial transition). Tailoring current protocols to the individual may be done within the context of accepted safety guidelines using a multidisciplinary approach including mental health. No evidence-based protocols are available for these groups (151). We need prospective studies to better understand treatment options for these persons.

3.4. We suggest that endocrinologists provide education to transgender individuals undergoing treatment about the onset and time course of physical changes induced by sex hormone treatment. (2 |⊕○○○)

### Evidence

#### Transgender males

Physical changes that are expected to occur during the first 1 to 6 months of testosterone therapy include

cessation of menses, increased sexual desire, increased facial and body hair, increased oiliness of skin, increased muscle, and redistribution of fat mass. Changes that occur within the first year of testosterone therapy include deepening of the voice (152, 153), clitoromegaly, and male pattern hair loss (in some cases) (114, 144, 154, 155) (Table 12).

#### Transgender females

Physical changes that may occur in transgender females in the first 3 to 12 months of estrogen and anti-androgen therapy include decreased sexual desire, decreased spontaneous erections, decreased facial and body hair (usually mild), decreased oiliness of skin, increased breast tissue growth, and redistribution of fat mass (114, 139, 149, 154, 155, 161) (Table 13). Breast development is generally maximal at 2 years after initiating hormones (114, 139, 149, 155). Over a long period of time, the prostate gland and testicles will undergo atrophy.

Although the time course of breast development in transgender females has been studied (150), precise information about other changes induced by sex hormones is lacking (141). There is a great deal of variability among individuals, as evidenced during pubertal development. We all know that a major concern for transgender females is breast development. If we work with estrogens, the result will be often not what the transgender female expects.

Alternatively, there are transgender females who report an anecdotal improved breast development, mood, or sexual desire with the use of progestogens. However, there have been no well-designed studies of the role of progestogens in feminizing hormone regimens, so the question is still open.

Our knowledge concerning the natural history and effects of different cross-sex hormone therapies on breast

### Table 12. Masculinizing Effects in Transgender Males

| Effect | Onset | Maximum |
|---|---|---|
| Skin oiliness/acne | 1–6 mo | 1–2 y |
| Facial/body hair growth | 6–12 mo | 4–5 y |
| Scalp hair loss | 6–12 mo | —[a] |
| Increased muscle mass/strength | 6–12 mo | 2–5 y |
| Fat redistribution | 1–6 mo | 2–5 y |
| Cessation of menses | 1–6 mo | —[b] |
| Clitoral enlargement | 1–6 mo | 1–2 y |
| Vaginal atrophy | 1–6 mo | 1–2 y |
| Deepening of voice | 6–12 mo | 1–2 y |

Estimates represent clinical observations: Toorians et al. (149), Asscheman et al. (156), Gooren et al. (157), Wierckx et al. (158).

[a]Prevention and treatment as recommended for biological men.

[b]Menorrhagia requires diagnosis and treatment by a gynecologist.

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

**Table 13.   Feminizing Effects in Transgender Females**

| Effect | Onset | Maximum |
|---|---|---|
| Redistribution of body fat | 3–6 mo | 2–3 y |
| Decrease in muscle mass and strength | 3–6 mo | 1–2 y |
| Softening of skin/decreased oiliness | 3–6 mo | Unknown |
| Decreased sexual desire | 1–3 mo | 3–6 mo |
| Decreased spontaneous erections | 1–3 mo | 3–6 mo |
| Male sexual dysfunction | Variable | Variable |
| Breast growth | 3–6 mo | 2–3 y |
| Decreased testicular volume | 3–6 mo | 2–3 y |
| Decreased sperm production | Unknown | >3 y |
| Decreased terminal hair growth | 6–12 mo | >3 y[a] |
| Scalp hair | Variable | —[b] |
| Voice changes | None | —[c] |

Estimates represent clinical observations: Toorians et al. (149), Asscheman et al. (156), Gooren et al. (157).

[a]Complete removal of male sexual hair requires electrolysis or laser treatment or both.

[b]Familial scalp hair loss may occur if estrogens are stopped.

[c]Treatment by speech pathologists for voice training is most effective.

development in transgender females is extremely sparse and based on the low quality of evidence. Current evidence does not indicate that progestogens enhance breast development in transgender females, nor does evidence prove the absence of such an effect. This prevents us from drawing any firm conclusion at this moment and demonstrates the need for further research to clarify these important clinical questions (162).

## Values and preferences

Transgender persons have very high expectations regarding the physical changes of hormone treatment and are aware that body changes can be enhanced by surgical procedures (e.g., breast, face, and body habitus). Clear expectations for the extent and timing of sex hormone–induced changes may prevent the potential harm and expense of unnecessary procedures.

## 4.0 Adverse Outcome Prevention and Long-Term Care

Hormone therapy for transgender males and females confers many of the same risks associated with sex hormone replacement therapy in nontransgender persons. The risks arise from and are worsened by inadvertent or intentional use of supraphysiologic doses of sex hormones, as well as use of inadequate doses of sex hormones to maintain normal physiology (131, 139).

4.1. We suggest regular clinical evaluation for physical changes and potential adverse changes in response to sex steroid hormones and laboratory monitoring of sex steroid hormone levels every

3 months during the first year of hormone therapy for transgender males and females and then once or twice yearly. (2 |⊕⊕○○)

## Evidence

Pretreatment screening and appropriate regular medical monitoring are recommended for both transgender males and females during the endocrine transition and periodically thereafter (26, 155). Clinicians should monitor weight and blood pressure, conduct physical exams, and assess routine health questions, such as tobacco use, symptoms of depression, and risk of adverse events such as deep vein thrombosis/pulmonary embolism and other adverse effects of sex steroids.

### Transgender males

Table 14 contains a standard monitoring plan for transgender males on testosterone therapy (154, 159). Key issues include maintaining testosterone levels in the physiologic normal male range and avoiding adverse events resulting from excess testosterone therapy, particularly erythrocytosis, sleep apnea, hypertension, excessive weight gain, salt retention, lipid changes, and excessive or cystic acne (135).

Because oral 17-alkylated testosterone is not recommended, serious hepatic toxicity is not anticipated with parenteral or transdermal testosterone use (163, 164). Past concerns regarding liver toxicity with testosterone have been alleviated with subsequent reports that indicate the risk of serious liver disease is minimal (144, 165, 166).

### Transgender females

Table 15 contains a standard monitoring plan for transgender females on estrogens, gonadotropin suppression, or antiandrogens (160). Key issues include avoiding supraphysiologic doses or blood levels of estrogen that may lead to increased risk for thromboembolic disease, liver dysfunction, and hypertension. Clinicians should monitor serum estradiol levels using laboratories participating in external quality control, as measurements of estradiol in blood can be very challenging (167).

VTE may be a serious complication. A study reported a 20-fold increase in venous thromboembolic disease in a large cohort of Dutch transgender subjects (161). This increase may have been associated with the use of the synthetic estrogen, ethinyl estradiol (149). The incidence decreased when clinicians stopped administering ethinyl estradiol (161). Thus, the use of synthetic estrogens and conjugated estrogens is undesirable because of the inability to regulate doses by measuring serum levels and the risk of thromboembolic disease. In a German gender clinic, deep vein thrombosis occurred in 1 of 60 of transgender females treated with a GnRH analog and oral

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

**Table 14.    Monitoring of Transgender Persons on Gender-Affirming Hormone Therapy: Transgender Male**

1. Evaluate patient every 3 mo in the first year and then one to two times per year to monitor for appropriate signs of virilization and for development of adverse reactions.
2. Measure serum testosterone every 3 mo until levels are in the normal physiologic male range:[a]
   a. For testosterone enanthate/cypionate injections, the testosterone level should be measured midway between injections. The target level is 400–700 ng/dL to 400 ng/dL. Alternatively, measure peak and trough levels to ensure levels remain in the normal male range.
   b. For parenteral testosterone undecanoate, testosterone should be measured just before the following injection. If the level is <400 ng/dL, adjust dosing interval.
   c. For transdermal testosterone, the testosterone level can be measured no sooner than after 1 wk of daily application (at least 2 h after application).
3. Measure hematocrit or hemoglobin at baseline and every 3 mo for the first year and then one to two times a year. Monitor weight, blood pressure, and lipids at regular intervals.
4. Screening for osteoporosis should be conducted in those who stop testosterone treatment, are not compliant with hormone therapy, or who develop risks for bone loss.
5. If cervical tissue is present, monitoring as recommended by the American College of Obstetricians and Gynecologists.
6. Ovariectomy can be considered after completion of hormone transition.
7. Conduct sub- and periareolar annual breast examinations if mastectomy performed. If mastectomy is not performed, then consider mammograms as recommended by the American Cancer Society.

[a]Adapted from Lapauw et al. (154) and Ott et al. (159).

estradiol (141). The patient who developed a deep vein thrombosis was found to have a homozygous C677 T mutation in the methylenetetrahydrofolate reductase gene. In an Austrian gender clinic, administering gender-affirming hormones to 162 transgender females and 89 transgender males was not associated with VTE, despite an 8.0% and 5.6% incidence of thrombophilia (159). A more recent multinational study reported only 10 cases of VTE from a cohort of 1073 subjects (168). Thrombophilia screening of transgender persons initiating hormone treatment should be restricted to those with a personal or family history of VTE (159). Monitoring D-dimer levels during treatment is not recommended (169).

    4.2. We suggest periodically monitoring prolactin levels in transgender females treated with estrogens. (2 |⊕⊕◯◯)

**Evidence**

Estrogen therapy can increase the growth of pituitary lactotroph cells. There have been several reports of prolactinomas occurring after long-term, high-dose estrogen therapy (170–173). Up to 20% of transgender females treated with estrogens may have elevations in prolactin levels associated with enlargement of the pituitary gland (156). In most cases, the serum prolactin levels will return to the normal range with a reduction or discontinuation of the estrogen therapy or discontinuation of cyproterone acetate (157, 174, 175).

The onset and time course of hyperprolactinemia during estrogen treatment are not known. Clinicians should measure prolactin levels at baseline and then at least annually during the transition period and every 2 years thereafter. Given that only a few case studies reported prolactinomas, and prolactinomas were not reported in large cohorts of estrogen-treated persons, the risk is likely to be very low. Because the major presenting findings of microprolactinomas (hypogonadism and sometimes gynecomastia) are not apparent in transgender females, clinicians may perform radiologic examinations of the pituitary in those patients whose prolactin levels persistently increase despite stable or reduced estrogen levels. Some transgender individuals receive psychotropic medications that can increase prolactin levels (174).

**Table 15.    Monitoring of Transgender Persons on Gender-Affirming Hormone Therapy: Transgender Female**

1. Evaluate patient every 3 mo in the first year and then one to two times per year to monitor for appropriate signs of feminization and for development of adverse reactions.
2. Measure serum testosterone and estradiol every 3 mo.
   a. Serum testosterone levels should be <50 ng/dL.
   b. Serum estradiol should not exceed the peak physiologic range: 100–200 pg/mL.
3. For individuals on spironolactone, serum electrolytes, particularly potassium, should be monitored every 3 mo in the first year and annually thereafter.
4. Routine cancer screening is recommended, as in nontransgender individuals (all tissues present).
5. Consider BMD testing at baseline (160). In individuals at low risk, screening for osteoporosis should be conducted at age 60 years or in those who are not compliant with hormone therapy.

This table presents strong recommendations and does not include lower level recommendations.

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

4.3. We suggest that clinicians evaluate transgender persons treated with hormones for cardiovascular risk factors using fasting lipid profiles, diabetes screening, and/or other diagnostic tools. (2 |⊕⊕○○)

**Evidence**

*Transgender males*

Administering testosterone to transgender males results in a more atherogenic lipid profile with lowered high-density lipoprotein cholesterol and higher triglyceride and low-density lipoprotein cholesterol values (176–179). Studies of the effect of testosterone on insulin sensitivity have mixed results (178, 180). A randomized, open-label uncontrolled safety study of transgender males treated with testosterone undecanoate demonstrated no insulin resistance after 1 year (181, 182). Numerous studies have demonstrated the effects of sex hormone treatment on the cardiovascular system (160, 179, 183, 184). Long-term studies from The Netherlands found no increased risk for cardiovascular mortality (161). Likewise, a meta-analysis of 19 randomized trials in nontransgender males on testosterone replacement showed no increased incidence of cardiovascular events (185). A systematic review of the literature found that data were insufficient (due to very low–quality evidence) to allow a meaningful assessment of patient-important outcomes, such as death, stroke, myocardial infarction, or VTE in transgender males (176). Future research is needed to ascertain the potential harm of hormonal therapies (176). Clinicians should manage cardiovascular risk factors as they emerge according to established guidelines (186).

*Transgender females*

A prospective study of transgender females found favorable changes in lipid parameters with increased high-density lipoprotein and decreased low-density lipoprotein concentrations (178). However, increased weight, blood pressure, and markers of insulin resistance attenuated these favorable lipid changes. In a meta-analysis, only serum triglycerides were higher at ≥24 months without changes in other parameters (187). The largest cohort of transgender females (mean age 41 years, followed for a mean of 10 years) showed no increase in cardiovascular mortality despite a 32% rate of tobacco use (161).

Thus, there is limited evidence to determine whether estrogen is protective or detrimental on lipid and glucose metabolism in transgender females (176). With aging, there is usually an increase of body weight. Therefore, as with nontransgender individuals, clinicians should monitor and manage glucose and lipid metabolism and blood pressure regularly according to established guidelines (186).

4.4. We recommend that clinicians obtain BMD measurements when risk factors for osteoporosis exist, specifically in those who stop sex hormone therapy after gonadectomy. (1 |⊕⊕○○)

**Evidence**

*Transgender males*

Baseline bone mineral measurements in transgender males are generally in the expected range for their pretreatment gender (188). However, adequate dosing of testosterone is important to maintain bone mass in transgender males (189, 190). In one study (190), serum LH levels were inversely related to BMD, suggesting that low levels of sex hormones were associated with bone loss. Thus, LH levels in the normal range may serve as an indicator of the adequacy of sex steroid administration to preserve bone mass. The protective effect of testosterone may be mediated by peripheral conversion to estradiol, both systemically and locally in the bone.

*Transgender females*

A baseline study of BMD reported T scores less than −2.5 in 16% of transgender females (191). In aging males, studies suggest that serum estradiol more positively correlates with BMD than does testosterone (192, 193) and is more important for peak bone mass (194). Estrogen preserves BMD in transgender females who continue on estrogen and antiandrogen therapies (188, 190, 191, 195, 196).

Fracture data in transgender males and females are not available. Transgender persons who have undergone gonadectomy may choose not to continue consistent sex steroid treatment after hormonal and surgical sex reassignment, thereby becoming at risk for bone loss. There have been no studies to determine whether clinicians should use the sex assigned at birth or affirmed gender for assessing osteoporosis (*e.g.*, when using the FRAX tool). Although some researchers use the sex assigned at birth (with the assumption that bone mass has usually peaked for transgender people who initiate hormones in early adulthood), this should be assessed on a case-by-case basis until there are more data available. This assumption will be further complicated by the increasing prevalence of transgender people who undergo hormonal transition at a pubertal age or soon after puberty. Sex for comparison within risk assessment tools may be based on the age at which hormones were initiated and the length of exposure to hormones. In some cases, age may be

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

reasonable to assess risk using both the male and female calculators and using an intermediate value. Because all subjects underwent normal pubertal development, with known effects on bone size, reference values for birth sex were used for all participants (154).

> 4.5. We suggest that transgender females with no known increased risk of breast cancer follow breast-screening guidelines recommended for those designated female at birth. (2 |⊕⊕○○)
>
> 4.6. We suggest that transgender females treated with estrogens follow individualized screening according to personal risk for prostatic disease and prostate cancer. (2 |⊕○○○)

**Evidence**

Studies have reported a few cases of breast cancer in transgender females (197–200). A Dutch study of 1800 transgender females followed for a mean of 15 years (range of 1 30 years) found one case of breast cancer. The Women's Health Initiative study reported that females taking conjugated equine estrogen without progesterone for 7 years did not have an increased risk of breast cancer as compared with females taking placebo (137).

In transgender males, a large retrospective study conducted at the U.S. Veterans Affairs medical health system identified seven breast cancers (194). The authors reported that this was not above the expected rate of breast cancers in cisgender females in this cohort. Furthermore, they did report one breast cancer that developed in a transgender male patient after mastectomy, supporting the fact that breast cancer can occur even after mastectomy. Indeed, there have been case reports of breast cancer developing in subareolar tissue in transgender males, which occurred after mastectomy (201, 202).

Women with primary hypogonadism (Turner syndrome) treated with estrogen replacement exhibited a significantly decreased incidence of breast cancer as compared with national standardized incidence ratios (203, 204). These studies suggest that estrogen therapy does not increase the risk of breast cancer in the short term (<20 to 30 years). We need long-term studies to determine the actual risk, as well as the role of screening mammograms. Regular examinations and gynecologic advice should determine monitoring for breast cancer.

Prostate cancer is very rare before the age of 40, especially with androgen deprivation therapy (205). Childhood or pubertal castration results in regression of the prostate and adult castration reverses benign prostate hypertrophy (206). Although van Kesteren *et al.* (207) reported that estrogen therapy does not induce hypertrophy or premalignant changes in the prostates of

transgender females, studies have reported cases of benign prostatic hyperplasia in transgender females treated with estrogens for 20 to 25 years (208, 209). Studies have also reported a few cases of prostate carcinoma in transgender females (210–214).

Transgender females may feel uncomfortable scheduling regular prostate examinations. Gynecologists are not trained to screen for prostate cancer or to monitor prostate growth. Thus, it may be reasonable for transgender females who transitioned after age 20 years to have annual screening digital rectal examinations after age 50 years and prostate-specific antigen tests consistent with U.S. Preventive Services Task Force Guidelines (215).

> 4.7. We advise that clinicians determine the medical necessity of including a total hysterectomy and oophorectomy as part of gender-affirming surgery. (Ungraded Good Practice Statement)

**Evidence**

Although aromatization of testosterone to estradiol in transgender males has been suggested as a risk factor for endometrial cancer (216), no cases have been reported. When transgender males undergo hysterectomy, the uterus is small and there is endometrial atrophy (217, 218). Studies have reported cases of ovarian cancer (219, 220). Although there is limited evidence for increased risk of reproductive tract cancers in transgender males, health care providers should determine the medical necessity of a laparoscopic total hysterectomy as part of a gender-affirming surgery to prevent reproductive tract cancer (221).

**Values**

Given the discomfort that transgender males experience accessing gynecologic care, our recommendation for the medical necessity of total hysterectomy and oophorectomy places a high value on eliminating the risks of female reproductive tract disease and cancer and a lower value on avoiding the risks of these surgical procedures (related to the surgery and to the potential undesirable health consequences of oophorectomy) and their associated costs.

**Remarks**

The sexual orientation and type of sexual practices will determine the need and types of gynecologic care required following transition. Additionally, in certain countries, the approval required to change the sex in a birth certificate for transgender males may be dependent on having a complete hysterectomy. Clinicians should help patients research nonmedical administrative criteria and

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

provide counseling. If individuals decide not to undergo hysterectomy, screening for cervical cancer is the same as all other females.

## 5.0 Surgery for Sex Reassignment and Gender Confirmation

For many transgender adults, genital gender-affirming surgery may be the necessary step toward achieving their ultimate goal of living successfully in their desired gender role. The type of surgery falls into two main categories: (1) those that directly affect fertility and (2) those that do not. Those that change fertility (previously called sex reassignment surgery) include genital surgery to remove the penis and gonads in the male and removal of the uterus and gonads in the female. The surgeries that effect fertility are often governed by the legal system of the state or country in which they are performed. Other gender-conforming surgeries that do not directly affect fertility are not so tightly governed.

Gender-affirming surgical techniques have improved markedly during the past 10 years. Reconstructive genital surgery that preserves neurologic sensation is now the standard. The satisfaction rate with surgical reassignment of sex is now very high (187). Additionally, the mental health of the individual seems to be improved by participating in a treatment program that defines a pathway of gender-affirming treatment that includes hormones and surgery (130, 144) (Table 16).

Surgery that affects fertility is irreversible. The World Professional Association for Transgender Health Standards of Care (222) emphasizes that the "threshold of 18 should not be seen as an indication in itself for active intervention." If the social transition has not been satisfactory, if the person is not satisfied with or is ambivalent about the effects of sex hormone treatment, or if the person is ambivalent about surgery then the individual should not be referred for surgery (223, 224).

Gender-affirming genital surgeries for transgender females that affect fertility include gonadectomy, penectomy, and creation of a neovagina (225, 226). Surgeons often invert the skin of the penis to form the wall of the vagina, and several literatures reviews have reported on outcomes (227). Sometimes there is inadequate tissue to form a full neovagina, so clinicians have revisited using intestine and found it to be successful (87, 228, 229). Some newer vaginoplasty techniques may involve autologuous oral epithelial cells (230, 231).

The scrotum becomes the labia majora. Surgeons use reconstructive surgery to fashion the clitoris and its hood, preserving the neurovascular bundle at the tip of the penis as the neurosensory supply to the clitoris. Some surgeons are also creating a sensate pedicled-spot adding a G spot to the neovagina to increase sensation (232). Most recently, plastic surgeons have developed techniques to fashion labia minora. To further complete the feminization, uterine transplants have been proposed and even attempted (233).

Neovaginal prolapse, rectovaginal fistula, delayed healing, vaginal stenosis, and other complications do sometimes occur (234, 235). Clinicians should strongly remind the transgender person to use their dilators to maintain the depth and width of the vagina throughout the postoperative period. Genital sexual responsivity and other aspects of sexual function are usually preserved following genital gender-affirming surgery (236, 237).

Ancillary surgeries for more feminine or masculine appearance are not within the scope of this guideline. Voice therapy by a speech language pathologist is available to transform speech patterns to the affirmed gender (148). Spontaneous voice deepening occurs during testosterone treatment of transgender males (152, 238). No studies have compared the effectiveness of speech therapy, laryngeal surgery, or combined treatment.

Breast surgery is a good example of gender-confirming surgery that does not affect fertility. In all females, breast size exhibits a very broad spectrum. For transgender females to make the best informed decision, clinicians should delay breast augmentation surgery until the patient has completed at least 2 years of estrogen therapy, because the breasts continue to grow during that time (141, 155).

Another major procedure is the removal of facial and masculine-appearing body hair using either electrolysis or

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

**Table 16.    Criteria for Gender-Affirming Surgery, Which Affects Fertility**

1. Persistent, well-documented gender dysphoria
2. Legal age of majority in the given country
3. Having continuously and responsibly used gender-affirming hormones for 12 mo (if there is no medical contraindication to receiving such therapy)
4. Successful continuous full-time living in the new gender role for 12 mo
5. If significant medical or mental health concerns are present, they must be well controlled
6. Demonstrable knowledge of all practical aspects of surgery (*e.g.*, cost, required lengths of hospitalizations, likely complications, postsurgical rehabilitation)

App.0740

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

laser treatments. Other feminizing surgeries, such as that to feminize the face, are now becoming more popular (239–241).

In transgender males, clinicians usually delay gender-affirming genital surgeries until after a few years of androgen therapy. Those surgeries that affect fertility in this group include oophorectomy, vaginectomy, and complete hysterectomy. Surgeons can safely perform them vaginally with laparoscopy. These are sometimes done in conjunction with the creation of a neopenis. The cosmetic appearance of a neopenis is now very good, but the surgery is multistage and very expensive (242, 243). Radial forearm flap seems to be the most satisfactory procedure (228, 244). Other flaps also exist (245). Surgeons can make neopenile erections possible by reinervation of the flap and subsequent contraction of the muscle, leading to stiffening of the neopenis (246, 247), but results are inconsistent (248). Surgeons can also stiffen the penis by imbedding some mechanical device (*e.g.*, a rod or some inflatable apparatus) (249, 250). Because of these limitations, the creation of a neopenis has often been less than satisfactory. Recently, penis transplants are being proposed (233).

In fact, most transgender males do not have any external genital surgery because of the lack of access, high cost, and significant potential complications. Some choose a metaoidioplasty that brings forward the clitoris, thereby allowing them to void in a standing position without wetting themselves (251, 252). Surgeons can create the scrotum from the labia majora with good cosmetic effect and can implant testicular prostheses (253).

The most important masculinizing surgery for the transgender male is mastectomy, and it does not affect fertility. Breast size only partially regresses with androgen therapy (155). In adults, discussions about mastectomy usually take place after androgen therapy has started. Because some transgender male adolescents present after significant breast development has occurred, they may also consider mastectomy 2 years after they begin androgen therapy and before age 18 years. Clinicians should individualize treatment based on the physical and mental health status of the individual. There are now newer approaches to mastectomy with better outcomes (254, 255). These often involve chest contouring (256). Mastectomy is often necessary for living comfortably in the new gender (256).

5.1. We recommend that a patient pursue genital gender-affirming surgery only after the MHP and the clinician responsible for endocrine transition therapy both agree that surgery is medically

necessary and would benefit the patient's overall health and/or well-being. (1 |⊕⊕○○)

5.2. We advise that clinicians approve genital gender-affirming surgery only after completion of at least 1 year of consistent and compliant hormone treatment, unless hormone therapy is not desired or medically contraindicated. (Ungraded Good Practice Statement)

5.3. We advise that the clinician responsible for endocrine treatment and the primary care provider ensure appropriate medical clearance of transgender individuals for genital gender-affirming surgery and collaborate with the surgeon regarding hormone use during and after surgery. (Ungraded Good Practice Statement)

5.4. We recommend that clinicians refer hormone-treated transgender individuals for genital surgery when: (1) the individual has had a satisfactory social role change, (2) the individual is satisfied about the hormonal effects, and (3) the individual desires definitive surgical changes. (1 |⊕○○○)

5.5. We suggest that clinicians delay gender-affirming genital surgery involving gonadectomy and/or hysterectomy until the patient is at least 18 years old or legal age of majority in his or her country. (2 |⊕⊕○○).

5.6. We suggest that clinicians determine the timing of breast surgery for transgender males based upon the physical and mental health status of the individual. There is insufficient evidence to recommend a specific age requirement. (2 |⊕○○○)

### Evidence

Owing to the lack of controlled studies, incomplete follow-up, and lack of valid assessment measures, evaluating various surgical approaches and techniques is difficult. However, one systematic review including a large numbers of studies reported satisfactory cosmetic and functional results for vaginoplasty/neovagina construction (257). For transgender males, the outcomes are less certain. However, the problems are now better understood (258). Several postoperative studies report significant long-term psychological and psychiatric pathology (259–261). One study showed satisfaction with breasts, genitals, and femininity increased significantly and showed the importance of surgical treatment as a key therapeutic option for transgender females (262). Another analysis demonstrated that, despite the young average age at death following surgery and the relatively larger number of individuals with somatic morbidity, the study does not allow for determination of

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

causal relationships between, for example, specific types of hormonal or surgical treatment received and somatic morbidity and mortality (263). Reversal surgery in regretful male-to-female transsexuals after sexual reassignment surgery represents a complex, multistage procedure with satisfactory outcomes. Further insight into the characteristics of persons who regret their decision postoperatively would facilitate better future selection of applicants eligible for sexual reassignment surgery. We need more studies with appropriate controls that examine long-term quality of life, psychosocial outcomes, and psychiatric outcomes to determine the long-term benefits of surgical treatment.

When a transgender individual decides to have gender-affirming surgery, both the hormone prescribing clinician and the MHP must certify that the patient satisfies criteria for gender-affirming surgery (Table 16).

There is some concern that estrogen therapy may cause an increased risk for venous thrombosis during or following surgery (176). For this reason, the surgeon and the hormone-prescribing clinician should collaborate in making a decision about the use of hormones before and following surgery. One study suggests that preoperative factors (such as compliance) are less important for patient satisfaction than are the physical postoperative results (56). However, other studies and clinical experience dictate that individuals who do not follow medical instructions and do not work with their physicians toward a common goal do not achieve treatment goals (264) and experience higher rates of postoperative infections and other complications (265, 266). It is also important that the person requesting surgery feels comfortable with the anatomical changes that have occurred during hormone therapy. Dissatisfaction with social and physical outcomes during the hormone transition may be a contraindication to surgery (223).

An endocrinologist or experienced medical provider should monitor transgender individuals after surgery. Those who undergo gonadectomy will require hormone replacement therapy, surveillance, or both to prevent adverse effects of chronic hormone deficiency.

## Financial Disclosures of the Task Force*

**Wylie C. Hembree (chair)**—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. **Peggy T. Cohen-Kettenis**—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. **Louis Gooren**—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. **Sabine E. Hannema**—financial or business/organizational interests: none declared, significant financial interest or leadership position: Ferring Pharmaceuticals Inc. (lecture/conference), Pfizer (lecture). **Walter J. Meyer**—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. **M. Hassan Murad\*\***—financial or business/organizational interests: Mayo Clinic, Evidence-based Practice Center, significant financial interest or leadership position: none declared. **Stephen M. Rosenthal**—financial or business/organizational interests: AbbVie (consultant), National Institutes of Health (grantee), significant financial interest or leadership position: Pediatric Endocrine Society (immediate past president). **Joshua D. Safer, FACP**—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. **Vin Tangpricha**—financial or business/organizational interests: Cystic Fibrosis Foundation (grantee), National Institutes of Health (grantee), significant financial interest or leadership position, Elsevier *Journal of Clinical and Translational Endocrinology* (editor). **Guy G. T'Sjoen**—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared.* Financial, business, and organizational disclosures of the task force cover the year prior to publication. Disclosures prior to this time period are archived.\*\*Evidence-based reviews for this guideline were prepared under contract with the Endocrine Society.

## Acknowledgments

*Correspondence and Reprint Requests:* The Endocrine Society, 2055 L Street NW, Suite 600, Washington, DC 20036. E-mail: publications@endocrine.org; Phone: 202971-3636.

*Disclosure Summary:* See Financial Disclosures.

*Disclaimer:* The Endocrine Society's clinical practice guidelines are developed to be of assistance to endocrinologists by providing guidance and recommendations for particular areas of practice. The guidelines should not be considered inclusive of all proper approaches or methods, or exclusive of others. The guidelines cannot guarantee any specific outcome, nor do they establish a standard of care. The guidelines are not intended to dictate the treatment of a particular patient. Treatment decisions must be made based on the independent judgement of healthcare providers and each patient's individual circumstances.

The Endocrine Society makes no warranty, express or implied, regarding the guidelines and specifically excludes any warranties of merchantability and fitness for a particular use or purpose. The Society shall not be liable for direct, indirect,

App.0742

Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

special, incidental, or consequential damages related to the use of the information contained herein.

# References

1. Atkins D, Best D, Briss PA, Eccles M, Falck-Ytter Y, Flottorp S, Guyatt GH, Harbour RT, Haugh MC, Henry D, Hill S, Jaeschke R, Leng G, Liberati A, Magrini N, Mason J, Middleton P, Mrukowicz J, O'Connell D, Oxman AD, Phillips B, Schünemann HJ, Edejer T, Varonen H, Vist GE, Williams JW, Jr, Zaza S; GRADE Working Group. Grading quality of evidence and strength of recommendations. BMJ. 2004;328(7454):1490.

2. Swiglo BA, Murad MH, Schünemann HJ, Kunz R, Vigersky RA, Guyatt GH, Montori VM. A case for clarity, consistency, and helpfulness: state-of-the-art clinical practice guidelines in endocrinology using the grading of recommendations, assessment, development, and evaluation system. J Clin Endocrinol Metab. 2008;93(3):666–673.

3. Bullough VL. Transsexualism in history. Arch Sex Behav. 1975; 4(5):561–571.

4. Benjamin H. The transsexual phenomenon. Trans N Y Acad Sci. 1967;29(4):428–430.

5. Meyerowitz J. How Sex Changed: A History of Transsexuality in the United States. Cambridge, MA: Harvard University Press; 2002.

6. Hirschfeld M. Was muss das Volk vom Dritten Geschlecht wissen. Verlag Max Spohr, Leipzig; 1901.

7. Fisk NM. Editorial: Gender dysphoria syndrome—the conceptualization that liberalizes indications for total gender reorientation and implies a broadly based multi-dimensional rehabilitative regimen. West J Med. 1974;120(5):386–391.

8. Diamond L. Transgender experience and identity. In: Schwartz SJ, Luyckx K, Vignoles VL, eds. Handbook of Identity Theory and Research. New York, NY: Springer; 2011:629–647.

9. Queen C, Schimel L, eds. PoMoSexuals: Challenging Assumptions About Gender and Sexuality. San Francisco, CA: Cleis Press; 1997.

10. Case LK, Ramachandran VS. Alternating gender incongruity: a new neuropsychiatric syndrome providing insight into the dynamic plasticity of brain-sex. Med Hypotheses. 2012;78(5): 626–631.

11. Johnson TW, Wassersug RJ. Gender identity disorder outside the binary: when gender identity disorder-not otherwise specified is not good enough. Arch Sex Behav. 2010;39(3):597–598.

12. Wibowo E, Wassersug R, Warkentin K, Walker L, Robinson J, Brotto L, Johnson T. Impact of androgen deprivation therapy on sexual function: a response. Asian J Androl. 2012;14(5):793–794.

13. Pasquesoone V. 7 countries giving transgender people fundamental rights the U.S. still won't. 2014. Available at: https://mic.com/articles/87149/7-countries-giving-transgender-people-fundamental-rights-the-u-s-still-won-t. Accessed 26 August 2016.

14. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Arlington, VA: American Psychiatric Association Publishing.

15. Drescher J, Cohen-Kettenis P, Winter S. Minding the body: situating gender identity diagnoses in the ICD-11. Int Rev Psychiatry. 2012;24(6):568–577.

16. World Professional Association for Transgender Health. Standards of care for the health of transsexual, transgender, and gender nonconforming people. Available at: http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1351&pk_association_webpage=3926. Accessed 1 September 2017.

17. Kreukels BP, Haraldsen IR, De Cuypere G, Richter-Appelt H, Gijs L, Cohen-Kettenis PT. A European network for the investigation of gender incongruence: the ENIGI initiative. Eur Psychiatry. 2012;27(6):445–450.

18. Dekker MJ, Wierckx K, Van Caenegem E, Klaver M, Kreukels BP, Elaut E, Fisher AD, van Trotsenburg MA, Schreiner T, den Heijer M, T'Sjoen G. A European network for the investigation of gender incongruence: endocrine part. J Sex Med. 2016;13(6):994–999.

19. Ruble DN, Martin CL, Berenbaum SA. Gender development. In: Damon WL, Lerner RM, Eisenberg N, eds. Handbook of Child Psychology: Social, Emotional, and Personality Development. Vol. 3. 6th ed. New York, NY: Wiley; 2006;858–931.

20. Steensma TD, Kreukels BP, de Vries AL, Cohen-Kettenis PT. Gender identity development in adolescence. Horm Behav. 2013; 64(2):288–297.

21. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. 2014;99(12): 4379–4389.

22. Saraswat A, Weinand JD, Safer JD. Evidence supporting the biologic nature of gender identity. Endocr Pract. 2015;21(2): 199–204.

23. Gooren L. The biology of human psychosexual differentiation. Horm Behav. 2006;50(4):589–601.

24. Berenbaum SA, Meyer-Bahlburg HF. Gender development and sexuality in disorders of sex development. Horm Metab Res. 2015; 47(5):361–366.

25. Dessens AB, Slijper FME, Drop SLS. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav. 2005;34(4):389–397.

26. Meyer-Bahlburg HFL, Dolezal C, Baker SW, Ehrhardt AA, New MI. Gender development in women with congenital adrenal hyperplasia as a function of disorder severity. Arch Sex Behav. 2006; 35(6):667–684.

27. Frisén L, Nordenström A, Falhammar H, Filipsson H, Holmdahl G, Janson PO, Thorén M, Hagenfeldt K, Möller A, Nordenskjöld A. Gender role behavior, sexuality, and psychosocial adaptation in women with congenital adrenal hyperplasia due to CYP21A2 deficiency. J Clin Endocrinol Metab. 2009;94(9):3432–3439.

28. Meyer-Bahlburg HFL, Dolezal C, Baker SW, Carlson AD, Obeid JS, New MI. Prenatal androgenization affects gender-related behavior but not gender identity in 5–12-year-old girls with congenital adrenal hyperplasia. Arch Sex Behav. 2004;33(2):97–104.

29. Cohen-Kettenis PT. Gender change in 46,XY persons with 5α-reductase-2 deficiency and 17β-hydroxysteroid dehydrogenase-3 deficiency. Arch Sex Behav. 2005;34(4):399–410.

30. Reiner WG, Gearhart JP. Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. N Engl J Med. 2004;350(4):333–341.

31. Meyer-Bahlburg HFL. Gender identity outcome in female-raised 46,XY persons with penile agenesis, cloacal exstrophy of the bladder, or penile ablation. Arch Sex Behav. 2005;34(4):423–438.

32. Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. Behav Genet. 2002;32(4):251–257.

33. Heylens G, De Cuypere G, Zucker KJ, Schelfaut C, Elaut E, Vanden Bossche H, De Baere E, T'Sjoen G. Gender identity disorder in twins: a review of the case report literature. J Sex Med. 2012;9(3):751–757.

34. Fernández R, Esteva I, Gómez-Gil E, Rumbo T, Almaraz MC, Roda E, Haro-Mora J-J, Guillamón A, Pásaro E. Association study of ERβ, AR, and CYP19A1 genes and MtF transsexualism. J Sex Med. 2014;11(12):2986–2994.

35. Henningsson S, Westberg L, Nilsson S, Lundström B, Ekselius L, Bodlund O, Lindström E, Hellstrand M, Rosmond R, Eriksson E, Landén M. Sex steroid-related genes and male-to-female transsexualism. Psychoneuroendocrinology. 2005;30(7):657–664.

36. Hare L, Bernard P, Sánchez FJ, Baird PN, Vilain E, Kennedy T, Harley VR. Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. Biol Psychiatry. 2009;65(1):93–96.

37. Lombardo F, Toselli L, Grassetti D, Paoli D, Masciandaro P, Valentini F, Lenzi A, Gandini L. Hormone and genetic study in

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

App.0743

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

male to female transsexual patients. *J Endocrinol Invest*. 2013;
36(8):550–557.

38. Ujike H, Otani K, Nakatsuka M, Ishii K, Sasaki A, Oishi T, Sato T,
Okahisa Y, Matsumoto Y, Namba Y, Kimata Y, Kuroda S. As-
sociation study of gender identity disorder and sex hormone-
related genes. *Prog Neuropsychopharmacol Biol Psychiatry*.
2009;33(7):1241–1244.

39. Kreukels BP, Guillamon A. Neuroimaging studies in people
with gender incongruence. *Int Rev Psychiatry*. 2016;28(1):
120–128.

40. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT.
Desisting and persisting gender dysphoria after childhood:
a qualitative follow-up study. *Clin Child Psychol Psychiatry*.
2011;16(4):499–516.

41. Wallien MSC, Cohen-Kettenis PT. Psychosexual outcome of
gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry*.
2008;47(12):1413–1423.

42. Steensma TD, McGuire JK, Kreukels BPC, Beekman AJ, Cohen-
Kettenis PT. Factors associated with desistence and persistence of
childhood gender dysphoria: a quantitative follow-up study. *J Am
Acad Child Adolesc Psychiatry*. 2013;52(6):582–590.

43. Cohen-Kettenis PT, Owen A, Kaijser VG, Bradley SJ, Zucker KJ.
Demographic characteristics, social competence, and behavior
problems in children with gender identity disorder: a cross-
national, cross-clinic comparative analysis. *J Abnorm Child
Psychol*. 2003;31(1):41–53.

44. Dhejne C, Van Vlerken R, Heylens G, Arcelus J. Mental health and
gender dysphoria: a review of the literature. *Int Rev Psychiatry*.
2016;28(1):44–57.

45. Pasterski V, Gilligan L, Curtis R. Traits of autism spectrum dis-
orders in adults with gender dysphoria. *Arch Sex Behav*. 2014;
43(2):387–393.

46. Spack NP, Edwards-Leeper L, Feldman HA, Leibowitz S, Mandel
F, Diamond DA, Vance SR. Children and adolescents with gender
identity disorder referred to a pediatric medical center. *Pediatrics*.
2012;129(3):418–425.

47. Terada S, Matsumoto Y, Sato T, Okabe N, Kishimoto Y, Uchitomi
Y. Factors predicting psychiatric co-morbidity in gender-
dysphoric adults. *Psychiatry Res*. 2012;200(2-3):469–474.

48. VanderLaan DP, Leef JH, Wood H, Hughes SK, Zucker KJ.
Autism spectrum disorder risk factors and autistic traits in gender
dysphoric children. *J Autism Dev Disord*. 2015;45(6):1742–1750.

49. de Vries ALC, Doreleijers TAH, Steensma TD, Cohen-Kettenis PT.
Psychiatric comorbidity in gender dysphoric adolescents. *J Child
Psychol Psychiatry*. 2011;52(11):1195–1202.

50. de Vries ALC, Noens ILJ, Cohen-Kettenis PT, van Berckelaer-
Onnes IA, Doreleijers TA. Autism spectrum disorders in gender
dysphoric children and adolescents. *J Autism Dev Disord*. 2010;
40(8):930–936.

51. Wallien MS, Swaab H, Cohen-Kettenis PT. Psychiatric comorbidity
among children with gender identity disorder. *J Am Acad Child
Adolesc Psychiatry*. 2007;46(10):1307–1314.

52. Kuiper AJ, Cohen-Kettenis PT. Gender role reversal among
postoperative transsexuals. Available at: https://www.atria.nl/
ezines/web/IJT/97-03/numbers/symposion/ijtc0502.htm.
Accessed 26 August 2016.

53. Landén M, Wålinder J, Hambert G, Lundström B. Factors pre-
dictive of regret in sex reassignment. *Acta Psychiatr Scand*. 1998;
97(4):284–289.

54. Olsson S-E, Möller A. Regret after sex reassignment surgery in a
male-to-female transsexual: a long-term follow-up. *Arch Sex
Behav*. 2006;35(4):501–506.

55. Pfäfflin F, Junge A, eds. *Geschlechtsumwandlung: Abhand-
lungen zur Transsexualität*. Stuttgart, Germany: Schattauer;
1992.

56. Lawrence AA. Factors associated with satisfaction or regret fol-
lowing male-to-female sex reassignment surgery. *Arch Sex Behav*.
2003;32(4):299–315.

57. Cohen-Kettenis PT, Pfäfflin F. *Transgenderism and Intersexuality
in Childhood and Adolescence: Making Choices*. Thousand Oaks,
CA: SAGE Publications; 2003.

58. Di Ceglie D, Freedman D, McPherson S, Richardson P. Children
and adolescents referred to a specialist gender identity devel-
opment service: clinical features and demographic character-
istics. Available at: https://www.researchgate.net/publication/
276061306_Children_and_Adolescents_Referred_to_a_Specialist_
Gender_Identity_Development_Service_Clinical_Features_and_
Demographic_Characteristics. Accessed 20 July 2017.

59. Gijs L, Brewaeys A. Surgical treatment of gender dysphoria in
adults and adolescents: recent developments, effectiveness, and
challenges. *Annu Rev Sex Res*. 2007;18:178–224.

60. Cohen-Kettenis PT, van Goozen SHM. Sex reassignment of ad-
olescent transsexuals: a follow-up study. *J Am Acad Child Adolesc
Psychiatry*. 1997;36(2):263–271.

61. Smith YLS, van Goozen SHM, Cohen-Kettenis PT. Adolescents
with gender identity disorder who were accepted or rejected for
sex reassignment surgery: a prospective follow-up study. *J Am
Acad Child Adolesc Psychiatry*. 2001;40(4):472–481.

62. Smith YLS, Van Goozen SHM, Kuiper AJ, Cohen-Kettenis PT. Sex
reassignment: outcomes and predictors of treatment for adolescent
and adult transsexuals. *Psychol Med*. 2005;35(1):89–99.

63. de Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF,
Doreleijers TAH, Cohen-Kettenis PT. Young adult psychological
outcome after puberty suppression and gender reassignment.
*Pediatrics*. 2014;134(4):696–704.

64. Cole CM, O'Boyle M, Emory LE, Meyer WJ III. Comorbidity of
gender dysphoria and other major psychiatric diagnoses. *Arch Sex
Behav*. 1997;26(1):13–26.

65. Cohen-Kettenis PT, Schagen SEE, Steensma TD, de Vries ALC,
Delemarre-van de Waal HA. Puberty suppression in a gender-
dysphoric adolescent: a 22-year follow-up. *Arch Sex Behav*. 2011;
40(4):843–847.

66. First MB. Desire for amputation of a limb: paraphilia, psychosis,
or a new type of identity disorder. *Psychol Med*. 2005;35(6):
919–928.

67. Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D,
Van de Peer F, Weyers S, De Sutter P, T'Sjoen G. Reproductive
wish in transsexual men. *Hum Reprod*. 2012;27(2):483–487.

68. Wierckx K, Stuyver I, Weyers S, Hamada A, Agarwal A, De Sutter
P, T'Sjoen G. Sperm freezing in transsexual women. *Arch Sex
Behav*. 2012;41(5):1069–1071.

69. Bertelloni S, Baroncelli GI, Ferdeghini M, Menchini-Fabris F,
Saggese G. Final height, gonadal function and bone mineral
density of adolescent males with central precocious puberty after
therapy with gonadotropin-releasing hormone analogues. *Eur J
Pediatr*. 2000;159(5):369–374.

70. Büchter D, Behre HM, Kliesch S, Nieschlag E. Pulsatile GnRH or
human chorionic gonadotropin/human menopausal gonadotro-
pin as effective treatment for men with hypogonadotropic
hypogonadism: a review of 42 cases. *Eur J Endocrinol*. 1998;
139(3):298–303.

71. Liu PY, Turner L, Rushford D, McDonald J, Baker HW, Conway
AJ, Handelsman DJ. Efficacy and safety of recombinant human
follicle stimulating hormone (Gonal-F) with urinary human
chorionic gonadotrophin for induction of spermatogenesis and
fertility in gonadotrophin-deficient men. *Hum Reprod*. 1999;
14(6):1540–1545.

72. Pasquino AM, Pucarelli I, Accardo F, Demiraj V, Segni M, Di
Nardo R. Long-term observation of 87 girls with idiopathic
central precocious puberty treated with gonadotropin-releasing
hormone analogs: impact on adult height, body mass index, bone
mineral content, and reproductive function. *J Clin Endocrinol
Metab*. 2008;93(1):190–195.

73. Magiakou MA, Manousaki D, Papadaki M, Hadjidakis D,
Levidou G, Vakaki M, Papaefstathiou A, Lalioti N, Kanaka-
Gantenbein C, Piaditis G, Chrousos GA, Dacou-Voutetakis C. The

App.0744

Case: 23-2366    Document: 39-3    Filed: 08/31/2023    Pages: 232

efficacy and safety of gonadotropin-releasing hormone analog treatment in childhood and adolescence: a single center, long-term follow-up study. *J Clin Endocrinol Metab*. 2010;95(1):109–117.

74. Baba T, Endo T, Honnma H, Kitajima Y, Hayashi T, Ikeda H, Masumori N, Kamiya H, Moriwaka O, Saito T. Association between polycystic ovary syndrome and female-to-male transsexuality. *Hum Reprod*. 2007;22(4):1011–1016.

75. Spinder T, Spijkstra JJ, van den Tweel JG, Burger CW, van Kessel H, Hompes PGA, Gooren LJG. The effects of long term testosterone administration on pulsatile luteinizing hormone secretion and on ovarian histology in eugonadal female to male transsexual subjects. *J Clin Endocrinol Metab*. 1989;69(1):151–157.

76. Baba T, Endo T, Ikeda K, Shimizu A, Honnma H, Ikeda H, Masumori N, Ohmura T, Kiya T, Fujimoto T, Koizumi M, Saito T. Distinctive features of female-to-male transsexualism and prevalence of gender identity disorder in Japan. *J Sex Med*. 2011; 8(6):1686–1693.

77. Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L. Transsexualism in Serbia: a twenty-year follow-up study. *J Sex Med*. 2009;6(4):1018–1023.

78. Ikeda K, Baba T, Noguchi H, Nagasawa K, Endo T, Kiya T, Saito T. Excessive androgen exposure in female-to-male transsexual persons of reproductive age induces hyperplasia of the ovarian cortex and stroma but not polycystic ovary morphology. *Hum Reprod*. 2013;28(2):453–461.

79. Trebay G. He's pregnant. You're speechless. New York Times. 22 June 2008.

80. Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. *Obstet Gynecol*. 2014;124(6):1120–1127.

81. De Sutter P. Donor inseminations in partners of female-to-male transsexuals: should the question be asked? *Reprod Biomed Online*. 2003;6(3):382, author reply 282–283.

82. De Roo C, Tilleman K, T'Sjoen G, De Sutter P. Fertility options in transgender people. *Int Rev Psychiatry*. 2016;28(1):112–119.

83. Wennink JMB, Delemarre-van de Waal HA, Schoemaker R, Schoemaker H, Schoemaker J. Luteinizing hormone and follicle stimulating hormone secretion patterns in boys throughout puberty measured using highly sensitive immunoradiometric assays. *Clin Endocrinol (Oxf)*. 1989;31(5):551–564.

84. Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJG. The treatment of adolescent transsexuals: changing insights. *J Sex Med*. 2008;5(8):1892–1897.

85. Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinol*. 2006;155:S131–S137.

86. de Vries ALC, Steensma TD, Doreleijers TAH, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;8(8):2276–2283.

87. Bouman MB, van Zeijl MCT, Buncamper ME, Meijerink WJHJ, van Bodegraven AA, Mullender MG. Intestinal vaginoplasty revisited: a review of surgical techniques, complications, and sexual function. *J Sex Med*. 2014;11(7):1835–1847.

88. Carel JC, Eugster EA, Rogol A, Ghizzoni L, Palmert MR, Antoniazzi F, Berenbaum S, Bourguignon JP, Chrousos GP, Coste J, Deal S, de Vries L, Foster C, Heger S, Holland J, Jahnukainen K, Juul A, Kaplowitz P, Lahlou N, Lee M, Lee P, Merke DP, Neely EK, Oostdijk W, Phillip M, Rosenfield RL, Shulman D, Styne D, Tauber M, Wit JM; ESPE-LWPES GnRH Analogs Consensus Conference Group. Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*. 2009;123(4):e752–e762.

89. Roth CL, Brendel L, Rückert C, Hartmann K. Antagonistic and agonistic GnRH analogue treatment of precocious puberty: tracking gonadotropin concentrations in urine. *Horm Res*. 2005; 63(5):257–262.

90. Roth C. Therapeutic potential of GnRH antagonists in the treatment of precocious puberty. *Expert Opin Investig Drugs*. 2002;11(9):1253–1259.

91. Tuvemo T. Treatment of central precocious puberty. *Expert Opin Investig Drugs*. 2006;15(5):495–505.

92. Schagen SE, Cohen-Kettenis PT, Delemarre-van de Waal HA, Hannema SE. Efficacy and safety of gonadotropin-releasing hormone agonist treatment to suppress puberty in gender dysphoric adolescents. *J Sex Med*. 2016;13(7):1125–1132.

93. Manasco PK, Pescovitz OH, Feuillan PP, Hench KD, Barnes KM, Jones J, Hill SC, Loriaux DL, Cutler GB, Jr. Resumption of puberty after long term luteinizing hormone-releasing hormone agonist treatment of central precocious puberty. *J Clin Endocrinol Metab*. 1988;67(2):368–372.

94. Klink D, Caris M, Heijboer A, van Trotsenburg M, Rotteveel J. Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *J Clin Endocrinol Metab*. 2015;100(2):E270–E275.

95. Finkelstein JS, Klibanski A, Neer RM. A longitudinal evaluation of bone mineral density in adult men with histories of delayed puberty. *J Clin Endocrinol Metab*. 1996;81(3):1152–1155.

96. Bertelloni S, Baroncelli GI, Ferdeghini M, Perri G, Saggese G. Normal volumetric bone mineral density and bone turnover in young men with histories of constitutional delay of puberty. *J Clin Endocrinol Metab*. 1998;83(12):4280–4283.

97. Darelid A, Ohlsson C, Nilsson M, Kindblom JM, Mellström D, Lorentzon M. Catch up in bone acquisition in young adult men with late normal puberty. *J Bone Miner Res*. 2012;27(10): 2198–2207.

98. Mittan D, Lee S, Miller E, Perez RC, Basler JW, Bruder JM. Bone loss following hypogonadism in men with prostate cancer treated with GnRH analogs. *J Clin Endocrinol Metab*. 2002;87(8): 3656–3661.

99. Saggese G, Bertelloni S, Baroncelli GI, Battini R, Franchi G. Reduction of bone density: an effect of gonadotropin releasing hormone analogue treatment in central precocious puberty. *Eur J Pediatr*. 1993;152(9):717–720.

100. Neely EK, Bachrach LK, Hintz RL, Habiby RL, Slemenda CW, Feezle L, Pescovitz OH. Bone mineral density during treatment of central precocious puberty. *J Pediatr*. 1995;127(5):819–822.

101. Bertelloni S, Baroncelli GI, Sorrentino MC, Perri G, Saggese G. Effect of central precocious puberty and gonadotropin-releasing hormone analogue treatment on peak bone mass and final height in females. *Eur J Pediatr*. 1998;157(5):363–367.

102. Thornton P, Silverman LA, Geffner ME, Neely EK, Gould E, Danoff TM. Review of outcomes after cessation of gonadotropin-releasing hormone agonist treatment of girls with precocious puberty. *Pediatr Endocrinol Rev*. 2014;11(3):306–317.

103. Lem AJ, van der Kaay DC, Hokken-Koelega AC. Bone mineral density and body composition in short children born SGA during growth hormone and gonadotropin releasing hormone analog treatment. *J Clin Endocrinol Metab*. 2013;98(1):77–86.

104. Antoniazzi F, Zamboni G, Bertoldo F, Lauriola S, Mengarda F, Pietrobelli A, Tatò L. Bone mass at final height in precocious puberty after gonadotropin-releasing hormone agonist with and without calcium supplementation. *J Clin Endocrinol Metab*. 2003;88(3):1096–1101.

105. Calcaterra V, Mannarino S, Corana G, Codazzi AC, Mazzola A, Brambilla P, Larizza D. Hypertension during therapy with triptorelin in a girl with precocious puberty. *Indian J Pediatr*. 2013; 80(10):884–885.

106. Siomou E, Kosmeri C, Pavlou M, Vlahos AP, Argyropoulou MI, Siamopoulou A. Arterial hypertension during treatment with triptorelin in a child with Williams-Beuren syndrome. *Pediatr Nephrol*. 2014;29(9):1633–1636.

107. Staphorsius AS, Kreukels BPC, Cohen-Kettenis PT, Veltman DJ, Burke SM, Schagen SEE, Wouters FM, Delemarre-van de Waal

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

App.0745

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

HA, Bakker J. Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology*. 2015;**56**:190–199.

108. Hough D, Bellingham M, Haraldsen IR, McLaughlin M, Rennie M, Robinson JE, Solbakk AK, Evans NP. Spatial memory is impaired by peripubertal GnRH agonist treatment and testosterone replacement in sheep. *Psychoneuroendocrinology*. 2017;**75**:173–182.

109. Collipp PJ, Kaplan SA, Boyle DC, Plachte F, Kogut MD. Constitutional Isosexual Precocious Puberty. *Am J Dis Child*. 1964;**108**:399–405.

110. Hahn HB, Jr, Hayles AB, Albert A. Medroxyprogesterone and constitutional precocious puberty. *Mayo Clin Proc*. 1964;**39**:182–190.

111. Kaplan SA, Ling SM, Irani NG. Idiopathic isosexual precocity. *Am J Dis Child*. 1968;**116**(6):591–598.

112. Schoen EJ. Treatment of idiopathic precocious puberty in boys. *J Clin Endocrinol Metab*. 1966;**26**(4):363–370.

113. Gooren L. Hormone treatment of the adult transsexual patient. *Horm Res*. 2005;**64**(Suppl 2):31–36.

114. Moore E, Wisniewski A, Dobs A. Endocrine treatment of transsexual people: a review of treatment regimens, outcomes, and adverse effects. *J Clin Endocrinol Metab*. 2003;**88**(8):3467–3473.

115. Krueger RB, Hembree W, Hill M. Prescription of medroxyprogesterone acetate to a patient with pedophilia, resulting in Cushing's syndrome and adrenal insufficiency. *Sex Abuse*. 2006;**18**(2):227–228.

116. Lynch MM, Khandheria MM, Meyer WJ. Retrospective study of the management of childhood and adolescent gender identity disorder using medroxyprogesterone acetate. *Int J Transgenderism*. 2015;**16**:201–208.

117. Tack LJW, Craen M, Dhondt K, Vanden Bossche H, Laridaen J, Cools M. Consecutive lynestrenol and cross-sex hormone treatment in biological female adolescents with gender dysphoria: a retrospective analysis. *Biol Sex Differ*. 2016;**7**:14.

118. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ 3rd, Spack NP, Tangpricha V, Montori VM; Endocrine Society. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2009;**94**(9):3132–3154.

119. Mann L, Harmoni R, Power C. Adolescent decision-making: the development of competence. *J Adolesc*. 1989;**12**(3):265–278.

120. Stultiëns L, Goffin T, Borry P, Dierickx K, Nys H. Minors and informed consent: a comparative approach. *Eur J Health Law*. 2007;**14**(1):21–46.

121. Arshagouni P. "But I'm an adult now … sort of". Adolescent consent in health care decision-making and the adolescent brain. Available at: http://digitalcommons.law.umaryland.edu/cgi/viewcontent.cgi?article=1124&context=jhclp. Accessed 25 June 2017.

122. NHS. Prescribing of cross-sex hormones as part of the gender identity development service for children and adolescents. Available at: https://www.england.nhs.uk/commissioning/wp-content/uploads/sites/12/2016/08/clinical-com-pol-16046p.pdf. Accessed 14 June 2017.

123. Ankarberg-Lindgren C, Kristrom B, Norjavaara E. Physiological estrogen replacement therapy for puberty induction in girls: a clinical observational study. *Horm Res Paediatr*. 2014;**81**(4):239–244.

124. Olson J, Schrager SM, Clark LF, Dunlap SL, Belzer M. Subcutaneous testosterone: an effective delivery mechanism for masculinizing young transgender men. *LGBT Health*. 2014;**1**(3):165–167.

125. Spratt DI, Stewart I, Savage C, Craig W, Spack NP, Chandler DW, Spratt LV, Eimicke T, Olshan JS. Subcutaneous injection of testosterone is an effective and preferred alternative to intramuscular injection: demonstration in female-to-male transgender patients. *J Clin Endocrinol Metab*. 2017. doi:10.1210/jc.2017-00359

126. Eisenegger C, von Eckardstein A, Fehr E, von Eckardstein S. Pharmacokinetics of testosterone and estradiol gel preparations in healthy young men. *Psychoneuroendocrinology*. 2013;**38**(2):171–178.

127. de Ronde W, ten Kulve J, Woerdeman J, Kaufman J-M, de Jong FH. Effects of oestradiol on gonadotrophin levels in normal and castrated men. *Clin Endocrinol (Oxf)*. 2009;**71**(6):874–879.

128. Money J, Ehrhardt A. Man & woman, boy & girl: differentiation and dimorphism of gender identity from conception to maturity. Baltimore, MD: Johns Hopkins University press; 1972:202–206.

129. Heylens G, Verroken C, De Cock S, T'Sjoen G, De Cuypere G. Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *J Sex Med*. 2014;**11**(1):119–126.

130. Costa R, Colizzi M. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. *Neuropsychiatr Dis Treat*. 2016;**12**:1953–1966.

131. Gooren LJG, Giltay EJ. Review of studies of androgen treatment of female-to-male transsexuals: effects and risks of administration of androgens to females. *J Sex Med*. 2008;**5**(4):765–776.

132. Levy A, Crown A, Reid R. Endocrine intervention for transsexuals. *Clin Endocrinol (Oxf)*. 2003;**59**(4):409–418.

133. Tangpricha V, Ducharme SH, Barber TW, Chipkin SR. Endocrinologic treatment of gender identity disorders. *Endocr Pract*. 2003;**9**(1):12–21.

134. Meriggiola MC, Gava G. Endocrine care of transpeople part I. A review of cross-sex hormonal treatments, outcomes and adverse effects in transmen. *Clin Endocrinol (Oxf)*. 2015;**83**(5):597–606.

135. Bhasin S, Cunningham GR, Hayes FJ, Matsumoto AM, Snyder PJ, Swerdloff RS, Montori VM. Testosterone therapy in adult men with androgen deficiency syndromes: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2006;**91**(6):1995–2010.

136. Pelusi C, Costantino A, Martelli V, Lambertini M, Bazzocchi A, Ponti F, Battista G, Venturoli S, Meriggiola MC. Effects of three different testosterone formulations in female-to-male transsexual persons. *J Sex Med*. 2014;**11**(12):3002–3011.

137. Anderson GL, Limacher M, Assaf AR, Bassford T, Beresford SA, Black H, Bonds D, Brunner R, Brzyski R, Caan B, Chlebowski R, Curb D, Gass M, Hays J, Heiss G, Hendrix S, Howard BV, Hsia J, Hubbell A, Jackson R, Johnson KC, Judd H, Kotchen JM, Kuller L, LaCroix AZ, Lane D, Langer RD, Lasser N, Lewis CE, Manson J, Margolis K, Ockene J, O'Sullivan MJ, Phillips L, Prentice RL, Ritenbaugh C, Robbins J, Rossouw JE, Sarto G, Stefanick ML, Van Horn L, Wactawski-Wende J, Wallace R, Wassertheil-Smoller S; Women's Health Initiative Steering Committee. Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized controlled trial. *JAMA*. 2004;**291**(14):1701–1712.

138. Dickersin K, Munro MG, Clark M, Langenberg P, Scherer R, Frick K, Zhu Q, Hallock L, Nichols J, Yalcinkaya TM; Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB) Research Group. Hysterectomy compared with endometrial ablation for dysfunctional uterine bleeding: a randomized controlled trial. *Obstet Gynecol*. 2007;**110**(6):1279–1289.

139. Gooren LJ, Giltay EJ, Bunck MC. Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. *J Clin Endocrinol Metab*. 2008;**93**(1):19–25.

140. Prior JC, Vigna YM, Watson D. Spironolactone with physiological female steroids for presurgical therapy of male-to-female transsexualism. *Arch Sex Behav*. 1989;**18**(1):49–57.

141. Dittrich R, Binder H, Cupisti S, Hoffmann I, Beckmann MW, Mueller A. Endocrine treatment of male-to-female transsexuals using gonadotropin-releasing hormone agonist. *Exp Clin Endocrinol Diabetes*. 2005;**113**(10):586–592.

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

142. Stripp B, Taylor AA, Bartter FC, Gillette JR, Loriaux DL, Easley R, Menard RH. Effect of spironolactone on sex hormones in man. *J Clin Endocrinol Metab*. 1975;41(4):777–781.

143. Levy J, Burshell A, Marbach M, Afflalo L, Glick SM. Interaction of spironolactone with oestradiol receptors in cytosol. *J Endocrinol*. 1980;84(3):371–379.

144. Wierckx K, Elaut E, Van Hoorde B, Heylens G, De Cuypere G, Monstrey S, Weyers S, Hoebeke P, T'Sjoen G. Sexual desire in trans persons: associations with sex reassignment treatment. *J Sex Med*. 2014;11(1):107–118.

145. Chiriacò G, Cauci S, Mazzon G, Trombetta C. An observational retrospective evaluation of 79 young men with long-term adverse effects after use of finasteride against androgenetic alopecia. *Andrology*. 2016;4(2):245–250.

146. Gava G, Cerpolini S, Martelli V, Battista G, Seracchioli R, Meriggiola MC. Cyproterone acetate vs leuprolide acetate in combination with transdermal oestradiol in transwomen: a comparison of safety and effectiveness. *Clin Endocrinol (Oxf)*. 2016; 85(2):239–246.

147. Casper RF, Yen SS. Rapid absorption of micronized estradiol-17 beta following sublingual administration. *Obstet Gynecol*. 1981; 57(1):62–64.

148. Price TM, Blauer KL, Hansen M, Stanczyk F, Lobo R, Bates GW. Single-dose pharmacokinetics of sublingual versus oral administration of micronized 17β-estradiol. *Obstet Gynecol*. 1997;89(3): 340–345.

149. Toorians AWFT, Thomassen MCLGD, Zweegman S, Magdeleyns EJP, Tans G, Gooren LJG, Rosing J. Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. *J Clin Endocrinol Metab*. 2003;88(12): 5723–5729.

150. Mepham N, Bouman WP, Arcelus J, Hayter M, Wylie KR. People with gender dysphoria who self-prescribe cross-sex hormones: prevalence, sources, and side effects knowledge. *J Sex Med*. 2014; 11(12):2995–3001.

151. Richards C, Bouman WP, Seal L, Barker MJ, Nieder TO, T'Sjoen G. Non-binary or genderqueer genders. *Int Rev Psychiatry*. 2016; 28(1):95–102.

152. Cosyns M, Van Borsel J, Wierckx K, Dedecker D, Van de Peer F, Daelman T, Laenen S, T'Sjoen G. Voice in female-to-male transsexual persons after long-term androgen therapy. *Laryngoscope*. 2014;124(6):1409–1414.

153. Deuster D, Matulat P, Knief A, Zitzmann M, Rosslau K, Szukaj M, am Zehnhoff-Dinnesen A, Schmidt CM. Voice deepening under testosterone treatment in female-to-male gender dysphoric individuals. *Eur Arch Otorhinolaryngol*. 2016;273(4):959–965.

154. Lapauw B, Taes Y, Simoens S, Van Caenegem E, Weyers S, Goemaere S, Toye K, Kaufman J-M, T'Sjoen GG. Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. *Bone*. 2008;43(6):1016–1021.

155. Meyer III WJ, Webb A, Stuart CA, Finkelstein JW, Lawrence B, Walker FA. Physical and hormonal evaluation of transsexual patients: a longitudinal study. *Arch Sex Behav*. 1986;15(2): 121–138.

156. Asscheman H, Gooren LJ, Assies J, Smits JP, de Slegte R. Prolactin levels and pituitary enlargement in hormone-treated male-to-female transsexuals. *Clin Endocrinol (Oxf)*. 1988;28(6):583–588.

157. Gooren LJ, Harmsen-Louman W, van Kessel H. Follow-up of prolactin levels in long-term oestrogen-treated male-to-female transsexuals with regard to prolactinoma induction. *Clin Endocrinol (Oxf)*. 1985;22(2):201–207.

158. Wierckx K, Van Caenegem E, Schreiner T, Haraldsen I, Fisher AD, Toye K, Kaufman JM, T'Sjoen G. Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. *J Sex Med*. 2014;11(8):1999–2011.

159. Ott J, Kaufmann U, Bentz EK, Huber JC, Tempfer CB. Incidence of thrombophilia and venous thrombosis in transsexuals under cross-sex hormone therapy. *Fertil Steril*. 2010;93(4):1267–1272.

160. Giltay EJ, Hoogeveen EK, Elbers JMH, Gooren LJG, Asscheman H, Stehouwer CDA. Effects of sex steroids on plasma total homocysteine levels: a study in transsexual males and females. *J Clin Endocrinol Metab*. 1998;83(2):550–553.

161. van Kesteren PJM, Asscheman H, Megens JAJ, Gooren LJG. Mortality and morbidity in transsexual subjects treated with cross-sex hormones. *Clin Endocrinol (Oxf)*. 1997;47(3): 337–343.

162. Wierckx K, Gooren L, T'Sjoen G. Clinical review: breast development in trans women receiving cross-sex hormones. *J Sex Med*. 2014;11(5):1240–1247.

163. Bird D, Vowles K, Anthony PP. Spontaneous rupture of a liver cell adenoma after long term methyltestosterone: report of a case successfully treated by emergency right hepatic lobectomy. *Br J Surg*. 1979;66(3):212–213.

164. Westaby D, Ogle SJ, Paradinas FJ, Randell JB, Murray-Lyon IM. Liver damage from long-term methyltestosterone. *Lancet*. 1977; 2(8032):262–263.

165. Weinand JD, Safer JD. Hormone therapy in transgender adults is safe with provider supervision; a review of hormone therapy sequelae for transgender individuals. *J Clin Transl Endocrinol*. 2015;2(2):55–60.

166. Roberts TK, Kraft CS, French D, Ji W, Wu AH, Tangpricha V, Fantz CR. Interpreting laboratory results in transgender patients on hormone therapy. *Am J Med*. 2014;127(2):159–162.

167. Vesper HW, Botelho JC, Wang Y. Challenges and improvements in testosterone and estradiol testing. *Asian J Androl*. 2014;16(2): 178–184.

168. Asscheman H, T'Sjoen G, Lemaire A, Mas M, Meriggiola MC, Mueller A, Kuhn A, Dhejne C, Morel-Journel N, Gooren LJ. Venous thrombo-embolism as a complication of cross-sex hormone treatment of male-to-female transsexual subjects: a review. *Andrologia*. 2014;46(7):791–795.

169. Righini M, Perrier A, De Moerloose P, Bounameaux H. D-dimer for venous thromboembolism diagnosis: 20 years later. *J Thromb Haemost*. 2008;6(7):1059–1071.

170. Gooren LJ, Assies J, Asscheman H, de Slegte R, van Kessel H. Estrogen-induced prolactinoma in a man. *J Clin Endocrinol Metab*. 1988;66(2):444–446.

171. Kovacs K, Stefaneanu L, Ezzat S, Smyth HS. Prolactin-producing pituitary adenoma in a male-to-female transsexual patient with protracted estrogen administration. A morphologic study. *Arch Pathol Lab Med*. 1994;118(5):562–565.

172. Serri O, Noiseux D, Robert F, Hardy J. Lactotroph hyperplasia in an estrogen treated male-to-female transsexual patient. *J Clin Endocrinol Metab*. 1996;81(9):3177–3179.

173. Cunha FS, Domenice S, Câmara VL, Sircili MH, Gooren LJ, Mendonça BB, Costa EM. Diagnosis of prolactinoma in two male-to-female transsexual subjects following high-dose cross-sex hormone therapy. *Andrologia*. 2015;47(6):680–684.

174. Nota NM, Dekker MJHJ, Klaver M, Wiepjes CM, van Trotsenburg MA, Heijboer AC, den Heijer M. Prolactin levels during short- and long-term cross-sex hormone treatment: an observational study in transgender persons. *Andrologia*. 2017;49(6).

175. Bunck MC, Debono M, Giltay EJ, Verheijen AT, Diamant M, Gooren LJ. Autonomous prolactin secretion in two male-to-female transgender patients using conventional oestrogen dosages. *BMJ Case Rep*. 2009;2009:bcr0220091589.

176. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM. Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. *Clin Endocrinol (Oxf)*. 2010;72(1):1–10.

177. Berra M, Armillotta F, D'Emidio L, Costantino A, Martorana G, Pelusi G, Meriggiola MC. Testosterone decreases adiponectin

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

levels in female to male transsexuals. *Asian J Androl*. 2006;8(6): 725–729.

178. Elbers JMH, Giltay EJ, Teerlink T, Scheffer PG, Asscheman H, Seidell JC, Gooren LJG. Effects of sex steroids on components of the insulin resistance syndrome in transsexual subjects. *Clin Endocrinol (Oxf)*. 2003;58(5):562–571.

179. Giltay EJ, Lambert J, Gooren LJG, Elbers JMH, Steyn M, Stehouwer CDA. Sex steroids, insulin, and arterial stiffness in women and men. *Hypertension*. 1999;34(4 Pt 1):590–597.

180. Polderman KH, Gooren LJ, Asscheman H, Bakker A, Heine RJ. Induction of insulin resistance by androgens and estrogens. *J Clin Endocrinol Metab*. 1994;79(1):265–271.

181. Maraka S. Effect of sex steroids on lipids, venous thromboembolism, cardiovascular disease and mortality in transgender individuals: a systematic review and meta-analysis. Available at: http://press.endocrine.org/doi/abs/10.1210/endo-meetings.2016.RE.15.FRI-136. Accessed 3 July 2017.

182. Meriggiola MC, Armillotta F, Costantino A, Altieri P, Saad F, Kalhorn T, Perrone AM, Ghi T, Pelusi C, Pelusi G. Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. *J Sex Med*. 2008;5(10):2442–2453.

183. Giltay EJ, Toorians AW, Sarabdjitsingh AR, de Vries NA, Gooren LJ. Established risk factors for coronary heart disease are unrelated to androgen-induced baldness in female-to-male transsexuals. *J Endocrinol*. 2004;180(1):107–112.

184. Giltay EJ, Verhoef P, Gooren LJG, Geleijnse JM, Schouten EG, Stehouwer CDA. Oral and transdermal estrogens both lower plasma total homocysteine in male-to-female transsexuals. *Atherosclerosis*. 2003;168(1):139–146.

185. Calof OM, Singh AB, Lee ML, Kenny AM, Urban RJ, Tenover JL, Bhasin S. Adverse events associated with testosterone replacement in middle-aged and older men: a meta-analysis of randomized, placebo-controlled trials. *J Gerontol A Biol Sci Med Sci*. 2005; 60(11):1451–1457.

186. Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults. Executive summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA*. 2001;285(19):2486–2497.

187. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, Erwin PJ, Montori VM. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clin Endocrinol (Oxf)*. 2010;72(2): 214–231.

188. Van Caenegem E, Wierckx K, Taes Y, Schreiner T, Vandewalle S, Toye K, Lapauw B, Kaufman JM, T'Sjoen G. Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (ENIGI). *Eur J Endocrinol*. 2015;172(2): 163–171.

189. Turner A, Chen TC, Barber TW, Malabanan AO, Holick MF, Tangpricha V. Testosterone increases bone mineral density in female-to-male transsexuals: a case series of 15 subjects. *Clin Endocrinol (Oxf)*. 2004;61(5):560–566.

190. van Kesteren P, Lips P, Gooren LJG, Asscheman H, Megens J. Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. *Clin Endocrinol (Oxf)*. 1998;48(3):347–354.

191. Van Caenegem E, Taes Y, Wierckx K, Vandewalle S, Toye K, Kaufman JM, Schreiner T, Haraldsen I, T'Sjoen G. Low bone mass is prevalent in male-to-female transsexual persons before the start of cross-sex hormonal therapy and gonadectomy. *Bone*. 2013;54(1):92–97.

192. Amin S, Zhang Y, Sawin CT, Evans SR, Hannan MT, Kiel DP, Wilson PW, Felson DT. Association of hypogonadism and

estradiol levels with bone mineral density in elderly men from the Framingham study. *Ann Intern Med*. 2000;133(12):951–963.

193. Gennari L, Khosla S, Bilezikian JP. Estrogen and fracture risk in men. *J Bone Miner Res*. 2008;23(10):1548–1551.

194. Khosla S, Melton LJ III, Atkinson EJ, O'Fallon WM, Klee GG, Riggs BL. Relationship of serum sex steroid levels and bone turnover markers with bone mineral density in men and women: a key role for bioavailable estrogen. *J Clin Endocrinol Metab*. 1998;83(7):2266–2274.

195. Mueller A, Dittrich R, Binder H, Kuehnel W, Maltaris T, Hoffmann I, Beckmann MW. High dose estrogen treatment increases bone mineral density in male-to-female transsexuals receiving gonadotropin-releasing hormone agonist in the absence of testosterone. *Eur J Endocrinol*. 2005;153(1):107–113.

196. Ruetsche AG, Kneubuehl R, Birkhaeuser MH, Lippuner K. Cortical and trabecular bone mineral density in transsexuals after long-term cross-sex hormonal treatment: a cross-sectional study. *Osteoporos Int*. 2005;16(7):791–798.

197. Ganly I, Taylor EW. Breast cancer in a trans-sexual man receiving hormone replacement therapy. *Br J Surg*. 1995;82(3):341.

198. Pritchard TJ, Pankowsky DA, Crowe JP, Abdul-Karim FW. Breast cancer in a male-to-female transsexual. A case report. *JAMA*. 1988;259(15):2278–2280.

199. Symmers WS. Carcinoma of breast in trans-sexual individuals after surgical and hormonal interference with the primary and secondary sex characteristics. *BMJ*. 1968;2(5597):83–85.

200. Brown GR. Breast cancer in transgender veterans: a ten-case series. *LGBT Health*. 2015;2(1):77–80.

201. Shao T, Grossbard ML, Klein P. Breast cancer in female-to-male transsexuals: two cases with a review of physiology and management. *Clin Breast Cancer*. 2011;11(6):417–419.

202. Nikolic DV, Djordjevic ML, Granic M, Nikolic AT, Stanimirovic VV, Zdravkovic D, Jelic S. Importance of revealing a rare case of breast cancer in a female to male transsexual after bilateral mastectomy. *World J Surg Oncol*. 2012;10:280.

203. Bösze P, Tóth A, Török M. Hormone replacement and the risk of breast cancer in Turner's syndrome. *N Engl J Med*. 2006;355(24): 2599–2600.

204. Schoemaker MJ, Swerdlow AJ, Higgins CD, Wright AF, Jacobs PA; UK Clinical Cytogenetics Group. Cancer incidence in women with Turner syndrome in Great Britain: a national cohort study. *Lancet Oncol*. 2008;9(3):239–246.

205. Smith RA, Cokkinides V, Eyre HJ. American Cancer Society guidelines for the early detection of cancer, 2006. *CA Cancer J Clin*. 2006;56(1):11–25, quiz 49–50.

206. Wilson JD, Roehrborn C. Long-term consequences of castration in men: lessons from the Skoptzy and the eunuchs of the Chinese and Ottoman courts. *J Clin Endocrinol Metab*. 1999;84(12): 4324–4331.

207. van Kesteren P, Meinhardt W, van der Valk P, Geldof A, Megens J, Gooren L. Effects of estrogens only on the prostates of aging men. *J Urol*. 1996;156(4):1349–1353.

208. Brown JA, Wilson TM. Benign prostatic hyperplasia requiring transurethral resection of the prostate in a 60-year-old male-to-female transsexual. *Br J Urol*. 1997;80(6):956–957.

209. Casella R, Bubendorf L, Schaefer DJ, Bachmann A, Gasser TC, Sulser T. Does the prostate really need androgens to grow? Transurethral resection of the prostate in a male-to-female transsexual 25 years after sex-changing operation. *Urol Int*. 2005;75(3):288–290.

210. Dorff TB, Shazer RL, Nepomuceno EM, Tucker SJ. Successful treatment of metastatic androgen-independent prostate carcinoma in a transsexual patient. *Clin Genitourin Cancer*. 2007;5(5): 344–346.

211. Thurston AV. Carcinoma of the prostate in a transsexual. *Br J Urol*. 1994;73(2):217.

App.0748

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

212. van Harst EP, Newling DW, Gooren LJ, Asscheman H, Prenger DM. Metastatic prostatic carcinoma in a male-to-female transsexual. *BJU Int*. 1998;81:776.

213. Turo R, Jallad S, Prescott S, Cross WR. Metastatic prostate cancer in transsexual diagnosed after three decades of estrogen therapy. *Can Urol Assoc J*. 2013;7(7–8):E544–E546.

214. Miksad RA, Bubley G, Church P, Sanda M, Rofsky N, Kaplan I, Cooper A. Prostate cancer in a transgender woman 41 years after initiation of feminization. *JAMA*. 2006;296(19):2316–2317.

215. Moyer VA; U.S. Preventive Services Task Force. Screening for prostate cancer: U.S. Preventive Services Task Force recommendation statement. *Ann Intern Med*. 2012;157(2):120–134.

216. Futterweit W. Endocrine therapy of transsexualism and potential complications of long-term treatment. *Arch Sex Behav*. 1998; 27(2):209–226.

217. Miller N, Bédard YC, Cooter NB, Shaul DL. Histological changes in the genital tract in transsexual women following androgen therapy. *Histopathology*. 1986;10(7):661–669.

218. O'Hanlan KA, Dibble SL, Young-Spint M. Total laparoscopic hysterectomy for female-to-male transsexuals. *Obstet Gynecol*. 2007;110(5):1096–1101.

219. Dizon DS, Tejada-Berges T, Koelliker S, Steinhoff M, Granai CO. Ovarian cancer associated with testosterone supplementation in a female-to-male transsexual patient. *Gynecol Obstet Invest*. 2006; 62(4):226–228.

220. Hage JJ, Dekker JJML, Karim RB, Verheijen RHM, Bloemena E. Ovarian cancer in female-to-male transsexuals: report of two cases. *Gynecol Oncol*. 2000;76(3):413–415.

221. Mueller A, Gooren L. Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. *Eur J Endocrinol*. 2008;159(3):197–202.

222. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ, Monstrey S, Adler RK, Brown GR, Devor AH, Ehrbar R, Ettner R, Eyler E, Garofalo R, Karasic DH, Lev AI, Mayer G, Meyer-Bahlburg H, Hall BP, Pfaefflin F, Rachlin K, Robinson B, Schechter LS, Tangpricha V, van Trotsenburg M, Vitale A, Winter S, Whittle S, Wylie KR, Zucker K. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism*. 2012;13:165–232.

223. Colebunders B, D'Arpa S, Weijers S, Lumen N, Hoebeke P, Monstrey S. Female-to-male gender reassignment surgery. In: Ettner R, Monstrey S, Coleman E, eds. *Principles of Transgender Medicine and Surgery*. 2nd ed. New York, NY: Routledge Taylor & Francis Group; 2016:279–317.

224. Monstrey S, Hoebeke P, Dhont M, De Cuypere G, Rubens R, Moerman M, Hamdi M, Van Landuyt K, Blondeel P. Surgical therapy in transsexual patients: a multi-disciplinary approach. *Acta Chir Belg*. 2001;101(5):200–209.

225. Selvaggi G, Ceulemans P, De Cuypere G, VanLanduyt K, Blondeel P, Hamdi M, Bowman C, Monstrey S. Gender identity disorder: general overview and surgical treatment for vaginoplasty in male-to-female transsexuals. *Plast Reconstr Surg*. 2005;116(6): 135e–145e.

226. Tugnet N, Goddard JC, Vickery RM, Khoosal D, Terry TR. Current management of male-to-female gender identity disorder in the UK. *Postgrad Med J*. 2007;83(984):638–642.

227. Horbach SER, Bouman M-B, Smit JM, Özer M, Buncamper ME, Mullender MG. Outcome of vaginoplasty in male-to-female transgenders: a systematic review of surgical techniques. *J Sex Med*. 2015;12(6):1499–1512.

228. Wroblewski P, Gustafsson J, Selvaggi G. Sex reassignment surgery for transsexuals. *Curr Opin Endocrinol Diabetes Obes*. 2013; 20(6):570–574.

229. Morrison SD, Satterwhite T, Grant DW, Kirby J, Laub DR, Sr, VanMaasdam J. Long-term outcomes of rectosigmoid neocolporrhaphy in male-to-female gender reassignment surgery. *Plast Reconstr Surg*. 2015;136(2):386–394.

230. Dessy LA, Mazzocchi M, Corrias F, Ceccarelli S, Marchese C, Scuderi N. The use of cultured autologous oral epithelial cells for vaginoplasty in male-to-female transsexuals: a feasibility, safety, and advantageousness clinical pilot study. *Plast Reconstr Surg*. 2014;133(1):158–161.

231. Li FY, Xu YS, Zhou CD, Zhou Y, Li SK, Li Q. Long-term outcomes of vaginoplasty with autologous buccal micromucosa. *Obstet Gynecol*. 2014;123(5):951–956.

232. Kanhai RC. Sensate vagina pedicled-spot for male-to-female transsexuals: the experience in the first 50 patients. *Aesthetic Plast Surg*. 2016;40(2):284–287.

233. Straayer C. Transplants for transsexuals? Ambitions, concerns, ideology. Paper presented at: Trans*Studies: An International Transdisciplinary Conference on Gender, Embodiment, and Sexuality; 7–10 September 2016; University of Arizona, Tucson, AZ.

234. Bucci S, Mazzon G, Liguori G, Napoli R, Pavan N, Bormioli S, Ollandini G, De Concilio B, Trombetta C. Neovaginal prolapse in male-to-female transsexuals: an 18-year-long experience. *Biomed Res Int*. 2014;2014:240761.

235. Raigosa M, Avvedimento S, Yoon TS, Cruz-Gimeno J, Rodriguez G, Fontdevila J. Male-to-female genital reassignment surgery: a retrospective review of surgical technique and complications in 60 patients. *J Sex Med*. 2015;12(8):1837–1845.

236. Green R. Sexual functioning in post-operative transsexuals: male-to-female and female-to-male. *Int J Impot Res*. 1998;10(Suppl 1): S22–S24.

237. Hess J, Rossi Neto R, Panic L, Rübben H, Senf W. Satisfaction with male-to-female gender reassignment surgery. *Dtsch Arztebl Int*. 2014;111(47):795–801.

238. Nygren U, Nordenskjold A, Arver S, Sodersten M. Effects on voice fundamental frequency and satisfaction with voice in trans men during testosterone treatment—a longitudinal study. *J Voice*. 2016;30(6):766.e23–766.e34.

239. Becking AG, Tuinzing DB, Hage JJ, Gooren LJG. Transgender feminization of the facial skeleton. *Clin Plast Surg*. 2007;34(3): 557–564.

240. Giraldo F, Esteva I, Bergero T, Cano G, González C, Salinas P, Rivada E, Lara JS, Soriguer F; Andalusia Gender Team. Corona glans clitoroplasty and urethropreputial vestibuloplasty in male-to-female transsexuals: the vulval aesthetic refinement by the Andalusia Gender Team. *Plast Reconstr Surg*. 2004;114(6): 1543–1550.

241. Goddard JC, Vickery RM, Terry TR. Development of feminizing genitoplasty for gender dysphoria. *J Sex Med*. 2007;4(4 Pt 1): 981–989.

242. Hage JJ, de Graaf FH, Bouman FG, Bloem JJAM. Sculpturing the glans in phalloplasty. *Plast Reconstr Surg*. 1993;92(1):157–161, discussion 162.

243. Thiagaraj D, Gunasegaram R, Loganath A, Peh KL, Kottegoda SR, Ratnam SS. Histopathology of the testes from male transsexuals on oestrogen therapy. *Ann Acad Med Singapore*. 1987; 16(2):347–348.

244. Monstrey SJ, Ceulemans P, Hoebeke P. Sex reassignment surgery in the female-to-male transsexual. *Semin Plast Surg*. 2011;25(3): 229–244.

245. Perovic SV, Djinovic R, Bumbasirevic M, Djordjevic M, Vukovic P. Total phalloplasty using a musculocutaneous latissimus dorsi flap. *BJU Int*. 2007;100(4):899–905, discussion 905.

246. Vesely J, Hyza P, Ranno R, Cigna E, Monni N, Stupka I, Justan I, Dvorak Z, Novak P, Ranno S. New technique of total phalloplasty with reinnervated latissimus dorsi myocutaneous free flap in female-to-male transsexuals. *Ann Plast Surg*. 2007;58(5): 544–550.

247. Ranno R, Veselý J, Hýza P, Stupka I, Justan I, Dvorák Z, Monni N, Novák P, Ranno S. Neo-phalloplasty with re-innervated latissimus dorsi free flap: a functional study of a novel technique. *Acta Chir Plast*. 2007;49(1):3–7.

248. Garcia MM, Christopher NA, De Luca F, Spilotros M, Ralph DJ. Overall satisfaction, sexual function, and the durability of neophallus dimensions following staged female to male genital gender confirming surgery: the Institute of Urology, London U.K. experience. *Transl Androl Urol*. 2014;3(2):156–162.

249. Chen H-C, Gedebou TM, Yazar S, Tang Y-B. Prefabrication of the free fibula osteocutaneous flap to create a functional human penis using a controlled fistula method. *J Reconstr Microsurg*. 2007; 23(3):151–154.

250. Hoebeke PB, Decaestecker K, Beysens M, Opdenakker Y, Lumen N, Monstrey SM. Erectile implants in female-to-male transsexuals: our experience in 129 patients. *Eur Urol*. 2010;57(2): 334–341.

251. Hage JJ. Metaidoioplasty: an alternative phalloplasty technique in transsexuals. *Plast Reconstr Surg*. 1996;97(1):161–167.

252. Cohanzad S. Extensive metoidioplasty as a technique capable of creating a compatible analogue to a natural penis in female transsexuals. *Aesthetic Plast Surg*. 2016;40(1):130–138.

253. Selvaggi G, Hoebeke P, Ceulemans P, Hamdi M, Van Landuyt K, Blondeel P, De Cuypere G, Monstrey S. Scrotal reconstruction in female-to-male transsexuals: a novel scrotoplasty. *Plast Reconstr Surg*. 2009;123(6):1710–1718.

254. Bjerrome Ahlin H, Kölby L, Elander A, Selvaggi G. Improved results after implementation of the Ghent algorithm for subcutaneous mastectomy in female-to-male transsexuals. *J Plast Surg Hand Surg*. 2014;48(6):362–367.

255. Wolter A, Diedrichson J, Scholz T, Arens-Landwehr A, Liebau J. Sexual reassignment surgery in female-to-male transsexuals: an algorithm for subcutaneous mastectomy. *J Plast Reconstr Aesthet Surg*. 2015;68(2):184–191.

256. Richards C, Barrett J. The case for bilateral mastectomy and male chest contouring for the female-to-male transsexual. *Ann R Coll Surg Engl*. 2013;95(2):93–95.

257. Sutcliffe PA, Dixon S, Akehurst RL, Wilkinson A, Shippam A, White S, Richards R, Caddy CM. Evaluation of surgical procedures for sex reassignment: a systematic review. *J Plast Reconstr Aesthet Surg*. 2009;62(3):294–306, discussion 306–308.

258. Selvaggi G, Elander A. Penile reconstruction/formation. *Curr Opin Urol*. 2008;18(6):589–597.

259. Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, Landén M. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PLoS One*. 2011;6(2):e16885.

260. Kuhn A, Bodmer C, Stadlmayr W, Kuhn P, Mueller MD, Birkhäuser M. Quality of life 15 years after sex reassignment surgery for transsexualism. *Fertil Steril*. 2009;92(5):1685–1689.e3.

261. Papadopulos NA, Lellé JD, Zavlin D, Herschbach P, Henrich G, Kovacs L, Ehrenberger B, Kluger AK, Machens HG, Schaff J. Quality of life and patient satisfaction following male-to-female sex reassignment surgery. *J Sex Med*. 2017;14(5):721–730.

262. Simonsen RK, Hald GM, Kristensen E, Giraldi A. Long-term follow-up of individuals undergoing sex-reassignment surgery: somatic morbidity and cause of death. *Sex Med*. 2016;4(1): e60–e68.

263. Djordjevic ML, Bizic MR, Duisin D, Bouman MB, Buncamper M. Reversal Surgery in regretful male-to-female transsexuals after sex reassignment surgery. *J Sex Med*. 2016;13(6):1000–1007.

264. Liberopoulos EN, Florentin M, Mikhailidis DP, Elisaf MS. Compliance with lipid-lowering therapy and its impact on cardiovascular morbidity and mortality. *Expert Opin Drug Saf*. 2008;7(6):717–725.

265. Forbes SS, Stephen WJ, Harper WL, Loeb M, Smith R, Christoffersen EP, McLean RF. Implementation of evidence-based practices for surgical site infection prophylaxis: results of a pre- and postintervention study. *J Am Coll Surg*. 2008;207(3): 336–341.

266. Davis PJ, Spady D, de Gara C, Forgie SE. Practices and attitudes of surgeons toward the prevention of surgical site infections: a provincial survey in Alberta, Canada. *Infect Control Hosp Epidemiol*. 2008;29(12):1164–1166.

Downloaded from https://academic.oup.com/jcem/article/102/11/3869/4157558 by guest on 31 March 2021

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
2                    NORTHERN DIVISION
3                      *   *   *
4    BRIANNA BOE, et al.,
5         Plaintiffs,
6    UNITED STATES OF AMERICA,
7         Intervenor Plaintiff,
8       vs.                  CASE NO. 2:22-cv-184-LCB
9    HON. STEVE MARSHALL, in his
     Official capacity as Attorney
10   General, of the State of
     Alabama, et al.,
11
12        Defendants.
13                     *   *   *
14          Deposition of ARMAND H. ANTOMMARIA,
15   M.D., Ph.D., FAAP, HEC-C, Witness herein, called
16   by the Defendants for examination pursuant to the
17   Rules of Civil Procedure, taken before me, Monica
18   K. Schrader, a Notary Public in and for the State
19   of Ohio, at the U.S. Attorney's Office, Cleveland
20   Branch Office, Atrium II Building, 221 East Fourth
21   Street, Suite 400, Cincinnati, Ohio, on Friday,
22   April 21, 2023, at 9:03 a.m.
23                     *   *   *
24
25

Page 206

1 the condition, correct?                 15:02:23
2      A.  If medical therapy was          15:02:23
3 unsuccessful, surgery might be considered, sir.  15:02:28
4      Q.  And you can have with that      15:02:30
5 condition emergency situations that require   15:02:34
6 surgery, correct, like a bleed or perforation,  15:02:36
7 if you know?                            15:02:42
8      A.  I don't know that surgery would be  15:02:44
9 necessarily the primary intervention for    15:02:46
10 bleeding, but for perforation, yes, sir.   15:02:48
11      Q.  Because if a perforation is left  15:02:52
12 untreated, that can cause death presumably,  15:02:54
13 right?                                  15:02:57
14      A.  It can cause peritonitis, which  15:02:58
15 would be an infection in the abdominal cavity  15:03:01
16 which if left untreated could result in death,  15:03:06
17 sir.                                    15:03:08
18      Q.  For a natal male at Tanner Stage 2  15:03:09
19 seeking to begin puberty blockers, what are the  15:03:22
20 options for preserving that child's fertility?  15:03:26
21      A.  The primary option for preserving  15:03:29
22 fertility in that case would be delaying the  15:03:38
23 use of puberty blockers, sir.           15:03:41
24      Q.  So you wouldn't actually start  15:03:43
25 them at Tanner 2 if you were trying to preserve  15:03:45

Page 207

1 fertility?                              15:03:48
2      MR. CHEEK:  Objection, foundation.  15:03:48
3      THE WITNESS:  If that was your     15:03:50
4 exclusive or predominant goal, there would be a  15:03:56
5 reason to delay utilizing puberty blockers. There  15:04:00
6 might be other ways later in the future that by  15:04:05
7 discontinuing gender-affirming medical care  15:04:13
8 fertility could be reestablished.       15:04:16
9 BY MR. FRAMPTON:                        15:04:20
10      Q.  Have you seen any studies showing  15:04:22
11 the success of that process?            15:04:23
12      A.  I am aware of studies that show  15:04:28
13 the resumption of fertility in individuals who  15:04:34
14 have discontinued gender-affirming hormone  15:04:37
15 therapy, sir.                           15:04:41
16      Q.  Aware of any studies dealing with  15:04:41
17 individuals who started puberty suppression at  15:04:44
18 Tanner Stage 2?                         15:04:47
19      MR. CHEEK:  Objection, form.        15:04:48
20      THE WITNESS:  Not specifically of  15:04:50
21 that population, sir.                   15:04:53
22 BY MR. FRAMPTON:                        15:04:54
23      Q.  Just as a general matter, if a  15:04:54
24 natal male starts puberty suppression at Tanner  15:04:57
25 Stage 2, continues seamlessly into estrogen and  15:05:01

Page 208

1 anti-androgen therapy, that person will never  15:05:06
2 develop fertility, correct, without stopping  15:05:10
3 treatment?                              15:05:14
4      A.  So, in general, the expectation  15:05:14
5 would be if that individual continued    15:05:19
6 treatment, that is correct that they would not  15:05:23
7 be fertile.                             15:05:25
8      Q.  And, likewise, with a natal female  15:05:26
9 who begins puberty suppression at Tanner Stage  15:05:30
10 2 and progresses seamlessly to testosterone  15:05:34
11 therapy, that individual would not develop  15:05:38
12 fertility, correct?                     15:05:41
13      A.  If they continued on treatment,  15:05:43
14 they would not be anticipated to have   15:05:51
15 biologically related children. It is to say  15:05:53
16 that for some individuals the benefit of   15:05:56
17 treatment would outweigh that risk, but that  15:05:59
18 risk would exist.                       15:06:01
19      Q.  And it wouldn't be a risk, it    15:06:02
20 would be they are not going to have fertility  15:06:12
21 without discontinuing treatment, correct?  15:06:15
22      MR. CHEEK:  Objection, form.        15:06:20
23      THE WITNESS:  I'm sorry, I don't    15:06:21
24 understand the distinction that you are making,  15:06:22
25 sir.                                    15:06:24

Page 209

1 BY MR. FRAMPTON:                        15:06:24
2      Q.  Well, I think you were          15:06:25
3 characterizing it as a risk of infertility, and  15:06:26
4 I was distinguishing it's really -- without  15:06:30
5 discontinuing treatment, it's a certainty of  15:06:33
6 infertility, is it not?                 15:06:36
7      A.  So when -- as an emphasis, when I  15:06:37
8 would refer to a risk, I wouldn't say that  15:06:40
9 risks involve both a magnitude and a    15:06:42
10 probability.  So while colloquially risk might  15:06:44
11 have implications about probability, I don't  15:06:48
12 know that in the way an ethicist uses a risk  15:06:52
13 that it necessarily has those similar  15:06:57
14 implications.                           15:07:04
15      Q.  But you would agree, again, for  15:07:06
16 the natal female starting puberty suppression  15:07:08
17 at Tanner Stage 2 continuing seamlessly through  15:07:10
18 to testosterone therapy that that person -- you  15:07:13
19 would not have any expectation that person  15:07:16
20 would develop fertility with that course of  15:07:18
21 treatment, correct?                     15:07:22
22      A.  So given the currently available  15:07:22
23 resources for fertility preservation, no.  15:07:34
24      Q.  Are you aware of any studies that  15:07:37
25 document healthy conception and birth by a  15:08:02