# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER - FAILURE TO FILE REQUIRED PAPER COPIES

September 7, 2023

| | |
|---|---|
| No. 23-2366 | K.C., et al.,<br><br>                 Plaintiffs - Appellees<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br>                 Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon | |

**To:**

Alexander Barrett Bowdre
OFFICE OF THE ATTORNEY GENERAL
State of Alabama
501 Washington Avenue
Montgomery, AL 36130

Mr. Edmund G. LaCour Jr.
OFFICE OF THE ATTORNEY GENERAL
State of Alabama
501 Washington Avenue
Montgomery, AL 36130

The Amicus brief was electronically filed on August 28, 2023. The paper copies of this brief were due to be submitted to the Clerk's Office by September 5, 2023. The paper copies have not been received by this court.

Pursuant to the Electronic Case Filing Procedures (h)(2):

> Filers are also required to submit the necessary number of duplicate paper copies of briefs, appendices and petitions for rehearing, in accordance with Fed. R. App. P. 30(a)(3) and Circuit Rules 31(b) and 40(b). Duplicate paper copies must be received by the Clerk within seven days of the Notice of Docket Activity generated upon acceptance of the electronic brief or appendices. Duplicate paper copies of petitions for rehearing must be submitted within three days of the Notice of Docket Activity. [amended 05/24/2011]

Submission of the paper copies of the briefs must be accomplished within **seven (7)** days of this notice or the court may issue a Rule of Show Cause order pursuant to Circuit Rule 31.

form name: **c7_Brief_Deficiency_Ltr_PaperCopies**    (form ID: **243**)