# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| K.C., ET AL.,<br>　　*Plaintiffs-Appelleees*,<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, ET AL.,<br>　　*Defendants-Appellants* | No. 23-2366 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

　　Thomas M. Fisher, Solicitor General, hereby requests this Court grant leave to withdraw his appearance as counsel for Defendants-Appellants The Individual Members of the Medical Licensing Board of Indiana, in their official capacities; the Executive Director, Indiana Professional Licensing Agency, in her official capacity; Attorney General of the State of Indiana, in his official capacity; Secretary, Indiana Family and Social Services Administration, in her official capacity; and Indiana Family and Social Services Administration..

　　The appearances of James A. Barta, and Melinda R. Holmes, on behalf of Defendants-Appellants, remain in place, and all pleadings, orders, and entries should be served on them.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THEODORE E. ROKITA
　　　　　　　　　　　　　　　　　　Indiana Attorney General

Date: September 8, 2023

*/s/ Thomas M. Fisher*
THOMAS M. FISHER
Solicitor General
Office of the Attorney General
302 W. Washington St.
IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Thomas M. Fisher
THOMAS M. FISHER
Solicitor General


Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6255
Facsimile: (317) 232-7979
Tom.Fisher@atg.in.gov