# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 11, 2023

*By the Court:*

| | |
|---|---|
| No. 23-2366 | K.C., et al.,<br>          Plaintiffs - Appellees<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br>          Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon | |

Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**, filed on September 9, 2023, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Thomas M. Fisher may withdraw from further representation of appellants Individual Members of the Medical Licensing Board of Indiana, Lindsay Hyer, Todd Rokita, Daniel Rusyniak, and Indiana Family and Social Services Administration. Attorney James A. Barta will serve as counsel of record for the appellants.

form name: **c7_Order_BTC**     (form ID: **178**)