# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 18, 2023

Before

AMY J. ST. EVE, *Circuit Judge*

| No. 23-2366 | K.C., et al.,<br><br>　　　　　Plaintiffs - Appellees<br>v.<br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br><br>　　　　　Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon | |

The following is before the court:

    1.    **APPELLEES' MOTION TO STRIKE APPENDIX OF AMICUS CURIAE ALLIANCE DEFENDING FREEDOM**, filed on September 9, 2023, by counsel for the appellees.

    2.    **RESPONSE TO MOTION TO STRIKE APPENDIX OF AMICUS CURIAE ALLIANCE DEFENDING FREEDOM**, filed on September 14, 2023, by counsel for amicus curiae.

    **IT IS ORDERED** that the motion to strike is **DENIED**.