ACLU
Indiana

September 26, 2023
electronically filed

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St.
Room 2722
Chicago, IL 60604

re: *K.C. v. Individual Members of the Medical Licensing Bd.*
No. 23-2366 – Appellees' unavailability dates for oral argument

Dear Clerk,

I am counsel for record in the above case for the appellees and will be arguing the case. My co-counsel and I are not available for oral argument on the following dates.

October 23-24, 27, 30, 31
November 1-3, 6-8, 14, 15
December 4-8
January 8-11, 22
February 5, 12

Thank you very much.

Very truly yours,

Kenneth J. Falk
Attorney at Law

Price Building * 1031 East Washington Street * Indianapolis, Indiana 46202-3952
Telephone 317/635-4059 ext. 104 * fax: 317/635-4105 * e-mail kfalk@aclu-in.org