Save As          Clear Form

## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 23-2366

Short Caption: K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
See attached.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
N/A

(3) If the party, amicus or intervenor is a corporation:

  i) Identify all its parent corporations, if any; and
  N/A

  ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
  N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

Attorney's Signature: /s/ Jonathan B. Miller            Date: 09/27/2023

Attorney's Printed Name: Jonathan B. Miller

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes [✓] No [ ]

Address: 490 43rd Street, Unit #115
         Oakland, CA 94609

Phone Number: (646) 831-6113           Fax Number:

E-Mail Address: jon@publicrightsproject.org

rev. 12/19 AK

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT ATTACHED SHEET

Appellate Court No: 23-2366

Short Caption: K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3)

Attorney is serving as counsel for an amicus brief on behalf of Local Governments and Local Government Officials. Several of the *amici* are governmental entities. The government entities have additional counsel listed on the brief and are not subject to the disclosure requirement. They are as follows:

City of Ann Arbor, Michigan; City of Baltimore, Maryland; City of Boston, Massachusetts; City of Chicago, Illinois; City of Cincinnati, Ohio; City of Columbus, Ohio; City of Madison, Wisconsin; City of Minneapolis, Minnesota; County of Monterey, California; City of New York, New York; City of Oakland, California; City of Pittsburgh, Pennsylvania; City of Portland, Oregon; City of Sacramento, California; City of Saint Paul, Minnesota; Travis County, Texas; and City of West Hollywood, California.

Attorney is serving as counsel for the following Local Government Officials in connection with the amicus brief:

Ylenia Aguilar, Elizabeth Alcantar, Soli Alpert, Susan AnderBois, Valarie Bachelor, Natalie Beyer, Buta Biberaj, Daniel Biss, Xouhoa Bowen, Teri Castillo, Peter Ceglarek, Michael Chameides, John Clark, Jerry L. Clayton, Paula Cole, Laura Conover, Kara Davis, Satana Deberry, Jorge DeFendini, Rosalba Dominguez, John Donegan, Parisa

Dehghani-Tafti, Matthew Ellis, Scott Esserman, Carrie Evans, Ramin Fatehi, Vanessa Fuentes, George Gascon, Megan Green, Leanne Greenberg, Marion Greene, Sarah George, Deborah Gonzalez, Beau Harbin, Michele Hirsch, Andrea Jenkins, Jillian Johnson, Tarece Johnson-Morgan, Nick Komives, Larry Krasner, Jaguanana Lathan, Stephanie Loredo, Mary Lupien, Ryan Mello, Rachel Miller, Omar Narvaez, Marcelia Nicholson, Isabel Piedmont-Smith, Veronica Pillar, Delishia Porterfield, Kim Roney, Minita Sanghvi, Alana Sanders, Gabriela Santiago-Romero, Mike Schmidt, Karen Stegman, Kimberly Wilburn, Stephanie Willoughby, Robin Wilt, Cynthia Wirth, Nelsie Yang, Gregory Young, Estevan Zarate, and Ligia Andrade Zuniga.

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 23-2366

Short Caption: K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
See attached.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

(3) If the party, amicus or intervenor is a corporation:

   i) Identify all its parent corporations, if any; and

   ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

Attorney's Signature: /s/ Aadika Singh    Date: 09/27/2023

Attorney's Printed Name: Aadika Singh

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes ☐   No ✔

Address: 490 43rd Street, Unit #115

Oakland, CA 94609

Phone Number: 907-331-7481    Fax Number:

E-Mail Address: aadika@publicrightsproject.org

rev. 12/19 AK

# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT ATTACHED SHEET

Appellate Court No: 23-2366

Short Caption: K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3)

Attorney is serving as counsel for an amicus brief on behalf of Local Governments and Local Government Officials. Several of the *amici* are governmental entities. The government entities have additional counsel listed on the brief and are not subject to the disclosure requirement. They are as follows:

City of Ann Arbor, Michigan; City of Baltimore, Maryland; City of Boston, Massachusetts; City of Chicago, Illinois; City of Cincinnati, Ohio; City of Columbus, Ohio; City of Madison, Wisconsin; City of Minneapolis, Minnesota; County of Monterey, California; City of New York, New York; City of Oakland, California; City of Pittsburgh, Pennsylvania; City of Portland, Oregon; City of Sacramento, California; City of Saint Paul, Minnesota; Travis County, Texas; and City of West Hollywood, California.

Attorney is serving as counsel for the following Local Government Officials in connection with the amicus brief:

Ylenia Aguilar, Elizabeth Alcantar, Soli Alpert, Susan AnderBois, Valarie Bachelor, Natalie Beyer, Buta Biberaj, Daniel Biss, Xouhoa Bowen, Teri Castillo, Peter Ceglarek, Michael Chameides, John Clark, Jerry L. Clayton, Paula Cole, Laura Conover, Kara Davis, Satana Deberry, Jorge DeFendini, Rosalba Dominguez, John Donegan, Parisa

Dehghani-Tafti, Matthew Ellis, Scott Esserman, Carrie Evans, Ramin Fatehi, Vanessa Fuentes, George Gascon, Megan Green, Leanne Greenberg, Marion Greene, Sarah George, Deborah Gonzalez, Beau Harbin, Michele Hirsch, Andrea Jenkins, Jillian Johnson, Tarece Johnson-Morgan, Nick Komives, Larry Krasner, Jaguanana Lathan, Stephanie Loredo, Mary Lupien, Ryan Mello, Rachel Miller, Omar Narvaez, Marcelia Nicholson, Isabel Piedmont-Smith, Veronica Pillar, Delishia Porterfield, Kim Roney, Minita Sanghvi, Alana Sanders, Gabriela Santiago-Romero, Mike Schmidt, Karen Stegman, Kimberly Wilburn, Stephanie Willoughby, Robin Wilt, Cynthia Wirth, Nelsie Yang, Gregory Young, Estevan Zarate, and Ligia Andrade Zuniga.

| | Save As | Clear Form |

## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 23-2366

Short Caption: K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Washtenaw County Prosecuting Attorney's Office

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
N/A

(3) If the party, amicus or intervenor is a corporation:

   i) Identify all its parent corporations, if any; and
   N/A

   ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
   N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

Attorney's Signature: /s/ Eli Savit  Date: 09/27/2023

Attorney's Printed Name: Eli Savit

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes ☐  No ✓

Address: P.O. Box 8645
Ann Arbor, Michigan, 48107

Phone Number: (734) 222-6620  Fax Number:

E-Mail Address: savite@washtenaw.org

rev. 12/19 AK

Save As    Clear Form

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 23-2366

Short Caption: K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]  **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Washtenaw County Prosecuting Attorney's Office

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
N/A

(3) If the party, amicus or intervenor is a corporation:

　　i)　Identify all its parent corporations, if any; and
　　　　N/A

　　ii)　list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
　　　　N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

Attorney's Signature: /s/ Victoria Burton-Harris    Date: 09/27/2023

Attorney's Printed Name: Victoria Burton-Harris

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes [ ]    No [✓]

Address: P.O. Box 8645
Ann Arbor, Michigan, 48107

Phone Number: (734) 222-6620    Fax Number:

E-Mail Address: burtonharrisv@washtenaw.org

rev. 12/19 AK

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jonathan B. Miller*
Jonathan B. Miller

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
jon@publicrightsproject.org