IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| K.C., et al,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>Individual Members of the Medical Licensing Board, et al.<br><br>*Defendants-Appellants.* | No. 23-2366 |

**DEFENDANTS-APPELLANTS'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, Defendants-Appellants respectfully request a 7-day extension of time in which to file their reply, to and including October 18, 2023. Without an extension, the reply would be due on October 11, 2023. Defendants-Appellants have not previously sought an extension. Counsel for Defendants-Appellants has informed Plaintiffs-Appellees' counsel of this request, and Plaintiffs-Appellees' counsel does not object to the relief sought.

This case involves a challenge to Indiana's S.E.A. 480, which generally prohibits licensed medical practitioners from "knowingly provid[ing]," or aiding or abetting another practitioner in providing, "gender transition procedures to a minor."

1

Ind. Code § 25-1-22-13(a)–(b). The district court granted Plaintiffs-Appellees a preliminary injunction, prohibiting enforcement of certain provisions of S.E.A. 480. SA1–SA2. Defendants-Appellants are now appealing that injunction. Defendants-Appellants filed their opening brief on August 21, 2023, Doc. 19, and Plaintiffs-Appellants filed their response brief on September 20, 2023, Doc. 50.

Currently, Defendants-Appellants' reply is due on October 11, 2023. *See* Fed. App. R. 31(a)(1). As explained more fully in the attached declaration, additional time is necessary for Defendants-Appellants' counsel to prepare the reply. Counsel for Defendants-Appellants has been heavily engaged with other matters,[1] former

---

[1] Those matters include discovery related to a motion for class certification, including up to three Rule 30(b)(6) depositions, in *K.C. v. Individual Members of the Medical Licensing Board of Indiana*, No. 23-cv-595 (S.D. Ind.), with discovery set to close on October 16, 2023; a reply brief in *Anonymous Plaintiff 1 v. Individual Members of the Medical Licensing Board of Indiana*, No. 22A-PL-2938 (Ind. Ct. App.), currently due on October 5, 2023; a reply brief in *Indiana Bureau of Motor Vehicles v. Simmons*, No. 23A-PL-00899 (Ind. Ct. App.), currently due on October 10, 2023; a cross-motion for summary judgment and response in opposition to summary judgment in *Sparger-Withers v. Taylor*, No. 21-cv-2824 (S.D. Ind.), currently due on October 12, 2023; discovery and a response in opposition to a motion for preliminary injunction in *3C, LLC d/b/a 3Chi v. Rokita*, No. 1:23-cv-1115 (S.D. Ind.), currently due on October 12, 2023; a motion to dismiss in *Roberts v. Indiana*, No. 1:23-cv-00828 (S.D. Ind.), currently due on October 17, 2023; a response brief in *Smiley v. Jenner*, No. 23-2543 (7th Cir.), currently due on October 18, 2023; a response to the motion for preliminary injunction in *St. Hilaire v. Commissioner of the Indiana Bureau of Motor Vehicles*, No. 1:23-cv-1505 (S.D. Ind.), currently due on October 30, 2023; a response to the motion for class certification in *St. Hilaire v. Commissioner of the Indiana Bureau of Motor Vehicles*, No. 1:23-cv-1505 (S.D. Ind.), currently due on October 30, 2023; an answer in *St. Hilaire v. Commissioner of the Indiana Bureau of Motor Vehicles*, No. 1:23-cv-1505

lead counsel recently withdrew from this case, and current lead counsel was out of the office from September 8 to 22, 2023, for his wedding and honeymoon. Accordingly, Defendants-Appellants respectfully request a 7-day extension of time in which to file their reply, to and including October 18, 2023.

        Respectfully submitted,

        THEODORE E. ROKITA
        Indiana Attorney General

By:  /s/ James A. Barta
        James A. Barta
        Deputy Solicitor General
        Office of the Indiana Attorney General
        IGC-South, Fifth Floor
        302 West Washington Street
        Indianapolis, Indiana 46204-2770
        Telephone: (317) 232-0709
        Fax: (317) 232-7979
        Email: James.Barta@atg.in.gov

---

(S.D. Ind.), currently due on October 30, 2023; and a reply brief in support of summary judgment in *City of Bloomington v. Smith*, No. 53C06-2203-PL-608 (Monroe Cir. Ct.), currently due on October 30, 2023.

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this document contains 539 words, excluding the parts exempted by Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated: September 27, 2023          /s/ James A. Barta
                                                     JAMES A. BARTA
                                                     Deputy Solicitor General

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ James A. Barta
JAMES A. BARTA
Deputy Solicitor General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-0709
Facsimile: (317) 232-7979
James.Barta@atg.in.gov