**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

K.C., et al,

*Plaintiffs-Appellees*,

v.

Individual Members of the Medical
Licensing Board, et al.

*Defendants-Appellants.*

No. 23-2366

**DECLARATION OF JAMES A. BARTA**
**IN SUPPORT OF DEFENDANTS-APPELLANTS'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to 28 U.S.C. § 1746, I, James A. Barta, declare as follows:

1.     I am over the age of 18, have personal knowledge of the matters set forth herein, and am competent to make this declaration.

2.     I submit this declaration in support of Defendants-Appellants' unopposed motion for an extension of time.

3.     I am a member of the bar of this Court and admitted to practice in Indiana. I am Deputy Solicitor General for the State of Indiana and lead appellate counsel in this matter for Defendants-Appellants.

4.     Defendants-Appellants' reply is currently due on October 11, 2023. Defendants-Appellants are requesting a 7-day extension of time in which to file that

1

reply, to and including October 18, 2023. Defendants-Appellants have not previously sought an extension of time in which to file their reply.

5.     The additional time is necessary because the other attorney assigned to this case, Melinda Holmes, and I are heavily engaged with other matters. Those matters include discovery related to a motion for class certification, including up to three Rule 30(b)(6) depositions, in *K.C. v. Individual Members of the Medical Licensing Board of Indiana*, No. 23-cv-595 (S.D. Ind.), with discovery set to close on October 16, 2023; a reply brief in *Anonymous Plaintiff 1 v. Individual Members of the Medical Licensing Board of Indiana*, No. 22A-PL-2938 (Ind. Ct. App.), currently due on October 5, 2023; a reply brief in *Indiana Bureau of Motor Vehicles v. Simmons*, No. 23A-PL-00899 (Ind. Ct. App.), currently due on October 10, 2023; a cross-motion for summary judgment and response in opposition to summary judgment in *Sparger-Withers v. Taylor*, No. 21-cv-2824 (S.D. Ind.), currently due on October 12, 2023; discovery and a response in opposition to a motion for preliminary injunction in *3C, LLC d/b/a 3Chi v. Rokita*, No. 1:23-cv-1115 (S.D. Ind.), currently due on October 12, 2023; a motion to dismiss in *Roberts v. Indiana*, No. 1:23-cv-00828 (S.D. Ind.), currently due on October 17, 2023; a response brief in *Smiley v. Jenner*, No. 23-2543 (7th Cir.), currently due on October 18, 2023; a response to the motion for preliminary injunction in *St. Hilaire v. Commissioner of the Indiana Bureau of Motor Vehicles*, No. 1:23-cv-1505 (S.D. Ind.), currently due

on October 30, 2023; a response to the motion for class certification in *St. Hilaire v. Commissioner of the Indiana Bureau of Motor Vehicles*, No. 1:23-cv-1505 (S.D. Ind.), currently due on October 30, 2023; an answer in *St. Hilaire v. Commissioner of the Indiana Bureau of Motor Vehicles*, No. 1:23-cv-1505 (S.D. Ind.), currently due on October 30, 2023; and a reply brief in support of summary judgment in *City of Bloomington v. Smith*, No. 53C06-2203-PL-608 (Monroe Cir. Ct.), currently due on October 30, 2023.[1] Additionally, I was out of the office from September 8 to 22, 2023, for my wedding and honeymoon.

　　　6.　　Defendants-Appellants' former lead counsel, Thomas M. Fisher, who was heavily involved in this litigation in the district court, left the Office of Attorney General on September 14, 2023, and accordingly withdrew as counsel in this case.

　　　I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2023　　　　　　　　　/s/ James A. Barta
　　　　　　　　　　　　　　　　　　　　　　　James A. Barta

---

[1] Counsel for Defendants-Appellants is requesting an extension of time to file the reply in *Simmons* from October 10, 2023, to October 20, 2023, and an extension of time in which to file the response brief in *Smiley* from October 18, 2023, to December 1, 2023. As of the time of filing, no extensions have been granted.