# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: **23-2366**

Short Caption: **K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.**

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):

Aziza Ahmed, Khiara M. Bridges, David S. Cohen, I. Glenn Cohen, Lisa C. Ikemoto, Yvonne Lindgren, Maya Manian,
Michelle Oberman, Rachel Rebouche, Nadia N. Sawicki, Michael R. Ulrich, *see* Addendum A for additional parties.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Cooley LLP

(3) If the party, amicus or intervenor is a corporation:

  i) Identify all its parent corporations, if any; and

  N/A

  ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

  N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

  N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

  N/A

---

Attorney's Signature: *Kathleen Hartnett*   Date: 9/25/2023

Attorney's Printed Name: Kathleen Hartnett

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes ☐   No ✔

Address: 3 Embarcadero Center, 20th Floor San Francisco, California 94111-4004

Phone Number: (415) 693-2000   Fax Number: (415) 693-2222

E-Mail Address: khartnett@cooley.com

rev. 12/19 AK

# ADDENDUM A

## List of *Amici Curiae*

*Amici* include the following individuals, whose affiliations are provided for identification purposes only:

**Aziza Ahmed**
Professor of Law
Boston University School of Law

**Khiara M. Bridges**
Professor of Law
University of California, Berkeley School of Law

**David S. Cohen**
Professor of Law
Drexel University, Thomas R. Kline School of Law

**I. Glenn Cohen**
Deputy Dean, James A. Attwood and Leslie Williams Professor of Law, and Faculty Director, Petrie-Flom Center for Health Law Policy, Biotechnology & Bioethics
Harvard Law School

**Dabney P. Evans**
Associate Professor of Public Health
Emory University

**Charlene Galarneau**
Senior Lecturer, Department of Global Health and Social Medicine
Faculty Member, Center for Bioethics
Harvard Medical School

Associate Professor Emerita
Women's and Gender Studies Department
Wellesley College

Affiliate Researcher, Center for Antiracist Research
Boston University

**Joanna Grossman**
Ellen K. Solender Endowed Chair in Women and the Law and Professor of Law
SMU Dedman School of Law

**Lisa C. Ikemoto**
Martin Luther King Jr. Professor of Law
University of California, Davis School of Law

**Elizabeth Kukura**
Associate Professor of Law
Drexel University Thomas R. Kline School of Law

**Yvonne Lindgren**
Associate Professor of Law
University of Missouri – Kansas City School of Law

**Maya Manian**
Professor of Law
American University Washington College of Law

**Michelle Oberman**
Katharine and George Alexander Professor of Law
Santa Clara University School of Law

**Dara Purvis**
Professor of Law
Penn State Law

**Rachel Rebouché**
Dean and Peter J. Liacouras Professor of Law
Temple University Beasley School of Law

**Nadia N. Sawicki**
Georgia Reithal Professor of Law and Co-Director, Beazley Institute for Health Law & Policy
Loyola University Chicago School of Law

**Jessica Silbey**
Professor of Law
Boston University School of Law

**Michael R. Ulrich**
Assistant Professor
Boston University School of Public Health and School of Law

**Ruqaiijah Yearby**
Kara J. Trott Professor in Health Law
The Ohio State University, Moritz College of Law

✔

## CERTIFICATE OF SERVICE
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Kathleen Hartnett

## CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/ _____