# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 27, 2023

*By the Court:*

| | |
|---|---|
| No. 23-2366 | K.C., et al., <br>         Plaintiffs - Appellees <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br>         Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00595-JPH-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon | |

Upon consideration of the **DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**, filed on September 27, 2023, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and the reply brief of the appellants, if any, is due by October 18, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)