**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: No. 23-2366

Short Caption: K.C. v. Medical Licensing Board of Indiana

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Elliot Page and fifty-five other individuals. See attachment 1 for a complete list.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Cleary Gottlieb Steen & Hamilton and Transgender Legal Defense and Education Fund

(3) If the party, amicus or intervenor is a corporation:

   i) Identify all its parent corporations, if any; and
   N/a

   ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
   N/a

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/a

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/a

Attorney's Signature: /s/ Adrian Gariboldi     Date: 09/27/23

Attorney's Printed Name: Adrian Gariboldi

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes [ ]  No [X]

Address: One Liberty Plaza New York, NY 10006

Phone Number: 212-225-2000     Fax Number: 212-225-3999

E-Mail Address: agariboldi@cgsh.com

rev. 12/19 AK

Attachment 1

1. Rye D. Blum
2. Jennifer Finney Boylan
3. Precious Brady-Davis
4. Wen Brovold
5. Alejandra Caraballo
6. Jennifer Michelle Chavez
7. Lena Chipman
8. Destiny Clark
9. Naomi Clark
10. Carla Combs
11. Ryan Combs
12. Gibran Cuevas
13. Zackary Drucker
14. Jack Einstein
15. Rhys Ernst
16. Jackson L. Gates
17. Cecilia Gentili
18. Nick Gorton
19. Jamison Green
20. Oliver Hall
21. Gwendolyn Herzig
22. Ray Holloman
23. Abigail Jensen
24. Harvey Katz
25. Harper B. Keenan
26. Anna H. Lange
27. Adrien Lawyer
28. Elena Long
29. Beck Witt Major
30. Miss Major
31. Rickke Mananzala
32. Dion Manley
33. Anya Marino
34. Sarah McBride
35. Jessie Lee Ann McGrath
36. Ei Meeker
37. Chris Mosier
38. Shain M. Neumeier
39. Rebecca Oppenheimer
40. Elliot Page
41. Torrey Peters
42. Jacob Reilly
43. Jeani Rice-Cranford
44. Marisa Richmond

45. La Sarmiento
46. Devon Shanley
47. Ames Simmons
48. Nick Romano
49. Avy Skolnik
50. Daniel Soltis
51. Trent Sutherlin,
52. Lilly Wachowski
53. Jillian Weiss
54. Fresh Lev White
55. Mallory Anna Wood
56. Gerda Zinner