Case: 23-2366     Document: 84     Filed: 09/28/2023     Pages: 1

**U.S. Department of Justice**

Civil Rights Division

---

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, D.C. 20044-4403*

September 27, 2023

Clerk of the Court
United States Court of Appeals
 for the Seventh Circuit
Everett McKinley Dirksen
 United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

      Re: *K.C.* v. *Individual Members of the Medical Licensing Board of Indiana*,
          No. 23-2366-B (7th Cir.)

Dear Mr. Conway:

    The undersigned attorneys, Jonathan Backer and Tovah Calderon, hereby enter their appearances for the United States as amicus curiae in this case. Jonathan Backer is the counsel of record.

| | |
|---|---|
| Jonathan L. Backer | Tovah R. Calderon |
| U.S. Department of Justice | U.S. Department of Justice |
| Civil Rights Division, App. Sec. | Civil Rights Division, App. Sec. |
| Ben Franklin Station | Ben Franklin Station |
| P.O. Box 14403 | P.O. Box 14403 |
| Washington, D.C. 20044-4403 | Washington, D.C. 20044-4403 |
| (202) 532-3528 | (202) 514-4142 |
| Jonathan.Backer@usdoj.gov | Tovah.R.Calderon@usdoj.gov |

                        Sincerely,

                        Tovah Calderon
                      Principal Deputy Chief

                      s/ Jonathan Backer
                      Jonathan Backer
                      Attorney
                      Appellate Section
                      Civil Rights Division
                      Jonathan.Backer@usdoj.gov
                      (202) 532-3528

cc: Counsel of record (via CM/ECF)