

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. IGCS 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

# TODD ROKITA
### ATTORNEY GENERAL

November 13, 2023

Clerk's Office
U.S. Court of Appeals for the Seventh Circuit
Room 2722
219 South Dearborn Street
Chicago, Illinois 60604

  Re: Amended Notice of Argument Availability in *K.C. v. Individual Members of the Medical Licensing Board*, No. 23-2366

Dear Clerk:

  Pursuant to Seventh Circuit Rule 34(b)(3), counsel for appellants in the above-captioned appeal respectfully requests that oral argument not be scheduled for the following dates due to arguing counsel's unavailability: December 6, 2023, January 8–9, 11–12, 16–17, 2024, and February 7–8, 2024.

  Counsel also respectfully requests that the Court avoid scheduling argument in this appeal on the same day as argument in *Smiley v. Jenner*, No. 23-2543, which is also pending before this Court.

      Sincerely,

      /s/ James A. Barta
      James A. Barta

cc: All counsel of record