

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. IGCS 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

TODD ROKITA
ATTORNEY GENERAL

December 1, 2023

Clerk's Office
U.S. Court of Appeals for the Seventh Circuit
Room 2722
219 South Dearborn Street
Chicago, Illinois 60604

  Re: Amended Notice of Argument Availability in *K.C. v. Individual Members of the Medical Licensing Board*, No. 23-2366

Dear Clerk:

  Pursuant to Seventh Circuit Rule 34(b)(3), counsel for appellants in the above-captioned appeal respectfully requests that oral argument not be scheduled for the following dates due to arguing counsel's unavailability: January 11–12, 16–17, and 23, 2024; February 8, 2024; and May 28–31, 2024.

  Counsel also respectfully requests that the Court avoid scheduling argument in this appeal on the same day as argument in *Smiley v. Jenner*, No. 23-2543, which is also pending before this Court.

              Sincerely,

              /s/ James A. Barta
              James A. Barta

cc: All counsel of record