
Indiana

December 4, 2023
electronically filed

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St.
Room 2722
Chicago, IL 60604

      re:   *K.C. v. Individual Members of the Medical Licensing Bd.*
             No. 23-2366 – Appellees' unavailability dates for
             oral argument

Dear Clerk,

    I am counsel for record in the above case for the appellees and will be arguing the case. My co-counsel and I are not available for oral argument on the following dates.

        December  5-8, 13
        January  8-11, 17, 22-23, 30
        February 5, 12-13
        March 25-27
        May 28-31

Thank you very much.

                                                                Very truly yours,

                                                               Kenneth J. Falk
                                                               Attorney at Law