IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

───────────────────

No. 23-2366

K.C., *et al.*,

Plaintiffs-Appellees

v.

INDIVIDUAL MEMBERS OF THE MEDICAL
LICENSING BOARD OF INDIANA, *et al.*,

Defendants-Appellants

───────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Case No. 1:23-cv-00595
The Honorable Judge James P. Hanlon

───────────────────

UNOPPOSED MOTION FOR THE UNITED STATES AS AMICUS CURIAE
TO PARTICIPATE IN ORAL ARGUMENT

───────────────────

Pursuant to Rule 29(a)(8) of the Federal Rules of Appellate Procedure, the United States seeks permission to participate in oral argument of this appeal. In support of this motion, the United States provides as follows:

1. This Court has scheduled oral argument in this case for February 16, 2024, and has allotted 20 minutes per side.

2. On September 27, 2023, the United States filed its brief as amicus curiae in support of plaintiffs-appellees under Rule 29(a) of the Federal Rules of Appellate Procedure.

3. This case presents an important question regarding whether Indiana Senate Enrolled Act 480's ban on certain kinds of medical care for transgender minors is lawful under the Fourteenth Amendment's Equal Protection Clause.

4. The United States has a strong interest in protecting the rights of individuals who are lesbian, gay, bisexual, transgender, and intersex. In addition, 42 U.S.C. 2000h-2 authorizes the Attorney General to intervene to address sex-based denials of equal protection of the laws under the Fourteenth Amendment. Accordingly, the United States has a substantial interest in the proper resolution of the question raised in this appeal.

5. Counsel for plaintiffs-appellees consents to the United States' request to participate in oral argument and has agreed to cede five minutes of plaintiffs-appellees' argument time to the United States. Therefore, the United States' participation in oral argument will not affect the overall time allotted for this case if this motion is granted.

6.  Counsel for defendants-appellants takes no position on the United States' motion.

        Respectfully submitted,

        KRISTEN CLARKE
          Assistant Attorney General

        s/ Jonathan L. Backer
        TOVAH R. CALDERON
        JONATHAN L. BACKER
          Attorneys
          U.S. Department of Justice
          Civil Rights Division
          Appellate Section
          Ben Franklin Station
          P.O. Box 14403
          Washington, D.C.  20044-4403
          (202) 532-3528

# CERTIFICATE OF COMPLIANCE

I certify that the attached UNOPPOSED MOTION FOR THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT:

1. Complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A), because the motion, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f), contains 250 words; and

2. Complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it meets the typeface requirements of Federal Rules of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, in 14-point Times New Roman font.

                                                s/ Jonathan L. Backer
                                                JONATHAN L. BACKER
                                                  Attorney

Date: December 18, 2023