# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 21, 2023

*By the Court:*

| No. 23-2366 | K.C., et al.,<br>　　　Plaintiffs - Appellees<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br>　　　Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon ||

　　Upon consideration of the **UNOPPOSED MOTION FOR THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT**, filed on December 18, 2023, by counsel for the United States of America,

　　**IT IS ORDERED** that the motion is **GRANTED**. Amicus curiae the United States may participate in oral argument on behalf the plaintiffs-appellees. Pursuant to the plaintiffs-appellees' agreement, the amicus curiae is allocated five minutes of the plaintiffs-appellees' oral argument time. The clerk of this court shall distribute a copy of this order to the assigned merits panel.

form name: **c7_Order_BTC**　　(form ID: **178**)