> **NONPRECEDENTIAL DISPOSITION**
> To be cited only in accordance with FED. R. APP. P. 32.1

# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued February 16, 2024
Decided February 27, 2024

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

No. 23-2366

| | |
|---|---|
| K.C., et al., *Plaintiffs-Appellees*, v. INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., *Defendants-Appellants*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. No. 1:23-cv-00595-JPH-KMB James P. Hanlon, *Judge*. |

# O R D E R

This is an appeal from the district court's preliminary injunction. This court has reviewed the submissions in this case as well as heard oral argument on February 16, 2024.

No. 23-2366                                                                                                        Page 2

      IT IS ORDERED that the order and injunction entered by the district court in this case on June 16, 2023, Docket Entry 67 (Order) and Docket Entry 68 (Injunction), are hereby STAYED.

      An opinion from this court will follow. A judgment in this case will issue with that opinion.