**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with FED. R. APP. P. 32.1

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

Argued February 16, 2024
Decided March 1, 2024

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

No. 23-2366

| | |
|---|---|
| K.C., et al., *Plaintiffs-Appellees*, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| *v.* | No. 1:23-cv-00595-JPH-KMB |
| INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., *Defendants-Appellants*. | James P. Hanlon, *Judge.* |

### O R D E R

On February 28, 2024, appellees filed a motion to reconsider and request en banc consideration of this court's February 27, 2024 order staying the district court's preliminary injunction and order dated June 16, 2023.

Counsel for appellants is requested to file a response to that motion by March 5, 2024, at 12:00 pm CST. As part of its response, counsel is requested to address IND. CODE § 25-1-22-13(d), including:

1. whether a "grace period" similar to that referenced in IND. CODE § 25-1-22-13(d) should be built into this court's stay; and

2. whether another approach would accomplish the end of IND. CODE § 25-1-22-13(d).

Judge Jackson-Akiwumi records here her dissent from the court's February 27, 2024 order staying the preliminary injunction entered by the district court on June 16, 2023.

Judge Jackson-Akiwumi further dissents from the court's order above because it does not request full briefing from both parties on whether a stay should issue.