# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| K.C., et al., <br><br>    Plaintiffs-Appellees, <br><br>    v. <br><br> Individual Members of the Medical Licensing Board, et al. <br><br>    Defendants-Appellants. | No. 23-2366 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Melinda R. Holmes, Deputy Attorney General, hereby requests this Court grant leave to withdraw her appearance as counsel for Defendants Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director of the Indiana Professional Licensing Agency, in her official capacity, the Attorney General of Indiana, in his official capacity, the Secretary of the Indiana Family and Social Services Administration, in her official capacity, and the Indiana Family and Social Services Administration.

The appearances of James A. Barta, Katelyn E. Doering, and Corinne Youngs on behalf of Defendants, remain in place, and all pleadings, orders, and entries should be served on them.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

Date: March 25, 2024　　By:　*/s/ Melinda R. Holmes*
　　　　　　　　　　　　　　Melinda R. Holmes
　　　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　302 W. Washington St., IGCS 5th Floor
　　　　　　　　　　　　　　Indianapolis, IN 46204-2770
　　　　　　　　　　　　　　Phone: (317) 232-6357
　　　　　　　　　　　　　　Fax: (317) 232-7979
　　　　　　　　　　　　　　Email: Melinda.Holmes@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Melinda R. Holmes*
Melinda R. Holmes
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6357
Facsimile: (317) 232-7979
Melinda.Holmes@atg.in.gov