# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

March 26, 2024

*By the Court:*

| No. 23-2366 | K.C., et al., <br>       Plaintiffs - Appellees <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br>       Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon ||

Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**, filed on March 25, 2024, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Melinda R. Holmes may withdraw from further representation of appellants Individual Members of the Medical Licensing Board of Indiana, Lindsay Hyer, Todd Rokita, Daniel Rusyniak, and Indiana Family and Social Services Administration in this matter. Attorney James A. Barta will continue to serve as counsel of record for the appellants.

form name: **c7_Order_BTC**     (form ID: **178**)