# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 29, 2024

*By the Court:*

| | |
|---|---|
| No. 23-2366 | K.C., et al.,<br>      Plaintiffs - Appellees<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br>      Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon | |

On March 25, 2024, this court received a "Petition for Rehearing En Banc as to Sua Sponte Stay of Preliminary Injunction" from appellees. Because this court has not entered judgment in this appeal, the court construes the document as a motion requesting en banc reconsideration. 7th Cir. Op. P. 1(a)(2). Accordingly,

**IT IS ORDERED** that the clerk of this court shall file **INSTANTER** the motion, so construed, and **DISTRIBUTE** the motion, along with a copy of this order, to all judges entitled to vote on whether this court's February 27, 2024, order staying the preliminary injunction should be reconsidered en banc.

form name: **c7_Order_BTC**     (form ID: **178**)