# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 19, 2024

*By the Court*:

No. 23-2366

| | |
|---|---|
| K.C., et al., *Plaintiffs-Appellees*, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| v. | No. 1:23-cv-00595-JPH-KMB |
| INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., *Defendants-Appellants*. | James P. Hanlon, *Judge*. |

O R D E R

A motion requesting en banc reconsideration (DE 135) of this court's orders (DE 124 & 130) was filed by Plaintiffs-Appellees on March 29, 2024. The motion was considered by all judges in regular active service, using the procedure for petitions for rehearing en banc. A judge in regular active service requested a vote on the motion. A majority of the judges in regular active service voted to deny rehearing en banc. Judge Rovner, Judge Jackson-Akiwumi, Judge Lee, and Judge Pryor voted to grant rehearing en banc.

Accordingly, the motion requesting en banc reconsideration is DENIED.