# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 13, 2024

Before

KENNETH F. RIPPLE, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 23-2366 | K.C., et al.,<br>        Plaintiffs - Appellees<br><br>v.<br><br>INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al.,<br>        Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James P. Hanlon ||

We **REVERSE** the district court's order and **VACATE** its injunction. We **REMAND** for further proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date. Costs are taxed against the Appellees.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)