IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

———————————————————

No. 23-2366

K.C., *et al.*,

Plaintiffs/Appellees,

v.

INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING
BOARD OF INDIANA, *et al.*

Defendants/Appellants

———————————————————

On Appeal from the United States District Court for the
Southern District of Indiana, Indianapolis Division
No. 1:23-cv-00595-JPH-KMB,
The Honorable James P. Hanlon, Judge

---

**Unopposed Motion for Extension of Time to File Petition for Rehearing En Banc**

---

Appellees, by their counsel, move this Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time to file a petition for rehearing en banc. In support of this motion, they say that:

1.     On November 13, 2024, this Court issued its opinion in this case and entered final judgment reversing the district court and vacating the preliminary injunction that had been entered. (Dkt. Nos. 144, 145).

2.   Appellees intend to file a petition for rehearing en banc in this matter.

3.   Pursuant to Rules 35 and 40 of the Federal Rules of Appellate Procedure, the petition for rehearing en banc is due on or before November 27, 2024.

4.   For the reasons noted in counsel of record's attached declaration, which is incorporated by reference, appellees are in need of an additional 30 days, to and including December 27, 2024, to file their petition for rehearing en banc.

5.   Kenneth J. Falk has spoken to Indiana Solicitor General James Barta, counsel for appellants, who has no objection to this extension of time.

WHEREFORE, appellees request that they be given to and including December 27, 2024 to file their petition for rehearing en banc in this matter, and for all other proper relief.

Kenneth J. Falk
*Counsel of Record*
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Chase Strangio
Harper Seldin
American Civil Liberties Union
125 Broad Street
New York, NY 10004

212/549-2500
cstrangio@aclu.org
hseldin@aclu.org

Attorneys for Appellees