IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

No. 23-2366

K.C., *et al.*,

Plaintiffs/Appellees,

v.

INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING
BOARD OF INDIANA, *et al.*

Defendants/Appellants

_____

On Appeal from the United States District Court for the
Southern District of Indiana, Indianapolis Division
No. 1:23-cv-00595-JPH-KMB,
The Honorable James P. Hanlon, Judge

---

**Declaration of Kenneth J. Falk**

---

Comes now Kenneth J. Falk, being duly sworn upon his oath, and says that:

1.     I am counsel of record in this case and will be primarily responsible for drafting appellees' petition for rehearing en banc.

2.     On behalf of appellees, I am requesting an extension of time for 30 days to file the petition for rehearing en banc for the reasons noted below.

[1]

3. I am the legal director of the ACLU of Indiana and in addition to other responsibilities I have been required to attend to the following legal matters in the recent past or will be required to attend to them in the near future.

    a. Conducting three depositions in the case of *A.C. v. Metropolitan Sch. Dist. of Martinsville,* No. 1:21-cv-02965-TWP-MJD (S.D. Ind.) ("*A.C.*")., on November 14, 2024.

    b. Preparing for and attending a settlement conference as lead counsel for the plaintiffs during the morning of November 15, 2024 in the cases of *Akou v. The Trustees of Indiana University*, No. 1:24-cv-1469-RLY-MJD (S.D. Ind.), and *Wirtshafter v. Whitten*, No. 1:24-cv-754-RLY-MJD (S.D. Ind.)

    c. Preparing for and attending a settlement conference as lead counsel for the plaintiffs during the afternoon of November 15, 2024 in the case of *Warren v. Howard County Sheriff*, No. 1:24-cv-126-TWP-MJD (S.D. Ind.).

    d. Conducting additional depositions in *A.C.* on November 22, November 26, December 2, December 3, December 9, and December 10.

    e. Preparing a response memorandum in opposition to a motion to exclude the testimony of plaintiff's expert in *A.C.*, which is due on November 22, 2024, and replying to the yet-to-be filed response memorandum by defendant concerning plaintiff's motion to strike defendant's expert in the same case. Assuming that defendant files its response on its due

date of November 22, 2024, plaintiff's reply will be due on December 2, 2024.

4. The undersigned counsel is also responsible for preparing and delivering multiple lectures in a day-long seminar on the First Amendment that is to take place on December 6, 2024.

5. The petition for rehearing en banc needs to be reviewed and commented upon by co-counsel before the draft is finalized. This includes co-counsel Chase Strangio of the American Civil Liberties Union who is scheduled to present oral argument in support of petitioner in the United States Supreme Court on December 4, 2024 in *United States v. Skrmetti*, No. 23-5600. Co-counsel from the American Civil Liberties Union need time after the *Skrmetti* argument to review the draft.

6. Accordingly, appellees are requesting an additional 30 days, to and including December 27, 2024 to file their petition for rehearing en banc.

7. Undersigned counsel has spoken to Indiana Solicitor General, James A. Barta, who does not oppose this extension of time.

## Verification

I hereby verify under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024.

/s/ Kenneth J. Falk
Kenneth J. Falk
Attorney at Law