# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 20, 2024

Before

**MICHAEL B. BRENNAN**, *Circuit Judge*

| No. 23-2366 | K.C., et al., <br>   Plaintiffs - Appellees <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br>   Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon ||

Upon consideration of the **MOTION TO EXTEND TIME**, filed on November 19, 2024, by counsel for the appellees,

**IT IS ORDERED** that the motion for an extension of time is **GRANTED**. Appellees' petition for rehearing en banc, if any, is due on or before December 27, 2024.

form name: **c7_Order_3J**     (form ID: **177**)