# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE A RESPONSE TO PETITION FOR REHEARING EN BANC

January 2, 2025

| | |
|---|---|
| No. 23-2366 | K.C., et al., <br>   Plaintiffs - Appellees <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br>   Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00595-JPH-KMB <br> Southern District of Indiana, Indianapolis Division <br> District Judge James P. Hanlon ||

A Petition for Rehearing and Petition for Rehearing En Banc was filed by counsel for appellees on December 23, 2024.

Counsel for appellants is requested to file a response to the petition by January 16, 2025. Counsel shall file fifteen (15) copies of the response, which shall not exceed fifteen (15) pages. *Fed. R. App. P. 40(d)(2)-(3)*. The cover of the response, if used, must be white. *Fed. R. App. P. 32(c)(2)(A)*.

form name: **c7_ResponseToEnbancRehearingRequest** (form ID: **246**)