IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

No. 23-2366

K.C., et al.,

        Plaintiffs-Appellees

v.

Individual Members of the Medical Licensing Board, et al.,

        Defendants-Appellants
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Case No. 1:23-cv-595
The Honorable Judge James P. Hanlon
_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL
_____

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Jonathan L. Backer as counsel of record in the above-captioned case as of January 17, 2025.

The United States will continue to be represented by Tovah R. Calderon.

    Respectfully submitted,

    KRISTEN CLARKE
     Assistant Attorney General

    s/ Jonathan L. Backer
    TOVAH R. CALDERON
    JONATHAN L. BACKER
     Attorney
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C. 20044-4403
     (202) 532-3528

# CERTIFICATE OF COMPLIANCE

I certify that the attached UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL:

1. Complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because the motion, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), contains 43 words.

2. Complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it meets the typeface requirements of Federal Rules of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

s/ Jonathan L. Backer
JONATHAN L. BACKER
Attorney

Date: January 17, 2025