# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 18, 2025

*Before*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 23-2366 | |
| K.C., et al., <br>    *Plaintiffs-Appellees*, <br><br> v. <br><br> INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., <br>    *Defendants-Appellants*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. <br><br> No. 1:23-cv-00595-JPH-KMB <br><br> James P. Hanlon, <br> *Judge*. |

**O R D E R**

On consideration of the petition for rehearing and for rehearing en banc filed by Plaintiffs-Appellees on December 23, 2024, the majority of judges on the original panel have voted to deny rehearing. Judge Jackson-Akiwumi voted to grant panel rehearing. No judge in active service has requested a vote on the petition for rehearing en banc.

Accordingly, the petition for rehearing and rehearing en banc is DENIED.